## In the Matter of:

George Horn

vs.

Michael Crews, et al

## SEYED HOSSEINI, M.D.

*September 18, 2015*



www.OrangeLegal.com
800-275-7991

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                                                    1

```
 1                UNITED STATES DISTRICT COURT FOR THE
                       SOUTHERN DISTRICT OF FLORIDA
 2
                                    CASE NO.  14-20341-DPG
 3
         GEORGE HORN,
 4
                    Plaintiff,
 5
         vs.
 6
         MICHAEL CREWS, ET AL,
 7
                    Defendants.
 8         _____/

 9                          DEPOSITION OF
                          SEYED HOSSEINI, M.D.
10
                     Taken on Behalf of PLAINTIFF
11
              DATE TAKEN:    September 18, 2015
12            TIME:          11:00 a.m - 1:53 p.m.
              PLACE:         1500 Mahan Drive, Suite 140
13                           Tallahassee, Florida 32308

14           Examination of the witness taken before:

15              JEFFREY R. BABCOCK, Court Reporter
                     1500 Mahan Drive - Suite 140
16                    Tallahassee, Florida, 32308

17

18

19

20

21

22

23

24

25
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                                    2

```
 1    APPEARANCES OF COUNSEL:

 2    On behalf of the PLAINTIFF:

 3    MICHAEL O. COLGAN, ESQUIRE
      Katzman Garfinkel, P.A.
 4    300 N Maitland Avenue
      Maitland, Florida 32751-4724
 5    Office: 407-539-3900
      Email:  Mcolgan@likeyourlawyer.com
 6
      On behalf of the DEFENDANTS:
 7    (Appearing Telephonically)
      ERIC FREEDMAN, ESQUIRE
 8    Chimpoulis Hunter & Lynn PA
      150 South Pine Island Road Suite 510
 9    Plantation, Florida 33324-2667
      Office: 954-463-0033
10    Email:  Efreedman@chl-law.com

11    On behalf of the DEPONENT:

12    SHANE WEAVER, ESQUIRE
      Office of the Attorney General
13    1515 North Flagler Drive Suite 900
      West Palm Beach, Florida 33401-3432
14    Office: 561-837-5000
      Fax: 561-837-5102
15    Email:  Shane.weaver@myfloridalegal.com

16

17

18

19

20

21

22

23

24

25
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                                   3

```
 1                    INDEX TO WITNESS

 2   SEYED HOSSEINI, M.D.                         PAGE

 3          Examination by MR. COLGAN               4
            Examination by MR. FREEDMAN            85
 4          Examination by MR. WEAVER             87
            Further Examination by MR. COLGAN      95
 5
                          * * *
 6
                      E X H I B I T S
 7
     NUMBER               DESCRIPTION            PAGE
 8
      Exhibit A      Cytopathology Report          69
 9    Exhibit B      Medical Record                73

10                        * * *

11   Certificate of Oath                         100
     Certificate of Reporter                     101
12
                          * * *
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
  1                    D E P O S I T I O N

  2    Whereupon,

  3                    SEYED HOSSEINI, M.D.

  4    was called as a witness, having been first duly sworn

  5    to speak the truth, the whole truth, and nothing but

  6    the truth, was examined and testified as follows:

  7                    THE WITNESS:  I swear.

  8                    E X A M I N A T I O N

  9    BY MR. COLGAN:

 10         Q     Good morning, could you state your full name

 11    for the record please.

 12         A     My name is Seyed Seraj Hosseini.

 13         Q     Could you spell that please?

 14         A     S-e-y-e-d, S-e-r-a-j, H-o-s-s-e-i-n-i.

 15         Q     And Dr. Hosseini, my name is Mike Colgan I'm

 16    an attorney for the Plaintiff, George Horn in this

 17    action.  Just to clear something up, you arrived here a

 18    few minutes before your attorney --

 19         A     Right.

 20         Q     -- you and I didn't have any conversations

 21    before your attorney was present; is that correct?

 22         A     That's correct.

 23         Q     Okay, thank you.

 24               MR. WEAVER:  Thanks, Mike.

 25    / / / / /
```

ORANGELEGAL                        Orange Legal
                                   800-275-7991

1    BY MR. COLGAN:

2        Q    All right, first of all, have you had your

3    deposition taken before?

4        A    No, that's the first time ever.

5        Q    First time?  All right, I'll explain the

6    basic rules.  This is similar to testimony in court in

7    that you're under oath, your answers are required to be

8    truthful.  Unlike testimony in court, there's no judge

9    to decide whether objections should be sustained or

10   overruled, so if your attorney, Mr. Weaver, objects,

11   unless he specifically gives you an instruction not to

12   answer a question, then you're required to answer the

13   question to the best of your knowledge and ability.

14           If you don't understand a question that I've

15   asked, or you'd like me to rephrase it, please let me

16   know what you need -- what clarification you need, and

17   I'll be happy help to you in whatever way I can to

18   understand the question.

19           If you need to take a break, you can, the

20   only rule that I have on that is that if I've asked a

21   question, that you answer the question before we

22   adjourn for a bathroom break or to get up and stretch

23   or whatever we need do.

24           Please try to speak as loudly and clearly as

25   possible.  We've got an attorney for other defendants

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                                    6

```
 1    on the phone, as well as a court reporter who's going

 2    to be transcribing everything that's said in this room.

 3    If you are indicating yes or no, then say "yes" or say

 4    "no".  If you nod your head, or if you say uh-huh, it

 5    doesn't come out clearly in the record and we may not

 6    know what was trying to be said.  Do you have any other

 7    questions for me before we start?

 8        A    No, we can start.

 9        Q    All right.  First to start, I want to go

10    through your background a little bit.  What is your

11    current job title?

12        A    I'm the Medical Executive Director for the

13    Jackson County Health Department.  I also work in the

14    jail of the -- Marianna, which is Jackson County.  I'm

15    a Medical Director of that place as well.

16        Q    And the Jackson County Health Department, is

17    that -- do you work in an office out of Marianna?

18        A    Yes, sir.

19        Q    How long have you worked there?

20        A    About 16 months.

21        Q    16 months?

22        A    Yeah.  So I start last year end of May, I

23    guess, yeah.

24        Q    So from May 2014 until now?

25        A    Yes, sir.
```



George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    7

```
 1        Q     Immediately prior to working for the Jackson

 2   County Health Department, where did you work?

 3        A     I worked for three months in Jacksonville,

 4   Florida.  It was a private walk-in clinic, that's was

 5   the name of it:  Walk-In Clinic.

 6        Q     It was called the Walk-In Clinic?

 7        A     Walk-In Clinic, yeah.

 8        Q     Okay.  Did it have any other -- did it have

 9   anything else in the name, or it was just called

10   Walk-In Clinic?

11        A     Yeah, that was the name.

12        Q     And what sort of work did you do at the

13   Walk-In Clinic?

14        A     Particularly taking care of the -- any

15   patient that they come in the clinic or they were part

16   of the clinic before my arrival in that city.

17        Q     And why did you leave that job?

18        A     My job was primary care, general physician,

19   primary care, that's it.

20        Q     By why did you leave that position?

21        A     Oh, why I left there?  Because we got a

22   better job in Jackson County here in Marianna.

23        Q     Before you were at the Walk-In Clinic, where

24   did you work?

25        A     I worked for three months in Starke Health
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                                    8

```
 1    Department as well.

 2         Q    Is that Union County or Bradford County?

 3         A    Bradford County, yeah.

 4         Q    And what was your job title there?

 5         A    I was the senior physician in the health

 6    department.

 7         Q    Why did you leave that position?

 8         A    We left because the -- mostly the distance

 9    from the place that I used to live, and family issues,

10    mostly.

11         Q    Where did you used to live?

12         A    In Jackson -- Jackson, Florida.  And Starke

13    is about 50 miles one way --

14         Q    Do you mean Jacksonville, Florida?

15         A    Yeah, Jacksonville, Florida.

16         Q    Before working for the Bradford County Health

17    Department, where did you work?

18         A    I worked for the State of Florida Department

19    of Corrections.

20         Q    How long did you work for the Department of

21    Corrections?

22         A    I start on 2009, until the -- until, I think,

23    the beginning of September 2013.  First week or the

24    second, I cannot --

25         Q    Did you work at one facility or multiple
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    9

```
 1    facilities?

 2         A    Yeah, I worked in multiple facilities.  At

 3    the beginning, I was the CHO, Chief Health Officer, of

 4    Mayo Correctional Institution, and as well as Madison

 5    Correctional Institution.  Then I got the position as

 6    the Chief Health Officer at the Lake Butler Reception

 7    Medical Center; and after that, in South Florida

 8    Reception Center in Miami.

 9         Q    Where is Mayo CI located?

10         A    Mayo CI is about 25 miles west of the Lake

11    City.

12         Q    And where is Madison CI?

13         A    Madison CI is about approximately 25 miles

14    from Lake City.

15         Q    How about RMC?

16         A    RMC is located in Lake Butler, that's name of

17    the city.

18         Q    And you said SFRC is near Miami?

19         A    SFRC, South Florida Reception Center, yeah,

20    is near Miami -- it's in Miami, actually.

21         Q    You said that you left Bradford county

22    because you were close to -- because it wasn't close

23    enough to Jacksonville; is that right?

24         A    Yeah, I mean, the trip was -- yeah, the trip

25    was, you know, is was not easy.
```



ORANGELEGAL                    Orange Legal
                               800-275-7991

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                                    10

```
 1        Q     How long did you live in Jacksonville?

 2        A     I lived there about almost a year.

 3        Q     Okay, so are you saying that it was a long

 4   commute from where you --

 5        A     Right.  Commute a long way so --

 6        Q     Okay.  But you had moved around to various

 7   facilities within the Department of Corrections --

 8        A     Yes, yeah, I mean --

 9        Q     -- over the --

10        A     When -- yeah, when I moved to Miami, we moved

11   to, I mean, my house down there.

12        Q     What years were you working at SFRC?

13        A     I think start sometime at the end of the

14   2010.  I may -- I'm not sure, 2010/2011.

15        Q     So -- I'm sorry, did you say 2011?

16        A     Not -- I can't recall.  Yeah.

17        Q     Okay, but sometime --

18        A     Right.

19        Q     -- in 2010/2011?

20        A     Right soon after -- I mean, yeah, it was Lake

21   Butler I was there 2010, and I think, yeah, 2011 I was

22   there.

23        Q     Okay.  And then you worked there through

24   September 2013?

25        A     Through September 2013; that's correct.
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    11

```
 1        Q    And why did you leave the Department of
 2   Corrections?
 3        A    The Department of Corrections -- the private
 4   company Wexford take over, and particularly I worked
 5   with them about another nine months, I guess, from
 6   February to the end of the year, and -- mostly because
 7   of family reason we moved to North Florida.
 8        Q    Okay.
 9        A    You know, my -- because mostly family the
10   reason, and we left Miami completely.
11        Q    When you worked for Wexford, was that during
12   the time that you said that you were at the Department
13   of Corrections up until September 2013?
14        A    Right.
15        Q    Or was it after that?
16        A    No, through September 2013.  Currently I'm
17   working in -- with the Department of Corrections as
18   well, but I'm an employee of Department of Health.
19        Q    Are you employed by the Department of
20   Corrections or are you employed by the county sheriff's
21   office?
22        A    I'm employed with county sheriff, I'm
23   employed with Department of Health, as well as
24   Department of Corrections currently.
25        Q    Okay.  So your family moved from Miami to
```

```
 1    Jacksonville before you left your employment with

 2    Wexford, or at the same time?

 3         A    Same time.

 4         Q    Okay.  Did you give notice to leave your

 5    employment at Wexford, or were you given --

 6         A    Yeah, I give them two, three weeks of

 7    notice -- resignation, yes.

 8         Q    Did anybody ask you to resign?

 9         A    No.

10         Q    And you said you were Chief Health Officer?

11         A    Yes, sir.

12         Q    What are the duties of a Chief Health

13    Officer?

14         A    Chief Health Officer in an institution like

15    South Florida Reception Center, which is one of the

16    biggest, surely in the south of the State of Florida,

17    is that -- has the duty to supervise other providers

18    which we have had several PA, ARNP, and medical

19    doctors; and managing the facility.  That's the duty of

20    the Chief Health Officer:  Supervision, as well as

21    managing the medical health -- medical department.

22         Q    What tasks do you perform in managing the

23    medical department?

24         A    On daily basis or in general?  On daily

25    basis, chart review, looking -- the new gain arrival,
```

```
 1    eventual medications with exceptional requests, as well

 2    as taking care of patients that become referred from

 3    other providers to see them.

 4         Q    What do you mean "referred from other

 5    providers"?

 6         A    Sometimes the other providers they do consult

 7    with the chief of the department, so going on --

 8         Q    Are you referring to consultation requests?

 9         A    No, that's different.  Consultation requests

10    is something else that, of course, a Chief Health

11    Officer has to be part of that, for eventual request of

12    any radiological examination or medical/surgical

13    consult, yeah.  That's -- that's also part of the duty

14    of the Chief Health Officer to be part of that

15    eventually to --

16         Q    So in other words --

17         A    -- that -- that's going to treat that, yeah.

18         Q    So in other words, you mean reviewing reports

19    from other doctors concerning patients at your

20    facility?

21         A    That's correct.

22         Q    In the day-to-day work as a CHO, were you

23    involved in making of consultation requests?

24              MR. WEAVER:  Object to form.

25
```

```
 1    BY MR. COLGAN:

 2         Q    Do you understand the question?

 3         A    Not really.

 4         Q    What part don't --

 5         A    It wasn't on a daily basis, because every

 6    section of the Department has had provider.  For

 7    example, we have an area we called F-Dorm, or

 8    palliative care, or an area of the prolonged treatment,

 9    but mostly post-surgical treatment, because the SFRC

10    was near a local hospital, Kendall Hospital, where we

11    received all the patients from SFRC itself and other

12    institutions when they were -- do the operations or

13    they become transferred to the SFRC for a short period

14    of the time to become stabilized before they move to

15    the other institution.

16              No, that area has had a medical doctor itself

17    just for that area.  And he, and sometimes she, used to

18    do the daily activity round, and taking care of those

19    patients.  And I was involved with the -- with

20    eventually any procedure if they want to do any

21    consultation with external specialist or any medication

22    requests from not formulary, that was -- I was involved

23    on and off with them, and sometimes chart review of all

24    those patients.

25              But every section has had a provider, another
```

Case 1:14-cv-20341-DPG  Document 145-1  Entered on FLSD Docket 08/15/2016  Page 16 of
113

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                          15

```
 1    three doctors that they used to see the sick calls of
 2    other population, because the SFRC has had around 2000
 3    patient -- I mean, inmates, not patient, inmates.  And
 4    plus we have had the ARNP and PA, new gain, new inmate
 5    arrival in the facility.  So my duty was to supervising
 6    of these providers in order to make functional the
 7    department taking care of the patients.
 8         Q    In addition to managing the medical
 9    department and doing chart reviews and the other
10    activities that you mentioned, did you perform any
11    patient visits yourself?
12         A    Yes.  Yes.  Yes, I did.  I have other
13    schedule of the patients as well, between ten to 15 on
14    a daily basis.
15         Q    Ten to 15 a day?
16         A    Ten to 15 daily basis, yes.
17         Q    As a physician treating patients at SFRC, how
18    were your records kept?
19         A    The Department of Correction record is, of
20    course, not electronical, yet; it's paperwork and
21    charting.  It's still charting with the paper.
22         Q    When you see a patient for a sick-call --
23         A    Right.
24         Q    -- what sorts of records do you generate for
25    that patient when you see him?
```



George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                                                     16

```
 1        A      There is a progress note that we write what

 2   did -- during the encounter that specific patient, and

 3   we try to write the physical examination, the review of

 4   the system and eventual -- any medical treatment or

 5   minor surgery treatment.

 6        Q      Is that recorded in the chronological record

 7   of healthcare?

 8        A      Yeah, chronological.  Progress note

 9   chronological record, yes, that's correct.

10        Q      All right.  Other than the Form DC4-701, the

11   chronological record of healthcare, are the progress

12   notes kept on any other types of forms?

13        A      No, unless the patient is on chronic illness

14   clinic.  So sometimes it happen that the patient in the

15   same time has his or her -- his routine chronic illness

16   clinic visit, so they do the same time, they arrive --

17   all the observation, all the medical notation or

18   laboratoristical examination, or radiological

19   examination on that paper, which is the -- it's called

20   CIC Chronic Illness Clinic.

21        Q      Now, chronological review of healthcare -- or

22   record of healthcare and the chronic illness clinics

23   and other forms that you're referring to, those are

24   kept in a physical file?

25        A      Yes.  All the documentation in the Department
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                              17

```
 1    of Corrections is on hard copy file or paper.

 2         Q    And those are all kept in that single place

 3    in the medical offices at the institution?

 4         A    That depend, because again, since they are

 5    papers, sometimes the chart become bigger, so they --

 6    they reduce the number of the papers, they divide the

 7    chart and they make it as a older records.  So they

 8    keep it separately.  They keep it separately.  It's not

 9    all together.

10              I mean, because sometime a patient has

11    several volume of the medical records and it's not

12    possible to have the provider to review all together in

13    the same time that they are going to visit the patient,

14    so they keep the most-recent documentation.

15              The rest is kept in the medical record

16    division, unless the patient become transferred in

17    another institution, then they have to put all the

18    documentation and send it to that destination, that

19    institution.  So no, if the patient is then coming back

20    to the previous institution, supposedly has to come

21    back with all the medical charts.

22         Q    Now, there are two types of files that I see

23    on the table here.  There are some blue folders and

24    some green folders?

25         A    Right.
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                      18

```
 1        Q     Do those represent how the medical records
 2   for an individual inmate are kept?
 3        A     Not exactly.
 4        Q     What's the difference?
 5        A     The blue one were invented for those inmate
 6   patients that are kept in the infirmary, and at one
 7   point for those patients that were in the F-Dorm, which
 8   is the medical dorm.  Because they were a continuous 24
 9   hours nursing staff present in the infirmary, as well
10   as in the medical dorm or F-Dorm or palliative dorm.
11            So the kind of recording, the vital signs,
12   and medication administration and the -- so it was a
13   little bit different so they keep it in the blue one.
14   The green one is when the patient wasn't in that area.
15   So a patient -- all those patients that they have
16   exclusively green chart means they are in other dorms.
17            Because again, imagine almost a thousand
18   inmates in just -- in the main unit of the SFRC.  So
19   from this thousand, only a small amount -- small
20   numbers of these patients are in the infirmary and the
21   F-Dorm.  In F-Dorm, they were only -- we have a
22   capacity of eighty beds it has been prepared, eighty
23   beds for all the State of Florida, because that was the
24   only dorm in all the State of Florida where we could
25   provide to the patient with the 24 hours nursing staff
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                          19

```
 1    and daily provider in the dorm.

 2              So usually we have at about 40, 45, 60,

 3    sometimes more, but that's all we have.  And the

 4    infirmary has had eight beds, so the rest of the

 5    inmates, they have had to be in other dorms around the

 6    compound.

 7              MR. WEAVER:  I'm sorry, eight or 80?

 8              THE WITNESS:  Eight -- eight -- the capacity

 9         for the F-Dorm was 80 beds, eight-zero.  But

10         the infirmary was eight beds, sometimes we could

11         stretch it to ten with putting two beds in one

12         room, but it was much more smaller.

13    BY MR. COLGAN:

14         Q    Are you familiar with the utilization

15    management procedures for the Department of

16    Corrections?

17         A    Yes, sir.

18         Q    How were the utilization management records

19    kept?

20         A    The utilization management during the era of

21    the DOC, Department of Correction before the

22    privatization, mostly was with a one-page paper.

23         Q    And --

24         A    And sometime it was via email.

25         Q    By email?
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    20

```
 1        A    Yes.

 2        Q    Was the document kept with the other inmate

 3    health records?

 4        A    Supposedly.

 5        Q    What do you mean "supposedly"?

 6        A    Because -- because we received the letter of

 7    approval or denial of any patient from North Florida,

 8    from North Florida, from Lake Butler, so the

 9    utilization management was in Lake Butler, and we were

10    in the Miami, and they send by literally -- by letter;

11    sometimes by email via coordinator.

12        Q    Were those letters or those print-outs of

13    those emails -- were they filed away with the rest of

14    the inmate's health record in the green or the blue

15    folders?

16        A    I don't know about that, because that was

17    part of the medical record, and coordinator.

18        Q    Okay.  When you treat a patient at SFRC, are

19    you given their current inmate health record?

