IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20341-CIV-LENARD/WHITE

GEORGE HORN,

       Plaintiff,

    vs.

JULIE L. JONES, Secretary of the

Florida Department of Corrections, in

her official capacity, et al,

       Defendants.

_____x

DEPOSITION

of

DR. ARTURO CORCES

9299 S.W. 152nd Street

Suite 103

Miami, Florida

Friday, May 13, 2016

11:25 a.m.-1:40 p.m.

Page 2

```
 1

 2    APPEARANCES:

 3

 4        KATZMAN, GARFINKEL & BERGER LLC

 5        BY:  MICHAEL O. COLGAN, ESQ.

 6        On behal of the Plaintiff.

 7

 8        PAMELA JO BONDI, Attorney General

 9        BY:  SHANE WEAVER, Asst. Attorney General

10        On behalf of FDC and Dr. Hosseini.

11

12        CHIMPOULIS, HUNTER & LYNN, P.A.

13        BY:  ERIC FREEDMAN, ESQ.

14        On behalf of Wexford, Dr. Reddick, & Dr. Hernandez.

15

16        ALEXANDER ALVAREZ, ESQ.

17        Miami, Florida

18        On behalf of the Witness, Dr. Corces.

19                          - - -

20

21

22

23

24

25
```

```
                                                           Page 3
 1

 2                        I N D E X

 3       Witness          Direct   Cross (by Freedman)   Redirect

 4   Dr. Arturo Corces       4       51                    67

 5

 6                        E X H I B I T S

 7       (None).

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

1    THEREUPON

2                        DR. ARTURO CORCES

3    was called as a witness on behalf of the Defendants and having

4    been first duly sworn, was examined and testified on his oath

5    as follows:

6              MR. WEAVER:  Okay.  We are on the record.  Good

7    morning, Dr. Corces.  My name is Shane Weaver.  I'm an

8    assistant attorney general for the state of Florida.

9              And, let's have everybody's appearances.

10             MR. FREEDMAN:  Good morning, Dr. Corces.  Eric

11   Freedman, on behalf of Dr. Marlene Hernandez, Dr. David

12   Reddick, and Wexford Health Sources.

13             MR. COLGAN:  Mike Colgan on behalf of George Horn.

14             MR. ALVAREZ:  And Alex Alvarez here as Counsel for

15   Dr. Corces.

16   BY MR. WEAVER:

17        Q.   Dr. Corces, we are here for a deposition.  Have you

18   ever had a deposition taken before?

19        A.   Yes.

20        Q.   As far as, and I always give you a few little

21   instructions, on the record, for the record.

22             This is a deposition taken before trial, and if I ask

23   you a question, make sure you give me an audible yes or no,

24   rather than a head shake or uh-huh or anything like that.

25             And, if you didn't understand or didn't hear a

1    question, ask me to repeat it, and I will be happy to.

2         If you need a break at any point, restroom or water

3    or anything, let me know, and we will take a break for that.

4         Also, and sometimes, you think of this as a

5    conversation, and we interrupt each other, and don't let me

6    finish a question.  When you look at the transcript, it doesn't

7    make sense.  If you could just wait, so the transcript makes

8    sense.

9         First of all, are you in good health and able to

10   answer my questions today?

11        **A.**   Yes.

12        **Q.**   You are not on any type of medication or anything?

13        **A.**   No.

14        **Q.**   Okay.  I just need to ask you.

15        **A.**   I have been through at least five hundred depos, I

16   have never had that question asked.

17        **Q.**   Okay.  That's good.  Okay.  So, the case that we are

18   here for today is George Horn versus the Department of

19   Corrections and several other defendants.

20        You are familiar with that case?

21        **A.**   A little bit.

22        **Q.**   Okay.  Well, let me begin, if you could state your

23   full name.

24        **A.**   Arturo, A-r-t-u-r-o, last name is C-o-r-c-e-s.

25        **Q.**   And, what is your current profession?

Page 6

1      **A.**    I'm an orthopedic surgeon.

2      **Q.**    Do you have any type of specialty?

3      **A.**    Well, hip and knee replacements.

4      **Q.**    Hip and knee replacements?

5      **A.**    Yes.

6      **Q.**    How long have you been doing that?

7      **A.**    Well, I've been doing what I am doing now doing over

8    ten years.

9      **Q.**    Is that when you got your medical degree?

10     **A.**    No, I finished medical school in 1982, and I finished

11   my residency in 1987, my fellowship in 1988.

12     **Q.**    Where did you go to medical school?

13     **A.**    NYU.

14     **Q.**    And, so, you have been doing what you have been doing

15   for 20 years?

16     **A.**    Over 20 years.

17     **Q.**    Specifically, orthopedics?

18     **A.**    Yes.

19     **Q.**    Are you currently affiliated with any specific

20   hospitals?

21     **A.**    Yes.

22     **Q.**    Which ones?

23     **A.**    I'm affiliated with Kendall Regional, Coral Gables

24   hospital, and Baptist, South Miami.

25     **Q.**    And, what about Larkin hospital?

Page 7

1    **A.**    No.

2    **Q.**    Have you ever been affiliated with Larkin hospital?

3    **A.**    Many years ago.

4    **Q.**    About when?

5    **A.**    Oh, my God.  Over ten years ago.

6    **Q.**    Okay.  2013, 2014?

7    **A.**    Oh, no.

8    **Q.**    And, you are currently affiliated with Kendall

9    Regional?

10   **A.**    Yes.

11   **Q.**    And, when did that begin?

12   **A.**    I have been affiliated with Kendall Regional since

13   about 1990.

14   **Q.**    And, at Kendall Regional, do you know if they ever

15   had any contract with the department of corrections for inmate

16   procedures?

17   **A.**    I don't know.

18   **Q.**    Did you, when you were-- strike that.

19        Did you treat inmates previously, that were sent to

20   you by the department of corrections?

21   **A.**    Well, not routinely.  If I was asked to see them on a

22   particular contract case, yes.

23   **Q.**    How did those types of patients come to you, for a

24   procedure, for example?

25   **A.**    I have no idea.  They came in, I saw them.

1      Q.   Okay.  Do you know how they were referred to you?

2      A.   From the hospital.

3      Q.   From another surgeon, or from Kendall Regional?

4      A.   Whoever was handling the cases in the hospital.

5      Q.   Obey.  Are you still seeing inmates?

6      A.   No; if they call me, I see them.  But I don't see

7   inmates.

8      Q.   I mean, on a regular basis, have you seen any inmates

9   in the last year?

10      A.   No, not that I can remember.

11      Q.   When was the last time that you recall seeing an

12   inmate for a consultation or procedure?

13      A.   A couple of years ago.

14      Q.   And do you recall if the inmate was sent to you?

15      A.   Yes.

16      Q.   By the department of corrections?

17      A.   I don't know who sent them, I said that.

18      Q.   Okay.  Just to be clear, is that the role of, I

19   guess, of the medical coordinators at Kendall, are they the

20   ones that schedule the appointements for you?

21      A.   I said that I don't know.  I said, I get the call,

22   Dr. Corces, there's a consult for you, would you like to see

23   the patient, I see the patient.  I don't know who called me, I

24   don't know who has the contract, I don't have nothing to do

25   with that.  I, personally, have no contract with the department

1   of corrections, with Kendall Regional, or with anything having

2   to do with prisoners.

3        **Q.**   When you are affiliated with a hospital, what does

4   that mean to you, Doctor?

5        **A.**   I don't know, I mean, that's not a fact question.

6   I'm answering--You want me as an expert, hire me as an expert.

7   I'm here answering fact questions.

8        **Q.**   That's fair, Doctor, but, I asked you a simple

9   question.

10       **A.**   You asked me to explain to you something--

11           MR. ALVAREZ:  Explain, if you can, what you meant by

12   your affiliation with Kendall Regional, I think that's what

13   he's asking for.

14           THE WITNESS:  I'm affiliated with Kendall Regional

15   medical center.

16           MR. WEAVER:  Okay.  And, again, during this depo,

17   okay, if I get another objection like that-- remember, Mr.

18   Alvarez can't answer questions for you, or tell you not to

19   answer.

20           And, if it's where he says, I'm instructing you not

21   to answer, fine.  But, you have to answer my questions, and you

22   can't look to Mr. Alvarez to answer it for you on the record.

23           MR. ALVAREZ:  You do have a right to ask for a

24   clarification of any questions, and this is a discovery

25   deposition.

Page 10

1        And I have a right to instruct you not to answer,

2   okay.

3        THE WITNESS:  So, I don't have to answer questions

4   based upon-- I'm only answering questions on facts, that's what

5   I'm here to do.

6        MR. ALVAREZ:  Okay.  Well, he will ask the questions.

7   go ahead and answer to the best of your ability.  And, you are

8   here to answer the fact questions, that's correct.

9   BY MR. WEAVER:

10   **Q.**   Okay.  I will just ask you fact questions.  Do you

11   recall specifically as to how Mr. Horn came to you.  Was it the

12   same process you said before, where somebody said, would you

13   like to see this inmate?

14   **A.**   Asked and answered.

15   **Q.**   Okay.  If you did, I don't recall that, Doctor.

16   Maybe it was a general question, but specifically as to Mr.

17   Horn, is it the same answer?

18   **A.**   Correct.

19   **Q.**   Do you have the option of not seeing inmates if you

20   do not want to?

21   **A.**   Yes.

22   **Q.**   And you can decline if it's requested of you?

23   **A.**   Yes.

24   **Q.**   Do you have any idea what procedures were necessary

25   on the department of corrections' side, for you to have a

Page 11

1    consult with an inmate?

2         **A.**    None whatsoever.

3         **Q.**    Okay.  And I understand you did an outside consult,

4    is that what you mean?

5         **A.**    Which means it's outside of the system?

6         **Q.**    Yes.

7         **A.**    Yes.

8         **Q.**    Okay.  All right.  Do you know roughly how many

9    inmates, during the time that you were seeing inmates for

10   consultation or procedures, you know roughly how many inmates

11   it was that you saw?

12        **A.**    Less than ten.

13        **Q.**    Do you know if the department of corrections ever--

14   strike that.

15             Mr. Horn, do you know when the first time you saw Mr.

16   Horn was?

17        **A.**    I have no independent recollection of the date.  I

18   guess it was in the hospital.

19        **Q.**    I see that you have a folder of records.  Would you

20   be able to tell me what those records are?

21        **A**     These are the operative reports, on the procedure

22   that I did, and, I believe the consultation, okay, and reports

23   from the hospital.

24        **Q.**    Would we be able to make--

25        **A.**    It's 2-22-13, that's when the consult was.

Page 12

1      **Q.**   Okay.  So, 2-22-13?

2      **A.**   Yes.

3      **Q.**   And what did you see Mr. Horn for on that date?

4      **A.**   For an infection.

5      **Q.**   Of what?

6      **A.**   Of his hip.

7      **Q.**   What was he presenting to you for, evaluation?

8      **A.**   Right, I saw him because he had an infection,

9   infection of his hip.

10      **Q.**   And, what was your, what was your findings?

11      **A.**   That he had an infection of his hip.

12      **Q.**   Did you make a recommendation?

13      **A.**   I recommended surgery.

14      **Q.**   On that date, was he taken specifically to you, or

15   was he at Kendall for some other procedure, some other reason?

16      **A.**   I don't know.

17      **Q.**   Okay.  Either way, you saw him?

18      **A.**   Correct.

19      **Q.**   And, you said that you recommended surgery, right?

20      **A.**   Yes.

21      **Q.**   What type of surgery?

22      **A.**   I recommended that he undergo what's called a touche

23   re-implantation.

24      **Q.**   Okay.  And, just for the record to be clear, your

25   recollection is from a record, this is not an independent

Page 13

1   memory, I guess?

2       **A.**   Correct.

3       **Q.**   What type of infection did he have?

4       **A.**   When I saw him?

5       **Q.**   Yes.

6       **A.**   I don't know.

7       **Q.**   Okay.  Is that in the hip?

8       **A.**   He had an open wound, he had an open sore, and he had

9   an obvious infection.  He was being seen by infectious disease,

10  it's a different physician.

11      **Q.**   Depending on the type of infection, would that have

12  altered the type of treatment that you recommended?

13      **A.**   No.

14      **Q.**   When the inmate-- when you saw the inmate, what type

15  of-- actually, strike that.

16          Let me be more specific.  What type of a medical

17  history did you receive prior to seeing him?

18      **A.**   I don't remember.

19      **Q.**   You never received any documents from the department

20  of corrections?

21      **A.**   I don't have an independentn recollection.

22      **Q.**   And, what you told us, that's what you had at the

23  time, on February 22nd.  You didn't have any other records?

24      **A.**   No.

25      **Q.**   And, is it safe to say that Mr. Horn gave you some

Page 14

1    type of an oral history?

2        **A.**    Yes.

3        **Q.**    Do you have any recollection of what he told you

4    about his infection?

5        **A.**    It's in my notes.

6        **Q.**    Any reference to his history, that's in your notes,

7    is that from him, or is it from any other documents?

8        **A.**    I don't--I mean, I would have looked at whatever

9    other records would have been available, like I usually do.

10            I would have taken a history from the patient, so a

11   combination of the two things.  But, the other records, they

12   would be in the hospital, which I do not have access to the

13   hospital records.

14       **Q.**    And, would you have received some type of--strike

15   that.

16            Did you ever receive any kind of documentation of any

17   other inmates that you saw?

18       **A.**    I don't know what inmates you are referring to.

19            MR. ALVAREZ:  You know, and we are not here about any

20   other inmates, we are here about Mr. Horn.

21            MR. WEAVER:  Well, I'm trying to see if I can refresh

22   his recollection.

23   BY MR. WEAVER:

24       **Q.**    All right.  So, I'm just trying to make sure, it's

25   not that Dr. Corces doesn't remember, it's that he didn't have

1   the records for the depo.

2       **A.**   Well, they are records in the hospital records, I

3   don't have access to the hospital records.

4           At this point in time, I was asked to access my

5   personal office records, on my consult with Mr. Horn, so I'm

6   not able to tell you what the hospital records show.

7       **Q.**   Are you aware of whether he had had any previous hip

8   procedures?

9       **A.**   Okay.  He had had a previous hip procedure, he had a

10  prosthesis, he wasn't born with it.

11      **Q.**   What did he tell you?

12      **A.**   He told me that he had had a previous infection, like

13  it says in my consultation records, and he already had a touche

14  implantation.

15      **Q.**   Just one?

16      **A.**   My note says one, I don't know if he had more than

17  one.

18      **Q.**   And, the range of motion that he had at the time you

19  saw him, did he have a regular range of motion, or was it

20  restricted?

21      **A.**   I did not discuss that with him.

22      **Q.**   Did you discuss any another medical conditions that

23  he may have had?

24      **A.**   No.  Well, not that I see in my notes.

25      **Q.**   Are you aware that he had hepatitis?

1      **A.**   Yes.

2      **Q.**   And, would that have caused infection or make worse

3  the infection?

4      **A.**   No.

5      **Q.**   And, I don't know if-- this may be outside of your

6  scope of expertise.

7          But, do you know whether a person can have infections

8  from the hepatitis?

9          MR. ALVAREZ:  You are asking him a question that's

10  outside of Mr. Horn.

11  BY MR. WEAVER:

12      **Q.**   Well, I can make it specific to Mr. Horn.  Let me

13  clarify it.  Sorry.

14          Sorry, I got a little hoarse there.

15          Actually, what I'm asking you, on the chance that it

16  might have come up, and it might be something, this type of

17  condition, that the doctor would know about, if replacing hips

18  for a person who has hepatitis causes infections--

19      **A.**   I think you have to ask the expert, I'm not going to

20  render an opinion on that.

21          MR. COLGAN:  Objection, asked and answered.

22          MR. WEAVER:  All right.

23          MR. ALVAREZ:  You need water?

24          MR. WEAVER:  No, it's not going to help.

25          (Telephone interruption).

Page 17

```
 1            MR. FREEDMAN:  If you have a phone call you need to

 2   take, no problem.

 3            THE WITNESS:  Okay.

 4            Let me get this.

 5            MR. WEAVER:  Off the record for a moment.

 6            (Brief recess).

 7   BY MR. WEAVER:

 8       Q.   Okay.  We can go back on.  The touche implantation

 9   that you referred to, as to your recommendation, on February

10   22nd, do you recall when it was supposed to be done, was there

11   any kind of a definite timeframe?

12       A.   From my notes, it says here that he was going to have

13   it done on Wednesday.  And then he had the surgery done on

14   2-27.

15       Q.   The finding of an infection, what was that based on?

16       A.   The appearance of the wound, he had an open wound.

17       Q.   Was there any kind of a culture done?

18       A.   Cultures were done, yes.

19       Q.   And do you know if you got the results?

20       A.   Yes.

21       Q.   And it showed infection?

22       A.   Yes.

23       Q.   Did you have any idea whether he had gotten any other

24   infection in the past in the hip?

