```
1              UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF FLORIDA
2                 CIVIL ACTION NO.: 14-20341-DPG
                  Magistrate Judge Chris M. McAliley
3

4   GEORGE HORN,

5         Plaintiff,

6   -Vs-

7   MICHAEL D. CREWS, Secretary of
    the Florida Department of
8   Corrections, in his official
    capacity; WEXFORD HEALTH SOURCES,
9   INC., a Florida Corporation;
    MARLENE HERNANDEZ, M.D.,
10  SEYED HOSSEINI, M.D. and
    DAVID REDDICK, M.D.,
11
          Defendants.
12  _____/

13

14

15
            DEPOSITION OF RICHARD VLASAK, M.D.
16               Pages 1 through 46

17
                 Friday, June 3, 2016
18               6:00 p.m. - 6:56 p.m.
                   3450 Hull Road
19               Gainesville, Florida

20

21
            Stenographically Reported By:
22            MELISSA IADIMARCO, CSR
            Florida Professional Reporter
23

24

25
```

## Page 2

```
1                    APPEARANCES
2
3  On Behalf of the Plaintiff:
       Katzman Garfinkel
4      300 North Maitland Avenue
       Maitland, Florida 32751-4724
5      407-539-3900
       mcolgan@likeyourlawyer.com
6      BY:  MICHAEL COLGAN, ESQUIRE  (Via Telephone)
7
8  On Behalf of the Defendants Wexford Health Sources, Inc.,
   a Florida Corporation, Marlene Hernandez, M.D., and David
9  Reddick, M.D.:
       Chimpoulis, Hunter & Lynn
10     150 South Pine Island Road
       Suite 510
11     Plantation, Florida 33324-2667
       954-463-0033
12     efreedman@chl-law.com
       BY:  ERIC FREEMAN, ESQUIRE
13
14 On Behalf of the Defendants Michael D. Crews, Secretary of
   the Florida Department of Corrections, in his official
15 capacity and Seyed Hosseini, M.D.:
       Office of the Attorney General
16     1515 North Flagler Drive
       Suite 900
17     West Palm Beach, Florida 33401-3432
       561-837-5000
18     shane.weaver@myfloridalegal.com
       BY:  SHANE WEAVER, ESQUIRE
19
20 Also Present:
       Steven Gresser, Videographer
21
22
23
24
25
```

## Page 3

```
1              INDEX OF PROCEEDINGS
2  Deposition of RICHARD VLASAK, M.D.            Page
3  Direct Examination by Mr. Freedman             5
   Direct Examination by Mr. Weaver              26
4  Cross Examination by Mr. Colgan               37
   Redirect Examination by Mr. Freedman          40
5  Redirect Examination by Mr. Weaver            41
   Recross Examination by Mr. Colgan             42
6  Certificate of Oath                           45
   Certificate of Reporter                       46
7
8
9          PLAINTIFF'S EXHIBITS
10 Number          Description                  Page
11        (NO EXHIBITS MARKED)
12
13
14         DEFENDANT'S EXHIBITS
15 Number          Description                  Page
16        (NO EXHIBITS MARKED)
17
18
19
20     Deposition taken before Melissa Iadimarco,
21 Florida Professional Reporter and Notary Public in and for
22 the State of Florida at Large in the above cause.
23          - - - - - - -
24
25
```

## Page 4

```
1      THE VIDEOGRAPHER:  Good afternoon.  We are now on
2  the video record.  Today is Friday, the 3rd day of
3  June, 2016.  The time is 6:02 p.m.  We're here at 3450
4  Hull Road, Gainesville, Florida for the purpose of
5  taking the video deposition of Richard Vlasak, M.D.,
6  taken by the defense in Case No. 1420341DPG, case of
7  George Horn Versus Michael Crews, which is filed in
8  the United States District Court for the Southern
9  District of Florida.
10     The court reporter is Melissa Iadimarco.  And I
11 am Steven Gresser, the videographer, both with U.S.
12 Legal Support.
13     Would Counsel please state their appearance for
14 the record.  And then, the court reporter will swear
15 in the witness.
16     MR. FREEDMAN:  Eric Freedman on behalf of Wexford
17 Health Sources, Dr. Marlene Hernandez and Dr. David
18 Reddick.
19     MR. WEAVER:  Shane Weaver with the Attorney
20 General's Office for the Secretary, Julie Jones and
21 Dr. Hosseini.
22     MR. COLGAN:  I'm attorney Mike Colgan for the
23 plaintiff, George Horn.
24     THE COURT REPORTER:  Doctor, please raise your
25 right hand.  Do you solemnly swear or affirm that the
```

## Page 5

```
1  following testimony that you are about to give will be
2  the truth, the whole truth and nothing but the truth
3  so help you God?
4      THE WITNESS:  Yes.
5      THE COURT REPORTER:  Thank you.
6  THEREUPON,
7           RICHARD VLASAK, M.D.
8  having been first duly sworn, was examined and testified
9  as follows:
10             DIRECT EXAMINATION
11 BY MR. FREEDMAN:
12     Q.  Good evening, Doctor.  Would you please state
13 your name for the record.
14     A.  My name is Richard Vlasak.
15     Q.  And your professional address currently?
16     A.  It's Hull Road.  I'd have to get my card out to
17 see the address.  I mean, it's written down as P.O. Box
18 112727 Gainesville, Florida, 32611-2727.
19     Q.  Okay, great.  And by whom are you currently
20 employed?
21     A.  The University of Florida.
22     Q.  And what do you do for a living?
23     A.  I am an orthopedic surgeon.
24     Q.  And can you give me the benefit of your
25 educational background, starting with your undergraduate
```

Page 6

1  degree?
2      A.  I have an undergraduate degree at the University
3  of Florida.  Then, I went to medical school at University
4  of Florida.  And then, I went to orthopedic residency at
5  University of Florida.  And then, I did a year of
6  fellowship at University of Florida and then another two
7  years of fellowship at Mayo Clinic in Rochester,
8  Minnesota.  And then, I was in private practice for two
9  years.  And then, I've been working here for approaching
10 18 years.
11     Q.  Are you board-certified?
12     A.  Yes.
13     Q.  In orthopedic surgery?
14     A.  Yes.
15     Q.  Anything else?
16     A.  I have special training, but our certification
17 only goes to orthopedic surgery and what we do.
18     Q.  Okay.  And I'm assuming that you're licensed to
19 practice in the State of Florida?
20     A.  Yes.
21     Q.  And how long have you been licensed?
22     A.  I've had a license since my internship years.  So
23 18 years in practice, plus two in private practice.
24 That's 20 years, plus -- approaching over 25 years.
25     Q.  So you've been practicing orthopedic surgery for

Page 7

1  approximately 25 years?
2      A.  Approaching that, yes, sir.
3      Q.  And are you licensed in any other states?
4      A.  Minnesota.
5      Q.  And how long have you been licensed in Minnesota?
6      A.  Pretty much the same amount of time.  I got that
7  license when I was at Rochester, Minnesota doing my two
8  years of fellowship.  And I just kept that current.
9      Q.  As an orthopedic surgeon, can you give me an
10 estimation of how many hip replacement procedures you do
11 in a given year?
12     A.  I'll probably do close to 300 primaries, and then
13 maybe as many redos.  I run a complex revision practice.
14 So we sometimes do more redos than we do primaries in a
15 given year.
16     Q.  Okay.  And in your practice as an orthopedic
17 surgeon, have you had the occasion of providing care and
18 treatment to inmates?
19     A.  Yes.
20     Q.  Do you know the arrangement by which inmates come
21 to you as patients?
22     A.  No.
23     Q.  They just -- you don't know if you -- you don't
24 have a contract personally with any entity to provide care
25 and treatment to inmates?

Page 8

1      A.  Not to my knowledge.  I mean, you know, it's
2  been, you know, 18 years here.  So I think it does evolve,
3  but I don't recall.  I certainly don't farm them out.  I
4  just -- when patients get need of me, come and sign up for
5  me to see them and I see them.
6      Q.  Okay.  And I know that I've given you about six
7  or seven pages of medical records.
8      A.  Yes.
9      Q.  And they pertain to an inmate named George Horn?
10     A.  Yes.
11     Q.  Before you had a chance to look at the records,
12 do you have an independent recollection --
13     A.  No.
14     Q.  -- of George Horn?
15     A.  No.
16     Q.  And Dr. Vlasak, I'm sorry.  I should have said
17 this in the beginning.  But just please allow me to finish
18 my question so --
19     A.  Oh, I see, yes.
20     Q.  -- the court reporter can take down everything.
21     A.  Yes, sir.
22     Q.  So you have no independent recollection of
23 Mr. Horn?
24     A.  No.
25     Q.  Did you have a chance to briefly review the

Page 9

1  record that I had given you?
2      A.  Yes.
3      Q.  Did that refresh your recollection at all
4  regarding your care and treatment of Mr. Horn?
5      A.  Yes.
6      Q.  What are you able to remember about Mr. Horn?
7      A.  Well, that he had a severe problem and that it
8  was a very complex history and that most of that history,
9  as best I can recall, was done a combination of him
10 telling me what happened and I think we had some outside
11 records.
12     Q.  Okay.  When you say he had a complicated history,
13 can you elaborate on that a little bit?
14     A.  Well, my summary of that is more than half a page
15 of fine-spaced type.
16     Q.  Okay.  Well, then you know what, we'll --
17     A.  And I can read it.
18     Q.  No, no, no.  I'll make it more specific for you.
19         When was the first time that you saw Mr. Horn?
20     A.  Well, I think it was on 12/5/2014.
21     Q.  Well, let me clarify.
22     A.  Isn't that the date of my note here?
23     Q.  So the date of your note is 12/4/14, it looks
24 like.
25     A.  Oh, 12/4, okay.

Page 10

1    Q.   But then it looks like, in the body, that you
2  reference a treatment that you provided to him in January
3  of 2003?
4    A.   Oh, yeah, I'm sorry.
5    Q.   No, that's okay.
6    A.   Yes, it looks like I did, yes.
7    Q.   Okay.  Just so we're all on the same page, it
8  would appear that the first time that you saw Mr. Horn was
9  on January 21st of 2003?
10   A.   Yes, sir, right before then, if that was the date
11 of the surgery.
12   Q.   Okay.  And can you tell the jury why Mr. Horn
13 presented to you at that time?
14   A.   He came in with a chronically infected well-fixed
15 Intermedics, that's a brand of hip replacement, that had
16 numerous sinus tracts.
17   Q.   So Mr. Horn --
18   THE COURT REPORTER:  Numerous, I'm sorry?
19   A.   Sinus tracts.
20   THE COURT REPORTER:  Thank you.
21   A.   So those are holes through skin, through which
22 pus drains.
23   Q.   So to be clear, Mr. Horn had had a hip
24 replacement prior to coming to you in January of 2003?
25   A.   Yes.

