IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20341-CIV-LENARD/WHITE

GEORGE HORN,

       Plaintiff,

vs.

JULIE L. JONES, Secretary of the
Florida Department of Corrections,
in her official capacity, et al.,

       Defendants.

_____/


VIDEOTAPED DEPOSITION OF
JOSE L. PONCE DE LEON, M.D.


Taken on behalf of the Defendants
FDC and Dr. Hosseini


DATE TAKEN:   June 2, 2016
TIME:         2:25 p.m. - 3:30 p.m.
PLACE:        3501 S.W. 107 Avenue
              Miami, Florida  33165

Examination of the witness taken before:

Amar Kredi, Certified Shorthand Reporter
Notary Public, State of Florida
Apex Reporting Group
12 S.E. 7th Street
Suite 702
Fort Lauderdale, Florida 33301

```
                     APPEARANCES FOR THE PLAINTIFF
                     KATZMAN GARFINKEL & BERGER
              BY: MICHAEL O. COLGAN, ESQ. - VIA PHONE
                     300 North Maitland Avenue
                     Maitland, Florida  32751


        APPEARANCES FOR THE DEFENDANTS FDC & DR. HOSSEINI

                       SHANE WEAVER, ESQ.
                    Assistant Attorney General
                  Office of the Attorney General
                      1515 N. Flagler Drive
                           Suite 900
                  West Palm Beach, Florida  33401

                   APPEARANCE FOR DEFENDANTS
                  WEXFORD HEALTH SOURCES, INC.
                   MARLINE HERNANDEZ, M.D.
                      DAVID REDDICK M.D.

               CHIMPOULIS, HUNTER & LYNN, P.A.
                   BY:  ERIC FREEDMAN, ESQ.
                  150 South Pine Island Road
                           Suite 510
                  Plantation, Florida  33324

        ALSO PRESENT:  Robert Portal, Videographer

                     * * * * * * * *
```

Page 3

I-N-D-E-X

Deposition of Jose L. Ponce de Leon M.D.    Page No.

Direct Examination by Mr. Weaver                5

Cross-Examination by Mr. Freedman              35

Cross-Examination by Mr. Colgan               37


* * * * * * * *


E-X-H-I-B-I-T-S

Identification
Defendant's Exhibit A                    17

Defendant's Composite Exhibit B          19

Defendant's Exhibit C                    21

Defendant's Exhibit D                    23

1      (Defendant's Composite Exhibit A was

2  marked for identification.)

3      MR. WEAVER:  We're on the record.  My

4  name is --

5      THE VIDEOGRAPHER:  We're on the record.

6  The time is 2:25.

7      MR. WEAVER:  Thank you.

8      My name is Shane Weaver. I'm an attorney

9  for the Department of Corrections.  We're here

10  for the deposition of Dr. Ponce de Leon.  We

11  have with us on the phone, appearing by

12  telephone is Michael Colgan for the plaintiff.

13  I guess Eric.

14      MR. FREEDMAN:  Eric Freedman on behalf

15  Wexford Health Sources, Dr. Marlene Hernandez

16  and Dr. David Reddick.

17      MR. WEAVER:  Mike, you can do your own

18  appearance.  I didn't mean to talk for you.

19      MR. COLGAN:  That's all right.

20      This is attorney Mike Colgan for the

21  plaintiff George Horn.

22      MR. WEAVER:  Okay.  Dr. Ponce de Leon,

23  as -- oh, of course.

24      THE COURT REPORTER:  Doctor, would you

25  raise your right hand?

1            Do you swear or affirm the testimony

2        you're about to give --

3            THE WITNESS:  I do.

4            THE COURT REPORTER:  -- will be the

5        truth, the whole truth, and nothing but the

6        truth?

7            THE WITNESS:  I do.

8            MR. WEAVER:  Okay.  Thank you.

9    THEREUPON:

10            JOSE L. PONCE DE LEON, M.D.,

11         having been first duly sworn, was

12        examined and testified as follows:

13                DIRECT EXAMINATION

14    BY MR. WEAVER:

15        Q.    Doctor, would you mind stating our full

16    name?

17        A.    My full name?

18        Q.    Yes.

19        A.    (305) 227 --

20        Q.    Your name.

21        A.    Oh, my full name.

22        Q.    Yes.

23        A.    Jose Luis Ponce de Leon.

24        Q.    Okay.  Have you ever been deposed

25    before, Dr. Ponce de Leon?

1      **A.**    Never.

2      **Q.**    Okay.  I'm just going to explain briefly

3   how a deposition works.  I and possibly the other

4   attorneys will just be asking you some questions.

5   You are under oath so you'd answer the same way you

6   would as if you're sitting in court next to a

7   judge.  If you don't understand the question or

8   can't hear what I'm saying, just ask me to repeat

9   it and I'll be happy to.  If you need a break --

10  this shouldn't take very long, but if you need to

11  break or have to attend to a patient or a phone

12  call, let me know and we'll stop.

13         Because as you can see we have a court

14  reporter who's typing everything, so you'll want to

15  speak loudly enough that she can hear you.

16         You'll also want to make sure that I get

17  all the way through my questions before you answer

18  even if you kind of know where I'm going with it.

19  Otherwise, if we talk over each other, it's hard

20  for her to keep track of everything.  And although

21  we are being videoed so they'll be able to see

22  everything, you know, if you shake your head or

23  anything like that, just for the written part of

24  this if you wouldn't mind if an answer like a yes

25  or a no if you wouldn't mind stating it.

```
 1    Otherwise, if you just say uh-huh or shake your

 2    head at least on the written part it might not be

 3    as clear.

 4        A.   Okay.

 5        Q.   Okay.  So just I want to also make clear

 6    this is not like a malpractice action or anything

 7    against you.  This is involving an inmate involving

 8    some other claims against the Department of

 9    Corrections.

10             So first I just wanted to make sure

11    you're able to answer questions today.  I always

12    ask this.  You're not under any --

13        A.   Yes.

14        Q.   -- types of medications or anything that

15    prevent you from answering?

16        A.   No.

17        Q.   Okay.  All right.  Dr. Ponce de Leon,

18    obviously you are a doctor?

19        A.   Yes.

20        Q.   And you're licensed in the State of

21    Florida?

22        A.   Yes.

23        Q.   How long have you had your license here?

24        A.   Ten years.

25        Q.   Okay.  Did you have licenses in any
```

1    other states?

2         **A.**    No.

3              MR. COLGAN:  Excuse me.  I don't mean to

4         interrupt.

5              Can I ask for the doctor to speak up a

6         little bit?  I can't hear any of his

7         responses.

8              MR. WEAVER:  Okay.

9         **A.**    No.

10             MR. WEAVER:  Mike, I'm going to hold you

11        closer to myself and the doctor.  Maybe this

12        will be a little better.  We're putting you on

13        some medical equipment, Mike.

14   BY MR. WEAVER:

15        **Q.**    All right.  Doctor, you said you hadn't

16   been licensed in any other states?

17        **A.**    Not as a doctor.

18        **Q.**    Okay.  As something else?

19        **A.**    Yeah.  I have specialist assistant

20   license in New York, but this is old.

21        **Q.**    An old license?

22        **A.**    Years ago.

23        **Q.**    Okay.  It's not current?

24        **A.**    It's current, yeah.

25        **Q.**    I mean, in other words, you still have

1    that?

2       **A.**    I keep it.  But I don't go to New York

3    to anything.  I state here with my license for

4    Florida.

5       **Q.**    Sure.  Where did you go to medical

6    school?

7       **A.**    In Cuba in Havana.

8       **Q.**    Okay.  Is that the University of Havana?

9       **A.**    The University of Havana.

10      **Q.**    When did you graduate?

11      **A.**    1970.

12      **Q.**    And were you practicing in Cuba before

13   Florida?

14      **A.**    Yes.  25 years I was an orthopedic

15   surgeon.

16      **Q.**    As an orthopedic surgeon?

17      **A.**    Yes.

18      **Q.**    When did you start practicing in

19   Florida?

20      **A.**    When I received my -- after the Florida

21   medical exams, I had restricted license for two

22   years and then in 2004 I got my license.  So I have

23   been for 12 years.

24      **Q.**    Okay.  And overall you've been

25   practicing since 1970?

Page 10

1      A.      Yes.

2      Q.      And you said -- has that always been as

3   an orthopedic surgeon?

4      A.      Yes.

5      Q.      Orthopedics is a specialty, right?

6      A.      Yes.

7      Q.      You're not just a general surgeon?

8      A.      No.

9      Q.      And as part of your practice, have you

10  done hip replacements before?

11     A.      Yes.

12     Q.      Often?

13     A.      Yes.

14     Q.      Do you think you could estimate roughly

15  how many hip replacements you've done since you've

16  been practicing?

17     A.      I don't remember now.

18     Q.      Roughly.  Is it five?  Ten?  A hundred?

19     A.      Not so many.  Maybe 30 or 40.

20     Q.      30 or 40.

21             Do you have any other kinds of, any

22  other kinds of certifications?

23     A.      No.  Just M.D.

24     Q.      Are you on any kinds of boards?

25     A.      No.

Page 11

1      **Q.**    All right.  The hip replacements that

2    you do have they ever, have they ever involved

3    complicated procedures, inmates with -- strike

4    that.  Jumping ahead of myself.

5           Have you ever done complicated

6    procedures where the patient might have, you know,

7    a difficult history?

8           MR. COLGAN:  Object to the form of the

9       question.

10     **A.**    All the hip replacements that I have

11   done are in patients with a history of chronic

12   pain, limping and limited range of motion.  This is

13   the indication for the total hip replacement.

14   BY MR. WEAVER:

15     **Q.**    Have you ever, have you ever performed

16   multiple hip reimplantations on the same patient?

17     **A.**    No.

18     **Q.**    Have you had to go back and let's say

19   revise a hip implantation on the same patient?

20     **A.**    All the patients that I did surgery

21   never needed revision, revision, none of them.

22     **Q.**    Okay.  Are you affiliated with any

23   hospitals currently?

24     **A.**    I was with Larkin Hospital but at this

25   moment I'm not affiliated with any hospital.

Page 12

1      **Q.**    When were you with Larkin, affiliated

2  with Larkin?

3      **A.**    Two years ago.  Oh, for eight years.

4      **Q.**    So that stopped about two years ago?

5      **A.**    That stopped two years ago.

6      **Q.**    Would that be roughly 2006 through 2014?

7  Does that sound about right?

8      **A.**    '14, yes.

9      **Q.**    Have you ever treated an inmate, a

10  Florida Department of Corrections inmate?

11      **A.**    Yes, many.

12      **Q.**    And that happened when you were

13  affiliated with Larkin as well?

14      **A.**    Yes.  When I was in Larkin, I treated

15  all the patients from the state prisons and federal

16  prisons.

17      **Q.**    Do you have any idea roughly how many

18  inmates you saw?

19      **A.**    How many.

20      **Q.**    Again, even if it's just a general

21  number.

22      **A.**    Thousands.  I don't know.

23      **Q.**    Okay.  But more than a few?

24      **A.**    More than a few, yeah.

25      **Q.**    You think it could be as many as a

Page 13

1    thousand?

2        **A.**    Many.  Yeah, could be a thousand or

3    maybe more.

4        **Q.**    As far as the state prisoners, how are

5    those arrangements made?  Did the Department of

6    Corrections just send you someone or did you have

7    to agree to it?

8        **A.**    Can you repeat, please?

9        **Q.**    Sure.

10            As far as the way that the inmates were

11   sent to you, like what kinds of arrangements were

12   made for them to come see you?

13       **A.**    Well, sometimes the patients came to the

14   hospital or as an emergency or I went to different

15   facilities to see them there.

16       **Q.**    Okay.  And did you -- would you have to

17   agree to see those patients or is it just part of

18   your job?

19       **A.**    Well, that was part of my job.

20       **Q.**    Are you familiar with an inmate by the

21   name of George Horn?

22       **A.**    No.  Now I am reading the chart and I

23   saw him three years ago, but I don't remember one

24   particular name, you know.  I have seen many many

25   inmates and I don't remember exactly the name of

1    anyone.  But I'm reading the chart now and I'm

2    reading what I wrote, yes, I saw him.

3         Q.    Okay.  So when you say you're not

4    familiar with him, you mean you don't remember him

5    right now?

6         A.    No, I don't remember his face.  I don't

7    remember his nothing.

8         Q.    But you are looking at some records that

9    would indicate you treated him?

10        A.    Yes.

11        Q.    Okay.  And those records are going to be

12   marked as exhibit -- as a composite.  They'll be

13   marked as Exhibit A.

