# FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

Date: 1/24/14  Transferring FROM: **S.F.R.C.**  Transferring TO: Columbia Annex

Special transportation needs: ☐ No ☑ Yes:  Last TST Date & Results: Questionable Allergies: Codeine, Phenergan, Reglan  Single dose medication: ☐ No ☑ Yes Dilantin 200mg

List: wheelchair  On: 10/16/13 done  ☐ No ☑ Yes Elavil 50mg

Medical Hold: ☑ No ☐ Yes → Reason:  HX+ PPD: 10/16/13 done

Mental Health Hold: ☑ No ☐ Yes → Reason:  12/16/13–68 treatment line

Currently on Suicide Watch / Precautions: ☑ No ☐ Yes

Currently being treated for Medical problems: ☐ No ☑ Yes → Dx: HTN, seizure disorder

Currently being treated for Dental problems: ☑ No ☐ Yes → Dx: D— (SEE DENTAL CHART)

Currently being treated for Mental Health problems: ☐ No ☑ Yes → Dx:

ailment: ☑ No ☐ Yes → Type:

medication accompanying inmate: ☐ N/A ☐ No ☑ Yes → ☐ 7 days ☐ 30 days

List medication, dose, and frequency: Motrin 800mg Reg A Dilantin 200mg tab BID, Tegretol 200mg P.O. BID

Pending: Dialit: 2/26/14    No ☑ Yes 2/4/14  Dental: ☑ No ☐ Yes  Mental Health: ☐ No ☑ Yes 3/19/14  Chronic Illness Clinic: ☐ No ☑ Yes

Appointments/Consults/Labs  Medical: ☐ No ☑ Yes 2/4/14    Type: NCGC

Receiving facility must complete (*) items —Completion of the below information is not applicable for inmates transferring to a community facility (e.g., work release center)

| Document Name of Facility: | In Transit #1: | | | | | In Transit #2: | | | | | Permanent: 251 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date and Time: | | | | | | | | | | | |
| Temperature (T), Pulse (P), Respirations (R), Weight. Vital signs out of normal range require referral | T | P | R | / | W | T | P | R | / | W | 97.4 P20 R20 137/95 W |
| Oriented to: | ☐ Person ☐ Place ☐ Time ☐ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* | | | | | ☐ Person ☐ Place ☐ Time ☐ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* | | | | | ☑ Person ☑ Place ☑ Time ☑ Cooperative ☐ Anxious ☑ Agitated* ☐ Bizarre* |
| Current behavior (* Requires referral) | NA | | | | | NA | | | | | ☑ No ☐ Yes → Inmate initials: |
| 1. Health Services Inmate Orientation Handbook received? | ☐ No ☐ Yes → Inmate initials: | | | | | ☐ No ☐ Yes → Inmate initials: | | | | | ☐ No ☑ Yes → Inmate initials: |
| 2. Oriented to access to care (Sick Call, Emergency, Pill Line, Mental Health, Dental, and Medication Pick-up | | | | | | | | | | | ☐ No ☑ Yes → Inmate initials: |
| *3. Is inmate currently receiving medications? Single dose? | No ☐ Yes | | | | | ☐ No ☐ Yes | | | | | ☐ No ☑ Yes |
| Does the inmate have medication(s) with her/him? (if no, referral required) | ☐ No ☐ Yes | | | | | ☐ No ☐ Yes | | | | | ☐ No ☑ Yes |
| *5. Is the inmate currently receiving healthcare? | ☐ No ☐ Yes ☐ Medical ☐ Mental Health ☐ Dental | | | | | ☐ No ☐ Yes ☐ Medical ☐ Mental Health ☐ Dental | | | | | ☐ No ☑ Yes ☑ Medical ☐ Mental Health ☐ Dental |
| *6. Is the inmate presently thinking of committing suicide? | ☐ No ☐ Yes | | | | | ☐ No ☐ Yes | | | | | ☑ No ☐ Yes |
| *6a. If inmate answers "Yes" to #6, immediate MH referral is required | ☐ Referral made | | | | | ☐ Referral made | | | | | ☐ Referral made |
| *7. Does inmate have a history of substance abuse treatment? | N/A | | | | | N/A | | | | | ☑ No ☐ Yes |

