01/21/2015 14:55 FAX  352 273 7201          Ortho                                    ☒002/006

Horn, George Albert (MR # 00147819)                          Encounter Date: 12/04/2014
                                                                        637382

**George Albert Horn**                          Description: Male DOB: 9/15/1961
12/4/2014 1:45 PM  Office Visit                 Provider: Vlasak, Richard, MD
MRN: 00147819                                   Department: Gp Ortho Inst Ad Recon

Electronically signed by VLASAK, RICHARD on 12/4/2014 7:27 PM

**Reason for Visit**

| New Patient | Right hip |
|---|---|

**Vitals - Last Recorded**

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 149/86 | 66 | 36.3 °C (97.3 °F) | 1.88 m (6' 2") | 86.183 kg (190 lb) | 24.38 kg/m2 |

**Visit Diagnoses and Associated Orders**

Pain in joint of right hip  - Primary
719.45
    XR Pelvis w/ Lat Hip [IMG13693 Custom]  - Future Order

Unequal leg length (acquired)
736.81

Chronic multifocal osteomyelitis of femur, right
730.16

Chronic osteomyelitis, pelvis, right                    RECEIVED BY MEDICAL
730.15
                                                              JAN 2 1 2015
Flail joint of hip, right
718.85                                                    COLUMBIA ANNEX

**Progress Notes**

Vlasak, Richard, MD at 12/5/2014  6:53 PM

| Author | SURGEON | Status: | Signed |
|---|---|---|---|
| Type: | | | |

Mr. Horn is a 53-year-old gentleman who is currently a convict in the State of Florida prison system who comes to see me for a subtrochanteric resection arthroplasty of the right hip secondary to a chronically infected multi-stage revision hip replacement.

Patient has had for many right hip surgeries in the past. His first treatment in Shands Medical Center was performed by me on January 21, 2003, for the treatment of a chronically infected, well-fixed Intermedics total hip replacement in a patient that had numerous sinus tracts. During the first-stage, January 21, 2003, surgery, he had a PROSTALAC prosthesis placed. He was treated with a IV antibiotics and followed closely. His active infection appeared to have cleared, and he had a second-stage replantation on June 3, 2003, with a Howmedica T3 modular tapered fluted prosthesis. He developed recurrent dislocations and underwent a revision right hip replacement on August 26, 2003, where he had a constrained acetabular component placed (this prosthesis was also Howmedica). Shortly after the 2nd revision hip replacement, the patient failed to show up for followup. He says that he did very well for approximately 8 to 9 years. In sometime around year 2012 and 2013, he developed recurrent swelling in the right distal thigh and was diagnosed as having thigh abscesses that were drained. He eventually ended up in the Kendall Regional Medical Center in Miami, Florida, where he was an inpatient for several months. It is at this time, that he had removal of all of his right revision hip replacements. He had staged treatments of his abscess and infection and osteomyelitis. At the end of these hospitalizations, he was placed on Zyvox for chronic suppression. The patient says he took the Zyvox for close to a year, and then he could no longer get a supply because it was too expensive, which is when he stopped his antibiotic.

The patient is currently in State of Florida prison system. He says he is going to be an inmate for at least the next 3 years. He comes in to ask whether some other limb salvage technique could be employed.

**EXHIBIT**
"C"

01/21/2015 14:56 FAX  362 273 ⌐r⌐4      .Ortho .                                    ☒003/005

Horn, George Albert (MR # 00147819)                        Encounter Date: 12/04/2014

The patient is currently off of all antibiotics. He has no active complaints of an infection. His infection appears to be a in remission.

The culture results from his surgeries at Shands in 2003, which we have available for us, show that he grew out multiple organisms including Staphylococcus aureus, sensitive to oxacillin as well as coag-negative staph that was resistant to oxacillin. We do not have any records of what bacteria was isolated in Miami with the 2013 surgeries.

