KENDALL REGIONAL MEDICAL CENTER
11750 SW 40TH Street
Miami, Florida 33175
HISTORY AND PHYSICAL

PATIENT'S NAME: HORN,GEORGE A  UNIT #: K683223
DOB: 09/15/61  ACCOUNT #: K015879375
ATT. PHYSICIAN: Barros,Jose E  PT TYPE: ADM IN
ADMISSION DATE: 09/15/11  ROOM #: DOC-7

HISTORY:
The patient is a 50-year-old male who looks older than his stated age who is referred to the hospital with a complaint of chest pain that radiates to the left arm. There is also some tingling and numbness sensation around this region. The pain is apparently relieved with sublingual nitroglycerin. The possibility of an acute myocardial infarction is entertained.

PAST MEDICAL HISTORY:
Significant for osteoarthritis, psychiatric disorder and past history of complicated hip surgery with secondary leg mass specifically in his right leg. The patient at the present time feels better after he was placed on oxygen supplementation.

SOCIAL HISTORY:
_____ nothing. He is an ex-smoker. No alcohol.
_____.

SURGICAL HISTORY:
Includes hip surgery, tonsils.

FAMILY HISTORY:
Noncontributory.

MEDICATIONS:
Include Trilafon, Cogentin, Zoloft, nitroglycerin and sublingual.

VITAL SIGNS: Stable.

PHYSICAL EXAMINATION:
GENERAL: Awake and alert male in bed in no distress.
HEAD: Normocephalic, pupils are reactive. Oral mucosa is without thrush or erythema.
NECK: Supple. Trachea is midline. No jugular venous distention.
LUNGS: Clear. No rhonchi or wheezing.
HEART: S1, S2. No gallops, rubs or murmurs.
ABDOMEN: Distended, soft, no masses.
LEGS: There is evidence of a large mass around his right thigh area, tender. No cyanosis or clubbing.
NEUROLOGICAL: Nonfocal.

LABORATORY DATA:

PATIENT NAME: HORN,GEORGE A  ACCOUNT #: K015879375

Kendall Regional Medical Center (PCI: OE Database COCKN)

Run: 10/02/14-18:05 by MONTOYA,GLOR  Page 1 of 2

Not yet available.

ASSESSMENT:
Acute chest pain relieved with nitroglycerin. Rule out myocardial infarction.
Left arm numbness and tingling.
History of psychiatric disorder.
Osteoarthritis.
Leg mass.

PLAN:
Will admit the patient. Do a CMP, PT, PTT, troponin levels x3, cardiac enzymes, CBC. Will start the patient on aspirin 81 mg p.o. daily, nitropaste 12.5 mg p.o. q.2 hours, transfer the patient to intermediate care. Cardiology evaluation with Dr. Ramirez. Echocardiogram with Doppler and portable chest x-ray.

_____
Jose E Barros, MD

JEB/MedQ
DD:  09/17/2011 11:48
DT:  09/17/2011 15:55
Job #:  568972/482015842


Electronically Signed by Jose E Barros on 09/17/11 at 1706

PATIENT NAME: HORN,GEORGE A                    ACCOUNT #: K015879375

Kendall Regional Medical Center (PCI: OE Database COCKN)

Run: 10/02/14-18:05 by MONTOYA,GLORIA                         Page 2 of 2

```
                    KENDALL REGIONAL MEDICAL CENTER
                           11750 SW 40TH Street
                            Miami, Florida 33175
                             DISCHARGE SUMMARY
```

PATIENT'S NAME: HORN,GEORGE A                UNIT #: K683223
DOB: 09/15/61                             ACCOUNT #: K015879375
ATT. PHYSICIAN:Barros,Jose E                PT TYPE: DIS IN
ADMISSION DATE: 09/15/11                     ROOM #: DOC-7

DISCHARGE DIAGNOSES:
1. Chest pain, which is resolved.
2. Large synovial cyst in the right thigh.
3. History of psychiatric disorder.
4. Multiple hip surgery on the right leg.

