JOSE L PONCE DE LEON, MD
9746 SW 24 St
Miami FL 33165
Ph: 305-229-1227   *   Tel: 305-229-0527

---

Date: 01/31/2012

Patient: George Horn
DOB: 09/15/1961

---

## INITIAL EVALUATION

Patient complains of pain at the right thigh. Pain is mainly at the medial aspect of the thigh and posterior aspect of the right thigh.

## PAST HISTORY

Patient states that underwent right Total Hip replacement in 2005. Patient states that is feeling well about the hip.

## PHISICAL EXAMINATION

There is a large mass present of 25 cm at the medial aspect of the right thigh. CT comment in patient's past medical notes states that there is a septated cyst at the right thigh.

## DIAGNOSIS

Mass Right thigh 25cm.

## PLAN

An MRI of the mass will be more accurate for a diagnosis, before surgery. Surgical removal of the mass is advised but first an MRI with contrast should be done to delineate vascular relations to the mass.

Jose L Ponce de Leon, M.D
JLP:wp  Report dictated but not proofread.


EXHIBIT "E"

## Jose Luis Ponce de Leon, M.D

9746 Coralway   Miami Fl 33165
ORTHOPEDIC CONSULTANT

PATIENT'S NAME: George Horn       DATE: 01/31/12

PATIENT STATES: Pain Right thigh

PHYSICAL EXAMINATION: Mass of 25 cm medial aspect right thigh.

REVIEW OF PAST MEDICAL HISTORY: Right THR 2005

ALLERGIES:

## Jose Luis Ponce de Leon, M.D
9746 Coralway   Miami Fl 33165

PATIENT'S NAME: _____   DATE: _____

X-RAY: _____
_____
_____

DIAGNOSIS: _Mass Right tight._ _____
_____
_____

TREATMENT: _Advised Surgical removal_
_after MRI with contrast._ _____
_____

STUDIES ORDERED: _____
_____

RESTRICTIONS AND LIMITATIONS: _____
_____
_____

RETURN VISIT: _____

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

Additional History: Patient c/o pain at the right hip, mainly at the medial aspect of the right and posterior aspect of the right hip.

Patient underwent right THR in 2005 and states that is feeling well about recup.

Findings: On examination, there is a large mass of about 25 cm at the medial aspect of the right, apparently with fluid inside.

The CT consistent w/ a reported cyst.

An MRI of the mass will be very accurate for diagnosis, before surgery.

Recommendations: Surgical removal of the mass is advised, but first MRI with contrast should be done to delineate vascular relation to the mass.

Consultant Signature/Stamp: _____ Date: 1/31/12

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Hom, George
DC#: 63 7382  Race/Sex: W/M
Date of Birth: 07-15-19__
Institution: SFRC
EOS DATE: _____

USE ADDITIONAL SHEET(S) AS NECESSARY

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration
DC4-702 (Revised 10/05) Page 2 of 2

*Jose L. Ponce de Leon, M.D*
Orthopedic Consultation

SUPERBILL

Ph (305) 229-1227   Fax: (305) 229-0527

9746 SW Coral Way  Miami FL 33165

PATIENT'S NAME: George Horn    DATE: 01/31/12

Inmate #: 657382    D.O.B: 09-15-1961

Location: SFRC (office visit.)

**DIAGNOSIS:**
- Pain Right Lower extremity
- Mass Right thigh 25 cm

**PROCEDURE:**
Consult

**OTHER**

Physician Signature

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT

Jackson Hosp

**Institution:** Orthopedic - Dr Roupe
**FROM Institution:** SFRC
**Date of Request:** 11/27/13
**Date Appointment Made:** 12-2-13
**Appointment Date:** 12-13-13

**Reason(s) for consultation:**
- Evaluate and recommend diagnostic plan ✓
- Evaluate and recommend treatment plan ✓
- Other (specify): _____

**Type of consultation:**
- Emergency ___
- Urgent ✓
- Routine ___
- Follow-up ___

Follow-up consults require justification

**Staff Signature:** [signature]

**Condition is (check one):** ☐ Acute Trauma   ☐ Acute Illness   ☑ Chronic AVN of femur, infected, osteomyelitis

**History of present illness (include onset, presentation, progress, therapy):**
52 y/o W/M c Hx of s/p Rt THR, infected, then THR Removal of prosthesis - 5/13/13

**Physical findings:** pt is been wheelchair bound since.

**Diagnostic findings (explain laboratory, x-ray, or other test findings):** Please Evaluate and Recommend plan of continuum of care.

**Other pertinent information:** Pt Needs Rt hip arthroplasty

**Provisional diagnosis:** s/p Failed THR c persistent Infection and Removal of Rt hip prothesis.

**Health Care Provider Signature/Stamp:** DORA GAZIOLA, M.D. SENIOR PHYSICIAN

**CHO/Designee Approval Signature/Stamp:** [signature] 11/27/13

### AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____. I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:** [signature] George Horn   **Date:** 11-27-13

**Signature of Witness:** _____   **Date:** _____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name:** Horn, George
**DC#:** 637382   **Race/Sex:** W/M
**Date of Birth:** 09/15/61
**DATE:** 11/10/2020

DC4-702 (Revised 12/1/10) Page 1 of 2

957468896

Authorization

## CONSULTANT'S REPORT

PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS

**Personal History:**

52 y/o male patient with history of removal of hip prosthesis several times. First surgery was in year 2000, the implant was infected and removed. Other 3 implants were also removed due to infection.

**Findings:**

X Rays of the right femur and pelvis show absence of the proximal third of the femur.

**DX:** Absence of proximal third of the right femur, after several prosthesis removed due to infections.

**Recommendations:**

Plan: No surgery is advised at the present time.

Consultant Signature/Stamp: [signature]   Date: 12/13/13

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Name: Horn, George
51382
Race/Sex: W/M
DOB: 9/15/61
SEP/C
1/10/2020

USE ADDITIONAL SHEET(S) AS NECESSARY

[Stamp: DORA BRAVO, MD, MBA, CORRECTIONAL MEDICAL FELLOW]  12/17/13

(Revised 12/1/10) Page 2 of 2