Kendall Regional Medical Center
11750 SW Bird Rd
Miami, FL 33175

ORTHOPEDIC CONSULTATION REPORT

PATIENT NAME: George Horn

MEDICAL RECORD NUMBER: 683223

DATE OF CONSULTATION: 02/22/13

HISTORY OF PRESENT ILLNESS: The patient is status post a previous prosthesis that has failed secondary to infection. His patient has a long-standing history of infection seated this time he is had over one year of drainage. The patient fully to his history originally had his surgery that was performed at the University of Florida in Gainesville. He developed infection and underwent what most likely was a two stage reimplantation. The patient at this time is noted to have continued drainage and he states he has been training for over one year. The original surgery was done for avascular necrosis.

PAST MEDICAL HISTORY: hepatitis C

PAST SURGICAL HISTORY: multiple orthopedic procedures

REVIEW OF SYSTEMS:

      CARDIOVASCULAR: patient denies shortness of breath or palpitations

      RESPIRATORY: patient denies shortness of breath or coughing

      GASTROINTESTINAL: patient denies rectal bleeding or stomach upset, vomiting

      NEUROLOGICAL: no history of instability

SOCIAL HISTORY: unremarkable social history

PHYSICAL EXAMINATION

      GENERAL: The patient is noted to be awake and alert.  Patient is not in any specific distress.



EXHIBIT
"F"

VITAL SIGNS: Within normal limits as per nursing records.

HEAD: normal cephalic, atraumatic

EYES: both eyes are normal in size and shape

EARS: there's no evidence of bleeding from the ears

NOSE: there's no evidence of trauma in the oropharynx

MOUTH: there is no evidence of bleeding in the mouth

NECK: Supple with good movements and no evidence of trauma. Pulses present

CARDIOVASCULAR: deferred to primary care physician

ABDOMEN: deferred to primary care physician

RESPIRATORY: deferred to primary care physician

ORTHOPEDIC EXAMINATION

GAIT: The patient at this time is not able to ambulate and is examined in the bed. The patient is having significant pain from the afflicted extremity

BACK: The patient is having no complaints at this time related to the lower back. There's no tenderness present at the lower level of the back, straight leg raising tests cannot be performed secondary to the fracture of the hip

UPPER EXTREMITIES: The skin of the upper extremities is within normal limits. The patient is noted to have a full range motion of the upper extremities. Specifically the shoulders and elbows at this time have no specific deformities or complaints and the patient is able to fully move the shoulders and elbows. The patient's wrists are noted to have an excellent range of motion and there are no complaints related to the hands.

PATIENT NAME: George Horn
MEDICAL RECORD NUMBER: 683223
DATE OF CONSULTATION: 02/22/13

LOWER EXTREMITIES: hips -- At this time the patient is noted to have a decreased range of motion of the hips. This is a secondary to the pain to the patient is having from the failure of the prosthesis.
This patient has to draining sinuses at the level of the midthigh clearly this is coming from the prosthesis that is infected.

knees -- the patient is noted to have a decrease range of motion of the knees There's no evidence of erythema, no evidence of infection there's no drainage.

Ankles -- full range of motion of the ankles and feet are within normal limits with normal degenerative changes consistent with age.

LABORATORY DATA:

RADIOLOGY DATA: AP and lateral x-rays at this time shows the patient has a revision prosthesis. Patient has a Wagner type stem with a constrained acetabular cup.

IMPRESSION : failure previous implant

PLAN: The patient will receive medical clearance. Once a medical clearance has been obtained then we'll proceed with surgery. Definitive treatment of this failed prosthesis will be carried out. I've been very careful to explained to the patient that he is a very high risk and that this is essentially a salvage procedure. There is no way that I can possibly guarantee good or excellent results from this.
In fact to have been extremely clear with the patient as the possibility clearly does exist and that he is at a very real risk for a possible amputation or hip disarticulation. This patient is pointed time will need specialized equipment to be able to remove this stem. At this point this patient will be rescheduled and we will have the patient return this Wednesday for surgery.

Arturo Corces, M.D.

PATIENT NAME: George Horn
MEDICAL RECORD NUMBER: 683223
DATE OF CONSULTATION: 02/22/13

```
KENDALL REGIONAL MEDICAL CENTER (COCKN)
Operative Report
REPORT #: 0227-0366  REPORT STATUS: Signed
DATE: 02/27/13 TIME: 1427

PATIENT: HORN,GEORGE A            UNIT #: K683223
ACCOUNT #: K017456107            ROOM/BED:
AGE: 51      SEX: M              ATTEND: Corces,Arturo  MD
ADM DT: 02/27/13                 AUTHOR: Corces,Arturo  MD

* ALL edits or amendments must be made on the electronic/computer document *
```