20        A    Yes, the last one.

21        Q    So the most recent folder you would have

22    access to?

23        A    Right.

24        Q    Okay.  What did you do to prepare for today's

25    deposition?
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                              21

```
 1        A    Not much.
 2        Q    Did you review any of the documents involved
 3    in this case; the complaint, the answer, anything like
 4    that?
 5        A    Yes, I did.
 6        Q    Okay.  Did you review any of George Horn's
 7    medical records?
 8        A    Yes, I did.
 9        Q    Okay.  Did you read any other documents to
10    help you prepare for today's deposition?
11        A    Not really, just the documentation that is
12    regarding his medical care, which are thousands of
13    pages by itself.
14        Q    Have you had any conversations with anybody
15    employed by the Department of Corrections regarding
16    this case?
17        A    Not at all.
18        Q    Have you had any conversations at any time
19    with anybody on behalf of Wexford Health Services about
20    this case?
21             MR. WEAVER:  Apart from the settlement
22        conference?
23    BY MR. COLGAN:
24        Q    Apart from the settlement conference, which
25    is confidential, have you had any conversations with
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    22

```
 1    anybody on behalf of Wexford Health Services regarding

 2    this case?

 3         A    At the beginning, the very beginning, when

 4    this -- the case came up, the lawyer of Wexford called

 5    me, and after that, no.

 6         Q    Okay.  And that may be --

 7         A    Yeah.

 8         Q    -- privileged, but other than --

 9         A    Other than that, never talked with anybody.

10         Q    Have you --

11         A    On no occasions talked with anybody.

12         Q    Have you spoken with David Reddick since you

13    left SFRC?

14         A    Unfortunately, no.

15         Q    Did you speak with him while you were working

16    at SFRC?

17         A    Did I talk with him or work with him?

18         Q    Talk with him, while you were working at

19    SFRC.

20         A    Frequently.

21         Q    Okay.  How --

22         A    Yeah.

23         Q    So you commonly had conversations with him?

24         A    Yes, sir.

25         Q    What sorts of conversations would you have
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                        23

```
 1    with Dr. Reddick?

 2        A    Well, Dr. Reddick used during the era of the

 3    DOC as well as with Wexford managing all different

 4    institutions, and every time we have had any problem,

 5    any issues, or we needed help, we'd call him and he --

 6    we send him email or particularly ask him his opinion

 7    and his help.

 8        Q    While you were at SFRC, did you ever have any

 9    conversations with Dr. Reddick about the care of George

10    Horn?

11        A    He was involved and he knew the case, yes.

12        Q    What did he know about the case?

13        A    I know that the Dr. Reddick, because of his

14    position, helped to get a lot of things for this

15    gentleman.  Like if he needed to be approved, a CT

16    scan, an MRI or a consult or especially frequently

17    medication for exceptional requests, the DER they call

18    them, we call him, we tell him that this gentleman need

19    this medication, and he approve those medication.

20        Q    Are doctors at DOC facilities generally

21    required -- not speaking about George Horn

22    specifically --

23        A    Right.

24        Q    -- but generally required to provide medical

25    care for serious medical needs?
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    24

```
 1        A     Of course.
 2        Q     How would you define a serious medical need
 3   as a physician at the DOC?
 4              MR. WEAVER:  Object to form.
 5   BY MR. COLGAN:
 6        Q     Do you understand the question?
 7        A     It's very vague, the question.  You're asking
 8   me how you describe a critical case.
 9        Q     That's not what I said.  I said does the term
10   "serious medical needs" have a specific meaning to you?
11              MR. WEAVER:  Object to form.
12              THE WITNESS:  Of course.
13   BY MR. COLGAN:
14        Q     Okay.  And what is that meaning?
15        A     Serious -- again, it can include so many
16   pathology that it can -- a person can write a book
17   about that; so many pathology in every different
18   category can be acute and severe and need attention.
19   That could be from ophthalmological condition then
20   cardiological or gastrointestinal, cerebral or
21   orthopedical.  You know, any kind of pathology also, if
22   it's minimum can have an acute condition that can
23   become suddenly severe underneath that pathology.  So
24   that's because I say it's very vague because any -- any
25   kind of pathology can be acute and severe at one point.
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                                    25

```
 1        Q    Okay.  And I don't mean to get into the weeds
 2   of every single condition that's out there, but I guess
 3   let me rephrase this by saying doctors at DOC
 4   facilities aren't required to treat any medical
 5   condition that comes to them; is that correct?
 6        A    That's correct.
 7        Q    How did you decide which conditions are
 8   conditions that you treat, and which aren't, generally
 9   speaking?
10        A    Every single patient that requesting health
11   care by sick call I know that they are going to be
12   seen.  Then is a discretion of the provider to do the
13   diagnosis and eventually considering the prognosis of
14   that condition, and taking in consideration any
15   emergency, urgency, or acute situation for the
16   treatment; or otherwise conservative and -- and
17   different direction of the treatment.  That's -- it's
18   for every -- every institution or setting or clinic
19   hospital.
20        Q    Does a physician at an individual institution
21   have absolute discretion for what medical treatments
22   will be provided?
23        A    That depend -- the doctor depend of how they
24   practice, depend how they come up with the diagnosis.
25   That is sometimes is personal depend of the provider
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    26

```
 1    how they consider that condition.
 2         Q    If you feel, based on your medical opinion,
 3    that a inmate requires a certain medical treatment, do
 4    you have the final say in whether that inmate receives
 5    the medical treatment or not?
 6         A    But in the correctional institution, the
 7    provider that serve the institution can treat the
 8    patient in the institution.  But if the patient is
 9    acute or there is a sense of urgency or emergency,
10    there are protocols that they have go through that, and
11    they have to go through the approval from the other
12    entity, utilization management, and coordination of the
13    security in order to give the patient a different
14    treatment other than institution.
15         Q    So in other words what you're saying is that
16    if care can be provided in the institution, then you
17    have the discretion to provide it --
18         A    Right.
19         Q    -- but if it's required to go to a doctor
20    that's outside the institution, then you go through
21    utilization management?
22         A    That's correct.
23         Q    Is the utilization management system -- or
24    during your time working at South Florida Reception
25    Center, was the utilization management system the same
```



```
 1    both while DOC was managing medical services, and while
 2    Wexford Health Sources was managing medical services?
 3              MR. WEAVER:   Form.
 4              THE WITNESS:   Not exactly.   During the
 5         Department of Correction era, the utilization
 6         management was managed by different people and
 7         sometimes we have to have the request for any
 8         approval from some of our patients through Lake
 9         Butler, which is located exactly on the extreme
10         north of the Florida, and we were in Miami, which
11         is almost extreme south of the Florida.
12              So the person who gave the permission
13         approval or denial was in another institution.
14         And I don't know who they are, I mean, I never met
15         them, but the communication was that procedure --
16         radiological examination, consult -- can be
17         approved or not.
18              And the during the era of Wexford, it was
19         much more straight forward; they have had
20         utilization management that they used to discuss
21         the case with the provider that they proposed the
22         kind of exam or consult or -- or surgery or
23         medication as well.   And then they -- and of
24         course they -- there were more people involved,
25         and it was via telephonic by collegial --
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    28

```
 1          collegial call; and they decide, based on the

 2          medical condition of the patient and their

 3          resources, which direction to take.

 4     BY MR. COLGAN:

 5          Q    When you say "resources," what do you mean by

 6     that?

 7          A    I can talk only for the period that I have

 8     been with them, which wasn't --

 9          Q    Okay, but you're saying that based on

10     resources, they would make certain decisions; is that

11     correct?

12          A    Right.

13          Q    What do you mean by "resources"?

14          A    Resources because it's -- it was up to them

15     to decide which hospital, for example, a patient can

16     go, because they have had contract with a special

17     doctor, a special hospital or clinic.  So resources

18     means they -- they have a contract with a special

19     specialist with only with that kind of providers can be

20     seen the -- the request of the consult or treatment.

21     So they knew which kind of resources they have.

22          Q    Well, they would deny some -- some care

23     requests; is that correct?

24          A    They -- yeah, that's correct.

25          Q    They would deny them outright, they wouldn't
```

```
 1    just say, "Well, we can't send them to this doctor, but

 2    we can send them to another doctor that we have a

 3    contract with;" is that right?

 4         A    We never -- I don't recall that anybody says

 5    that my patient has to go to this specialist or the

 6    other, because the -- the provider in the -- at the

 7    institutional level, they didn't know none of those

 8    specialists, and they didn't know any preference.  So

 9    they just asking a consult, for example, with a general

10    surgeon or with orthopedic or with ophthalmologist, so

11    we never asked about a single specialist in order to be

12    seen by -- by the patient.

13         Q    But you just said that -- when you said

14    resources, you meant that utilization management would

15    decide that they would send the inmate to this doctor

16    or to that doctor depending on what sorts of

17    arrangements the Department or Wexford had with that --

18    with particular providers; correct?

19              MR. WEAVER:   Form.

20    BY MR. COLGAN:

21         Q    You can answer.

22         A    That's correct.  Because every company that

23    take over clinical institution or institutions, they

24    have their preference hospital or specialists.  So they

25    send to those specialists who become credentialed with
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    30

1    that institution, and they have to be approved.

2         Q    But you also said that when you're making a

3    consultation request, you don't generally have a

4    particular doctor in mind to provide the care that

5    you're requesting; right?

6         A    Yeah, because during the era of the

7    Department of Correction, we could send the patient to

8    the -- a local hospital, Kendall Regional Medical

9    Center, and they have had much more possibility in the

10   Department at the time with other specialists.

11             Now, with the Wexford, for the period that I

12   was with them, they -- they tried to arrange same kind

13   of the arrangement, but with their preference and with

14   their specialists and with their approved specialists.

15   So the doctor or the provider from any institution,

16   they were obscure of who is going to be seen, which

17   specialist is going to be seen.  Most of the time, it

18   would be the same that have been seen previously.

19        Q    During your time as Chief Health Officer at

20   South Florida Reception Center, approximately how many

21   consultation requests did you send for patients, total?

22        A    For all the patients -- all different

23   patients?

24        Q    Yeah, your entire --

25        A    Surely thousands.

ORANGELEGAL                    Orange Legal
                               800-275-7991

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                          31

```
 1        Q      Thousands?  Were any of them just outright

 2   denied?

 3        A      Yes, several of them during the era of the

 4   Department of Corrections, as well as during the

 5   Wexford, yes.

 6        Q      What reasons were given for the denials?

 7   What types of reasons would be given for the denials?

 8        A      Right, the -- during the era of the

 9   Department of Corrections, the deny was just right in

10   -- "the request is denied."  Now, let's say the

11   patient -- the provider is asking a request for the

12   surgery or a request for a radiological examination,

13   was saying denied.  And they also send a letter and

14   writing that recommend different direction or

15   treatment.

16        Q      And these were recommendations from

17   doctors --

18        A      Doctors, from utilization management that --

19   many of them coming from Lake Butler.

20        Q      Have these doctors who were writing the

21   recommendations examined these patients at all?

22        A      I really don't know about that.

23        Q      While you were working at South Florida

24   Reception Center while the Department of Corrections

25   was managing medical care at that institution, did you
```

```
 1   ever have a doctor from utilization management up at

 2   Lake Butler come down to Miami and meet with or examine

 3   any of these patients that were denied?

 4        A    Except Dr. Reddick that he used to come

 5   frequently, sometimes, I'm not aware of any other

 6   people, unless --

 7        Q    Okay.

 8        A    -- no, I don't know about that.

 9        Q    But Dr. Reddick wasn't at Lake Butler, he was

10   a regional medical director for --

11        A    South Florida Reception Center.

12        Q    -- for South Florida --

13        A    South --

14        Q    -- okay.

15        A    He used to -- because he used to come and he

16   as a very-nearby office, he used to come.

17        Q    So these doctors from Lake Butler would,

18   without meeting with your patients, review your

19   requests for medical care outside of the institution,

20   and based on the resources available, would approve or

21   deny the care; is that --

22        A    Right.  They have had, of course, access to

23   the medical record, I guess.  They have access that --

24   they have the medical record, plus -- plus the way that

25   it was prepared, the request for the approval from
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    33

```
 1    utilization management of any kind of procedure or
 2    radiological exam, the provider was supposed to write a
 3    complete description of the patient, a brief medical
 4    history, a brief past medical history, and present
 5    medical history, and a provision of the eventual
 6    current diagnosis.
 7              So they have had this minor knowledge of
 8    what's going on with the patient and why that kind of
 9    request what has been done.  Now, if they have had to
10    go deeply to know more, I guess they would ask more
11    documentation from the medical record.
12         Q    Other than the consultation requests, are
13    there any other forms that were considered by
14    utilization management?
15         A    Not that I'm aware of.
16         Q    Do you know whether there was any sort of
17    approval form for surgeries or medical devices that
18    were recommended by an outside physician during a
19    consultation request?
20         A    No, no, I don't think -- they used to go with
21    that blue form, that's the only form which is blue, and
22    the provider of the institution supposed to write a
23    complete description of his patient regarding the
24    request that he does.  If he wanted a procedure be done
25    or a radiological examination be approved, he supposed
```

```
 1    to -- or he or she supposed to write extensively in

 2    order that convince that other part of the table, other

 3    part of the phone in case of the Wexford, that his

 4    patient need this kind of approval.

 5         Q    Do you know what kinds of resources were

 6    considered by utilization management when they were

 7    making a approval or denial of a request or suggesting

 8    alternative treatment?

 9              MR. WEAVER:  Form.

10              THE WITNESS:  Not really.  I never been with

11         them, I don't know many of them, and I don't know

12         based on which character.

13    BY MR. COLGAN:

14         Q    But you know that it was -- were you told

15    that it was based on resources?

16         A    Their resources.  They knew.  I'm sure that

17    they have had a kind of criteria; every institution

18    or -- they have a criteria.  Also in the free world, if

19    we need a kind of approval from any insurance company,

20    they have a criteria.

21              Let's say if I need one of my patients who is

22    suffering from back pain, and I request a MRI of lower

23    back, his or her insurance company has to approve, and

24    I'm sure that they have criteria, that company has

25    criteria in order to approve that.  That -- no, I --
```



George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                          35

```
 1    really I'm not aware which kind of criteria Wexford or

 2    DOC they use.

 3         Q    You're familiar with an inmate named George

 4    Horn; correct?

 5         A    Yes, sir.

 6         Q    When was the first time that you met with

 7    Mr. Horn?

 8         A    First time sometime at the beginning of 2011.

 9         Q    What context did you see him in?

10         A    He came for a sick call, and I saw him and

11    I -- about a pain in the right lower extremity, right

12    thigh, and I tried to -- the first time I think I tried

13    to get some radiological exam to see what's going on.

14         Q    So you examined him personally?

15         A    Yes, I did.

16         Q    Was there a radiological exam done?

17         A    Yes, at the time, though.

18         Q    What were the results of that?

19         A    We did -- we did, of course, chest X-ray, we

20    did CT scan of the lower extremity, of the thigh, right

21    thigh.  And with that we tried to organize a consult

22    for him with a general surgeon, and -- and he got

23    actually consult and he got operated, too.

24         Q    When was that operation?

25         A    I think it was sometime on the August of 2011
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    36

```
 1    with Dr. Kaliddjan.

 2         Q    Doctor -- what was the name?

 3         A    Kaliddjan.

 4              MR. WEAVER:  Kaliddjan.

 5    BY MR. COLGAN:

 6         Q    How do you spell that, do you know?

 7         A    K-a-l-i-d-d --

 8         Q    Okay.

 9         A    -- j-a-n.

10         Q    What hospital was that?

11         A    Kendall Regional Medical Center.

12         Q    And what did they do at Kendall in August of

13    2011?

14         A    They operate this cystic formation.

15         Q    Did that resolve the cystic formation?

16         A    No, it did not.

17         Q    Okay.  Do you know what type of procedure

18    they did to try to fix the cyst?

19         A    I -- I really don't know exactly what they

20    did, because I have had no access to the report of the

21    surgery, but I recall that he says that this fluid that

22    is accumulated in the right thigh, he thought -- I read

23    this one in the chart on the same time -- I mean, soon

24    after that -- that it's coming from, in his opinion,

25    from the previous orthopedic surgery.
```

1       Q    By "the previous orthopedic surgery," do you

2   mean a hip replacement that had been done?

3       A    Right, that's correct.

4       Q    Now, describe to me what type of cyst we're

5   talking about here?

6       A    I don't know.  Pathologically I don't know

7   which kind of cyst it is, because I personally called

8   it cystic formation, they call it seroma, but the

9   biopsy has been done and I never saw the result of the

10  biopsy pathologically, because that's the only way a

11  person can say what is it that's neoformation tissue.

12      Q    When was the biopsy performed?

13      A    Biopsy -- we organized for this gentleman,

14  again, another surgical consult and operation for the

15  same reason with Dr. De Laurentis, and he did the

16  biopsy during the operation as well, I read also that.

17      Q    When was this?

18      A    It was sometime 2012.  I guess it was -- my

19  best guess is August 2012, so must be I saw in the

20  record.

21      Q    When you -- how many years of experience as a

22  physician do you have?

23      A    Twenty-nine years.

24      Q    Twenty-nine years?  Had you seen cysts in a

25  patient's hip before George Horn?

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    38

```
 1      A    Oh, yes.  My background is general surgery.
 2      Q    What are the different possible causes of a
 3  cyst in a patient's hip?
 4      A    Yeah, could be several.  Could be several;
 5  traumatic; could be post-surgical; could be unknown.
 6  I'm trying to say in his case, not hypothetically, I
 7  don't want to say other than his case.  Neoformation.
 8      Q    Did you say neuro?
 9      A    Neo.
10      Q    Neo.
11      A    Means something new.
12      Q    Okay.  What does that mean in laymen's terms?
13      A    It means that a cyst become formed based on
14  the neoformation of new vessels, for example.  So then
15  these vessels they create a wall and the blood of that
16  vessel seep out the plasma and fill up the cystic
17  formation.  But if you ask me, anybody knows about the
18  exact mechanism of action why a cyst become formed, we
19  truly don't know.  Sometimes genetical, sometimes it's
20  hereditary, sometime it's traumatic.
21      Q    Is one of the possible causes of a cystic
22  formation an infection?
23      A    If the cyst is formed because of the
24  infection, that's the question?
25      Q    Can cysts be formed because of an infection,
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    39

```
 1    yes.

 2         A     Not really, no.

 3         Q     What types of fluid can fill a cyst?

 4         A     The -- a cyst can be filled most of the time

 5    is because serosa.  Serosa means it's extravasation

 6    from the plasma of the blood.

 7         Q     What about plasma from the blood?

 8         A     The plasma excrete from the vessels --

 9    vessels or the vascularization of the cyst from the --

10    and become accumulated with the time in the cystic

11    formation.  It's not blood, it can contain debridement;

12    some blood cells, mostly white cells.  And if a cyst

13    can become infected, yes, cysts can become infected,

14    then there is mucopurulent material in the contact of

15    the cyst.

16              MR. WEAVER:  You might need to spell that --

17              MR. COLGAN:  Yeah, if you could spell that,

18         please.

19              THE WITNESS:  Muco -- M -- can I take your

20         pen, please?  Okay, mucopurulent, M-u-c-o, that's

21         mucosa which is not infected by itself, but

22         purulent means infection.  P-u-r-u-l-e-n-t.

23         Mucopurulent material.  That's -- most of the time

24         it's caused by creation of infection in the space.

25         That mucopurulent can be in the sinus after
```

```
 1            sinusitis, a person can have mucopurulent

 2            secretion, or a cyst, or you know, in the lung.

 3    BY MR. COLGAN:

 4         Q    Purulent means that there's pus present?

 5         A    Pus, yes.  Yeah, not -- and it's not

 6    completely purulent.  Mucopurulent means mix of both.

 7         Q    So mucus and pus --

 8         A    And pus.

 9         Q    -- material?  What type of material was

10    present in the cyst in George Horn's leg after his

11    surgery in August of 2011?

12         A    I saw the report that they did in the

13    hospital, they did the culture and sensitivity, and it

14    showed that there are some type of bacteria, they call

15    it abscessum, abscessum brunameo (phonetic) abscessum

16    or chelonae, mycobacterium chelonae.

17         Q    Can you spell that, please?

18         A    C-H -- C-h-e-l-o-n-a-e.

19         Q    So that was a type of bacteria that they had

20    found present in the cyst in his leg?

21         A    Not the cyst.  They -- this is -- they found

22    it in the wound.

23         Q    In the wound?

24         A    The wound that was nearby the hip -- hip

25    surgery that they did.  So this bacteria is a kind
```

Case 1:14-cv-20341-DPG Document 145-1 Entered on FLSD Docket 08/15/2016 Page 42 of 113

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    41

```
 1    of -- we call it mycobacterium, it's very difficult to
 2    dominate and need --
 3        Q    Are you saying mycobacterium, M-y-c-o
 4    bacterium?
 5        A    Yeah.  Mycobacterium.  It's a kind of
 6    bacteria that's very difficult to dominate, to treat
 7    it.  In fact, when he came back from the hospital, I do
 8    remember that they asked to do something like 12 months
 9    IV treatment, if not 18 months.
10             MR. WEAVER:  Is this 2011 or 2012?
11             THE WITNESS:  He asked me when he came back
12         from the hospital with the infection that came.
13         He did several operation, actually --
14             MR. WEAVER:  Let me -- hang on, if I can
15         just -- I don't want to -- but correct me if I'm
16         wrong, you're asking about -- you'd said there was
17         a first -- he had two procedures, one with Dr.
18         Kiliddjian, and then another in 2012 with Dr. De
19         Laurentis.  I think you were asking about the
20         first one in 2011?
21             MR. COLGAN:  Right now I'm asking about the
22         first one.
23             MR. WEAVER:  Okay, which might be -- his
24         testimony might be the same, but I just want to
25         make sure that he's not confusing --
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                        42

```
 1    BY MR. COLGAN:
 2        Q    So in August 2011 when he was treated by Dr.
 3    Kiliddjian, that was when they said that they had found
 4    the mycobacterium in his --
 5        A    No, no.
 6        Q    When did they find the mycobacterium?
 7        A    When -- they find it when ortho doctor did
 8    the -- remove a piece of femoral bone, and in the same
 9    time they did the culture and sensitivity.  Dr. Corces
10    or something.
11        Q    Was that the 2011 visit that you had
12    mentioned?
13        A    I can't recall exactly.  But that
14    mycobacteria abscessum is because of that.  This is --
15    was not found in the cystic formation, it's found at
16    the level of the acetabulum, at the level of the hip.
17        Q    Was there a culture done of the material
18    contained in the cyst in his leg?
19        A    I personally did it two times.
20        Q    And what were the findings?
21        A    No infection; that was time before.  But
22    the infection that we're talking about is when he went
23    in the hospital.  In fact, could be a nosocomial,
24    nosocomial infection.
25        Q    First of all, how do you spell that?
```



```
 1        A    Nosocomial means infection that the person

 2   get during the hospitalization.  Nosocomial

 3   N-o-s-o-c-o-m-i-a-l.

 4        Q    Thank you.

 5        A    Those are the kind of infections that a

 6   person can get sometimes during the infection -- during

 7   the hospitalization, unfortunately.