25       A.   I don't know.
```

APEX REPORTING GROUP

1    Q.   Okay.

2    A.   Yes, he did.  He told me he had an infection, and he

3  had a touche implantation, asked and answered.

4    Q.   Other than that one other infection, are you aware of

5  any other infections that he had treatment for?

6    A.   Not that I'm aware of.

7    Q.   And you don't know if he's seen any other orthopedic

8  specialists, or any other hip specialist after yourself?

9    A.   He was seen in Gainesville.  He underwent surgery,

10  and he was seen by other surgeons for the infection.

11    Q.   To clarify, are you referring to the infection that

12  he had when he saw you, or for some earlier infection?

13    A.   He had an earlier infection, he gave me a history, he

14  had a previous touche procedure.

15    Q.   The infection that he had, when you saw him on

16  February 22nd, do you know if he had seen any other consultants

17  or orthopedic surgeons regarding that infection?

18    A.   He probably saw the person who has the contract.  I

19  don't know who it was, but, he had a contract with the prison

20  system.

21         Okay, and, then, I'm an orthopedist, maybe they asked

22  them to call someone, and they called me.  I don't know.  You

23  have to look at the Kendall records.

24    Q.   And, I believe that there was something in there

25  about a consult--

Page 19

1     **A.**   Whatever he got, I don't know.

2     **Q.**   And, and the surgery was done on 2-27.

3     **A.**   Yes.

4     **Q.**   And what was that particular surgery?

5     **A.**   Well, we removed the hip, we removed the sequestrum,

6 and he had a spinal block, and numbing of the nerve, and we

7 replaced the hip and inserted a Hickson catheter.

8     **Q.**   Okay.  And that's in your report?

9     **A.**   Yes.

10    **Q.**   Okay, and did you perform that surgery?

11    **A.**   Yes.

12    **Q.**   Okay, and what was the result, post-op?

13    **A.**   You have to ask him.

14         MR. ALVAREZ:  Okay.  If you want to answer that.

15         THE WITNESS:  I'm not going to ask him for the fine

16 words.

17 BY MR. WEAVER:

18    **Q.**   Okay.  And, I asked you about what it was, I'm not

19 asking you a specific question--

20    **A.**   Okay.  It was fine.  I'm not the one who's making

21 this difficult.

22         MR. ALVAREZ:  Nor do we want to extend it, let's just

23 get it done, okay.

24 BY MR. WEAVER:

25    **Q.**   Okay, and the hip catheter, that was to drain the

Page 20

```
 1   wound?

 2        A.   For irrigation.

 3        Q.   Okay.  And, is that irrigation with antibiotics?

 4        A.   Bead antibiotics.

 5        Q.   Prior to doing the surgery, actually, strike that.

 6             Could you explain what--well, I'm sure you can

 7   explain what you would be doing, you explained and told him

 8   what you would be doing prior to the surgery, correct?

 9        A.   Correct.

10        Q.   And, can you explain what all the steps would be in

11   this procedure, or do you just remove it, okay, and then

12   another doctor steps in?

13        A.   I don't have an independent recollection of what I

14   discussed with him, but I would have discussed the procedure.

15        Q.   Are you aware if Mr. Horn knew that there were going

16   to be risks to this particular surgery?

17        A.   I informed him that there were risks.  Again, that

18   would be in my report.

19        Q.   Okay.  And, what are the risks?

20        A.   The risks are infection, nerve damage, and with

21   infection, continued infection.

22        Q.   And, you have no recollection if Mr. Horn said

23   anything in response to those risks?

24        A.   I don't have an independent recollection of that,

25   no.
```

1    **Q.**   And, at that stage, when you did that first

2    operation, at that point, would you be able to tell us if Mr.

3    Horn would need a further procedure after the implantation?

4    **A.**   Well, no.  You hope that he is going to be fine, but

5    you don't know how he is going to respond to the antibiotics

6    after surgery, and healing from the sutures.

7    **Q.**   Okay.  And, at that point, you wouldn't be able to

8    tell us if he would have more infection?

9    **A.**   Well, that's the plan, that it won't come back.

10    **Q.**   When you say the plan, you hope that that's the end

11    of the infection?

12    **A.**   That's correct.

13          MR. COLGAN:  Object to the form of the question.

14    BY MR. WEAVER:

15    **Q.**   And that plan is based on Mr. Horn's ability to

16    respond to the treatment?

17    **A.**   That is correct.

18    **Q.**   Do you recall how long Mr. Horn recuperated at

19    Kendall Regional hospital after the surgery?

20    **A.**   No, I don't, I don't have those records.

21    **Q.**   Did you see Mr. Horn for his follow up while he was

22    at Kendall regional?

23    **A.**   Yes, we received a follow-up, absolutely.

24    **Q.**   And, did you set up appointments for him, or you were

25    seeing him during rounds?

Page 22

1    **A.**   No, we do rounds, we see patients we operate on.

2    **Q.**   Okay.  The next time you saw him, after that surgery,

3    when was that?

4    **A.**   Probably the following day.

5    **Q.**   And, any recollection of what his condition was at

6    that point?

7    **A.**   No recollection.

8    **Q.**   Do you have any independent recollection of anything

9    Mr. Horn might have said to you?

10   **A.**   No recollection.

11   **Q.**   None at all?

12   **A.**   No recollection.

13   **Q.**   Do you have any idea--I guess, from your records, if

14   you have no independentn recollection -- any idea why Mr. Horn

15   had the infection?

16   **A.**   He had it previous to it.  He came to me with an

17   infection.  He already had one before.

18   **Q.**   Okay.

19   **A.**   How he got it in the first place--

20   **Q.**   You mean, the infection that he had when he saw you,

21   was it related to somehow to a previous infection?

22   **A.**   He said that, he had a touche implant infection.  The

23   answer is yes.

24          He had an infection, underwent surgery, okay, then he

25   had more, it's the same infection, it's all continuing.

Page 23

1      **Q.**   Is it because the infection never really goes away?

2      **A.**   Correct.

3      **Q.**   And would that be anything specific as to the type of

4   bacteria, or anything of how your body would respond?

5      **A.**   That I don't know.

6      **Q.**   You are obviously not an expert in that area, you are

7   a doctor--

8      **A.**   Okay.  I'm not here as an expert, I'm here to be a

9   fact witness.

10     **Q.**   But, I can ask you anyway.

11          MR. ALVAREZ:  Ask the appropriate question.  You

12   can't answer it for him.

13   BY MR. WEAVER:

14     **Q.**   No, no.  All right.  When you came up with the plan

15   of implanting another hip for him after the removal of the

16   other one, you have a concern that the infection can occur

17   again?

18          MR. COLGAN:  Object to the form of the question.

19          THE WITNESS:  Yes.

20   BY MR. WEAVER:

21     **Q.**   And that can compromise any other hip that you put

22   in?

23     **A.**   You can't put in a hip if there's still an

24   infection.

25     **Q.**   As far as you recall, was there anything specific as

```
 1    to the type of hardware, if the hardware itself could have

 2    contributed to the infection?

 3        A.    I don't know.

 4        Q.    All right.

 5        A.    I mean, that would call for an opinion.  I have an

 6    opinion.  I choose not to share it with you.

 7        Q.    But, as to this specific case.

 8        A.    I'm asking you or I'm telling you, that that would

 9    call for an opinion.  Because there's nothing factual as to

10    what caused this infection.

11        Q.    So, if the hip that you are looking at and you are

12    removing, if you think the hardware could have caused the

13    infection-- I'm not sure that's an opinion, it goes as to the

14    type of treatment.  I'm not trying to be difficult.

15             MR. ALVAREZ:  You have to lay a foundation for it.  I

16    don't think you have established what's necessary for the

17    course of treatment, and that's the reason why he is not

18    answering it.

19             I don't think it's necessary for him to know the

20    causes of the infection for the course of treatment.

21             If it is, then you said it may be different.

22             If it is, okay, he can tell you what the course of

23    treatment would be, as fact.

24             THE WITNESS:  I can't tell you how it is that he got

25    the infection.
```

1   BY MR. WEAVER:

2      **Q.**   There you go.  Now, and understanding that replacing

3   a hip is a pretty drastic procedure, correct?

4      **A.**   Yes.

5      **Q.**   And, you have to make sure that all appropriate

6   measures are taken?

7      **A.**   Yes.

8      **Q.**   Would you consider removal of a hip to be something

9   of a last resort in this case?

10         MR. ALVAREZ:  In this case?

11   BY MR. WEAVER:

12      **Q.**   In this case, for him.

13      **A.**   And I would have chosen not to do it.  I think what

14   you are referring to, on other cases, where you get a girdle

15   strap procedure.

16         At this point, I was still trying to salvage his hip

17   and get him a hip replacement.

18      **Q.**   And, after that surgery, okay, and you said you saw

19   him in follow-up, or there was a follow up surgery--did he come

20   back to you for another procedure after the actual removal?

21      **A.**   No, well, we took him back to surgery, a short while

22   later, about two weeks later, to wash him out-- I don't have

23   the hospital records, so I'm assuming he stayed in the hospital

24   during that period of time.  So, on 3-13-13, he underwent--

25   well, it was at that point that I put in the Hickson catheter,

Page 26

1    and cleaned up the acetabulum a little bit more.

2           So, he had a secondary procedure on 3-13.

3           And then, he bounces back to the office, two months

4    later, when I asked to see him in four weeks.

5           The next time I saw him was 5-7-13, for some more

6    treatment in my office.

7       Q.   We will get to the next medical visit, but I have to

8    ask you about the second surgery.

9           He was still in the hospital from the first

10   procedure, until the second procedure?

11      A.   I don't have the records, I would have to say,

12   probably.

13      Q.   You have no independent recollection.

14      A.   No independent recollection.

15      Q.   Okay.  And then, you removed the hip two weeks later?

16      A.   Yes.

17      Q.   And, would that be a normal type of procedure, or

18   would it be something that you would do later?

19      A.   Well, he had another infection.  He had already had

20   failure of a previous touche, so, what I did with him is, I

21   wanted to put bead antibiotocs there, and then be able to come

22   back later, and put in the spacer.  So, that's why two weeks

23   later, he had the secondary procedure, and we put in a spacer.

24      Q.   In the two week period that the beads were left in

25   Mr. Horn, that's the normal procedure for that, is that it?

Page 27

1      **A.**   That would have been normal, I do it one out of maybe

2   every 20 hip infections I get.  I did it because I thought he

3   was more severe--he had a more severe, or a more deep rooted

4   infection than normal.

5      **Q.**   Okay.  And then, you put in a spacer in that second

6   procedure?

7      **A.**   That's correct.

8      **Q.**   Was that a prefabricated spacer?

9      **A.**   I fabricated it myself.

10     **Q.**   Do you know what type of hardware?

11     **A.**   Okay.  I think it was a prosthesis-- I used an

12  intra-trochanteric nail.

13     **Q.**   Is that made of metal?

14     **A.**   Yes.

15     **Q.**   Just to be sure.  And, do you recall any

16  conversations that you had with Mr. Horn prior to that

17  procedure?

18     **A.**   No.

19     **Q.**   And, then, you saw him again after the procedure?

20     **A.**   Yes.

21     **Q.**   You don't remember anything that he said then?

22     **A.**   No, I have no independent recollection.

23     **Q.**   And the procedure itsel, did that go according to the

24  way you wanted it to?

25     **A.**   From what I see here in my op notes, yes.

1    Q.    And, during this period-- strike that.

2          And, you used what, what was that nail, does it have

3    a brand name?

4    A.    I don't know, you have to check the hospital

5    records.

6    Q.    And, you said Mr. Horn, you asked Mr. Horn to come

7    back to you four weeks later?

8    A.    Yes.

9    Q.    And, instead, he came back to you, what was it, about

10   seven or eight weeks later?

11   A.    Two months later.

12   Q.    Okay.  Instead of one month, it was two months?

13   A.    Right, he should have been followed up in two weeks,

14   okay, and then, he didn't come back in two weeks.  The plan was

15   to have the surgery done in another four weeks.

16   Q.    Okay.  And what did you need to see him for?

17   A.    Follow up, you need to see him, see what's going on,

18   see the wound, evaluate the wound, see if he is doing well, if

19   he needs more antibiotics, you know.

20   Q.    As far as the difference, coming in four weeks,

21   versus eight weeks later, following up in four weeks for the

22   procedure, who did you communicate it to?

23   A.    I communicated it to the hospital staff.  I told the

24   hospital staff.

25   Q.    You have no recollection who it was that you told?

1   **A.**   I know that there's a physician that's in charge of

2   all the prisoners.  I don't remember his name.

3   **Q.**   And, and you don't know who he is?

4   **A.**   I see him at the hospital, okay.  But I haven't seen

5   this guy, okay, and the patients do come back.

6   **Q.**   Okay.  And do you know why?

7   **A.**   Well, according to my notes, they changed management

8   companies, the prison changed management companies and he

9   couldn't do anything about it.

10   **Q.**   Do you know which doctor told you that?

11   **A.**   I don't remember his name.  Okay.  I'm sure it's in

12   the medical records at Kendall Regional.

13   **Q.**   You don't know if he was in fact the doctor in charge

14   of prisoners?

15   **A.**   Well, all I can say is I believe he told me-- I don't

16   know anything about any contracts, or what happened, or what

17   company, I don't get into that.

18   **Q.**   And, during the two month period before he came back

19   to you, do you know if he got any kind of treatment in the

20   prison?

21   **A.**   No idea.

22   **Q.**   Or from any other outside consultant?

23   **A.**   No idea.

24   **Q.**   Any idea if he was brought back to Kendall Regional

25   for any reason at all?

Page 30

1       A.   No idea.

2       Q.   So, the next time you saw him, the date on that was--

3       A.   5-7-13.

4       Q.   And, what happened then?

5       A.   Well, just what I stated.  It's in my records, the

6   patient was informed, it's been two months since I performed

7   the surgery for the infected bone--

8            MR. ALVAREZ:  Whoa, whoa, for the Court Reporter.

9   BY MR. WEAVER:

10      Q.   Okay.  It's in your records.  Do you have an

11  independent recollection, or just from your records?  You have

12  a recollection yourself?

13      A.   No, I don't have a recollection.

14      Q.   Okay.  But, then, and you said that he came back in

15  two months?

16      A.   Yes.

17      Q.   Okay.  And what were your-- strike that.

18           So, he was scheduled for the removal-- he was

19  scheduled for removal of the hip--

20      A.   He was supposed to come back within two weeks of the

21  hip surgery, he never come back, he comes in now with a

22  dislocation and drainage coming from his hip.

23      Q.   And, do you know when that started?

24      A.   No idea.

25      Q.   So, it would have been after, obviously, it would

1    have been within one week or more after the procedure.

2              MR. ALVAREZ:  Objection, speculation, and conjecture.

3    BY MR. WEAVER:

4         Q.   Do you know if he had a history of dislocation?

5         A.   Don't know.

6         Q.   And, he had another infection.

7         A.   Yes.

8         Q.   Same type of infection like previously?

9         A.   Most likely.

10        Q.   You have no idea if the hospital had treated his

11   infection, I am sorry, strike that.

12             Whether he had had any previous treatment for that

13   infection?

14        A.   No idea, I have no records.

15        Q.   So, what procedure did you actually do?

16        A.   Well, I told him, you just can't go to work, and you

17   need to have an additional surgical procedure.

18        Q.   Okay.  And, that was because of the hip dislocation?

19        A.   Well, we had to go back in to clean out the

20   acetabulum.

21        Q.   Okay.  For the record, and I understand that-- well,

22   strike that.

23             Okay.  So, this procedure, what you just described,

24   in your report, is that your statement that none of that would

25   have been necessary if he had come back to you sooner?

Page 32

1     **A.**   I didn't say that.

2     **Q.**   Well, I mean, I think I--let me ask you something.

3          Now, what do you believe that delay would have

4     caused-- what if he came in four weeks, versus eight weeks

5     later?

6          What did that delay-- how did that affect the

7     procedure?

8     **A.**   That's an opinion, right?

9          MR. ALVAREZ:  Yes, it's a fact, explain why you think

10    it happened.

11         THE WITNESS:  Well, if he came in early, we could

12    have washed him out again, and evaluate him, but we didn't have

13    a chance to do that.

14         It's much more complex than that.

15    BY MR. WEAVER:

16    **Q.**   Pardon?

17    **A.**   But it's much more complex than that.

18    **Q.**   Than what, than just-- strike that.

19         So, basically, if you would have gotten a chance to

20    evaluate him sooner, if you got him back, but you don't know if

21    that would have changed the outcome?

22         MR. ALVAREZ:  Objection.

23         THE WITNESS:  I have no idea.

24         MR. ALVAREZ:  Calls for speculation.

25    BY MR. WEAVER:

Page 33

1    Q.   Let me ask you, we have a report here, where you

2   rendered an opinion--

3         MR. ALVAREZ:  Hold on, are you referring to a

4   narrative report?

5         That narrative report was provided as an expert

6   opinion to Counsel, paid for as an expert opinion.

7         He is not offering any expert opinion, based upon a

8   narrative report.

9         If you want to question him on the narrative report,

10  let's go back to the Judge.

11        MR. COLGAN:  For the record, I would not like him to

12  comment on that report.

13        MR. FREEDMAN:  You want to strike the opinion in the

14  narrative?

15        MR. ALVAREZ:  I'm not involved in the litigation.

16  I'm here for Dr. Corces.  He's here as a fact witness.

17        MR. FREEDMAN:  This is a narrative report, they are

18  all opinions in the narrative report.

19        MR. ALVAREZ:  Hold on.

20        MR. FREEDMAN:  I understand that those opinions are

21  based on something he prepared as an expert.

22        But, what you are saying, if you are not going to

23  allow him to answer questions based on the opinions provided in

24  the narrative report--

25        MR. ALVAREZ:  The narrative report contains two sets

Page 34

1    of opinions, one of them is in relation to explaining his care

2    and treatment of the patient.

3           The other one is in relation to his opinion as an

4    expert, and particularly, the last three pages of the report is

5    implications that he raises.

6           Those were provided probably as an expert witness to

7    other counsel.

8           If he's not going to get paid as an expert, he is not

9    expressing any of those opinions.

10          He is going to explain what he did for the patient,

11   and why he did it.  That's clearly fact.

12          MR. COLGAN:  That's going to the initial hearing that

13   we had, and he would be able to talk about anything that he

14   knew, and any opinion would be as an expert witness.

15          MR. ALVAREZ:  As far as anything relating to billing,

16   or going to what if anything else he did or did not do, okay,

17   he is not willing to talk about that.

18          MR. FREEDMAN:  That's something that happened between

19   you guys, but you agreed to this.

20          MR. ALVAREZ:  I didn't agree to anything.

21          MR. FREEDMAN:  There's five opinions in here.

22          MR. ALVAREZ:  He was paid for these expert opinions.

23          Now, that work product, what counsel did, that's not

24   my business.

25          He was asked to provide an expert opinion, and was

Page 35

1    paid for his time as an expert, for that report.  That's the

2    way it works.

3              MR. COLGAN:  No, I did not pay for an expert opinion,

4    I paid for a narrative report.

5              THE WITNESS:  That's what a narrative report is.

6              That's not as an expert.  That's what a narrative

7    report is.

8              MR. ALVAREZ:  That's not going to the care and

9    treatment of the patient, that's not the treatment of the

10   patient and care.

11             MR. COLGAN:  That's your opinion.

12             MR. ALVAREZ:  Okay.  That's not what he provided,

13   it's a narrative.

14             Okay.  It's not an expert's report, you can call it

15   what you want.  A rose is a rose, by any other name.

16             Okay.  Bring it up before the Judge.  He is a fact

17   witness, and he will give you facts.

18             You want an expert witness, we will go back to the

19   Court, and we will get the fees.

20             You guys called him as a fact witness, okay.  We

21   didn't.

22             THE WITNESS:  You guys decided how you wanted to do

23   it, and you can go back to the Court, this is the first time on

24   a fact depo that I'm asked for an expert opinion.

25             MR. WEAVER:  Clearly, we wouldn't be here, if he

Page 36

 1   wasn't going to give us the opinions.

 2            MR. FREEDMAN:  If it's an expert opinion, and he

 3   didn't want to give it, it shouldn't have been provided to us.

 4            MR. ALVAREZ:  That's not my issue.

 5            MR. FREEDMAN:  We are on the same page.

 6            THE WITNESS:  I didn't give it to you, I gave it to

 7   him.

 8            MR. ALVAREZ:  It's not part of the medical records.

 9            MR. FREEDMAN:  I understand that.

10            MR. ALVAREZ:  He's talking about what he did in 2013,

11   okay, and that was generated in one report.

12            MR. WEAVER:  But, there's expert opinions in that

13   report.

14            MR. ALVAREZ:  Then we have to withdraw the narrative

15   report.

16            MR. WEAVER:  So he is an expert.

17            THE WITNESS:  Okay, if I went through that, and he

18   absolutely knew he was getting a narrative report and opinions,

19   and that's why it was done, because we absolutely weren't going

20   to do this.

21            MR. ALVAREZ:  Off the record.

22            (Discussion off the record).

23            MR. ALVAREZ:  We are back on the record.

24            After discussion with Counsel, we are going to

25   proceed on a question by question basis.

1        If we believe it calls for expert opinions as defined

2   by the Federal rules, we will discuss that at a later time, and

3   either take it up later, or bring it to the Court's attention,

4   and we will do it on a question by question basis.

5        MR. FREEDMAN:  For the record, I want to add, that I

6   believe the opinions provided in the narrative report

7   constitute the opinions based on Dr. Corces's own care and

8   treatment.

9        In the event he chooses not to answer, then we will

10  take it up with the Court.

11       MR. ALVAREZ:  I will add to that, the narrative

12  report was prepared years after the treatment of the patient

13  was terminated.

14       It's not based on any subsequent treatment of the

15  patient.  That was done at the request of counsel to prepare

16  the report and he paid him an expert fee.

17       MR. FREEDMAN:  But, the narrative report, while it

18  may have been at the request of plaintiff's counsel, it was

19  derived from his review of his own care and treatment.

20       THE WITNESS:  No, sir, not true.

21       MR. ALVAREZ:  I don't want you to talk about that, we

22  will go through that, if and when they ask the question.

23  Meanwhile, we will go through the chronology of what he did and

24  why.  Okay.

25       THE WITNESS:  Unbelievable.

1          MR. WEAVER:  Okay.  Could you read back the last

2    question?

3          (Pending question read back by the Reporter).

4    BY MR. WEAVER:

5      Q.   Okay.  Now, getting back on the record, there's too

6    much delay with this period of time now, roughly March and May

7    of 2013.  How would that the affect your treatment of Mr.

8    Horn?

9      A.   Well, I mean, like I said, it calls for speculation.

10   Obviously, he comes in very late.  If we had gotten him before

11   he dislocated, or saw him when he dislocated, if he had come

12   in-- I do remember a little bit about that one, because I was

13   angry at the treatment that he got, and he said he had been in

14   horrible pain for quite sometime, therefore, he dislocated.

15          All that would increase his problems.  You would

16   have an issue with the drainage, and because, that will give

17   you more infection, et cetera.

18     Q.   So, just from your experience-- well, you don't know

19   if he had gotten any further treatment.

20     A.   Well, the fact that he was ignored, okay, according

21   to him, they ignored all his requests to be treated, when he

22   was in pain, and they didn't do anything about it, that's what

23   he said, and that's what I have in my notes.

24     Q.   Other than what Mr. Horn tells you, you don't know

25   anything else about his treatment.

1    **A.**    Other than the fact that I also documented, okay,

2  that heh saw a surgical expert, okay, a neurologist, medical

3  director of Kendall Regional, the treatment coordinator, to

4  find out when he is coming back, and then, in two months,

5  that's when he finally come back, that's all I see.

6    **Q.**    When was the next time that you saw Mr. Horn after

7  that May visit?

8    **A.**    Well, after the May procedure--

9    **Q.**    Yes.

10    **A.**    The next time he comes back would be on 5-28.

11    **Q.**    What was that for?

12    **A.**    Follow up.

13    **Q.**    Just regular follow-up, or what type of a procedure?

14    **A.**    Routine follow up.

15    **Q.**    Was there anything significant about that particular

16  follow up appointment?

17    **A.**    That I remember, no.

18    **Q.**    What do your records reflect about that appointment?

19    **A.**    That he had a significant increase in his range that

20  he had, once the prosthesis was removed.

21         And, he had improved from the previous visit, when he

22  had continuous drainage.

23    **Q.**    Okay.

24    **A.**    And, we placed him in a brace, and he was told to

25  return in a month.

Page 40

1   **Q.**   When was the next time you saw him after that?

2   **A.**   June 25, 2013.  The wound was completely clean, with

3   no evidence of any drainage at that time.

4   **Q.**   All right.  Was there any type of follow up after

5   that?

6   **A.**   And then he returned for his final visit on July

7   23rd.

8   **Q.**   Okay.  And what was the outcome of that?

9   **A.**   The wound was completely dry, and no drainage.  He

10  was able to walk, and he wanted a re-implantation.

11       And, I explained to him that I would suggest that he

12  should wait a year, without an implant, and allow the body to

13  recover.

14       And, he was asked to return in three months, and I

15  have never seen him since.

16  **Q.**   Do you recall ever telling Mr. Horn that you would

17  definitely do something more for him?

18  **A.**   I would never say we would definitely do something.

19  **Q.**   Did you ever discuss with Mr. Horn the make of the

20  hip you were going to put in?

21  **A.**   I may have said, if he decided to do that, yes, we

22  could talk about the different types of hip.

23       And, he said, maybe, if he had another hip, it would

24  be a complete hip replacement.

25  **Q.**   Did you tell him what type of hip you would put in?

Page 41