Page 11

1    Q.   Okay.  And so he had numerous sinus tracts at the
2  time?
3    A.   Yes.
4    Q.   And did he have -- was he infected?
5    A.   Well, that's sort of the cardinal sign of a deep
6  hip infection.  All right.  So that's considered, by the
7  Musculoskeletal Infectious Disease Society, as one of the
8  main cardinal, major signs of a periprosthetic joint
9  infection.
10   Q.   So given his presentation at the time in 2003,
11 what was your plan of care for Mr. Horn?
12   A.   Well, we did a first stage debridement removal of
13 the implant.  And then, we put in a PROSTALAC®.  That's a
14 term for a temporary prosthesis.  It is made out of
15 acrylic and it has a high dose of antibiotics.  And so
16 that's one of the recognized ways of definitively treating
17 periprosthetic joint infection.
18   Q.   And it looks like you also -- so as part of this,
19 you were administering antibiotic dose regiments?
20   A.   That's part of that, yes.
21   Q.   Okay.  And the purpose of this was so that he
22 could undergo a second stage reimplantation?
23   A.   Yeah, that's essentially the two-stage treatment,
24 which is still considered the gold standard.
25   Q.   Okay.  And did he ultimately undergo that second

Page 12

1  stage reimplantation?
2    A.   Yes.
3    Q.   And he did that with you later, in 2003?
4    A.   It says here June 3, 2003.
5    Q.   Okay.  And then did you see him again in 2003?
6    A.   Yes, he then had complications of recurrent
7  dislocations.  And so, then he underwent a constrained
8  revision with a constrained acetabular implant.
9    Q.   Did you have any knowledge at the time or --
10 strike that.
11        Based on your record, are you able to determine
12 why Mr. Horn had undergone complications?
13   A.   Well, so dislocations are a known complication of
14 hip replacements, particularly of revision hip
15 replacements, and particularly more common in patients
16 that have had soft tissue damage, which chronic infections
17 can induce.
18   Q.   Okay.  When was the next time that you saw
19 Mr. Horn?
20   A.   Well, so at that point, it says here that he
21 didn't follow up with me and that, according to the
22 patient, he did well for eight to nine years.  And then,
23 about year 2012 -- 2012 or 2013, he then developed
24 recurrent swelling.  And at that point, he was treated in
25 Miami, Florida.

Page 13

1        So it looks like at that point, he had all his
2  treatments done elsewhere.  And then, I'm seeing him now
3  in 2014.
4    Q.   Okay.  So you initially see Mr. Horn in January
5  of 2003.  He goes through the second stage reimplantation
6  and the ultimate hip replacement with you in 2003.  And
7  then, the next time you see him is approximately 11 years
8  later in December of 2014; is that correct?
9    A.   Yes.
10   Q.   In that interim 11-year period, did you have any
11 idea as to the care and treatment that Mr. Horn had been
12 receiving?
13   A.   No.
14   MR. COLGAN:  Objection to the form of the
15 question.
16   Q.   You said no?
17   A.   I said no.
18   Q.   Okay.  At the time that he presented to you in
19 December of 2014, are you aware if you had any medical
20 records to review?
21   A.   No.  I mean, I think -- I'm going a lot by what
22 he told me.
23   Q.   Okay.  And so from looking at this --
24   A.   So the main records I have are the records that
25 are in our institution --

Page 14

1    Q.   Okay.
2    A.   -- which cover the treatments of around 2003.
3    Q.   So you likely would have had the 2003 records
4  with you --
5    A.   Yes.
6    Q.   -- so that you could see that you had --
7    A.   Yes.
8    Q.   -- performed the reimplantation prior?
9    A.   Yes.
10    Q.   But the majority of what you're relying on is
11  your personal assessment of Mr. Horn and what Mr. Horn is
12  telling you himself?
13    A.   Yes.  Essentially, from what I said, the patient
14  failed to show up for follow-up.  And then, notice my
15  narrative says, "He says".  Right, so I'm basically, at
16  that point, relying on what he tells me.
17    Q.   Okay.  And so at this point in time, based on
18  your note, Mr. Horn had already had a failed hip
19  reimplantation, correct?
20    A.   Yes.
21    Q.   And he was experiencing recurrent infection,
22  correct?
23    A.   Yes.
24    Q.   Okay.
25    A.   And he had other treatments in Miami during that

Page 15

1  time.  And that's one of the reasons I think -- you know,
2  you asked me earlier about how we see prisoners.  And over
3  the years, that's changed.  Recently, we see fewer of
4  them.  And I believe that's one reason he got to see me,
5  was because I treated him in the past.  And my policy is
6  if there's any patient that wants to see me that I've
7  treated in the past, they have an open door no matter
8  what.
9    Q.   I understand.  And on this day in December of
10  2014, did you provide any care and treatment to Mr. Horn?
11    A.   If you mean by treatment, you know, I saw him.  I
12  examined him and I gave my opinion.
13    Q.   And what was your opinion that day?
14    A.   So again, I can read my impression.  It says
15  right hip resection arthroplasty with approximately 30
16  percent of the proximal right femur missing.  And then,
17  the expected resulting unstable right hip, right lower
18  extremity.
19         So in other words, when I say you're missing the
20  upper third of your thigh bone, that's the femur, that has
21  a distinct clinical functional picture.  And that's very
22  different than somebody having a resection arthroplasty
23  that is just missing the ball and the neck, but still has
24  what we call the trochanters of the thigh bone.  The
25  trochanters of the thigh bone is where all the muscles

Page 16

1  attach.  And so when you have what we call resection
2  arthroplasty, that means you don't have a hip joint, but
3  you still have the trochanter, where the muscles attach.
4  That, to the lay people, seems very disabling.  And it is,
5  but it still allow certain basic functions.  With a shoe
6  lift, that's usually three inches or so, two and-a-half to
7  three inches.  You can still lift a walker or forearm
8  crutches.  You still can get up.  You can walk maybe ten
9  feet.  And some people can walk quite a bit further than
10  that.  So that's a standard resection arthroplasty.
11         When you're missing the upper 30 percent of your
12  thigh bone, you have essentially no major muscle
13  attachments in the hip area whatsoever.  And so you can't
14  control that thigh hardly at all.  You're not going to be
15  able to put weight on it, just like jelly.  It just
16  crumbles under you.  The other thing that happens is, they
17  tend to get more swelling.  So the knee becomes stiff
18  after that.  You can't control the knee.  These are pretty
19  standard clinical pictures.  And so at that point, you
20  have some tough choices to make.  Some people choose to
21  live that way and just stay in a wheelchair or something
22  like that.  Other folks can decide, hey, this thing, the
23  swollen limb can start getting ulcers and it can start to
24  become very painful.  And then, you have some other
25  choices that you might rather not do, but some of those

Page 17

1  are amputations at the pelvic level or hip level.
2    Q.   Okay.  And in addition to the right hip resection
3  arthroplasty, your first impression.  Your second
4  impression, you talk about, it looks like, an infected hip
5  replacement coupled with numerous previous surgeries?
6    A.   Yes, yes.
7    Q.   Okay.  So --
8    A.   What I'm trying to do is describe to the patient
9  and to whoever is going to be reading my note that now you
10  have so much soft tissue damage that trying to go
11  through another stage salvage is not -- is just not a
12  reasonable thing to consider.
13    Q.   And so what were you --
14    A.   He's already failed that in the past.  And he had
15  another treatment in Miami.  And at some point, you have
16  essentially zero chance of curing him.
17    Q.   Can you explain how this -- and I think you said,
18  so much soft tissue damage --
19    A.   Yes.
20    Q.   -- how that affects a patient's ability to have a
21  viable hip reimplantation?
22    A.   Right.  You know, as orthopedic surgeons, we can
23  replace bone pretty effectively with titanium, cobalt
24  chromium, other foreign materials.  We can attach it.  We
25  can replace an entire thigh bone with just metal.  And we

Page 18

1  can attach it to the leg bone, tibia, and give an
2  artificial knee, and we can attach a hip replacement to
3  that on the top.  But the problem is that you need muscle
4  to power it.  You need soft tissues to cover it.  And
5  those, we don't have good replacements for.  And so,
6  chronic infections destroy all those things.  They destroy
7  soft tissues.  They destroy even skin.  Right.  These
8  people get this sort of wooden skin and you can't move it.
9  And it becomes painful because nerves are soft tissues
10 that run through all that.  And this guy has all of that.
11     Q.   Okay.  And so based on your impressions at the
12 time of this consultation --
13     A.   Yes.
14     Q.   -- what were your ultimate recommendations to
15 Mr. Horn?
16     A.   So I have a separate section under
17 recommendations here and I'll just read my note.  "I
18 strongly recommended to Mr. Horn that he not attempt any
19 further hip replacements.  I discussed with him that
20 overall his clinical appearance and function was better
21 than the majority of patients missing the upper third of
22 his femur.  I discussed that infections of this type lwere
23 probably not curable, short of a hemipelvectomy, i.e. an
24 amputation at the pelvis level.  His infection currently
25 is in remission, but all of his severe scarring throughout

Page 19

1  the hip -- but with all the severe scarring throughout the
2  thigh and hip area, it is doubtful that he could ever be
3  called cure."
4     Q.   Okay.  So how does the severe scarring contribute
5  to recurrent infection?
6     A.   Well, so scar tissue, that includes old sutures,
7  areas where you have what we call heterotopic bone
8  formation.  That means that soft tissue actually has bone
9  growing through it and replacing the scar.  It hides
10 bacteria.  So you can clean up bone and you can take all
11 that out.  And you put in the artificial materials, and
12 then the infection becomes active again because bacteria
13 grow on artificial materials.  They form a film called
14 glycocalyx and they live on that film.
15          And so in a guy that has multiple previous sinus
16 tracts, you're chances of curing him are always lower,
17 much lower, than the standard staged treatments.  In
18 standard staged treatments, the best we can do is -- the
19 best, and that's probably overcalled, is 90 percent.  I
20 tell patients that is probably not an accurate long-term
21 description.  It's probably much more closer to 80
22 percent.  And these are people that have normal skin.
23 People with multiple sinus tracts, their cure rate is much
24 less than that.  And this guy already had that back in,
25 what, 2003.  And then, he had more treatments in Miami.