14             I'd like to ask you about this inmate,

15   Mr. Horn, and I understand your recollection is

16   coming from your records.

17             Are you able to tell when the first time

18   you saw Mr. Horn was?

19        A.    I don't remember but as I can see I saw

20   him once.  No?  Once.

21        Q.    Let's look at exhibit --

22        A.    Maybe two.

23        Q.    Let's look at Exhibit A.

24        A.    Yeah, once.

25        Q.    If I can just flip through that.  Let me

Page 15

```
 1    just take that exhibit back from you for just one

 2    second and flip to a page and I'll show you a page.

 3             Okay.  Let's start -- this is going to

 4    be one, two, three pages from the back of Exhibit

 5    A.

 6             MR. WEAVER:  And, Mike, for your sake,

 7        what I'm talking about is a Department of

 8        consultation report and it's got -- on the

 9        date of request it looks like 2-23-12.  On the

10        bottom right there's a stamp with the writing

11        2-24-12.

12             Do you have that?

13             MR. COLGAN:  I'm looking.  Let me take a

14        look.  This is the record that -- is this one

15        that was referred to Dr. Ponce de Leon?

16        That's what I have in front of me.

17             MR. WEAVER:  These are just his records

18        from his consultation.  So we have -- it's the

19        last -- again on this exhibit which I know you

20        don't have in it's exact form in front of you,

21        it would be the last couple of pages of that.

22        The first page he's looking at is a

23        consultation, consultation

24        request/consultant's report and it says date

25        of request on the top right 2-23-12.
```

1           MR. COLGAN:  Okay.  Can you give me a

2      second to look for that, please?

3           MR. WEAVER:  Certainly.

4           Is that the patient's chart?  I wonder

5      if that would be easier if we made that an

6      exhibit.

7           Would we be able to make a copy of that

8      and include that as an exhibit?

9           MR. FREEDMAN:  That's in here.

10          MR. WEAVER:  Mike, the doctor's

11     assistant actually brought his whole chart.

12     I'm thinking it's going to be easier to use

13     the doctor's records than trying to piece it

14     together from our components of it.

15          MR. COLGAN:  Okay.

16          MR. WEAVER:  We've already marked A.

17     We'll just keep it that way.

18          MR. FREEDMAN:  We'll remark that as A.

19     Don't mark that.

20          MR. WEAVER:  Yea.

21          MR. FREEDMAN:  Remark his actual -- off

22     the record.

23          MR. WEAVER:  Yeah, let's go off the

24     record just a second.  Sorry, guys.

25          MR. COLGAN:  Is there a way to get a

Page 17

```
 1      copy of those records to me so I can review

 2      them?  What I'm concerned about is that I got

 3      just one shot, I guess.  We've got this one

 4      deposition going on and there's additional

 5      records that I can't see and cross-examine him

 6      about and puts me at a disadvantage.

 7           THE VIDEOGRAPHER:  Going off the record.

 8      The time is 2:40.

 9           (Discussion held off the record.)

10           (Defendant's Composite Exhibit A was

11      remarked Defendant's Exhibit A for

12      identification)

13           THE VIDEOGRAPHER:  Okay.  We're back on

14      the record.  The time is 2:47.

15  BY MR. WEAVER:

16      Q.   Okay.  We've adjusted some of the

17  records here, so I'm going to hand back Dr. Ponce

18  de Leon what's now marked as Exhibit A, and,

19  Doctor, if you want to take a minute to review

20  that.  Just let me know when you're done.

21      A.   Okay.

22      Q.   Okay.  What is that Exhibit A that

23  you're looking at?  Are you able to identify that?

24      A.   Seems to be the first time I saw the

25  patient.  The patient was complaining of pain at
```

Page 18

1    the right thigh mainly at the medial aspect of the

2    thigh and posterior aspect of the right thigh.  He

3    told me that he underwent a total hip replacement

4    in 2005 and he told me that was feeling well about

5    the hip.

6              What I saw at examination it was a huge

7    mass of about 25 centimeters at the medial aspect

8    of the thigh with, apparently with fluid inside.

9              The CT scan showed a septated cyst.

10             Then I recommended an MRI of the mass

11   will be more accurate for the diagnosis before

12   surgery.

13             So he wanted the mass to be removed but

14   I wanted an MRI to see what was going on.

15             Surgical removal of the mass is advised

16   but first MRI with contrast should be done to

17   delineate vascular relations of the mass.

18             You cannot go to surgery with a huge

19   cyst if you don't know what are you going to find.

20   So we need the MRI first.  This is my first

21   consult.

22       Q.    Okay.  So at that point you didn't know

23   what the cause of this mass was?

24       A.    No.  It was a septated cyst but I was

25   requesting an MRI to know exactly what we have in

Page 19

1    front.

2              Is this the same patient?

3    Q.    Yes.

4         MR. WEAVER:  We're going to mark as

5    Exhibit B -- this is going to be Composite B.

6    This is going to be -- what's the date on

7    these -- the radiology, I guess it's about

8    four pages of a radiology report from Larkin

9    Hospital with a big Larkin Hospital letterhead

10   at the top.

11             Mike, do you have those records?

12        MR. COLGAN:  I believe so.  Let me just

13   double check that and the dates.

14        MR. WEAVER:  The first page there's one

15   that's --

16        MR. COLGAN:  These are dated 12-13-2013?

17        MR. WEAVER:  Yes.  There should be four

18   pages of it.

19        MR. COLGAN:  Okay.  Yeah.  What date are

20   we talking about here?

21        MR. WEAVER:  It's all the same date,

22   12-13-13.

23        MR. COLGAN:  Yeah, I got those.

24             (Defendant's Composite Exhibit B was

25   marked for identification.)

Page 20

1    BY MR. WEAVER:

2        **Q.**    Doctor, I think you had looked at these

3    before.  If you want, I'll hold on to this one.  If

4    you want to look at Exhibit B, Composite B and let

5    me know when you've gotten a chance to review it.

6        **A.**    Okay.  But this is from 2013 and '14 and

7    what it says is extensive surgical changes

8    compatible with resection arthroplasty of the right

9    hip.  So it was after the hip was removed.

10       **Q.**    Yes.

11       **A.**    And '13 again.  Indication post removal

12   prosthesis.  X-ray shows absence of the right

13   femoral head noted with sharp osteotomy changes

14   within the proximal femoral shaft.  There is also

15   remodeling of the acetabulum with widening noted.

16   These changes are compatible with resection

17   arthroplasty of the right hip.  The bones are

18   diffusely osteopenic.

19       **Q.**    Having reviewed those records, do you

20   remember that consultation of Mr. Horn?

21       **A.**    Now I think I remember the huge mass,

22   and if I remember, yeah, the x-rays, the proximal

23   part of the femur was not there.  So it was

24   missing.  It was missing a part of the femur.

25       **Q.**    Right.

```
 1              Were you aware -- again, I don't know

 2   what your recollection of Mr. Horn's treatment was.

 3              Do you know if he had seen some other

 4   doctors including a surgeon between the first time

 5   and the next time he saw you?

 6        A.    Well, I saw him as the paper shows in

 7   2012.  I recommended an MRI.  He had at that time

 8   the prosthesis.

 9        Q.    Yes.

10        A.    When I saw him the next time, it was a

11   year later.  Maybe a year.  I don't remember the

12   date.  But at that time he didn't have the

13   prosthesis.

14        Q.    So he'd had surgery to remove --

15        A.    Somebody had to do the surgery.

16        Q.    Okay.  Based on the radiology report --

17   actually, let me pause that.

18              I'm going to show you another document

19   and this will be Exhibit C.

20              MR. WEAVER:  Mike, this is the

21        consultant's report dated 12-13-13.

22              (Defendant's Exhibit C was marked for

23        identification.)

24   BY MR. WEAVER:

25        Q.    Let me give this to you to go along with
```

Page 22

1    those.

2         **A.**     Okay.  This is the same day of this

3    x-ray.  You see?

4         **Q.**     Yes.

5         **A.**     Yeah.  X-rays of the right femur, yeah.

6         **Q.**     Okay.  Do you remember --

7         **A.**     Yeah.

8         **Q.**     Do you remember if Mr. Horn was sent

9    back to you for a consultation on a new hip

10   implantation?

11             MR. COLGAN:  Object to the form of the

12        question.

13   BY MR. WEAVER:

14        **Q.**     Those documents show that you saw

15   Mr. Horn in or around December 13, 2013.

16        **A.**     Can you repeat, please?

17        **Q.**     Do those documents show that you saw or

18   you consulted with Mr. Horn on or around December

19   13 of 2013?

20        **A.**     Yeah, I saw him that day.

21        **Q.**     Do you remember why you were consulting

22   with him, why he was sent to you?

23        **A.**     Why?  No, I don't know.

24        **Q.**     Okay.  Can you tell based on your

25   consultant's report, Exhibit C, why he was there to

Page 23

1    see you?

2        **A.**    Okay.  I think over there is notes from

3    the doctors in the facility requesting my consult,

4    doctors of the facility requesting my consult.

5        **Q.**    There is.

6            MR. WEAVER:  Let's mark that as D.

7            And, Mike, that's going to be a

8        consultant's request/consultation report -- I

9        hope this is the right thing -- on 11-27-13.

10       So we're to mark that as D.

11       **A.**    Okay.

12   BY MR. WEAVER:

13       **Q.**    Let me show you that first.  That might

14    help jog your memory.

15           MR. WEAVER:  You want to do the sticker

16       later?  Is it easier for you?

17           (Defendant's Exhibit D was marked for

18       identification.)

19   BY MR. WEAVER:

20       **Q.**    I'm showing you Exhibit D, Doctor.

21       **A.**    Okay.  This is a doctor of the facility.

22    You see?

23       **Q.**    Yes.

24       **A.**    Okay.  52 years old patient status post

25    right total hip infected, osteomyelitis.  Then

1   total hip was removed on 5-13-13 in another place.

2   I didn't know about that.  The patient has been in

3   a wheelchair bound since, okay, that time.  Please

4   evaluate and recommend for continuation of care.

5   Patient needs right hip arthroplasty.  Diagnosis is

6   status post failed right total hip, persistent

7   infection and removal of the hip prosthesis.

8       **Q.**    Okay.  So this you've seen -- so this

9   consultant's report would be a request, this

10  consultant's request that was letting you know why

11  he was being sent to you?

12      **A.**    Well, when I go to a facility or they

13  send me a patient, I read this.  So this is the

14  reason why they send me the patient but I didn't

15  know that before.  I know that when I read the

16  paper.  So I saw the patient as they programmed for

17  December 13, '13.  December 13, '13.  This is the

18  day I saw the patient.  So when I saw him, he

19  already had the prosthesis removed as they say here

20  on May 13, '13 --

21      **Q.**    Right.

22      **A.**    -- by somebody in some other place.

23      **Q.**    Correct.

24           And let me ask you:  So you're -- are

25  you able to tell -- strike that.

Page 25

1          Was he being sent to you to see if he

2   could have another hip joint implanted?

3       **A.**    Yes.

4       **Q.**    Okay.  And based on your evaluation,

5   what was your conclusion about that?

6       **A.**    My conclusion is that after three

7   implants were removed due to infection and he has a

8   current infection, a new prosthesis should not be

9   implanted because will be rejected again because of

10  the infection.  If there is an active infection,

11  you cannot implant anything because will be

12  rejected again.  So he had three times implants

13  done.  So at that time, it was in '13, I didn't

14  advise surgery.  I said no, no, now forgot about

15  the surgery.

16      **Q.**    That was because of his recurring

17  infections?

18      **A.**    Yes.  And also he has absence of the

19  proximal third of the right femur.  Proximal third

20  means from here up.

21      **Q.**    Okay.  So from basically the top of the

22  thigh up to the hip?

23      **A.**    Yes.  It was a big fragment of bone that

24  was resected.

25      **Q.**    Now, your recommendation was that he

Page 26

```
 1    should not have surgery at that time when he saw

 2    you in 2013.

 3            Was there a possibility he could have

 4    had it sometime in the future?

 5       A.   Yes.  With a massive antibiotic

 6    treatment after a year the surgery can be done, but

 7    I didn't saw him again.

 8       Q.   Could be done or that you would want to

 9    at least see what happens?  In other words, after

10    antibiotics he definitely could get surgery or you

11    would need to see how his condition is at that

12    point?

13       A.   Oh, yeah, we have to see the conditions

14    first.  We have to study if there is recurrent

15    infection in that area because we cannot do an

16    implant with an active infection.

17       Q.   You've had -- have you had patients in

18    the past who have rejected hips due to infection?

19       A.   Never.

20            MR. COLGAN:  Object to the form of the

21       question.

22    BY MR. WEAVER:

23       Q.   Do you know anything -- do those notes

24    tell you anything about the type of infection he

25    had, the type of bacteria?
```

Page 27

1          **A.**    No.