Inmate Name: Horn, George  
DC#: 637382  Race/Sex: W/M  
Date of Birth: 9/15/16  
Institution: **S.F.R.C.**  **S.F.R.C.**

DC4-760A (Revised 2/22/11) Page 1

**EXHIBIT A**

# FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

| # | Question | Response 1 | Response 2 |
|---|---|---|---|
| *8. | Does inmate have a history of suicidal behavior? | ☐ No ☐ Yes | ☑ No ☐ Yes |
| *9. | Does inmate have a history of inpatient and/or outpatient psychiatric tx? | ☐ No ☐ Yes | ☐ No ☑ Yes outpatient |
| *10. | Does the inmate have a current medical, dental, or MH complaint? If "Yes", list below. | ☐ No ☑ Yes | ☐ No ☑ Yes medical |
| *11. | Deformities, evidence of abuse, trauma, disabilities or other physical limitations? | ☐ No ☐ Yes → requires referral | ☐ No ☑ Yes → requires referral |
| *12. | Signs or symptoms of skin infection? | ☐ No ☐ Yes → requires referral | ☐ No ☑ Yes → requires referral |
| *13. | Referral needed for: | ☐ Medical ☐ Dental ☐ Mental Hlth ☐ Urgent ☐ Routine → | ☐ Medical ☐ Dental ☐ Mer. ☑ Urgent ☐ Routine |
| *14. | Any change in medication list in Section 1, Page 1? | ☐ No ☐ Yes → | ☐ No ☑ Yes → Klonopin Maoph Zyvox |
| *15. | Prescription renewal needed for current prescribed medications? | ☐ No ☐ Yes → | ☐ No ☑ Yes → |
| *16. | Single dose MAR completed? | ☐ No ☐ Yes ☐ N/A | ☐ No ☑ Yes ☐ N/A |
| *17. | Current Medical, Dental, or Mental Health complaint? | ☐ No ☐ Yes → | ☐ No ☑ Yes → E hep |
| *18. | Are there any job or housing restrictions? | ☐ No ☐ Yes → | ☐ No ☑ Yes → |
| *19. | Does inmate require any Passes? | ☐ Special Diet ☐ Low Bunk ☐ Shaving ☐ Other: | needs hospital bed ☐ Special Diet ☐ Low Bunk ☐ Shaving ☑ Other: |
| *20. | Does inmate have Consults pending? | ☐ No ☐ Yes | ☑ No ☐ Yes |
| *21. | Does inmate have any overdue appointments? | ☐ No ☐ Yes | ☐ No ☑ Yes ortho |
| *22. | Does inmate need impaired Inmate Assistant? | ☐ No ☐ Yes | ☐ No ☑ Yes |
| *23. | Disposition | ☐ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary | ☑ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary |

*Completed by: (Signature/Stamp) Y. Pollard, Lpn   Col. CI Annex

Clinician Record Review: _____  B. Fowler, SLRN Columbia CI

M Grade: 3    W Grade: 3    S Grade: 3

Medications needed: ☐ No ☑ Yes → Rx written for: cont cocked ba plan    Consult needed: ☐ No ☑ Yes → keep appt   _clinic seen clinician for ethal meds problem_

Is inmate in chronic clinic: ☐ No ☑ Yes    Consult needed: ☐ No ☑ Yes → keep appt

Passes written: ☐ Special Diet → _R_   ☐ Low Bunk _R_   ☐ No Shaving _R_   ☐ Other → _1/27/14_

Reviewing Clinician (Signature / Stamp): _BJAR_ B. VARGHESE, ARNP COLUMBIA CI    Date: 1/27/14

Inmate Name: _Henry Green_
DC#: _L27355_   Race/Sex: _B/M_
Date of Birth: _9-15-61_
Institution: _Col. CI Annex_

DC4-760A (Revised 2/22/11) Page 2

2.9.9.2    .0.9.9.2