PHYSICAL EXAMINATION: Mr. Horn appears his stated age of 53. His BMI is 24, height 74 inches, weight 190 pounds. He has an obvious right-sided short leg length discrepancy. His exam is consistent with a resection arthroplasty of the right hip where the where the proximal 30% of the femur is missing. With him sitting, the right knee has a full active range of motion from full extension from full active extension to flexion of 90 degrees. He can lift the thigh off the chair if he supports his torso against the armrests. Given a walker, he is able to stand, but predictably, the right hip is unstable enough that he cannot meaningfully bear weight. He has scarred sinus tracts and evidence of scarred sinus tracts throughout the thigh, including suprapatellar area anteromedially. This is clinical evidence of how serious his previous infections were. There is no active drainage. Currently, there is no active abscess palpable and no cellulitis. Overall, his appearance is considerably better than average for somebody missing the upper one-third of his femur. He has palpable pulses at his right ankle.

X-rays obtained today in our clinic of his femur and pelvis show severe disuse atrophy of the right hemipelvis bone. The x-ray itself shows severe deficiency of the acetabular bone on the right. It also shows that approximately 30% of the patient's right femur is missing. There is no evidence of any remaining foreign material.

IMPRESSION:
1. Right hip resection arthroplasty with approximately 30% of the proximal right femur missing and the expected resulting unstable right hip area.
2. History of multi-staged treatments of an infected hip replacement with numerous previous surgeries and numerous previous abscesses and sinus tracts in the right thigh. Some of these abscesses were in the distal one-third suprapatellar area.

RECOMMENDATIONS: I strongly recommended to Mr. Horn that he not attempt any further hip replacements. I discussed with him that over all, his clinical appearance and function was better than the majority of patients missing the upper 1/3 of their femur. We discussed that infections of his type were probably not curable short of a hemipelvectomy, i.e., an amputation at the pelvis level. His infection currently is in remission, but with all of his severe scarring throughout the thigh, it is doubtful that he could ever be called cured.



I think Mr. Horn is best served with the following recommendations, which we have passed on to the health authorities at his prison:
1. Adaptive seating clinic to mold the cushions of his wheelchair and provide more comfort with sitting.
2. A trial of a right hip orthotic that would use a pelvic band and then a clamshell extension with a hinge at the hip to try to stabilize the right thigh and perhaps allow limited ambulation with the use of bilateral forearm crutches.
3. Bilateral forearm crutches with appropriate physical therapy to teach him how to use this.
4. Chronic pain management that should incorporate biofeedback and relaxation techniques as well as potentially medications.
5. A custom right shoe buildup of approximately 13 to 15 cm. It would probably be best to start off at 13 cm and see if this was enough with the hip orthotic to provide the ability to bear weight.
6. An egg-crate mattress and some extra pillows to help support his flail right thigh for sleeping. ..
To summarize, I strongly recommend against further surgery. The patient's previous surgeries were extensive and quite heroic, and we know from at least 10 years of experience that the type of infection he had is probably not curable short of a hemipelvectomy.

I personally spent a total of 80 minutes with this patient, the majority of that time in face-to-face discussions of the issues above.

RECEIVED BY MEDICAL

Electronically signed by Vlasak, Richard, MD at 12/4/2014 7:27 PM                JAN 2 1 2015

01/21/2015 14:56 FAX  352 273 7004          Ortho                                    ☒004/005

Horn, George Albert (MR # 00147819)                          Encounter Date: 12/04/2014

Electronically signed by Vlasak, Richard, MD at 12/5/2014 6:53 PM

Revision History                                                                    ⊗

**Encounter-Level Documents:**

Scan on 12/4/2014 4:32 PM by Hindsman, Amanda Ilene, LPN : Ortho Joint New Referral 12/04/2014

**Encounter-Level Documents - 12/04/2014:**

Scan on 1/7/2015 10:43 AM by Scanned, Document Onb : 604 UF ORTHO ADULT RECONSTRUCTIVE SERVICE

Scan on 12/4/2014 4:32 PM by Hindsman, Amanda Ilene, LPN : Ortho Joint New Referral 12/04/2014

**Orders This Visit**

| Future | | Class | Expires | Expected By |
|---|---|---|---|---|
| XR Pelvis w/ Lat Hip | | Ancillary Performed | 12/2/2015 | 12/4/2014 |

**AVS Reports**

| Date/Time | Report | Action | User |
|---|---|---|---|
| 12/4/2014 2:20 PM | After Visit Summary | Printed | Brown, Ingrid N |