HOSPITAL COURSE:
This patient is a 50-year-old inmate who was sent to us due to chest pain.
The patient describes chest pain in the retrosternal area. The patient
underwent chest pain workup. Enzymes came negative. Cardiology evaluation.
I evaluated the patient too. So far workup for the chest pain is negative.
Additionally, the patient was found on incidental finding a large mass over
his right thigh. The patient underwent workup for that and shows a complex
mass. The patient was seen and evaluated by Surgical Team, Dr. De La
Portilla, who reviewed in detail the CT with Radiology Service and this was a
synovial cyst which was coming from the thigh area. At this moment, the
patient underwent procedure and 1100 mL of synovial fluid coming out. The
tumor had been reduced in size a lot considerably but still is present. So
far we discussed it with surgical team. There is no further intervention
requested at this moment. The patient is going to be sent back and monitored
closely for this synovial cyst. There is a high chance of recurrence of this
cyst and we will consider further workup for possible surgical excision on
this patient.

DISCHARGE MEDICATIONS:
Please see med reconciliation attached.

FOLLOWUP:
Follow this patient by primary care physician and Surgical Team within a week.

Total time of discharge 32 minutes.

_____
Jose E Barros, MD

JEB/MedQ
DD:  09/21/2011 13:19


PATIENT NAME: HORN,GEORGE A                ACCOUNT #: K015879375

```
DT:  09/21/2011 14:08
Job #:  584062/482513791
```

Electronically Signed by Jose E Barros on 09/23/11 at 0503

KENDALL REGIONAL MEDICAL CENTER
11750 SW 40TH Street
Miami, Florida 33175
OPERATIVE REPORT

PATIENT'S NAME: HORN,GEORGE A                UNIT #: K683223
DOB: 09/15/61                                 ACCOUNT #: K016592542
ATT. PHYSICIAN: Barros,Jose E                 PT TYPE: ADM IN
ADMISSION DATE: 06/14/12                      ROOM #: DOC-9


DATE OF PROCEDURE:

PREOPERATIVE DIAGNOSIS:
Infected seroma, right thigh.

OPERATION PERFORMED:
Incision and drainage, lavage, and culture of the material and biopsy.

OPERATIVE NOTE:
Under general anesthesia, the right thigh was accessed after careful
preparation and draping and a small incision was made and abundant infected
type of fluid was extracted about mainly 200 mL. Then the wound was
thoroughly irrigated and cultures were taken and samples of the necrotic
material were taken for biopsy and the cavity was curetted proximally and
distally. A thorough washing of the area with oxygenated fluids and then
after that two drains were inserted into the cavity, one superior and one
inferior, big heavy drains and attached with a suction device. The drains
were stitched in so that they would not be removed accidentally.

_____
Ignacio J Calvo, MD

IJC/MedQ
DD: 06/14/2012 14:16
DT: 06/14/2012 19:29
Job #: 732230/518120352
Authenticated by Ignacio J Calvo,MD On 06/19/2012 05:53:43 PM



Electronically Signed by Ignacio J Calvo on 06/19/12 at 1755




PATIENT NAME: HORN,GEORGE A                   ACCOUNT #: K016592542



Kendall Regional Medical Center (PCI: OE Database COCKN)

Run: 10/02/14-18:05 by MONTOYA,GLORIA                        Page 1 of 1

KENDALL REGIONAL MEDICAL CENTER
11750 SW 40TH Street
Miami, Florida 33175
CONSULTATION REPORT

```
PATIENT'S NAME: HORN,GEORGE A            UNIT #: K683223
DOB: 09/15/61                            ACCOUNT #: K016592542
ATT. PHYSICIAN:Barros,Jose E             PT TYPE: ADM IN
ADMISSION DATE: 06/14/12                 ROOM #: DOC-9
```

DATE OF CONSULTATION:   06/15/2012

REFERRING PHYSICIAN:  Jose D Suarez, MD

CHIEF COMPLAINT:
Drainage from the area of the right thigh in a patient with large synovial cyst of the right thigh and previous history of osteomyelitis of the pelvis.