## Operative Report
**Pre-procedure diagnosis:**

### OPERATIVE REPORT

PATIENT NAME: George Horn
MEDICAL RECORD NUMBER: 683223
ACCOUNT NUMBER: 17456107
DATE of ADMISSION: 02/27/13
DATE of DISCHARGE:
DATE of OPERATION: 02/27/13
SURGEON: Arturo Corces M.D.
ASSISTANT SURGEON: Manny Bashir, PA
PREOPERATIVE DIAGNOSIS:  Failed Total Hip Arthroplasty secondary to infection

POSTOPERATIVE DIAGNOSIS: Failed Total Hip Arthroplasty secondary to infection

PROCEDURE : 1.Removal of Total Hip Replacement and Placement of antibiotic beads ✔
2. Radical excision of sequestrum ✔
3. Excision of sinus tracts  ✔
4. Exploration of sciatic nerve ✔
5. Placement of Hickman catheter for intra-articular antibiotic delivery

INDICATION for SURGERY: The patient is status post a previous total hip replacement that
has failed secondary to infection. His patient in fact has had a revision. The procedure this
patient is to undergo is a removal of a revision prosthesis.

The patient at this time however has had continued complaints and problems related to the
hip replacement for over a year. The patient  unfortunately developed infection. Patient has
been treated now on several occasions only with antibiotic treatment. Unfortunately the
treatment for an infected prosthesis is removal of the prosthesis and a two stage
reimplantation. For this reason the patient will undergo removal of the prosthesis with
placement of the cement spacer. I have however suggested that because of the severity and
the long period of time that this patient has had that we proceed with two debridement is. I

Patient: HORN,GEORGE A                    Unit#:K683223
Date: 02/27/13                            Acct#:K017456107

have discussed this with the patient. Will first proceed with placement of antibiotic beads rather than a formal spacer.

The patient understands all of the risks benefits problems that can occur with this type of surgery.

Specifically  I have explained to the patient the possibility of continued pain, infection, loosening, vascular complications, wound complications, leg length discrepancy, dislocation, external rotation, damage to the sciatic nerve which is very common in this procedure, as well as all of the routine complications that can occur with surgery.

The patient is noted to have a training size in the posterior aspect of his leg very close to the sciatic nerve. As for this reason that I have explained to the patient that it is not unlikely and very possible he might have a sciatic nerve injury.

Anesthetic complications have been explained such as the possibility of pneumonia, clot formation, and even death.  The patient at this time understands that removal of a total hip arthroplasty is a complicated medical procedure that has a high incidence of complications. The patient at this time wishes to undergo the procedure because the pain and condition of the current total hip replacement is not acceptable.

DESCRIPTION of PROCEDURE: The patient is taken to the operating room in good condition and placed on the operating room table in supine position.  The patient at this time has the hip prepped and draped in the usual sterile manner. An incision is made on the lateral aspect of the hip and is taken down through the subcutaneous tissue through the previous incision and once this is done and the fascia has been cut the patient then had the Charnley retractor inserted.  A significant amount of fluid is drained from the hip at this time.  The patient is noted to have a significant amount of fluid present within the hip area and the fluid is going in and is in contact with the prosthesis.  This fluid is then sent for cultures and microscopic analysis.

Extreme care was made in order to prevent any damage to the sciatic nerve which was visualized because of the significant amount of scar tissue that was present. Because the fac this patient has a draining sinuses posterior and in fact digital palpation of the sinus shows h comes into the proximal portion of the prosthesis and skirts the sciatic nerve it is important for the entire sciatic nerve to be carefully evaluated. As such the patient sciatic nerve at this time is evaluated and found. This would allow and prevents further significant damage to occur to the nerve itself especially upon further dissection throughout this case. The nerve was found the patient had debridement radical debridement of the significant amounts of tissue that is present in this area significant and consistent with infection.

The patient was also noted to have multiple pieces of bone which was not removed including a significant portion of greater trochanter that was found to be essentially floating.

REPORT TERMINATED                    *

REPORT TITLE: MEDITECH Document Manager   Unit#:K683223

Patient, dbdil:   Acct#:K017456107
Date: 02/27/13

Unrecognized byte in report data stream: 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

At this time a Cobra retractor was inserted underneath extremely deficient hip abductors and secondary Cobra retractor was inserted in the inferior aspect of the head.

A significant amount of inflammatory tissue consistent with granulation was present throughout this area.  The hip capsule is incised and was once this was done the capsule was removed.  The hip was dislocated.

At this time the patient had the modular head removed in order to allow for better exposure of the acetabulum.  Once this was done the hip was then placed anterior full exposure of the acetabulum was noted.  The acetabulum itself was inspected.

The acetabular component was found to be well fixed is no evidence of loosening. The patient had removal of the acetabular liner. Patient had three screws which were removed. Utilizing the appropriate explant patient had removal of the acetabular shell.

 The acetabulum was then reamed using the appropriate acetabular reamers.  This was done to remove any extra bone or pieces of debris that were remaining.