 8        Q    Are you saying that the nosocomial

 9   infection -- and I'm just trying to distinguish --

10        A    Right.

11        Q    -- between the two visits that we've talked

12   about so far --

13        A    Right.

14        Q    -- were you saying that that was found at the

15   2011 visit, or the 2012 visit?

16        A    I think 2012 visit.

17        Q    You think?  Are you -- are you sure?

18        A    Yeah.

19        Q    Okay.

20        A    2012, because then he has been sent to the

21   Reception Center for a -- for a long period of time of

22   IV treatment.  The infectious disease was saying that

23   has to do something like 18 months.  But then we got

24   the reconciliation medication.  Reconciliation

25   medication is the order that when the patient become
```

```
 1    discharged from the hospital that we have to do a
 2    six-month IV treatment wound care to see if we can
 3    dominate the infection.  Because without domination of
 4    infection, there is no way that a person can go to have
 5    a second operation at the same site.  It's
 6    contraindicated.
 7           So this gentleman was on continuous medical
 8    treatment with different medication; most of them they
 9    were drug of exceptional request, because not all the
10    antibiotic they can dominate this bacteria.  It was
11    supposed to be in two different antibiotic that we used
12    to ask separately, it wasn't part of any formulary.
13    And in the same time, taking care of his wound with the
14    wound care and other treatment.
15           So -- and the things was going over.  At one
16    point after six months I see the infection wasn't
17    dominated, and I think that he went and see the
18    doctor -- his doctor or another ortho, I'm not exactly
19    recall -- but a orthopedic, and he told -- he send back
20    to the institution that we have to do another four
21    weeks of the treatment at least.
22       Q    When was this?
23       A    Exact date, I can't recall.  Can I go through
24    the -- the things, the paper?  I can't recall --
25       Q    If you need to review the medical records --
```



```
 1        A     Right.  I can't tell you exactly when it was.
 2    I writed a note for myself.
 3        Q     And this may be a good time to take a short
 4    break, too.
 5        A     Right, regarding this date that I say --
 6              MR. WEAVER:  Well, hang on, do you want to
 7         take a break?
 8              THE WITNESS:  -- it was --
 9              MR. COLGAN:  Yeah.
10              THE WITNESS:  -- 7/25/2012.
11    BY MR. COLGAN:
12        Q     Okay, so this is after the 2012 visit then?
13        A     Right.
14        Q     Okay.
15        A     That is right in the chart.  Not that I
16    recall, because you know it passed several years, but I
17    read this one, it was my writing, that the ortho -- the
18    orthopedic, the ortho doctor recommend continual one
19    more month with the antibiotic.  Hopefully we can
20    dominate the infection.
21              MR. COLGAN:  Okay.  And I'm going to take
22         this moment to suggest we take a five-minute
23         break --
24              MR. WEAVER:  Sure.
25              THE WITNESS:  Yeah.
```

```
 1              MR. COLGAN:  -- and we'll come back.  All
 2      right.
 3              MR. WEAVER:  So we're off the record?
 4              MR. COLGAN:  We're off the record, yeah.
 5              (Whereupon, a recess was had in the
 6      proceeding.)
 7              MR. COLGAN:  Okay, we're back on.
 8   BY MR. COLGAN:
 9      Q    Between George Horn's visit in 2011, and his
10   visit -- or his hospital visit in 2011 and his hospital
11   visit in 2012, did you treat him personally?
12      A    Yes, I did.
13      Q    Okay.  Do you have any idea how often?
14      A    Very frequent.
15      Q    Very frequently?  Did he have any sort of
16   ongoing condition with his right hip?
17      A    He has this cystic formation that frequently
18   become filled with the fluid, and cause him pain
19   because of the compression.  So what I did, try to get
20   consult with ortho and general surgeons, in order to
21   resolve the problem, and he -- during that time, this
22   period that I was there, he got -- he got two specific
23   operations for that cyst.
24           And meanwhile, before we get all the approval
25   here, there, I try to give him a relief of the pain
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.      47

```
 1   with the aspiration of the fluid, as well as
 2   medication.
 3        Q    When did you put in the first consultation
 4   request during that time period?
 5        A    The very first one was probably April of 2011
 6   or even March of 2011, I guess.
 7        Q    I'm just talking here about the period
 8   between -- he had a doctor's -- or a hospital visit in
 9   August of 2011; right?
10        A    I think has that operation at that time.
11             (Brief Interruption.)
12   BY MR. COLGAN:
13        Q    Okay, he had the operation at that time, and
14   what I'm trying to get at and the only time period I'm
15   focusing on right now is the time period after that
16   surgery and the next time that he went to the hospital
17   which was in 2012; correct?
18        A    No.
19        Q    When was the next time that he went to the
20   hospital?
21        A    He did went a few more times.
22        Q    What -- do you know what the dates are?
23        A    I can tell you.  He got on month of the
24   tenth, for example, 2011, and he has that aspiration of
25   the cyst in the hospital.
```



George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    48

```
 1        Q     What -- what date was that?

 2        A     10/4/11.

 3        Q     10/4/11?  Okay.

 4        A     He went to the hospital to do a CT of the

 5   femoral and with the contrast on 11/15 of the 2011.

 6   He -- he has had operation with Dr. Kiliddjian on the

 7   end of August, 8/31/11, plus he has had a consult with

 8   the ortho at the beginning of 2012.

 9        Q     Consultation with ortho, who was the doctor?

10        A     I really don't know.

11        Q     You don't know?  At the beginning of 2012, do

12   you know which month?

13        A     I know that on the -- on the May 24, '12, he

14   has had consult with the orthopedic.

15        Q     So May 24 in 2012 he had a consultation with

16   a physician?

17        A     With the orthopedic.

18        Q     Between November 2011 and May 2012, did he

19   have any outside consults?

20        A     Yes.

21        Q     Okay.

22        A     That's with the ortho doctor that the -- he

23   has with the doctor -- ortho doctor.

24        Q     Between those two dates?

25        A     Yeah.  Yeah.
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    49

```
 1        Q     What were the other dates?

 2        A     I know that he has had operation for the cyst

 3    just before May -- on June 14th.

 4        Q     June 14th of?

 5        A     2012 with Dr. De Laurentis.  On June 14,

 6    2012, Dr. De Laurentis operating.

 7        Q     Right.  What I'm asking is after

 8    November 15th of 2011, but before May 4th of 2012, did

 9    he have any sort of medical -- did he have any sort of

10    outside medical visit?

11        A     He has had one trip for the CT scan, and

12    another one he has had with the radiology.  Now, when

13    he went in the hospital in the -- at the time, if he

14    has had any consult in the hospital, because the

15    Kendall hospital have had a section for the DOC, and

16    the doctors, other specialists, have had access coming

17    straight from -- directly to the consult or see the

18    patient.  I'm not -- I don't know about that.

19              Because if a patient for a long period of

20    time, ten days, 20 days in the hospital, they have had

21    two doctors that they see them frequently, but those

22    two doctors independently they could ask other

23    specialists consult in the setting of the Kendall

24    Regional Medical Center.  So I really don't know what

25    they did, because the only thing I have had is the
```

```
 1    reconciliation medications, so the other thing I really
 2    don't know; probably yes.  I --
 3         Q    When George Horn had his surgery done in
 4    August of 2011 with Dr. Kiliddjian, were there any
 5    recommendations for follow-up surgical care?
 6         A    Yes.  And Dr. Kiliddjian himself used to come
 7    to the institution and follow up with him.
 8         Q    What were the recommendations for surgical
 9    care?
10         A    Post-operation mostly medical treatment,
11    wound care.
12         Q    Did he recommend removing the old hip
13    replacement hardware?
14         A    I'm not aware of that if he did that kind of
15    recommendation, because he was a general surgeon.
16         Q    As the Chief Health Officer at the
17    institution, would you have reviewed the records from
18    Kendall Regional Medical Center after George Horn
19    returned from Kendall to South Florida Reception
20    Center?
21         A    Yes.  The only thing we used to receive was
22    the reconciliation medications.
23         Q    But would you have review the records?
24         A    Yes, sir.
25         Q    Okay.
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    51

```
 1        A    I reviewed everything that we received.
 2        Q    Do you know if he received, between
 3   August 2011 and May of 2012, any surgery to remove the
 4   hip replacement that he had on his right hip?
 5        A    I don't recall.
 6        Q    Would you be able to tell if you reviewed the
 7   medical records?
 8        A    If he has had any operation in the mean time,
 9   you mean?
10        Q    Right.
11        A    Yeah, I can see it.
12             MR. WEAVER:  So August '11 to May '12?
13             MR. COLGAN:  Right.
14             (Whereupon, a pause was had in the
15        deposition.)
16             MR. WEAVER:  Oh, wait.  You were asking did
17        he have the hip removed between August 2011 and
18        May 2012?
19             MR. COLGAN:  Yes.
20             MR. WEAVER:  Oh.  I don't suppose you want me
21        to answer that.
22             (Whereupon, a pause was had in the
23        deposition.)
24             THE WITNESS:  What we have to look is that if
25        he got a consult during that period and the
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    52

```
 1        consult has been approved.  Now, my reading is

 2        that after the month of the August, he got request

 3        for the approval of -- after that period, after

 4        the month of the August, he got approval for a new

 5        CT scan of femoral bone; he got a consult with the

 6        orthopedic; not the surgery, but the consult

 7        during that period; he got a consult with the

 8        plastic surgeon.

 9   BY MR. COLGAN:

10        Q    Plastic surgeon for what purpose?

11        A    For the cystic formation.

12        Q    Okay.  We're not talking about facial plastic

13   surgery; right?

14        A    No.

15        Q    Okay.

16        A    In fact, he operate him, the plastic surgeon

17   operate him.

18        Q    When was that?

19        A    Exact date was 6/14 of 2012.  So we got the

20   approval, within through that -- the procedure of the

21   approval, organization of the part of the security in

22   order to send the patient out of the institution, and

23   he got the surgery by -- he was plastic surgeon.  Of

24   course, plastic surgeon are all general surgeon as

25   well, just subspecialty.
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    53

```
 1        Q     Um-hmm.

 2        A     And in this case, it was Dr. De Lorente,

 3   Orlando De Lorente (phonetic) in this case, and he

 4   operated.  Well --

 5        Q     When you say De Laurentis, did you mean

 6   Llorente?

 7        A     Llorente.  Dr. Llorente.

 8        Q     L-l-o-r-e-n-t-e?

 9        A     L-l-o-r-a-n-t-e.

10        Q     Okay.

11        A     De Llorente.  Orlando, I guess --

12              COURT REPORTER:  Is it De Llorente and De

13        Laurentis?

14              THE WITNESS:  Just Llorente, L-l --

15              COURT REPORTER:  Just Llorente?

16              THE WITNESS:  Yeah, I think I can give you

17        exact name.  I have it somewhere, so I can give

18        you exact procedure and name of this gentleman.  I

19        know that his name was Orlando.  I know, because I

20        read about in the website.

21   BY MR. COLGAN:

22        Q     That's his first name?

23        A     Yeah.  Unfortunately, this gentleman become

24   arrested, and then I have to take care of this -- I

25   have to take care of Mr. Horn, because he has had,
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                           54

```
 1    without exaggeration, hundreds of staple, and I have to

 2    remove them one-by-one.  But anyway, so this, you know,

 3    something -- oh, this is Dr. Kiliddjian, but I saw

 4    somewhere this --

 5              MR. WEAVER:  Let me see.

 6              THE WITNESS:  This is Dr. Kiliddjian.  I

 7         surely have it.

 8              (Whereupon, a pause was had in the

 9         deposition.)

10              THE WITNESS:  Almost there.  Hmm.  The last

11         one there.  Yep, the last one, you believe it?

12              MR. WEAVER:  Well, just spell it as best as

13         you can, I don't think we need --

14              MR. COLGAN:  Yeah, I don't want to spend a

15         lot of time --

16              THE WITNESS:  No, I can find it.

17              MR. WEAVER:  Well, let's move on.

18              THE WITNESS:  This one here specifically I

19         have it and I can't find, and it's here.

20    BY MR. COLGAN:

21         Q    Do you think it's L-l-o-r-e --

22         A    -- o-a --

23         Q    A-n-t-e?

24         A    Yes.

25         Q    Okay, so just Llorente?
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    55

```
 1        A    Llorente.

 2        Q    Okay, we'll --

 3        A    Llorente, Orlando.

 4        Q    Got you.  Okay, moving on.

 5        A    Right, okay, move long.  We got that.

 6   Amazing.

 7        Q    Yeah, there's a lot of records here I

 8   understand.  So you treated George Horn for his cyst in

 9   late 2011 and early 2012; correct?

10        A    That's correct.

11        Q    How big was his cyst?

12        A    How much -- how big was?

13        Q    Yeah.

14        A    Every time was different size, and they were

15   huge sometimes.

16        Q    How big --

17        A    You know --

18        Q    How big did they get?

19        A    They -- I usually write all the dimension on

20   my report.  So since we did it several time, let me

21   read at least one of them.  This is the De Lorente,

22   okay I find that one.  His name Orlando De Lorente (as

23   spoken.)

24        Q    At one point, did you note that it was 18 by

25   22 by 20 centimeters?
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                              56

```
 1        A     I believe.

 2        Q     Okay.

 3        A     Here I send a request for general surgeon,

 4    and there is a dimension.  It says, "Patient inmate

 5    with huge right mass, ten by 15 by 15."

 6        Q     What's the date of that record?

 7        A     I send a consultation request, that's my

 8    writing, and I sign it on 6/30/11.

 9        Q     Okay June 30th?

10        A     June 30.

11        Q     June 30th of 2011?

12        A     And I write cystic formation was drained and

13    requesting treatment.  And provisional diagnosis I

14    write cystic formation, because that's the only thing I

15    can write.  I have no pathological report of what's in

16    there.

17        Q     This was in his right hip; correct?

18        A     Right -- that's correct, right hip.

19        Q     About how high up on the thigh was it?

20        A     How high was that?

21        Q     Yeah.

22        A     I would say soon after the knee, the lower

23    part of the thigh.

24        Q     It was in the lower femoral area?

25        A     Yeah, lower part of the thigh.
```

```
 1         Q     Now, ten by ten by 15, that's in centimeters;
 2    correct?
 3         A     Yeah, we have to use centimeters for the
 4    medical -- centimeters and we have to use liters and --
 5         Q     That's --
 6         A     -- centimeter cubic for the --
 7         Q     So --
 8         A     Ten --
 9         Q     -- about the size of a baseball?
10         A     Ten -- 15 -- ten centimeter is about --
11    divided by 2.5.
12         Q     So four inches by four inches by about five?
13         A     Right.
14         Q     Okay.
15         A     In that case was --
16         Q     So is that a pretty-large cyst in your
17    experience?
18         A     It is large.  It's large.  But a cyst, depend
19    where it is localized, because a small cyst in the
20    wrist, less than one centimeter can be big, and a
21    big -- a cyst in the abdomen can be -- some women, they
22    have a cyst of 40 centimeter in the ovary; ovarian
23    cyst.  And depend of the cavity where it is localized
24    so the complication or the consequences differ because
25    of that.  It's pretty big, I mean, it's not small.
```

```
 1          Q     So he -- Mr. Horn saw you several times

 2    during the period from August of 2011 through May of

 3    2012 for draining of his cyst; correct?

 4          A     That's correct.

 5          Q     Okay, how do you drain the cyst?

 6          A     Draining a cyst is the easiest minor

 7    procedure that a person can do.

 8          Q     Okay.

 9          A     And I always specified the procedure.  We get

10    the consent from the patient, as always.  We do that in

11    a sterile fashion.  You have to do prep and drape we

12    call it; so you have to clean up the skin.  And

13    particularly -- it's a aspiration with a small needle,

14    and you aspirate the liquid and the liquid -- and the

15    cyst become collapsed.

16          Q     You do it into a syringe?

17          A     We do the syringe, a huge syringe so you have

18    not to, you know, change your syringe.  Because we

19    suspect that there are a lot of liquid, so you can't

20    use a 10-CC syringe or -- if it's huge, you can use

21    vacuum used -- often vacuum.  So you just put a small

22    needle there, after all this preparation --

23          Q     Um-hmm.

24          A     -- almost always aseptic, because just

25    needle -- a needle you can put it anywhere in the body,
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                        59

```
 1      it doesn't create any problem unless it's not aseptic.

 2      And --

 3                MR. WEAVER:  You're saying aseptic?

 4                THE WITNESS:  Aseptic yes.  Means -- means

 5           have you to do in a sterile fashion.

 6      BY MR. COLGAN:

 7           Q    So you're wiping down the --

 8           A    You have to --

 9           Q    -- area with iodine or some other --

10           A    That's correct.

11           Q    -- disinfectant?

12           A    We disinfect with the iodine, and it's ready.

13      You make a small field, very small; five-by-five or

14      four-by-four centimeter.

15           Q    How much fluid were you pulling out of these

16      cysts?

17           A    A lot.  From -- in this case, I write 600,

18      but I did write sometimes 1100 or even more, 1200CCs, a

19      liter.

20           Q    So that -- a thousand CCs is a liter; is that

21      correct?

22           A    A thousand CC a liter, yeah.  A bottle of the

23      water is about 500cc.

24           Q    So you're pulling out, on occasion, more than

25      a liter of fluid from the cyst on George Horn's leg?
```

```
 1        A    Depend.  Every time it was different, and I
 2    tried to write it down.
 3        Q    And then sometimes it's less, like four
 4    hundred, five hundred --
 5        A    Four hundred, five hundred, six -- whatever
 6    it was, we write it because you measure it and you
 7    write it.
 8        Q    Did you pull out fluid until you couldn't get
 9    any more out of the cyst, or --
10        A    Yeah, I mean, you could -- you can see that
11    the cyst reduced the dimension, and he got -- he get
12    immediate relief, because the pain that he has had
13    mostly because of the cystic formation was the
14    compression of the cyst probably on the structure, so
15    he get immediate relief, and he was good for another
16    five, six weeks.  And meanwhile, we try to get him a
17    consult, a consult with the surgeon.  Actually he got
18    two surgeon -- two different surgeons for the same
19    reason, plus ortho surgeon, they saw that part, too.
20        Q    You said you tried to get him a consult, were
21    there times where you were waiting for --
22        A    Right.
23        Q    -- a consult and you weren't getting any sort
24    of response to your request?
25        A    Yeah, I mean, again, once you request any
```

```
 1    consult, it's not that going through immediately, you
 2    have to prepare your consult.  You have to send it to
 3    the utilization management, and you have to get the
 4    approval.  If you get the approval, then you have to
 5    organize with the security.  The security, they have to
 6    organize themselves.  They have to prepare a car, they
 7    have to have two officers or even three.  They have to,
 8    you know, communicate several different department for
 9    the security, because the security come first.  And
10    everything, if it's going through, then the patient is
11    going out.  In his case, didn't go through two times
12    despite organization of everything.
13         Q    Who was denying the requests?
14         A    He -- they didn't go through because I don't
15    recall exactly what was the mechanism, could be
16    security sometimes, could be transportation could be --
17    but I know that they suddenly cancel the trip.
18         Q    Who would cancel the trip?
19         A    The coordinator.
20         Q    Who was the coordinator?
21         A    We have had a coordinator during era of the
22    DOC, Mr. Bullock.  He was the coordinator.  Of course,
23    he didn't decide.  He get their communication that the
24    trip of the patient is canceled.
25         Q    You said Mr. Bulk?
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    62

```
 1        A     Bullock.