```
 1      A.    I would never say that, I have no idea what the

 2  future holds.

 3            Okay, like I just said, I suggested that he wait a

 4  year, and then evaluate, and see if in a year, he has no

 5  further drainage, we would consider putting another hip in

 6  there.

 7      Q.    Do you recall if Mr. Horn was adamant about getting a

 8  hip replacement?

 9      A.    Well, the note says here, it says, he wishes to

10  request a re-implantation.

11      Q.    Okay.  You remember the tone of his request, or the

12  number of times he asked you?

13      A.    I'm not the kind to question people's attitude.

14      Q.    Do you have any recollection of that conversation one

15  way or the other?

16      A.    I do remember talking to him, and telling him, that

17  at this point, we have made two attempts, two failed attempts,

18  and he needs to wait a year.

19      Q.    And, do you recall what his reaction to that was?

20      A.    No.

21      Q.    Now, you said that on July 23rd, of 2013, was the

22  last time you saw him?

23      A.    Yes.

24      Q.    Have you been following him in any other way since

25  then?
```

Page 42

1      **A.**   No, I have received no records or anything like

2   that.

3      **Q.**   Do you know anything about whether Mr. Horn had tried

4   to have a hip replaced before?

5      **A.**   I said that, he had an infection on it.

6      **Q.**   Do you have any idea if Mr. Horn is still having an

7   infection?

8      **A.**   No idea.

9      **Q.**   When is the last time you reviewed any--strike that.

10          What is the most recent records of Mr. Horn that you

11   reviewed?

12      **A.**   I have not reviewed anything other than what I have

13   here on Mr. Horn.

14      **Q.**   Your own file records.

15      **A.**   That's correct, I have no other records of Mr. Horn,

16   that I'm aware of.

17      **Q.**   And, have you been deposed in Mr. Horn's lawsuit, do

18   you have any idea what his lawsuit is about?

19      **A.**   No.

20      **Q.**   You have not been spoken to by anyone else about it.

21      **A.**   No.

22      **Q.**   Have you ever spoken to plaintiff's Counsel, Michael

23   Colgan?

24      **A.**   No.

25      **Q.**   Have you ever spoken to a Dr. Hosseini?

Page 43

1  **A.**  No.

2  **Q.**  A Dr. Reddick?

3  **A.**  No.

4  **Q.**  Dr. Marlene Hernandez?

5  **A.**  No, not that I'm aware of.

6  **Q.**  When you first saw him in February, 2013, he had an

7  infection, we know that, right?

8  **A.**  Yes.

9  **Q.**  You have any idea how long he had had that infection

10  prior to seeing you?

11  **A.**  No.

12  **Q.**  And, I don't know if I asked you this, or if you've

13  answered it, but if you don't mind.

14       You have any idea what treatment he might have

15  received for that infection prior to seeing you?

16  **A.**  He said that he received a prior Touche procedure.

17  **Q.**  I'm sorry, I'm referring to the initial infection.

18  Now I remember that.

19       And, I don't know if I asked you, did it appear to

20  you that some other doctor had done something wrong in there?

21       MR. ALVAREZ:  I am going to instruct him not to

22  answer.

23       Okay.  To comment on the care and treatment of

24  another physician, that requires an expert opinion.

25       MR. WEAVER:  Okay.  Well, maybe I can rephrase that.

Page 44

1           But I think he could probably answer that.

2           MR. ALVAREZ:  You were doing fine up to now.

3           MR. WEAVER:  Okay.

4    BY MR. WEAVER:

5       Q.   Okay.  Now, and going through the records previously,

6    we mentioned that you've written a narrative report.

7       A.   Yes, I have it.

8       Q.   Were you paid for that?

9       A.   Yes.

10      Q.   Okay.  I can show you a copy if you would like.

11          MR. FREEDMAN:  Can you show him a copy?

12          MR. ALVAREZ:  Mine is highlighted.

13          MR. WEAVER:  Okay.  I would just like for the doctor

14   to just look at it.

15          MR. FREEDMAN:  Here's another copy of it.

16          MR. ALVAREZ:  That's okay.  I appreciate it though.

17   BY MR. WEAVER:

18      Q.   You did write this report?

19      A.   Yes.

20      Q.   How did you come to write that?

21      A.   Because Mr. Horn's attorney asked, I would need for

22   you to write a narrative report.

23          A narrative report is a summary with opinions of the

24   care of the patient, and he asked for me to give opinions.  I

25   think, even on the very last page, all the opinions and

Page 45

1   recommendations in this report are based on medical

2   probability.

3       Q.   So, this report basically highlights all your records

4   and care and treatment of Mr. Horn, as of July of 2013?

5       A.   It's based upon the records, and it's based upon my

6   experience, as a physician specializing in these infections.

7            And, there are opinions in this report.  There are no

8   opinions in the medical records.

9       Q.   Just to clarify, again, and this is a subject that

10  you have covered in the opinions portion of it.

11           Other than in your practice as a doctor, with regards

12  to Mr. Horn specifically, that was only based on your records

13  of the treatment?

14      A.   That is correct.

15      Q.   Did you review any other documents prior to writing

16  this report?

17      A.   Other than my reports, no.

18      Q.   Now, if we can go to the first page.

19           And you state that he has an infection that has not

20  been treated.

21           What do you base the conclusion on that it was

22  untreated?

23           MR. ALVAREZ:  That's a general statement, based on an

24  expert opinion, he is not going to testify based on that

25  general statement of medicine.  End of story.

Page 46

1          MR. WEAVER:  What?

2          MR. ALVAREZ:  That's an opinion as a general concept

3     of medicine, that's not specifically this patient.

4          Therefore, he is not going to render any expert

5     opinion.

6     BY MR. WEAVER:

7     **Q.**    Okay, but, Mr. Horn's infection was left untreated.

8     **A.**    That's in the narrative.

9     **Q.**    Okay.

10    **A.**    He came in, with a draining infection, draining hip.

11    And with a history of one year of drainage, which is in my

12    first note here, under orthopedic consultation, frst sentence,

13    he has a longstanding history of infection, of over one year of

14    drainage.

15    **Q.**    And, you don't know what type of treatment he had had

16    before.  You don't know what type of treatment if any he had

17    had before he saw you?

18    **A.**    That is correct.

19    **Q.**    And, Mr. Horn's statement in the initial history of

20    treatment are his own, correct?

21         In other words, if Mr. Horn tells you, I have a

22    history of drainage and infection, that is what you go by, but

23    you have no records, correct?

24    **A.**    That is correct.

25    **Q.**    Okay.  And, Mr. Horn told you that it has not been

Page 47

1    treated, correct?

2        **A.**    That is correct.

3             THE WITNESS:   Okay.  I have to take care of this.

4             MR. ALVAREZ:  Off the record.

5             (Brie recess).

6    BY MR. WEAVER:

7        **Q.**    Okay.  We are back on the record.  Let's go to--

8    strike that.

9             Have you ever been disciplined by the state board?

10       **A.**    Yes, sir.

11       **Q.**    And when did that happen?

12       **A.**    Well, 12, 13, 14 years ago, okay, that it had to do

13   with a procedure on the wrong knee.

14            And,  that was--I even forgot exactly what it was.

15            But, then New York and Pennsylvania said that I

16   didn't need to be followed up on that.

17       **Q.**    You practice in New York and Pennsylvania?

18       **A.**    Well, if you do it in one, the other looks into it

19   also.

20            MR. ALVAREZ:  They have reciprocity.

21   BY MR. WEAVER:

22       **Q.**    You have practiced in New York and Pennsylvania?

23       **A.**    Yes.

24       **Q.**    And also in Florida?

25       **A.**    Yes.

Page 48

1      **Q.**   What was the outcome of what happened in Florida?

2      **A.**   I had to pay a fine, and I don't remember what it

3    was.  I had to take a risk management class, and that was it.

4      **Q.**   Any other disciplinary action by any other type of

5    board?

6      **A.**   Boards, no.

7      **Q.**   Boards or license?

8      **A.**   No.

9      **Q.**   Malpractice cases, okay, you have been practicing for

10   a long time?

11     **A.**   Yes, several.

12     **Q.**   Do you know how many there are, roughly?

13     **A.**   No.

14     **Q.**   Well, how many you have had?

15     **A.**   Well, I have insurance, so we ended up settling.

16   Like four or five, or even more, that was 20 years ago.

17           And then we got rid of the insurance, and then, all

18   of a sudden, there's no more lawsuits, I haven't been sued,

19   amazing.

20     **Q.**   Okay.  You know the most recent malpractice action

21   against you?

22     **A.**   I guess the most recent one is this one.  Is that

23   malpractice?

24           MR. ALVAREZ:  Yeah.

25           THE WITNESS:  There's a guy, who I got sucked into

Page 49

1    it, and they are alleging that I gave him Advil, and that the

2    Advil was causing him to lose erections.

3           And then, on the physical therapy, I put down,

4    stimuli--

5           MR. ALVAREZ:  I can't tell you.  I mean, it's all

6    taken care of.

7    BY MR. WEAVER:

8       Q.   Okay.  Well, let me see if I have anything else.

9       A.   I have never had a trial, never had a trial.

10      Q.   Have you settled any of them?

11          MR. ALVAREZ:  You are not allowed to discuss the

12   settlement, just whether or not they settled.

13          THE WITNESS:  Years ago, I mean, I haven't had any in

14   a long time.

15   BY MR. WEAVER:

16      Q.   Okay.  What happened with them?

17      A.   Well, you know, what happened, invariably, okay, I go

18   in, and they tell me to go to classes, I have gone to several.

19          And there was one, because there was no motion in the

20   knee, and the operation that I did was a fusion, which means

21   that you end up with no motion.

22          Okay.  And that lasted about a year, until they

23   figured it out, after the fusion, there's no motion.

24          MR. ALVAREZ:  Off the record.

25          (Discussion off the record).

Page 50

```
 1   BY MR. WEAVER:

 2       Q.   Back on the record.  Okay.  Now, before we took the

 3   break, Doctor, you said on your report, on the second page,

 4   third page, you said, second paragraph. I remember speciically

 5   informing the patient that it's unlikely we'll be able to save

 6   the hip.