Page 20

1  Now, he's further down the line and his tissues are even
2  worse.  Your chances of cure are just very low.  And so
3  unless you're willing to pay that price of a
4  hemipelvectomy, which many patients decide that they do
5  do, you don't want to even go there.  Right.  Because this
6  guy, when I saw him, didn't have active draining sinuses.
7  His infection is sort of not active.  It's under control.
8  And when I said that his soft tissues are better than what
9  I expected, that is exactly that.  I mean, I see a
10 reasonable amount of people like this, just like this guy.
11 And his function was better than the average people.  I
12 made some other recommendations for him, to try to keep
13 him functional.
14     Q.   Sure.
15     A.   But what I told him is, I feel bad deeply.
16 That's what I -- I would tell that to my family members
17 if they were in this condition and to you guys if you were
18 in this condition.
19     Q.   And your recommendations to Mr. Horn that he not
20 attempt any further hip reimplantation, that was based on
21 your medical judgement as --
22     A.   Absolutely.
23     Q.   -- an orthopedic surgeon --
24     A.   Yes, yes.
25     Q.   -- with over 20 years of experience?

Page 21

1     A.   Yes.  People to this stage, you don't -- you
2  can't -- you know, you can't just open up a book and find
3  a recipe for treating folks like this.  Right.  This is --
4  these are end-stage folks.  There are not that many
5  series of folks like this.  They exist, but it's not --
6  it's not very happy work.  And so not too many people
7  write them up.  Right.  To write something, usually you
8  have to have positive feelings about it.  Right.  This is
9  not happy work.  And so you're not going to find a lot of
10 stuff -- a lot of series in the literature describing
11 their treatment.
12     Q.   Okay.  And Dr. Vlasak, can you tell me, after
13 this December 14th consultation that you had, the next
14 time that you saw Mr. Horn?
15     A.   I don't know if I saw him again.  If you tell me
16 I saw him again, yeah, I will accept that.  And hopefully,
17 you have the note documenting it.
18     Q.   Well, if you flip through the notes that I've
19 given you, it looks like there's an addendum that you made
20 to this December 4, 2014 note.
21     A.   Oh, I see.  Here we go.  It says, addended on --
22 it's in my handwriting, on 12/10/2015.
23     Q.   Okay.  So presumably, you saw Mr. Horn again on
24 December --
25     A.   Yeah.

Page 22

1    Q.  -- of 2015?
2    A.  Oh, I see.  Yeah.  So it looks like what happened
3  is, he -- I think he was still in prison and he's coming
4  to see me with my own note.  And I'm trying to communicate
5  with the medical system in the prison.  And so what I did
6  is, I just put this handwritten addendum there.  And then
7  I said, everything above is accurate.
8    Q.  And before you go on, when you say everything
9  above is accurate --
10   A.  Yes.
11   Q.  -- does that relate to everything that was in
12 your December --
13   A.  Yes.
14   Q.  -- 4, 2014 note?
15   A.  Yes, I'm asking them to reread it.
16   Q.  Okay.
17   A.  That saves me time because I'm not a fast typist.
18   Q.  No, I understand.  So you're --
19   A.  So it saves time in me redoing it, is just to add
20 onto it.
21   Q.  No, fair enough.  And usually, doctors' writing
22 is horrible, as well, so I guess --
23   A.  I was trying to be good so they could read it.
24   Q.  Okay.  And so that also, and presumably, includes
25 your recommendation that Mr. Horn not undergone any

Page 23

1  further --
2    A.  Absolutely, yes, sir.
3    Q.  So that was unchanged since your December 14,
4  consultation?
5    A.  I may comment, because in my original
6  recommendations, I said he should try a hip brace to try
7  to stabilize that fleshy part of his thigh that doesn't
8  have any bone in it.  I state in there, the right hip
9  brace has not helped and at that point should be stopped.
10   Q.  Do you have any opinion as to why the right hip
11 brace was not helping?
12   A.  So once again, the only reason it would help is
13 if the patient says it helps.  I don't have a way of
14 putting him on a gait analyzer, which is basically a
15 treadmill and you're measuring people's oxygen
16 consumption.  And these contraptions exist.  We have one
17 in this building.  And that's the one way to try to
18 scientifically quantify whether you're doing something for
19 a patient like this gait-wise is helping.  But the patient
20 said it's not helping.  And so, you know, it wasn't there
21 to -- it's just there to try to help him walk better.  And
22 if it doesn't, then it can actually do harm.  It can break
23 down skin.  It can cause pain.  So you stop using it.
24   Q.  Okay.  And Doctor, I know we talked about this
25 earlier, about your medical care and treatment of inmates.

Page 24

1  And I know you said you don't recall whether you have some
2  -- there's some sort of contract governing that care and
3  treatment.  But have you ever heard of a company called
4  Wexford Health Sources?
5    A.  No, not to my knowledge.
6    Q.  You've never heard of that?
7    A.  No, sir.
8    Q.  And you wouldn't have any knowledge as to whether
9  you have some sort of contract with Wexford Health Sources
10 to provide care and treatment?
11   A.  So I work for the state, right.  So how that
12 works is, right, so the University writes me a paycheck.
13 And so I don't -- I don't get involved in the contract
14 negotiations.  It's not that I don't know things about it.
15 It's not my job and responsibility.  And I can't affect it
16 either way.  But I do try to actually go out of my way and
17 see patients that I've operated on before.
18   Q.  Okay.
19   A.  So if somebody -- if a doctor calls me and says,
20 hey, you operated on this guy, I will always say yes.  I
21 will see him.
22   Q.  Okay.
23   A.  That's sort of my own personal policy.  But as
24 far as -- it doesn't affect my pay, so as far as whatever
25 contracts we have, that's up to the University.

Page 25

1    Q.  Okay.
2    A.  And I don't know what those are.
3    Q.  Sure.  So, and I don't want to say the
4  disinvolvement that you have with those contracts, but --
5    A.  Well, it is a type of disinvolvement.
6    Q.  Okay.  So you would have never had any
7  interactions with either employees from the Florida
8  Department of Corrections or employees from Wexford Health
9  Sources, Inc. or any other entity specifically about
10 specific care and treatment provided to inmates?
11   A.  I mean, usually inmates come in with at least one
12 or two guards.  Right.  And I don't recall, in this case,
13 how many there were.  Sometimes there's even more than
14 that.  They're usually there.  You usually have to say,
15 please, can we take the cuffs off this gentleman so I can
16 examine him.  But I don't recall any -- the only thing,
17 maybe in 20 years, one or two instances where I was
18 concerned for my safety.  This was never the case with
19 Mr. Horn.
20   Q.  Sure.  As at any point in time during your care
21 and treatment of an inmate or of Mr. Horn specifically,
22 has any employee of the Florida Department of Corrections,
23 Wexford Health Sources, any other entity whatsoever
24 instructed you to deny certain medical care or treatment?
25   A.  No.

Page 26

1    Q.   So every decision that you have made pertaining
2  to the care and treatment of an inmate is based on your
3  medical judgement?
4    A.   Oh, absolutely.
5    Q.   And based on your assessment of the best interest
6  of each independent patient?
7    A.   Absolutely.  I mean, I see patients like this all
8  the time.  And what happens is, they lose more and more of
9  their thigh bone.  And then, eventually, you get in a
10 situation where they're begging for a hemipelvectomy.  And
11 I'm trying to avoid that.  hemipelvectomies take months to
12 heal and they can still be associated with chronic pain.
13 And it's not a happy procedure.  You try to avoid having
14 to do it.
15   Q.   Doctor, since your December of 2015 consultation,
16 your most recent consultation, have you had an opportunity
17 to review any of Mr. Horn's medical records?
18   A.   No.
19   Q.   Do you have any idea as to his current condition?
20   A.   I have no idea.
21        MR. FREEDMAN:  Okay.  Doctor, I appreciate your
22 time.  That's all the questions I have.
23               DIRECT EXAMINATION
24 BY MR. WEAVER:
25   Q.   Doctor, I have probably just a few more

Page 27

1  questions, just to follow up.
2        This infection that Mr. Horn had, were you able
3  to tell what type of organism, what type of bacteria it
4  was?
5    A.   I'd have to check my notes.  Earlier in our
6  interview, I remember seeing the word Zyvox.  Back then,
7  that was a fairly new antibiotic.  And at least in our
8  center it's used for very specific bacteria, frequently
9  things like MRSA or even worse bugs like VRE.  Those are
10 all bugs that are resistant to standard antibiotics.
11   Q.   Okay.  So if Zyvox was prescribed, then he would
12 have had a pretty serious type of infection?
13   A.   Most likely.  You know, you got to be careful
14 because in other institutions it may not be as controlled
15 as here.  But at the time that Zyvox was released here, it
16 was and it still is restricted in the hospital use.  So I
17 can't use it without having infectious disease get
18 involved.  I can't just write an order and say, hey, I
19 need to give this guy this.  Here, it's severely
20 restricted.
21   Q.   Were you able to tell what the cause of this
22 reoccurring infection was?
23   A.   I do not.  I don't know if that -- I didn't have
24 -- at that point, I didn't have records on whether they
25 isolated a bacteria in Miami.

Page 28

1    Q.   Can IV drug use cause this type of infection?
2    A.   Well, IV drug use can cause multiple infections,
3  right, and certainly can spread infections into prosthetic
4  joints all the time, sure.
5    Q.   Do you recall Mr. Horn telling you or you
6  discussing intravenous drug use with Mr. Horn?
7    A.   I don't recall that.  I can go through my note.
8  Certainly, if he told me -- so you asked me about
9  antibiotics and bacteria.  So I can read you, now that I
10 looked at my notes again or my note.  I say here, "The
11 culture results from his surgeries at Shands in 2003,
12 which we have available for us, show that he grew out
13 multiple organisms, including staphylococcus aureus,
14 sensitive to Oxacillin, as well as Coagulase-negative
15 staphylococcus, which was resistant to Oxacillin.  We do
16 not have any records of what bacteria were isolated in
17 Miami in the 2013 surgeries."
18        So I was just trying to clarify that first.
19   Q.   Sure.
20   A.   I do not see, in my records, that we were told
21 that he was an IV drug abuser.
22   Q.   Now again, those bacteria that you just named,
23 could those be more likely to be found in an intravenous
24 drug user?
25   A.   They're the most common --statistically, some of

Page 29

1  the most common bacteria seen in periprosthetic joint
2  infections, so total joint infection.  Staph is by far the
3  most common.  But it's also the most common drug in IV
4  drug abusers, so --
5    Q.   Are you able to tell; was the source of these
6  infections simply caused by the hardware or is it
7  something about Mr. Horn's body?
8    A.   So infections are not caused by hardware.  It's
9  just when you have foreign material, bacteria live on that
10 material.  And they are -- so they form.  And I'm trying
11 not to be too detail or anything for the lay people.  But
12 they make something called a glycocalyx.  Glycocalyx is a
13 protein carbohydrate coating, microscopic coating in which
14 bacteria live.  It's like a little tent or a house that
15 they live in, right, that protects you from the elements.
16        In bacteria's case, they protect you from host
17 defenses, so your body's white cells.  And they also
18 protect you from bacteria.  So you're shielded from
19 bacteria.  So you can give a person lots of antibiotics
20 and you will make them better.  But when you stop the
21 antibiotics, the bacteria start becoming active again.
22 They've always been there.  They're on that coating.
23        The other thing that happens is, they're
24 protected by the coating.  So as you're giving them
25 antibiotics, they change.  They evolve into resistant