2          **Q.**    Or what the source was?

3          **A.**    No.  They only asked me to do the

4     implant.  I said no, at this time we cannot do

5     that.  Because if you see one of these reports,

6     they wrote that the patient has osteomyelitis.

7     Osteomyelitis is infection in the bone.  Like this

8     surgery cannot be done.

9          **Q.**    Could that have prevented him from ever

10    having a hip reimplantation?

11         **A.**    Maybe not.  Maybe in the future he

12    can -- after the infection is completely gone with

13    antibiotics, maybe the surgery can be done.

14         **Q.**    But at the time, at the time he was sent

15    to you specifically he was not able to have the

16    surgery?

17         **A.**    No.

18         **Q.**    Now, I also want to be clear about

19    something.  We have, you know, a plaintiff in this

20    case and he's made certain statements about his

21    consultation with you.

22              At any point did you tell Mr. Horn that

23    the only reason you couldn't do the surgery was

24    because you couldn't do it on your own?

25         **A.**    No.

Page 28

1      Q.    Did you tell him --

2      A.    I don't remember exactly.  It was three

3   years ago.

4      Q.    -- that, the statement that -- if

5   Mr. Horn says that you told him that you would need

6   a team of experts to do the surgery, is that

7   consistent with your notes on that consultant's

8   report?

9          MR. COLGAN:  Object to the form of the

10       question.

11     A.    Maybe, maybe.

12  BY MR. WEAVER:

13     Q.    So is the issue --

14     A.    I don't remember what I said at that

15   time.

16     Q.    Well, if the issue is infection, he has

17   a serious infection, would a team of experts be

18   able to implant a hip when a guy has an infection?

19          MR. COLGAN:  Object to the form of the

20       question.

21     A.    No.  With infection nobody can do it.

22  BY MR. WEAVER:

23     Q.    Okay.  So whether you had just yourself

24   or five other doctors to help you --

25     A.    No.

Page 29

1    **Q.**    -- it wouldn't have made a difference?

2    **A.**    No.

3         MR. COLGAN:  Object to the form of the

4    question.

5    **A.**    And if you see, the prosthesis was

6    removed in May and this consult was in December.

7    So this is less than a year.  We cannot do -- even

8    if the infection is controlled, we should wait at

9    least one year to do the surgery.  Anyway at that

10   time no surgery should be done.

11   BY MR. WEAVER:

12   **Q.**    So I want to be clear.  So the issue --

13   the reason that you made that conclusion is because

14   of his infection, not because you were not able to

15   do that operation yourself.

16   **A.**    Yeah, because of the infection.  It was

17   not enough time.

18   **Q.**    But again, it's not because that you as

19   a doctor were physically unable to do the surgery.

20        MR. COLGAN:  Object to the form of the

21   question.

22   BY MR. WEAVER:

23   **Q.**    That you didn't have the ability to put

24   in a hip at that time.

25   **A.**    I can do it, I can do the surgery but at

Page 30

1     that time I won't do anything.

2         Q.     Sure.

3              But again, if the infection is not the

4     issue, the type of surgery that was needed that is

5     something that you are physically able to do,

6     that's within your skills.

7              MR. COLGAN:  Object to the form of the

8         question.

9         A.     I can do it but there are some doctors

10    that are specialized in hips, doctors that

11    specialize in shoulder, doctors that specialize in

12    knees.  I can do any of these things but they are

13    better than me.  I don't remember what I said at

14    that time but this is a possibility that if he goes

15    with one of those teams will be better for him, but

16    I can do it.

17        Q.     I mean, when you say that, when you say

18    that you can do it, you don't mean you would do a

19    bad job of it, right?  It would be, I assume, a --

20    you'd be doing a safe and capable job if you were

21    the one who did the surgery?

22        A.     Yes.

23        Q.     Okay.  So again, if an inmate says that

24    his problem -- the only reason he does not have a

25    hip as of 2013 is because you couldn't do the

1    surgery, that's not the issue according to your

2    conclusion in that report?

3              MR. COLGAN:  Object to the form of the

4         question.

5    BY MR. WEAVER:

6         **Q.**    It was his infection, right?

7         **A.**    The reason is because of the infection.

8         **Q.**    Okay.  I'd like to ask you about this

9    consultation that you had with Mr. Horn, if you

10   remember, did anyone from the Department of

11   Corrections prior to you seeing him did they tell

12   you that you should deny him surgery?

13        **A.**    I don't remember anything like this.

14        **Q.**    Has the Department of Corrections ever

15   told you that you should purposely deny someone --

16        **A.**    No, no.  Because if somebody comes and

17   tells me this, I will say that I will not change

18   my --

19             MR. WEAVER:  Sorry.  Hang on one second.

20             MR. FREEDMAN:  Hold on, Mike.

21             THE WITNESS:  There's an interference in

22        the telephone.

23             MR. WEAVER:  Somebody picked up another

24        line in the office, I think.

25             MR. COLGAN:  Okay.  I think they're gone

Page 32

```
 1        now.
 2        A.     If somebody ask me about this, I will
 3   tell him I will do the decision, not what he's
 4   asking me.  Nobody has to ask me this because this
 5   is not an honest proposition.
 6   BY MR. WEAVER:
 7        Q.     Okay.  So you are the one who makes the
 8   decision on an inmate's care?
 9        A.     Of course.
10        Q.     You would not let the Department of
11   Correction tell you?
12        A.     Nobody can tell me what to do.
13        Q.     And I guess the same thing.  Have you
14   ever head of a company called Wexford?
15        A.     No.
16        Q.     Okay.  But as far as anybody related to
17   the Department of Corrections, nobody ever -- with
18   Mr. Horn told you that you should deny him hip
19   surgery?
20        A.     No.
21        Q.     They didn't offer you any kind of like
22   incentive if you refused to do the surgery?
23        A.     No.
24        Q.     Just telling you what the allegations
25   are.
```

Page 33

1              They didn't -- nobody from the

2    Department of Corrections discussed Mr. Horn --

3    before you saw him, they didn't meet with you --

4    actually, strike that.

5              After you sent back your report stating

6    that no surgery is advised, nobody from the

7    Department of Corrections told you, you know,

8    thanks for denying him surgery?

9              MR. COLGAN:  Object to the form of the

10        question.

11        **A.**    No.

12   BY MR. WEAVER:

13        **Q.**    They didn't commend you for denying

14   surgery?

15        **A.**    No.

16        **Q.**    Do you recall if you saw Mr. Horn again

17   after December of 2013?

18        **A.**    Please.

19        **Q.**    Do you recall if you saw Mr. Horn again

20   after December of 2013?

21        **A.**    No.

22        **Q.**    Have you been following Mr. Horn's care

23   at all since that time?

24        **A.**    No.

25        **Q.**    So you have no -- you don't know about

```
 1    his current condition?

 2        A.    After that day, I didn't see him again.

 3        Q.    Got it.  I'm just trying to see if I've

 4    covered all bases on this.

 5              Your conclusion on that consultant's

 6    report where you say that no surgery is advised,

 7    that was completely of your own decision making?

 8        A.    My own decision.  When I see one of

 9    these patients, I see them by myself alone, and if

10    he's in the institution, with a nurse or one

11    assistant but the only doctor is myself.

12        Q.    So that conclusion was in no way

13    influenced by anybody from the Department of

14    Corrections?

15        A.    No, no way.

16              MR. COLGAN:  Object to the form of the

17        question.

18    BY MR. WEAVER:

19        Q.    You said no way?

20        A.    No, it was not influenced.

21        Q.    Okay.  Let's make this a little more

22    general.

23              As far as not just Mr. Horn but any

24    inmate that you saw back when you were doing that,

25    did anyone from the Department of Corrections ever
```

1    try to influence your decision for any inmate?

2         **A.**    No.

3              MR. COLGAN:   Object to the form of the

4         question.

5    BY MR. WEAVER:

6         **Q.**    They never, for any inmate, they never

7    told you what your conclusion should be?

8         **A.**    No, of course not.

9         **Q.**    Or they didn't threaten you if you

10   didn't --

11        **A.**    No, no.  Forget it.  No.

12        **Q.**    So not just for Mr. Horn but for all the

13   inmates you saw, whatever your conclusions were at

14   a consultation were your own?

15        **A.**    My own decision.

16             MR. WEAVER:  I don't think I have

17        anything further.

18                   CROSS-EXAMINATION

19   BY MR. FREEDMAN:

20        **Q.**    Just a few brief questions, Dr. Ponce de

21   Leon.

22             My name is Eric Freedman.  I represent

23   Wexford Health Sources, Dr. Hernandez and

24   Dr. Reddick.

25             And Dr. Ponce de Leon, I just want to be

1    clear.  On December 13th of 2013 in your

2    consultant's report your plan at the time reads --

3    you want to get that?

4         **A.**    No.  Forget it.

5         **Q.**    Sorry, Doctor.  I was just saying I want

6    to be clear that your plan at the time it reads no

7    surgery is advised at the present time.  Is that

8    correct?

9         **A.**    Yes.

10        **Q.**    And is it fair to assume that that

11   determination was based on your assessment of

12   Mr. Horn at the time?

13        **A.**    Yes.

14        **Q.**    And that was based on your opinions as

15   to his best interests?

16        **A.**    Can you repeat that?

17        **Q.**    Yes.  You were basing your decision on

18   what was best for Mr. Horn?

19        **A.**    Of course.

20        **Q.**    And you were basing that decision on a

21   medical judgment of your experience as an expert

22   and orthopedic surgeon for over 30 years?

23        **A.**    If we do the operation after five months

24   of the removal of a prothesis that was infected,

25   that will be disaster.

1      **Q.**     And so your determination was based on

2   your own medical judgment?

3      **A.**     Yes.

4      **Q.**     Okay.  Those are all the questions I

5   have, Doctor.  Thank you.

6      **A.**     Oh, good.

7      **Q.**     I keep it quick.

8                      CROSS-EXAMINATION

9   BY MR. COLGAN:

10      **Q.**     I have a few questions.

11             You saw Mr. Horn --

12             MR. WEAVER:  I'm sorry.  Hang on.  Mike,

13         one second.

14             What?

15             THE VIDEOGRAPHER:  Ask him to grab the

16         phone so I can hear him.  I can't hear him.

17         No, for the doctor to grab the phone so I can

18         pick him up.

19             MR. WEAVER:  Oh, I see.

20             MR. COLGAN:  What's going on?

21             MR. WEAVER:  We're just trying to figure

22         out the best way for your questions to be

23         heard on the mike.

24             Is that okay?

25             THE VIDEOGRAPHER:  Go ahead.

1          MR. WEAVER:  You can go ahead, Mike.

2    BY MR. COLGAN:

3          Q.    Okay.  My question is as far as you

4    know, the first time that you saw George Horn was

5    January 2012.  Is that correct?

6          A.    Yes.

7          Q.    And at that time you recommended that he

8    have an MRI because of a cyst in his leg.  Is that

9    correct?

10         A.    Yes.

11         Q.    Are you aware whether he had an MRI in

12   response to your recommendation?

13         A.    Well, I didn't see the patient again.

14   When I saw him was a year later and he has already

15   removed the prosthesis.

16         Q.    Looks like you saw him approximately 23

17   months later.  Isn't that correct?

18         A.    23 months?  I don't know.  How many?

19         Q.    Between January 2012 and December 20.

20   '13.

21         A.    Oh, yes, 23.  23 months, yes.

22         Q.    Okay.  Are you aware of the next time

23   that Mr. Horn received any treatment for the hip

24   implant or the cyst in his leg?

25         A.    No.

Page 39

1       Q.      Would it surprise to you find out that

2   he didn't receive any treatment until February

3   2013?

4               MR. WEAVER:  Object to the form.

5               MR. FREEDMAN:  Object to the form.

6   BY MR. COLGAN:

7       Q.      You can answer if you understand the

8   question.

9       A.      Can you repeat the question, please?

10      Q.      Would it surprise you to find that after

11  your -- after his visit with you in January 2012 he

12  didn't see another physician regarding the hip

13  implant or an MRI prior to February 2013?

14      A.      No.

15              MR. WEAVER:  Object to form.

16      A.      No.

17  BY MR. COLGAN:

18      Q.      It would not surprise you?

19      A.      Can you repeat that, please?

20      Q.      Would it surprise you to find that that

21   is the case?

22              MR. WEAVER:  Object to form.

23      A.      Well, I saw him once the first time and

24   then later 23 months later.