**Encounter Audit**

Encounter Audit Report

RECEIVED BY MEDICAL

JAN 2 1 2015

COLUMBIA ANNEX

01/21/2015 14:56 FAX  352 273 7~~4        Ortho                    ☑005/005

---

## UF Health Radiology
### SHANDS AT THE UNIVERSITY OF FLORIDA
#### Imaging Result Report

| | | |
|---|---|---|
| Patient: Horn, George Albert | MRN #: | 00147819 |
| DOB: 9/15/1961 | Ord #: | 156306405 |
| Sex: Male | Acc #: | G1128884 |
| Phone: 904-964-5990 | Pt Class: | Outpatient |
| | Visit Acct #: | 2000829831 |

| | |
|---|---|
| PCP: | None, No Patient Contact    Att Prov: |
| Auth Prov: | Bunde, David Kent |
| | Phone:352-273-7002 |
| | Fax:352-273-7388 |
| | 1600 Sw Archer Road |
| | Box 112727 |
| | GAINESVILLE FL 32611 |

## Final Report

# XR Pelvis w/ Lat Hip

**Exam Date & Time:** Thu Dec 4, 2014 11:50 AM
**Reason For Exam:** Right hip pain Hx: THA
**Ordering Diagnosis:** Pain in joint of right hip

RECEIVED BY MEDICAL

JAN 2 1 2015

COLUMBIA ANNEX

HISTORY: Pain in joint of right hip

EXAM: Right XR PELVIS W/LAT HIP.

PRIOR STUDY: 8/25/2003

FINDINGS: The right hip prosthesis has been removed . There is moderate osseous demineralization centered around the right hip. No other abnormalities of the skeletal structures, soft tissues or alignment are apparent.

IMPRESSION: Removal of right hip prosthesis with regional demineralization, no other abnormalities.

ACUITY RANK: 2. Expedite

Read By:Storey, Troy F, MD
Electronically Verified and Signed by: Troy F Storey on 12/4/2014  2:38 PM

SHANDS AT THE UNIVERSITY OF FLORIDA
This study was personally reviewed by me and I agree with the report.

Printed 1/21/2015 2:31:19 PM

Horn, George Albert (MR # 00 47819)                        Encounter Date: 12/04/2014

**Progress Notes**                                    George Albert Horn (MR# 00147819)

UNIV OF FLORIDA PHYSICIANS
Gp Ortho Inst Ad Recon
3460 Hull Road
Gainesville FL 32607
352-273-7001

Referring Provider
    SELF, REFERRAL                 *Addended on 12/10/15*
                                    *please see below*
Progress Notes by Vlasak, Richard, MD at 12/04/14 1903                    *R. Vlz)*

| Author: Vlasak, Richard, MD | Service: (none) | Author Type: SURGEON |
| Filed: 12/05/14 1853 | Note Time: 12/04/14 1903 | Note Type: Progress Notes |
| Status: Signed | Editor: Vlasak, Richard, MD (SURGEON) | |
| Related Notes: Original Note by Vlasak, Richard, MD (SURGEON) filed at 12/04/14 1927 | | |

Mr. Horn is a 53-year-old gentleman who is currently a convict in the State of Florida prison system who comes to see me for a subtrochanteric resection arthroplasty of the right hip secondary to a chronically infected multi-stage revision hip replacement.

Patient has had for many right hip surgeries in the past. His first treatment in Shands Medical Center was performed by me on January 21, 2003, for the treatment of a chronically infected, well-fixed Intermedics total hip replacement in a patient that had numerous sinus tracts. During the first-stage, January 21, 2003, surgery, he had a PROSTALAC prosthesis placed. He was treated with a IV antibiotics and followed closely. His active infection appeared to have cleared, and he had a second-stage replantation on June 3, 2003, with a Howmedica T3 modular tapered fluted prosthesis. He developed recurrent dislocations and underwent a revision right hip replacement on August 25, 2003, where he had a constrained acetabular component placed (this prosthesis was also Howmedica). Shortly after the 2nd revision hip replacement, the patient failed to show up for followup. He says that he did very well for approximately 8 to 9 years. In sometime around year 2012 and 2013, he developed recurrent swelling in the right distal thigh and was diagnosed as having thigh abscesses that were drained. He eventually ended up in the Kendall Regional Medical Center in Miami, Florida, where he was an inpatient for several months. It is at this time, that he had removal of all of his right revision hip replacements. He had staged treatments of his abscess and infection and osteomyelitis. At the end of these hospitalizations, he was placed on Zyvox for chronic suppression. The patient says he took the Zyvox for close to a year, and then he could no longer get a supply because it was too expensive, which is when he stopped his antibiotic.