HISTORY OF PRESENT ILLNESS:
This is a 50-year-old white male we are asked to see by the courtesy of Dr. J D Suarez, who we devoted 70 minutes to face-to-face contact with this patient, discussion with the healthcare worker reviewing medical records was an inmate in a Correctional Facility and has a history of hepatitis C as well as history of hypertension, who was diagnosed with right hip aseptic necrosis was taken to surgery for a right hip replacement. Present course was complicated by infection of the right thigh requiring antibiotic therapy systemic as well as by way of local installation of antibiotic by way of a reservoir within the area of the right thigh. The patient did receive present treatment for almost 4 to 5 years and actually has been off antibiotics for sometime. He was admitted in March of this year because of synovial cyst in the right thigh, has been receiving multiple aspiration of the thigh with fluid extracted from the region. I do not know the actual culture results. Apparently, this was a noninfected synovial cyst that there were aspirating. Most recently, the patient was admitted now with worsening of the swelling of the right thigh and low grade temperatures. Orthopedic Surgery evaluated the patient. Operative nodes revealed, the patient to have a large cavity with necrotic material with washings performed within the area as well. Two drains were inserted within the cavity as well. Presently, the patient is only on Ancef therapy and Infectious Disease consultation was called for, for recommendation of antibiotic therapy and further management. A bone scan was ordered results are pending at the present time.

PAST MEDICAL HISTORY:
Includes psychiatric disorder, hepatitis C, history of hypertension, history of aseptic necrosis of the femoral head, history of seizure disorder as well.

FAMILY HISTORY:
Basically unremarkable.

ALLERGIES:
NO KNOWN ALLERGIES.

PAST SURGICAL HISTORY:
Includes right hip replacement in 2005 as well as back surgery.

PATIENT NAME: HORN,GEORGE A            ACCOUNT #: K016592542


Kendall Regional Medical Center (PCI: OE Database COCKN)

MEDICATIONS:
The patient is receiving includes cefazolin, we have phenytoin, sodium chloride, and pain medication as well.

SOCIAL HISTORY:
The patient is an inmate in a Correctional Facility does not smoke or drink alcohol whatsoever.

REVIEW OF SYSTEMS:
CONSTITUTIONAL:  No fevers or chills.
CARDIOVASCULAR:  No chest pain or palpitations.
PULMONARY:  No significant shortness of breath, or productive cough.
GASTROINTESTINAL:  No episode of nausea, vomiting, and abdominal pain.  No diarrhea.
GENITOURINARY:  No hematuria.
MUSCULOSKELETAL:  There is pain and swelling over the right thigh, over the inner aspect of the thigh as well as femoral region.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Includes temperature was 98.2 degrees Fahrenheit, pulse of 70, we have a respiratory rate of 18, blood pressure was 130/82.
HEENT:  Head to be normocephalic.  Eyes to be anicteric bilaterally.  Pupils sluggishly reactive.  Mouth, no oral thrush.
NECK:  Supple.  There was no adenopathy.  No bruits.
CARDIAC:  Systolic ejection murmur heard best in the precordium.
LUNGS:  Bilateral rhonchi.  Decreased breath sounds in the bases.
ABDOMEN:  Soft and nontender to palpation.
EXTREMITIES:  Examination of the right thigh dressing remains intact.  There is no surrounding erythema seen around the dressing at this time.

LABORATORY WORKUP:
Reveals white blood cell count has not been performed as of yet and chemistry not performed as of yet as well.

IMPRESSION:
1. Right thigh synovial cavity with necrotic tissue, rule out infected synovial cavity.
2. Rule out osteomyelitis of the right thigh region.
3. History of aseptic necrosis of the femoral head status post right hip replacement in 2005.
4. Hepatitis C.
5. Seizure disorder.

RECOMMENDATIONS:
We will place the patient on vancomycin 1 g IV q.12 h peak and trough on the third dose.  Also we will place the patient on cefepime at 2 g IV q.12 hours.  Bone scan has been ordered at this time, we will wait for the results of the bone scan.  Await for the results of the wound cultures that were ordered intraoperatively.  We will make decision concerning further treatment after the results of the cultures and the results of the bone scan.  The patient may need a Ceretec white blood cell scan for further evaluation for possible osteomyelitis of the right femur.  We will follow this patient very closely with you and further recommendations to follow.