The stability of the femoral component was evaluated.  The patient is noted to have a well fixed femoral component. It was extremely difficult to remove the femoral component. It was noted that in order to salvage as much bone is possible we would have to utilize a trephine. This patient does have total bone loss of the proximal portion of the femur. Is a secondary to the previous surgery and in the infection. Patient is noted to have a Wagner type stem that is completely and solidly well fixed.

Utilizing the Midas rex the patient had the prosthesis transected. The transection was done a a point slightly below the taper. Once this was achieved than the patient had trephine's utilized to remove the distal portion of the tapered titanium Wagner stem. Extreme irrigation was performed in order to remove any small pieces of possible titanium debris.

At this time once this was done & extract Are completely excised the posterior aspect as well as significant amounts of tissue present around the sinus tract the patient at this time had vigorous irrigation of the entire construct and had antibiotics impregnated cement beads inserted. This consisted of three bags of cement with eight bags of 1.2 g tobramycin and eight bags of vancomycin 1 g.

The patient had placement of the Hickman catheter for insertion of antibiotics.

The patient  had the wound vigorously irrigated and was closed in layers.  The patient left the operating room in good condition.

Patient: HORN,GEORGE A                     Unit#:K683223
Date: 02/27/13                             Acct#:K017456107

We will return in approximately 2 weeks at which time we will remove the antibiotic beads and attempts placement of a cement spacer.

Electronically Signed by  Corces,Arturo  MD on 02/27/13 at 1427

RPT #: 0227-0366
***END OF REPORT***

# KENDALL REGIONAL MEDICAL CENTER

## Operative Report

**Patient Name:** GEORGE A HORN
**Date of Birth:** 09/15/61
**Attending Doctor:** Suarez,Jose D

**Unit Number:** K683223
**Patient Status:** ADM IN
**Account Number:** K017456107

**Operative Report**
Pre-procedure diagnosis:

OPERATIVE REPORT

PATIENT NAME: Horn George
MEDICAL RECORD NUMBER: 683223
ACCOUNT NUMBER: 17456107
DATE of ADMISSION: 02/27/13
DATE of DISCHARGE:
DATE of OPERATION: 03/13/13
SURGEON: Arturo Corces M.D.
ASSISTANT SURGEON: Virgilia Gonzalez, RNFA
PREOPERATIVE DIAGNOSIS:  Failed Total Hip Arthroplasty, Infection, Status Post Removal and Placement of Antibiotic Beads

POSTOPERATIVE DIAGNOSIS: Previously Failed Total Hip Arthroplasty, Status Post Infection, Status Post Placement of Antibiotic Beads after Removal of the Prosthesis Answer Proximal Femur.,

PROCEDURE : Removal of Antibiotic Beads, Irrigation and Debridement, Placement of a Cement Spacer for the Proximal Femur, Further Resection of Proximal Femur

INDICATION for SURGERY: The patient is status post a previous total hip replacement that has failed secondary to to infection. His patient it decided to be incarcerated. Apparently this patient because the fact that you incarcerated has had difficulties in terms of having distant care of. Specifically should be noted that the patient is hard approximately a year during which time he was infected and draining. The patient is noted to have an intravenous antibiotics during this time but constantly drain. Patient was noted to have the previous draining sinuses posterior aspect of his leg that was noted to enter into the hip area. At this point the plan will be to remove the previous replace antibiotic beads and to place a more functional cement spacer. It should be noted that this certainly is a procedure fraught with complications especially the possibility of dislocation. Patient had previously had placement of a constrained component secondary to the fact patient has absolutely no abductor mechanism that is viable.

I have had very long discussions with this patient and I discuss with him the fact and the very real possibility that you for quarter amputation might well be the end result of this problem. At this time it should be noted this is a salvage procedure.

At this point will now proceed with removal of the antibiotic beads. We also had placed a Hickman catheter's noted to give intra-articular injections of antibiotics.

The patient understands all of the risks benefits problems that can occur with this type of surgery. Specifically I have explained to the patient the possibility of continued pain, continued infection, loosening of the implant as well as the spacer, vascular complications, wound complications, leg length discrepancy, dislocation, damage to the sciatic nerve, as well as all of the routine complications that can occur with surgery. The patient understands that a revision total hip replacement is a very high complication procedure.

Anesthetic complications have been explained such as the possibility of pneumonia, clot formation, and even death. The patient at this time understands that a revision total hip arthroplasty is a complicated medical procedure that has a high incidence of complications.

DESCRIPTION of PROCEDURE: The patient is taken to the operating room in good condition and placed on the operating room table in supine position. The patient had been identified in the holding area and in addition a timeout was called once the patient was in the operating room. The patient's extremity had been marked in the holding area.