 2        Q     Bullock.  B-u-l-l-o-c-k?

 3        A     That's correct.

 4        Q     Do you remember his first name?

 5        A     I -- boy, it's several year, I can't -- I

 6    always call him Mr. Bullock.

 7        Q     Was he part of the medical department or --

 8        A     He --

 9        Q     -- is he part of security?

10        A     He was part of the medical department.  He

11    coordinated with the security, with the medical record,

12    what the administration of the prison, with the

13    utilization management.  So he supposed to coordinate

14    all of them in order to be prepared for an inmate going

15    out of the institution, because this is -- you know,

16    the inmate security is coming always first than

17    medical, that's how it is.  And once the security says

18    no, you can't do much.

19              Let's say -- let's say there is bad weather,

20    let's say they don't have officers they can send the

21    patient.  Let's say there have been a fight and they

22    have to close the parameters (as spoken) or they have

23    to do major count -- they call it major count --

24    nothing move.  Nothing move no matter how much the

25    provider has emergency, urgency for a patient to
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                          63

```
 1    outside of the -- or get a treatment.  Unfortunately,

 2    that patient cannot be moved.

 3            And there are more than that in order to

 4    organize a movement of the -- an inmate out of the

 5    institution and going to the -- a consult, which some

 6    of the consult was in the office of the doctor.  So

 7    even more in those cases they have -- the security has

 8    had to do -- few officers prepare a car for them, for

 9    going there and coming back, and it was really complex.

10    And it is still complex because sending a patient, an

11    inmate patient, out of the institution need enormous

12    coordination between the medical specialty, the

13    security of course.

14            Sometimes the patient cannot go out just

15    because of the weather, for example.  You know, it's

16    out of control of no one, but in his case, I -- I do

17    remember he has had two cancellation after

18    scheduling -- after approval of his appointment.

19       Q    Were there also denials of the request that

20    you made by utilization management?

21       A    I did have a denial, yes.

22       Q    What was denied?

23       A    I know, for example, that once from the Lake

24    Butler they deny his ortho consult.

25       Q    Did they give you a reason?
```

1      A    The reason is that you have to continue with

2  the conservative treatment, that was the reason.  I

3  think it's part of the chart as well.

4      Q    When was this denied?

5      A    Request for -- I have, for example, on

6  7/20/2013 is denied.  I have his request for the

7  surgery, I guess that one.

8      Q    Let's focus on this earlier time period.

9  We're talking about 2011/2012.

10     A    Yeah, I do have a 2012, surely -- well, this

11 gentleman from the Lake Butler was with the Department

12 of Correction, and he denied his consult with ortho.

13 And I think it's part of his chart, I saw it.

14     Q    Do you remember the reason in two thousand --

15     A    Yeah, the --

16     Q    -- eleven that it was --

17     A    The reason -- no, it was not mentioned

18 actually, not because I don't know.  It was mentioned

19 that conservative treatment to be considered.

20     Q    So what does "conservative treatment to be

21 considered" mean?

22     A    Mean the medical treatment, not surgical.

23     Q    Do you recall what type of request was

24 related to that?

25     A    It was with the ortho surgeon.

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    65

```
 1      Q    Okay.

 2      A    The ortho surgeon, yeah.  Because those

 3   other -- those other surgical consults that I

 4   personally requested with the -- they went through,

 5   actually, he got the surgery and I actually have the

 6   report of orthos in here.

 7           MR. WEAVER:  What date was the -- I'm sorry,

 8       what did you say the date was on?

 9           THE WITNESS:  Which one?

10           MR. WEAVER:  This Lake Butler one.

11           THE WITNESS:  Lake Butler?  I --

12           MR. WEAVER:  I'm sorry, did you ask him that

13       date?

14           MR. COLGAN:  I think I did.

15           MR. WEAVER:  Okay.

16           THE WITNESS:  Yeah.  5/9/12.

17           MR. WEAVER:  Thanks.

18           THE WITNESS:  That is the hip surgery

19       cancelation.  5/9/12 hip surgery cancelation.

20           MR. WEAVER:  Okay.

21   BY MR. COLGAN:

22      Q    The fluid that you were removing from George

23   Horn's leg during 2011/2012, could you see what the

24   fluid looked like?

25      A    Yeah.
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                      66

```
 1        Q    What did it look like?

 2        A    Mostly transparent.  And I send him for the

 3   cytological pathology as well, as few times.

 4        Q    Did it ever look like it contained pus?

 5        A    No.  I have result, I actually have it here

 6   actually.  I mean, those occasions that I send it, it

 7   was negative.  But we always put the patient on the

 8   antibiotic treatment for the prophylaxis that

 9   eventually no infection can be at the site of the

10   procedure.

11        Q    And on January 27 --

12             MR. WEAVER:  I'm sorry, what -- you said

13        prophylaxi?

14             THE WITNESS:  Prophylaxis antibiotic

15        treatment.  And the reason because this gentleman

16        has had -- beside this pathology, other pathology

17        as well, like I do recall he has Hepatitis C, you

18        know, that reduced the immunity like -- like

19        depression itself sometimes reduce the immunity.

20        So it was a -- it's a good practice that always

21        covering with the prophylactic antibiotic.  And he

22        always -- almost always he got those treatment.

23   BY MR. COLGAN:

24        Q    On January 27th, 2012, did you write a record

25   that said that you removed with a needle
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    67

```
 1    600 milliliters of mucopurulent yellow-ish material?

 2        A    Right.

 3        Q    So you -- that wasn't transparent, then, that

 4    was actually mucopurulent material in the cyst;

 5    correct?

 6        A    In that occasion, correct.  You asked me

 7    earlier -- because I aspirate this gentleman several

 8    time, I don't recall exactly how many times, but in

 9    that occasion it was a little bit mucopurulent.  But

10    again, the culture is much more important that the

11    aspect of the fluid itself.  Also by naked eye can be

12    different, can be bloody, for example, or red, but

13    then, you know, it can turn out that there are not too

14    many red blood cell in the fluid.  Yeah, in that

15    occasion, I did -- I did write.

16               MR. WEAVER:  1/27/12?

17               MR. COLGAN:  1/27/12?

18               THE WITNESS:  Right.

19    BY MR. COLGAN:

20        Q    And then on January 10th, 2012, and I'll show

21    this to you, not necessarily as an exhibit but -- is

22    that your -- is that a record that you prepared?

23        A    That's my writing.

24        Q    Okay, that's January 10th, 2012; right?

25        A    January 10th, 2012, yeah.
```

```
 1       Q     And you state there that the fluid was
 2   mucopurulent?
 3       A     Right, he has a 18 by 22 by 20 centimeter,
 4   which is huge, 600 mucopurulent material was drained,
 5   and no bleeding was observed during and after the
 6   procedure.  Then patient tolerated and patient ortho
 7   visit pending, Ms. Fernandez was assisting me during
 8   the procedure.  And the tie was dressed with adhesive
 9   gauze.
10            This is -- this is what I have.  This is -- I
11   send it to the University of Florida, it was one of
12   that collection of right thigh cyst.  And we send it to
13   the -- Florida -- to do the pathology for the
14   aspiration of material that we did, for example, like
15   that, it says that the -- it's negative for the
16   infection, just serosa, mucoserosa.
17       Q     That's what the "No malignant cells seen is"?
18       A     Right no, malignant.  And underneath, it says
19   just fluid.
20       Q     And that's in October 14th, 2011; right?
21       A     Yeah, I don't know what the date is --
22            MR. WEAVER:  You going to make that an
23        exhibit since we're --
24            THE WITNESS:  Hmm?
25            MR. COLGAN:  Sure, we'll make that
```

1        exhibit Plaintiff's Exhibit A.

2            (Whereupon, Exhibit No. A was marked for

3        identification.)

4    BY MR. COLGAN:

5        Q    So at least in January of 2012 you were

6    draining the cyst in his leg every other week; correct?

7        A    A week?  No, man.

8        Q    Every other week; correct?  There was a

9    draining on January 10th, then a draining on

10   January 24th.

11       A    That's two weeks.

12       Q    Every other week?  It's not --

13       A    Not really, no, with that -- exceptionally

14   that happened, otherwise more -- abridge is -- five

15   weeks, four or five weeks a new -- to give him a

16   relief.  And most of the time, I have had the consult

17   from other department in the institution for him, and

18   he requesting frequently that I have to aspirate it

19   more frequently, but unfortunately there were not

20   possibility to do that much that he wanted.  I do

21   remember that he always, every time I do a round in the

22   morning, he say "Dr. Hosseini, please do you want to do

23   the aspiration, give me a relief," and I say it's okay

24   we have to schedule organize it in order to -- to do

25   the minor surgery, minor procedure.

```
 1        Q     At one point did you remove fluid from
 2   Mr. Horn's leg with a dental vacuum?
 3        A     No, you can't remove fluid with dental
 4   vacuum.  Oh, a dental vacuum?  Yes.  I thought you said
 5   dental needle.  I'm sorry, yes, yes, we did.  I did.
 6        Q     Okay --
 7        A     Yeah, that was an occasion that we take him
 8   in the medical -- medical room that we have for the
 9   procedure, and we have a vacuum there always.  So in
10   the early morning -- the vacuum was broken, our vacuum,
11   and I did promise him that I'm going to do it, so I do
12   remember that Dr. Pritchard who was the medical
13   director of dental department, and he saw me and I said
14   that the machine is broken, unfortunately it doesn't
15   work.  He said "Oh, come on, and you can use our
16   vacuum."  And yes we take it there, and I used the
17   vacuum of dental, he gave me permission and we did it,
18   and it was smooth.  We drained, I guess, over a liter
19   of fluid.
20        Q     Was the dental vacuum equipped to attach to a
21   needle to remove fluid from a cyst?
22        A     No, I did an attachment.
23        Q     How did you do the attachment?
24        A     We create a special attachment to the vacuum,
25   because you know, the needle that we have to
```

```
 1    aspirate -- the needle that the dental department they

 2    use is very small.  Just they use it for doing that

 3    anesthesia.  So it wasn't difficult because once we

 4    removed the tip of the vacuum that they use, it's just

 5    the prolongation of the tube of the vacuum, so --

 6         Q    So how is the needle attached to the vacuum

 7    tube?

 8         A    The dental vacuum has a special tip for the

 9    dental procedure.

10         Q    Right.

11         A    So once you remove that one, you have just

12    elastic tube that is going to the line.  So you put the

13    needle on that tube.

14         Q    Did the needle attach directly to the tube,

15    or did you have to fashion some sort of --

16         A    Right.

17         Q    -- fastener to the tube?

18         A    We come up with a -- with a solution that we

19    could do the maneuver very easily.

20         Q    How did you do it?

21         A    We just use a small piece of the tube that we

22    use from IV treatment, which is smaller.  So it give us

23    the flexibility to do any maneuver that we want.

24         Q    So you have -- you have a hose that's running

25    to the vacuum for -- that they use in the dentist
```



```
 1    department; correct?

 2              MR. WEAVER:  Form.

 3              THE WITNESS:  Right.

 4    BY MR. COLGAN:

 5         Q    Okay.  And what's that hose made of?

 6         A    It's a plastic hose.

 7         Q    It's a plastic hose, okay.  And from that

 8    plastic hose, you had another piece of, like, tubing

 9    that you --

10         A    Tubing that you use normally for the IV

11    treatment.

12         Q    And then --

13         A    And that one --

14         Q    -- from that tube --

15         A    -- attach to the needle, and the needle will

16    be inserted into the cyst.  And it work for him.  In

17    fact, if you read that report, it says the patient

18    tolerated very well -- I think I have it here -- and we

19    remove -- I don't know exactly, I can't recall how much

20    this one here.  I think we remove about 1100cc of the

21    fluid from the cyst.  Do you have it in here?  I have

22    it somewhere, I show it to you.  I read it from my

23    writing.

24         Q    I think I've got it.

25         A    Oh, I mean you can read my writing -- this is
```

```
 1    it?  Okay, it says, "Under local anesthesia with

 2    Lidocaine 1 percent -- Lidocaine 1 percent, two CC of

 3    Lidocaine, after prep and drape, in a sterile fashion,

 4    a needle was inserted to the cystic cavity.  And with

 5    the use of the dental department vacuum, number 1100cc

 6    cystic fluid was drained.  No bleeding or oozing was

 7    observed, patient tolerated well.  Dr. Pritchard was

 8    assisting me during the procedure.  And then I

 9    prescribed a pain medication for him and signed on

10    February 29, 2012.

11              MR. WEAVER:  Is it okay if we make that

12         Exhibit 2?

13              MR. COLGAN:  That's fine.

14              COURT REPORTER:  I thought this was A.

15              MR. WEAVER:  Oh, B --

16              MR. COLGAN:  Okay, we can do A and B.

17              (Whereupon, Exhibit No. B was marked for

18         identification.)

19    BY MR. COLGAN:

20         Q    Was that the only time that you used the -- a

21    vacuum to remove the --

22         A    The dental vacuum?  Yes, that was the only

23    time because our vacuum unfortunately was broken.

24         Q    Were you using a vacuum otherwise to remove

25    that, or were you using a syringe?
```

```
 1        A    Depend, again, of the cyst, how it was.  And
 2    most of the time, I used the a special huge syringe that
 3    I use to open for this gentleman specifically from a
 4    tray that was for Paracentesis.  Paracentesis.
 5        Q    P-a-r-a-s-y-n-t-h-e-s-i-s?
 6        A    I think it has no "y."  It's Paracentesis.
 7    P-a-r-a-c-e-n-t-e-s-i-s, Paracentesis.  It's a special
 8    tray, mono-use, has a huge syringe, about I think a
 9    hundred ml, so we use with that one and give him a
10    relief.  Depend on -- yeah, most of the time I use
11    that.
12        Q    Was there something special about the time in
13    February 29th of 2012 where you had to use a vacuum as
14    opposed to using the large syringe?
15        A    No.  I use vacuum other setting as well, but
16    our vacuum was broken --
17        Q    Okay.
18        A    -- that day.
19        Q    Had you ever done a procedure with a dental
20    vacuum before --
21        A    Yes.
22        Q    -- on any other occasions?
23        A    In other occasion?  No.  For dental
24    procedure, yes, I did.
25        Q    Okay, but --
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                              75

```
 1        A    But for aspiration of another cyst, no, that

 2   was a provisional just to give a relief to this

 3   gentleman.  We have to consider that this is a

 4   correctional institution, it's not a hospital setting.

 5        Q    Was Mr. Horn on any antibiotics before his

 6   2012 hospital visit?

 7        A    2012 of which year?  2012?

 8        Q    Right.

 9        A    2012, what that mean 2012?  Which month?

10        Q    Between -- he had two surgeries --

11        A    Right.

12        Q    -- in 2011 and 2012.

13        A    Right.

14        Q    One in August of 2011; right?

15        A    Right.

16        Q    And one in 2012.

17        A    Right, so if they were --

18        Q    After the 2011 surgery --

19        A    Right.

20        Q    -- but before the 2012 surgery, was he on

21   antibiotics?

22        A    Yes.  Yes, sir.

23        Q    Okay.  For the entire time or just for a

24   particular time period within that --

25        A    Every time he has had a minor surgery or
```

```
 1   aspiration, he was on antibiotic.
 2        Q    Was he on antibiotics during the entire time
 3   that he was having fluid removed from his cyst by --
 4        A    Yeah.
 5        Q    -- by --
 6        A    -- for a short period of time.  I mean, we
 7   can't put a person for a long period of time on
 8   antibiotic, because unfortunately it create a
 9   resistance for that period, for example.  No, for that
10   period of the time, one of them we did a culture
11   sensitivity.  I do remember that I put him on Bactrim
12   and Cipro, which is -- both of them together has a
13   broad spectrum to cover as much as possible different
14   bacteria.
15             But if you ask me, it has to be on antibiotic
16   for long period of time, medically there is no
17   indication, unless you have a culture and sensitivity
18   like the case that he came from the hospital.  They
19   says that he has mycobacterium abscessum, and the
20   infectious disease say that we have to put this patient
21   for long period of time, a year, continuous treatment;
22   otherwise there's no indication.
23        Q    Now, you stated before that you believe that
24   the infection that he had after the 2012 visit was
25   contracted at the hospital; right?  Did you say that?
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    77

```
 1        A     I didn't say that.

 2        Q     I think you used a fancy word nosocomial?

 3        A     Could be.  Every time a patient go in the

 4   hospital, any patient, can contract a nosocomial

 5   infection.  This is part of the -- any good or any --

 6        Q     Is that just --

 7        A     -- university hospital.

 8        Q     Is that just your guess, or was there a

 9   diagnosis that that was a infection contracted at the

10   hospital?

11        A     I think I read this one from the -- from the

12   comment of Dr. Kaliddjan; that he thinks where it's

13   coming from --

14        Q     Dr. Kaliddjan was the doctor who saw him in

15   August of 2011; right?

16        A     Yeah.  And then he saw him more frequently.

17   He come here to the hospital and doing a quick visit.

18        Q     So he had the leg infection in August of

19   2011?

20        A     I'm sure that he has had.

21              MR. WEAVER:  Why don't you just listen and

22        focus on his questions, and don't look through

23        your papers.

24              THE WITNESS:  If he has a 2011 infection?

25        All I can tell you regarding that period of time
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    78

```
 1          the culture and sensitivity that I sent for the
 2          patient was negative.  No, he has had culture and
 3          sensitivity from hospital itself, too, that came
 4          pretty positive, yeah.
 5     BY MR. COLGAN:
 6          Q    And what was the date of that?  I'm sorry.
 7     Because I want to make sure that we're clear on the
 8     dates.
 9          A    The one that I have 7/24/12 for example.
10          Q    But other than for example, was there one in
11     2011?
12          A    You want to know during the 2011?  On
13     10/14/11, the pathology fluid was negative.
14          Q    Were there any --
15          A    That's -- that's --
16          Q    -- pathological reports done other than that
17     and the one on 2012?
18          A    Another chronological?  Not that I am aware
19     of that.
20          Q    Did you ever have an instance with Mr. Horn
21     where a surgery that he was supposed to have was
22     delayed because of a change in the hospital that
23     patients were being sent to?
24               MR. WEAVER:  Form.
25               MR. COLGAN:  Do you understand the question?
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                        79

```
 1              THE WITNESS:  Can you repeat it please again?
 2              MR. COLGAN:  Can you repeat the question back
 3         for me?
 4              (The preceding question was read back by the
 5    reporter.)
 6              MR. WEAVER:  Same objection.
 7              THE WITNESS:  I know that the Department of
 8         Correction hired Wexford for health care system,
 9         to take over of the health system.  And many
10         patients they went through this process of the
11         changing because the new company they have -- they
12         start to have a different contract with different
13         hospital.
14              For instance, in the past they used to send
15         the patient into Kendall Regional Medical Center,
16         then completely changed the direction of the
17         patient care hospitalization with another hospital
18         which the Wexford did contract with them.
19              So the contract of the new hospital,
20         organization of new hospital, hiring new
21         specialists, construction of the section in the
22         hospital for inmate patient care -- literally
23         construction of the section with the security --
24         I'm sure that take time and some of the patients
25         surely got in the middle, and I don't if Mr. Horn
```

```
 1              was in that timeframe any kind of procedure,

 2              radiological exam, or any consult.  I do not -- I

 3              don't recall exactly if he was in that period of

 4              time, but could be.

 5    BY MR. COLGAN:

 6         Q    Was George Horn ever in the palliative care

 7    dorm at South Florida Reception Center?

 8         A    Yes.  I sent this gentleman, by consistent

 9    request of himself, to that area because the palliative

10    care was reserved only for those patients who they are

11    terminal.  And we were supposed to receive patients

12    from all over the State of Florida for those patients

13    who they are in critical cases, and that's what we did.

14    But we also used that area, meanwhile, for those

15    patients that coming from the hospital for a short

16    period of the time for recovery, because the palliative

17    dorm is unique in the State of Florida.  It's the only

18    dorm in the State of Florida that has 24 hours nursing

19    staff, a doctor -- a provider there every day --

20    specifically for that area.

21              Plus other vantage for the inmate patients,

22    like they have a flat TV, you name it, they're serving

23    the food there, they're taking care of them

24    continuously.  Now, he -- and all the inmates they know

25    these services, and they know how good it is, and he --
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                          81