 7            And, why did you tell him that?

 8       A.   Well, again, that's my opinion.

 9            MR. ALVAREZ:  Okay.  But that's in relation to this

10   case?

11            THE WITNESS:  Because of the severity of the type of

12   infection that he had.  Sometimes, you can't fix something.

13   And, he is one of these guys who is reaching the point, where

14   you say, guess what, you can't fix it.

15   BY MR. WEAVER:

16       Q.   Based on what you mentioned, is this the opinion

17   versus the fact testimony, I just want to be clear, it looks

18   like, on the last paragraph of the third page, going to the

19   next page of your report-- would you consider that to be your

20   opinions?

21       A.   Yes.

22            MR. ALVAREZ:  That's what we are contending is expert

23   opinions.

24            MR. WEAVER:  Okay.  Just wanted to be clear.

25   BY MR. WEAVER:
```

Page 51

        **Q.**   And, also, are you in any current discussions or

negotiations that you are having with Mr. Colgan, to settle the

lawsuit?

        **A.**   Not that I'm aware of.

        **Q.**   So, is there any negotiations or settlement going on

between you and Mr. Colgan for you to testify in the trial?

        **A.**   No, not that I know of.

        **Q.**   Okay.

              MR. WEAVER:  I have nothing further.  Mr. Freedman

may have a few questions for you, Doctor.

                          CROSS EXAMINATION

BY MR. FREEDMAN:

        **Q.**   You are good on time?

        **A.**   Yes.

        **Q.**   Okay.  Dr. Corces, I introduced myself at the

beginning.  My name is Eric Freedman.  I represent Wexford

Health Sources, Dr. Reddick, and Dr. Hernandez.

              I appreciate the time you have given us, I will try

to be done as quickly as possible.

              Mr. Weaver asked you a lot of questions, and I

apologize, I am going to overlap a little bit.

        **A.**   Okay.

        **Q.**   But I won't be as long.

              Okay.  On February 22nd of 2013, as I heard your

testimony, there's no indications in your records that you

1   reviewed any prior records of Mr. Horn prior to your

2   consultation with him, is that correct?

3       **A.**   That's correct.

4       **Q.**   And it's fair to represent, the majority of the notes

5   are solely pertaining to your personal observations and what

6   Mr. Horn was telling you at that time.

7       **A.**   I don't have an independent recollection.  Is it

8   possible that there were records in the hospital, it's

9   possible.  But, I don't have an independent recollection.

10      **Q.**   Okay.  In your narrative report, that I have recently

11  been provided, you didn't look at any prior medical records of

12  Mr. Horn, prior to your consultation or in formulating your

13  report?

14      **A.**   I don't have any medical records of Mr. Horn prior to

15  seeing him.

16      **Q.**   The answer is no?

17      **A.**   No.

18      **Q.**   And it's fair to say, you didn't look at any other

19  records of Mr. Horn, after your narrative report?

20      **A.**   No.

21      **Q.**   So your narrative is solely derived from the records

22  that you created during your care and treatment of Mr. Horn?

23      **A.**   Correct.

24      **Q.**   Okay.  During your initial consult, I see in the past

25  medical history, that he had hepatitis C?

Page 53

1      **A.**   Yes.

2      **Q.**   A patient like Mr. Horn, with hepatitis C, do you

3   think that makes him more prone to recurrent infection?

4           MR. COLGAN:  Objection, asked and answered.

5           THE WITNESS:  Asked and answered.  I'm not going to

6   give you an opinion on that.  You know what, I'm not an

7   infectious disease doctor.

8   BY MR. FREEDMAN:

9      **Q.**   You have no opinion one way or the other, if when Mr.

10  Horn presented to you --

11     **A.**   I have an opinion but--

12     **Q.**   I'm asking your opinion solely as it relates to Mr.

13  Horn.  If Mr. Horn has hepatitis C--

14          MR. ALVAREZ:  If you ask him if that impacted on his

15  decision to operate.

16  BY MR. FREEDMAN:

17     **Q.**   Okay.  Your testimony is Mr. Horn-- you testified

18  that that did not, as to Mr. Horn, that did not impact your

19  decisions as to his treatment?

20     **A.**   Right.

21     **Q.**   Okay.  On February 27, you treated him with bead

22  antibiotics?

23     **A.**   Yes.

24     **Q.**   Antibiotic beads?

25     **A.**   Yes.

Page 54

1      Q.   I'm looking at your notes, did you continue to give

2   bead antibiotics to Mr. Horn?

3      A.   Yes, if he's got an infection, yes, we treat him with

4   antibiotics, and we treated him with the beads, and that's a

5   way of giving him a high level of antiobics with a Hickson

6   catheter.

7      Q.   And you explained to Mr. Horn, the possibility of

8   continued pain and infection?

9      A.   Yes.

10     Q.   And those are complications as a result of treatment

11  with antibiotic beads?

12     A.   Sometimes.

13          It's a complication of the infection, not

14  specifically antiobitic beads.

15     Q.   Okay.  And you did the implantation, and then you

16  were going to place the antibiotic beads, correct?

17     A.   Yes.

18     Q.   Okay.  With the catheter?

19     A.   Yes.

20     Q.   And he was to return, and that's what you did on

21  March 13.

22     A.   Yes.

23     Q.   And then, by looking at what you stated about the

24  complications, you say continued pain, continued infection,

25  loosening of the implant, dislocation, is that correct?

1      **A.**   Correct.

2      **Q.**   And, so it wouldn't be out of the realm of

3   possibility for Mr. Horn to leave the facility, and to

4   experience those types of complications?

5      **A.**   That's correct.

6      **Q.**   And you also placed a Hickson catheter, that's for

7   the administration of antibiotics?

8      **A.**   Yes.

9      **Q.**   And, after the catheter was placed, he would begin to

10   receive antibiotics?

11      **A.**   Yes.

12      **Q.**   Is there any other treatment that you recommended,

13   after the placement of the catheter, to hopefully combat the

14   infection?

15      **A.**   Okay, that's not clear.

16      **Q.**   I'm assuming, he left that day, and was receiving

17   antibiotics.  Was there anything else that you would have

18   ordered?

19      **A.**   No.

20      **Q.**   And, so, you would have approved of that course of

21   treatment.

22      **A.**   As of what date are you talking about?

23      **Q.**   The procedure was done on March 13.

24      **A.**   Yes.

25      **Q.**   And then the issue is, he doesn't come back until May

Page 56

1   7.

2       **A.**   Yes.

3       **Q.**   So, what I'm asking you, in that interim period--

4       **A.**   In that two month period, he needs to be followed up,

5   he needs to come in, I think I said that.

6       **Q.**   If he comes back--

7       **A.**   A week, two weeks, four weeks, eight years, what are

8   you asking?

9       **Q.**   No, I'm saying, you said that you would like to have

10  seen him--

11      **A.**   A week later, yes.

12      **Q.**   You would like to have seen him a week afterwards, if

13  he came back a week afterwards and he was still--it's fair to

14  say, if he was still infected, what would your course of

15  treatment have been?

16      **A.**   Take him right back to the O.R.

17      **Q.**   And do what?

18      **A.**   Wash him out again, of any disease.

19      **Q.**   But you never told him the definitive solution to the

20  infection was placement of a new hip.

21      **A.**   No.

22      **Q.**   The new hip could only be placed if the infection was

23  completely cleared away?

24      **A.**   That's correct, you can't put it in with an

25  infection, that's not possible.

Page 57

1   **Q.**   And on May 27, he returned, and it's your note, May

2   7, and it's over two months and he's dislocated and draining.

3   **A.**   Correct.

4   **Q.**   So you don't know if you reviewed any records as to

5   what was going on in that interim period, as to what kind of

6   treatment he was receiving from either Kendall Regional, or

7   from the institution itself.

8   **A.**   I have no records.

9   **Q.**   He could have still been receiving antibiotics there.

10  **A.**   He could have been, yes.

11  **Q.**   Are you aware of any consults that he had with

12  Kendall Regional in the interim period?

13  **A.**   No.

14  **Q.**   Did you document in your notes on March 13 of 2013,

15  when you would have liked to have seen Mr. Horn back in your

16  office?

17  **A.**   You mean in the report?

18  **Q.**   Yes.

19  **A.**   No.

20  **Q.**   Would you put that in your recommendations?

21  **A.**   No, but that might be in the Kendall Regional notes,

22  which I don't have.

23  **Q.**   How do you typically communicate that a person needs

24  to come in for follow-up?

25  **A.**   Usually, it would be within the progress notes, in

1    the hospital, okay, and I say, I saw the patient, I need to see

2    you in a week.  I tell him.

3            Okay.  And then, when he came in, why didn't you come

4    back, okay, why didn't you come back.

5        Q.   You mean Mr. Horn?

6        A.   Yes.

7        Q.   Okay.  When Mr. Horn came in to Kendall Regional

8    National, did he tell you if he had had a procedure or

9    consultation?

10       A.   No.

11       Q.   You recall speaking directly with anyone that was

12   with Mr. Horn?

13       A.   Not directly with him, next to him.

14       Q.   That accompanied Mr. Horn to Kendall Regional?

15       A.   No.  Well, I'm sure, that he had a police guard.

16       Q.   Okay.  So, you remember that.

17       A.   Everytime I saw him, he had police around him.

18       Q.   Your recommendation is that there were officers?

19       A.   There were officers there.

20       Q.   And not medical, not medical providers, from the

21   prison?

22       A.   As I said, there's a coordinator, I do not remember

23   the guy's name right now.  I'm sure it's very easy to find out

24   what his name is.

25           And, he was the internist, the main guy taking care

Page 59

1    of this guy, at the prison.  But, I don't have an independent

2    recollection of who that was, it's been three years ago.

3            But, I remember speaking to him, and speaking to him

4    afterwards, okay, and it's documented in my notes, when he

5    needed to come back.

6            And this is the guy who is the coordinator for some

7    reason, that I don't even know the name of the company, nor do

8    I care the name of the company, and that company apparently was

9    responsible for bringing him back, which they did not.

10       Q.   Okay.  And, you have seen him.

11       A.   Of course, I have seen him walking around in the

12   hospital.

13       Q.   He comes to the hospital?

14       A.   Yes.

15       Q.   And it's your testimony, he was employed directly by

16   that company?

17       A.   I don't know who employed him.  I don't know if he

18   had a contract, I don't know if it's a part time job.  I don't

19   know if he is doing it out of the goodness of his own heart.

20   He's a physician.

21       Q.   And, briefly, I want to go back, before we get into

22   your final follow-up.  I do want to go back to the February

23   22nd note.

24           When you say, he is a very high risk, and this is

25   essentially a salvage procedure, can you explain what that is?

Page 60

1    **A.**   He already had failed surgical implantations.

2    **Q.**   And he's at high risk for possible amputation?

3    **A.**   Yes.

4    **Q.**   And that's because of his current infection.

5    **A.**   Yes.

6    **Q.**   And because of his two failed previous implantations.

7    **A.**   Yes.

8    **Q.**   Going back to May 7 of 2013.

9         So, this is right before the second procedure for the

10   girdle on May 13.

11        Can you explain why you performed a girdle

12   orthoplasty?

13   **A.**   Why, because he failed with his implantations.  He

14   had continued to have infection, which by definition, because

15   it was the continued drainage, so, the best course of treatment

16   there is to get rid of as much foreign tissue as you can, and

17   not put in another prosthesis.

18   **Q.**   Okay.  And then you followed up on May 20 of 2013,

19   okay, and you documented that there's significant improvement.

20   **A.**   Right, you know, and he had a dislocated spacer.