Page 30

1  bacteria.  And so as a principal for infections of foreign
2  material, total joints in particular, the main principle
3  is you generally have to remove that prosthesis completely
4  and anything else that was foreign, which includes the
5  cement, the acrylic cement that was used to bind them to
6  the bone.
7          And that's a problem because it's hard to remove
8  that.  And it's hard to remove that a hundred percent,
9  right.  You may remove most of it.  And then, if you leave
10 a piece behind, that piece can have bacteria on it that
11 causes recurrent infections later on.
12     Q.  So your conclusion that he should not have
13 another surgery, that wasn't based on whatever type of
14 model of prosthesis he might be able to get?
15     A.  No, I can replace his femur.  My problem with him
16 in treating it successfully is based on his soft tissues.
17 And statistically, I can't cure this guy.  Right.  I just
18 -- his chances of being cured is close to zero because
19 every -- I can't find all the foreign material in him.
20 He's got scar that holds it.  He's got infected bone,
21 that's called osteomyelitis, and particularly on the
22 pelvic side.  So osteomyelitis can be looked at -- dead
23 bone can be looked at as a foreign prosthetic material and
24 it holds necrotic bacteria.
25          I can replace the thigh bone.  But once you lose

Page 31

1  a certain portion of your pelvis, which is a large
2  portion, then there's nothing to hook a prosthesis onto.
3  Right.  And this guy has it on both sides.  I mean, he's
4  lost a lot of femur.  He's got very poor functional
5  tissues.  And he's missing a lot of pelvis on top of it.
6      Q.  When you do hip replacements, normally, as I
7  understand, there's several steps.  One of them would be
8  that you would put a cement spacer in; is that a
9  general --
10     A.  You're describing stage treatments of hip --
11 total hip infections.
12     Q.  Okay.
13     A.  Okay.  So the way -- what's considered the gold
14 standard currently, is you take out all the foreign
15 material; that includes metal, plastic, cement, all the
16 dead bone has to be removed.  And then, you're trying to
17 give the patient a tolerable life, something that they can
18 go to the restroom on, something they can potentially walk
19 on.  And that's the temporary.  That's the PROSTALAC®.
20          In the 70s and 60s, doctors didn't have that
21 technology.  So they left them without anything.  They
22 call it a resection arthroplasty.  The femur scars get
23 short.  And then, after a year of waiting -- this is in
24 the 60s and 70s -- they would try to reimplant those
25 people.  All that scarring had to be removed.  You had to

Page 32

1  try and stretch the remaining tissues out and to put a hip
2  in.  That was the state of the art in the 60s and 70s.
3  And that -- people would lose a lot of blood and it was
4  difficult to do.
5          And so the PROSTALAC® sort of evolved.  They were
6  another way to give antibiotics locally, try to preserve
7  the soft tissue envelope.  And I think it added -- it
8  certainly made patients more functional.  But it's not a
9  panacea.  And this guy had that treatment, had the gold
10 standard, and yet he still failed.
11     Q.  Is there a length of time that the spacer is
12 supposed to be left in generally, like a general standard?
13     A.  Well, it's very variable.  You can call it
14 PROSTALAC®.  You can call it spacers.  They all have one
15 thing in common; they're made to be removed reasonably
16 easy.  And reasonable, I use that word.  It isn't gray --
17 it's gray.  It's not black and white.  Right.  So you
18 don't want to destroy more tissues trying to remove it,
19 and so it's made to be removed easily.  It generally
20 should have very high dose of antibiotics.  Usually, the
21 antibiotics should be tailored to the organism that you
22 have isolated.  If you don't isolate the organism, then
23 you choose statistically what's the most likely source,
24 and you put in more than one, sometimes up to three
25 antibiotics to try to cover the most common organisms.

Page 33

1          And that's the whole point about a spacer.
2  Right.
3      Q.  In this case, if Mr. Horn was supposed to have
4  his -- he had spacer.  If he was supposed to have a spacer
5  removed, according to the other surgeon, in 30 days and
6  instead, it was removed in 60 days --
7      A.  No.  That's dogma.  Okay.  So that is not honest.
8  The main thing that I tell patients, is the reason the
9  spacer is there is to fight an infection, control the soft
10 tissues.  The bio-available antibiotic, depending on how
11 you make it, is usually done -- you usually don't get
12 useful antibiotic release after about 60 to 90 days.
13          Now it's quite variable.  There are ways to make
14 it longer.  Right.  You might be able to get elution after
15 90 days.  But the idea is that the amount of antibiotics
16 that are being eluted is going down over time.  But there
17 are different ways to tweak it and make it -- but I would
18 say four weeks is way too early.  It's way too early
19 because the wound is still healing.  And you're trying to
20 go back in a case where the wound is still healing.
21          So it's very hard to find tissue plains.  You
22 might even still have, in some of these folks, skin that's
23 not healed.  And it may actually have bacteria on it.
24 Right.  So usually, we try to wait longer.  We try to wait
25 longer for a couple reasons.  We try to get soft tissues

## Page 34

1  to heal.  We don't mind that the antibiotics are eluted
2  completely.  That's okay.  That's not bad.  Because then,
3  we can test them and try to find out if there's still an
4  infection in there.  You see.
5        So we don't want to cover a low grade infection.
6  We want to be able to detect it when we're going in for
7  the second stage.  Because if you're going in for the
8  second stage and you detect bacteria, you will do a third
9  stage.  What you don't want to do is implant a prosthesis
10 that's permanent when there's still bacteria around
11 because that's harder to remove.
12    Q.   Sure.
13    A.   And you'll destroy the patient's own anatomy
14 removing it.  Does that make sense?
15    Q.   Certainly.  Do you recall ever telling
16 Mr. Horn -- you know, we've discussed your conclusions
17 that you did not recommend any surgery.
18    A.   Yeah.
19    Q.   Do you recall ever telling Mr. Horn that a
20 younger more aggressive surgeon might be willing to do the
21 surgery?
22    A.   They might, but then again, right, this is the --
23 this is -- so if you do that, you better ethically talk to
24 the patient about hemipelvectomy.  Because what happens
25 is, these folks go somewhere else, they get another

## Page 35

1  attempt and then these folks are hurt by that surgery.
2  They come back and now they're worse off than they were.
3  Their function is missing.  They have more draining wounds
4  that don't go away.  And they're begging me to do a
5  mutilating procedure, which is a hemipelvectomy.
6        And if you have never done that or at least
7  observed that, you should probably do that because that is
8  the only way that you'll be able to make a judgement
9  decision.  And certainly Mr. Horn needs to make that
10 decision for himself.  And he should understand what a
11 hemipelvectomy is like before he can make that decision
12 for himself.
13       There's a lot of surgeries being done in this
14 world by folks that don't have a second or a third stage
15 or a thought of what's going to happen ten years from now.
16    Q.   So basically, just because somebody can pick up
17 the scalpel doesn't mean they should?
18    A.   That's right.
19    Q.   You said that you've done roughly 300 -- you do
20 roughly --
21    A.   In a typical year, right.  I mean, it varies year
22 to year.  But I'll do close to a thousand surgeries a
23 year.
24    Q.   And that's been over the course of 25 years?
25    A.   Well, in this institution, right.  In my private

## Page 36

1  practice, I wasn't quite as busy.
2    Q.   But in general, it's safe to say --
3    A.   Yeah, you do a lot of --
4    Q.   -- you've done thousands, if not tens of
5  thousands, of hip replacements and revisions?
6    A.   And complex limb salvage revisions, yes.
7    Q.   And you've seen -- Mr. Horn's situation is not
8  unique?  You've seen other cases like this?
9    A.   Yeah.
10       MR. COLGAN:  Object to the form of the question.
11    A.   I have several patients right now that are
12 essentially identical to him.
13    Q.   I don't think I have anything further.  Only --
14 I'm sorry, one quick question.
15       Have you ever -- ever spoken to a Dr. named Seyed
16 Hosseini at South Florida Reception Center?  Does that
17 name mean anything to you?
18    A.   Not offhand, but I do have doctors that call me
19 multiple times a week.  So I talk to a lot of physicians.
20 So if I talked to him, I don't recall.
21    Q.   Do you remember speaking to him about George Horn
22 or did you ever speak to him about George Horn?
23    A.   Again, it's certainly likely, but I don't recall
24 the conversation.
25    Q.   Do you recall speaking to anybody with the

## Page 37

1  Department of Corrections about Mr. Horn's treatment?
2    A.   You know, believe it or not, I have at least one
3  other guy that's very similar to that in the prison
4  system.
5    Q.   It's not a trick question.  I'm just trying to --
6    A.   So I frequently -- when patients ask me to talk
7  to somebody, I'll just grab my cell phone and talk to
8  them, right, when the information is fresh on my mind.
9    Q.   Sure.  I'm just trying to find out if you happen
10 to remember any other conversations you might have had
11 about George Horn with anybody.
12    A.   I mean, what you gave me here is all I recall of
13 Mr. Horn.
14       MR. WEAVER:  Okay.  All right.  I don't think I
15    have anything further.
16       MR. FREEDMAN:  Mike?
17              CROSS EXAMINATION
18 BY MR. COLGAN:
19    Q.   Yes, I have a few questions.  And then, I think
20 we should be done.
21       Now you said earlier that soft tissue damage can
22 be caused by chronic infection; is that right?
23    A.   Yes.
24    Q.   Okay.  Would the failure to treat a chronic
25 infection with antibiotics cause soft tissue damage to

Page 38

1  accelerate?
2      A.  Potentially, yes.
3      Q.  Were you able to tell, from your examination of
4  George Horn, what had caused the loss of bone in his
5  femur?
6      A.  You mean at the time that I saw him in that visit
7  in 2014?
8      Q.  Right.
9      A.  Presumably, it was from a combination of
10 infections and also the removal of the modular tapered
11 fluted prothesis.  Those are very difficult to remove.
12     Q.  Would the administration of antibiotics have
13 helped slow the loss of bone?
14     A.  Not necessarily, right.  So this is where things
15 get a little less -- common sense doesn't prevail here.
16 So actually suppression of chronic infections with
17 antibiotics.  So you're giving somebody antibiotics,
18 usually orally because you're doing it for months and
19 years.  You keep the patient from getting sick, so getting
20 fevers, feeling very bad.
21         But the bacteria is still living on the bone and
22 living on the foreign material.  And so as they're living
23 there, they're slowly destroying the bone and the
24 surrounding soft tissues.  They're scarring it.  They're
25 making more sinus tracts.  The patient feels okay.  And so