25  BY MR. COLGAN:

 1       **Q.**     Right.

 2              And again what I'm asking is would it

 3       surprise you to find that a patient that you had

 4       recommended an MRI for a cyst in his leg and had

 5       not received any further treatment for his leg for

 6       13 months?

 7              MR. WEAVER:  Object to form.

 8       **A.**     But he received treatment because the

 9       prosthesis was removed in that time.

10   BY MR. COLGAN:

11       **Q.**     What I'm saying is if he did not receive

12       treatment until February 2013, that's 13 months

13       after you saw him in January 2012, correct?

14       **A.**     I didn't see the patient in that period

15       of time between the first and the second consults.

16       **Q.**     Let me put this a different way.

17              If Mr. Horn had remained under your care

18       for his leg after the January 2012 consult, how

19       soon after that visit would you have recommended he

20       receive a follow-up appointment?

21              MR. FREEDMAN:  Form.

22              MR. WEAVER:  Object to form.

23   BY MR. COLGAN:

24       **Q.**     Do you understand the question?

25       **A.**     No, no.

Page 41

1        Q.     If Mr. Horn had remained your patient

2     after January 2012 --

3        A.     Uh-huh.

4        Q.     -- how long would you recommend he go

5     before returning to you for a follow-up

6     appointment?

7              MR. WEAVER:  Object to form.

8        A.     Well, I ordered an MRI and I didn't see

9     the MRI, I didn't know the results, what kind of

10    cyst he had in his thigh, and when I saw him almost

11    a year later, he was already operated.  I didn't

12    know what happened in that time.

13    BY MR. COLGAN:

14       Q.     What is a septated cyst?

15       A.     Well, it is a cyst that has several

16    parts.  Septum is division.  It's a cyst that is

17    divided in several parts.

18       Q.     At the time that you saw him in January

19    2012 were you concerned that he might have an

20    infection in his leg?

21       A.     Maybe.  Maybe was an infection.  Maybe

22    was something that we don't know.  That's why I

23    ordered the MRI.

24       Q.     Okay.  If he had had a possible

25    infection in his leg, how soon after you

Page 42

```
 1    recommended an MRI would you have wanted him back

 2    in your office?

 3              MR. WEAVER:  Object to form.

 4              MR. FREEDMAN:  Form.

 5         A.   As soon as the MRI report is ready.

 6    BY MR. COLGAN:

 7         Q.   Would 13 months be a fast enough time

 8    for him to return to you?

 9              MR. WEAVER:  Form.

10         A.   Well the MRI should be -- the results

11    maybe in a week.

12    BY MR. COLGAN:

13         Q.   You said you saw many inmates from the

14    Department of corrections while you were at Larkin

15    Hospital.  Is that correct?

16         A.   Again.  Please, again.

17         Q.   You said that you saw many inmates from

18    the Department of Corrections while you were

19    practicing at Larkin Hospital.  Is that correct?

20         A.   Yes, yes.

21         Q.   And you said of those inmates you have

22    done a total of maybe 30 or 40 hip replacements?

23         A.    Not in inmates only.  I have also

24    patients from my office and from fractures in the

25    hospital, not only from inmates.
```

Page 43

1        Q.    Did you have a contract personally with

2   the Department of Corrections to provide medical

3   care to inmates?

4        A.    Yes, I had when I was at the Larkin

5   Hospital.

6        Q.    Okay.  And what were the terms of your

7   contract with regard to receiving payment for

8   surgeries?

9        A.    The terms?  Well, I don't remember that

10  now.

11       Q.    Were you required to receive approval

12  from the Department of corrections before you --

13       A.    Yes.

14       Q.    -- provided --

15       A.    Yes, always we had to do a procedure,

16  first we have to get the consent, the approval from

17  the Department.

18            MR. WEAVER:  Also, Doctor -- I'm sorry,

19       Mike, one second.  Mike, I'm sorry.  One

20       second.  I was just tying to remind the doctor

21       to let you finish the questions before you

22       answer, Doctor, just so it's not confusing for

23       the court reporter.  So just let him -- even

24       if you know what his question is going to be,

25       just make sure he gets all the way through it

1          before you answer.  Just to make sure that he

2          is finished with his question before you

3          answer.  Otherwise, it's difficult for her to

4          type it.  Even if you know kind of what he's

5          going to ask --

6               THE WITNESS:  Okay.  No problem.  It's

7          okay.  I'm sorry.

8   BY MR. COLGAN:

9      Q.    That's okay.

10          Was there a person at the Department of

11  Corrections that you spoke to in order to obtain

12  consent or approval for a surgery to be performed?

13     A.    Well, when a patient needs surgery, I

14  write that in the consult and this consult will be

15  evaluated and -- by the Department and they will

16  authorize it or not and then they will communicate

17  to the hospital to schedule the surgery.

18     Q.    Did you speak to anyone in particular at

19  the Department of Corrections other than filling

20  out the form?

21     A.    No.  The hospital was in charge of doing

22  this.

23     Q.    Have you ever spoken with a Dr. David

24  Reddick?

25     A.    Can you repeat that, please?

Page 45

1    **Q.**    Have you ever spoken with a Dr. David

2    Reddick?

3    **A.**    Well, I saw Dr. Reddick maybe once or

4    twice when he was in the Florida Reception Center

5    but --

6    **Q.**    What was the context of you seeing him?

7    **A.**    No, only to say hello, hi, Doctor, how

8    are you, I'm Dr. Ponce, I'm here, but we never

9    discussed any patient treatment.

10    **Q.**    Did you have a contract with Wexford

11    Health Sources?

12    **A.**    With who?

13    **Q.**    Wexford Health Sources.

14    **A.**    No.

15    **Q.**    Was there a period of time where

16    you were not under contract to see inmates of the

17    Department of Corrections at Larkin Hospital?

18    **A.**    Well, I left the hospital two years ago.

19    **Q.**    Okay.  Between -- at any time between

20    January 2012 and December 2013 was there a time

21    where either you or Larkin Hospital in general were

22    no longer treating inmates at the Department of

23    Corrections?

24    **A.**    At that time, yes, we were treating the

25    patients at the hospital.

Page 46

1      **Q.**     Okay.  Do you know whether there were

2  any contracts with any other hospitals for

3  treatment?

4      **A.**     I don't know.  I don't know.

5      **Q.**     Did you ever have privileges at Kendall

6  Regional Medical Center?

7      **A.**     No, never.

8      **Q.**     Attached to the records that I received

9  that were provided by your office there is a record

10  for Mr. Horn's visit back in January of 2012.

11          Are there any records in your possession

12  for his visit in December of 2013, in your

13  possession?

14          MR. FREEDMAN:  Mike, I'm handing him his

15      office note if that's all right.

16          MR. WEAVER:  His chart.

17          MR. FREEDMAN:  His office chart, I'm

18      sorry, so he can just look what's in there.

19          THE WITNESS:  This?

20          MR. COLGAN:  I'm sorry.  Did you say

21      something?

22          MR. WEAVER:  No.  He's flipping pages.

23          MR. COLGAN:  Okay.

24      **A.**     Well, I have here the copy of my consult

25  on December 13, '13.

1  BY MR. COLGAN:

2       **Q.**   Is that in your own office records?

3       **A.**   Yes, it is here.

4       **Q.**   Okay.  Was that among the documents that

5  you disclosed to the attorney for Wexford Health

6  Sources in response to their subpoena?

7       **A.**   Can you repeat the question, please?

8       **Q.**   I have a copy of 19 pages -- okay.

9  Strike that.

10        You're saying that among the notes that

11  are in your official office file you have records

12  from 2013 as well as 2012 for George Horn?

13      **A.**   Yes, I have.

14      **Q.**   For 2013?

15      **A.**   12-3?

16      MR. WEAVER:  2013.

17      **A.**   Let's see.  Let's see.  Wait a minute,

18  please.

19       I don't see anything.

20      MR. WEAVER:  Is that at the top there,

21    2013?

22      THE WITNESS:  20-13-13.  He's asking me

23    for 2013.  This is 12-13-13.

24  BY MR. COLGAN:

25      **Q.**   That's in your office's medical file,

1    correct?

2        A.    Yes, it's in my file.  Yes.

3        Q.    Okay.  And I'd like to attach -- do you

4    have, other than the four pages of radiology

5    reports and the consultation report form that you

6    returned to the Department of Corrections, do you

7    have any other records in your file pertaining to

8    George Horn's treatment on 12-13-13?

9        A.    No, I don't have more papers.

10       Q.    Are you able to tell what your

11   examination of George Horn on that date consisted

12   of?

13       A.    Which day?  The 12-13?

14       Q.    The 12-13-13.

15       A.    Well, what I saw -- what I wrote here is

16   that x-rays of the femur shows absence of the

17   proximal third of the femur.

18       Q.    Were you able -- did you perform any

19   tests, any biopsies to determine if his leg was

20   still infected?

21       A.    No, no.

22       Q.    Okay.  Did you provide any information

23   to the Department of Corrections or to Wexford that

24   Mr. Horn would not be a candidate at any time for a

25   hip replacement surgery?

1      **A.**     Well, what I wrote here in the consult

2  is my advice.  No surgery advised at the present

3  time, the present time.  I didn't say ever.  I said

4  at the present time.

5      **Q.**    Okay.  And was there ever any other

6  request by the Department of Corrections that you

7  provide treatment to Mr. Horn on a future occasion

8  after 12-13-13?

9      **A.**    No.

10     **Q.**    No.

11          MR. COLGAN:  Okay.  I don't have any

12     further questions.

13          MR. WEAVER:  Nothing further.  So that's

14     actually -- I'm going to put you back down.

15          That's the end of the deposition.

16          Now, if you -- any time a person is

17     deposed they have the right to -- if either

18     party orders a transcript, which I'm sure one

19     of us will, you have the right to either read

20     a copy to see if there's anything that they

21     misquoted you on in which case you can make a

22     little notation about it or you can waive the

23     right to read it.  So it's your choice if you

24     want to read a transcript if somebody orders

25     it or if you want to waive the right to read

Page 50

1          it.  Do that make sense?

2               THE WITNESS:  Yes, I understand.  Should

3          be good to read, you know.

4               MR. WEAVER:  It's your choice.  It's

5          fine.  What will happen is when one of us

6          orders, the court reporter will send you

7          a letter letting you know that the report --

8          the deposition is ready for your review.  I

9          think -- I'm not sure how this works.  I think

10         you have to go there to see it if you want,

11         but either way I'm sure they'll have

12         instructions on how to read it if you would

13         like.

14               THE WITNESS:  Okay.

15               MR. WEAVER:  Okay.  All right.  So if

16         nothing further at this time, Doctor, I want

17         to thank you very much for taking timing out

18         of your busy practice.  We appreciate it.

19               MR. COLGAN:  Thank you, Doctor.

20               MR. WEAVER:  That will conclude it.  We

21         can go off the record.

22               THE VIDEOGRAPHER:  We're going off the

23         record.  The time is 3:30.

24               (The foregoing exhibits have been

25     duplicated, copy furnished Counsel, copy hereto

Page 51

1    annexed)

2              (Thereupon the deposition was concluded

3    at 3:30 p.m.)

4              (The reading and signing of this

5    deposition was not waived.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 52

1                    CERTIFICATE OF OATH

2    STATE OF FLORIDA      )

                              : ss.

3    COUNTY OF MIAMI-DADE )

4

          I, the undersigned authority, certify that

5

6            JOSE L. PONCE DE LEON, M.D.

7

8    personally appeared before me and was duly sworn.

9          WITNESS my hand and official seal this 27th

10   day of June, 2016.

11

12

13

14

15                    AMAR KREDI

                      Notary Public - State of Florida

16                    My Commission No. FF974505

                      Expires:  May 16, 2020

17

18

19

20

21

22

23

24

25

1                    REPORTERS DEPOSITION CERTIFICATE

2

STATE OF FLORIDA        )

3                             : ss.

COUNTY OF MIAMI-DADE )

4

        I, AMAR KREDI, Certified Shorthand Reporter,

5    do hereby certify that I was authorized to and did

stenographically report the foregoing deposition of

6

                JOSE L. PONCE DE LEON, M.D.;

7

that a review of the transcript was requested; and

8    that the foregoing transcript, pages 1 through 51,

is a true and complete record of my stenographic

9    notes.

10        I FURTHER CERTIFY that I am not a relative,

employee, or attorney, or counsel of any of the

11   parties, nor am I a relative or employee of any of

the parties' attorney or counsel connected with the

12   action, nor am I financially interested in the

action.

13

        Dated this 27th day of June, 2016.