The patient is currently in State of Florida prison system  He says he is going to be an inmate for at least the next 3 years. He comes in to ask whether some other limb salvage technique could be employed.

The patient is currently off of all antibiotics. He has no active complaints of an infection. His infection appears to be a in remission.

The culture results from his surgeries at Shands in 2003, which we have available for us, show that he grew out multiple organisms including Staphylococcus aureus, sensitive to oxacillin as well as coag-negative staph that was resistant to oxacillin. We do not have any records of what bacteria was isolated in Miami with the 2013 surgeries.

PHYSICAL EXAMINATION: Mr. Horn appears his stated age of 53. His BMI is 24, height 74 inches, weight 190 pounds. He has an obvious right-sided short leg length discrepancy. His exam is consistent with a resection arthroplasty of the right hip where the where the proximal 30% of the femur is missing. With him sitting, the right knee has a full active range of motion from full extension from full active extension to flexion of 90 degrees. He can lift the thigh off the chair if he supports his torso against the armrests. Given a walker, he is able to stand, but predictably, the right hip is unstable enough that he cannot meaningfully bear weight. He has scarred sinus tracts and evidence of scarred sinus tracts throughout the thigh, including suprapatellar area anteromedially. This is clinical evidence of how serious his previous infections were. There is no active drainage. Currently, there is no active abscess palpable and no cellulitis. Overall, his appearance is considerably better than average for somebody missing the upper one-third of his femur. He has palpable pulses at his right ankle.

Horn, George Albert (MR # 00147819)                                Encounter Date: 12/04/2014

X-rays obtained today in our clinic of his femur and pelvis show severe disuse atrophy of the right hemipelvis bone. The x-ray itself shows severe deficiency of the acetabular bone on the right. It also shows that approximately 30% of the patient's right femur is missing. There is no evidence of any remaining foreign material.

IMPRESSION:
1. Right hip resection arthroplasty with approximately 30% of the proximal right femur missing and the expected resulting unstable right hip area.
2. History of multi-staged treatments of an infected hip replacement with numerous previous surgeries and numerous previous abscesses and sinus tracts in the right thigh. Some of these abscesses were in the distal one-third suprapatellar area.

RECOMMENDATIONS: I strongly recommended to Mr. Horn that he not attempt any further hip replacements. I discussed with him that over all, his clinical appearance and function was better than the majority of patients missing the upper 1/3 of their femur. We discussed that infections of his type were probably not curable short of a hemipelvectomy, i.e., an amputation at the pelvis level. His infection currently is in remission, but with all of his severe scarring throughout the thigh, it is doubtful that he could ever be called cured.

I think Mr. Horn is best served with the following recommendations, which we have passed on to the health authorities at his prison:
1. Adaptive seating clinic to mold the cushions of his wheelchair and provide more comfort with sitting.
2. A trial of a right hip orthotic that would use a pelvic band and then a clamshell extension with a hinge at the hip to try to stabilize the right thigh and perhaps allow limited ambulation with the use of bilateral forearm crutches.
3. Bilateral forearm crutches with appropriate physical therapy to teach him how to use this.
4. Chronic pain management that should incorporate biofeedback and relaxation techniques as well as potentially medications.
5. A custom right shoe buildup of approximately 13 to 15 cm. It would probably be best to start off at 13 cm and see if this was enough with the hip orthotic to provide the ability to bear weight.
6. An egg-crate mattress and some extra pillows to help support his flail right thigh for sleeping. ..
To summarize, I strongly recommend against further surgery. The patient's previous surgeries were extensive and quite heroic, and we know from at least 10 years of experience that the type of infection he had is probably not curable short of a hemipelvectomy.

I personally spent a total of 80 minutes with this patient, the majority of that time in face-to-face discussions of the issues above.

Electronically signed by Vlasak, Richard, MD at 12/05/14 1853

Everything Above is accurate. (R) Hip Brace has Not helped and should be stopped. Patient would benefit from a hospital bed so he could sleep c feet + legs above his chest to decrease leg Lymphedema. R. Vlasak  12/10/2015

Horn, George Albert (MR # 00147819) Printed by Vlasak, Richard, MD [VLASAR] at 12/10/15 11:3...