PATIENT NAME: HORN,GEORGE A            ACCOUNT #: K016592542

Jose Angel Perez-Tirse, MD

JAP/MedQ
DD:  06/15/2012 14:25
DT:  06/15/2012 18:53
Job #:  839849/518285356
Authenticated by Jose Angel Perez Tirse MD On 06/16/2012 12:48:29 PM


Electronically Signed by Jose Angel Perez Tirse on 06/16/12 at 1250

PATIENT NAME: HORN,GEORGE A            ACCOUNT #: K016592542

Kendall Regional Medical Center (PCI: OE Database COCKN)

Run: 10/02/14-18:05 by MONTOYA,GLORIA                    Page 3 of 3

KENDALL REGIONAL MEDICAL CENTER
11750 SW 40TH Street
Miami, Florida 33175
CONSULTATION REPORT

```
PATIENT'S NAME: HORN,GEORGE A              UNIT #: K683223
DOB: 09/15/61                              ACCOUNT #: K016592542
ATT. PHYSICIAN:Barros,Jose E               PT TYPE: ADM IN
ADMISSION DATE: 06/14/12                   ROOM #: DOC-9
```

DATE OF CONSULTATION:

HISTORY OF PRESENT ILLNESS:
This is a 50-year-old patient who had a right hip replacement in 1999 in Gainesville. The patient developed a complication of that surgery and the prosthesis was replaced for a new one. The patient has been in several postop complication, but this time I was called to evaluate right side lateral to the vastus with a possibility of fluid collection. The patient has been treated by Dr. Calvo who drained a fluid collection in the same right side, but medially. Dr. Calvo was called, unable to come and see the patient and do the drainage of that possible collection and I was called instead of him. At the time of the physical examination, the patient presented a soft, nontender, huge mass in the right side lateral to the vastus, mobile, nontender. The skin was normal color. No evidence of cellulitis. No evidence of drainage and the same token, there is a small opening in the medial aspect of the right side that the patient stated having a spontaneous drainage of fluid collection in that area. The vital signs are stable. There is no known general symptoms of infection and the lab workup was normal with normal white count. The patient had history of osteomyelitis and there is no evidence that this mass is a fluid collection and a CT scan with contrast was ordered. Today, the CT scan was seen and analyzed extensively with a huge fluid collection from 7.3 x 6.2 collection which correspond to the lesion physically palpable.

Right side fluid collection probably coming from previous ortho surgery. Explained to the patient that I am a general surgeon. I am not an Ortho and also explained to the patient the drainage of this fluid is the possibility of a complication of his previous surgery and the drainage of this fluid will not improve or barely improve the possible complications of his initial prosthesis placed in 1999. The purpose of the surgery also explained is to prevent the spontaneous drainage creating a fistula with a possibility of infection. The patient understood and he has agreed that with the incision and drainage, culture of the fluid and placement of a Jackson-Pratt to try collapse the capsule and close it spontaneously. All this information that the patient is very clear, that what I am going to do and he has agreed with that.

IMPRESSION:
Fluid collection of the right side. Status post right hip replacement in 1999, complicated and replaced once. Status post drainage of fluid collection by Dr. Calvo. The patient was placed in n.p.o. for Monday and we will try to do it on Monday, June 25, probably in the afternoon.

FINAL DIAGNOSIS:
Right side fluid collection.


PATIENT NAME: HORN,GEORGE A              ACCOUNT #: K016592542



Kendall Regional Medical Center (PCI: OE Database COCKN)

Run: 10/02/14-18:05 by MONTOYA,GLORIA                    Page 1 of 2

---

Pedro Kiliddjian, MD

PK/MedQ
DD:  06/23/2012 15:12
DT:  06/23/2012 16:45
Job #:  771136/519346052

Electronically Signed by Pedro Kiliddjian on 07/02/12 at 1755

PATIENT NAME: HORN, GEORGE A          ACCOUNT #: K016592542

Kendall Regional Medical Center (PCI: OE Database COCKN)