The patient at this time has the hip prepped and draped in the usual sterile manner. An incision is made on the lateral aspect of the hip and is taken down through the subcutaneous tissue through the previous incision and once this is done and the fascia has been cut the patient then had the Charnley retractor inserted. Once the incision was singing through the fascia the patient was noted to have significant and the fluid is present. Patient had had removal of the hip and catheters. At this time the patient has removal of all of the antibiotic beads.
The patient is noted to have a substantial amount of necrotic tissue. Was necessary to remove a further piece of femur as the patient is noted to have the superior portion of the femur completely necrotic. Tissue was gray and avascular. At this time the patient has approximately one and a half inch length of proximal femur removed.

At this time the patient has actually of a cement spacer. This is done utilizing an intramedullary Rod is used as an endoskeleton. This patient will need a cement spacer that will incorporate entire proximal femur. As such we utilize an endoskeleton with a intertrochanteric nail. The screw was used to act as an endoskeleton four femoral neck and head.

Extreme care was made in order to prevent any damage to the sciatic nerve which was not visualized. There was noted to be encased within scar tissue and as such it was impossible to carefully evaluate the nerve as would be my routine during a primary hip replacement.

The patient is noted to have a substantial amount of necrotic tissue.
The patient had vigorous irrigation debridement radical resection of nerve as much necrotic tissue as is possible.

The patient is noted to have clearly a very bad appearance of this wound. The significant amount of

necrotic tissue as well as the fact that the proximal femur was noted to be necrotic means this patient might not be healing very well. At this point the patient does have a cement spacer positioned and if this does not dislocate hopefully this will be able to give a good extension of the extremity however it is rather clear that it is very possible that we will have failure secondary to recurrent infection. If this patient dislocate the spacer I would suggest we proceed with placement of a proximal femoral component and a constrained acetabulum.

The patient had placement of a new Hickman catheter and was closed in layers.

Electronically Signed by Corces,Arturo  MD on 03/13/13 at 1648



| | WEST KENDALL MEDICAL PAVILION | CORAL GABLES |
|---|---|---|
| | 11801 SW 90 S T | 747 PONCE DE LEON |
| | SUITE # 202 | SUITE # 505 |
| | MIAMI, FL 33187 | CORAL GABLES, FL |
| | PH: 305-595-1317 | PH: 305-595-1317 |
| | FAX: 305-595-0157 | FAX: 305-595-0157 |

Patient: **GEORGE A HORN**
DOB: 09/15/1961

Progress Note (Corces): **05/07/13**
Referral:  **JOSE D SUAREZ**
Phone: Fax:

---

## Visit Info

### Reason for Visit
Insurance DEPARTMENT OF CORRECTIONS

### Vitals
**Age** 51 years old  **Height**: 6 ft 3 in **Weight**: 170 Lb 0 Oz **BMI** 21.2

HISTORY: the patient finally returns today. It has been over two months we performed surgery consisting of resection of the infected bone and placement of a cement spacer. This patient was supposed to have returned to the office exactly one week after the procedure and never did. Unfortunately it appears as if because the patient is a prisoner that there is a new management company who has been very difficult in terms of obtaining and scheduling proper follow-up. It is over two months that this patient has according to him been dreaming from his hip. I have a numerous occasions spoken with the coordinators and it indeed with the medical director at Kendall regional in terms of having him follow-up. The patient follows of today.

PHYSICAL EXAMINATION: at this time patient noted to have significant drainage is rather clear the patient has continued infection. At this time the patient is noted to have no evidence of significant pain but there is continued chronic drainage from the superior aspect of the wound

X-RAY: AP and lateral x-ray shows that the prosthesis has dislocated. Unfortunately patient is noted to have a clear dislocation of the prosthesis at this time

ASSESSMENT: status post infected hip

PLAN: is rather clear this patient has continued infection. It is unbelievable this patient has never return for proper follow-up. Patient is noted to be dislocated and draining and nothing has been done is over two months since the surgery. Again as previously stated the patient was supposed have return in exactly one week. At this point because of the drainage is my opinion this patient needs to immediately sent to the hospital for the arrangement definitive care of this severe problem.

### Present Illness
Patient is right hand dominant.

### Chief Complaint I & HPI
From Portal (Chief Complaint):rt hip
Patient complains of hip Symptoms: Pain Location Right Quality Pain Severity Severe Pain scale:
**7** weeks Timing Comes and goes Context (Onset) moderate activity Aggravating factors Change of posture Alleviating factors Rest

History

**Past Medical History**
Hepatitis. Other: hepatitis c.

**Family History**
Mother: **deceased** Father: **deceased**

**Past Surgical History**
hip surgeries

Review of Systems

*CONSTITUTIONAL*
Patient denies having weight change, fatigue, weakness, fever or chills.

*HEAD & NECK*
Patient denies having trauma, nausea, vomiting, visual changes or headaches.

*EYES*
Patient denies having blurred vision, tearing or itching.

*EARS*
Patient denies having hearing loss, tinnitus, vertigo, discharge or earache.

*NOSE*
Patient denies having rhinorrhea, stuffiness, sneezing, itching, allergy or epistaxis.

*CARDIAC*
Patient denies any chest pain,shortness of breath, murmurs, palpitations or diaphoresis.