```
 1    we send Mr. Horn after the operation that he has at, I
 2    guess, I'm not -- yeah, I think he came in the
 3    infirmary and then we send him there for the healing
 4    process that we want he have, because -- because of the
 5    environment.  It's -- you know, whenever you have a
 6    cold environment the bacteria can grow less because
 7    it's not warm.  And the continuous care that he can get
 8    with the provider that was there.  Otherwise, Mr. Horn
 9    was not eligible, and he has no the criteria to be in
10    that area, because he wasn't terminal and he has no
11    diagnosis of cancer.
12           Also, it happened that we have had so many
13    spaces.  That dorm has had 80 beds, or 84 I guess, 84
14    bed, but short period of time you have had 40 patient,
15    44, 45, and so he was in the infirmary area.  And
16    exactly on day 7/11/12, I asked them if we can transfer
17    this gentleman to the F-Dorm, that dorm called F,
18    because we needed, first of all the -- for much more
19    emergency the infirmary, and we wanted help him for the
20    healing process in that environment.
21           So I don't know if he's still there or he's
22    eligible to be there, but -- the other reason we keep
23    some of the patient in area, because if a patient
24    needed a continuous IV treatment like he has had with
25    the line in his body, a PICC line, we call it, you
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    82

```
 1    know.  So that's what a good environment for

 2    continuation of the care, and the supervision of the

 3    nursing staff that they were there 24 hours.  So that

 4    was another reason.

 5           And I think I got the approval for him to be

 6    sent there.  Also he wasn't qualified for that area,

 7    and so we -- you give him this occasion to be there.  I

 8    tell you something, he love it, that area.

 9      Q    During Mr. Horn's time under your care at

10    South Florida Reception Center, was he recommended by

11    an orthopedic surgeon or by a general surgeon or any

12    outside consult for removal of an old hip replacement

13    device?

14      A    I know that we sent him several time with

15    the -- for the ortho consult.  No, if the orthopedic

16    recommended for removal of the femoral bone, I don't

17    know.  I know that he did remove the bone and they left

18    him for domination of the famous mycobacterium

19    abscessum treatment before they replaced the hip.

20    Allover goal was to give him a hip treatment

21    eventually, beside the cyst.  And he went to see a

22    general -- an ortho surgeon, they did a operation, and

23    there were no indication to complete the operation.

24    They want to wait to dominate the site because they

25    discovered this mycobacterium.  And they want to do,
```



George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                                    83

```
 1    once we dominate the infection, to replace another

 2    prosthesis.

 3          But the fact is, there is no -- any surgical

 4    indication for any kind of prothesis if the site of the

 5    replacement or the site of the operation is

 6    contaminated.  No, that -- because they recommend doing

 7    six months, 12 months, somebody talking about 18 months

 8    dominate infection in the setting of the correction

 9    institution.  And then I do remember we send him back

10    and they says he has to continue more; more weeks.  And

11    that was 6/12.  June -- 6/12 I have it, and he came

12    back June, 6/12, and he says more time.

13          MR. WEAVER:  I'm sorry, what was the date

14          6/12?

15          THE WITNESS:  June -- I don't have the exact

16          date, but I know that it was June 2012.

17          MR. WEAVER:  Okay.

18          THE WITNESS:  June 2012.  So if -- if there

19          were indication after this four weeks, or whatever

20          that ortho surgeon says, to put the -- replace the

21          hip, I really don't know, because it's very

22          difficult to say, because you know, no ortho

23          surgeon going to put a device if you suspect that

24          there can be a infection -- source of infection or

25          become projected or -- so the intervention may be
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                                84

```
 1    going well, but then the consequences is
 2    disastrous because it can't -- you know --
 3         MR. COLGAN:  Were there any unusual delays
 4    with George Horn's care that you were aware of?
 5         MR. FREEDMAN:  Form.
 6         THE WITNESS:  One thing is sure that, again,
 7    because he was in the -- that area he was
 8    privileged to have continuous nursing staff 24
 9    hours and the doctor that we have had specifically
10    for that reason.  He was to do the round every
11    day, and myself used to do round frequently and
12    see.
13         MR. WEAVER:  Was that -- are you talking
14    about palliative care unit?
15         THE WITNESS:  That -- yeah, care unit, yes.
16    Palliative care unit or F-Dorm or post-surgical
17    dorm or medical dorm.  So being the small unit,
18    surely he got attention of anything that's going
19    on.
20         Now, did he got all the radiological
21    examination?  I truly can't say yes.  Did he got
22    consult?  He did got consult.  Some of them was
23    canceled, yes.  Why, I cannot answer why, but it
24    got canceled a few of them.  But if your question
25    is overall he got the care that he should, I truly
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    85

```
 1          can say yes.

 2               MR. COLGAN:  I don't have any further

 3          questions.  Your attorney might, or the attorney

 4          for the other defendants might, but right now

 5          that's all the questions I have for you.  Thanks

 6          for making the trip out here.

 7               THE WITNESS:  Thank you very much.

 8               MR. WEAVER:  Eric, do you want to go ahead?

 9               MR. FREEDMAN:  Yes.  Dr. Hosseini, just a few

10          questions.  This is Eric Freedman on behalf of

11          Dr. Marlene Hernandez, Dr. David Reddick, and

12          Wexford Health Sources.

13                    E X A M I N A T I O N

14     BY MR. FREEDMAN:

15          Q    And Dr. Hosseini, I know this was asked, I'm

16     sorry if it's a little bit redundant, but how long

17     specifically did you work as the Chief Health Officer

18     at South Florida Reception Center?

19          A    Yeah, I worked from 2010 to the almost end of

20     the 2013.  At the beginning of the two-thousand --

21     September 2013.

22          Q    Okay.  And to your recollection, Wexford

23     began overseeing the medical care there in around

24     February or March of 2013?

25          A    That's correct.  At the beginning of --
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    86

```
 1        Q     Okay.

 2        A     -- of March of 2013.

 3        Q     Okay, so if Wexford took over in March of

 4   2013, you were essentially employed as the Chief Health

 5   Officer by Wexford at South Florida Reception Center

 6   for about six months?

 7        A     That's correct, sir.

 8        Q     And during your tenure for Wexford at South

 9   Florida Reception Center, did Wexford ever direct you

10   personally to withhold treatment from inmates?

11              MR. COLGAN:  Object to the form.

12              THE WITNESS:  No, sir.

13              MR. FREEDMAN:  Did Wexford ever direct you to

14        delay the treatment of inmates?

15              MR. COLGAN:  Object to the form.

16              THE WITNESS:  No, sir.

17   BY MR. FREEDMAN:

18        Q     In your position with Wexford, did you make

19   any decision one way or another pertaining to the care

20   and treatment that you rendered to Mr. Horn based upon

21   any cost-cutting measures or cost-cutting initiatives?

22        A     No, sir.

23        Q     Did you ever receive an increase in salary or

24   any bonuses for saving money for cutting costs in

25   caring for inmates at SFRC?
```

```
 1        A    No, sir.

 2        Q    Did Wexford ever incentivize you to deny

 3   emergent medical care or surgical care to any inmate at

 4   SFRC?

 5             MR. COLGAN:  Object to the form of the

 6        question.

 7             THE WITNESS:  No, sir.

 8   BY MR. FREEDMAN:

 9        Q    Are you aware of Wexford ever deliberately

10   disregarding a medical emergency in order to maximize

11   their profitability at SFRC?

12        A    Not aware of that.

13             MR. FREEDMAN:  And that's all the questions I

14        have, Dr. Hosseini, thank you.

15             THE WITNESS:  Thank you very much.

16             MR. WEAVER:  I probably just have, like, a

17        couple.  Give me one second.

18                    E X A M I N A T I O N

19   BY MR. WEAVER:

20        Q    Working backwards Dr. Hosseini, you had

21   mentioned -- I think you had said that Mr. Horn loved

22   the palliative care unit.  Could you elaborate on that?

23        A    Right.  Again, the palliative care unit is a

24   unique for the State of the Florida.

25        Q    Sure.  And just so we --
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    88

```
 1      A     Yeah.

 2      Q     And I think, you know, we've sort of

 3   established --

 4      A     Right.

 5      Q     -- what it is, I mean I guess as far as Mr.

 6   Horn specifically?

 7      A     Yeah, he like it because for several reasons:

 8   First of all, he got the privilege to be treated

 9   continuously, be observed by nursing staff, and see the

10   doctor any time he want.  Actually one of the privilege

11   of the F-Dorm is that they have not to ask the sick

12   call.  So if they need the doctor, they can go straight

13   forward to his office which is locate in the F-Dorm to

14   see him and ask him any consult help or treatment or

15   medication or -- or so on.

16            Plus, they like it because, of course, the

17   way that become treated, they have not to go outside

18   for meals, and food becomes delivered there, and -- and

19   they like if for other reason as well.  You know, they

20   like the -- apparently the only place that we have the

21   flat TV, 50 inches --

22      Q     Flat-screen TV?

23      A     Flat-screen TV.  And they become treated with

24   more observation and get a good treatment.

25      Q     Is there air conditioning in the dorm?
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                        89

```
 1        A    Of course.  This is also --
 2             MR. COLGAN:  Object to the form of the
 3        question.
 4             THE WITNESS:  Yeah, the F-Dorm and
 5        the infirmary was the only places that we have had
 6        the air conditioning.  And actually, I help him to
 7        get the approval to send him in the F-dorm because
 8        we want to accelerate his healing process, and
 9        especially for the IV treatment, because otherwise
10        he couldn't be for long period of time in
11        the infirmary area which is a place that many
12        acute and emergencies come in frequently, and we
13        have to have a spot -- space for that.  So he got
14        the --
15   BY MR. WEAVER:
16        Q    Did he request -- did he ever request to be
17   put in the palliative care dorm?
18        A    Yes, sir.  I personally have been contacted
19   by him few times, sometimes begging to help him to go
20   there.  And I wanted to do it, but you know there were
21   special criteria for that area that it was part of the
22   Department of Correction --
23        Q    Sure.
24        A    -- that they have to meet in order to be sent
25   there.
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                              90

```
 1        Q      When he was in the palliative care unit, did
 2    he ever demand to be taken out of it?
 3        A      Himself?
 4        Q      Yes.
 5        A      Never.
 6        Q      Did he ever complain about the fact that he
 7    was in the palliative care unit?
 8        A      Never.  Not to me.  Not to me.
 9        Q      I just want to clarify, the -- we talked a
10    bit about, I believe it's Kendall Regional who said
11    that he had had an infection -- this was in 2012, June
12    2012 -- was that infection within the cyst?
13        A      Okay, that I really don't know because I know
14    that it says there is infection, but the source of the
15    material that they sent to the pathology, I don't know
16    because, you know --
17        Q      Well, do you know the site of the culture?
18        A      The site of the culture I don't know because
19    that's the point:  I -- when I sent it, on my writing I
20    is specified where I have had the site exactly.  But in
21    their case, the site is not specified, so I don't know.
22    If it was from the cyst, if it's from -- which could
23    be -- if it's from the other site that the general
24    surgeon got the specimen.  So the source of the -- the
25    site of the specimen is very important.  And the other
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    91

```
 1    important thing is how they get the specimen.  This is

 2    a rule for every everywhere -- everybody, not only for

 3    this specific patient.  So I -- I don't know regarding

 4    the exact site of the specimen.

 5         Q    But in cultures that you did -- you,

 6    yourself, ordered afterwards -- came back negative for

 7    infection?

 8         A    That's correct I used to send two, three

 9    times the liquid -- the fluid that we aspirated, and it

10    was negative.  So -- he knew that.  Actually one time

11    verbally I told him I'm not going to send any more of

12    this liquid, because it will be negative.  He says,

13    "Yeah, don't bother."  That's what he told me about

14    the -- but those documented that I have it here, two of

15    them is negative.

16         Q    At any point did you deny Mr. Horn necessary

17    medical care to save your employer money?

18              MR. COLGAN:  Object to the form of the

19         question.

20              THE WITNESS:  No, not really.

21    BY MR. WEAVER:

22         Q    Did you ever deny Mr. Horn necessary medical

23    care in order to increase your employer's

24    profitability?

25         A    Not really.
```



```
 1        Q    Do you believe that -- did you give Mr. Horn
 2    all the necessary medical care that you were able to
 3    within the confines of, you know, your position in the
 4    facility?
 5        A    Yes, I truly believe I did.  And I have a
 6    clear conscious, that's the most important thing, and
 7    satisfaction that we did as much as we could.  And the
 8    documentation talk also by itself that we -- he got as
 9    much as possible a person can get with the radiological
10    exam, with the laboratoristic exam, with the consult,
11    with the surgery, and I think I did my part maximally.
12        Q    Just hypothetically, would you have been able
13    to remove his hip hardware in the facility, had you
14    wanted to?
15        A    Myself?
16        Q    Yes, in the prison.
17        A    The bone you mean?
18        Q    Are you able to perform that type of surgery,
19    removing a hip replacement --
20        A    Right.
21        Q    -- in the --
22        A    Right.
23        Q    -- SFRC?
24        A    No.  I mean, first of all, those kind of a
25    procedure is extensive procedure, and need a hospital
```

```
 1    setting and a specialist of the bone and ortho surgeon.
 2    And I would -- I would never do it in the setting of
 3    prison.
 4              No, if hypothetically you want to say -- ask
 5    me if I would if I could in the hospital, if I was
 6    ortho, this is a -- again it's hypothetical, and I
 7    would leave the things alone.  That's my, of course,
 8    personal opinion, and this is after several years.  And
 9    I think, you know, this gentlemen has had four
10    different operations before that --
11        Q    Well, I'm sorry, I think you're -- I didn't
12    mean to interrupt you, but if you're referring to
13    putting in a new hip, that wasn't my question.  I'm
14    talking about the removal of his old one.  So I think
15    you answered that.
16        A    Okay, no, putting a new one --
17        Q    No, no, no.
18        A    -- the fact is at one point this gentleman
19    has had an operation with a good surgeon, which he
20    thought there is no way that he's going to put another
21    hip right now, because it's infected.  He knew that if
22    he's going to put the hip, it's going to be infected
23    again, and it's a wasting of time, and can cause more
24    problem to him.  So he send him out from the hospital
25    with the hope of domination of the infection so --
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.

94

```
1        Q    So all the outside consultants that he did

2   see, the surgeons you mentioned, and Dr. Corces and

3   those others, those consultations you would have

4   approved those?

5        A    I -- I have had no alternative to approve

6   none of them.  I participate for preparation of the

7   approval, requesting of the approval; but personally I

8   have had no authorization for none of those --

9        Q    Yes --

10       A    -- radiological, surgical or consult or

11  anything.  I have had no -- I mean, that --

12       Q    All right, I think I probably -- that's

13  probably my mistake in the way I phrased it.  As far as

14  your role as Chief Health Officer, if you -- if you

15  didn't want Mr. Horn to even see a consultant, you

16  didn't even want him to have that request made, you

17  would have been able to prevent that from happening as

18  the Chief Health Officer?

19       A    Right.  Yeah, of course.  I mean, if I think

20  that, let's say, a patient of mine, in this case

21  Mr. Horn, doesn't need a CT scan or a MRI or a consult

22  with the general surgeon, or a consult with the ortho,

23  I mean, I don't need to bother going to paperwork

24  preparing, presenting to the collegial or utilization

25  management, and -- and going through all this for what?
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                              95

```
 1    I personally tried to get maximum by preparation of the

 2    request.

 3              MR. WEAVER:  All right.  I don't have any

 4         further questions.

 5              MR. COLGAN:  I just have a couple questions.

 6                      FURTHER EXAMINATION

 7    BY MR. COLGAN:

 8         Q    When you were saying that inmates like

 9    certain conditions in F-Dorm, were you talking about

10    conversations that you'd had with Mr. Horn personally,

11    or conversations generally with inmates?

12         A    I didn't understood very good the question.

13         Q    You were saying before that inmates like

14    F-Dorm because they get round-the-clock care, they have

15    air --

16         A    Right.

17         Q    -- conditioning, things --

18         A    Right.

19         Q    -- like that.  Were those particular things

20    that George Horn said "I like F-Dorm because it has air

21    conditioning and it has a TV"?

22         A    Yes.  I mean, that's obvious.

23         Q    I'm not asking if it's obvious.  Did he say

24    those things to you?

25         A    He didn't told me about the TV, but he told
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                     96

```
 1    me specifically he want to go to the F-Dorm, because

 2    F-Dorm is the very best place for him to take care of

 3    him, yes.

 4         Q     Okay.  Okay.

 5         A     No, if he intended to use the rest of, for

 6    example, the food because he asked not to go to the

 7    chow, the medical care because of the TV or because of

 8    the cold water or because of the environment, because

 9    of the beauty, that's -- that's also understandable

10    but --

11         Q     But those aren't things that he said to you;

12    correct?

13         A     He told me that he want to go F-Dorm.

14         Q     But not for the reasons that were discussed

15    about the air conditioning --

16         A     No, no, no.

17         Q     -- flat-screen TV?

18         A     No, no, every -- no, no, I don't say --

19         Q     Okay.

20         A     -- that he told me about that, but I'd say

21    also that every single inmate of the SFRC would love to

22    be part of that area.

23         Q     As a doctor, do you get a lot of requests

24    from inmates that they be placed in F-Dorm?

25         A     Yes.
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                    97

```
 1        Q     I mean, do you just give that -- do you give
 2   that privilege out to anybody that asks for it?
 3        A     Not really.
 4        Q     Okay.
 5        A     Also because, you know, it wasn't me because
 6   we -- I help him to get the approval --
 7        Q     Right.
 8        A     -- you know?  It wasn't me because it has a
 9   criteria that has go through the other people that they
10   have to approve this gentleman, and that has to be
11   there.
12        Q     But you recommended him for F-Dorm --
13        A     I did.
14        Q     -- because he -- because of the physical
15   condition that he was in?
16        A     Because he was in the infirmary area, and he
17   was supposed to do a IV treatment for long period of
18   the time, and mostly because the infirmary area as no
19   possibility to lose one of the beds for a long period
20   of time to one of the inmate patients, so that was the
21   best choice to send him in that area that, you know,
22   has not to be moved frequently.
23        Q     Okay.  So in other words, you placed him in
24   F-Dorm because it was to his -- to the benefit of his
25   medical improvement --
```

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.                                                          98

```
 1        A     That's correct.
 2        Q     -- and for administrative reasons for
 3    the infirmary; correct?
 4        A     Yes.  And for direct -- direct treatment,
 5    yes.
 6        Q     And not because he was asking for a more
 7    luxurious existence.
 8        A     I don't know about that, the priority --
 9    there's something about that, too, but he didn't ask me
10    that.
11        Q     Well, he never said anything like that?
12        A     Right, I don't say that --
13        Q     And you placed him there because you felt
14    that it was --
15        A     Because --
16        Q     -- for his medical --
17        A     For his medical treatment mostly, and
18    exclusively because the IV treatment for long period of
19    time.  That was the only place that we have had instead
20    of the infirmary area.
21             MR. COLGAN:  Okay, no further questions.  All
22         right, thank you very much.
23             THE WITNESS:  Yeah, thank you very much.
24             MR. WEAVER:  All right.  Thank you.
25             MR. COLGAN:  We'll reserve the right to
```

ORANGELEGAL                        Orange Legal
                                   800-275-7991

```
1    order, but we're not going to order at this time.