21        Okay, once the spacer comes out, all of a sudden, the

22   drainage stops.

23   **Q.**   The notes say he is to return in one month.

24   **A.**   Yes.

25   **Q.**   From review of your records, does it look like he did

Page 61

1   return in one month?

2       **A.**   Yes.

3       **Q.**   Then on June the 25th, 2013, he returns and it

4   indicates that he should at least spend one year, excuse me,

5   that he should spend one year without a prosthesis, in order to

6   allow for the body to resolve any severe infection?

7       **A.**   Yes.

8       **Q.**   That does not mean that you definitively told him,

9   come back in a year, and we are going to do another hip

10  implantation.

11      **A.**   That's correct.  Come back in a year, and we would

12  evaluate him, and determine if he is a candidate for

13  re-implantation at that time.

14      **Q.**   And, given that you said, come back in a year-- we

15  are on June 25 of 2013.

16          That would mean, at the earliest, we are looking at

17  June 25 of 2014, is that correct?

18      **A.**   That's correct.

19      **Q.**   Did you have an opinion as to the likelihood of ever

20  performing a hip re-implantation on Mr. Horn given his

21  recurrent infections?

22      **A.**   Yes, I have an opinion.

23      **Q.**   And what is that opinion?

24          MR. ALVAREZ:  That's an expert opinion.

25          THE WITNESS:  I'm not going to say it.  Unbelievable.

Page 62

1  BY MR. FREEDMAN:

2      Q.   And then, Mr. Horn follows up, it looks like in July

3  of 2013.

4      A.   Yes.

5      Q.   And, again, you say, at this point, it's much too

6  early to consider a hip re-implantation.

7      A.   Yes.

8      Q.   You suggested he return in approximately three

9  months?

10     A.   Yes.

11     Q.   But, again, for a follow-up consultation?

12     A.   Yes.

13     Q.   In your prior note, you said, wait a year.  You

14  weren't saying, come back in three months and we will do a hip

15  implantation.

16     A.   Correct.

17     Q.   And that's the last time you spoke to Mr. Horn.

18     A.   Correct.

19     Q.   And you have not seen any records pertaining to Mr.

20  Horn's condition after your final consult with him?

21     A.   No.

22     Q.   Have you spoken to anyone about Mr. Horn's condition

23  since your final consult with him in June of 2013?

24     A.   No.

25     Q.   Now, I know you said you don't specifically recall,

Page 63

1   but would you have made a note in any of your notes, that you

2   reviewed prior medical records, or you reviewed prior procedure

3   records of Mr. Horn, had you done so?

4       **A.**   No.

5       **Q.**   You would not have included that.

6       **A.**   I would not have put, I specifically looked at some

7   notes.  I would have put it all into my notes.

8       **Q.**   As to assuming-- strike that.

9           And to be clear, Dr. Corces, on February 22nd of

10  2013, you never represented to Mr. Horn that he was going to

11  definitively get a new hip.

12      **A.**   Not that I remember.

13      **Q.**   You don't recall, or you didn't do it?

14      **A.**   I mean, I don't recall--I would not have put it

15  there.  I think this is a misunderstanding.

16          I would have told him, wait a year, and then re-

17  evaluate.

18          I would never say I would put a hip in you on such

19  and such a date at three o'clock in the afternoon, I would not

20  say that.

21      **Q.**   On February 27, 2013, when you placed the antibiotic

22  beads, you would never have told Mr. Horn that you would have

23  definitively given him a new hip?

24      **A.**   I would have said, we are going to try to do this.  I

25  never say anything definitively.  You can't.

1        Q.    Okay.  And, in any of your other consultations of Mr.

2    Horn, March 13 of 2013, May 7 of 2013, May 13 of 2013, May 28

3    of 2013, June 25 of 2013, and, finally, July 23rd of 2013.

4              You have no recollection of ever telling Mr. Horn

5    that you definitively were giving him a new hip.

6        A.    I would not say that I would definitively do

7    anything.

8        Q.    Okay.  And given that Mr. Horn has hepatitis C,

9    coupled with his recurrent infections, coupled with his two

10   failed hip re-implantations, prior to even coming to you, you

11   likely wouldn't have told Mr. Horn that he is definitively

12   going to be getting a new hip, would you?

13             MR. COLGAN:  Object to the form of the question.

14             MR. ALVAREZ:  I will instruct him not to answer.

15   That calls for an expert opinion, of what would happen a year

16   later.

17             MR. FREEDMAN:  It's not a year later.

18   BY MR. FREEDMAN:

19       Q.    I'm saying, that if he presented to you, you knew he

20   had hepatitis C, you knew he had recurrent infections, you knew

21   he had a hip re-implantation, did that contribute to your

22   opinion that he needed at least a year, that you would wait a

23   year before the hip implantation?

24       A.    That's my opinion.

25             MR. ALVAREZ:  Is that why you put that note in

Page 65

1    there?

2         THE WITNESS:  Right, because of all these things, I

3    said, let's wait a year and see what happens.  I think that's

4    pretty clear.

5    BY MR. FREEDMAN:

6         Q.   Okay.  And I need to touch on this.  Do you have any

7    knowledge as to the relationship that you or your organization,

8    professional organization, has with the plaintiff's attorney,

9    Mr. Michael Colgan?

10        A.   I have no relationship.  There's no relationship.

11        Q.   But, you prepared a narrative report.

12        A.   In that regard, he asked for a narrative report.

13        Q.   Were you paid for your preparation of that narrative

14   report?

15        A.   Yes, I was.

16        Q.   Okay.  How much were you paid?

17        A.   I don't know, but we can find out exactly how much we

18   were paid

19        Q.   Have you ever worked with Mr. Colgan in the past?

20        A.   No, and I probably will never do so again.

21        MR. FREEDMAN:  Those are all the questions I have.

22        THE WITNESS:  Thank you.

23        MR. COLGAN:  I have no questions.

24        MR. WEAVER:  Just a little follow-up.

25        MR. ALVAREZ:  Okay.  And then I need to put something

Page 66

1    on the record.

2    BY MR. WEAVER:

3        Q.    I will be pretty quick.  Mr. Freedman just asked you

4    whether you reviewed other records, okay, and then if you would

5    write it into your reports.

6        A.    I didn't say that.  I said that I would have--if I

7    had, it's possible that I reviewed records, and I do not have a

8    recollection of reviewing records of what happened, but it's

9    possible that I reviewed records, and incorporated it in my

10   consultation.

11       Q.    And do your records reflect that you in fact were

12   given a history, of Mr. Horn's history, other than his

13   statement, a doctor's history?

14       A.    No, there's nothing in there that says exactly where

15   the history came from.

16       Q.    And would your records normally state or reflect the

17   source of the history?

18       A.    I already said that, I don't necessarily write down

19   as to where it came from.

20       Q.    Would you make a note if another doctor gave you a

21   history, other than the patient telling you the history?

22       A.    No, I wouldn't, no.

23       Q.    And to your recollection, you have never received any

24   other reports, or any other history?

25       A.    No recollection.

Page 67

 1          MR. WEAVER:  I have nothing further.

 2          MR. ALVAREZ:  One thing I want to put on the record.

 3   BY MR. ALVAREZ:

 4      Q.   Dr. Corces, regarding the narrative report, okay.

 5          Counsel, okay, and you are not going to address this

 6   at all?

 7          MR. FREEDMAN:  No, it's out there.

 8          MR. ALVAREZ:  And, I will ask him a few questions

 9   surrounding the report, to bring up before the Court if

10   necessary.

11   BY MR. ALVAREZ:

12      Q.   The narrative report, is this done in the course and

13   treatment of your patient?

14      A.   No.

15      Q.   Is this report done as a result of a request of

16   Counsel involved in this litigation?

17      A.   Yes.

18          MR. FREEDMAN:  I just wanted to say, when you say

19   counsel, it's at the request of plaintiff's Counsel--

20          THE WITNESS:  Yes.

21          MR. ALVAREZ:  For purposes of this question, does it

22   matter which counsel asked for it?  He was asked for it and

23   paid for it.

24          MR. WEAVER:  I ask that you clarify that.

25   BY MR. ALVAREZ:

Page 68

1      Q.   Okay.  This narrative report, to your understanding,

2  was generated at the request of Counsel for Mr. Horn?

3      A.   Yes.

4      Q.   And did you charge a fee for generating that report

5  as an expert?

6      A.   As an expert, yes.

7      Q.   Okay.  As an expert.  And, in this report, did you

8  express opinions that went beyond just your factual care and

9  treatment of Mr. Horn, but also included opinions based on your

10  vast experience, training and educational background?

11     A.   Yes.

12          MR. ALVAREZ:  That's it.

13          THE REPORTER:  You waive, Doctor?

14          THE WITNESS:  No, I read.

15          (Thereupon, the deposition was concluded at 1:40 p.m.

16  Reading, signing, and notice of filing were not waived by the

17  Witness).

18

19

20

21

22

23

24

25

Page 69

1

2

3                                    May 20, 2016

4

5    Dr. Arturo Corces

6    9299 Southwest 152nd Street

7    Suite 103

8    Miami, Florida   33157

9           Re:  George Horn v. Julie L. Jones, FDOC, et al

10   Dear Dr. Corces:

11       The transcript of your deposition in the above cause is

12   now ready for reading and signing by you.

13       If you would like to read and sign the transcript, you can

14   contact me at 954-467-8204, or you can come to my office at

15   Verbatim Support Services, 12 S.E. 7th Street, Suite 702, Fort

16   Lauderdale, Florida, anytime between 9 a.m. and 5 p.m., Monday

17   through Friday.

18       The transcript will be maintained at our office or this

19   purpose until May 31, 2016.

20                              Sincerely,

21

22                              Neysa Sosa, court reporter

23   cc:  Shane Weaver, Esq.

24   cc:  Eric Freedman, Esq.

25   cc:  Michael Colgan, Esq.

Page 70

1    cc:  Alex Alvarez, Esq.

2

3                       CERTIFICATE

4    STATE OF FLORIDA:

5    COUNTY  OF  DADE:

6         I, NEYSA SOSA, Registered Professional Reporter, certify

7    that I was authorized to and did stenographically report the

8    foregoing statement; and that the transcript is a true record

9    of the proceedings.

10        I further certify that I am not a relative, employee,

11   attorney, or counsel of any of the parties, nor am I a

12   relative or employee of any of the parties' attorney or

13   counsel connected with the action, nor am I financially

14   interested in the action.

15        DATED this_____day of May, 2016.

16

17                      _____

18                      NEYSA SOSA, RPR

19                      Notary Comm.FF210120, Exp.4-13-19

20                   CERTIFICATE OF OATH

21        I, NEYSA SOSA, Notary Public in and for the State of

22   Florida at Large, do hereby certify that the witness,

23   DR. ARTURO CORCES, was placed under oath by me.

24

25                      NEYSA SOSA, Notary Public

**A**

**A-r-t-u-r-o (1)** 5:24
**a.m (1)** 69:16
**a.m.-1:40 (1)** 1:24
**ability (2)** 10:7 21:15
**able (10)** 5:9 11:20,24
  15:6 21:2,7 26:21
  34:13 40:10 50:5
**absolutely (3)** 21:23
  36:18,19
**access (3)** 14:12 15:3
  15:4
**accompanied (1)**
  58:14
**acetabulum (2)** 26:1
  31:20
**action (4)** 48:4,20
  70:13,14
**actual (1)** 25:20
**adamant (1)** 41:7
**add (2)** 37:5,11
**additional (1)** 31:17
**address (1)** 67:5
**administration (1)**
  55:7
**Advil (2)** 49:1,2
**affect (2)** 32:6 38:7
**affiliated (7)** 6:19,23
  7:2,8,12 9:3,14
**affiliation (1)** 9:12
**afternoon (1)** 63:19
**ago (7)** 7:3,5 8:13
  47:12 48:16 49:13
  59:2
**agree (1)** 34:20
**agreed (1)** 34:19
**ahead (1)** 10:7
**al (2)** 1:9 69:9
**Alex (2)** 4:14 70:1
**ALEXANDER (1)**
  2:16
**alleging (1)** 49:1
**allow (3)** 33:23 40:12
  61:6
**allowed (1)** 49:11
**altered (1)** 13:12
**Alvarez (65)** 2:16
  4:14,14 9:11,18,22