Page 39

1  they don't seek help.  But yet, you're slowly destroying
2  the patient's body parts from the inside.
3         And that's something we see not -- not
4  infrequently.
5      Q.  Are you able, from your notes of your treatment
6  of George Horn, to tell whether or not the treatment that
7  was provided to Mr. Horn in 2012 and 2013 was done
8  correctly?
9         MR. WEAVER:  Objection to form.
10        MR. FREEDMAN:  Join.
11     A.  There's no way to really make any opinions on it
12 because all I've got to go on is what Mr. Horn told me.
13     Q.  Have you ever advised using a dental vacuum and
14 dental drill to remove infected tissue from a patient's
15 leg?
16     A.  There's many different ways of removing
17 prostheses.  So high speed burs, high speed drills are
18 very commonly used.  Ultrasound is used.  There's all
19 sorts of machines that are used to try to remove
20 prostheses.  All I can tell you is when -- based on my
21 notes, when we finished with Mr. Horn in 2003, he had a --
22 what's called a Homedica T-3 modular tapered fluted
23 prothesis.  At that time, that was a fairly newer style
24 prosthesis.  It's very commonly used now.  These are very
25 difficult to remove.  And patients lose a lot of bone

Page 40

1  trying remove them.  And you usually don't use them until
2  you're fairly sure that infections are under control.  But
3  you see, that is also not always a hundred percent.
4  There's no hundred percent test to say that this infection
5  is completely under control.
6      Q.  And an infection that is treated in a timely
7  manner when it's discovered, can that slow the loss of
8  bone in a patient with an infection in his blood?
9         MR. FREEDMAN:  Form.
10     A.  It can, but the devil is always in the details.
11 In other words, when you give somebody antibiotics, you
12 make them feel better.  But if this infection is on a
13 prosthetic material, it will rarely, if ever, cure them.
14     Q.  Just give me one second.  Are you able to tell,
15 from your review of the documents, whether the infection
16 suffered by George Horn was attributable to intravenous
17 drug use?
18     A.  There's no way to sort that out.
19        MR. COLGAN:  I have no further questions.  Thank
20 you for your time, Doctor.
21            REDIRECT EXAMINATION
22 BY MR. FREEDMAN:
23     Q.  Just one or two real quick questions, Doctor.
24        When you first saw Mr. Horn in January of 2003,
25 he was chronically infected at that time as well, correct?

Page 41

1      A.  Oh, yeah.  So sinus tract in his skin, especially
2  numerous sinus tracts are never something that happens
3  overnight.
4      Q.  Okay.
5      A.  These are, by definition, chronic infections.
6      Q.  And from 2003 until the next time you saw in him
7  in 2014, you have no knowledge of the care and treatment
8  that Mr. Horn was receiving?
9      A.  Everything is based on what he told me.
10        MR. FREEDMAN:  Okay.  No more questions, Doctor.
11        MR. COLGAN:  I have one more question.
12        MR. WEAVER:  I have one more as well, Mike, and
13 then we can go back to you.
14            REDIRECT EXAMINATION
15 BY MR. WEAVER:
16     Q.  You said, Doctor, that even -- the question was
17 where you said even antibiotics won't cure an infection if
18 it's severe enough.  Is that accurate?
19     A.  Antibiotics for an infected prosthesis rarely
20 cures the patient, right, because of that glycocalyx
21 envelope.
22     Q.  What can cure the patient?  Is there anything
23 that can cure the patient?
24     A.  Well, so you've got to remove the glycocalyx.
25 And right now, as of today, we don't have an easy way to

Page 42

1 remove that, short of removing all of the foreign
2 material. And that's what makes treatment brutal. I
3 think that's a good term because you've got to remove a
4 well-fixed prosthesis from human tissue. And that means
5 you've got to disrupt that human tissue to take it out.
6     Q.  So in Mr. Horn's case, you say he can never be
7 considered fully cured. Is that short of a
8 hemipelvectomy?
9     A.  Yes.
10        MR. WEAVER:  Okay. Nothing further.
11                RECROSS EXAMINATION
12 BY MR. COLGAN:
13    Q.  Okay. Just, I think, one more question, Doctor,
14 and I'll be done.
15        You had said that when you had treated Mr. Horn
16 in 2003, that before you can replace -- before you can
17 replace a hip implant, you would need to make sure the
18 infection was gone, correct?
19    A.  Yes.
20    Q.  Was the infection, in your opinion, cured in
21 George Horn in 2003?
22    A.  Yes, we checked him. We put in a prosthesis.
23 That is definitive treatment. At the time, we -- it was a
24 state-of-the-art prosthesis. It still is. And it's very
25 hard to undo. Right. So that means we wouldn't have used

Page 43

1 it unless we were, to the best of our knowledge, sure that
2 it was cured.
3     Q.  So would the chronic infection that George Horn
4 had been suffering prior to his treatment in 2003 be the
5 same chronic infection that he was suffering when you saw
6 him in 2014?
7        MR. WEAVER:  Object to form.
8        MR. FREEDMAN:  Join.
9     A.  It would be essentially impossible to know.
10 Yeah, it's essentially impossible to know. You'd have to
11 do genetic analysis of the bacteria.
12        MR. COLGAN:  Okay. All right. Thank you very
13 much. No further questions.
14        MR. FREEDMAN:  All right. Mike, I'm going to
15 order. And Doctor, just real quick, you're able to
16 read or waive. I know you --
17        THE WITNESS:  I always waive.
18        MR. FREEDMAN:  All right. The doctor will waive.
19 Mike, we're going to order.
20        MR. COLGAN:  Okay. I'll take a copy.
21        MR. WEAVER:  Me, too.
22        MR. COLGAN:  And Eric, if you could, provide me
23 with the contact information for the court reporter
24 yesterday, because I didn't get a chance to -- I was
25 disconnected before I got a chance to --

Page 44

1        MR. FREEDMAN:  Oh, yeah. I'm sitting here with
2 Shane. I think Shane knows it. So I'll make sure
3 that -- well, he's here with me. So we'll make sure
4 we get it to you.
5        MR. COLGAN:  Okay. Thank you very much.
6        THE VIDEOGRAPHER:  The time is 6:54 and we're off
7 the record.
8        THE COURT REPORTER:  Is that regular timeframe,
9 sir?
10        MR. FREEDMAN:  Yes, it doesn't need to be
11 expedited.
12        (The deposition was concluded at 6:56 p.m.)
13        (Reading and signing of the deposition was waived
14 by the witness and all parties.)
15
16
17
18
19
20
21
22
23
24
25

Page 45

1              CERTIFICATE OF OATH
2 STATE OF FLORIDA)
   COUNTY OF ALACHUA)
3
4     I, Melissa Iadimarco, Florida Professional
5 Reporter, Notary Public, State of Florida, certify that
6 RICHARD VLASAK, M.D. personally appeared before me on the
7 3rd day of June, 2016 and was duly sworn.
8
9     Signed this 3rd day of June, 2016.
10
11
12
13
14             _Melissa Iadimarco_
15
16             Melissa Iadimarco,
17          Certified Shorthand Reporter
18         Notary Public, State of Florida
19           My Commission #EE223695
20           Expires:  August 8, 2016
21
22
23
24
25

Page 46

```
 1              CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA)

      COUNTY OF ALACHUA)

 3

 4         I, MELISSA IADIMARCO, Florida Professional

 5    Reporter, certify that I was authorized to and did

 6    stenographically report the deposition of RICHARD VLASAK,

 7    M.D., Pages 1 through 44; that a review of the transcript

 8    was not requested; and that the transcript is a true

 9    record of my stenographic notes.

10

11         I further certify that I am not a relative,

12    employee, or attorney, or counsel of any of the parties,

13    nor am I a relative or employee of any of the parties'

14    attorneys or counsel connected with the action, nor am I

15    financially interested in the action.

16

17         DATED this 12th day of June, 2016.

18

19

20

21

22

23         MELISSA IADIMARCO, CSR

24         Florida Professional Reporter

25
```



**-**

**--**

**statistically**
 28:25

**1**

**11** 13:7
**11-year** 13:10
**112727** 5:18
**12/10/2015**
 21:22
**12/4** 9:25
**12/4/14** 9:23
**12/5/2014**
 9:20
**14** 23:3
**1420341DPG**
 4:6
**14th** 21:13
**18** 6:10,23
 8:2
**1were** 18:22

**2**

**20** 6:24 20:25
 25:17
**2003** 10:3,9,
 24 11:10
 12:3,4,5
 13:5,6 14:2,3
 19:25 28:11
 39:21 40:24
 41:6 42:16,21
 43:4
**2012** 12:23
 39:7
**2013** 12:23
 28:17 39:7
**2014** 13:3,8,
 19 15:10
 21:20 22:14
 38:7 41:7
 43:6

**2015** 22:1
 26:15
**2016** 4:3
**21st** 10:9
**25** 6:24 7:1
 35:24

**3**

**3** 12:4
**30** 15:15
 16:11 33:5
**300** 7:12
 35:19
**32611-2727**
 5:18
**3450** 4:3
**3rd** 4:2

**4**

**4** 21:20 22:14

**6**

**60** 33:6,12
**60s** 31:20,24
 32:2
**6:02** 4:3
**6:54** 44:6
**6:56** 44:12

**7**

**70s** 31:20,24
 32:2

**8**

**80** 19:21

**9**

**90** 19:19
 33:12,15

**A**

**ability** 17:20
**absolutely**
 20:22 23:2
 26:4,7
**abuser** 28:21
**abusers** 29:4
**accelerate**
 38:1
**accept** 21:16
**accurate**
 19:20 22:7,9
 41:18
**acetabular**
 12:8
**acrylic** 11:15
 30:5
**active** 19:12
 20:6,7 29:21
**add** 22:19
**added** 32:7
**addended**
 21:21
**addendum**
 21:19 22:6
**addition** 17:2
**address** 5:15,
 17
**administering**
 11:19
**administration**
 38:12
**advised** 39:13
**affect** 24:15,
 24
**affects** 17:20
**affirm** 4:25
**afternoon** 4:1
**aggressive**
 34:20
**amount** 7:6
 20:10 33:15
**amputation**
 18:24