14

15

16

17

18                        AMAR KREDI

            Certified Shorthand Reporter

19

20

21

22

23

24

25

Page 54

1                    READING AND SIGNING

2          I have read the above transcript, pages 1

    through 51, and I find:   (MARK ONE)

3

           ( )  The transcript is true, correct, and

4   completely accurate.

5          ( )  The transcript is true, correct, and

    accurate except as set forth in my List of

6   Corrections attached hereto, citing page and line

    and reason for the correction, realizing that for

7   this purpose I am still under oath.

8

9   _____     _____

    (DATE)                   JOSE L. PONCE DE LEON. M.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 55

```
 1                    ERRATA SHEET
 2     DEPOSITION OF JOSE L. PONCE DE LEON, M.D., 6-2-16
 3   PAGE     LINE        CHANGE              REASON
 4
     _____
 5   _____
     _____
 6   _____
     _____
 7   _____
     _____
 8   _____
     _____
 9   _____
     _____
10   _____
     _____
11   _____
     _____
12   _____
     _____
13   _____
     _____
14   _____
     _____
15   _____
     _____
16   _____
     _____
17   _____
     _____
18   _____
     _____
19
20        Under penalties of perjury, I declare that I
     have read the foregoing document and that the facts
21   stated in it are true.
22
23
24
                      _____
25                    JOSE L. PONCE DE LEON, M.D.
```

June 27, 2016

Jose L. Ponce de Leon, M.D.
3501 S.W. 107 Ave
Miami, Fl  33165

In Re:  George Horn vs. Julie L. Jones, et al.
Deposition of Jose L. Ponce de Leon, M.D.- 9-11-13

Dear Sir:
     This letter is to advise that the transcript of
the above-referenced deposition has been completed
and is available for review.  Please contact our
office at (954) 467-8204 to make arrangements to
read and sign or sign below to waive review of this
transcript.

     It is suggested that the review of this
transcript be completed within 30 days of your
receipt of this letter, as considered reasonable
under Federal Rules*; however, there is no Florida
Statute to this regard.

     The original of this transcript has been
forwarded to the ordering party and your errata,
once received, will be forwarded to all ordering
parties.
Sincerely,

Amar Kredi
Apex Reporting Group
cc:  Shane Weaver, Esq.
WAIVER:
I,_____hereby waive the reading &
signing of my deposition transcript.
_____          _____
Deponent Signature          Date

*Federal Civil Procedure Rule 30 (e)/Florida Civil
Procedure Rule 1.310 (e)

**A**

**ability (1)** 29:23
**able (12)** 6:21 7:11
    14:17 16:7 17:23
    24:25 27:15 28:18
    29:14 30:5 48:10
    48:18
**above-referenced (1)**
    56:8
**absence (3)** 20:12
    25:18 48:16
**accurate (3)** 18:11
    54:4,5
**acetabulum (1)** 20:15
**action (3)** 7:6 53:12
    53:12
**active (2)** 25:10 26:16
**actual (1)** 16:21
**additional (1)** 17:4
**adjusted (1)** 17:16
**advice (1)** 49:2
**advise (2)** 25:14 56:8
**advised (5)** 18:15
    33:6 34:6 36:7 49:2
**affiliated (4)** 11:22,25
    12:1,13
**affirm (1)** 5:1
**ago (7)** 8:22 12:3,4,5
    13:23 28:3 45:18
**agree (2)** 13:7,17
**ahead (3)** 11:4 37:25
    38:1
**al (2)** 1:7 56:5
**allegations (1)** 32:24
**Amar (5)** 1:21 52:15
    53:4,18 56:18
**annexed (1)** 51:1
**answer (8)** 6:5,17,24
    7:11 39:7 43:22
    44:1,3
**answering (1)** 7:15
**antibiotic (1)** 26:5
**antibiotics (2)** 26:10
    27:13
**anybody (2)** 32:16
    34:13
**Anyway (1)** 29:9
**Apex (2)** 1:22 56:19
**apparently (1)** 18:8
**appearance (2)** 2:11
    4:18
**APPEARANCES (2)**
    2:1,5
**appeared (1)** 52:8
**appearing (1)** 4:11
**appointment (2)**
    40:20 41:6
**appreciate (1)** 50:18
**approval (3)** 43:11,16
    44:12
**approximately (1)**
    38:16
**area (1)** 26:15
**arrangements (3)**

13:5,11 56:9
**arthroplasty (3)** 20:8
    20:17 24:5
**asked (1)** 27:3
**asking (4)** 6:4 32:4
    40:2 47:22
**aspect (3)** 18:1,2,7
**assessment (1)** 36:11
**assistant (4)** 2:7 8:19
    16:11 34:11
**assume (2)** 30:19
    36:10
**attach (1)** 48:3
**attached (2)** 46:8
    54:6
**attend (1)** 6:11
**attorney (7)** 2:7,7 4:8
    4:20 47:5 53:10,11
**attorneys (1)** 6:4
**authority (1)** 52:4
**authorize (1)** 44:16
**authorized (1)** 53:5
**available (1)** 56:9
**Ave (1)** 56:3
**Avenue (2)** 1:18 2:3
**aware (3)** 21:1 38:11
    38:22

**B**

**B (6)** 3:9 19:5,5,24
    20:4,4
**back (11)** 11:18 15:1
    15:4 17:13,17 22:9
    33:5 34:24 42:1
    46:10 49:14
**bacteria (1)** 26:25
**bad (1)** 30:19
**based (6)** 21:16 22:24
    25:4 36:11,14 37:1
**bases (1)** 34:4
**basically (1)** 25:21
**basing (2)** 36:17,20
**Beach (1)** 2:9
**behalf (2)** 1:13 4:14
**believe (1)** 19:12
**BERGER (1)** 2:2
**best (3)** 36:15,18
    37:22
**better (3)** 8:12 30:13
    30:15
**big (2)** 19:9 25:23
**biopsies (1)** 48:19
**bit (1)** 8:6
**boards (1)** 10:24
**bone (2)** 25:23 27:7
**bones (1)** 20:17
**bottom (1)** 15:10
**bound (1)** 24:3
**break (2)** 6:9,11
**brief (1)** 35:20
**briefly (1)** 6:2
**brought (1)** 16:11
**busy (1)** 50:18

**C**

**C (4)** 3:10 21:19,22
    22:25
**call (1)** 6:12
**called (1)** 32:14
**candidate (1)** 48:24
**capable (1)** 30:20
**capacity (1)** 1:7
**care (5)** 24:4 32:8
    33:22 40:17 43:3
**case (4)** 1:2 27:20
    39:21 49:21
**cause (1)** 18:23
**cc (1)** 56:20
**Center (2)** 45:4 46:6
**centimeters (1)** 18:7
**certain (1)** 27:20
**Certainly (1)** 16:3
**CERTIFICATE (2)**
    52:1 53:1
**certifications (1)**
    10:22
**Certified (3)** 1:21
    53:4,18
**certify (3)** 52:4 53:5
    53:10
**chance (1)** 20:5
**change (2)** 12:3 42:22
**changes (3)** 20:7,13
    20:16
**charge (1)** 44:21
**chart (6)** 13:22 14:1
    16:4,11 46:16,17
**check (1)** 19:13
**CHIMPOULIS (1)**
    2:13
**choice (2)** 49:23 50:4
**chronic (1)** 11:11
**citing (1)** 54:6
**Civil (2)** 56:24,24
**claims (1)** 7:8
**clear (6)** 7:3,5 27:18
    29:12 36:1,6
**closer (1)** 8:11
**Colgan (45)** 2:2 3:4
    4:12,19,20 8:3 11:8
    15:13 16:1,15,25
    19:12,16,19,23
    22:11 26:20 28:9
    28:19 29:3,20 30:7
    31:3,25 33:9 34:16
    35:3 37:9,20 38:2
    39:6,17,25 40:10,23
    41:13 42:6,12 44:8
    46:20,23 47:1,24
    49:11 50:19
**come (1)** 13:12
**comes (1)** 31:16
**coming (1)** 14:16
**commend (1)** 33:13
**Commission (1)**
    52:16
**communicate (1)**
    44:16

**company (1)** 32:14
**compatible (2)** 20:8
    20:16
**complaining (1)**
    17:25
**complete (1)** 53:8
**completed (2)** 56:8
    56:12
**completely (2)** 27:12
    34:7 54:4
**complicated (2)** 11:3
    11:5
**components (1)** 16:14
**composite (5)** 3:9 4:1
    14:12 17:10 19:5
    19:24 20:4
**concerned (2)** 17:2
    41:19
**conclude (1)** 50:20
**concluded (1)** 51:2
**conclusion (7)** 25:5,6
    29:13 31:2 34:5,12
    35:7
**conclusions (1)** 35:13
**condition (2)** 26:11
    34:1
**conditions (1)** 26:13
**confusing (1)** 45:20
**connected (1)** 53:11
**consent (2)** 43:16
    44:12
**considered (1)** 56:12
**consisted (1)** 48:11
**consistent (1)** 28:7
**consult (9)** 18:21 23:3
    23:4 29:6 40:18
    44:14,14 46:24
    49:1
**consultant's (8)** 21:21
    22:25 23:8 24:9,10
    28:7 34:5 36:2
**consultation (10)**
    15:8,18,23,23 20:20
    22:9 27:21 31:9
    35:14 48:5
**consulted (1)** 22:18
**consulting (1)** 22:21
**consults (1)** 40:15
**contact (1)** 56:9
**context (1)** 45:6
**continuation (1)** 24:4
**contract (4)** 43:1,7
    45:10,16
**contracts (1)** 46:2
**contrast (1)** 18:16
**controlled (1)** 29:8
**copy (7)** 16:7 17:1
    46:24 47:8 49:20
    50:25,25
**correct (11)** 24:23
    36:8 38:5,9,17
    40:13 42:15,19
    48:1 54:3,5
**correction (2)** 32:11

54:6
**corrections (24)** 1:7
    4:9 7:9 12:10 13:6
    31:11,14 32:17
    33:2,7 34:14,25
    42:14,18 43:2,12
    44:11,19 45:17,23
    48:6,23 49:6 54:6
**counsel (3)** 50:25
    53:10,11
**COUNTY (2)** 52:3
    53:3
**couple (1)** 15:21
**course (4)** 4:23 32:9
    35:8 36:19
**court (7)** 1:1 4:24 5:4
    6:6,13 43:23 50:6
**covered (1)** 34:4
**Cross-Examination...**
    3:3,4 35:18 37:8
**cross-examine (1)**
    17:5
**CT (1)** 18:9
**Cuba (2)** 9:7,12
**current (4)** 8:23,24
    25:8 34:1
**currently (1)** 11:23
**cyst (10)** 18:9,19,24
    38:8,24 40:4 41:10
    41:14,15,16
**D**
**D (5)** 3:10 23:6,10,17
    23:20
**dated (3)** 19:16 21:21
    53:13
**dates (1)** 19:13
**David (4)** 2:12 4:16
    44:23 45:1
**day (7)** 22:2,20 24:18
    34:2 48:13 52:10
    53:13
**days (1)** 56:12
**de (19)** 1:12 3:2 4:10
    4:22 5:10,23,25
    7:17 15:15 17:18
    35:20,25 52:6 53:6
    54:9 55:2,25 56:2,5
**Dear (1)** 56:7
**December (12)** 22:15
    22:18 24:17,17
    29:6 33:17,20 36:1
    38:19 45:20 46:12
    46:25
**decision (8)** 32:3,8
    34:7,8 35:1,15
    36:17,20
**declare (1)** 55:20
**Defendant's (10)** 3:9
    3:9,10,10 4:1 17:10
    17:11 19:24 21:22

23:17
**Defendants (4)** 1:8,13
2:5,11
**definitely (1)** 26:10
**delineate (1)** 18:17
**deny (3)** 31:12,15
32:18
**denying (2)** 33:8,13
**Department (27)** 1:7
4:9 7:8 12:10 13:5
15:7 31:10,14
32:10,17 33:2,7
34:13,25 42:14,18
43:2,12,17 44:10,15
44:19 45:17,22
48:6,23 49:6
**Deponent (1)** 56:23
**deposed (2)** 5:24
49:17
**deposition (15)** 1:12
3:2 4:10 6:3 17:4
49:15 50:8 51:2,5
53:1,5 55:2 56:5,8
56:22
**determination (2)**
36:11 37:1
**determine (1)** 48:19
**diagnosis (2)** 18:11
24:5
**difference (1)** 29:1
**different (2)** 13:14
40:16
**difficult (2)** 11:7 44:3
**diffusely (1)** 20:18
**Direct (2)** 3:3 5:13
**disadvantage (1)** 17:6
**disaster (1)** 36:25
**disclosed (1)** 47:5
**discussed (2)** 33:2
45:9
**Discussion (1)** 17:9
**DISTRICT (2)** 1:1,1
**divided (1)** 41:17
**division (1)** 41:16
**doctor (22)** 4:24 5:15
7:18 8:5,11,15,17
17:19 20:2 23:20
23:21 29:19 34:11
36:5 37:5,17 43:18
43:20,22 45:7
50:16,19
**doctor's (2)** 16:10,13
**doctors (7)** 21:4 23:3
23:4 28:24 30:9,10
30:11
**document (2)** 21:18
55:20
**documents (3)** 22:14
22:17 47:4
**doing (3)** 30:20 34:24
44:21
**double (1)** 19:13
**Dr (18)** 1:14 2:5 4:10
4:15,16,22 5:25