Run: 10/02/14-18:05 by MONTOYA, GLORIA                    Page 2 of 2

KENDALL REGIONAL MEDICAL CENTER
11750 SW 40TH Street
Miami, Florida 33175
CONSULTATION REPORT

PATIENT'S NAME: HORN,GEORGE A          UNIT #: K683223
DOB: 09/15/61                          ACCOUNT #: K016592542
ATT. PHYSICIAN:Barros,Jose E           PT TYPE: ADM IN
ADMISSION DATE: 06/14/12               ROOM #: DOC-9


DATE OF CONSULTATION:  06/23/2012

REFERRING PHYSICIAN:  Jose E Barros, MD

HISTORY OF PRESENT ILLNESS:
The patient is a 50-year-old white male admitted to the hospital with
formation of synovial cyst abscess at the right thigh. This patient had an I
and D of the right thigh anterior abscess on June 14, 2012 and he has another
formation of another infected cyst in the posterior aspect of the right thigh,
and we are consulted for evaluation and treatment.

PAST MEDICAL HISTORY:
Right hip replacement in 2005, history of right hip osteomyelitis.  Smoker.
History of seizures.  History of hepatitis C.

ALLERGIES:
REGLAN ANXIETY AND CODEINE RASH.

LABORATORY DATA:
WBC 7.5, hemoglobin 11, hematocrit 32.7, platelet count 259,000.  Sodium 140,
creatinine 0.5.

IMAGING STUDIES:
Bone scan:  No uptake in the bone except the area where he had the hip
replacement.  Lower extremity CT:  There is a thick wall fluid collection at
the level of the left vastus medialis and sartorius muscle measuring 1.6 x 4.7
x 14.5 cm.  There is another fluid collection, marginated, also a thick wall
deep to the vastus lateralis muscle measuring 1.8 x 3.1 cm.  There is another
collection 7.5 x 3.7 x 9.8 cm superficial to the hamstring muscles.

Microbiology:  Surgical culture from the prior right thigh abscess drained
positive for Staphylococcus aureus.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Temperature 36.7, heart rate 61, respirations 18, blood pressure
107/68.
GENERAL:  Alert, awake, oriented x3.  No acute distress.
SKIN:  There is a recent suture in the anterior aspect of the right thigh.
There is a hamstring area collection with increased temperature mildly,
fluctuation but no changes in the skin color, some tenderness.
HEENT:  Trachea central.  No thyromegaly.  No carotid bruit.  No cervical
nodes enlarged.
CARDIOVASCULAR:  No gallop.  No arrhythmia.
LUNGS:  Clear bilaterally.  No rales, no crackles, no bronchospasm.  ABDOMEN:

PATIENT NAME: HORN,GEORGE A            ACCOUNT #: K016592542



Kendall Regional Medical Center (PCI: OE Database COCKN)

Run: 10/02/14-18:05 by MONTOYA,GLORIA                     Page 1 of 2

Soft. No masses, no visceromegaly, no ascites. CENTRAL NERVOUS SYSTEM: Cranial nerves from II-XII grossly intact.
MUSCULOSKELETAL SYSTEM: Besides the cyst formation, the patient has good range of motion of the right hip.

DIAGNOSES:
Recurrent right thigh cyst formations, infected, right thigh pain, history of seizures, history of smoking.

PLAN:
P.o. morphine p.r.n.

_____

Roberto Polanco, MD

RP/MedQ
DD:  06/23/2012 22:13
DT:  06/24/2012 11:54
Job #:  772436/519368404
Authenticated by Roberto Polanco MD On 06/26/2012 06:32:36 PM




Electronically Signed by Roberto Polanco on 06/26/12 at 1834




PATIENT NAME: HORN,GEORGE A              ACCOUNT #: K016592542



Kendall Regional Medical Center (PCI: OE Database COCKN)

```
                    KENDALL REGIONAL MEDICAL CENTER
                           11750 SW 40TH Street
                           Miami, Florida 33175
                            CONSULTATION REPORT
```

PATIENT'S NAME: HORN,GEORGE A            UNIT #: K683223
DOB: 09/15/61                            ACCOUNT #: K016592542
ATT. PHYSICIAN: Barros,Jose E            PT TYPE: DIS IN
ADMISSION DATE: 06/14/12                 ROOM #: DOC-9

DATE OF CONSULTATION:  07/03/2012

REASON FOR CONSULTATION:
Evaluation of left lower extremity seroma.