*RESPIRATORY*
Patient denies any chest pain,shortness of breath, wheezing, cough, pr chest congestion.

*VASCULAR*
Patient denies any leg edema, leg pain, varicose veins or skin color change.

*SKIN*
Patient denies nail change, itching, rashes, sores, lumps or moles.

*GASTROINTESTINAL*
Patient denies abdominal pain, nausea, vomiting, dysphagia, diarrhea, constipation, Jaundice or hemorrhoids.

*GENITOURINARY*
Patient denies increase in frequency, hesitancy, urgency, dysuria, nocturia or back pain.

*MUSCULOSKELETAL*
Joint pain: yes rt hip

*NEUROLOGIC*
Patient denies any diziness,numbness, tingling, tremors, weakness, fainting, seizures or any memory loss.

*HEMATOLOGIC*
Patient denies anemia, easily brusing or bleeding, petechiae, purpura or transfusions.

*ENDOCRINE*
Patient denies heat/cold intolerance, excessive sweating, or thirst.

*PSYCHIATRIC*
Patient denies any mood swings, tension, fear or anxiety.

**Arturo Corces, MD**
Miami Institute for Joint Reconstruction

## Visit Summary for: **HORN, GEORGE - 09/15/1961**

**Date of Service:** 05/07/13

**Current Medications**
No medications currently documented for this patient.

**Patient Vitals**
| | |
|---|---|
| Height | 6 ft 3 in |
| Weight | 170 Lb 0 Oz |
| BMI | 21.2 |

**Allergies**
1. Reglan
2. Codeine

**Social History**
Patient currently smokes  (s) per .

Patient doesn't drink OR Patient denies drinking.

Patient drinks   times per .

Patient does not exercise regularly.

Patient is single. Patient has some high school.

**Arturo Corces, MD**
Miami Institute for Joint Reconstruction

OPERATIVE REPORT

PATIENT NAME: George horn
MEDICAL RECORD NUMBER: 683223
ACCOUNT NUMBER: 17680303
DATE of ADMISSION: 05/13/13
DATE of DISCHARGE:
DATE of OPERATION: 05/13/13
SURGEON: Arturo Corces M.D.
ASSISTANT SURGEON: Virgilia Gonzalez RNFA
PREOPERATIVE DIAGNOSIS:  Failed Total Hip Arthroplasty, persistent infection
POSTOPERATIVE DIAGNOSIS: Failed Total Hip Arthroplasty, persistent infection
PROCEDURE : Removal of proximal femoral replacement spacer, vigorous irrigation and debridement/Girdlestone arthroplasty

INDICATION for SURGERY: The patient is status post a previous total hip replacement that has failed secondary to infection. Unfortunately a large part of the reason as to the reason for the failure has to do with the fact that this patient prior to his having seamy had over a year of drainage. The patient had undergone surgery now three months ago and was told to return to the office approximately one week after surgery. This patient however for reasons that I do not understand was never return to the office and in addition even when the patient was seen last week with. Material coming from the hip and the patient was told to immediately go to the hospital the managing company that is taken care of patient did not send the patient to the hospital. Was necessary for me to speak with the medical director who gave no reason as to why this patient was being treated in this fashion.

. The patient at this time however has had continued complaints and problems related to the hip surgery consisting of drainage now for multiple sinus tracts. The patient  unfortunately developed infection.  For this reason the patient will undergo removal of the cement spacer.

The patient understands all of the risks benefits problems that can occur with this type of surgery.

Specifically  I have explained to the patient the possibility of continued pain, infection, loosening, vascular complications, wound complications, probable leg length discrepancy, external rotation, damage to the sciatic nerve, as well as all of the routine complications that can occur with surgery.

Anesthetic complications have been explained such as the possibility of pneumonia, clot formation, and even death. The patient at this time understands that removal of a total hip arthroplasty is a complicated medical procedure that has a high incidence of complications. The patient at this time wishes to undergo the procedure because the pain and condition of the current total hip replacement is not acceptable.

DESCRIPTION of PROCEDURE: The patient is taken to the operating room in good condition and placed on the operating room table in supine position. The patient at this time has the hip prepped and draped in the usual sterile manner. The patient is being evaluated and is noted to have multiple drainage sites. Patient has multiple sinus tracts and is draining actively from the lateral acids of the hip consistent with continued infection

An incision is made on the lateral aspect of the hip and is taken down through the subcutaneous tissue through the  previous incision and once this is done and the fascia has been cut the patient then had the Charnley retractor inserted.  A significant amount of fluid is drained from the hip at this time.  The patient is noted to have a significant amount of fluid present within the hip area and the fluid is going in and is in contact with the prosthesis.  This fluid is then sent for cultures and microscopic analysis.

Extreme care was made in order to prevent any damage to the sciatic nerve which was not visualized because of the significant amount of scar tissue that was present.