2         (Whereupon, the witness waived reading and

3    signing of the deposition and the deposition was

4    concluded at 1:53 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      CERTIFICATE OF OATH

 2

 3    STATE OF FLORIDA

 4    COUNTY OF LEON

 5

 6        I, JEFFREY BABCOCK, the undersigned authority,

 7    certify that SEYED HOSSEINI, M.D., personally appeared

 8    before me and was duly sworn.

 9

10        WITNESS my hand and official seal this 26th day of

11    January, 2016.

12

13

14

15              Jeffrey Babcock

16                 JEFFREY R. BABCOCK

17              Notary Public, State of Florida

18               My Commission No. FF206975

19                  Expires: 6/25/2019

20

21

22

23

24

25
```

101

1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA      )

4    COUNTY OF LEON        )

5

6            I, JEFFREY BABCOCK, do hereby certify that I

7    was authorized to and did stenographically report the

8    deposition of SEYED HOSSEINI, M.D.; that a review of

9    the transcript WAS NOT requested; and that the

10   foregoing transcript, pages 1 through 99, is a true

11   record of my stenographic notes.

12           I FURTHER CERTIFY that I am not a relative,

13   employee, or attorney, or counsel of any of the

14   parties, nor am I a relative or employee of any of the

15   parties' attorney or counsel connected with the action,

16   nor am I financially interested in the action.

17

18           DATED   this 26th day of January, 2016 at

19   Tallahassee, Leon County, Florida.

20

21

22

23        _____

24                  JEFFREY BABCOCK

25                  Court Reporter

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.

Index: 1..aware

**1**

**1** 73:2
**1/27/12** 67:16,17
**10-CC** 58:20
**10/14/11** 78:13
**10/4/11** 48:2,3
**10th** 67:20,24,25 69:9
**11** 51:12
**11/15** 48:5
**1100** 59:18
**1100cc** 72:20 73:5
**12** 41:8 48:13 51:12 83:7
**1200ccs** 59:18
**14** 49:5
**14th** 49:3,4 68:20
**15** 15:13,15,16 56:5 57:1,10
**15th** 49:8
**16** 6:20,21
**18** 41:9 43:23 55:24 68:3 83:7
**1:53** 99:4

**2**

**2** 73:12
**2.5** 57:11
**20** 49:20 55:25 68:3
**2000** 15:2
**2009** 8:22
**2010** 10:14,21 85:19
**2010/2011** 10:14,19
**2011** 10:15,21 35:8, 25 36:13 40:11 41:10,20 42:2,11 43:15 46:9,10 47:5, 6,9,24 48:5,18 49:8 50:4 51:3,17 55:9

**56:11** 58:2 68:20 75:12,14,18 77:15, 19,24 78:11,12
**2011/2012** 64:9 65:23
**2012** 37:18,19 41:10, 18 43:15,16,20 45:12 46:11 47:17 48:8,11,15,18 49:5, 6,8 51:3,18 52:19 55:9 58:3 64:10 66:24 67:20,24,25 69:5 73:10 74:13 75:6,7,9,12,16,20 76:24 78:17 83:16, 18 90:11,12
**2013** 8:23 10:24,25 11:13,16 85:20,21, 24 86:2,4
**2014** 6:24
**22** 55:25 68:3
**24** 18:8,25 48:13,15 80:18 82:3 84:8
**24th** 69:10
**25** 9:10,13
**27** 66:11
**27th** 66:24
**29** 73:10
**29th** 74:13

**3**

**30** 56:10
**30th** 56:9,11

**4**

**40** 19:2 57:22 81:14
**44** 81:15
**45** 19:2 81:15
**4th** 49:8

**5**

**5/9/12** 65:16,19

**50** 8:13 88:21
**500cc** 59:23

**6**

**6/12** 83:11,12,14
**6/14** 52:19
**6/30/11** 56:8
**60** 19:2
**600** 59:17 67:1 68:4

**7**

**7/11/12** 81:16
**7/20/2013** 64:6
**7/24/12** 78:9
**7/25/2012** 45:10

**8**

**8/31/11** 48:7
**80** 19:7,9 81:13
**84** 81:13

**A**

**A-n-t-e** 54:23
**abdomen** 57:21
**ability** 5:13
**abridge** 69:14
**abscessum** 40:15 42:14 76:19 82:19
**absolute** 25:21
**accelerate** 89:8
**access** 20:22 32:22, 23 36:20 49:16
**accumulated** 36:22 39:10
**acetabulum** 42:16
**action** 4:17 38:18
**activities** 15:10

**activity** 14:18
**acute** 24:18,22,25 25:15 26:9 89:12
**addition** 15:8
**adhesive** 68:8
**adjourn** 5:22
**administration** 18:12 62:12
**administrative** 98:2
**ahead** 85:8
**air** 88:25 89:6 95:15, 20 96:15
**Allover** 82:20
**alternative** 34:8 94:5
**Amazing** 55:6
**amount** 18:19
**anesthesia** 71:3 73:1
**answers** 5:7
**antibiotic** 44:10,11 45:19 66:8,14,21 76:1,8,15
**antibiotics** 75:5,21 76:2
**apparently** 88:20
**appointment** 63:18
**approval** 20:7 26:11 27:8,13 32:25 33:17 34:4,7,19 46:24 52:3,4,20,21 61:4 63:18 82:5 89:7 94:7 97:6
**approve** 23:19 32:20 34:23,25 94:5 97:10
**approved** 23:15 27:17 30:1,14 33:25 52:1 94:4
**approximately** 9:13 30:20
**April** 47:5

**area** 14:7,8,16,17 18:14 56:24 59:9 80:9,14,20 81:10,15, 23 82:6,8 84:7 89:11,21 96:22 97:16,18,21 98:20
**ARNP** 12:18 15:4
**arrange** 30:12
**arrangement** 30:13
**arrangements** 29:17
**arrested** 53:24
**arrival** 7:16 12:25 15:5
**arrive** 16:16
**arrived** 4:17
**aseptic** 58:24 59:1,3, 4
**asks** 97:2
**aspect** 67:11
**aspirate** 58:14 67:7 69:18 71:1
**aspirated** 91:9
**aspiration** 47:1,24 58:13 68:14 69:23 75:1 76:1
**assisting** 68:7 73:8
**attach** 70:20 71:14 72:15
**attached** 71:6
**attachment** 70:22, 23,24
**attention** 24:18 84:18
**attorney** 4:16,18,21 5:10,25 85:3
**August** 35:25 36:12 37:19 40:11 42:2 47:9 48:7 50:4 51:3, 12,17 52:2,4 58:2 75:14 77:15,18
**authorization** 94:8
**aware** 32:5 33:15 35:1 50:14 78:18

OrangeLEGAL

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.

Index: B-u-l-l-o-c-k..condition

84:4 87:9,12

**B**

B-u-l-l-o-c-k 62:2

back 17:19,21 34:22, 23 41:7,11 44:19 46:1,7 63:9 79:2,4 83:9,12 91:6

background 6:10 38:1

backwards 87:20

bacteria 40:14,19,25 41:6 44:10 76:14 81:6

bacterium 41:4

Bactrim 76:11

bad 62:19

baseball 57:9

based 26:2 28:1,9 32:20 34:12,15 38:13 86:20

basic 5:6

basis 12:24,25 14:5 15:14,16

bathroom 5:22

beauty 96:9

bed 81:14

beds 18:22,23 19:4, 9,10,11 81:13 97:19

began 85:23

begging 89:19

beginning 8:23 9:3 22:3 35:8 48:8,11 85:20,25

behalf 21:19 22:1 85:10

benefit 97:24

big 55:11,12,16,18 57:20,21,25

bigger 17:5

biggest 12:16

biopsy 37:9,10,12, 13,16

bit 6:10 18:13 67:9 85:16 90:10

bleeding 68:5 73:6

blood 38:15 39:6,7, 11,12 67:14

bloody 67:12

blue 17:23 18:5,13 20:14 33:21

body 58:25 81:25

bone 42:8 52:5 82:16,17 92:17 93:1

bonuses 86:24

book 24:16

bother 91:13 94:23

bottle 59:22

boy 62:5

Bradford 8:2,3,16 9:21

break 5:19,22 45:4, 7,23

broad 76:13

broken 70:10,14 73:23 74:16

brunameo 40:15

Bulk 61:25

Bullock 61:22 62:1, 2,6

Butler 9:6,16 10:21 20:8,9 27:9 31:19 32:2,9,17 63:24 64:11 65:10,11

**C**

C-h 40:18

C-h-e-l-o-n-a-e 40:18

call 23:5,17,18 25:11 28:1 35:10 37:8 40:14 41:1 58:12 62:6,23 81:25 88:12

called 4:4 7:6,9 14:7 16:19 22:4 37:7 81:17

calls 15:1

cancel 61:17,18

cancelation 65:19

canceled 61:24 84:23,24

cancellation 63:17

cancer 81:11

capacity 18:22 19:8

car 61:6 63:8

cardiological 24:20

care 7:14,18,19 13:2 14:8,18 15:7 21:12 23:9,25 25:11 26:16 28:22 30:4 31:25 32:19,21 44:2,13,14 50:5,9,11 53:24,25 79:8,17,22 80:6,10, 23 81:7 82:2,9 84:4, 14,15,16,25 85:23 86:19 87:3,22,23 89:17 90:1,7 91:17, 23 92:2 95:14 96:2,7

caring 86:25

case 21:3,16,20 22:2, 4 23:11,12 24:8 27:21 34:3 38:6,7 53:2,3 57:15 59:17 61:11 63:16 76:18 90:21 94:20

cases 63:7 80:13

category 24:18

caused 39:24

cavity 57:23 73:4

CCS 59:20

cell 67:14

cells 39:12 68:17

Center 9:7,8,19 12:15 26:25 30:9,20 31:24 32:11 36:11 43:21 49:24 50:18, 20 79:15 80:7 82:10 85:18 86:5,9

centimeter 57:6,10, 20,22 59:14 68:3

centimeters 55:25 57:1,3,4

cerebral 24:20

change 58:18 78:22

changed 79:16

changing 79:11

character 34:12

chart 12:25 14:23 15:9 17:5,7 18:16 36:23 45:15 64:3,13

charting 15:21

charts 17:21

chelonae 40:16

chest 35:19

chief 9:3,6 12:10,12, 14,20 13:7,10,14 30:19 50:16 85:17 86:4 94:14,18

CHO 9:3 13:22

choice 97:21

chow 96:7

chronic 16:13,15,20, 22

chronological 16:6, 8,9,11,21 78:18

CI 9:9,10,12,13

CIC 16:20

Cipro 76:12

city 7:16 9:11,14,17

clarification 5:16

clarify 90:9

clean 58:12

clear 4:17 78:7 92:6

clinic 7:4,5,6,7,10, 13,15,16,23 16:14, 16,20 25:18 28:17

clinical 29:23

clinics 16:22

close 9:22 62:22

cold 81:6 96:8

Colgan 4:9,15 5:1 14:1 19:13 21:23 24:5,13 28:4 29:20 34:13 36:5 39:17 40:3 41:21 42:1 45:9,11,21 46:1,4,7, 8 47:12 51:13,19 52:9 53:21 54:14,20 59:6 65:14,21 66:23 67:17,19 68:25 69:4 72:4 73:13,16,19 78:5,25 79:2 80:5 84:3 85:2 86:11,15 87:5 89:2 91:18 95:5,7 98:21,25

collapsed 58:15

collection 68:12

collegial 27:25 28:1 94:24

comment 77:12

commonly 22:23

communicate 61:8

communication 27:15 61:23

commute 10:4,5

company 11:4 29:22 34:19,23,24 79:11

complain 90:6

complaint 21:3

complete 33:3,23 82:23

completely 11:10 40:6 79:16

complex 63:9,10

complication 57:24

compound 19:6

compression 46:19 60:14

concluded 99:4

condition 24:19,22 25:2,5,14 26:1 28:2 46:16 97:15



George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.

Index: conditioning..difference

conditioning 88:25
89:6 95:17,21 96:15

conditions 25:7,8
95:9

conference 21:22,24

confidential 21:25

confines 92:3

confusing 41:25

conscious 92:6

consent 58:10

consequences 57:24
84:1

conservative 25:16
64:2,19,20

consideration
25:14

considered 33:13
34:6 64:19,21

consistent 80:8

construction 79:21,
23

consult 13:6,13
23:16 27:16,22
28:20 29:9 35:21,23
37:14 46:20 48:7,14
49:14,17,23 51:25
52:1,5,6,7 60:17,20,
23 61:1,2 63:5,6,24
64:12 69:16 80:2
82:12,15 84:22
88:14 92:10 94:10,
21,22

consultant 94:15

consultants 94:1

consultation 13:8,9,
23 14:21 30:3,21
33:12,19 47:3 48:9,
15 56:7

consultations 94:3

consults 48:19 65:3

contact 39:14

contacted 89:18

contained 42:18
66:4

contaminated 83:6

context 35:9

continual 45:18

continuation 82:2

continue 64:1 83:10

continuous 18:8
44:7 76:21 81:7,24
84:8

continuously 80:24
88:9

contract 28:16,18
29:3 77:4 79:12,18,
19

contracted 76:25
77:9

contraindicated
44:6

contrast 48:5

control 63:16

conversations 4:20
21:14,18,25 22:23,
25 23:9 95:10,11

convince 34:2

coordinate 62:13

coordinated 62:11

coordination 26:12
63:12

coordinator 20:11,
17 61:19,20,21,22

copy 17:1

Corces 42:9 94:2

correct 4:21,22
10:25 13:21 16:9
25:5,6 26:22 28:11,
23,24 29:18,22 35:4
37:3 41:15 47:17
55:9,10 56:17,18
57:2 58:3,4 59:10,21
62:3 67:5,6 69:6,8
72:1 85:25 86:7 91:8
96:12 98:1,3

correction 15:19
19:21 27:5 30:7
64:12 79:8 83:8
89:22

correctional 9:4,5
26:6 75:4

Corrections 8:19,21
10:7 11:2,3,13,17,
20,24 17:1 19:16
21:15 31:4,9,24

cost-cutting 86:21

costs 86:24

count 62:23

county 6:13,14,16
7:2,22 8:2,3,16 9:21
11:20,22

couple 87:17 95:5

court 5:6,8 6:1
53:12,15 73:14

cover 76:13

covering 66:21

create 38:15 59:1
70:24 76:8

creation 39:24

credentialed 29:25

criteria 34:17,18,20,
24,25 35:1 81:9
89:21 97:9

critical 24:8 80:13

CT 23:15 35:20 48:4
49:11 52:5 94:21

cubic 57:6

culture 40:13 42:9,
17 67:10 76:10,17
78:1,2 90:17,18

cultures 91:5

current 6:11 20:19
33:6

cutting 86:24

cyst 36:18 37:4,7
38:3,13,18,23 39:3,
4,9,12,15 40:2,10,20,
21 42:18 46:23
47:25 49:2 55:8,11
57:16,18,19,21,22,23
58:3,5,6,15 59:25
60:9,11,14 67:4
68:12 69:6 70:21
72:16,21 74:1 75:1

76:3 82:21 90:12,22

cystic 36:14,15 37:8
38:16,21 39:10
42:15 46:17 52:11
56:12,14 60:13 73:4,
6

cysts 37:24 38:25
39:13 59:16

cytological 66:3

D

daily 12:24 14:5,18
15:14,16 19:1

date 44:23 45:5 48:1
52:19 56:6 65:7,8,13
68:21 78:6 83:13,16

dates 47:22 48:24
49:1 78:8

David 22:12 85:11

day 15:15 74:18
80:19 81:16 84:11

day-to-day 13:22

days 49:20

DC4-701 16:10

De 37:15 41:18 49:5,
6 53:2,3,5,11,12
55:21,22

debridement 39:11

decide 5:9 25:7 28:1,
15 29:15 61:23

decision 86:19

decisions 28:10

deeply 33:10

defendants 5:25
85:4

define 24:2

delay 86:14

delayed 78:22

delays 84:3

deliberately 87:9

delivered 88:18

demand 90:2

denial 20:7 27:13
34:7 63:21

denials 31:6,7 63:19

denied 31:2,10,13
32:3 63:22 64:4,6,12

dental 70:2,3,4,5,13,
17,20 71:1,8,9 73:5,
22 74:19,23

dentist 71:25

deny 28:22,25 31:9
32:21 63:24 87:2
91:16,22

denying 61:13

department 6:13,16
7:2 8:1,6,17,18,20
10:7 11:1,3,12,17,
18,19,23,24 12:21,23
13:7 14:6 15:7,9,19
16:25 19:15,21
21:15 27:5 29:17
30:7,10 31:4,9,24
61:8 62:7,10 64:11
69:17 70:13 71:1
72:1 73:5 79:7 89:22

depend 17:4 25:23,
24,25 57:18,23 60:1
74:1,10

depending 29:16

deposition 5:3
20:25 21:10 51:15,
23 54:9 99:3

depression 66:19

DER 23:17

describe 24:8 37:4

description 33:3,23

destination 17:18

device 82:13 83:23

devices 33:17

diagnosis 25:13,24
33:6 56:13 77:9
81:11

differ 57:24

difference 18:4



George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.

**difficult** 41:1,6 71:3 83:22

**dimension** 55:19 56:4 60:11

**direct** 86:9,13 98:4

**direction** 25:17 28:3 31:14 79:16

**directly** 49:17 71:14

**director** 6:12,15 32:10 70:13

**disastrous** 84:2

**discharged** 44:1

**discovered** 82:25

**discretion** 25:12,21 26:17

**discuss** 27:20

**discussed** 96:14

**disease** 43:22 76:20

**disinfect** 59:12

**disinfectant** 59:11

**disregarding** 87:10

**distance** 8:8

**distinguish** 43:9

**divide** 17:6

**divided** 57:11

**division** 17:16

**DOC** 19:21 23:3,20 24:3 25:3 27:1 35:2 49:15 61:22

**doctor** 14:16 25:23 26:19 28:17 29:1,2, 15,16 30:4,15 32:1 36:2 42:7 44:18 45:18 48:9,22,23 63:6 77:14 80:19 84:9 88:10,12 96:23

**doctor's** 47:8

**doctors** 12:19 13:19 15:1 23:20 25:3 31:17,18,20 32:17 49:16,21,22

**document** 20:2

**documentation** 16:25 17:14,18 21:11 33:11 92:8

**documented** 91:14

**documents** 21:2,9

**dominate** 41:2,6 44:3,10 45:20 82:24 83:1,8

**dominated** 44:17

**domination** 44:3 82:18 93:25

**dorm** 18:8,10,24 19:1 80:7,17,18 81:13,17 84:17 88:25 89:17

**dorms** 18:16 19:5

**drain** 58:5

**drained** 56:12 68:4 70:18 73:6

**draining** 58:3,6 69:6,9

**drape** 58:11 73:3

**dressed** 68:8

**drug** 44:9

**duly** 4:4

**duties** 12:12

**duty** 12:17,19 13:13 15:5

———————————