  9:23 10:6 14:19
  16:9,23 19:14,22
  23:11 24:15 25:10
  30:8 31:2 32:9,22
  32:24 33:3,15,19,25
  34:15,20,22 35:8,12
  36:4,8,10,14,21,23
  37:11,21 43:21
  44:2,12,16 45:23
  46:2 47:4,20 48:24
  49:5,11,24 50:9,22
  53:14 61:24 64:14
  64:25 65:25 67:2,3
  67:8,11,21,25 68:12
  70:1
**amazing (1)** 48:19

**amputation (1)** 60:2
**angry (1)** 38:13
**answer (20)** 5:10 9:18
  9:19,21,21,22 10:1
  10:3,7,8,17 19:14
  22:23 23:12 33:23
  37:9 43:22 44:1
  52:16 64:14
**answered (6)** 10:14
  16:21 18:3 43:13
  53:4,5
**answering (3)** 9:7
  10:4 24:18
**answering--You (1)**
  9:6
**antibiotic (4)** 53:24
  54:11,16 63:21
**antibiotics (11)** 20:3
  20:4 21:5 28:19
  53:22 54:2,4 55:7
  55:10,17 57:9
**antibiotocs (1)** 26:21
**antiobics (1)** 54:5
**antiobitic (1)** 54:14
**any--strike (1)** 42:9
**anytime (1)** 69:16
**anyway (1)** 23:10
**apologize (1)** 51:21
**apparently (1)** 59:8
**appear (1)** 43:19
**appearance (1)** 17:16
**appearances (2)** 2:2
  4:9
**appointements (1)**
  8:20
**appointment (2)**
  39:16,18
**appointments (1)**
  21:24
**appreciate (2)** 44:16
  51:18
**appropriate (2)** 23:11
  25:5
**approved (1)** 55:20
**approximately (1)**
  62:8
**area (1)** 23:6
**Arturo (6)** 1:16 3:4
  4:2 5:24 69:5 70:23
**asked (27)** 5:16 7:21
  9:8,10 10:14 15:4
  16:21 18:3,21
  19:18 26:4 28:6
  34:25 35:24 40:14
  41:12 43:12,19
  44:21,24 51:20
  53:4,5 65:12 66:3
  67:22,22
**asking (8)** 9:13 16:9
  16:15 19:19 24:8
  53:12 56:3,8
**assistant (1)** 4:8
**Asst (1)** 2:9
**assuming (1)** 25:23

55:16
**assuming-- (1)** 63:8
**attempts (2)** 41:17,17
**attention (1)** 37:3
**attitude (1)** 41:13
**attorney (7)** 2:8,9 4:8
  44:21 65:8 70:11
  70:12
**audible (1)** 4:23
**authorized (1)** 70:7
**available (1)** 14:9
**aware (9)** 15:7,25
  18:4,6 20:15 42:16
  43:5 51:4 57:11

**B**

**B (1)** 3:6
**back (45)** 17:8 21:9
  25:20,21 26:3,22
  28:7,9,14 29:5,18
  29:24 30:14,20,21
  31:19,25 32:20
  33:10 35:18,23
  36:23 38:1,3,5 39:4
  39:5,10 47:7 50:2
  55:25 56:13,16
  57:15 58:4,4 59:5,9
  59:21,22 60:8 61:9
  61:11,14 62:14
**back-- (1)** 56:6
**background (1)**
  68:10
**bacteria (1)** 23:4
**Baptist (1)** 6:24
**base (1)** 45:21
**based (16)** 10:4 17:15
  21:15 33:7,21,23
  37:7,14 45:1,5,5,12
  45:23,24 50:16
  68:9
**basically (2)** 32:19
  45:3
**basis (3)** 8:8 36:25
  37:4
**bead (4)** 20:4 26:21
  53:21 54:2
**beads (7)** 26:24 53:24
  54:4,11,14,16 63:22
**beginning (1)** 51:16
**behal (1)** 2:6
**behalf (6)** 2:10,14,18
  4:3,11,13
**believe (6)** 11:22
  18:24 29:15 32:3
  37:1,6
**BERGER (1)** 2:4
**best (2)** 10:7 60:15
**beyond (1)** 68:8
**billing (1)** 34:15
**bit (4)** 5:21 26:1
  38:12 51:21
**block (1)** 19:6
**board (2)** 47:9 48:5
**Boards (2)** 48:6,7

**body (3)** 23:4 40:12
  61:6
**BONDI (1)** 2:8
**bone-- (1)** 30:7
**born (1)** 15:10
**bounces (1)** 26:3
**brace (1)** 39:24
**brand (1)** 28:3
**break (3)** 5:2,3 50:3
**Brie (1)** 47:5
**Brief (1)** 17:6
**briefly (1)** 59:21
**bring (3)** 35:16 37:3
  67:9
**bringing (1)** 59:9
**brought (1)** 29:24
**business (1)** 34:24
**but-- (1)** 53:11

**C**

**C (4)** 52:25 53:2 64:8
  64:20
**C-- (1)** 53:13
**C-o-r-c-e-s (1)** 5:24
**call (7)** 8:6,21 17:1
  18:22 24:5,9 35:14
**called (5)** 4:3 8:23
  12:22 18:22 35:20
**calls (4)** 32:24 37:1
  38:9 64:15
**candidate (1)** 61:12
**capacity (1)** 1:9
**care (14)** 34:1 35:8,10
  37:7,19 43:23
  44:24 45:4 47:3
  49:6 52:22 58:25
  59:8 68:8
**case (9)** 1:3 5:17,20
  7:22 24:7 25:9,10
  25:12 50:10
**cases (3)** 8:4 25:14
  48:9
**catheter (8)** 19:7,25
  25:25 54:6,18 55:6
  55:9,13
**cause (1)** 69:11
**caused (3)** 16:2 24:10
  24:12
**caused-- (1)** 32:4
**causes (2)** 16:18
  24:20
**causing (1)** 49:2
**cc (4)** 69:23,24,25
  70:1
**center (1)** 9:15
**CERTIFICATE (2)**
  70:3,20
**certify (3)** 70:6,10,22
**cetera (1)** 38:17
**chance (3)** 16:15
  32:13,19
**changed (3)** 29:7,8
  32:21
**charge (3)** 29:1,13

68:4
**check (1)** 28:4
**CHIMPOULIS (1)**
  2:12
**choose (1)** 24:6
**chooses (1)** 37:9
**chosen (1)** 25:13
**chronology (1)** 37:23
**clarification (1)** 9:24
**clarify (4)** 16:13
  18:11 45:9 67:24
**class (1)** 48:3
**classes (1)** 49:18
**clean (2)** 31:19 40:2
**cleaned (1)** 26:1
**clear (7)** 8:18 12:24
  50:17,24 55:15
  63:9 65:4
**cleared (1)** 56:23
**clearly (2)** 34:11
  35:25
**Colgan (19)** 2:5 4:13
  4:13 16:21 21:13
  23:18 33:11 34:12
  35:3,11 42:23 51:2
  51:6 53:4 64:13
  65:9,19,23 69:25
**combat (1)** 55:13
**combination (1)**
  14:11
**come (25)** 7:23 16:16
  21:9 25:19 26:21
  28:6,14 29:5 30:20
  30:21 31:25 38:11
  39:5 44:20 55:25
  56:5 57:24 58:3,4
  59:5 61:9,11,14
  62:14 69:14
**comes (6)** 30:21
  38:10 39:10 56:6
  59:13 60:21
**coming (4)** 28:20
  30:22 39:4 64:10
**Comm.FF210120 (1)**
  70:19
**comment (2)** 33:12
  43:23
**communicate (2)**
  28:22 57:23
**communicated (1)**
  28:23
**companies (2)** 29:8,8
**company (5)** 29:17
  59:7,8,8,16
**complete (1)** 40:24
**completely (3)** 40:2,9
  56:23
**complex (2)** 32:14,17
**complication (1)**
  54:13
**complications (3)**
  54:10,24 55:4
**compromise (1)**
  23:21

concept (1) 46:2
concern (1) 23:16
concluded (1) 68:15
conclusion (1) 45:21
condition (4) 16:17
 22:5 62:20,22
conditions (1) 15:22
conjecture (1) 31:2
connected (1) 70:13
consider (4) 25:8
 41:5 50:19 62:6
constitute (1) 37:7
consult (8) 8:22 11:1
 11:3,25 15:5 52:24
 62:20,23
consult-- (1) 18:25
consultant (1) 29:22
consultants (1) 18:16
consultation (10)
 8:12 11:10,22
 15:13 46:12 52:2
 52:12 58:9 62:11
 66:10
consultations (1) 64:1
consults (1) 57:11
contact (1) 69:14
contains (1) 33:25
contending (1) 50:22
continue (1) 54:1
continued (6) 20:21
 54:8,24,24 60:14,15
continuing (1) 22:25
continuous (1) 39:22
contract (7) 7:15,22
 8:24,25 18:18,19
 59:18
contracts (1) 29:16
contribute (1) 64:21
contributed (1) 24:2
conversation (2) 5:5
 41:14
conversations (1)
 27:16
coordinator (3) 39:3
 58:22 59:6
coordinators (1) 8:19
copy (3) 44:10,11,15
Coral (1) 6:23
Corces (17) 1:16 2:18
 3:4 4:2,7,10,15,17
 8:22 14:25 33:16
 51:15 63:9 67:4
 69:5,10 70:23
Corces's (1) 37:7
correct (33) 10:8,18
 12:18 13:2 20:8,9
 21:12,17 23:2 25:3
 27:7 42:15 45:14
 46:18,20,23,24 47:1
 47:2 52:2,3,23
 54:16,25 55:1,5
 56:24 57:3 61:11
 61:17,18 62:16,18
corrections (8) 1:8

5:19 7:15,20 8:16
 9:1 11:13 13:20
corrections' (1) 10:25
counsel (15) 4:14
 33:6 34:7,23 36:24
 37:15,18 42:22
 67:5,16,19,22 68:2
 70:11,13
Counsel-- (1) 67:19
COUNTY (1) 70:5
couple (1) 8:13
coupled (2) 64:9,9
course (8) 24:17,20
 24:22 55:20 56:14
 59:11 60:15 67:12
court (7) 1:1 30:8
 35:19,23 37:10
 67:9 69:22
Court's (1) 37:3
covered (1) 45:10
created (1) 52:22
Cross (2) 3:3 51:11
culture (1) 17:17
Cultures (1) 17:18
current (3) 5:25 51:1
 60:4
currently (2) 6:19 7:8

_____

D

D (1) 3:2
DADE (1) 70:5
damage (1) 20:20
date (6) 11:17 12:3,14
 30:2 55:22 63:19
DATED (1) 70:15
David (1) 4:11
day (3) 24:4 55:16
 70:15
Dear (1) 69:8
decided (2) 35:22
 40:21
decision (1) 53:15
decisions (1) 53:19
decline (1) 10:22
deep (1) 27:3
defendants (3) 1:10
 4:3 5:19
defined (1) 37:1
definite (1) 17:11
definitely (2) 40:17
 40:18
definition (1) 60:14
definitive (1) 56:19
definitively (1) 61:8
 63:11,23,25 64:5,6
 64:11
degree (1) 6:9
delay (2) 32:3 38:6
delay-- (1) 32:6
department (9) 1:8
 5:18 7:15,20 8:16
 8:25 10:25 11:13
 13:19
Depending (1) 13:11

depo (3) 9:16 15:1
 35:24
depos (1) 5:15
deposed (1) 42:17
deposition (7) 1:14
 4:17,18,22 9:25
 68:15 69:11
derived (2) 37:19
 52:21
described (1) 31:23
determine (1) 61:12
difference (1) 28:20
different (3) 13:10
 24:21 40:22
difficult (2) 19:21
 24:14
Direct (1) 3:3
directly (3) 58:11,13
 59:15
director (1) 39:3
disciplinary (1) 48:4
disciplined (1) 47:9
discovery (1) 9:24
discuss (5) 15:21,22
 37:2 40:19 49:11
discussed (2) 20:14
 20:14
discussion (3) 36:22
 36:24 49:25
discussions (1) 51:1
disease (3) 13:9 53:7
 56:18
dislocated (5) 38:11
 38:11,14 57:2
 60:20
dislocation (4) 30:22
 31:4,18 54:25
DISTRICT (2) 1:1,2
doctor (15) 9:4,8
 10:15 16:17 20:12
 29:10,13 43:20
 44:13 45:11 50:3
 51:10 53:7 66:20
 68:13
doctor's (1) 66:13
doctor-- (1) 23:7
document (1) 57:14
documentation (1)
 14:16
documented (3) 39:1
 59:4 60:19
documents (3) 13:19
 14:7 45:15
doing (12) 6:6,7,7,7
 6:14,14 20:5,7,8
 28:18 44:2 59:19
don't--I (1) 14:8
Dr (28) 1:16 2:10,14
 2:14,18 3:4 4:2,7
 4:10,11,11,15,17
 8:22 14:25 33:16
 37:7 42:25 43:2,4
 51:15,17,17 63:9
 67:4 69:5,10 70:23

drain (1) 19:25
drainage (11) 30:22
 38:16 39:22 40:3,9
 41:5 46:11,14,22
 60:15,22
draining (3) 46:10,10
 57:2
drastic (1) 25:3
dry (1) 40:9
duly (1) 4:4

_____

E

E (2) 3:2,6
earlier (2) 18:12,13
earliest (1) 61:16
early (2) 32:11 62:6
easy (1) 58:23
educational (1) 68:10
eight (4) 28:10,21
 32:4 56:7
either (3) 12:17 37:3
 57:6
employed (2) 59:15
 59:17
employee (2) 70:10
 70:12
ended (1) 48:15
erections (1) 49:2
Eric (4) 2:13 4:10
 51:16 69:24
Esq (7) 2:5,13,16
 69:23,24,25 70:11
essentially (1) 59:25
established (1) 24:16
et (3) 1:9 38:17 69:9
evaluate (6) 28:18
 32:12,20 41:4
 61:12 63:17
evaluation (1) 12:7
event (1) 37:9
ever-- (1) 11:13
everybody's (1) 4:9
Everytime (1) 58:17
evidence (1) 40:3
exactly (3) 47:14
 65:17 66:14
EXAMINATION (1)
 51:11
examined (1) 4:4
example (1) 7:24
excuse (1) 61:4
Exp.4-13-19 (1)
 70:19
experience (3) 45:6
 55:4 68:10
experience-- (1)
 38:18
expert (35) 9:6,6
 16:19 23:6,8 33:5,6
 33:7,21 34:4,6,8,14
 34:22,25 35:1,3,6
 35:18,24 36:2,12,16
 37:1,16 39:2 43:24
 45:24 46:4 50:22

61:24 64:15 68:5,6
 68:7
expert's (1) 35:14
expertise (1) 16:6
explain (9) 9:10,11
 20:6,7,10 32:9
 34:10 59:25 60:11
explained (3) 20:7
 40:11 54:7
explaining (1) 34:1
express (1) 68:8
expressing (1) 34:9
extend (1) 19:22

_____

F

fabricated (1) 27:9
facility (1) 55:3
fact (17) 9:5,7 10:8
 10:10 23:9 24:23
 29:13 32:9 33:16
 34:11 35:16,20,24
 38:20 39:1 50:17
 66:11
facts (2) 10:4 35:17
factual (2) 24:9 68:8
failed (5) 41:17 60:1
 60:6,13 64:10
failure (1) 26:20
fair (4) 9:8 52:4,18
 56:13
familiar (1) 5:20
far (4) 4:20 23:25
 28:20 34:15
FDC (1) 2:10
FDOC (1) 69:9
February (9) 13:23
 17:9 18:16 43:6
 51:24 53:21 59:22
 63:9,21
Federal (1) 37:2
fee (2) 37:16 68:4
fees (1) 35:19
fellowship (1) 6:11
figured (1) 49:23
file (1) 42:14
filing (1) 68:15
final (4) 40:6 59:22
 62:20,23
finally (2) 39:5 64:3
financially (1) 70:13
find (3) 39:4 58:23
 65:17
finding (1) 17:15
findings (1) 12:10
fine (6) 9:21 19:15,20
 21:4 44:2 48:2
finish (1) 5:6
finished (2) 6:10,10
first (10) 4:4 5:9
 11:15 21:1 22:19
 26:9 35:23 43:6
 45:18 46:12
five (3) 5:15 34:21
 48:16

**fix (2)** 50:12,14
**Florida (11)** 1:2,8,21
  2:17 4:8 47:24 48:1
  69:8,16 70:4,22
**folder (1)** 11:19
**follow (7)** 21:21
  25:19 28:17 39:12
  39:14,16 40:4
**follow-up (7)** 21:23
  25:19 39:13 57:24
  59:22 62:11 65:24
**followed (4)** 28:13
  47:16 56:4 60:18
**following (3)** 22:4
  28:21 41:24
**follows (2)** 4:5 62:2
**foregoing (1)** 70:8
**foreign (1)** 60:16
**forgot (1)** 47:14
**form (3)** 21:13 23:18
  64:13
**formulating (1)** 52:12
**Fort (1)** 69:15
**foundation (1)** 24:15
**four (8)** 26:4 28:7,15
  28:20,21 32:4
  48:16 56:7
**Freedman (31)** 2:13
  3:3 4:10,11 17:1
  33:13,17,20 34:18
  34:21 36:2,5,9 37:5
  37:17 44:11,15
  51:9,12,16 53:8,16
  62:1 64:17,18 65:5
  65:21 66:3 67:7,18
  69:24
**Friday (2)** 1:23 69:17
**frst (1)** 46:12
**full (1)** 5:23
**further (6)** 21:3
  38:19 41:5 51:9
  67:1 70:10
**fusion (2)** 49:20,23
**future (1)** 41:2

_____
**G**

**Gables (1)** 6:23
**Gainesville (1)** 18:9
**GARFINKEL (1)** 2:4
**general (7)** 2:8,9 4:8
  10:16 45:23,25
  46:2
**generated (2)** 36:11
  68:2
**generating (1)** 68:4
**George (4)** 1:4 4:13
  5:18 69:9
**getting (4)** 36:18 38:5
  41:7 64:12
**girdle (3)** 25:14 60:10
  60:11
**give (10)** 4:20,23
  35:17 36:1,3,6
  38:16 44:24 53:6

54:1
**given (6)** 51:18 61:14
  61:20 63:23 64:8
  66:12
**giving (2)** 54:5 64:5
**go (19)** 6:12 10:7 17:8
  25:2 27:23 31:16
  31:19 33:10 35:18
  35:23 37:22,23
  45:18 46:22 47:7
  49:17,18 59:21,22
**God (1)** 7:5
**goes (2)** 23:1 24:13
**going (35)** 16:19,24
  17:12 19:15 20:15
  21:4,5 28:17 33:22
  34:8,10,12,16 35:8
  36:1,19,24 40:20
  43:21 44:5 45:24
  46:4 50:18 51:5,21
  53:5 54:16 57:5
  60:8 61:9,25 63:10
  63:24 64:12 67:5
**good (5)** 4:6,10 5:9,17
  51:13
**goodness (1)** 59:19
**gotten (4)** 17:23
  32:19 38:10,19
**guard (1)** 58:15
**guess (6)** 8:19 11:18
  13:1 22:13 48:22
  50:14
**guy (5)** 29:5 48:25
  58:25 59:1,6
**guy's (1)** 58:23
**guys (4)** 34:19 35:20
  35:22 50:13

_____
**H**

**H (1)** 3:6
**handling (1)** 8:4
**happen (2)** 47:11
  64:15
**happened (8)** 29:16
  30:4 32:10 34:18
  48:1 49:16,17 66:8
**happens (1)** 65:3
**happy (1)** 5:1
**hardware (4)** 24:1,1
  24:12 27:10