**amputations**
 17:1
**analysis**
 43:11
**analyzer**
 23:14
**anatomy** 34:13
**and-a-half**
 16:6
**antibiotic**
 11:19 27:7
 33:10,12
**antibiotics**
 11:15 27:10
 28:9 29:19,
 21,25 32:6,
 20,21,25
 33:15 34:1
 37:25 38:12,
 17 40:11
 41:17,19
**appearance**
 4:13 18:20
**approaching**
 6:9,24 7:2
**approximately**
 7:1 13:7
 15:15
**area** 16:13
 19:2
**areas** 19:7
**arrangement**
 7:20
**art** 32:2
**arthroplasty**
 15:15,22
 16:2,10 17:3
 31:22
**artificial**
 18:2 19:11,13
**assessment**
 14:11 26:5
**assuming** 6:18
**attach** 16:1,3
 17:24 18:1,2
**attachments**
 16:13

**attempt**  18:18
  20:20 35:1
**attorney**
  4:19,22
**attributable**
  40:16
**aureus**  28:13
**average**  20:11
**avoid**  26:11,
  13
**aware**  13:19

———————

             **B**

———————

**back**  19:24
  27:6 33:20
  35:2 41:13
**background**
  5:25
**bacteria**
  19:10,12
  27:3,8,25
  28:9,16,22
  29:1,9,14,18,
  19,21 30:1,
  10,24 33:23
  34:8,10 38:21
  43:11
**bacteria's**
  29:16
**bad**  20:15
  34:2 38:20
**ball**  15:23
**based**  12:11
  14:17 18:11
  20:20 26:2,5
  30:13,16
  39:20 41:9
**basic**  16:5
**basically**
  14:15 23:14
  35:16
**begging**  26:10
  35:4
**beginning**
  8:17

**behalf**  4:16
**benefit**  5:24
**bind**  30:5
**bio-available**
  33:10
**bit**  9:13 16:9
**black**  32:17
**blood**  32:3
  40:8
**board-**
**certified**
  6:11
**body**  10:1
  29:7 39:2
**body's**  29:17
**bone**  15:20,
  24,25 16:12
  17:23,25 18:1
  19:7,8,10
  23:8 26:9
  30:6,20,23,25
  31:16 38:4,
  13,21,23
  39:25 40:8
**book**  21:2
**Box**  5:17
**brace**  23:6,9,
  11
**brand**  10:15
**break**  23:22
**briefly**  8:25
**brutal**  42:2
**bugs**  27:9,10
**building**
  23:17
**burs**  39:17
**busy**  36:1

———————

             **C**

———————

**call**  15:24
  16:1 19:7
  31:22 32:13,
  14 36:18
**called**  19:3,
  13 24:3 29:12
  30:21 39:22

**calls**  24:19
**carbohydrate**
  29:13
**card**  5:16
**cardinal**
  11:5,8
**care**  7:17,24
  9:4 11:11
  13:11 15:10
  23:25 24:2,10
  25:10,20,24
  26:2 41:7
**careful**  27:13
**case**  4:6
  25:12,18
  29:16 33:3,20
  42:6
**cases**  36:8
**caused**  29:6,8
  37:22 38:4
**cell**  37:7
**cells**  29:17
**cement**  30:5
  31:8,15
**center**  27:8
  36:16
**certification**
  6:16
**chance**  8:11,
  25 17:16
  43:24,25
**chances**  19:16
  20:2 30:18
**change**  29:25
**changed**  15:3
**check**  27:5
**checked**  42:22
**choices**
  16:20,25
**choose**  16:20
  32:23
**chromium**
  17:24
**chronic**  12:16
  18:6 26:12
  37:22,24
  38:16 41:5

  43:3,5
**chronically**
  10:14 40:25
**clarify**  9:21
  28:18
**clean**  19:10
**clear**  10:23
**Clinic**  6:7
**clinical**
  15:21 16:19
  18:20
**close**  7:12
  30:18 35:22
**closer**  19:21
**Coagulase-**
**negative**
  28:14
**coating**
  29:13,22,24
**cobalt**  17:23
**Colgan**  4:22
  13:14 36:10
  37:18 40:19
  41:11 42:12
  43:12,20,22
  44:5
**combination**
  9:9 38:9
**comment**  23:5
**common**  12:15
  28:25 29:1,3
  32:15,25
  38:15
**commonly**
  39:18,24
**communicate**
  22:4
**company**  24:3
**completely**
  30:3 34:2
  40:5
**complex**  7:13
  9:8 36:6
**complicated**
  9:12
**complication**
  12:13

complications
12:6,12
concerned
25:18
concluded
44:12
conclusion
30:12
conclusions
34:16
condition
20:17,18
26:19
considered
11:6,24 31:13
42:7
constrained
12:7,8
consultation
18:12 21:13
23:4 26:15,16
consumption
23:16
contact 43:23
contract 7:24
24:2,9,13
contracts
24:25 25:4
contraptions
23:16
contribute
19:4
control
16:14,18 20:7
33:9 40:2,5
controlled
27:14
conversation
36:24
conversations
37:10
copy 43:20
correct 13:8
14:19,22
40:25 42:18
Corrections
25:8,22 37:1

correctly
39:8
Counsel 4:13
couple 33:25
coupled 17:5
court 4:8,10,
14,24 5:5
8:20 10:18,20
43:23 44:8
cover 14:2
18:4 32:25
34:5
Crews 4:7
CROSS 37:17
crumbles
16:16
crutches 16:8
cuffs 25:15
culture 28:11
curable 18:23
cure 19:3,23
20:2 30:17
40:13 41:17,
22,23
cured 30:18
42:7,20 43:2
cures 41:20
curing 17:16
19:16
current 7:8
26:19

_____

D

_____

damage 12:16
17:10,18
37:21,25
date 9:22,23
10:10
David 4:17
day 4:2 15:9,
13
days 33:5,6,
12,15
dead 30:22
31:16

debridement
11:12
December
13:8,19 15:9
21:13,20,24
22:12 23:3
26:15
decide 16:22
20:4
decision 26:1
35:9,10,11
deep 11:5
deeply 20:15
defense 4:6
defenses
29:17
definition
41:5
definitive
42:23
definitively
11:16
degree 6:1,2
dental 39:13,
14
deny 25:24
Department
25:8,22 37:1
depending
33:10
deposition
4:5 44:12,13
describe 17:8
describing
21:10 31:10
description
19:21
destroy 18:6,
7 32:18 34:13
destroying
38:23 39:1
detail 29:11
details 40:10
detect 34:6,8
determine
12:11

developed
12:23
devil 40:10
difficult
32:4 38:11
39:25
DIRECT 5:10
26:23
disabling
16:4
disconnected
43:25
discovered
40:7
discussed
18:19,22
34:16
discussing
28:6
disease 11:7
27:17
disinvolvement
25:4,5
dislocations
12:7,13
disrupt 42:5
distinct
15:21
District 4:8,
9
doctor 4:24
5:12 23:24
24:19 26:15,
21,25 40:20,
23 41:10,16
42:13 43:15,
18
doctors 31:20
36:18
doctors'
22:21
documenting
21:17
documents
40:15
dogma 33:7

Richard Vliasak M.D.
June 28, 2016                                                     4

door  15:7
dose  11:15,19
  32:20
doubtful  19:2
draining  20:6
  35:3
drains  10:22
drill  39:14
drills  39:17
drug  28:1,2,
  6,21,24 29:3,
  4 40:17
duly  5:8

          E

earlier  15:2
  23:25 27:5
  37:21
early  33:18
easily  32:19
easy  32:16
  41:25
educational
  5:25
effectively
  17:23
elaborate
  9:13
elements
  29:15
eluted  33:16
  34:1
elution  33:14
employed  5:20
employee
  25:22
employees
  25:7,8
end-stage
  21:4
entire  17:25
entity  7:24
  25:9,23
envelope  32:7
  41:21

Eric  4:16
  43:22
essentially
  11:23 14:13
  16:12 17:16
  36:12 43:9,10
estimation
  7:10
ethically
  34:23
evening  5:12
eventually
  26:9
evolve  8:2
  29:25
evolved  32:5
examination
  5:10 26:23
  37:17 38:3
  40:21 41:14
  42:11
examine  25:16
examined  5:8
  15:12
exist  21:5
  23:16
expected
  15:17 20:9
expedited
  44:11
experience
  20:25
experiencing
  14:21
explain  17:17
extremity
  15:18

          F

failed  14:14,
  18 17:14
  32:10
failure  37:24
fair  22:21
fairly  27:7
  39:23 40:2

family  20:16
farm  8:3
fast  22:17
feel  20:15
  40:12
feeling  38:20
feelings  21:8
feels  38:25
feet  16:9
fellowship
  6:6,7 7:8
femur  15:16,
  20 18:22
  30:15 31:4,22
  38:5
fevers  38:20
fewer  15:3
fight  33:9
filed  4:7
film  19:13,14
find  21:2,9
  30:19 33:21
  34:3 37:9
fine-spaced
  9:15
finish  8:17
finished
  39:21
fleshy  23:7
flip  21:18
Florida  4:4,9
  5:18,21 6:3,
  4,5,6,19
  12:25 25:7,22
  36:16
fluted  38:11
  39:22
folks  16:22
  21:3,5 33:22
  34:25 35:1,14
follow  12:21
  27:1
follow-up
  14:14
forearm  16:7
foreign  17:24
  29:9 30:1,4,

19,23 31:14
38:22 42:1
form  13:14
  19:13 29:10
  36:10 39:9
  40:9 43:7
formation
  19:8
found  28:23
Freedman  4:16
  5:11 26:21
  37:16 39:10
  40:9,22 41:10
  43:8,14,18
  44:1,10
frequently
  27:8 37:6
fresh  37:8
Friday  4:2
fully  42:7
function
  18:20 20:11
  35:3
functional
  15:21 20:13
  31:4 32:8
functions
  16:5

          G

Gainesville
  4:4 5:18
gait  23:14
gait-wise
  23:19
gave  15:12
  37:12
general  31:9
  32:12 36:2
General's
  4:20
generally
  30:3 32:12,19
genetic  43:11
gentleman
  25:15