7:17 15:15 17:17
35:20,23,24,25
44:23 45:1,3,8
**Drive (1)** 2:8
**due (2)** 25:7 26:18
**duly (2)** 5:11 52:8
**duplicated (1)** 50:25

_____ E _____
**e (1)** 56:25
**E-X-H-I-B-I-T-S (1)**
3:7
**e)/Florida (1)** 56:24
**easier (3)** 16:5,12
23:16
**eight (1)** 12:3
**either (4)** 45:21 49:17
49:19 50:11
**emergency (1)** 13:14
**employee (2)** 53:10
53:11
**equipment (1)** 8:13
**Eric (2)** 2:14 4:13,14
35:22
**errata (2)** 55:1 56:15
**Esq (4)** 2:2,6,14
56:20
**estimate (1)** 10:14
**et (2)** 1:7 56:5
**evaluate (1)** 24:4
**evaluated (1)** 44:15
**evaluation (1)** 25:4
**exact (1)** 15:20
**exactly (3)** 13:25
18:25 28:2
**examination (5)** 1:19
3:3 5:13 18:6 48:11
**examined (1)** 5:12
**exams (1)** 9:21
**Excuse (1)** 8:3
**exhibit (26)** 3:9,9,10
3:10 4:1 14:12,13
14:21,23 15:1,4,19
16:6,8 17:10,11,18
17:22 19:5,24 20:4
21:19,22 22:25
23:17,20
**exhibits (1)** 50:24
**experience (1)** 36:21
**expert (1)** 36:21
**experts (2)** 28:6,17
**Expires (1)** 52:16
**explain (1)** 6:2
**extensive (1)** 20:7

_____ F _____
**face (1)** 14:6
**facilities (1)** 13:15
**facility (4)** 23:3,4,21
24:12
**facts (1)** 55:20
**failed (1)** 24:6
**fair (1)** 36:10
**familiar (1)** 13:20

14:4
**far (5)** 13:4,10 32:16
34:23 38:3
**fast (1)** 42:7
**FDC (2)** 1:14 2:5
**February (3)** 39:2,13
40:12
**federal (3)** 12:15
56:13,24
**feeling (1)** 18:4
**femoral (2)** 20:13,14
**femur (5)** 20:23,24
22:5 25:19 48:16
48:17
**FF974505 (1)** 52:16
**file (4)** 47:11,25 48:2
48:7
**filling (1)** 44:19
**financially (1)** 53:12
**find (6)** 18:19 39:1,10
39:20 40:3 54:2
**fine (1)** 50:5
**finish (1)** 43:21
**finished (1)** 44:2
**first (16)** 5:11 7:10
14:17 15:22 17:24
18:16,20,20 19:14
21:4 23:13 26:14
38:4 39:23 40:15
43:16
**five (3)** 10:18 28:24
36:23
**Fl (1)** 56:3
**Flagler (1)** 2:8
**flip (2)** 14:25 15:2
**flipping (1)** 46:22
**Florida (19)** 1:1,7,18
1:21,23 2:3,9,15
7:21 9:4,13,19,20
12:10 45:4 52:2,15
53:2 56:13
**fluid (1)** 18:8
**follow-up (2)** 40:20
41:5
**following (1)** 33:22
**follows (1)** 5:12
**foregoing (4)** 50:24
53:5,8 55:20
**Forget (2)** 35:11 36:4
**forgot (1)** 25:14
**form (26)** 11:8 15:20
22:11 26:20 28:9
28:19 29:3,20 30:7
31:3 33:9 34:16
35:3 39:4,5,15,22
40:7,21,22 41:7
42:3,4,9 44:20 48:5
**Fort (1)** 1:23
**forth (1)** 54:5
**forwarded (2)** 56:15
56:15
**four (3)** 19:8,17 48:4
**fractures (1)** 42:24

**fragment (1)** 25:23
**Freedman (15)** 2:14
3:3 4:14,14 16:9,18
16:21 31:20 35:19
35:22 39:5 40:21
42:4 46:14,17
**front (3)** 15:16,20
19:1
**full (3)** 5:15,17,21
**furnished (1)** 50:25
**further (6)** 35:17
40:5 49:12,13
50:16 53:10
**future (3)** 26:4 27:11
49:7

_____ G _____
**GARFINKEL (1)** 2:2
**general (6)** 2:7,7 10:7
12:20 34:22 45:21
**George (8)** 1:4 4:21
13:21 38:4 47:12
48:8,11 56:5
**give (3)** 5:2 16:1
21:25
**go (12)** 9:2,5 11:18
16:23 18:18 21:25
24:12 37:25 38:1
41:4 50:10,21
**goes (1)** 30:14
**going (21)** 6:2,18 8:10
14:11 15:3 16:12
17:4,7,17 18:14,19
19:4,5,6 21:18 23:7
37:20 43:24 44:5
49:14 50:22
**good (2)** 37:6 50:3
**gotten (1)** 20:5
**grab (2)** 37:15,17
**graduate (1)** 9:10
**Group (2)** 1:22 56:19
**guess (4)** 4:13 17:3
19:7 32:13
**guy (1)** 28:18
**guys (1)** 16:24

_____ H _____
**hand (3)** 4:25 17:17
52:9
**handing (1)** 46:14
**Hang (2)** 31:19 37:12
**happen (1)** 50:5
**happened (2)** 12:12
41:12
**happens (1)** 26:9
**happy (1)** 6:9
**hard (1)** 6:19
**Havana (3)** 9:7,8,9
**head (4)** 6:22 7:2
20:13 32:14
**Health (6)** 2:11 4:15
35:23 45:11,13
47:5
**hear (5)** 6:8,15 8:6

37:16,16
**heard (1)** 37:23
**held (1)** 17:9
**hello (1)** 45:7
**help (2)** 23:14 28:24
**hereto (2)** 50:25 54:6
**Hernandez (3)** 2:12
4:15 35:23
**hi (1)** 45:7
**hip (29)** 10:10,15
11:1,10,13,16,19
18:3,5 20:9,9,17
22:9 23:25 24:1,5,6
24:7 25:2,22 27:10
28:18 29:24 30:25
32:18 38:23 39:12
42:22 48:25
**hips (2)** 26:18 30:10
**history (2)** 11:7,11
**hold (3)** 8:10 20:3
31:20
**honest (1)** 32:5
**hope (1)** 23:9
**Horn (30)** 1:4 4:21
13:21 14:15,18
20:20 22:8,15,18
27:22 28:5 31:9
32:18 33:2,16,19
34:23 35:12 36:12
36:18 37:11 38:4
38:23 40:17 41:1
47:12 48:11,24
49:7 56:5
**Horn's (4)** 21:2 33:22
46:10 48:8
**hospital (15)** 11:24
11:25 13:14 19:9,9
42:15,19,25 43:5
44:17,21 45:17,18
45:21,25
**hospitals (2)** 11:23
46:2
**Hosseini (2)** 1:14 2:5
**huge (3)** 18:6,18
20:21
**hundred (1)** 10:18
**HUNTER (1)** 2:13

_____ I _____
**I-N-D-E-X (1)** 3:1
**idea (1)** 12:17
**identification (6)** 3:8
4:2 17:12 19:25
21:23 23:18
**identify (1)** 17:23
**implant (6)** 25:11
26:16 27:4 28:18
38:24 39:13
**implantation (2)**
11:19 22:10
**implanted (2)** 25:2,9
**implants (2)** 25:7,12
**incentive (1)** 32:22
**include (1)** 16:8

**including (1)** 21:4
**indicate (1)** 14:9
**indication (2)** 11:13
  20:11
**infected (3)** 23:25
  36:24 48:20
**infection (24)** 24:7
  25:7,8,10,10 26:15
  26:16,18,24 27:7,12
  28:16,17,18,21 29:8
  29:14,16 30:3 31:6
  31:7 41:20,21,25
**infections (1)** 25:17
**influence (1)** 35:1
**influenced (2)** 34:13
  34:20
**information (1)** 48:22
**inmate (9)** 7:7 12:9
  12:10 13:20 14:14
  30:23 34:24 35:1,6
**inmate's (1)** 32:8
**inmates (13)** 11:3
  12:18 13:10,25
  35:13 42:13,17,21
  42:23,25 43:3
  45:16,22
**inside (1)** 18:8
**institution (1)** 34:10
**instructions (1)** 50:12
**interested (1)** 53:12
**interests (1)** 36:15
**interference (1)**
  31:21
**interrupt (1)** 8:4
**involved (1)** 11:2
**involving (2)** 7:7,7
**Island (1)** 2:14
**issue (5)** 28:13,16
  29:12 30:4 31:1

**J**

**January (9)** 38:5,19
  39:11 40:13,18
  41:2,18 45:20
  46:10
**job (4)** 13:18,19
  30:19,20
**jog (1)** 23:14
**joint (1)** 25:2
**Jones (2)** 1:6 56:5
**Jose (11)** 1:12 3:2
  5:10,23 52:6 53:6
  54:9 55:2,25 56:2,5
**judge (1)** 6:7
**judgment (2)** 36:21
  37:2
**Julie (1)** 1:6 56:5
**Jumping (1)** 11:4
**June (1)** 1:17 52:10
  53:13 56:1

**K**

**KATZMAN (1)** 2:2
**keep (4)** 6:20 9:2

16:17 37:7
**Kendall (1)** 46:5
**kind (4)** 6:18 32:21
  41:9 44:4
**kinds (4)** 10:21,22,24
  13:11
**knees (1)** 30:12
**know (35)** 6:12,18,22
  11:6 12:22 13:24
  15:19 17:20 18:19
  18:22,25 20:5 21:1
  21:3 22:23 24:2,10
  24:15,15 26:23
  27:19 33:7,25 38:4
  38:18 41:9,12,22
  43:24 44:4 46:1,4,4
  50:3,7
**Kredi (5)** 1:21 52:15
  53:4,18 56:18

**L**

**L (12)** 1:6,12 3:2 5:10
  52:6 53:6 54:9 55:2
  55:25 56:2,5,5
**Larkin (12)** 11:24
  12:1,2,13,14 19:8,9
  42:14,19 43:4
  45:17,21
**Lauderdale (1)** 1:23
**left (1)** 45:4
**leg (8)** 38:8,24 40:4,5
  40:18 41:20,25
  48:19
**Leon (19)** 1:12 3:2
  4:10,22 5:10,23,25
  7:17 15:15 17:18
  35:21,25 52:6 53:6
  54:9 55:2,25 56:2,5
**let's (9)** 11:18 14:21
  14:23 15:3 16:23
  23:6 34:21 47:17
  47:18
**letter (3)** 50:7 56:8,12
**letterhead (1)** 19:9
**letting (2)** 24:10 50:7
**license (6)** 7:23 8:20
  8:21 9:3,21,22
**licensed (2)** 7:20 8:16
**licenses (1)** 7:25
**limited (1)** 11:12
**limping (1)** 11:12
**line (3)** 31:24 54:6
  55:3
**List (1)** 54:5
**little (4)** 8:6,12 34:21
  49:22
**long (3)** 6:10 7:23
  41:4
**longer (1)** 45:22
**look (6)** 14:21,23
  15:14 16:2 20:4
  46:18
**looked (1)** 20:2
**looking (4)** 14:8

15:13,22 17:23
**looks (2)** 15:9 38:16
**loudly (1)** 6:15
**Luis (1)** 5:23
**LYNN (1)** 2:13