HISTORY OF PRESENT ILLNESS:
The patient is a 52-year-old Caucasian gentleman currently incarcerated at
Dept. of Corrections. The patient has a past surgical history significant for
a right hip implants that are becoming infected and require replacement.
He was admitted on 06/14/2012 with erythema and swelling of the right lower
extremity. A seroma was drained by Radiology and a pigtail catheter was
placed. He has reaccumulated a fluid collection along his right posterior
thigh. Consultation was requested by the admitting service for further
evaluation of the right posterior thigh infection.

Mr. Horn's past medical history is most significant for hepatitis C.

His review of systems is negative.

PAST MEDICAL HISTORY/PAST SURGICAL HISTORY:
As above.

ALLERGIES:
NO KNOWN DRUG ALLERGIES

MEDICATIONS:
Please see the patient's medication records for a complete listing
.

PHYSICAL EXAMINATION:
GENERAL:  Caucasian male who is alert and oriented x3.
HEENT:  Extraocular movements intact.
EXTREMITIES:  Right lower extremity:  There are nondraining sinus tracts along
the lower edge of the thigh.  There is a long scar along the right hip. There
is a fluid collection in the mid posterior right thigh. No surrounding
erythema.

The patient had undergone CT-guided drainage of the fluid collection in the
right posterior thigh on 06/26/2012. The CT scan demonstrated a fluid
collection in the mid posterior thigh.

ASSESSMENT:
The patient's right posterior thigh fluid collection most likely
represents a seroma.

PATIENT NAME: HORN,GEORGE A              ACCOUNT #: K016592542


Kendall Regional Medical Center (PCI: OE Database COCKN)

Run: 10/02/14-18:05 by MONTOYA,GLORIA                    Page 1 of 2

The procedure, risks, and posible complications involved in draining the fluid collections was discussed with the patient at detail. He wishes to proceed with surgery.

_____
Orlando Llorente, MD

OL/MedQ
DD:  07/03/2012 14:46
DT:  07/03/2012 15:38
Job #:  812853/520623739
Authenticated and Edited by Orlando Llorent MD On 8/06/12 8:46:02 AM



Electronically Signed by Orlando Llorente on 08/06/12 at 0847



PATIENT NAME: HORN,GEORGE A            ACCOUNT #: K016592542



Kendall Regional Medical Center (PCI: OE Database COCKN)

Run: 10/02/14-18:05 by MONTOYA,GLORIA                Page 2 of 2

KENDALL REGIONAL MEDICAL CENTER
11750 SW 40TH Street
Miami, Florida 33175
OPERATIVE REPORT

PATIENT'S NAME: HORN,GEORGE A                UNIT #: K683223
DOB: 09/15/61                                ACCOUNT #: K016592542
ATT. PHYSICIAN: Barros,Jose E                PT TYPE: ADM IN
ADMISSION DATE: 06/14/12                     ROOM #: DOC-9


DATE OF PROCEDURE:  07/03/2012

PREOPERATIVE DIAGNOSES:
1. Infected right hip implant.
2. Status-post drainage of a right posterior thigh seroma.
3. Recurrent infection of right posterior thigh seroma/abscess.

POSTOPERATIVE DIAGNOSES:
1. Infected right hip implant.
2. Status-post drainage of a right posterior thigh seroma.
3. Recurrent infection of right posterior thigh seroma/abscess.

PROCEDURE:
Incision and drainage of a right posterior thigh seroma/abscess.

SURGEON:
Orlando Llorente, MD

ASSISTANTS:
Karin McGee, PA-C
Jocelynn Beasley, ARNP

ANESTHESIA:
General.

COMPLICATIONS:
None.

ESTIMATED BLOOD LOSS:
Minimal.

SPECIMENS:
Microbiology swab of the purulent fluid collection.