At this time a Cobra retractor was inserted underneath the hip abductors and secondary Cobra retractor was inserted in the inferior aspect of the head.  The patient is noted to have the proximal femoral cement spacer clearly visualized and this was then removed.

A significant amount of inflammatory tissue consistent with granulation was present throughout this area.
The patient underwent vigorous irrigation and debridement. In addition to the vigorous irrigation the patient at this time also underwent removal of remaining bone pieces of the present within the canal. The patient is noted to have a rather severe infection I have discussed this at length with him and he understands that the probability is that he will not be implanted will. I would suggest to six months to one year course without an implant prize even considering any kind of reimplantation. More probably I have discussed with the patient the possibility that infection might continue in which case the possibility of amputation and/or hip this articulation certainly does exist.

The patient had the wound vigorously irrigated and was closed in layers over a hemovac drain. The patient left the operating room in good condition.


ARTURO CORCES, M. D.



| | |
|---|---|
| **WEST KENDALL MEDICAL PAVILION** | **CORAL GABLES** |
| 11801 SW 90 S T | 747 PONCE DE LEON |
| SUITE # 202 | SUITE # 505 |
| MIAMI, FL 33187 | CORAL GABLES, FL |
| PH: 305-595-1317 | PH: 305-595-1317 |
| FAX: 305-595-0157 | FAX: 305-595-0157 |

Patient: **GEORGE A HORN**
DOB: 09/15/1961

Progress Note (Corces): **05/28/13**
Referral: **JOSE D SUAREZ**
Phone: Fax:

---

## Visit Info

### Reason for Visit
Insurance DEPARTMENT OF CORRECTIONS

### Vitals
**Age** 51 years old  **Blood Pressure**: 120/70 **Height**: 6 ft 3 in **Weight**: 170 Lb 0 Oz **BMI** 21.2

HISTORY: patient says post massive resection arthroplasty. This time is here for further discussion and evaluation. Patient fortunately has had a significant decrease in his drainage once the prosthesis was removed.

PHYSICAL EXAMINATION: wound clean no evidence of any drainage at this time

X-RAY: AP and lateral x-ray shows proximal resection arthroplasty

ASSESSMENT: resection arthroplasty

PLAN: patient has resection arthroplasty of the superior portion of the femur. Patient is pointed time is significantly improved from his previous visit when he had continuous drainage. At this point because everything has been removed and was suggest that we placed patient in a Abduction brace. He is given in order for a Abduction brace and will return in one month.


### Present Illness
Patient is right hand dominant.

### Chief Complaint I & HPI
From Portal (Chief Complaint):rt hip
Patient complains of hip Symptoms: Pain Location Right Quality Pain Severity Moderate Pain scale: **6** weeks Timing Comes and goes Context (Onset) moderate activity Aggravating factors physical activity Alleviating factors Rest

### History

### Past Medical History
Hepatitis. Other: hepatitis c.

### Family History
Mother: **deceased** Father: **deceased**

### Past Surgical History
hip surgeries

**Review of Systems**

*CONSTITUTIONAL*
Patient denies having weight change, fatigue, weakness, fever or chills.

*HEAD & NECK*
Patient denies having trauma, nausea, vomiting, visual changes or headaches.

*EYES*
Patient denies having blurred vision, tearing or itching.

*EARS*
Patient denies having hearing loss, tinnitus, vertigo, discharge or earache.

*NOSE*
Patient denies having rhinorrhea, stuffiness, sneezing, itching, allergy or epistaxis.

*CARDIAC*
Patient denies any chest pain,shortness of breath, murmurs, palpitations or diaphoresis.

*RESPIRATORY*
Patient denies any chest pain,shortness of breath, wheezing, cough, pr chest congestion.

*VASCULAR*
Patient denies any leg edema, leg pain, varicose veins or skin color change.

*SKIN*
Patient denies nail change, itching, rashes, sores, lumps or moles.

*MUSCULOSKELETAL*
Joint pain: yes rt hip

*NEUROLOGIC*
Patient denies any diziness,numbness, tingling, tremors, weakness, fainting, seizures or any memory loss.

*HEMATOLOGIC*
Patient denies anemia, easily brusing or bleeding, petechiae, purpura or transfusions.

*ENDOCRINE*
Patient denies heat/cold intolerance, excessive sweating, or thirst.

*PSYCHIATRIC*
Patient denies any mood swings, tension, fear or anxiety.

_____
**Arturo Corces, MD**
Miami Institute for Joint Reconstruction

Visit Summary for: **HORN, GEORGE - 09/15/1961**

**Date of Service:** 05/28/13

**Current Medications**
No medications currently documented for this patient.

**Patient Vitals**
| | |
|---|---|
| BP | 120/70 |
| Height | 6 ft 3 in |
| Weight | 170 Lb 0 Oz |
| BMI | 21.2 |

**Allergies**
1. Reglan
2. Codeine

**Problem/Diagnosis List**
1. Complication/s due to internal orthopedic device (996.78)

**Social History**
Patient currently smokes  (s) per .

Patient doesn't drink OR Patient denies drinking.