**E**

**earlier** 64:8 67:7

**early** 55:9 70:10

**easiest** 58:6

**easily** 71:19

**easy** 9:25

**eight-zero** 19:9

**eighty** 18:22

**elaborate** 87:22

**elastic** 71:12

**electronical** 15:20

**eleven** 64:16

**eligible** 81:9,22

**email** 19:24,25 20:11 23:6

**emails** 20:13

**emergencies** 89:12

**emergency** 25:15 26:9 62:25 81:19 87:10

**emergent** 87:3

**employed** 11:19,20, 22,23 21:15 86:4

**employee** 11:18

**employer** 91:17

**employer's** 91:23

**employment** 12:1,5

**encounter** 16:2

**end** 6:22 10:13 11:6 48:7 85:19

**enormous** 63:11

**entire** 30:24 75:23 76:2

**entity** 26:12

**environment** 81:5, 6,20 82:1 96:8

**equipped** 70:20

**era** 19:20 23:2 27:5, 18 30:6 31:3,8 61:21

**Eric** 85:8,10

**essentially** 86:4

**established** 88:3

**eventual** 13:1,11 16:4 33:5

**eventually** 13:15 14:20 25:13 66:9 82:21

**exact** 38:18 44:23 52:19 53:17,18 83:15 91:4

**exaggeration** 54:1

**exam** 27:22 33:2 35:13,16 80:2 92:10

**examination** 13:12 16:3,18,19 27:16 31:12 33:25 84:21 95:6

**examine** 32:2

**examined** 4:6 31:21 35:14

**exceptional** 13:1 23:17 44:9

**exceptionally** 69:13

**exclusively** 18:16 98:18

**excrete** 39:8

**Executive** 6:12

**exhibit** 67:21 68:23 69:1,2 73:12,17

**existence** 98:7

**experience** 37:21 57:17

**explain** 5:5

**extensive** 92:25

**extensively** 34:1

**external** 14:21

**extravasation** 39:5

**extreme** 27:9,11

**extremity** 35:11,20

**eye** 67:11

———————————

**F**

**F-dorm** 14:7 18:7, 10,21 19:9 81:17 84:16 88:11,13 89:4, 7 95:9,14,20 96:1,2, 13,24 97:12,24

**facial** 52:12

**facilities** 9:1,2 10:7 23:20 25:4

**facility** 8:25 12:19 13:20 15:5 92:4,13

**fact** 41:7 42:23 52:16 72:17 83:3 90:6 93:18

**familiar** 19:14 35:3

**family** 8:9 11:7,9,25

**famous** 82:18

**fancy** 77:2

**fashion** 58:11 59:5 71:15 73:3

**fastener** 71:17

**February** 11:6 73:10 74:13 85:24

**feel** 26:2

**felt** 98:13

**femoral** 42:8 48:5 52:5 56:24 82:16

**Fernandez** 68:7

**field** 59:13

**fight** 62:21

**file** 16:24 17:1

**filed** 20:13

**files** 17:22

**fill** 38:16 39:3

**filled** 39:4 46:18

**final** 26:4

**find** 42:6,7 54:16,19 55:22

**findings** 42:20

**fine** 73:13

**five-by-five** 59:13

**five-minute** 45:22

**fix** 36:18

**flat** 80:22 88:21

**flat-screen** 88:22,23 96:17

**flexibility** 71:23

**Florida** 7:4 8:12,14, 15,18 9:7,19 11:7 12:15,16 18:23,24 20:7,8 26:24 27:10, 11 30:20 31:23 32:11,12 50:19 68:11,13 80:7,12,17, 18 82:10 85:18 86:5,



George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.

Index: fluid..inmate's

9 87:24

**fluid** 36:21 39:3 46:18 47:1 59:15,25 60:8 65:22,24 67:11, 14 68:1,19 70:1,3, 19,21 72:21 73:6 76:3 78:13 91:9

**focus** 64:8 77:22

**focusing** 47:15

**folder** 20:21

**folders** 17:23,24 20:15

**follow** 50:7

**follow-up** 50:5

**food** 80:23 88:18 96:6

**form** 13:24 16:10 24:4,11 27:3 29:19 33:17,21 34:9 72:2 78:24 84:5 86:11,15 87:5 89:2 91:18

**formation** 36:14,15 37:8 38:17,22 39:11 42:15 46:17 52:11 56:12,14 60:13

**formed** 38:13,18,23, 25

**forms** 16:12,23 33:13

**formulary** 14:22 44:12

**forward** 27:19 88:13

**found** 40:20,21 42:3, 15 43:14

**four-by-four** 59:14

**free** 34:18

**Freedman** 84:5 85:9,10,14 86:13,17 87:8,13

**frequent** 46:14

**frequently** 22:20 23:16 32:5 46:15,17 49:21 69:18,19 77:16 84:11 89:12 97:22

**full** 4:10

**functional** 15:6

**G**

**gain** 12:25 15:4

**gastrointestinal** 24:20

**gauze** 68:9

**gave** 27:12 70:17

**general** 7:18 12:24 29:9 35:22 38:1 46:20 50:15 52:24 56:3 82:11,22 90:23 94:22

**generally** 23:20,24 25:8 30:3 95:11

**generate** 15:24

**genetical** 38:19

**gentleman** 23:15,18 37:13 44:7 53:18,23 64:11 66:15 67:7 74:3 75:3 80:8 81:17 93:18 97:10

**gentlemen** 93:9

**George** 4:16 21:6 23:9,21 35:3 37:25 40:10 46:9 50:3,18 55:8 59:25 65:22 80:6 84:4 95:20

**get all** 46:24

**give** 12:4,6 26:13 46:25 53:16,17 63:25 69:15,23 71:22 74:9 75:2 82:7,20 87:17 92:1 97:1

**goal** 82:20

**good** 4:10 45:3 60:15 66:20 77:5 80:25 82:1 88:24 93:19 95:12

**green** 17:24 18:14, 16 20:14

**grow** 81:6

**guess** 6:23 11:5 25:2 32:23 33:10 37:18, 19 47:6 53:11 64:7 70:18 77:8 81:2,13 88:5

**H**

**H-o-s-s-e-i-n-i** 4:14

**hang** 41:14 45:6

**happen** 16:14

**happened** 69:14 81:12

**happening** 94:17

**happy** 5:17

**hard** 17:1

**hardware** 50:13 92:13

**head** 6:4

**healing** 81:3,20 89:8

**health** 6:13,16 7:2, 25 8:5,16 9:3,6 11:18,23 12:10,12, 14,20,21 13:10,14 20:3,14,19 21:19 22:1 25:10 27:2 30:19 50:16 79:8,9 85:12,17 86:4 94:14, 18

**healthcare** 16:7,11, 21,22

**helped** 23:14

**Hepatitis** 66:17

**hereditary** 38:20

**Hernandez** 85:11

**high** 56:19,20

**hip** 37:2,25 38:3 40:24 42:16 46:16 50:12 51:4,17 56:17, 18 65:18,19 82:12, 19,20 83:21 92:13, 19 93:13,21,22

**hired** 79:8

**hiring** 79:20

**history** 33:4,5

**Hmm** 54:10 68:24

**hope** 93:25

**Horn** 4:16 23:10,21 35:4,7 37:25 50:3,18 53:25 55:8 58:1 75:5 78:20 79:25 80:6 81:1,8 86:20 87:21 88:6 91:16,22 92:1 94:15,21 95:10,20

**Horn's** 21:6 40:10 46:9 59:25 65:23 70:2 82:9 84:4

**hose** 71:24 72:5,6,7,8

**hospital** 14:10 25:19 28:15,17 29:24 30:8 36:10 40:13 41:7,12 42:23 44:1 46:10 47:8,16,20,25 48:4 49:13,14,15,20 75:4, 6 76:18,25 77:4,7, 10,17 78:3,22 79:13, 17,19,20,22 80:15 92:25 93:5,24

**hospitalization** 43:2,7 79:17

**Hossein** 4:3,12,15 69:22 85:9,15 87:14, 20

**hours** 18:9,25 80:18 82:3 84:9

**house** 10:11

**huge** 55:15 56:5 58:17,20 68:4 74:2,8

**hundred** 60:4,5 74:9

**hundreds** 54:1

**hypothetical** 93:6

**hypothetically** 38:6 92:12 93:4

**I**

**idea** 46:13

**identification** 69:3 73:18

**illness** 16:13,15,20,

22

**imagine** 18:17

**immediately** 7:1 61:1

**immunity** 66:18,19

**important** 67:10 90:25 91:1 92:6

**improvement** 97:25

**incentivize** 87:2

**inches** 57:12 88:21

**include** 24:15

**increase** 86:23 91:23

**independently** 49:22

**indicating** 6:3

**indication** 76:17,22 82:23 83:4,19

**individual** 18:2 25:20

**infected** 39:13,21 93:21,22

**infection** 38:22,24, 25 39:22,24 41:12 42:21,22,24 43:1,6,9 44:3,4,16 45:20 66:9 68:16 76:24 77:5,9, 18,24 83:1,8,24 90:11,12,14 91:7 93:25

**infections** 43:5

**infectious** 43:22 76:20

**infirmary** 18:6,9,20 19:4,10 81:3,15,19 89:5,11 97:16,18 98:3,20

**initiatives** 86:21

**inmate** 15:4 18:2,5 20:2,19 26:3,4 29:15 35:3 56:4 62:14,16 63:4,11 79:22 80:21 87:3 96:21 97:20

**inmate's** 20:14



Orange Legal
800-275-7991

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.

**inmates** 15:3 18:18 19:5 80:24 86:10,14, 25 95:8,11,13 96:24

**inserted** 72:16 73:4

**instance** 78:20 79:14

**institution** 9:4,5 12:14 14:15 17:3,17, 19,20 25:18,20 26:6, 7,8,14,16,20 27:13 29:23 30:1,15 31:25 32:19 33:22 34:17 44:20 50:7,17 52:22 62:15 63:5,11 69:17 75:4 83:9

**institutional** 29:7

**institutions** 14:12 23:4 29:23

**instruction** 5:11

**insurance** 34:19,23

**intended** 96:5

**interrupt** 93:12

**Interruption** 47:11

**intervention** 83:25

**invented** 18:5

**involved** 13:23 14:19,22 21:2 23:11 27:24

**iodine** 59:9,12

**issues** 8:9 23:5

**IV** 41:9 43:22 44:2 71:22 72:10 81:24 89:9 97:17 98:18

---

**J**

**j-a-n** 36:9

**Jackson** 6:13,14,16 7:1,22 8:12

**Jacksonville** 7:3 8:14,15 9:23 10:1 12:1

**jail** 6:14

**January** 66:11,24 67:20,24,25 69:5,9,

10

**job** 6:11 7:17,18,22 8:4

**judge** 5:8

**June** 49:3,4,5 56:9, 10,11 83:11,12,15, 16,18 90:11

---

**K**

**K-a-l-i-d-d** 36:7

**Kaliddjan** 36:1,3,4 77:12,14

**Kendall** 14:10 30:8 36:11,12 49:15,23 50:18,19 79:15 90:10

**Kiliddjian** 41:18 42:3 48:6 50:4,6 54:3,6

**kind** 18:11 24:21,25 27:22 28:19,21 30:12 33:1,8 34:4, 17,19 35:1 37:7 40:25 41:5 43:5 50:14 80:1 83:4 92:24

**kinds** 34:5

**knee** 56:22

**knew** 23:11 28:21 34:16 91:10 93:21

**knowledge** 5:13 33:7

---

**L**

**L-l** 53:14

**L-l-o-r-a-n-t-e** 53:9

**L-l-o-r-e** 54:21

**L-l-o-r-e-n-t-e** 53:8

**laboratoristic** 92:10

**laboratorstical** 16:18

**Lake** 9:6,10,14,16 10:20 20:8,9 27:8

31:19 32:2,9,17 63:23 64:11 65:10, 11

**large** 57:18 74:14

**late** 55:9

**Laurentis** 37:15 41:19 49:5,6 53:5,13

**lawyer** 22:4

**laymen's** 38:12

**leave** 7:17,20 8:7 11:1 12:4 93:7

**left** 7:21 8:8 9:21 11:10 12:1 22:13 82:17

**leg** 40:10,20 42:18 59:25 65:23 69:6 70:2 77:18

**letter** 20:6,10 31:13

**letters** 20:12

**level** 29:7 42:16

**Lidocaine** 73:2,3

**liquid** 58:14,19 91:9, 12

**listen** 77:21

**liter** 59:19,20,22,25 70:18

**literally** 20:10 79:22

**liters** 57:4

**live** 8:9,11 10:1

**lived** 10:2

**Llorente** 53:6,7,11, 12,14,15 54:25 55:1, 3

**local** 14:10 30:8 73:1

**localized** 57:19,23

**locate** 88:13

**located** 9:9,16 27:9

**long** 6:19 8:20 10:1, 3,5 43:21 49:19 55:5 76:7,16,21 85:16 89:10 97:17,19 98:18

looked 65:24

**Lorente** 53:2,3 55:21,22

**lose** 97:19

**lot** 23:14 54:15 55:7 58:19 59:17 96:23

**loudly** 5:24

**love** 82:8 96:21

**loved** 87:21

**lower** 34:22 35:11, 20 56:22,24,25

**lung** 40:2

**luxurious** 98:7

---

**M**

**M-u-c-o** 39:20

**M-y-c-o** 41:3

**M.D.** 4:3

**machine** 70:14

**made** 63:20 72:5 94:16

**Madison** 9:4,12,13

**main** 18:18

**major** 62:23

**make** 15:6 17:7 28:10 41:25 59:13 68:22,25 73:11 78:7 86:18

**making** 13:23 30:2 34:7 85:6

**malignant** 68:17,18

**man** 69:7

**managed** 27:6

**management** 19:15, 18,20 20:9 26:12,21, 23,25 27:6,20 29:14 31:18 32:1 33:1,14 34:6 61:3 62:13 63:20 94:25

**managing** 12:19,21, 22 15:8 23:3 27:1,2 31:25

**maneuver** 71:19,23

**March** 47:6 85:24 86:2,3

**Marianna** 6:14,17 7:22

**marked** 69:2 73:17

**Marlene** 85:11

**mass** 56:5

**material** 39:14,23 40:9 42:17 67:1,4 68:4,14 90:15

**matter** 62:24

**maximally** 92:11

**maximize** 87:10

**maximum** 95:1

**Mayo** 9:4,9,10

**meals** 88:18

**meaning** 24:10,14

**means** 18:16 28:18 38:11,13 39:5,22 40:4,6 43:1 59:4

**meant** 29:14

**measure** 60:6

**measures** 86:21

**mechanism** 38:18 61:15

**medical** 6:12,15 9:7 12:18,21,23 14:16 15:8 16:4,17 17:3, 11,15,21 18:1,8,10 20:17 21:7,22 23:24, 25 24:2,10 25:4,21 26:2,3,5 27:1,2 28:2 30:8 31:25 32:10,19, 23,24 33:3,4,5,11,17 36:11 44:7,25 49:9, 10,24 50:10,18 51:7 57:4 62:7,10,11,17 63:12 64:22 70:8,12 79:15 84:17 85:23 87:3,10 91:17,22 92:2 96:7 97:25 98:16,17

**medical/surgical** 13:12

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.

Index: medically..part

**medically** 76:16

**medication** 14:21 18:12 23:17,19 27:23 43:24,25 44:8 47:2 73:9 88:15

**medications** 13:1 50:1,22

**meet** 32:2 89:24

**meeting** 32:18

**mentioned** 15:10 42:12 64:17,18 87:21 94:2

**met** 27:14 35:6

**Miami** 9:8,18,20 10:10 11:10,25 20:10 27:10 32:2

**middle** 79:25

**Mike** 4:15,24

**miles** 8:13 9:10,13

**milliliters** 67:1

**mind** 30:4

**mine** 94:20

**minimum** 24:22

**minor** 16:5 33:7 58:6 69:25 75:25

**minutes** 4:18

**mistake** 94:13

**mix** 40:6

**ml** 74:9

**moment** 45:22

**money** 86:24 91:17

**mono-use** 74:8

**month** 45:19 47:23 48:12 52:2,4 75:9

**months** 6:20,21 7:3, 25 11:5 41:8,9 43:23 44:16 83:7 86:6

**morning** 4:10 69:22 70:10

**most-recent** 17:14

**move** 14:14 54:17 55:5 62:24

27:10

**moved** 10:6,10 11:7, 25 63:2 97:22

**movement** 63:4

**moving** 55:4

**MRI** 23:16 34:22 94:21

**Muco** 39:19

**mucopurulent** 39:14,20,23,25 40:1, 6 67:1,4,9 68:2,4

**mucosa** 39:21

**mucoserosa** 68:16

**mucus** 40:7

**multiple** 8:25 9:2

**mycobacteria** 42:14

**mycobacterium** 40:16 41:1,3,5 42:4, 6 76:19 82:18,25

## N

**N-o-s-o-c-o-m-i-a-l** 43:3

**naked** 67:11

**named** 35:3

**nearby** 40:24

**necessarily** 67:21

**needed** 23:5,15 81:18,24

**needle** 58:13,22,25 66:25 70:5,21,25 71:1,6,13,14 72:15 73:4

**negative** 66:7 68:15 78:2,13 91:6,10,12, 15

**Neo** 38:9,10

**neoformation** 37:11 38:7,14

**neuro** 38:8

**nod** 6:4

**north** 11:7 20:7,8

**nosocomial** 42:23, 24 43:1,2,8 77:2,4

**notation** 16:17

**note** 16:1,8 45:21 55:24

**notes** 16:12

**notice** 12:4,7

**November** 48:18 49:8

**number** 17:6 73:5

**numbers** 18:20

**nursing** 18:9,25 80:18 82:3 84:8 88:9

## O

**o-a** 54:22

**oath** 5:7

**Object** 13:24 24:4, 11 86:11,15 87:5 89:2 91:18

**objection** 79:6

**objections** 5:9

**objects** 5:10

**obscure** 30:16

**observation** 16:17 88:24

**observed** 68:5 73:7 88:9

**obvious** 95:22,23

**occasion** 59:24 67:6, 9,15 70:7 74:23 82:7

**occasions** 22:11 66:6 74:22

**October** 68:20

**office** 6:17 11:21 32:16 63:6 88:13

**Officer** 9:3,6 12:10, 13,14,20 13:11,14 30:19 50:16 85:17 86:5 94:14,18

**officers** 61:7 62:20 63:8

**offices** 17:3

**older** 17:7

**one-by-one** 54:2

**one-page** 19:22

**ongoing** 46:16

**oozing** 73:6

**open** 74:3

**operate** 36:14 52:16, 17

**operated** 35:23 53:4

**operating** 49:6

**operation** 35:24 37:14,16 41:13 44:5 47:10,13 48:6 49:2 51:8 81:1 82:22,23 83:5 93:19

**operations** 14:12 46:23 93:10

**ophthalmological** 24:19

**ophthalmologist** 29:10

**opinion** 23:6 26:2 36:24 93:8

**opposed** 74:14

**order** 15:6 26:13 29:11 34:2,25 43:25 46:20 52:22 62:14 63:3 69:24 87:10 89:24 91:23 99:1

**ordered** 91:6

**organization** 52:21 61:12 79:20

**organize** 35:21 61:5, 6 63:4 69:24

**organized** 37:13

**Orlando** 53:3,11,19 55:3,22

**ortho** 42:7 44:18 45:17,18 46:20 48:8, 9,22,23 60:19 63:24 64:12,25 65:2 68:6

82:15,22 83:20,22 93:1,6 94:22

**orthopedic** 29:10 36:25 37:1 44:19 45:18 48:14,17 52:6 82:11,15

**orthopedical** 24:21

**orthos** 65:6

**outright** 28:25 31:1

**ovarian** 57:22

**ovary** 57:22

**overruled** 5:10

**overseeing** 85:23

## P

**P-a-r-a-c-e-n-t-e-s-i-s** 74:7

**P-a-r-a-s-y-n-t-h-e-s-i-s** 74:5

**P-u-r-u-l-e-n-t** 39:22

**p.m.** 99:4

**PA** 12:18 15:4

**pages** 21:13

**pain** 34:22 35:11 46:18,25 60:12 73:9

**palliative** 14:8 18:10 80:6,9,16 84:14,16 87:22,23 89:17 90:1,7

**paper** 15:21 16:19 17:1 19:22 44:24

**papers** 17:5,6 77:23

**paperwork** 15:20 94:23

**Paracentesis** 74:4, 6,7

**parameters** 62:22

**part** 7:15 13:11,13, 14 14:4 20:17 34:2,3 44:12 52:21 56:23, 25 60:19 62:7,9,10 64:3,13 77:5 89:21



George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.

Index: participate..reasons

92:11 96:22

**participate** 94:6

**passed** 45:16

**past** 33:4 79:14

**pathological** 56:15
78:16

**pathologically**
37:6,10

**pathology** 24:16,17,
21,23,25 66:3,16
68:13 78:13 90:15

**patient** 7:15 15:3,11,
22,25 16:2,13,14
17:10,13,16,19
18:14,15,25 20:7,18
25:10 26:8,13 28:2,
15 29:5,12 30:7
31:11 33:3,8,23 34:4
43:25 49:18,19
52:22 56:4 58:10
61:10,24 62:21,25
63:2,10,11,14 66:7
68:6 72:17 73:7
76:20 77:3,4 78:2
79:15,17,22 81:14,
23 91:3 94:20

**patient's** 37:25 38:3

**patients** 13:2,19
14:11,19,24 15:7,13,
17 18:6,7,15,20 27:8
30:21,22,23 31:21
32:3,18 34:21 78:23
79:10,24 80:10,11,
12,15,21 97:20