**have--if (1)** 66:6
**head (1)** 4:24
**healing (1)** 21:6
**health (3)** 4:12 5:9
  51:17
**hear (1)** 4:25
**heard (1)** 51:24
**hearing (1)** 34:12
**heart (1)** 59:19
**heh (1)** 39:2
**help (1)** 16:24
**hepatitis (8)** 15:25
  16:8,18 52:25 53:2
  53:13 64:8,20

**Hernandez (4)** 2:14
  4:11 43:4 51:17
**Hickson (4)** 19:7
  25:25 54:5 55:6
**high (3)** 54:5 59:24
  60:2
**highlighted (1)** 44:12
**highlights (1)** 45:3
**him-- (1)** 56:10
**hip (50)** 6:3,4 12:6,9
  12:11 13:7 15:7,9
  17:24 18:8 19:5,7
  19:25 23:15,21,23
  24:11 25:3,8,16,17
  26:15 27:2 30:21
  30:22 31:18 40:20
  40:22,23,24,25 41:5
  41:8 42:4 46:10
  50:6 56:20,22 61:9
  61:20 62:6,14
  63:11,18,23 64:5,10
  64:12,21,23
**hip-- (1)** 30:19
**hips (1)** 16:17
**hire (1)** 9:6
**history (19)** 13:17
  14:1,6,10 18:13
  31:4 46:11,13,19,22
  52:25 66:12,12,13
  66:15,17,21,21,24
**hoarse (1)** 16:14
**Hold (2)** 33:3,19
**holds (1)** 41:2
**hope (2)** 21:4,10
**hopefully (1)** 55:13
**Horn (71)** 1:4 4:13
  5:18 10:11,17
  11:15,16 12:3
  13:25 14:20 15:5
  16:10,12 20:15,22
  21:3,18,21 22:9,14
  26:25 27:16 28:6,6
  38:8,24 39:6 40:16
  40:19 41:7 42:3,6
  42:10,13,15 45:4,12
  46:21,25 52:1,6,12
  52:14,19,22 53:2,10
  53:13,13,18 54:2,7
  55:3 57:15 58:5,7
  58:12,14 61:20
  62:2,17 63:3,10,22
  64:2,4,8,11 68:2,9
  69:9
**Horn's (8)** 21:15
  42:17 44:21 46:7
  46:19 62:20,22
  66:12
**Horn-- (1)** 53:17
**horrible (1)** 38:14
**hospital (26)** 6:24,25
  7:2 8:2,4 9:3 11:18
  11:23 14:12,13
  15:2,3,6 21:19
  25:23,23 26:9 28:4

28:23,24 29:4
  31:10 52:8 58:1
  59:12,13
**hospitals (1)** 6:20
**Hosseini (2)** 2:10
  42:25
**hundred (1)** 5:15
**HUNTER (1)** 2:12

_____
**I**

**I--let (1)** 32:2
**idea (18)** 7:25 10:24
  17:23 22:14 29:21
  29:23,24 30:1,24
  31:10,14 32:23
  41:1 42:6,8,18 43:9
  43:14
**idea--I (1)** 22:13
**if-- (1)** 16:5
**ignored (2)** 38:20,21
**impact (1)** 53:18
**impacted (1)** 53:14
**implant (2)** 22:22
  40:12 54:25
**implantation (8)**
  15:14 17:8 18:3
  21:3 54:15 61:10
  62:15 64:23
**implantations (3)**
  60:1,6,13
**implanting (1)** 23:15
**implications (1)** 34:5
**improved (1)** 39:21
**improvement (1)**
  60:19
**in-- (1)** 38:12
**included (2)** 63:5
  68:9
**incorporated (1)** 66:9
**increase (2)** 38:15
  39:19
**independent (12)**
  11:17 12:25 20:13
  20:24 22:8 26:13
  26:14 27:22 30:11
  52:7,9 59:1
**independentn (2)**
  13:21 22:14
**indicates (1)** 61:4
**indications (1)** 51:25
**infected (2)** 30:7
  56:14
**infection (72)** 12:4,8
  12:9,11 13:3,9,11
  14:4 15:12 16:2,3
  17:15,21,24 18:2,4
  18:10,11,12,13,15
  18:17 20:20,21,21
  21:8,11 22:15,17,20
  22:21,22,24,25 23:1
  23:16,24 24:2,10,20
  24:25 26:19 27:4
  31:6,8,11,13 38:17
  42:5,7 43:7,9,15,17

45:19 46:7,10,13,22
  50:12 53:5 54:3,8
  54:13,24 55:14
  56:20,22,25 60:4,14
  61:6
**infection-- (1)** 24:13
**infections (7)** 16:7
  18:5 27:2 45:6
  61:21 64:9,20
**infections-- (1)** 16:18
**infectious (2)** 13:9
  53:7
**informed (2)** 20:17
  30:6
**informing (1)** 50:5
**initial (4)** 34:12 43:17
  46:19 52:24
**inmate (6)** 7:15 8:12
  8:14 10:13 11:1
  13:14
**inmate-- (1)** 13:14
**inmates (11)** 7:19 8:5
  8:7,8 10:19 11:9,9
  11:10 14:17,18,20
**inserted (1)** 19:7
**institution (1)** 57:7
**instruct (3)** 10:1
  43:21 64:14
**instructing (1)** 9:20
**instructions (1)** 4:21
**insurance (2)** 48:15
  48:17
**interested (1)** 70:14
**interim (3)** 56:3 57:5
  57:12
**internist (1)** 58:25
**interrupt (1)** 5:5
**interruption (1)**
  16:25
**intra-trochanteric (...**
  27:12
**introduced (1)** 51:15
**invariably (1)** 49:17
**involved (2)** 33:15
  67:16
**irrigation (2)** 20:2,3
**issue (3)** 36:4 38:16
  55:25
**itsel (1)** 27:23

_____
**J**

**JO (1)** 2:8
**job (1)** 59:18
**Jones (2)** 1:7 69:9
**Judge (2)** 33:10 35:16
**Julie (2)** 1:7 69:9
**July (5)** 40:6 41:21
  45:4 62:2 64:3
**June (6)** 40:2 61:3,15
  61:19 62:3 64:3
**just-- (1)** 32:18

_____
**K**

**KATZMAN (1)** 2:4

**Kendall (21)** 6:23 7:8
7:12,14 8:3,19 9:1
9:12,14 12:15
18:23 21:19,22
29:12,24 39:3 57:6
57:12,21 58:7,14
**kind (6)** 14:16 17:11
17:17 29:19 41:13
57:5
**knee (4)** 6:3,4 47:13
49:20
**knew (6)** 20:15 34:14
36:18 64:19,20,20
**know (68)** 5:3 7:14,17
8:1,17,21,23,24 9:5
11:8,10,13,15 12:16
13:6 14:18,19
15:16 16:5,7,17
17:19,25 18:7,16,19
18:22 19:1 21:5
23:5 24:3,19 27:10
28:4,19 29:1,3,6,10
29:13,16,19 30:23
31:4,5 32:20 38:18
38:24 42:3 43:7,12
43:19 46:15,16
48:12,20 49:17
51:7 53:6 57:4 59:7
59:17,17,18,19
60:20 62:25 65:17
**knowledge (1)** 65:7

**L**

**L (2)** 1:7 69:9
**l2 (1)** 47:12
**l3 (1)** 55:23
**Large (1)** 70:22
**Larkin (2)** 6:25 7:2
**lasted (1)** 49:22
**late (1)** 38:10
**Lauderdale (1)** 69:16
**lawsuit (3)** 42:17,18
51:3
**lawsuits (1)** 48:18
**lay (1)** 24:15
**leave (1)** 55:3
**left (3)** 26:24 46:7
55:16
**let's (5)** 4:9 19:22
33:10 47:7 65:3
**level (1)** 54:5
**license (1)** 48:7
**liked (1)** 57:15
**likelihood (1)** 61:19
**litigation (2)** 33:15
67:16
**little (7)** 4:20 5:21
16:14 26:1 38:12
51:21 65:24
**LLC (1)** 2:4
**long (6)** 6:6 21:18
43:9 48:10 49:14
51:23
**longstanding (1)**

46:13
**look (7)** 5:6 9:22
18:23 44:14 52:11
52:18 60:25
**looked (2)** 14:8 63:6
**looking (4)** 24:11
54:1,23 61:16
**looks (3)** 47:18 50:17
62:2
**loosening (1)** 54:25
**lose (1)** 49:2
**lot (1)** 51:20
**LYNN (1)** 2:12

**M**

**main (1)** 58:25
**maintained (1)** 69:18
**majority (1)** 52:4
**make-- (1)** 11:24
**making (1)** 19:20
**malpractice (3)** 48:9
48:20,23
**management (3)** 29:7
29:8 48:3
**March (5)** 38:6 54:21
55:23 57:14 64:2
**Marlene (2)** 4:11
43:4
**matter (1)** 67:22
**me-- (1)** 29:15
**mean (16)** 8:8 9:4,5
11:4 14:8 22:20
24:5 32:2 38:9 49:5
49:13 57:17 58:5
61:8,16 63:14
**means (2)** 11:5 49:20
**meant (1)** 9:11
**measures (1)** 25:6
**medical (19)** 6:9,10
6:12 8:19 9:15
13:16 15:22 26:7
29:12 36:8 39:2
45:1,8 52:11,14,25
58:20,20 63:2
**medication (1)** 5:12
**medicine (2)** 45:25
46:3
**memory (1)** 13:1
**mentioned (2)** 44:6
50:16
**metal (1)** 27:13
**Miami (4)** 1:21 2:17
6:24 69:8
**Michael (4)** 2:5 42:22
65:9 69:25
**Mike (1)** 4:13
**mind (1)** 43:13
**Mine (1)** 44:12
**misunderstanding (...**
63:15
**moment (1)** 17:5
**Monday (1)** 69:16
**month (6)** 28:12
29:18 39:25 56:4

60:23 61:1
**months (10)** 26:3
28:11,12 30:6,15
39:4 40:14 57:2
62:9,14
**morning (2)** 4:7,10
**motion (5)** 15:18,19
49:19,21,23

**N**

**N (1)** 3:2
**nail (2)** 27:12 28:2
**name (12)** 4:7 5:23,24
28:3 29:2,11 35:15
51:16 58:23,24
59:7,8
**narrative (31)** 33:4,5
33:8,9,14,17,18,24
33:25 35:4,5,6,13
36:14,18 37:6,11,17
44:6,22,23 46:8
52:10,19,21 65:11
65:12,13 67:4,12
68:1
**National (1)** 58:8
**necessarily (1)** 66:18
**necessary (5)** 10:24
24:16,19 31:25
67:10
**need (13)** 5:2,14
16:23 17:1 21:3
28:16,17 31:17
44:21 47:16 58:1
65:6,25
**needed (2)** 59:5 64:22
**needs (5)** 28:19 41:18
56:4,5 57:23
**negotations (1)** 51:2
**negotiations (1)** 51:5
**nerve (2)** 19:6 20:20
**neurologist (1)** 39:2
**never (16)** 5:16 13:19
23:1 30:21 40:15
40:18 41:1 49:9,9
56:19 63:10,18,22
63:25 65:20 66:23
**new (9)** 47:15,17,22
56:20,22 63:11,23
64:5,12
**Neysa (5)** 69:22 70:6
70:18,21,25
**normal (4)** 26:17,25
27:1,4
**normally (1)** 66:16
**Notary (3)** 70:19,21
70:25
**note (9)** 15:16 41:9
46:12 57:1 59:23
62:13 63:1 64:25
66:20
**notes (17)** 14:5,6
15:24 17:12 27:25
29:7 38:23 52:4
54:1 57:14,21,25

59:4 60:23 63:1,7,7
**notice (1)** 68:16
**number (1)** 41:12
**numbing (1)** 19:6
**NYU (1)** 6:13

**O**

**O (1)** 2:5
**o'clock (1)** 63:19
**O.R (1)** 56:16
**oath (3)** 4:4 70:20,23
**Obey (1)** 8:5
**Object (3)** 21:13
23:18 64:13
**objection (5)** 9:17
16:21 31:2 32:22
53:4
**observations (1)** 52:5
**obvious (1)** 13:9
**obviously (3)** 23:6
30:25 38:10
**occur (1)** 23:16
**of-- (1)** 13:15
**of--strike (1)** 14:14
**offering (1)** 33:7
**office (6)** 15:5 26:3,6
57:16 69:14,18
**officers (2)** 58:18,19
**official (1)** 1:9
**Oh (2)** 7:5,7
**okay (130)** 4:6 5:14
5:17,17,22 7:6 8:1
8:18 9:16,17 10:2,6
10:10,15 11:3,8,22
12:1,17,24 13:7
15:9 17:3,8 18:1,21
19:8,10,12,14,18,20
19:23,25 20:3,11,19
21:7 22:2,18,24
23:8 24:22 25:18
26:15 27:5,11
28:12,14,16 29:4,5
29:6,11 30:10,14,17
31:18,21,23 34:16
35:12,14,16,20
36:11,17 37:24
38:1,5,20 39:1,2,23
40:8 41:3,11 43:23
43:25 44:3,5,10,13
44:16 46:7,9,25
47:3,7,12 48:9,20
49:8,16,17,22 50:2
50:9,24 51:8,15,22
51:24 52:10,24
53:17,21 54:15,18
55:15 58:1,3,4,7,16
59:4,10 60:18,19,21
64:1,8 65:6,16,25
66:4 67:4,5 68:1,7
once (2) 39:20 60:21
**ones (2)** 6:22 8:20
**op (1)** 27:25
**open (5)** 13:8,8 17:16
**operate (2)** 22:1

53:15
**operation (2)** 21:2
49:20
**operative (1)** 11:21
**opinion (34)** 16:20
24:5,6,9,13 32:8
33:6,6,7,13 34:3,14
34:25 35:3,11,24
36:2 43:24 45:24
46:2,5 50:8,16 53:6
53:9,11,12 61:19,22
61:23,24 64:15,22
64:24
**opinion-- (1)** 33:2
**opinions (23)** 33:18
33:20,23 34:1,9,21
34:22 36:1,12,18
37:1,6,7 44:23,24
44:25 45:7,8,10
50:20,23 68:8,9
**option (1)** 10:19
**oral (1)** 14:1
**order (1)** 61:5
**ordered (1)** 55:18
**organization (2)** 65:7
65:8
**orthopedic (4)** 6:1
18:7,17 46:12
**orthopedics (1)** 6:17
**orthopedist (1)** 18:21
**orthoplasty (1)** 60:12
**out-- (1)** 25:22
**outcome (3)** 32:21
40:8 48:1
**outside (5)** 11:3,5
16:5,10 29:22
**overlap (1)** 51:21

**P**

**P.A (1)** 2:12
**p.m (3)** 1:24 68:15
69:16
**page (7)** 36:5 44:25
45:18 50:3,4,18,19
**pages (1)** 34:4
**paid (1)** 33:6 34:8
34:22 35:1,4 37:16
44:8 65:13,16,18
67:23
**pain (4)** 38:14,22
54:8,24
**PAMELA (1)** 2:8
**paragraph (2)** 50:4
50:18
**Pardon (1)** 32:16
**part (2)** 36:8 59:18
**particular (4)** 7:22
19:4 20:16 39:15
**particularly (1)** 34:4
**parties (1)** 70:11
**parties' (1)** 70:12
**patient (17)** 8:23,23
14:10 30:6 34:2,10
35:9,10 37:12,15

44:24 46:3 50:5
53:2 58:1 66:21
67:13
**patients (3)** 7:23 22:1
29:5
**pay (2)** 35:3 48:2
**Pending (1)** 38:3
**Pennsylvania (3)**
47:15,17,22
**people's (1)** 41:13
**perform (1)** 19:10
**performed (2)** 30:6
60:11
**performing (1)** 61:20
**period (7)** 25:24
26:24 29:18 38:6
56:4 57:5,12
**period-- (2)** 28:1 56:3
**person (4)** 16:7,18
18:18 57:23
**personal (2)** 15:5
52:5
**personally (1)** 8:25
**pertaining (2)** 52:5
62:19
**phone (1)** 17:1
**physical (1)** 49:3
**physician (5)** 13:10
29:1 43:24 45:6
59:20
**place (1)** 54:16
**place-- (1)** 22:19
**placed (6)** 39:24 55:6
55:9 56:22 63:21
70:23
**placement (2)** 55:13
56:20
**Plaintiff (2)** 1:5 2:6
**plaintiff's (4)** 37:18
42:22 65:8 67:19
**plan (5)** 21:9,10,15
23:14 28:14
**point (10)** 5:2 15:4
21:2,7 22:6 25:16
25:25 41:17 50:13
62:5
**police (2)** 58:15,17
**portion (1)** 45:10
**possibility (2)** 54:7
55:3
**possible (7)** 51:19
52:8,9 56:25 60:2
66:7,9
**post-op (1)** 19:12
**practice (2)** 45:11
47:17
**practiced (1)** 47:22
**practicing (1)** 48:9
**prefabricated (1)**
27:8
**preparation (1)** 65:13
**prepare (1)** 37:15
**prepared (3)** 33:21
37:12 65:11

**presented (2)** 53:10
64:19
**presenting (1)** 12:7
**pretty (3)** 25:3 65:4
66:3
**previous (10)** 15:7,9
15:12 18:14 22:16
22:21 26:20 31:12
39:21 60:6
**previously (3)** 7:19
31:8 44:5
**prior (17)** 13:17 20:5
20:8 27:16 43:10
43:15,16 45:15
52:1,1,11,12,14
62:13 63:2,2 64:10
**prison (5)** 18:19 29:8
29:20 58:21 59:1
**prisoners (3)** 9:2 29:2
29:14
**probability (1)** 45:2
**probably (6)** 18:18
22:4 26:12 34:6
44:1 65:20
**problem (1)** 17:2
**problems (3)** 38:15
**procedure (36)** 7:24
8:12 11:21 12:15
15:9 18:14 20:11
20:14 21:3 25:3,15
25:20 26:2,10,10,17
26:23,25 27:6,17,19
27:23 28:22 31:1
31:15,17,23 32:7
39:13 43:16 47:13
55:23 58:8 59:25
60:9 63:2
**procedure-- (1)** 39:8
**procedures (4)** 7:16
10:24 11:10 15:8
**proceed (1)** 36:25
**proceedings (1)** 70:9
**process (1)** 10:12
**product (1)** 34:23
**profession (1)** 5:25
**professional (2)** 65:8
70:6
**progress (1)** 57:25
**prone (1)** 53:3
**prosthesis (4)** 15:10
39:20 60:17 61:5
**prosthesis-- (1)** 27:11
**provide (1)** 34:25
**provided (7)** 33:5,23
34:6 35:12 36:3
37:6 52:11
**providers (1)** 58:20
**Public (2)** 70:21,25
**purpose (1)** 69:19
**purposes (1)** 67:21
**put (20)** 23:21,23
25:25 26:21,22,23
27:5 40:20,25 49:3
56:24 57:20 60:17

63:6,7,14,18 64:25
65:25 67:2
**putting (1)** 41:5

**Q**

**question (22)** 4:23
5:1,6,16 9:5,9
10:16 16:9 21:13
23:11,18 33:9
36:25,25 37:4,4,22
38:2,3 41:13 64:13
67:21
**question-- (1)** 19:19
**questions (16)** 5:10
9:7,18,21,24 10:3,4
10:6,8,10 33:23
51:10,20 65:21,23
67:8
**quick (1)** 66:3
**quickly (1)** 51:19
**quite (1)** 38:14

**R**

**raises (1)** 34:5
**range (3)** 15:18,19
39:19
**re- (1)** 63:16
**re-implantation (7)**
12:23 40:10 41:10
61:13,20 62:6
64:21
**re-implantations (1)**
64:10
**reaching (1)** 50:13
**reaction (1)** 41:19
**read (4)** 38:1,3 68:14
69:13
**reading (2)** 68:16
69:12