Richard Silverson M.D.
June 28, 2016

5

| | | | |
|---|---|---|---|
| **George** 4:7,23 8:9,14 36:21, 22 37:11 38:4 39:6 40:16 42:21 43:3 | **handwritten** 22:6 | 17 16:2,13 17:1,2,4,21 18:2,19 19:1, 2 20:20 23:6, 8,10 31:6,10, 11 32:1 36:5 42:17 | **human** 42:4,5 **hundred** 30:8 40:3,4 **hurt** 35:1 |
| **give** 5:1,24 7:9 18:1 27:19 29:19 31:17 32:6 40:11,14 | **happen** 35:15 37:9 **happened** 9:10 22:2 **happy** 21:6,9 26:13 | **history** 9:8, 12 | **I** |
| **giving** 29:24 38:17 | **hard** 30:7,8 33:21 42:25 | **holds** 30:20, 24 | **i.e.** 18:23 **Iadimarco** 4:10 |
| **glycocalyx** 19:14 29:12 41:20,24 | **harder** 34:11 **hardware** 29:6,8 | **holes** 10:21 **Homedica** 39:22 | **idea** 13:11 26:19,20 33:15 |
| **God** 5:3 **gold** 11:24 31:13 32:9 | **harm** 23:22 **heal** 26:12 34:1 | **honest** 33:7 **hook** 31:2 **Horn** 4:7,23 | **identical** 36:12 **implant** 11:13 12:8 34:9 42:17 |
| **good** 4:1 5:12 18:5 22:23 42:3 | **healed** 33:23 **healing** 33:19,20 | 8:9,14,23 9:4,6,19 10:8,12,17,23 | **impossible** 43:9,10 **impression** 15:14 17:3,4 |
| **governing** 24:2 | **Health** 4:17 24:4,9 25:8, 23 | 11:11 12:12, 19 13:4,11 14:11,18 | **impressions** 18:11 |
| **grab** 37:7 **grade** 34:5 **gray** 32:16,17 | **heard** 24:3,6 **helped** 23:9 38:13 | 15:10 18:15, 18 20:19 21:14,23 | **inches** 16:6,7 **includes** 19:6 22:24 30:4 31:15 |
| **great** 5:19 **Gresser** 4:11 **grew** 28:12 | **helping** 23:11,19,20 **helps** 23:13 | 22:25 25:19, 21 27:2 28:5, 6 33:3 34:16, 19 35:9 | **including** 28:13 **independent** 8:12,22 26:6 |
| **grow** 19:13 **growing** 19:9 **guards** 25:12 | **hemipelvectomi es** 26:11 **hemipelvectomy** 18:23 20:4 | 36:21,22 37:11,13 38:4 39:6,7,12,21 40:16,24 41:8 | **induce** 12:17 **infected** 10:14 11:4 |
| **guess** 22:22 **guy** 18:10 19:15,24 | 26:10 34:24 35:5,11 42:8 **Hernandez** | 42:15,21 43:3 **Horn's** 26:17 29:7 36:7 | 17:4 30:20 39:14 40:25 41:19 |
| 20:6,10 24:20 27:19 30:17 31:3 32:9 37:3 | 4:17 **heterotopic** 19:7 **hey** 16:22 | 37:1 42:6 **horrible** 22:22 **hospital** | **infection** 11:6,9,17 14:21 18:24 19:5,12 20:7 |
| **guys** 20:17 | 24:20 27:18 **hides** 19:9 **high** 11:15 | 27:16 **Hosseini** 4:21 36:16 | 27:2,12,22 28:1 29:2 33:9 34:4,5 |
| **H** | 32:20 39:17 **hip** 7:10 | **host** 29:16 **house** 29:14 | 37:22,25 40:4,6,8,12, |
| **half** 9:14 **hand** 4:25 **handwriting** 21:22 | 10:15,23 11:6 12:14 13:6 14:18 15:15, | **Hull** 4:4 5:16 | |

15  41:17
42:18,20
43:3,5
**infections**
12:16  18:6,22
28:2,3  29:2,
6,8  30:1,11
31:11  38:10,
16  40:2  41:5
**infectious**
11:7  27:17
**information**
37:8  43:23
**infrequently**
39:4
**initially**
13:4
**inmate**  8:9
25:21  26:2
**inmates**  7:18,
20,25  23:25
25:10,11
**inside**  39:2
**instances**
25:17
**institution**
13:25  35:25
**institutions**
27:14
**instructed**
25:24
**interactions**
25:7
**interest**  26:5
**interim**  13:10
**Intermedics**
10:15
**internship**
6:22
**interview**
27:6
**intravenous**
28:6,23  40:16
**involved**
24:13  27:18
**isolate**  32:22

**isolated**
27:25  28:16
32:22
**IV**  28:1,2,21
29:3

---

**J**

---

**January**  10:2,
9,24  13:4
40:24
**jelly**  16:15
**job**  24:15
**Join**  39:10
43:8
**joint**  11:8,17
16:2  29:1,2
**joints**  28:4
30:2
**Jones**  4:20
**judgement**
20:21  26:3
35:8
**Julie**  4:20
**June**  4:3  12:4
**jury**  10:12

---

**K**

---

**knee**  16:17,18
18:2
**knowledge**  8:1
12:9  24:5,8
41:7  43:1

---

**L**

---

**large**  31:1
**lay**  16:4
29:11
**leave**  30:9
**left**  31:21
32:12
**leg**  18:1
39:15
**Legal**  4:12

**length**  32:11
**level**  17:1
18:24
**license**  6:22
7:7
**licensed**
6:18,21  7:3,5
**life**  31:17
**lift**  16:6,7
**limb**  16:23
36:6
**literature**
21:10
**live**  16:21
19:14  29:9,
14,15
**living**  5:22
38:21,22
**locally**  32:6
**long**  6:21  7:5
**long-term**
19:20
**longer**  33:14,
24,25
**looked**  28:10
30:22,23
**lose**  26:8
30:25  32:3
39:25
**loss**  38:4,13
40:7
**lost**  31:4
**lot**  13:21
21:9,10  31:4,
5  32:3  35:13
36:3,19  39:25
**lots**  29:19
**low**  20:2  34:5
**lower**  15:17
19:16,17

---

**M**

---

**M.D.**  4:5  5:7
**machines**
39:19

**made**  11:14
20:12  21:19
26:1  32:8,15,
19
**main**  11:8
13:24  30:2
33:8
**major**  11:8
16:12
**majority**
14:10  18:21
**make**  9:18
16:20  29:12,
20  33:11,13,
17  34:14
35:8,9,11
39:11  40:12
42:17  44:2,3
**makes**  42:2
**making**  38:25
**manner**  40:7
**Marlene**  4:17
**material**
29:9,10  30:2,
19,23  31:15
38:22  40:13
42:2
**materials**
17:24  19:11,
13
**matter**  15:7
**Mayo**  6:7
**means**  16:2
19:8  42:4,25
**measuring**
23:15
**medical**  6:3
8:7  13:19
20:21  22:5
23:25  25:24
26:3,17
**Melissa**  4:10
**members**  20:16
**metal**  17:25
31:15
**Miami**  12:25
14:25  17:15

19:25 27:25
28:17
**Michael**  4:7
**microscopic**
29:13
**Mike**  4:22
37:16 41:12
43:14,19
**mind**  34:1
37:8
**Minnesota**  6:8
7:4,5,7
**missing**
15:16,19,23
16:11 18:21
31:5 35:3
**model**  30:14
**modular**  38:10
39:22
**months**  26:11
38:18
**move**  18:8
**MRSA**  27:9
**multiple**
19:15,23
28:2,13 36:19
**muscle**  16:12
18:3
**muscles**  15:25
16:3
**Musculoskeleta**
**l**  11:7
**mutilating**
35:5

**N**

**named**  8:9
28:22 36:15
**narrative**
14:15
**necessarily**
38:14
**neck**  15:23
**necrotic**
30:24

**negotiations**
24:14
**nerves**  18:9
**newer**  39:23
**normal**  19:22
**note**  9:22,23
14:18 17:9
18:17 21:17,
20 22:4,14
28:7,10
**notes**  21:18
27:5 28:10
39:5,21
**notice**  14:14
**numerous**
10:16,18 11:1
17:5 41:2

**O**

**Object**  36:10
43:7
**Objection**
13:14 39:9
**observed**  35:7
**occasion**  7:17
**offhand**  36:18
**Office**  4:20
**open**  15:7
21:2
**operated**
24:17,20
**opinion**
15:12,13
23:10 42:20
**opinions**
39:11
**opportunity**
26:16
**orally**  38:18
**order**  27:18
43:15,19
**organism**  27:3
32:21,22
**organisms**
28:13 32:25

**original**  23:5
**orthopedic**
5:23 6:4,13,
17,25 7:9,16
17:22 20:23
**osteomyelitis**
30:21,22
**overcalled**
19:19
**overnight**
41:3
**Oxacillin**
28:14,15
**oxygen**  23:15

**P**

**p.m.**  4:3
44:12
**P.O.**  5:17
**pages**  8:7
**pain**  23:23
26:12
**painful**  16:24
18:9
**panacea**  32:9
**part**  11:18,20
23:7
**parties**  44:14
**parts**  39:2
**past**  15:5,7
17:14
**patient**  12:22
14:13 15:6
17:8 23:13,19
26:6 31:17
34:24 38:19,
25 40:8
41:20,22,23
**patient's**
17:20 34:13
39:2,14
**patients**  7:21
8:4 12:15
18:21 19:20
20:4 24:17
26:7 32:8

33:8 36:11
37:6 39:25
**pay**  20:3
24:24
**paycheck**
24:12
**pelvic**  17:1
30:22
**pelvis**  18:24
31:1,5
**people**  16:4,
9,20 18:8
19:22,23
20:10,11
21:1,4,6
29:11 31:25
32:3
**people's**
23:15
**percent**  15:16
16:11 19:19,
22 30:8 40:3,
4
**performed**
14:8
**period**  13:10
**periprosthetic**
11:8,17 29:1
**permanent**
34:10
**person**  29:19
**personal**
14:11 24:23
**personally**
7:24
**pertain**  8:9
**pertaining**
26:1
**phone**  37:7
**physicians**
36:19
**pick**  35:16
**picture**  15:21
**pictures**
16:19
**piece**  30:10

plains 33:21
plaintiff
  4:23
plan 11:11
plastic 31:15
point 12:20,
  24 13:1
  14:16,17
  16:19 17:15
  23:9 25:20
  27:24 33:1
policy 15:5
  24:23
poor 31:4
portion 31:1,
  2
positive 21:8
potentially
  31:18 38:2
power 18:4
practice 6:8,
  19,23 7:13,16
  36:1
practicing
  6:25
prescribed
  27:11
presentation
  11:10
presented
  10:13 13:18
preserve 32:6
pretty 7:6
  16:18 17:23
  27:12
prevail 38:15
previous 17:5
  19:15
price 20:3
primaries
  7:12,14
principal
  30:1
principle
  30:2
prior 10:24
  14:8 43:4

prison 22:3,5
  37:3
prisoners
  15:2
private 6:8,
  23 35:25
problem 9:7
  18:3 30:7,15
procedure
  26:13 35:5
procedures
  7:10
professional
  5:15
PROSTALAC®
  11:13 31:19
  32:5,14
prostheses
  39:17,20
prosthesis
  11:14 30:3,14
  31:2 34:9
  38:11 39:24
  41:19 42:4,
  22,24
prosthetic
  28:3 30:23
  40:13
protect
  29:16,18
protected
  29:24
protects
  29:15
protein 29:13
prothesis
  39:23
provide 7:24
  15:10 24:10
  43:22
provided 10:2
  25:10 39:7
providing
  7:17
proximal
  15:16

purpose 4:4
  11:21
pus 10:22
put 11:13
  16:15 19:11
  22:6 31:8
  32:1,24 42:22
putting 23:14