**M**

**M.D (12)** 1:12 2:12
  2:12 3:2 5:10 10:23
  52:6 53:6 54:9 55:2
  55:25 56:2
**M.D.- (1)** 56:5
**Maitland (2)** 2:3,3
**making (1)** 34:7
**malpractice (1)** 7:6
**mark (5)** 16:19 19:4
  23:6,10 54:2
**marked (8)** 4:2 14:12
  14:13 16:16 17:18
  19:25 21:22 23:17
**Marlene (1)** 4:15
**MARLINE (1)** 2:12
**mass (7)** 18:7,10,13
  18:15,17,23 20:21
**massive (1)** 26:5
**mean (6)** 4:18 8:3,25
  14:4 30:17,18
**means (1)** 25:20
**medial (2)** 18:1,7
**medical (8)** 8:13 9:5
  9:21 36:21 37:2
  43:2 46:6 47:25
**medications (1)** 7:14
**meet (1)** 33:3
**memory (1)** 23:14
**Miami (2)** 1:18 56:3
**MIAMI-DADE (2)**
  52:3 53:3
**Michael (2)** 2:4 4:12
**mike (16)** 4:17,20
  8:10,13 15:6 16:10
  19:11 21:20 23:7
  31:20 37:12,23
  38:1 43:19,19
  46:14
**mind (3)** 5:15 6:24,25
**minute (2)** 17:19
  47:17
**misquoted (1)** 49:21
**missing (2)** 20:24,24
**moment (1)** 11:25
**months (8)** 36:23
  38:17,18,21 39:24
  40:6,12 42:7
**motion (1)** 11:12
**MRI (16)** 18:10,14,16
  18:20,25 21:7 38:8
  38:11 39:13 40:4
  41:8,9,23 42:1,5,10
**multiple (1)** 11:16

**N**

**N (1)** 2:8
**name (10)** 4:4,8 5:16

5:17,20,21 13:21,24
  13:25 35:22
**need (5)** 6:9,10 18:20
  26:11 28:5
**needed (2)** 11:21 30:4
**needs (2)** 24:5 44:13
**never (7)** 6:1 11:21
  26:19 35:6,6 45:8
  46:7
**new (4)** 8:20 9:2 22:9
  25:8
**North (1)** 2:3
**Notary (2)** 1:21 52:15
**notation (1)** 49:22
**note (1)** 46:15
**noted (2)** 20:13,15
**notes (5)** 23:2 26:23
  28:7 47:10 53:9
**number (1)** 12:21
**nurse (1)** 34:10

**O**

**O (1)** 2:2
**oath (3)** 6:5 52:1 54:7
**Object (20)** 11:8
  22:11 26:20 28:9
  28:19 29:3,20 30:7
  31:3 33:9 34:16
  35:3 39:4,5,15,22
  40:7,22 41:7 42:3
**obtain (1)** 44:11
**obviously (1)** 7:18
**occasion (1)** 49:7
**offer (1)** 32:21
**office (10)** 2:7 31:24
  42:2,24 46:9,15,17
  47:2,11 56:9
**office's (1)** 47:25
**official (3)** 1:7 47:11
  52:9
**oh (7)** 4:23 5:21 12:3
  26:13 37:6,19
  38:21
**okay (67)** 4:22 5:8,24
  6:2 7:4,5,17,25 8:8
  8:18,23 9:8,24
  11:22 12:23 13:16
  14:3,11 15:3 16:1
  16:15 17:13,16,21
  17:22 18:22 19:19
  20:6 21:16 22:2,6
  22:24 23:2,11,21,24
  24:3,8 25:4,21
  28:23 30:23 31:8
  31:25 32:7,16
  34:21 37:4,24 38:3
  38:22 41:24 43:6
  44:6,7,9 45:19 46:1
  46:23 47:4,8 48:3
  48:22 49:5,11
  50:14,15
**old (3)** 8:20,21 23:24
**once (6)** 14:20,20,24
  39:23 45:3 56:15

**operated (1)** 41:11
**operation (2)** 29:15
  36:23
**opinions (1)** 36:14
**order (1)** 44:11
**ordered (2)** 41:8,23
**ordering (2)** 56:15,15
**orders (3)** 49:18,24
  50:6
**original (1)** 56:14
**orthopedic (4)** 9:14
  9:16 10:3 36:22
**Orthopedics (1)** 10:5
**osteomyelitis (3)**
  23:25 27:6,7
**osteopenic (1)** 20:18
**osteotomy (1)** 20:13
**overall (1)** 9:24

**P**

**P.A (1)** 2:13
**p.m (3)** 1:17,17 51:3
**page (7)** 3:2 15:2,2,22
  19:14 54:6 55:3
**pages (9)** 15:4,21
  19:8,18 46:22 47:8
  48:4 53:8 54:2
**pain (2)** 11:12 17:25
**Palm (1)** 2:9
**paper (2)** 21:6 24:16
**papers (1)** 48:9
**part (7)** 6:23 7:2 10:9
  13:17,19 20:23,24
**particular (2)** 13:24
  44:18
**parties (2)** 53:11
  56:16
**parties' (1)** 53:11
**parts (2)** 41:16,17
**party (2)** 49:18 56:15
**patient (21)** 6:11 11:6
  11:16,19 17:25,25
  19:2 23:24 24:2,5
  24:13,14,16,18 27:6
  38:13 40:3,14 41:1
  44:13 45:9
**patient's (1)** 16:4
**patients (9)** 11:11,20
  12:15 13:13,17
  26:17 34:9 42:24
  45:25
**pause (1)** 21:17
**payment (1)** 43:7
**penalties (1)** 55:20
**perform (1)** 48:18
**performed (2)** 11:15
  44:12
**period (2)** 40:14
  45:15
**perjury (1)** 55:20
**persistent (1)** 24:6
**person (2)** 44:10
  49:16
**personally (2)** 43:1

52:8
**pertaining (1)** 48:7
**phone (5)** 2:2 4:11
6:11 37:16,17
**physically (2)** 29:19
30:5
**physician (1)** 39:12
**pick (1)** 37:18
**picked (1)** 31:23
**piece (1)** 16:13
**Pine (1)** 2:14
**place (13)** 18 24:1,22
**plaintiff (5)** 1:5 2:1
4:12,21 27:19
**plan (2)** 36:2,6
**Plantation (1)** 2:15
**please (12)** 13:8 16:2
22:16 24:3 33:18
39:9,19 42:16
44:25 47:7,18 56:9
**point (3)** 18:22 26:12
27:22
**Ponce (20)** 1:12 3:2
4:10,22 5:10,23,25
7:17 15:15 17:17
35:20,25 45:8 52:6
53:6 54:9 55:2,25
56:2,5
**Portal (1)** 2:17
**possession (2)** 46:11
46:13
**possibility (2)** 26:3
30:14
**possible (1)** 41:24
**possibly (1)** 6:3
**post (3)** 20:11 23:24
24:6
**posterior (1)** 18:2
**practice (2)** 10:9
50:18
**practicing (5)** 9:12,18
9:25 10:16 42:19
**present (5)** 2:17 36:7
49:2,3,4
**prevent (1)** 7:15
**prevented (1)** 27:9
**prior (2)** 31:11 39:13
**prisoners (1)** 13:4
**prisons (2)** 12:15,16
**privileges (1)** 46:5
**problem (2)** 30:24
44:6
**procedure (3)** 43:15
56:24,25
**procedures (2)** 11:3,6
**programmed (1)**
24:16
**proposition (1)** 32:5
**prosthesis (9)** 20:12
21:8,13 24:7,19
25:8 29:5 38:15
40:9
**prothesis (1)** 36:24
**provide (3)** 43:2

48:22 49:7
**provided (2)** 43:14
46:9
**proximal (5)** 20:14
20:22 25:19,19
48:17
**Public (2)** 1:21 52:15
**purpose (1)** 54:7
**purposely (1)** 31:15
**put (3)** 29:23 40:16
49:14
**puts (1)** 17:6
**putting (1)** 8:12

_____

**Q**

**question (20)** 6:7
11:9 22:12 26:21
28:10,20 29:4,21
30:8 31:4 33:10
34:17 35:4 38:3
39:8,9 40:24 43:24
44:2 47:7
**questions (9)** 6:4,17
7:11 35:20 37:4,10
37:22 43:21 49:12
**quick (1)** 37:7

_____

**R**

**radiology (4)** 19:7,8
21:16 48:4
**raise (1)** 4:25
**range (1)** 11:12
**read (11)** 24:13,15
49:19,23,24,25 50:3
50:12 54:2 55:20
56:10
**reading (6)** 13:22
14:1,2 51:4 54:1
56:21
**reads (2)** 36:2,6
**ready (2)** 42:5 50:8
**realizing (1)** 54:6
**reason (7)** 24:14
27:23 29:13 30:24
31:7 54:6 55:3
**reasonable (1)** 56:12
**recall (2)** 33:16,19
**receipt (1)** 56:12
**receive (4)** 39:2 40:11
40:20 43:11
**received (6)** 9:20
38:23 40:5,8 46:8
56:15
**receiving (1)** 43:7
**Reception (1)** 45:4
**recollection (2)** 14:15
21:2
**recommend (2)** 24:4
41:4
**recommendation (2)**
25:25 38:12
**recommended (6)**
18:10 21:7 38:7
40:4,19 42:1

**record (12)** 4:3,5
15:14 16:22,24
17:7,9,14 46:9
50:21,23 53:8
**records (15)** 14:8,11
14:16 15:17 16:13
17:1,5,17 19:11
20:19 46:8,11 47:2
47:11 48:7
**recurrent (1)** 26:14
**recurring (1)** 25:16
**Reddick (6)** 2:12 4:16
35:24 44:24 45:2,3
**referred (1)** 15:15
**refused (1)** 32:22
**regard (2)** 43:7 56:13
**regarding (1)** 39:12
**Regional (1)** 46:6
**reimplantation (1)**
27:10
**reimplantations (1)**
11:16
**rejected (3)** 25:9,12
26:18
**related (1)** 32:16
**relations (1)** 18:17
**relative (2)** 53:10,11
**remained (2)** 40:17
41:1
**remark (2)** 16:18,21
**remarked (1)** 17:11
**remember (20)** 10:17
13:23,25 14:4,6,7
14:19 20:20,21,22
21:11 22:6,8,21
28:2,14 30:13
31:10,13 43:49
**remind (1)** 43:20
**remodeling (1)** 20:15
**removal (4)** 18:15
20:11 24:7 36:24
**remove (1)** 21:14
**removed (8)** 18:13
20:9 24:1,19 25:7
29:6 38:15 40:9
**repeat (8)** 6:8 13:8
22:16 36:16 39:9
39:19 44:25 47:7
**replacement (3)**
11:13 18:3 48:25
**replacements (5)**
10:10,15 11:1,10
42:22
**report (17)** 15:8,24
19:8 21:16,21
22:25 23:8 24:9
28:8 31:2 33:5 34:6
36:2 42:5 48:5 50:7
53:5
**reporter (8)** 1:21
4:24 5:4 6:14 43:23
50:6 53:4,18
**REPORTERS (1)**
53:1

**Reporting (2)** 1:22
56:19
**reports (2)** 27:5 48:5
**represent (1)** 35:22
**request (5)** 15:9,25
24:9,10 49:6
**request/consultant'...**
15:24
**request/consultatio...**
23:8
**requested (1)** 53:7
**requesting (3)** 18:25
23:3,4
**required (1)** 43:11
**resected (1)** 25:24
**resection (2)** 20:8,16
**response (2)** 38:12
47:6
**responses (1)** 8:7
**restricted (1)** 9:21
**results (2)** 41:9 42:10
**return (1)** 42:8
**returned (1)** 48:6
**returning (1)** 41:5
**review (8)** 17:1,19
20:5 50:8 53:7 56:9
56:10,11
**reviewed (1)** 20:19
**revise (1)** 11:19
**revision (2)** 11:21,21
**right (32)** 4:19,25
7:17 8:15 10:5 11:1
12:7 14:5 15:10,25
18:1,2 20:8,12,17
20:25 22:5 23:9,25
24:5,6,21 25:19
30:19 31:6 40:1
46:15 49:17,19,23
49:25 50:15
**Road (1)** 2:14
**Robert (1)** 2:17
**roughly (4)** 10:14,18
12:6,17
**Rule (2)** 56:24,25
**Rules (1)** 56:13

_____

**S**

**S.E (1)** 1:22
**S.W (2)** 1:18 56:3
**safe (1)** 30:20
**sake (1)** 15:6
**saw (35)** 12:18 13:23
14:2,18,19 17:24
18:6 21:5,6,10
22:14,17,20 24:16
24:18,18 26:1,7
33:3,16,19 34:24
35:13 37:11 38:4
38:14,16 39:23
40:13 41:10,18
42:13,17 45:3
48:15
**saying (4)** 6:8 36:5
40:11 47:10