DESCRIPTION OF PROCEDURE:
Patient was met in the holding area, and consent reviewed. He taken to the
operating room and sedated. He was placed in the prone position. The right
lower extremity was prepped and draped in the usual sterile manner.

On examination, the patient had a deep subcutaneous fluid collection in the
mid posterior thigh.  A longitudinal incision was made over the fluid
collection. The dissection continued onto the superficial fascia.  The
superficial fascia was incised and purulent fluid drained  Microbiology swabs
were taken of the purulent fluid.  The fluid cavity was then copiously
irrigated with normal

PATIENT NAME: HORN,GEORGE A                  ACCOUNT #: K016592542


Kendall Regional Medical Center (PCI: OE Database COCKN)

Run: 10/02/14-18:04 by MONTOYA,GLORIA                        Page 1 of 2

saline and packed with a ribbon of Acticoat. A sterile dressing was applied. The patient was then put in a supine position and extubated.

_____

Orlando Llorente, MD

OL/MedQ
DD: 07/03/2012 14:50
DT: 07/03/2012 15:53
Job #: 812888/520624524
Authenticated and Edited by Orlando Llorent MD On 7/09/12 4:26:06 PM



Electronically Signed by Orlando Llorente on 07/09/12 at 1628



PATIENT NAME: HORN,GEORGE A            ACCOUNT #: K016592542



Kendall Regional Medical Center (PCI: OE Database COCKN)

```
                    KENDALL REGIONAL MEDICAL CENTER
                          11750 SW 40TH Street
                          Miami, Florida 33175
                            DISCHARGE SUMMARY
```

PATIENT'S NAME: HORN,GEORGE A                UNIT #: K683223
DOB: 09/15/61                                ACCOUNT #: K016592542
ATT. PHYSICIAN: Barros,Jose E                PT TYPE: DIS IN
ADMISSION DATE: 06/14/12                     ROOM #: DOC-9


DISCHARGE DIAGNOSES:
1. Implanted hip prosthesis.
2. Status post abscess collection removal on the right thigh.
3. Hepatitis C.
4. History of right hip replacement in 2000.

BRIEF HISTORY:
This is an unfortunate inmate who was admitted with a history of right hip replacement in 1999 in Gainesville. The patient apparently developed complications from the surgery with the prosthesis, had to get a new one. After that he continued having postop complications and the patient is now presenting with a fluid collection and drainage. The patient was treated here with Dr. Calvo, who performed incision and drainage and collection was removed. Due to the high risk of infection on the area, the patient was decided to be started on long-time IV antibiotics. These have been discussed in detail with Infectious Disease. At this moment, the patient's wound care has been instructed. Unfortunately we discussed with the patient that risks for infection, which it seems to be already infected on the hip area from the prosthesis, but due to the high risk of surgery we decided long-time IV antibiotics and to reevaluate the patient in the near future. All this has been discussed in detail with the patient. Unfortunately prognosis and the chance of salvage this hip are low. All of this has been discussed with the patient by myself, Orthopedic Service and Infectious Disease with the patient at length.

DISCHARGE MEDICATIONS:
Please see medication reconciliation attached.

FOLLOW UP:
With primary care physician and Orthopedic Service within 1 to 2 weeks and Infectious Disease too.

TOTAL TIME:
32 minutes.

_____
Jose E Barros, MD

JEB/MedQ
DD:  08/31/2012 12:01
DT:  09/01/2012 08:26



PATIENT NAME: HORN,GEORGE A            ACCOUNT #: K016592542




Kendall Regional Medical Center (PCI: OE Database COCKN)

Run: 10/02/14-18:04 by MONTOYA,GLORIA                    Page 1 of 2

```
Job #:   194784/528530311
Authenticated by Jose E Barros MD On 09/03/2012 02:58:42 PM



Electronically Signed by Jose E Barros on 09/03/12 at 1500
```

PATIENT NAME: HORN,GEORGE A                    ACCOUNT #: K016592542

Kendall Regional Medical Center (PCI: OE Database COCKN)

Run: 10/02/14-18:04 by MONTOYA,GLORIA                        Page 2 of 2