Patient drinks   times per .

Patient does not exercise regularly.


Patient is single. Patient has some high school.

**Plan and Orders**
**Lower Extremities**
Hip Unilateral: rt

**X-RAY Spine**
Pelvis

Arturo Corces, MD
Miami Institute for Joint Reconstruction



**WEST KENDALL MEDICAL PAVILION**
11801 SW 90 S T
SUITE # 202
MIAMI, FL 33187
PH: 305-595-1317
FAX: 305-595-0157

**CORAL GABLES**
747 PONCE DE LEON
SUITE # 505
CORAL GABLES, FL
PH: 305-595-1317
FAX: 305-595-0157

Patient: **GEORGE A HORN**
DOB: 09/15/1961

Progress Note (Corces): **06/25/13**
Referral: **JOSE D SUAREZ**
Phone: Fax:

---

## Visit Info
### Reason for Visit
**Follow up**. Insurance DEPARTMENT OF CORRECTIONS
### Vitals
**Age** 51 years old  **Blood Pressure**: 120/75 **Height**: 6 ft 3 in **Weight**: 170 Lb 0 Oz **BMI** 21.2

HISTORY: the patient is approximate two months status post a Girdlestone procedure. Patient wound is now fortunately completely clean

PHYSICAL EXAMINATION: wound clean no evidence of any drainage. Status post post Girdlestone Patient is noted to have significant instability of the proximal aspect of the hip

X-RAY: AP and lateral x-ray shows Girdlestone

ASSESSMENT: status post Girdlestone procedure

PLAN: I discussed again at length with the patient significance of the type of injury that he has sustained. It is rather clear that as time goes by we should consider a hip replacement. I would suggest however that we spent one year without a prosthesis in order to allow for the body to resolve this marked and extremely severe infection that the patient had. Patient should continue with zero mattress and pain medication and return in approximately a month

### Present Illness
Patient is right hand dominant.
### Chief Complaint I & HPI
From Portal (Chief Complaint):rt hip
Patient complains of rt hip Symptoms: Pain Location Right Quality Pain Severity Mild Pain scale:
**4** months Timing Comes and goes Context (Onset) moderate activity Aggravating factors Change of posture Alleviating factors Rest

### History
### Past Medical History
Hepatitis. Other: hepatitis c.
### Family History
Mother: **deceased** Father: **deceased**
### Past Surgical History
hip surgeries

*Medical Equipment*
Patient uses Wheelchair ,


Review of Systems

*CONSTITUTIONAL*
Patient denies having weight change, fatigue, weakness, fever or chills.

*HEAD & NECK*
Patient denies having trauma, nausea, vomiting, visual changes or headaches.

*EYES*
Patient denies having blurred vision, tearing or itching.

*EARS*
Patient denies having hearing loss, tinnitus, vertigo, discharge or earache.

*NOSE*
Patient denies having rhinorrhea, stuffiness, sneezing, itching, allergy or epistaxis.

*CARDIAC*
Patient denies any chest pain,shortness of breath, murmurs, palpitations or diaphoresis.

*RESPIRATORY*
Patient denies any chest pain,shortness of breath, wheezing, cough, pr chest congestion.

*VASCULAR*
Patient denies any leg edema, leg pain, varicose veins or skin color change.

*SKIN*
Patient denies nail change, itching, rashes, sores, lumps or moles.

*GASTROINTESTINAL*
Patient denies abdominal pain, nausea, vomiting, dysphagia, diarrhea, constipation, Jaundice or hemorrhoids.

*GENITOURINARY*
Patient denies increase in frequency, hesitancy, urgency, dysuria, nocturia or back pain.

*MUSCULOSKELETAL*
Joint pain: yes rt hip


*NEUROLOGIC*
Patient denies any diziness,numbness, tingling, tremors, weakness, fainting, seizures or any memory loss.

*HEMATOLOGIC*
Patient denies anemia, easily brusing or bleeding, petechiae, purpura or transfusions.

*ENDOCRINE*
Patient denies heat/cold intolerance, excessive sweating, or thirst.

*PSYCHIATRIC*
Patient denies any mood swings, tension, fear or anxiety.

**Arturo Corces, MD**
Miami Institute for Joint Reconstruction

## Visit Summary for: **HORN, GEORGE - 09/15/1961**

**Date of Service:** 06/25/13

**Current Medications**
No medications currently documented for this patient.

**Patient Vitals**

| | |
|---|---|
| BP | 120/75 |
| Height | 6 ft 3 in |
| Weight | 170 Lb 0 Oz |
| BMI | 21.2 |

**Allergies**
1. Reglan
2. Codeine

**Problem/Diagnosis List**
1. Complication/s due to internal orthopedic device (996.78)

**Social History**
Patient currently smokes  (s) per .

Patient doesn't drink OR Patient denies drinking.