**pause** 51:14,22 54:8

**pen** 39:20

**pending** 68:7

**people** 27:6,24 32:6
97:9

**percent** 73:2

**perform** 12:22
15:10 92:18

**performed** 37:12

**period** 14:13 28:7
30:11 43:21 46:22
47:4,7,14,15 49:19
51:25 52:3,7 58:2

64:8 75:24 76:6,7,9,
10,16,21 77:25 80:3,
16 81:14 89:10
97:17,19 98:18

**permission** 27:12
70:17

**person** 24:16 27:12
37:11 40:1 43:1,6
44:4 58:7 76:7 92:9

**personal** 25:25 93:8

**personally** 35:14
37:7 42:19 46:11
65:4 86:10 89:18
94:7 95:1,10

**pertaining** 86:19

**phone** 6:1 34:3

**phonetic** 40:15 53:3

**phrased** 94:13

**physical** 16:3,24
97:14

**physician** 7:18 8:5
15:17 24:3 25:20
33:18 37:22 48:16

**PICC** 81:25

**piece** 42:8 71:21
72:8

**place** 6:15 8:9 17:2
88:20 89:11 96:2
98:19

**places** 89:5

**Plaintiff** 4:16

**Plaintiff's** 69:1

**plasma** 38:16 39:6,
7,8

**plastic** 52:8,10,12,
16,23,24 72:6,7,8

**point** 18:7 24:25
44:16 55:24 70:1
90:19 91:16 93:18

**population** 15:2

**position** 7:20 8:7 9:5
23:14 86:18 92:3

**positive** 78:4

**possibility** 30:9
69:20 97:19

**Post-operation**
50:10

**post-surgical** 14:9
38:5 84:16

**practice** 25:24 66:20

**preceding** 79:4

**preference** 29:8,24
30:13

**prep** 58:11 73:3

**preparation** 58:22
94:6 95:1

**prepare** 20:24 21:10
61:2,6 63:8

**prepared** 18:22
32:25 62:14 67:22

**preparing** 94:24

**prescribed** 73:9

**present** 4:21 18:9
33:4 40:4,10,20

**presenting** 94:24

**pretty** 57:25 78:4

**pretty-large** 57:16

**prevent** 94:17

**previous** 17:20
36:25 37:1

**previously** 30:18

**primary** 7:18,19

**print-outs** 20:12

**prior** 7:1

**priority** 98:8

**prison** 62:12 92:16
93:3

**Pritchard** 70:12
73:7

**private** 7:4 11:3

**privatization** 19:22

**privilege** 88:8,10
97:2

**privileged** 22:8 84:8

**problem** 23:4 46:21
59:1 93:24

**procedure** 14:20
27:15 33:1,24 36:17
52:20 53:18 58:7,9
66:10 68:6,8 69:25
70:9 71:9 73:8
74:19,24 80:1 92:25

**procedures** 19:15
41:17

**proceeding** 46:6

**process** 79:10 81:4,
20 89:8

**profitability** 87:11
91:24

**prognosis** 25:13

**progress** 16:1,8,11

**projected** 83:25

**prolongation** 71:5

**prolonged** 14:8

**promise** 70:11

**prophylactic** 66:21

**prophylaxi** 66:13

**prophylaxis** 66:8,14

**proposed** 27:21

**prosthesis** 83:2

**prothesis** 83:4

**protocols** 26:10

**provide** 18:25 23:24
26:17 30:4

**provided** 25:22
26:16

**provider** 14:6,25
17:12 19:1 25:12,25
26:7 27:21 29:6
30:15 31:11 33:2,22
62:25 80:19 81:8

**providers** 12:17
13:3,5,6 15:6 28:19
29:18

**provision** 33:5

**provisional** 56:13
75:2

**pull** 60:8

**pulling** 59:15,24

**purpose** 52:10

**purulent** 39:22
40:4,6

**pus** 40:4,5,7,8 66:4

**put** 17:17 47:3
58:21,25 66:7 71:12
76:7,11,20 83:20,23
89:17 93:20,22

**putting** 19:11 93:13,
16

**Q**

**qualified** 82:6

**question** 5:12,13,14,
18,21 14:2 24:6,7
38:24 78:25 79:2,4
84:24 87:6 89:3
91:19 93:13 95:12

**questions** 6:7 77:22
85:3,5,10 87:13
95:4,5 98:21

**quick** 77:17

**R**

**radiological** 13:12
16:18 27:16 31:12
33:2,25 35:13,16
80:2 84:20 92:9
94:10

**radiology** 49:12

**read** 21:9 36:22
37:16 45:17 53:20
55:21 72:17,22,25
77:11 79:4

**reading** 52:1 99:2

**ready** 59:12

**reason** 11:7,10
37:15 60:19 63:25
64:1,2,14,17 66:15
81:22 82:4 84:10
88:19

**reasons** 31:6,7 88:7
96:14 98:2



George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.

Index: recall..sir

**recall** 10:16 29:4 36:21 42:13 44:19, 23,24 45:16 51:5 61:15 64:23 66:17 67:8 72:19 80:3

**receive** 50:21 80:11 86:23

**received** 14:11 20:6 51:1,2

**receives** 26:4

**recent** 20:21

**Reception** 9:6,8,19 12:15 26:24 30:20 31:24 32:11 43:21 50:19 80:7 82:10 85:18 86:5,9

**recess** 46:5

**recollection** 85:22

**recommend** 31:14 45:18 50:12 83:6

**recommendation** 50:15

**recommendations** 31:16,21 50:5,8

**recommended** 33:18 82:10,16 97:12

**reconciliation** 43:24 50:1,22

**record** 4:11 6:5 15:19 16:6,9,11,22 17:15 20:14,17,19 32:23,24 33:11 37:20 46:3,4 56:6 62:11 66:24 67:22

**recorded** 16:6

**recording** 18:11

**records** 15:18,24 17:7,11 18:1 19:18 20:3 21:7 44:25 50:17,23 51:7 55:7

**recovery** 80:16

**red** 67:12,14

**Reddick** 22:12 23:1, 2,9,13 32:4,9 85:11

**reduce** 17:6 66:19

**reduced** 60:11 66:18

**redundant** 85:16

**referred** 13:2,4

**referring** 13:8 16:23 93:12

**regional** 30:8 32:10 36:11 49:24 50:18 79:15 90:10

**related** 64:24

**relief** 46:25 60:12,15 69:16,23 74:10 75:2

**remember** 41:8 62:4 63:17 64:14 69:21 70:12 76:11 83:9

**removal** 82:12,16 93:14

**remove** 42:8 51:3 54:2 70:1,3,21 71:11 72:19,20 73:21,24 82:17 92:13

**removed** 51:17 66:25 71:4 76:3

**removing** 50:12 65:22 92:19

**rendered** 86:20

**repeat** 79:1,2

**rephrase** 5:15 25:3

**replace** 83:1,20

**replaced** 82:19

**replacement** 37:2 50:13 51:4 82:12 83:5 92:19

**report** 36:20 40:12 55:20 56:15 65:6 72:17

**reporter** 6:1 53:12, 15 73:14 79:5

**reports** 13:18 78:16

**represent** 18:1

**request** 13:11 27:7 28:20 30:3 31:10,11, 12 32:25 33:9,19,24

34:7,22 44:9 47:4 52:2 56:3,7 60:24,25 63:19 64:5,6,23 80:9 89:16 94:16 95:2

**requested** 65:4

**requesting** 25:10 30:5 56:13 69:18 94:7

**requests** 13:1,8,9,23 14:22 23:17 28:23 30:21 32:19 33:12 61:13 96:23

**required** 5:7,12 23:21,24 25:4 26:19

**requires** 26:3

**reserve** 98:25

**reserved** 80:10

**resign** 12:8

**resignation** 12:7

**resistance** 76:9

**resolve** 36:15 46:21

**resources** 28:3,5,10, 13,14,17,21 29:14 32:20 34:5,15,16

**response** 60:24

**rest** 17:15 19:4 20:13 96:5

**result** 37:9 66:5

**results** 35:18

**returned** 50:19

**review** 12:25 14:23 16:3,21 17:12 21:2,6 32:18 44:25 50:23

**reviewed** 50:17 51:1,6

**reviewing** 13:18

**reviews** 15:9

**RMC** 9:15,16

**role** 94:14

**room** 6:2 19:12 70:8

**round** 14:18 69:21 84:10,11

**round-the-clock** 95:14

**routine** 16:15

**rule** 5:20 91:2

**rules** 5:6

**running** 71:24

**S**

**S-e-r-a-j** 4:14

**S-e-y-e-d** 4:14

**salary** 86:23

**satisfaction** 92:7

**save** 91:17

**saving** 86:24

**scan** 23:16 35:20 49:11 52:5 94:21

**schedule** 15:13 69:24

**scheduling** 63:18

**secretion** 40:2

**section** 14:6,25 49:15 79:21,23

**security** 26:13 52:21 61:5,9,16 62:9,11, 16,17 63:7,13 79:23

**seep** 38:16

**send** 17:18 20:10 23:6 29:1,2,15,25 30:7,21 31:13 44:19 52:22 56:3,7 61:2 62:20 66:2,6 68:11, 12 79:14 81:1,3 83:9 89:7 91:8,11 93:24 97:21

**sending** 63:10

**senior** 8:5

**sense** 26:9

**sensitivity** 40:13 42:9 76:11,17 78:1,3

**separately** 17:8 44:12

**September** 8:23

10:24,25 11:13,16 85:21

**Seraj** 4:12

**seroma** 37:8

**serosa** 39:5 68:16

**serve** 26:7

**services** 21:19 22:1 27:1,2 80:25

**serving** 80:22

**setting** 25:18 49:23 74:15 75:4 83:8 93:1,2

**settlement** 21:21,24

**severe** 24:18,23,25

**Seyed** 4:3,12

**SFRC** 9:18,19 10:12 14:9,11,13 15:2,17 18:18 20:18 22:13, 16,19 23:8 86:25 87:4,11 92:23 96:21

**sheriff** 11:22

**sheriff's** 11:20

**short** 14:13 45:3 76:6 80:15 81:14

**show** 67:20 72:22

**showed** 40:14

**sick** 15:1 25:11 35:10 88:11

**sick-call** 15:22

**sign** 56:8

**signed** 73:9

**signing** 99:3

**signs** 18:11

**similar** 5:6

**single** 17:2 25:2,10 29:11 96:21

**sinus** 39:25

**sinusitis** 40:1

**sir** 6:18,25 12:11 19:17 22:24 35:5 50:24 75:22 86:7,12, 16,22 87:1,7 89:18



ORANGELEGAL

Orange Legal
800-275-7991

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.

Index: site..treatment

**site** 44:5 66:9 82:24 83:4,5 90:17,18,20, 21,23,25 91:4

**situation** 25:15

**six-month** 44:2

**size** 55:14 57:9

**skin** 58:12

**small** 18:19 57:19,25 58:13,21 59:13 71:2, 21 84:17

**smaller** 19:12 71:22

**smooth** 70:18

**solution** 71:18

**sort** 7:12 33:16 46:15 49:9 60:23 71:15 88:2

**sorts** 15:24 22:25 29:16

**source** 83:24 90:14, 24

**Sources** 27:2 85:12

**south** 9:7,19 12:15, 16 26:24 27:11 30:20 31:23 32:11, 12,13 50:19 80:7 82:10 85:18 86:5,8

**space** 39:24 89:13

**spaces** 81:13

**speak** 4:5 5:24 22:15

**speaking** 23:21 25:9

**special** 28:16,17,18 70:24 71:8 74:2,7,12 89:21

**specialist** 14:21 28:19 29:5,11 30:17 93:1

**specialists** 29:8,24, 25 30:10,14 49:16, 23 79:21

**specialty** 63:12

**specific** 16:2 24:10 46:22 91:3

**specifically** 5:11 23:22 54:18 74:3

**spell** 4:13 36:6 39:16,17 40:17 42:25 54:12

80:20 84:9 85:17 88:6 96:1

**specimen** 90:24,25 91:1,4

**spectrum** 76:13

**spend** 54:14

**spoken** 22:12 55:23 62:22

**spot** 89:13

**stabilized** 14:14

**staff** 18:9,25 80:19 82:3 84:8 88:9

**staple** 54:1

**Starke** 7:25 8:12

**start** 6:7,8,9,22 8:22 10:13 79:12

**state** 4:10 8:18 12:16 18:23,24 68:1 80:12, 17,18 87:24

**stated** 76:23

**sterile** 58:11 59:5 73:3

**straight** 27:19 49:17 88:12

**stretch** 5:22 19:11

**structure** 60:14

**subspecialty** 52:25

**suddenly** 24:23 61:17

**suffering** 34:22

**suggest** 45:22

**suggesting** 34:7

**supervise** 12:17

**supervising** 15:5

**supervision** 12:20 82:2

**suppose** 51:20

**supposed** 33:2,22,25 34:1 44:11 62:13

78:21 80:11 97:17

**supposedly** 17:20 20:4,5

**surely** 12:16 30:25 54:7 64:10 79:25 84:18

**surgeon** 29:10 35:22 50:15 52:8,10,16,23, 24 56:3 60:17,18,19 64:25 65:2 82:11,22 83:20,23 90:24 93:1, 19 94:22

**surgeons** 46:20 60:18 94:2

**surgeries** 33:17 75:10

**surgery** 16:5 27:22 31:12 36:21,25 37:1 38:1 40:11,25 47:16 50:3 51:3 52:6,13,23 64:7 65:5,18,19 69:25 75:18,20,25 78:21 92:11,18

**surgical** 37:14 50:5, 8 64:22 65:3 83:3 87:3 94:10

**suspect** 58:19 83:23

**sustained** 5:9

**swear** 4:7

**sworn** 4:4

**syringe** 58:16,17,18, 20 73:25 74:2,8,14

**system** 16:4 26:23, 25 79:8,9

――――――――――

**T**

**table** 17:23 34:2

**taking** 7:14 13:2 14:18 15:7 25:14 44:13 80:23

**talk** 22:17,18 28:7 92:8

**talked** 22:9,11 43:11 90:9

**talking** 37:5 42:22

47:7 52:12 64:9 83:7 84:13 93:14 95:9

**tasks** 12:22

**telephonic** 27:25

**ten** 15:13,15,16 19:11 49:20 56:5 57:1,8,10

**tenth** 47:24

**tenure** 86:8

**term** 24:9

**terminal** 80:11 81:10

**terms** 38:12

**testified** 4:6

**testimony** 5:6,8 41:24

**thigh** 35:12,20,21 36:22 56:19,23,25 68:12

**thing** 49:25 50:1,21 56:14 84:6 91:1 92:6

**things** 23:14 44:15, 24 93:7 95:17,19,24 96:11

**thinks** 77:12

**thought** 36:22 70:4 73:14 93:20

**thousand** 18:17,19 59:20,22 64:14

**thousands** 21:12 30:25 31:1

**tie** 68:8

**time** 5:4,5 11:12 12:2,3 14:14 16:15, 16 17:13 21:18 23:4 26:24 30:10,17,19 35:6,8,12,17 36:23 39:4,10,23 42:9,21 43:21 44:13 45:3 46:21 47:4,10,13,14, 15,16,19 49:13,20 51:8 54:15 55:14,20 60:1 64:8 67:8 69:16,21 73:20,23 74:2,10,12 75:23,24, 25 76:2,6,7,10,16,21

77:3,25 79:24 80:4, 16 81:14 82:9,14 83:12 88:10 89:10 91:10 93:23 97:18, 20 98:19 99:1

**timeframe** 80:1

**times** 42:19 47:21 58:1 60:21 61:11 66:3 67:8 89:19 91:9

**tip** 71:4,8

**tissue** 37:11

**title** 6:11 8:4

**today's** 20:24 21:10

**told** 34:14 44:19 91:11,13 95:25 96:13,20

**tolerated** 68:6 72:18 73:7

**total** 30:21

**transcribing** 6:2

**transfer** 81:16

**transferred** 14:13 17:16

**transparent** 66:2 67:3

**transportation** 61:16

**traumatic** 38:5,20

**tray** 74:4,8

**treat** 13:17 20:18 25:4,8 26:7 41:6 46:11

**treated** 42:2 55:8 88:8,17,23

**treating** 15:17

**treatment** 14:8,9 16:4,5 25:16,17 26:3,5,14 28:20 31:15 34:8 41:9 43:22 44:2,8,14,21 50:10 56:13 63:1 64:2,19,20,22 66:8, 15,22 71:22 72:11 76:21 81:24 82:19, 20 86:10,14,20 88:14,24 89:9 97:17



Orange Legal
800-275-7991

George Horn vs. Michael Crews, et al
SEYED HOSSEINI, M.D.

98:4,17,18

**treatments** 25:21

**trip** 9:24 49:11
61:17,18,24 85:6

**truth** 4:5,6

**truthful** 5:8

**tube** 71:5,7,12,13,14,
17,21 72:14

**tubing** 72:8,10

**turn** 67:13

**TV** 80:22 88:21,22,
23 95:21,25 96:7,17

**Twenty-nine** 37:23,
24

**two-thousand**
85:20

**type** 36:17 37:4 40:9,
14,19 64:23 92:18

**types** 16:12 17:22
31:7 39:3

_____

**U**

**uh-huh** 6:4

**Um-hmm** 53:1
58:23

**underneath** 24:23
68:18

**understand** 5:14,18
14:2 24:6 55:8 78:25

**understandable**
96:9

**understood** 95:12

**Union** 8:2

**unique** 80:17 87:24

**unit** 18:18 84:14,15,
16,17 87:22,23 90:1,
7

**university** 68:11
77:7

**unknown** 38:5

**Unlike** 5:8

**unusual** 84:3

**urgency** 25:15 26:9
62:25

**utilization** 19:14,18,
20 20:9 26:12,21,23,
25 27:5,20 29:14
31:18 32:1 33:1,14
34:6 61:3 62:13
63:20 94:24

_____

**V**

**vacuum** 58:21 70:2,
4,9,10,16,17,20,24
71:4,5,6,8,25 73:5,
21,22,23,24 74:13,
15,16,20

**vague** 24:7,24

**vantage** 80:21

**vascularization**
39:9

**verbally** 91:11

**very-nearby** 32:16

**vessel** 38:16

**vessels** 38:14,15
39:8,9

**visit** 16:16 17:13
42:11 43:15,16
45:12 46:9,10,11
47:8 49:10 68:7 75:6
76:24 77:17

**visits** 15:11 43:11

**vital** 18:11

**volume** 17:11

_____

**W**

**wait** 51:16 82:24

**waiting** 60:21

**waived** 99:2

**walk-in** 7:4,5,6,7,10,
13,23

**wall** 38:15

**wanted** 33:24 69:20
81:19 89:20 92:14

**warm** 81:7

**wasting** 93:23

**water** 59:23 96:8

**weather** 62:19 63:15

**Weaver** 4:24 5:10
13:24 19:7 21:21
24:4,11 27:3 29:19
34:9 36:4 39:16
41:10,14,23 45:6,24
46:3 51:12,16,20
54:5,12,17 59:3
65:7,10,12,15,17,20
66:12 67:16 68:22
72:2 73:11,15 77:21
78:24 79:6 83:13,17
84:13 85:8 87:16,19
89:15 91:21 95:3
98:24

**website** 53:20

**weeds** 25:1

**week** 8:23 69:6,7,8,
12

**weeks** 12:6 44:21
60:16 69:11,15
83:10,19

**west** 9:10

**Wexford** 11:4,11
12:2,5 21:19 22:1,4
23:3 27:2,18 29:17
30:11 31:5 34:3 35:1
79:8,18 85:12,22
86:3,5,8,9,13,18
87:2,9

**white** 39:12

**wiping** 59:7

**withhold** 86:10

**women** 57:21

**word** 77:2

**words** 13:16,18
26:15 97:23

**work** 6:13,17 7:2,12,
24 8:17,20,25 13:22
22:17 70:15 72:16
85:17

**worked** 6:19 7:3,25
8:18 9:2 10:23 11:4,
11 85:19

**working** 7:1 8:16
10:12 11:17 22:15,
18 26:24 31:23
87:20

**world** 34:18

**wound** 40:22,23,24
44:2,13,14 50:11

**wrist** 57:20

**write** 16:1,3 24:16
33:2,22 34:1 55:19
56:12,14,15 59:17,
18 60:2,6,7 66:24
67:15

**writed** 45:2

**writing** 31:14,20
45:17 56:8 67:23
72:23,25 90:19

**wrong** 41:16

_____

**X**

**X-ray** 35:19

_____

**Y**

**year** 6:22 10:2 11:6
62:5 75:7 76:21

**years** 10:12 37:21,
23,24 45:16 93:8

**yellow-ish** 67:1



Orange Legal
800-275-7991