**ready (1)** 69:12
**really (1)** 23:1
**realm (1)** 55:2
**reason (4)** 12:15
24:17 29:25 59:7
**recall (14)** 8:11,14
10:11,15 17:10
21:18 23:25 27:15
40:16 41:7,19
58:11 62:25 63:13
**recall--I (1)** 63:14
**receive (3)** 13:17
14:16 55:10
**received (7)** 13:19
14:14 21:23 42:1
43:15,16 66:23
**receiving (3)** 55:16
57:6,9
**recess (2)** 17:6 47:5
**reciprocity (1)** 47:20
**recollection (29)**
11:17 12:25 13:21
14:3,22 20:13,22,24
22:5,7,8,10,12,14
26:13,14 27:22

28:25 30:11,12,13
41:14 52:7,9 59:2
64:4 66:8,23,25
**recommendation (3)**
12:12 17:9 58:18
**recommendations (2)**
45:1 57:20
**recommended (5)**
12:13,19,22 13:12
55:12
**record (22)** 4:6,21,21
9:22 12:24,25 17:5
31:21 33:11 36:21
36:22,23 37:5 38:5
47:4,7 49:24,25
50:2 66:1 67:2 70:8
**records (55)** 11:19,20
13:23 14:9,11,13
15:1,2,2,3,5,6,13
18:23 21:20 22:13
25:23 26:11 28:5
29:12 30:5,10,11
31:14 36:8 39:18
42:1,10,14,15 44:5
45:3,5,8,12 46:23
51:25 52:1,8,11,14
52:19,21 57:4,8
60:25 62:19 63:2,3
66:4,7,8,9,11,16
**recover (1)** 40:13
**recuperated (1)**
21:18
**recurrent (4)** 53:3
61:21 64:9,20
**Reddick (4)** 2:14 4:12
43:2 51:17
**Redirect (1)** 3:3
**reference (1)** 14:6
**referred (2)** 8:1 17:9
**referring (5)** 14:18
18:11 25:14 33:3
43:17
**reflect (3)** 39:18
66:11,16
**refresh (1)** 14:21
**regard (1)** 65:12
**regarding (2)** 18:17
67:4
**regards (1)** 45:11
**regional (18)** 6:23 7:9
7:12,14 8:3 9:1,12
9:14 21:19,22
29:12,24 39:3 57:6
57:12,21 58:7,14
**Registered (1)** 70:6
**regular (3)** 8:8 15:19
39:13
**related (1)** 22:21
**relates (1)** 53:12
**relating (1)** 34:15
**relation (3)** 34:1,3
50:9
**relationship (3)** 65:7
65:10,10

**relative (2)** 70:10,12
**remember (18)** 8:10
9:17 13:18 14:25
27:21 29:2,11
38:12 39:17 41:11
41:16 43:18 48:2
50:4 58:16,22 59:3
63:12
**removal (2)** 23:15
25:8,20 30:19
**removal-- (1)** 30:18
**remove (1)** 20:11
**removed (4)** 19:5,5
26:15 39:20
**removing (1)** 24:12
**render (2)** 16:20 46:4
**rendered (1)** 33:2
**repeat (1)** 5:1
**rephrase (1)** 43:25
**replaced (2)** 19:7
42:4
**replacement (3)**
25:17 40:24 41:8
**replacements (2)** 6:3
6:4
**replacing (2)** 16:17
25:2
**report (50)** 19:8
20:18 31:24 33:1,4
33:5,8,9,12,17,18
33:25 34:4 35:1,4,5
35:7,14 36:11,13,15
36:18 37:6,12,16,17
44:6,18,22,23 45:1
45:3,7,16 50:3
52:10,13,19 57:17
65:11,12,14 67:4,9
67:12,15 68:1,4,7
70:7
**report-- (2)** 33:24
50:19
**reporter (5)** 30:8
38:3 68:13 69:22
70:6
**reports (5)** 11:21,22
45:17 66:5,24
**represent (2)** 51:16
52:4
**represented (1)** 63:10
**request (7)** 37:15,18
41:10,11 67:15,19
68:2
**requested (1)** 10:22
**requests (1)** 38:21
**requires (1)** 43:24
**residency (1)** 6:11
**resolve (1)** 61:6
**resort (1)** 25:9
**respond (3)** 21:5,16
23:4
**response (1)** 20:23
**responsible (1)** 59:9
**restricted (1)** 15:20
**restroom (1)** 5:2

**result (3)** 19:12 54:10
  67:15
**results (1)** 17:19
**return (6)** 39:25
  40:14 54:20 60:23
  61:1 62:8
**returned (2)** 40:6
  57:1
**returns (1)** 61:3
**review (3)** 37:19
  45:15 60:25
**reviewed (10)** 42:9,11
  42:12 52:1 57:4
  63:2,2 66:4,7,9
**reviewing (1)** 66:8
**rid (2)** 48:17 60:16
**right (19)** 9:23 10:1
  11:8 12:8,19 14:24
  16:22 23:14 24:4
  28:13 32:8 40:4
  43:7 53:20 56:16
  58:23 60:9,20 65:2
**risk (3)** 48:3 59:24
  60:2
**risks (5)** 20:16,17,19
  20:20,23
**role (1)** 8:18
**rooted (1)** 27:3
**rose (2)** 35:15,15
**roughly (4)** 11:8,10
  38:6 48:12
**rounds (2)** 21:25 22:1
**Routine (1)** 39:14
**routinely (1)** 7:21
**RPR (1)** 70:18
**rules (1)** 37:2

**S**

**S (1)** 3:6
**S.E (1)** 69:15
**S.W (1)** 1:19
**safe (1)** 13:25
**salvage (2)** 25:16
  59:25
**save (1)** 50:5
**saw (27)** 7:25 11:11
  11:15 12:8,17 13:4
  13:14 14:17 15:19
  18:12,15,18 22:2,20
  25:18 26:5 27:19
  30:2 38:11 39:2,6
  40:1 41:22 43:6
  46:17 58:1,17
**saying (4)** 33:22 56:9
  62:14 64:19
**says (7)** 9:20 15:13,16
  17:12 41:9,9 66:14
**schedule (1)** 8:20
**scheduled (2)** 30:18
  30:19
**school (2)** 6:10,12
**scope (1)** 16:6
**second (6)** 26:8,10
  27:5 50:3,4 60:9

**secondary (2)** 26:2,23
**Secretary (1)** 1:7
**see (26)** 7:21 8:6,6,22
  8:23 10:13 11:19
  12:3 14:21 15:24
  21:21 22:1 26:4
  27:25 28:16,17,17
  28:18,18 29:4 39:5
  41:4 49:8 52:24
  58:1 65:3
**seeing (9)** 8:5,11
  10:19 11:9 13:17
  21:25 43:10,15
  52:15
**seen (14)** 8:8 13:9
  18:7,9,10,16 29:4
  40:15 56:10,12
  57:15 59:10,11
  62:19
**sense (2)** 5:7,8
**sent (3)** 7:19 8:14,17
**sentence (1)** 46:12
**sequestrum (1)** 31:2
**Services (1)** 69:15
**set (1)** 21:24
**sets (1)** 33:25
**settle (1)** 51:2
**settled (2)** 49:10,12
**settlement (2)** 49:12
  51:5
**settling (1)** 48:15
**seven (1)** 28:10
**severe (2)** 27:3 61:6
**severe--he (1)** 27:3
**severity (1)** 50:11
**shake (1)** 4:24
**Shane (3)** 2:9 4:7
  69:23
**share (1)** 24:6
**short (1)** 25:21
**show (3)** 15:6 44:10
  44:11
**showed (1)** 17:21
**side (1)** 10:25
**sign (1)** 69:13
**significant (3)** 39:15
  39:19 60:19
**signing (2)** 68:16
  69:12
**simple (1)** 9:8
**Sincerely (1)** 69:20
**sir (2)** 37:20 47:10
**solely (3)** 52:5,21
  53:12
**solution (1)** 56:19
**somebody (1)** 10:12
**something-- (1)** 9:10
**sooner (2)** 31:25
  32:20
**sore (1)** 13:8
**sorry (4)** 16:13,14
  31:11 43:17
**Sosa (5)** 69:22 70:6
  70:18,21,25

**source (1)** 66:17
**Sources (2)** 4:12
  51:17
**South (1)** 6:24
**SOUTHERN (1)** 1:2
**Southwest (1)** 69:6
**spacer (6)** 26:22,23
  27:5,8 60:20,21
**speaking (3)** 58:11
  59:3,3
**specialist (1)** 18:8
**specialists (1)** 18:8
**specializing (1)** 45:6
**specialty (1)** 6:2
**specific (7)** 6:19
  13:16 16:12 19:19
  23:3,25 24:7
**specifically (9)** 6:17
  10:11,16 12:14
  45:12 46:3 54:14
  62:25 63:6
**specifically (1)** 50:4
**speculation (3)** 31:2
  32:24 38:9
**spend (2)** 61:4,5
**spinal (1)** 19:6
**spoke (1)** 62:17
**spoken (4)** 42:20,22
  42:25 62:22
**staff (2)** 28:23,24
**stage (1)** 21:1
**started (1)** 30:23
**state (7)** 4:8 5:22
  45:19 47:9 66:16
  70:4,21
**stated (2)** 30:5 54:23
**statement (6)** 31:24
  45:23,25 46:19
  66:13 70:8
**STATES (1)** 1:1
**stayed (1)** 25:23
**stenographically (1)**
  70:7
**steps (2)** 20:10,12
**still--it's (1)** 56:13
**stimuli-- (1)** 49:4
**stops (1)** 60:22
**story (1)** 45:25
**strap (1)** 25:15
**Street (3)** 1:19 69:6
  69:15
**strike (12)** 7:18 11:14
  13:15 20:5 28:1
  30:17 31:11,22
  32:18 33:13 47:8
  63:8
**subject (1)** 45:9
**subsequent (1)** 37:14
**sucked (1)** 48:25
**sudden (2)** 48:18
  60:21
**sued (1)** 48:18
**suggest (1)** 40:11
**suggested (2)** 41:3

  62:8
**Suite (1)** 1:20 69:7,15
**summary (1)** 44:23
**Support (1)** 69:15
**supposed (2)** 17:10
  30:20
**sure (9)** 4:23 14:24
  20:6 24:13 25:5
  27:15 29:11 58:15
  58:23
**surgeon (2)** 6:1 8:3
**surgeons (2)** 18:10,17
**surgery (21)** 12:13,19
  12:21 17:13 18:9
  19:2,4,10 20:5,8,16
  21:6,19 22:2,24
  25:18,21 26:8
  28:15 30:7,21
**surgery--did (1)**
  25:19
**surgical (3)** 31:17
  39:2 60:1
**surrounding (1)** 67:9
**sutures (1)** 21:6
**sworn (1)** 4:4
**system (2)** 11:5 18:20

**T**

**T (1)** 3:6
**take (7)** 5:3 17:2 37:3
  37:10 47:3 48:3
  56:16
**taken (6)** 4:18,22
  12:14 14:10 25:6
  49:6
**talk (4)** 34:13,17
  37:21 40:22
**talking (3)** 36:10
  41:16 55:22
**Telephone (1)** 16:25
**tell (14)** 9:18 11:20
  15:6,11 21:2,8
  24:22,24 40:25
  49:5,18 50:7 58:2,8
**telling (6)** 24:8 40:16
  41:16 52:6 64:4
  66:21
**tells (2)** 38:24 46:21
**ten (3)** 6:8 7:5 11:12
**terminated (1)** 37:13
**testified (2)** 4:4 53:17
**testify (2)** 45:24 51:6
**testimony (4)** 50:17
  51:25 53:17 59:15
**Thank (1)** 65:22
**that-- (2)** 9:17 31:21
**therapy (1)** 49:3
**thing (1)** 67:2
**things (2)** 14:11 65:2
**think (16)** 5:4 9:12
  16:19 24:12,16,19
  25:13 27:11 32:2,9
  44:1,25 53:3 56:5
  63:15 65:3

**third (2)** 50:4,18
**thought (1)** 27:2
**three (6)** 34:4 40:14
  59:2 62:8,14 63:19
**time (28)** 8:11 11:9
  11:15 13:23 15:4
  15:18 22:2 25:24
  26:5 30:2 35:1,23
  37:2 38:6 39:6,10
  40:1,3 41:22 42:9
  48:10 49:14 51:13
  51:18 52:6 59:18
  61:13 62:17
**timeframe (1)** 17:11
**times (1)** 41:12
**tissue (1)** 60:16
**to-- (1)** 47:7
**today (2)** 5:10,18
**told (17)** 13:22 14:3
  15:12 18:2 20:7
  28:23,25 29:10,15
  31:16 39:24 46:25
  56:19 61:8 63:16
  63:22 64:11
**tone (1)** 41:11
**touch (1)** 65:6
**touche (8)** 12:22
  15:13 17:8 18:3,14
  22:22 26:20 43:16
**training (1)** 68:10
**transcript (6)** 5:6,7
  69:11,13,18 70:8
**treat (2)** 7:19 54:3
**treated (6)** 31:10
  38:21 45:20 47:1
  53:21 54:4
**treatment (39)** 13:12
  18:5 21:16 24:14
  24:17,20,23 26:6
  29:19 31:12 34:2
  35:9,9 37:8,12,14
  37:19 38:7,13,19,25
  39:3 43:14,23 45:4
  45:13 46:15,16,20
  52:22 53:19 54:10
  55:12,21 56:15
  57:6 60:15 67:13
  68:9
**trial (4)** 4:22 49:9,9
  51:6
**tried (1)** 42:3
**true (2)** 37:20 70:8
**try (2)** 51:18 63:24
**trying (4)** 14:21,24
  24:14 25:16
**two (23)** 14:11 25:22
  26:3,15,22,24 28:11
  28:12,13,14 29:18
  30:6,15,20 33:25
  39:4 41:17,17 56:4
  56:7 57:2 60:6 64:9
**type (24)** 5:12 6:2
  12:21 13:3,11,12,14
  13:16 14:1,14

16:16 23:3 24:1,14
26:17 27:10 31:8
39:13 40:4,25
46:15,16 48:4
50:11
**types (3)** 7:23 40:22
55:4
**typically (1)** 57:23

---

**U**

**uh-huh (1)** 4:24
**Unbelievable (2)**
37:25 61:25
**undergo (1)** 12:22
**understand (5)** 4:25
11:3 31:21 33:20
36:9
**understanding (2)**
25:2 68:1
**underwent (2)** 18:9
22:24
**underwent-- (1)**
25:24
**UNITED (1)** 1:1
**untreated (2)** 45:22
46:7
**upon-- (1)** 10:4
**usually (2)** 14:9 57:25

---

**V**

**v (1)** 69:9
**vast (1)** 68:10
**Verbatim (1)** 69:15
**versus (4)** 5:18 28:21
32:4 50:17
**visit (4)** 26:7 39:7,21
40:6
**vs (1)** 1:6

---

**W**

**wait (8)** 5:7 40:12
41:3,18 62:13
63:16 64:22 65:3
**waive (1)** 68:13
**waived (1)** 68:16
**walk (1)** 40:10
**walking (1)** 59:11
**want (15)** 9:6 10:20
19:14,22 33:9,13
35:15,18 36:3 37:5
37:21 50:17 59:21
59:22 67:2
**wanted (6)** 26:21
27:24 35:22 40:10
50:24 67:18
**was-- (1)** 30:2
**was--I (1)** 47:14
**wash (2)** 25:22 56:18
**washed (1)** 32:12
**wasn't (2)** 15:10 36:1
**water (2)** 5:2 16:23
**way (7)** 12:17 27:24
35:2 41:15,24 53:9
54:5

**we'll (1)** 50:5
**Weaver (51)** 2:9 4:6,7
4:16 9:16 10:9
14:21,23 16:11,22
16:24 17:5,7 19:17
19:24 21:14 23:13
23:20 25:1,11 30:9
31:3 32:15,25
35:25 36:12,16
38:1,4 43:25 44:3,4
44:13,17 46:1,6
47:6,21 49:7,15
50:1,15,24,25 51:9
51:20 65:24 66:2
67:1,24 69:23
**Wednesday (1)** 17:13
**week (7)** 26:24 31:1
56:7,11,12,13 58:2
**weeks (17)** 25:22 26:4
26:15,22 28:7,10,13
28:14,15,20,21,21
30:20 32:4,4 56:7,7
**went (2)** 36:17 68:8
**were-- (1)** 7:18
**weren't (2)** 36:19
62:14
**Wexford (3)** 2:14
4:12 51:16
**what--well (1)** 20:6
**whatsoever (1)** 11:2
**whoa (2)** 30:8,8
**willing (1)** 34:17
**wishes (1)** 41:9
**withdraw (1)** 36:14
**witness (36)** 2:18 3:3
4:3 9:14 10:3 17:3
19:15 23:9,19
24:24 32:11,23
33:16 34:6,14 35:5
35:17,18,20,22 36:6
36:17 37:20,25
47:3 48:25 49:13
50:11 53:5 61:25
65:2,22 67:20
68:14,17 70:22
**words (2)** 19:16
46:21
**work (2)** 31:16 34:23
**worked (1)** 65:19
**works (1)** 35:2
**worse (1)** 16:2
**wouldn't (5)** 21:7
35:25 55:2 64:11
66:22
**wound (8)** 13:8 17:16
17:16 20:1 28:18
28:18 40:2,9
**write (5)** 44:18,20,22
66:5,18
**writing (1)** 45:15
**written (1)** 44:6
**wrong (2)** 43:20
47:13

---

**X**

**x (3)** 1:11 3:2,6

---

**Y**

**Yeah (1)** 48:24
**year (19)** 8:9 40:12
41:4,4,18 46:11,13
49:22 61:4,5,9,11
62:13 63:16 64:15
64:17,22,23 65:3
**year-- (1)** 61:14
**years (12)** 6:8,15,16
7:3,5 8:13 37:12
47:12 48:16 49:13
56:7 59:2
**York (3)** 47:15,17,22
**your-- (1)** 30:17

---

**Z**

---

**0**

---

**1**

**1:40 (1)** 68:15
**103 (2)** 1:20 69:7
**11:25 (1)** 1:24
**12 (1)** 69:15
**13 (7)** 1:23 47:12
54:21 57:14 60:10
64:2,2
**14 (1)** 47:12
**14-20341-CIV-LE...**
1:3
**152nd (2)** 1:19 69:6
**1982 (1)** 6:10
**1987 (1)** 6:11
**1988 (1)** 6:11
**1990 (1)** 7:13

---

**2**

**2-22-13 (1)** 11:25
**2-22-l3 (1)** 12:1
**2-27 (2)** 17:14 19:2
**20 (6)** 6:15,16 27:2
48:16 60:18 69:3
**2013 (22)** 36:10 38:7
40:2 41:21 43:6
45:4 51:24 57:14
60:8,18 61:3,15
62:3,23 63:10,21
64:2,2,2,3,3,3
**2014 (2)** 7:6 61:17
**2016 (4)** 1:23 69:3,19
70:15
**20l3 (1)** 7:6
**22nd (6)** 13:23 17:10
18:16 51:24 59:23
63:9
**23rd (3)** 40:7 41:21
64:3
**25 (4)** 40:2 61:15,17
64:3
**25th (1)** 61:3

**27 (3)** 53:21 57:1
63:21
**28 (1)** 64:2

---

**3**

**3-13-l3 (1)** 25:24
**3-l3 (1)** 26:2
**31 (1)** 69:19
**33157 (1)** 69:8

---

**4**

**4 (1)** 3:4

---

**5**

**5 (1)** 69:16
**5-28 (1)** 39:10
**5-7-13 (2)** 26:5 30:3
**51 (1)** 3:4

---

**6**

**67 (1)** 3:4

---

**7**

**7 (4)** 56:1 57:2 60:8
64:2
**702 (1)** 69:15
**7th (1)** 69:15

---

**8**

---

**9**

**9 (1)** 69:16
**9299 (2)** 1:19 69:6
**954-467-8204 (1)**
69:14