---

## Q

quantify
  23:18
question 8:18
  13:15 36:10,
  14 37:5
  41:11,16
  42:13
questions
  26:22 27:1
  37:19 40:19,
  23 41:10
  43:13
quick 36:14
  40:23 43:15

---

## R

raise 4:24
rarely 40:13
  41:19
rate 19:23
read 9:17
  15:14 18:17
  22:23 28:9
  43:16
reading 17:9
  44:13
real 40:23
  43:15
reason 15:4
  23:12 33:8
reasonable
  17:12 20:10
  32:16
reasons 15:1
  33:25

recall 8:3
  9:9 24:1
  25:12,16
  28:5,7 34:15,
  19 36:20,23,
  25 37:12
receiving
  13:12 41:8
recent 26:16
Recently 15:3
Reception
  36:16
recipe 21:3
recognized
  11:16
recollection
  8:12,22 9:3
recommend
  34:17
recommendation
  22:25
recommendation
s 18:14,17
  20:12,19 23:6
recommended
  18:18
record 4:2,14
  5:13 9:1
  12:11 44:7
records 8:7,
  11 9:11
  13:20,24 14:3
  26:17 27:24
  28:16,20
RECROSS 42:11
recurrent
  12:6,24 14:21
  19:5 30:11
Reddick 4:18
REDIRECT
  40:21 41:14
redoing 22:19
redos 7:13,14
reference
  10:2
refresh 9:3

regiments
11:19
regular 44:8
reimplant
31:24
reimplantation
11:22 12:1
13:5 14:8,19
17:21 20:20
relate 22:11
release 33:12
released
27:15
relying
14:10,16
remaining
32:1
remember 9:6
27:6 36:21
37:10
remission
18:25
removal 11:12
38:10
remove 30:3,
7,8,9 32:18
34:11 38:11
39:14,19,25
40:1 41:24
42:1,3
removed
31:16,25
32:15,19
33:5,6
removing
34:14 39:16
42:1
reoccurring
27:22
replace
17:23,25
30:15,25
42:16,17
replacement
7:10 10:15,24
13:6 17:5
18:2

replacements
12:14,15
18:5,19 31:6
36:5
replacing
19:9
reporter
4:10,14,24
5:5 8:20
10:18,20
43:23 44:8
reread 22:15
resection
15:15,22
16:1,10 17:2
31:22
residency 6:4
resistant
27:10 28:15
29:25
responsibility
24:15
restricted
27:16,20
restroom
31:18
resulting
15:17
results 28:11
review 8:25
13:20 26:17
40:15
revision 7:13
12:8,14
revisions
36:5,6
Richard 4:5
5:7,14
Road 4:4 5:16
Rochester 6:7
7:7
roughly
35:19,20
run 7:13
18:10

S

safe 36:2
safety 25:18
salvage 17:11
36:6
saves 22:17,
19
scalpel 35:17
scar 19:6,9
30:20
scarring
18:25 19:1,4
31:25 38:24
scars 31:22
school 6:3
scientifically
23:18
Secretary
4:20
section 18:16
seek 39:1
sense 34:14
38:15
sensitive
28:14
separate
18:16
series 21:5,
10
severe 9:7
18:25 19:1,4
41:18
severely
27:19
Seyed 36:15
Shands 28:11
Shane 4:19
44:2
shielded
29:18
shoe 16:5
short 18:23
31:23 42:1,7
show 14:14

28:12
sick 38:19
side 30:22
sides 31:3
sign 8:4 11:5
signing 44:13
signs 11:8
similar 37:3
simply 29:6
sinus 10:16,
19 11:1
19:15,23
38:25 41:1,2
sinuses 20:6
sir 7:2 8:21
10:10 23:2
24:7 44:9
sitting 44:1
situation
26:10 36:7
skin 10:21
18:7,8 19:22
23:23 33:22
41:1
slow 38:13
40:7
slowly 38:23
39:1
Society 11:7
soft 12:16
17:10,18
18:4,7,9 19:8
20:8 30:16
32:7 33:9,25
37:21,25
38:24
solemnly 4:25
sort 11:5
18:8 20:7
24:2,9,23
32:5 40:18
sorts 39:19
source 29:5
32:23
Sources 4:17
24:4,9 25:9,
23

South   36:16
Southern   4:8
spacer   31:8
   32:11 33:1,4,
   9
spacers   32:14
speak   36:22
speaking
   36:21,25
special   6:16
specific   9:18
   25:10 27:8
specifically
   25:9,21
speed   39:17
spoken   36:15
spread   28:3
stabilize
   23:7
stage   11:12,
   22 12:1 13:5
   17:11 21:1
   31:10 34:7,8,
   9 35:14
staged   19:17,
   18
standard
   11:24 16:10,
   19 19:17,18
   27:10 31:14
   32:10,12
Staph   29:2
staphylococcus
   28:13,15
start   16:23
   29:21
starting   5:25
state   4:13
   5:12 6:19
   23:8 24:11
   32:2
state-of-the-
art   42:24
states   4:8
   7:3
statistically
   30:17 32:23

stay   16:21
steps   31:7
Steven   4:11
stiff   16:17
stop   23:23
   29:20
stopped   23:9
stretch   32:1
strike   12:10
strongly
   18:18
stuff   21:10
style   39:23
successfully
   30:16
suffered
   40:16
suffering
   43:4,5
summary   9:14
Support   4:12
supposed
   32:12 33:3,4
suppression
   38:16
surgeon   5:23
   7:9,17 20:23
   33:5 34:20
surgeons
   17:22
surgeries
   17:5 28:11,17
   35:13,22
surgery   6:13,
   17,25 10:11
   30:13 34:17,
   21 35:1
surrounding
   38:24
sutures   19:6
swear   4:14,25
swelling
   12:24 16:17
swollen   16:23
sworn   5:8
system   22:5

37:4

T

T-3   39:22
tailored
   32:21
taking   4:5
talk   17:4
   34:23 36:19
   37:6,7
talked   23:24
   36:20
tapered   38:10
   39:22
technology
   31:21
telling   9:10
   14:12 28:5
   34:15,19
tells   14:16
temporary
   11:14 31:19
ten   16:8
   35:15
tend   16:17
tens   36:4
tent   29:14
term   11:14
   42:3
test   34:3
   40:4
testified   5:8
testimony   5:1
thigh   15:20,
   24,25 16:12,
   14 17:25 19:2
   23:7 26:9
   30:25
thing   16:16,
   22 17:12
   25:16 29:23
   32:15 33:8
things   18:6
   24:14 27:9
   38:14

thought   35:15
thousand
   35:22
thousands
   36:4,5
tibia   18:1
time   4:3 7:6
   9:19 10:8,13
   11:2,10 12:9,
   18 13:7,18
   14:17 15:1
   18:12 21:14
   22:17,19
   25:20 26:8,22
   27:15 28:4
   32:11 33:16
   38:6 39:23
   40:20,25 41:6
   42:23 44:6
timeframe
   44:8
timely   40:6
times   36:19
tissue   12:16
   17:10,18
   19:6,8 32:7
   33:21 37:21,
   25 39:14
   42:4,5
tissues   18:4,
   7,9 20:1,8
   30:16 31:5
   32:1,18
   33:10,25
   38:24
titanium
   17:23
today   4:2
   41:25
told   13:22
   20:15 28:8,20
   39:12 41:9
tolerable
   31:17
top   18:3 31:5
total   29:2
   30:2 31:11

tough  16:20
tract  41:1
tracts  10:16,
  19 11:1
  19:16,23
  38:25 41:2
training  6:16
treadmill
  23:15
treat  37:24
treated  12:24
  15:5,7 40:6
  42:15
treating
  11:16 21:3
  30:16
treatment
  7:18,25 9:4
  10:2 11:23
  13:11 15:10,
  11 17:15
  21:11 23:25
  24:3,10
  25:10,21,24
  26:2 32:9
  37:1 39:5,6
  41:7 42:2,23
  43:4
treatments
  13:2 14:2,25
  19:17,18,25
  31:10
trick  37:5
trochanter
  16:3
trochanters
  15:24,25
truth  5:2
tweak  33:17
two-stage
  11:23
type  9:15
  18:22 25:5
  27:3,12 28:1
  30:13
typical  35:21
typist  22:17

**U**

U.S.  4:11
ulcers  16:23
ultimate  13:6
  18:14
ultimately
  11:25
Ultrasound
  39:18
unchanged
  23:3
undergo
  11:22,25
undergone
  12:12 22:25
undergraduate
  5:25 6:2
understand
  15:9 22:18
  31:23 35:10
underwent
  12:7
undo  42:25
unique  36:8
United  4:8
University
  5:21 6:2,3,5,
  6 24:12,25
unstable
  15:17
upper  15:20
  16:11 18:21
user  28:24

**V**

vacuum  39:13
variable
  32:13 33:13
varies  35:21
Versus  4:7
viable  17:21
video  4:2,5

visit  38:6
Vlasak  4:5
  5:7,14 8:16
  21:12
VRE  27:9

**W**

wait  33:24
waiting  31:23
waive  43:16,
  17,18
waived  44:13
walk  16:8,9
  23:21 31:18
walker  16:7
ways  11:16
  33:13,17
  39:16
Weaver  4:19
  26:24 37:14
  39:9 41:12,15
  42:10 43:7,21
week  36:19
weeks  33:18
weight  16:15
well-fixed
  10:14 42:4
Wexford  4:16
  24:4,9 25:8,
  23
whatsoever
  16:13 25:23
wheelchair
  16:21
white  29:17
  32:17
wooden  18:8
word  27:6
  32:16
words  15:19
  40:11
work  21:6,9
  24:11
working  6:9
works  24:12

world  35:14
worse  20:2
  27:9 35:2
wound  33:19,
  20
wounds  35:3
write  21:7
  27:18
writes  24:12
writing  22:21
written  5:17

**Y**

year  6:5
  7:11,15 12:23
  31:23 35:21,
  22,23
years  6:7,9,
  10,22,23,24
  7:1,8 8:2
  12:22 13:7
  15:3 20:25
  25:17 35:15,
  24 38:19
yesterday
  43:24
younger  34:20

**Z**

Zyvox  27:6,
  11,15