**says (4)** 15:24 20:7
28:5 30:23
**scan (1)** 18:9
**schedule (1)** 44:17
**school (1)** 9:6
**seal (1)** 52:9
**second (6)** 15:2 16:2
16:24 31:19 37:13
40:15 43:19,20
**Secretary (1)** 1:6
**see (32)** 6:13,21 13:12
13:15,17 14:19
17:5 18:14 22:3
23:1,22 25:11 26:9
26:11,13 27:5 29:5
34:2,3,8,9 37:19
38:13 39:12 40:14
41:8 45:16 47:17
47:17,19 49:20
50:10
**seeing (2)** 31:11 45:6
**seen (3)** 13:24 21:3
24:8
**send (4)** 13:6 24:13
24:14 50:6
**sense (1)** 50:1
**sent (7)** 13:11 22:8,22
24:11 25:1 27:14
33:5
**septated (3)** 18:9,24
41:14
**Septum (1)** 41:16
**serious (1)** 28:17
**set (1)** 54:5
**shaft (1)** 20:14
**shake (2)** 6:22 7:1
**Shane (3)** 2:6 4:8
56:20
**sharp (1)** 20:13
**SHEET (1)** 55:1
**Shorthand (3)** 1:21
53:4,18
**shot (1)** 17:3
**shoulder (1)** 30:11
**show (5)** 15:2 21:18
22:14,17 23:13
**showed (1)** 18:9
**showing (1)** 23:20
**shows (3)** 20:12 21:6
48:16
**sign (2)** 56:10,10
**Signature (1)** 56:23
**signing (3)** 51:4 54:1
56:22
**Sincerely (1)** 56:17
**Sir (1)** 56:7
**sitting (1)** 6:6
**skills (1)** 30:6
**somebody (6)** 21:15
24:22 31:6,23
32:2 49:24
**soon (4)** 40:19 41:25
42:5
**sorry (9)** 16:24 31:19

36:5 37:12 43:18
43:19 44:7 46:18
46:20
**sound (1)** 12:7
**source (1)** 27:2
**Sources (6)** 2:11 4:15
35:23 45:11,13
47:6
**South (1)** 2:14
**SOUTHERN (1)** 1:1
**speak (3)** 6:15 8:5
44:18
**specialist (1)** 8:19
**specialize (2)** 30:11
30:11
**specialized (1)** 30:10
**specialty (1)** 10:5
**specifically (1)** 27:15
**spoke (1)** 44:11
**spoken (2)** 44:23 45:1
**ss (2)** 52:2 53:3
**stamp (1)** 15:10
**start (2)** 9:18 15:3
**state (8)** 1:21 7:20 9:3
12:15 13:4 52:2,15
53:2
**stated (1)** 55:21
**statement (1)** 28:4
**statements (1)** 27:20
**states (3)** 1:1 8:1,16
**stating (3)** 5:15 6:25
33:5
**status (2)** 23:24 24:6
**Statute (1)** 56:13
**stenographic (1)** 53:8
**stenographically (1)**
53:5
**sticker (1)** 23:15
**stop (1)** 6:12
**stopped (2)** 12:4,5
**Street (1)** 1:22
**strike (4)** 11:3 24:25
33:4 47:9
**study (1)** 26:14
**subpoena (1)** 47:6
**suggested (1)** 56:11
**Suite (3)** 1:23 2:8,15
**sure (10)** 6:16 7:10
9:5 13:9 30:2 43:25
44:1 49:18 50:9,11
**surgeon (6)** 9:15,16
10:3,7 21:4 36:22
**surgeries (1)** 43:8
**surgery (35)** 11:20
18:12,18 21:14,15
25:14,15 26:1,6,10
27:8,13,16,23 28:6
29:9,10,19,25 30:4
30:21 31:1,12
32:19,22 33:6,8,14
34:6 36:7 44:12,13
44:17 48:25 49:2
**surgical (2)** 18:15
20:7

**surprise (5)** 39:1,10
39:18,20 40:3
**swear (1)** 5:1
**sworn (2)** 5:11 52:8

----

**T**

**take (4)** 6:10 15:1,13
17:19
**taken (3)** 1:13,17,19
**talk (2)** 4:18 6:19
**talking (2)** 15:7 19:20
**team (2)** 28:6,17
**teams (1)** 30:15
**telephone (2)** 4:12
31:22
**tell (11)** 14:17 22:24
24:25 26:24 27:22
28:1 31:11 32:3,11
32:12 48:10
**telling (1)** 32:24
**tells (1)** 31:17
**Ten (2)** 7:24 10:18
**terms (2)** 43:6,9
**testified (1)** 5:12
**testimony (1)** 5:1
**tests (1)** 48:19
**thank (5)** 4:7 5:8 37:5
50:17,19
**thanks (1)** 33:8
**thigh (6)** 18:1,2,2,8
25:22 41:10
**thing (2)** 23:9 32:13
**things (1)** 30:12
**think (10)** 10:14
12:25 20:2,21 23:2
31:24,25 35:16
50:9,9
**thinking (1)** 16:12
**third (3)** 25:19,19
48:17
**thousand (2)** 13:1,2
**Thousands (1)** 12:22
**threaten (1)** 35:9
**three (5)** 13:23 15:4
25:6,12 28:2
**time (48)** 1:17 4:6
14:17 17:8,14,24
21:4,5,7,10,12 24:3
25:13 26:1 27:4,14
27:14 28:15 29:10
29:17,24 30:1,14
33:23 36:2,6,7,12
38:4,7,22 39:23
40:9,15 41:12,18
42:7 45:15,19,20,24
48:24 49:3,3,4,16
50:16,23
**times (1)** 25:12
**timing (1)** 50:17
**today (1)** 7:11
**told (7)** 18:3,4 28:5
31:15 32:18 33:7
35:7
**top (4)** 15:25 19:10

25:21 47:20
**total (6)** 11:13 18:3
23:25 24:1,6 42:22
**track (1)** 6:20
**transcript (2)** 49:18
49:24 53:7,8 54:2,3
54:5 56:8,10,12,14
56:22
**treated (3)** 12:9,14
14:9
**treating (2)** 45:22,24
**treatment (11)** 21:2
26:6 38:23 39:2
40:5,8,12 45:9 46:3
48:8 49:7
**true (4)** 53:8 54:3,5
55:21
**truth (3)** 5:5,5,6
**try (1)** 35:1
**trying (3)** 16:13 34:3
37:21
**twice (1)** 45:4
**two (7)** 9:21 12:3,4,5
14:22 15:4 45:18
**tying (1)** 43:20
**type (4)** 26:24,25 30:4
44:4
**types (1)** 7:14
**typing (1)** 6:14

----

**U**

**uh-huh (2)** 7:1 41:3
**unable (1)** 29:19
**undersigned (1)** 52:4
**understand (5)** 6:7
14:15 39:7 40:24
50:2
**underwent (1)** 18:3
**UNITED (1)** 1:1
**University (2)** 9:8,9
**use (1)** 16:12

----

**V**

**vascular (1)** 18:17
**videoed (1)** 6:21
**Videographer (7)**
2:17 4:5 17:7,13
37:15,25 50:22
**VIDEOTAPED (1)**
1:12
**visit (4)** 39:11 40:19
46:10,12
**vs (2)** 1:5 56:5

----

**W**

**wait (2)** 29:8 47:17
**waive (4)** 49:22,25
56:10,21
**waived (1)** 51:5
**WAIVER (1)** 56:21
**want (17)** 6:14,16 7:5
17:19 20:3,4 23:15
26:8 27:18 29:12
35:25 36:3,5 49:24

49:25 50:10,16
**wanted (4)** 7:10
18:13,14 42:1
**way (12)** 6:5,17 13:10
16:17,25 34:12,15
34:19 37:22 40:16
43:25 50:11
**we'll (3)** 6:12 16:17
16:18
**we're (9)** 4:3,5,9 8:12
17:13 19:4 23:10
37:21 50:22
**We've (3)** 16:16 17:3
17:16
**Weaver (68)** 2:6 3:3
4:3,7,8,17,22 5:8,14
8:8,10,14 11:14
15:6,17 16:3,10,16
16:20,23 17:15
19:4,14,17,21 20:1
21:20,24 22:13
23:6,12,15,19 26:22
28:12,22 29:11,22
31:5,19,23 32:6
33:12 34:18 35:5
35:16 37:12,19,21
38:1 39:4,15,22
40:7,22 41:7 42:3,9
43:18 46:16,22
47:16,20 49:13
50:4,15,20 56:20
**week (1)** 42:11
**went (1)** 13:14
**West (1)** 2:9
**Wexford (8)** 2:11
4:15 32:14 35:23
45:10,13 47:5
48:23
**wheelchair (1)** 24:3
**widening (1)** 20:15
**witness (10)** 1:19 5:3
5:7 31:21 44:6
46:19 47:22 50:2
50:14 52:9
**wonder (1)** 16:4
**words (2)** 8:25 26:9
**works (2)** 6:3 50:9
**wouldn't (3)** 6:24,25
29:1
**write (1)** 44:14
**writing (1)** 15:10
**written (2)** 6:23 7:2
**wrote (4)** 14:2 27:6
48:15 49:1

----

**X**

**x-ray (2)** 20:12 22:3
**x-rays (2)** 20:22 22:5
48:16

----

**Y**

**Yea (1)** 16:20
**yeah (15)** 8:19,24
12:24 13:2 14:24

16:23 19:19,23
20:22 22:5,5,7,20
26:13 29:16
**year (7)** 21:11,11
26:6 29:7,9 38:14
41:11
**years (14)** 7:24 8:22
9:14,22,23 12:3,3,4
12:5 13:23 23:24
28:3 36:22 45:18
**York (2)** 8:20 9:2

----

**Z**

----

**0**

----

**1**

**1 (2)** 53:8 54:2
**1.310 (1)** 56:25
**107 (1)** 1:18 56:3
**11-27-13 (1)** 23:9
**12 (2)** 1:22 9:23
**12-13 (1)** 48:13
**12-13-13 (6)** 19:22
21:21 47:23 48:8
48:14 49:8
**12-13-2013 (1)** 19:16
**12-3 (1)** 47:15
**13 (16)** 20:11 22:15
22:19 24:17,17,17
24:17,20,20 25:13
38:20 40:6,12 42:7
46:25,25
**13th (1)** 36:1
**14 (2)** 12:8 20:6
**14-20341-CIV-LE...**
1:2
**150 (1)** 2:14
**1515 (1)** 2:8
**16 (1)** 52:16
**17 (1)** 3:9
**19 (2)** 3:9 47:8
**1970 (1)** 9:11,25

----

**2**

**2 (1)** 1:17
**2-23-12 (2)** 15:9,25
**2-24-12 (1)** 15:11
**2:25 (2)** 1:17 4:6
**2:40 (1)** 17:8
**2:47 (1)** 17:14
**20 (1)** 38:19
**20-13-13 (1)** 47:22
**2004 (1)** 9:22
**2005 (1)** 18:4
**2006 (1)** 12:6
**2012 (11)** 21:7 38:5
38:19 39:11 40:13
40:18 41:2,19
45:20 46:10 47:12
**2013 (18)** 20:6 22:15
22:19 26:2 30:25
33:17,20 36:1 39:3
39:13 40:12 45:20

46:12 47:12,14,16
  47:21,23
**2014 (1)** 12:6
**2016 (4)** 1:17 52:10
  53:13 56:1
**2020 (1)** 52:16
**21 (1)** 3:10
**227 (1)** 5:19
**23 (6)** 3:10 38:16,18
  38:21,21 39:24
**25 (2)** 9:14 18:7
**27 (1)** 56:1
**27th (2)** 52:9 53:13

_____
            **3**
**3:30 (3)** 1:17 50:23
  51:3
**30 (6)** 10:19,20 36:22
  42:22 56:12,24
**300 (1)** 2:3
**305 (1)** 5:19
**32751 (1)** 2:3
**33165 (2)** 1:18 56:3
**33301 (1)** 1:23
**33324 (1)** 2:15
**33401 (1)** 2:9
**35 (1)** 3:3
**3501 (2)** 1:18 56:3
**37 (1)** 3:4

_____
            **4**
**40 (3)** 10:19,20 42:22
**467-8204 (1)** 56:9

_____
            **5**
**5 (1)** 3:3
**5-13-13 (1)** 24:1
**51 (2)** 53:8 54:2
**510 (1)** 2:15
**52 (1)** 23:24

_____
            **6**
**6-2-16 (1)** 55:2

_____
            **7**
**702 (1)** 1:23
**7th (1)** 1:22

_____
            **8**

_____
            **9**
**9-11-13 (1)** 56:5
**900 (1)** 2:8
**954 (1)** 56:9