Patient drinks   times per .

Patient does not exercise regularly.


Patient is single. Patient has some high school.

**Plan and Orders**
**Lower Extremities**
Hip Unilateral: rt

**X-RAY Spine**
Pelvis

**Arturo Corces, MD**
Miami Institute for Joint Reconstruction



**Miami INSTITUTE For Joint Reconstruction**

| WEST KENDALL MEDICAL PAVILION | CORAL GABLES |
|---|---|
| 11801 SW 90 S T | 747 PONCE DE LEON |
| SUITE # 202 | SUITE # 505 |
| MIAMI, FL 33187 | CORAL GABLES, FL |
| PH: 305-595-1317 | PH: 305-595-1317 |
| FAX: 305-595-0157 | FAX: 305-595-0157 |

Patient: **GEORGE A HORN**
DOB: 09/15/1961

Progress Note (Corces): **07/23/13**
Referral: **JOSE D SUAREZ**
Phone: Fax:

---

## Visit Info

### Reason for Visit
Insurance DEPARTMENT OF CORRECTIONS

### Vitals
**Age** 51 years old  **Blood Pressure**: 120/70 **Height**: 6 ft 3 in **Weight**: 170 Lb 0 Oz **BMI** 21.2

the patient says post resection arthroplasty. At this time the wound is completely clean patient is having only minimal issues in terms of the wound itself. Patient has absolutely no drainage.

Patient is able to ambulate. He wishes to attempt reimplantation. I have been very clear with him terms of the dangers are involved however the patient states he definitely wish to consider the reimplantation. At this point however is certainly much too early. I suggested she return in approximately 3 months. In the interim the needs to continue with hospital bed as well as air mattress.

### Present Illness
Patient is right hand dominant.

### Chief Complaint I & HPI
From Portal (Chief Complaint):rt hip
Patient complains of hip Symptoms: Pain Location Right Quality Pain Severity Mild Pain scale:
**2** months Timing Comes and goes Context (Onset) moderate activity Aggravating factors Change of posture Alleviating factors Rest

## History

### Past Medical History
Hepatitis. Other: hepatitis c.

### Family History
Mother: **deceased** Father: **deceased**

### Past Surgical History
hip surgeries

### Medical Equipment
Patient uses Wheelchair ,

## Review of Systems

### CONSTITUTIONAL
Patient denies having weight change, fatigue, weakness, fever or chills.

### HEAD & NECK

Patient denies having trauma, nausea, vomiting, visual changes or headaches.

### EYES
Patient denies having blurred vision, tearing or itching.

### EARS
Patient denies having hearing loss, tinnitus, vertigo, discharge or earache.

### NOSE
Patient denies having rhinorrhea, stuffiness, sneezing, itching, allergy or epistaxis.

### CARDIAC
Patient denies any chest pain,shortness of breath, murmurs, palpitations or diaphoresis.

### RESPIRATORY
Patient denies any chest pain,shortness of breath, wheezing, cough, pr chest congestion.

### VASCULAR
Patient denies any leg edema, leg pain, varicose veins or skin color change.

### SKIN
Patient denies nail change, itching, rashes, sores, lumps or moles.

### GASTROINTESTINAL
Patient denies abdominal pain, nausea, vomiting, dysphagia, diarrhea, constipation, Jaundice or hemorrhoids.

### GENITOURINARY
Patient denies increase in frequency, hesitancy, urgency, dysuria, nocturia or back pain.

### MUSCULOSKELETAL
Joint pain: yes rt hip

### NEUROLOGIC
Patient denies any diziness,numbness, tingling, tremors, weakness, fainting, seizures or any memory loss.

### HEMATOLOGIC
Patient denies anemia, easily brusing or bleeding, petechiae, purpura or transfusions.

### ENDOCRINE
Patient denies heat/cold intolerance, excessive sweating, or thirst.

### PSYCHIATRIC
Patient denies any mood swings, tension, fear or anxiety.

---

**Arturo Corces, MD**
Miami Institute for Joint Reconstruction

Visit Summary for: **HORN, GEORGE - 09/15/1961**

**Date of Service:** 07/23/13

**Current Medications**
No medications currently documented for this patient.

**Patient Vitals**
| | |
|---|---|
| BP | 120/70 |
| Height | 6 ft 3 in |
| Weight | 170 Lb 0 Oz |
| BMI | 21.2 |

**Allergies**
1. Reglan
2. Codeine

**Problem/Diagnosis List**
1. Complication/s due to internal orthopedic device (996.78)

**Social History**
Patient currently smokes  (s) per .

Patient doesn't drink OR Patient denies drinking.

Patient drinks   times per .

Patient does not exercise regularly.


Patient is single. Patient has some high school.

**Plan and Orders**
**Lower Extremities**
Hip Unilateral: rt

**X-RAY Spine**
Pelvis

**Arturo Corces, MD**
Miami Institute for Joint Reconstruction