MEDICATION ADMINISTRATION RECORD (MAR)

Monthly/Year: 3/20/3

List Drug Allergies: _Codeine , percocet , phenergan_

Codes: 1 = Refused  2 = Security Lockdown  3 = Medication Held  4 = Medication Out of Stock  5 = Awaiting Arrival from Pharmacy

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 3/5/3 STOP 4/5/3 | Morphine Sulfate MS contin 30 mg Four Times Daily X 30 days | 0400 0800 1200 1600 2000 2400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/5/3 STOP 4/5/3 | phenytoid sodium ext Release 200mg Twice daily x 30 days | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/5/3 STOP 4/5/3 | Diphen Hydramine HCL 50mg Twice a day | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/1/3 STOP 4/5/3 | Neurontin (100 mg cap) give 200mg po every E,125 hours po X30 day | 0600 1400 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS. This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | Grubb, E. LPN SFRC | | O'Donnell LPN SFRC | |
| | | G. ROGER LPN SFRC | | McSwaggerton LPN SFRC | |

* Refer to comment on Back Page

Inmate Name: Hora, George
DC #: L37372   R/S
Date of Birth: 7/15/61
Institution: SFRC

4-701A (Revised 12/22/11) Page 1 of 2

Green 2

EXHIBIT "G"

**Instructions**

1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the close administered; on Page 2 document the date, time, initials and the "received at" institution's name.

| | Reason Medication Not Administered | |
|---|---|---|
| Codes: | 1. Refused by Inmate | 4. Medication Out of Stock |
| | 2. Security Lockdown | 5. Awaiting Arrival from Pharmacy |
| | 3. Medication Held | 6. Other* |
| | *Requires comment below in "Reason Code" column | |

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|------|------|----------|-------------------|-------|-------------|------------------------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name
DC #
Date of Birth
Institution

R/S

DC4-701A (Revised 12/22/11) Page 2 of 2

Green 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: codeine, reglan, phenergan

Codes:   1 = Refused   4 = Medication Out of Stock
2 = Security Lockdown   5 = Awaiting Arrival from
3 = Medication Held              Pharmacy

Month/Year: 3/20/13

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 3/16/13 | morphine sulfate ER mg gerhi 30mg four times daily x30day | 0600 1200 1800 2400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 4/?/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/18/13 | Morphine IR 60mg P.O3xd tid x 3day | 0600 1+00 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 4/7/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/19/13 | Vancomycin 750mg intra-arterial every 12 hrs x14day | 0600 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 4/2/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/11/13 | baклin 500mg BID x 6 mos | 0600 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 9/?/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | | | | |

* Requires comment on Back Page

Inmate Name: Hope Crease
I/C # 6 3 7 3 9
Date of Birth
Institution

PC4-701A (Revised 12/22/11) Page 1 of 2                    Green 2

**Instructions**

1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered, on Page 2 document the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:

| 1. Refused by Inmate | 4. Medication Out of Stock |
| 2. Security Lockdown | 5. Awaiting Arrival from Pharmacy |
| 3. Medication Held | 6. Other* |

*Requires comment below in "Reason Code" column

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|------|------|----------|-------------------|-------|-------------|-------------------------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name _____ R/S _____
DC # _____
Date of Birth _____
Institution _____

C4-701A (Revised 12/22/11) Page 2 of 2

Green 2

MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies:

Codes:  1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

Month/Year: 3/20/13

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
|  |  |  |  | Grubb, E. LPN |  |

SERC

* Requires comment on back Page _____ of _____

Inmate Name: _____
DC #: _____
Date of Birth: _____
Institution: _____

DC4-701A (Revised 12/22/11) Page 1 of 2

Green 2

**Instructions**

1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered; on Page 2 document the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:

1. Refused by Inmate
2. Security Lockdown
3. Medication Held

4. Medication Out of Stock
5. Awaiting Arrival from Pharmacy
6. Other*

*Requires comment below in "Reason Code" column

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|------|------|----------|-------------------|-------|-------------|-------------------------|
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |

Inmate Name _____ R/S _____

DC # _____

Date of Birth _____

Institution _____

DC4-701A (Revised 12/22/11) Page 2 of 2

Green 2

MEDICATION AND TREATMENT RECORD (MAR)

Codes: 1 = Refused  4 = Medication Out of Stock
2 = Security Lockdown  5 = Awaiting Arrival from Pharmacy
3 = Medication Held

List Drug Allergies: codeine, Reglen, phenergen

Month/Year: 3/20/13

| Initiate/Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 3/19 | MEFOXIN (CEFOXITIN) 2GM IV q8 hrs (X 14 days) | 06:00 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| | | 14:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 4/3 | START AT FACILITY AS SOON AS AVAILABLE | 22:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/30 | ROCEPHIN 2GM IV Daily (X 14days) | 12:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 3/30 | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/10 | Vancomycin HCL 750 mg Every 12 hours (X 10 day) | 06:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 10mL flush 0.9% 10mL | 18:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 3/30 | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/10 | CLARithromycin (Biaxin) 500mg TAB Every 12 Hours X 10 days | 10:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 3/10 | | 22:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.

This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
|  | M |  |  |  | O |
|  |  |  |  |  |  |
| G. ROGER LPN SFRC |  |  |  |  | OV |
|  |  |  |  |  | OV |

* Requires comment (back page)

Inmate Name: Hoca, George E
DC #: 637122    R/S:
Date of Birth: 9/15/61
Institution: SFRC

DC4-701A (Revised 12/22/11) Page 1 of 2

Green 2

**Instructions**

1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered; on Page 2 document the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:
1. Refused by Inmate
2. Security Lockdown
3. Medication Held
4. Medication Out of Stock
5. Awaiting Arrival from Pharmacy
6. Other*

*Requires comment below in "Reason Code" column

| Date | Time | Initials | Medication – Dose | Route | Reason Code | Treatment Documentation† |
|------|------|----------|-------------------|-------|-------------|--------------------------|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Inmate Name _____  R/S _____
DC # _____
Date of Birth _____
Institution _____

DC4-701A (Revised 12/22/11) Page 2 of 2

Green 2

STATE OF FLORIDA - DEPA____MENT OF CORRECTIONS
MEDICATION AND TRE____MENT RECORD (MAR)

Month/Year: 03/20/13

List Drug Allergies: _Keflex, Iodine, Phenergan_

Codes:  1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 3/25/13 | Acetaminophen 325 mg (2 tabs) PO Q6°PRN x 30 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 4/24/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/25/13 | Ibuprofen 800mg PO after meals TID x 30 days | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 4/25/13 | | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | Prilosec 40mg PO QHS x 30 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 4/ | Ensure Can PO QD x 30 days | 1000 | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 5/ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|---|
| | | Grubb, E. LPN SFRC | | | | | |
| ROGER SFRC | | | | | | | |

* Requires comment on back page

Inmate Name: _Horn, George_
DC#: _637-361_    R/S: _815/61_    BD/M
Date of Birth: _____
Institution: _SFRC_

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _Jadeine Reglan_
_Morphine_

Month/Year: 4/2013

Codes:  1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vancomycin 750 mg intraarticular Q12° X 6 wks | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Acetaminophen 325 mg iii tabs PO Q6° PRN X 30 days | PR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prilosec 40 mg PO QHS X 4 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ensure can ii PO Qday X 30 days | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

* Requires comment on back page

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | G. ROGER LPN SFRC | | | |

Page _____ of _____

_____ Green 2

Inmate Name: _John George_
DC #: _63732(s)_
Date of Birth: _9/13(s)_
Institution: _SFRC_

DC7-701A (Revised 12/22/11) Page 1 of 2

Green 2

**Instructions**

...tial appropriate box when medication or treatment given.
...ircle your initials when medication or treatment refused.
...ocument on the back of the MAR why the medication was not given and what follow up was
...pleted.
...ARs received from a transfer can be used until the new month. Draw a one time vertical line
...each new institution in red ball point pen on the left side of the dose administered, on Page 2
...ument the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:   1. Refused by Inmate       4. Medication Out of Stock
         2. Security Lockdown      5. Awaiting Arrival from Pharmacy
         3. Medication Held        6. Other*

*Requires comment below in "Reason Code" column

| ate | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|-----|------|----------|-------------------|-------|-------------|-------------------------|
| | | | Fazure | | | |
| | | | Vancomicing | Intact | | Out to AH |
| | | | Vanc 750mg | Intact | 6 | |

nate Name _____
# _____    R/S _____
te of Birth _____
titution _____

1-701A (Revised 12/22/11) Page 2 of 2



STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Codes: 1 = Refused  4 = Medication Out of Stock
2 = Security Lockdown  5 = Awaiting Arrival from Pharmacy
3 = Medication Held

List Drug Allergies: Codeine, Reglan, Phenergan

Month/Year: April/2013

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.
* Requires comment on back page

Green 2

-701A (Revised 12/22/11) Page 1 of 2

Green 2

**Instructions**

itial appropriate box when medication or treatment given.

rcle your initials when medication or treatment refused.

cument on the back of the MAR why the medication was not given and what follow up was pleted.

ARs received from a transfer can be used until the new month. Draw a one time vertical line ach new institution in red ball point pen on the left side of the dose administered; on Page 2 ment the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:
1. Refused by Inmate
2. Security Lockdown
3. Medication Held
4. Medication Out of Stock
5. Awaiting Arrival from Pharmacy
6. Other*

*Requires comment below in "Reason Code" column

| ate | Time | Initials | Medication – Dose | Route | Reason Code | Treatment Documentation |
|-----|------|----------|-------------------|-------|-------------|-------------------------|
| 4/4/13 | 2200 | OY | Rocephin 2 Gm | IV | #4 | Out of Stock |
| 4/13 | 2200 | OY | METHVD 2 Gm | IV | #6 | Unable to Obtain 2100E IV |
| 4/6 | 0600 | J.J | Methyw drip | IV | #6 | unable to obtain drip lim unit 1700V |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

ate Name _____ R/S _____

# _____

e of Birth _____

titution _____

-701A (Revised 12/22/11) Page 2 of 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)



Codes: 1 = Refused   2 = Security Lockdown   3 = Medication Held   4 = Medication Out of Stock   5 = Awaiting Arrival from Pharmacy

Month/Year: April/2013

List Drug Allergies: Codeine, Reglan, Phenergan

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS. This is a combination treatment/medication MAR.

-- = Requires comment on Back Page

-701A (Revised 12/22/11) Page 1 of 2

Green 2

Green 2

**Instructions**

itial appropriate box when medication or treatment given.
ircle your initials when medication or treatment refused.
ocument on the back of the MAR why the medication was not given and what follow up was
pleted.
ARs received from a transfer can be used until the new month. Draw a one time vertical line
each new institution in red ball point pen on the left side of the dose administered, on Page 2
ument the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:
1. Refused by Inmate
2. Security Lockdown
3. Medication Held

4. Medication Out of Stock
5. Awaiting Arrival from Pharmacy
6. Other*

*Requires comment below in "Reason Code" column

| ate | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|-----|------|----------|-------------------|-------|-------------|------------------------|
| | 1000 | | Biaxin 500mg | PO | 6 | OOT 42 NPH |

ate Name
# _____  R/S _____
e of Birth _____
titution _____

-701 A (Revised 12/22/11) Page 2 of 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies:

Codes:  1 = Refused        4 = Medication Out of Stock
        2 = Security Lockdown    5 = Awaiting Arrival from Pharmacy
        3 = Medication Held

Month/Year: 4/2013

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

TRANSCRIBER INT.

TRANSCRIBER INT.

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

* Requires comment on Back Page ____ of ____

| Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp |
|---|---|---|---|---|---|

Inmate Name: Horn, George

DC#: 623-382-915-14/4

Date of Birth: ____

Institution: ____

701A (Revised 12/22/11) Page 1 of 2

Green 2

Green 2

**Instructions**

itial appropriate box when medication or treatment given.
ucle your initials when medication or treatment refused.
ocument on the back of the MAR why the medication was not given and what follow up was
pleted.
ARs reserved from a transfer can be used until the new month. Draw a one time vertical line
ach new institution in red ball point pen on the left side of the dose administered; on Page 2
ument the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:
1. Refused by Inmate
2. Security Lockdown
3. Medication Held

4. Medication Out of Stock
5. Awaiting Arrival from Pharmacy
6. Other*

*Requires comment below in "Reason Code" column

| ate | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|-----|------|----------|-------------------|-------|-------------|-------------------------|
|     |      |          |                   |       |             |                         |
|     |      |          |                   |       |             |                         |
|     |      |          |                   |       |             |                         |
|     |      |          |                   |       |             |                         |
|     |      |          |                   |       |             |                         |
|     |      |          |                   |       |             |                         |
|     |      |          |                   |       |             |                         |

R/S

ate Name
#
te of Birth
titution

-701A (Revised 12/22/11) Page 2 of 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies:

**Codes:** 1 = Refused  
2 = Security Lockdown  
3 = Medication Held  
4 = Medication Out of Stock  
5 = Awaiting Arrival from Pharmacy

Month/Year: 4/2013

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp |
|---|---|---|---|---|---|

ROGER
LPN
SFRC

* Requires comment on back Page _____ of _____

Name _____
# _____
Date of Birth _____
Institution _____

701A (Revised 12/22/11) Page 1 of 2

Green 2

**Instructions**

...itial appropriate box when medication or treatment given.
...ncle your initials when medication or treatment refused.
...ocument on the back of the MAR why the medication was not given and what follow up was ...pleted.
...lARs received from a transfer can be used until the new month. Draw a one time vertical line ...each new institution in red ball point pen on the left side of the dose administered; on Page 2 ...ument the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:
1. Refused by Inmate
2. Security Lockdown
3. Medication Held

4. Medication Out of Stock
5. Awaiting Arrival from Pharmacy
6. Other*

*Requires comment below in "Reason Code" column

| ate | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|-----|------|----------|-------------------|-------|-------------|------------------------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

ate Name _____ R/S _____
# _____
te of Birth _____
titution _____

-701A (Revised 12/22/11) Page 2 of 2

Green 2

STATE FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: Codeine, Phenergan, Reglan

Month/Year: 5/13

Codes: O = Not Administered*
X = Not to be Given
R = Refusal

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 4/20/13 | Morphine sulfate 100mg liquid | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 5/16/13 | 30cc po BID x 25 days TRANSCRIBER INT. 30 | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 4/21/13 | May give one extra dose after 5 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 5/16/13 | TRANSCRIBER INT. 30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 4/18/13 | Zantac 300mg PO Q HS x 90 days | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 7/18/13 | TRANSCRIBER INT. 30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 4/24/13 | Nafoxin 2 gm IV Push q 8° x 6 weeks | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 6/7/13 | TRANSCRIBER INT. 30 | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

* Requires comment on back Page

Inmate Name: Horry, George
DCN: 1237385 N5
Date of Birth: 5/13/61
Institution: SFRC

DC4-701A (Revised) Page 1 of 2

Green 2

| Instructions | | | | | Not Administered Medication Reason Codes | |
|---|---|---|---|---|---|---|

* Initial appropriate box when medication or treatment is given
* Circle initial when medication or treatment is refused
* Documentation on the back of the MAR must reflect why a medication was not given and what follow-up was completed.

1. Refused by Inmate (when refusal form signed)
2. Security lockdown
3. Medication held (state reason)
4. Medication out of stock
5. Other (requires explanation)

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| 5/5/12 | 2200 | JC | metformin 2am IV | IV | 4 | |
| 5/6/12 | 1400 | CM | Metformin 2gm | IV | 4 | given TIM Given yt Bedside ER |
| 5/6/12 | 1400 | AM | Metformin Metformin | IV | given | in appointment Mr Br... ER |
| 5/10/12 | 1800 | AM | Metformin 86m | IV | 15 | Hospital |
| 5/13/12 | 0615 | RM | Metformin 1800 | IV | not to | left to Hospital |
| 5/13/12 | 1400 | CM | Metformin 0.8 gm | PO | 5 | left to Hospital |
| 05/13/12 | 1800 | CM | Zyprtac 20 mg | PO | 5 | Out to Hospital |
| 05/13/12 | 1800 | CM | Zepsin 20 | IV | 5 | Out to Hospital |
| 5/13/12 | 6 | RM | Zyprex 25 | EV | 5 | not to Hospital |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name _____
DC# _____   R/S _____
Date of Birth _____
Institution _____

DC4-701A  (Revised ) Page 2 of 2

Green 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 5/2013

List Drug Allergies: theragan Reglan Codeine

Codes: 1 = Refused   4 = Medication Out of Stock
2 = Security Lockdown   5 = Awaiting Arrival from Pharmacy
3 = Medication Held

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START | Boost + I can p.o. b.i.d x 30 days start when approved | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | Folic Acid 1mg. p.o. qd x 60 days order 5/8/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | Vit. B12 1000 mg p.o. qd x 30 days order 5/8/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 5/10/13 | morphine sulfate IR EC po T10 x 5 delays liquid or tab IR if IR is not available | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1430 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5-1-13 | | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

* Requires comment on back Page _____ of _____

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | | | | |

Inmate Name: Hogan, George
DC #: B-53850   R/S: NA/NA
Date of Birth: 9/15/61
Institution: SFRC

DC4-701A (Revised 12/22/11) Page 1 of 2

Green 2

**Instructions**

1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered, on Page 2 document the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:
1. Refused by Inmate
2. Security Lockdown
3. Medication Held
4. Medication Out of Stock
5. Awaiting Arrival from Pharmacy
6. Other*

*Requires comment below in "Reason Code" column

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|------|------|----------|-------------------|-------|-------------|------------------------|
| 5/10/12 | 11am | ars | Morphine 30cc | Po | 1 | Refused |
| 5/31/12 | 1400 | ar | Morphine 30cc | Po | 6 | out to hospital |
| 04/14/12 | 2200 | av | MS 30m/= 60mg | Po | 6 | out to All |
| 5/12/12 | 6am | av | m.s. 60 0 | Po | 6 | out to hospital |

Inmate Name _____  R/S _____
DC # _____
Date of Birth _____
Institution _____

DC4-701A (Revised 12/22/11) Page 2 of 2

Green 2

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: Codeine, Reglan, Phenergan

Month/Year: 5/13

Codes: 0 = Not Administered*  X = Not to be Given  R = Refusal

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Dilantin 200mg PO BID x180 days
Benadryl 50mg PO BID x30 days
Bactrim 500mg P.O BID x 6 months
Vancomycin 1750mg intra-articular Q 2° x 6 weeks

NOTE This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

* Requires comment on back Page

Inmate Name: HOTT, George
DC#: V23878  WDS
Date of Birth:
Institution: SFRC

DC4-701A (Revised) Page 1 of 2

Green 2

## Instructions

* Initial appropriate box when medication or treatment is given
* Circle initial when medication or treatment is refused
* Documentation on the back of the MAR must reflect why a medication was not given and what follow-up was completed.

## Not Administered Medication Reason Codes

1. Refused by Inmate (when refusal form signed)
2. Security lockdown
3. Medication held (state reason)
4. Medication out of stock
5. Other (requires explanation)

| Date | Time | Initials | Medication- Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| 5/1/13 | 1000 | JL | Vancomycin 750mg | IV | 5 | Pt went out + Dis/charged DC'd prior form |
| 5/1/13 | 0600 | JL | Dilantin 300mg + Benadryl (un) | ↓ | 5 | with articular on k/o area DC'd 5/1/13 1235 |
| 5/1/13 | 1000 | JL | Biaxin 500mg | P.O | 5 | Hospital DC'd (IV DC'd) |
| 05/01/13 | 1800 | JL | Dilantin 200mg | P.O | 5 | out to hospital |
| 05/01/13 | 1800 | JL | Benadryl 50mg | PO | 5 | out to hospital |
| 05/01/13 | 1800 | JL | Biaxin 500mg Bin/p 5 | PO | 5 | Out to hospital |
| 5/13 | 06/00 | RB | Dilantin 200 mg Bin/p 5 | PO | 5 | wsr to hspt |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name _____
DC# _____ R/S _____
Date of Birth _____
Institution _____

DC4-701A (Revised ) Page 2 of 2

Green 2



STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: Codeine, Reglan, Phenergan

Month/Year: 5/13

DC4-701A (Revised) Page 1 of 2

Green 2

## Instructions

- Initial appropriate box when medication or treatment is given
- Circle initial when medication or treatment is refused
- Documentation on the back of the MAR must reflect why a medication was not given and what follow-up was completed.

## Not Administered Medication Reason Codes

1. Refused by Inmate (when refusal form signed)
2. Security lockdown
3. Medication held (state reason)
4. Medication out of stock
5. Other (requires explanation)

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|------|------|----------|-------------------|-------|-------------|-------------------------|
| 5/1/ | 1000 | CN | T 500 325 mg | PO | 4 | OOT to hosp |
| 5/1/ | 1800 | ON | T 324 325 mg | PO | 5 | Out to hospital |

Inmate Name _____
DC# _____  R/S _____
Date of Birth _____
Institution _____

DC4-701A (Revised ) Page 2 of 2

Green 2

STATE    FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: Codeine, Phenergan, Reglan

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

Month/Year: 5/13

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 4/30/13 STOP 5/16/13 | Morphine Sulfate 100mg Liquid 30cc PO BID x 25 days | 0600 / 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 4/21/13 STOP 5/16/13 | May give one extra dose after 5 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 4/18/13 STOP 7/18/13 | Zantac 300mg PO Q HS x 90 days | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 4/24/13 STOP 6/7/13 | Mefoxin 2 gm IV Push q 8° x 6 weeks | 0600 / 1400 / 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: Horn, George
DC#: 037382 - R5 U
Date of Birth: 9/15/61
Institution: SERC

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Requires comment on back Page

DC4-701A (Revised) Page 1 of 2

Green 2

| Instructions | Not Administered Medication Reason Codes |
|---|---|
| * Initial appropriate box when medication or treatment is given<br>* Circle initial when medication or treatment is refused<br>* Documentation on the back of the MAR must reflect why a medication was not<br>  given and what follow-up was completed. | 1. Refused by Inmate (when refusal form signed)<br>2. Security lockdown<br>3. Medication held (state reason)<br>4. Medication out of stock<br>5. Other (requires explanation) |

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| 5/5/13 | 2200 | JV | metofin 2gm IV | IV | 4 | |
| 5/12/ | 1400 | CV | Metoxin 2gm | IV | 4 | |
| 5/16/ | 400 | CM | Medaven Metoxin | IV | given to IM C 140 | |
| 5/10/13 | 0600 | JU | metolid 2gm | IV | given in emplovent Mr Builona RN | |
| 5/12/13 | 0600 | JU | metoxin 2gm | IV | 5 | Hospital |
| 5/12/ | 1400 | CV | Metoxin 2 gm | IV | 00+ to ADM | |
| 05/3/13 | 1808 | OV | Zantac 300g | PO | 5 | out to Hospital |
| 05/3/13 | 1800 | OV | Nepoxin 2G | IV | 5 | Out to Hospital |
| 5/12/13 | | RR | metofin 2c | IV | 5 | out to hospital |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name_____
DC#_____ R/S_____
Date of Birth _____
Institution _____

DC4-701A  (Revised ) Page 2 of 2

Green 2



STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: Codeine, Reglan, Phernepan

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

Monthy/Year: 5/13

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 4/17/13 STOP 7/16/13 | FeSO4 325mg PO BID x 90 days | 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 30 | | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 4/18/13 STOP 7/17/13 | Folic acid 1mg PO QD x 90 days | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP | Boost 1 Can PO BID x 30 days Start high protein | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 5/7/13 STOP 6/7/13 | Vancomycin 750mg Intraticular q/12° x 4 weeks | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: Hill, George
DC#: 637382
Date of Birth: 9/15/61
Institution: RMC

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| ___ RN | 30 | ___ RN | NM | ___ | Fr |
| ___ | sc | ___ Lpn | AM | ___ | |
| ___ | AD | | | | |

* Requires comment on back Page _____ of _____

DC4-701A (Revised) Page 1 of 2

Green 2

| Instructions | Not Administered Medication Reason Codes |
|---|---|
| * Initial appropriate box when medication or treatment is given | 1. Refused by Inmate (when refusal form signed) |
| * Circle initial when medication or treatment is refused | 2. Security lockdown |
| * Documentation on the back of the MAR must reflect why a medication was not | 3. Medication held (state reason) |
| given and what follow-up was completed. | 4. Medication out of stock |
| | 5. Other (requires explanation) |

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| 5/3 | 1000 | N | Fron 3.4 mg | P-O | 5 | NOT to APPT |
| 05/3/13 | 1800 | OX | Fe So4 325 mg | PO | 5 | Out to Hospital |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name_____
DC#_____R/S_____
Date of Birth _____
Institution _____

DC4-701A  (Revised ) Page 2 of 2

Green 2

STATE ⟨ LORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: Codeine, Reglan, Phenergan

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

Monthly/Year: 5/13

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 4/19/13 STOP 10/10/13 | Dilantin 200mg PO BID x 180 days | 0600 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 70 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 4/10/13 STOP 5/11/13 | Benadryl 50mg PO BID x 30 days | 0600 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 70 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/20/13 STOP 9/20/13 | Braxin 500mg P.O BID x 6 months | 1800 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 70 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/20/13 STOP 5/10/13 | Vancomycin 750mg intra-articular Q 12° x 6 weeks | 1800 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 70 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: Horn, Gierros
DC#: 237382  R/S W/FN
Date of Birth: 9/15/61
Institution: STRC

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| Moore R DR. RN | 70 | Verueva RN | | | |
| Olovon | 70 | Machsenpu | | | |
| | | SHP Mo | | PrM | |
| | | | | | @ |

* Requires comment on back Page

DC4-701A (Revised) Page 1 of 2

Green 2

| Instructions | Not Administered Medication Reason Codes |
|---|---|
| * Initial appropriate box when medication or treatment is given | 1. Refused by Inmate (when refusal form signed) |
| * Circle initial when medication or treatment is refused | 2. Security lockdown |
| * Documentation on the back of the MAR must reflect why a medication was not given and what follow-up was completed. | 3. Medication held (state reason) |
| | 4. Medication out of stock |
| | 5. Other (requires explanation) |

| Date | Time | Initials | Medication- Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| 5/7/13 | 1000 | JS | Naproxen 750mg | IV | 5 | T/w about out to Dr's office + Dr'd plea form |
| 5/7/13 | 0800 | DO | Dilantin 200mg + Benadryl 50mg | | 1 | intra articular hip area. Dr. to 5/7/13 15:30 |
| 5/2/13 | 1000 | | Biaxin 500mg | PO | 5 | Hospital OFC |
| 05/8/13 | 1800 | DN | Dilantin 200mg | P.O | 5 | Out to Hospital |
| 05/8/13 | 1800 | DN | Benadryl 50mg | PO | 5 | out to Hospital |
| 05/8/13 | 1800 | DV | Biaxin 500mg | PO | 5 | Out to Hospital |
| 5/9 | 0600 | RB | Dilantin 200mg & Biaxin 500 | PO | 5 | out to hospital |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name_____
DC#_____ R/S_____
Date of Birth_____
Institution _____

DC4-701A  (Revised ) Page 2 of 2

Green 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: Reglan, Codeine, Phenergan

Codes: 1 = Refused          4 = Medication Out of Stock
       2 = Security Lockdown 5 = Awaiting Arrival from
       3 = Medication Held       Pharmacy

Month/Year: 5 | 2013

| Hrs/Rte Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START / STOP | Boost 1 can p.o. bid x 30 days start when approved order 5/31/31/3/8/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START / STOP | Folic Acid 1mg p.o qd x 30 days order 5/8/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START / STOP | Vit. B 1000 mg p.o qd x 30 days order 5/8/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 5/10/13 STOP 13 | Morphine sulfate (---) EC 10 TID x 30 days liquid ntab IR if ER not available | 0600 1400 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Inmate Name | Hsn, George | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|---|
| DC # 63-380 R/S W/M | | | | | | Benatier | |
| Date of Birth 9/15/6? | | | RD | | | C. Ximenez RN | AY |
| Institution SFRC | | | | | | Wilborn LPN | |
| | | | | | | | CV |

* Requires comment on back Page _____ of _____

DC4-701A (Revised 12/22/11) Page 1 of 2

Green 2

| Instructions | Reason Medication Not Administered |
|---|---|
| 1. Initial appropriate box when medication or treatment given. | |
| 2. Circle your initials when medication or treatment refused. | Codes: 1. Refused by Inmate    4. Medication Out of Stock |
| 3. Document on the back of the MAR why the medication was not given and what follow up was completed. | 2. Security Lockdown    5. Awaiting Arrival from Pharmacy |
| 4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered; on Page 2 document the date, time, initials and the "received at" institution's name. | 3. Medication Held    6. Other* |
| | *Requires comment below in "Reason Code" column |

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| 5/13/13 | 0600 | | Morphine 30cc | PO | 5 | Hospital |
| 5/3/13 | 1400 | CV | Morphine 30cc | P.O | 6 | OOT to AHT |
| 05/13/13 | 2200 | OV | MS 30 ml = 60 mg | PO | 6 | Out to Hospital |
| 5/14/13 | 6:00 | RD | m.S. 60 g | PO | 6 | out to hspty |

Inmate Name_____
DC #_____  R/S_____
Date of Birth_____
Institution_____

DC4-701A (Revised 12/22/11) Page 2 of 2

Green 2

STATE OF FLORIDA - DEPART... ..NT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: Reglon - Codzine

Codes: 1 = Refused          4 = Medication Out of Stock
       2 = Security Lockdown 5 = Awaiting Arrival from
       3 = Medication Held       Pharmacy

Month/Year: MAY 2013

| Tective dies | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

START 5/17/13
Tylenol #3
II Tbs PRN
Q6hn X 72 hrs
TOP 5/15
TRANSCRIBER INT.

TART 5/17/13
MS Contin 30mg
Liquid Q8 hrs
X 3 days
TOP 5/20/13
TRANSCRIBER INT.

TART
Lovenox 40 mg
sub Q daily
X 21 days
6/8/13
TRANSCRIBER INT.

TART 5/17/13
Dilantin
200 mg P.O
B.I.D X 8 days
TOP 5/8/13
TRANSCRIBER INT.

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: Horn George
DC #: 633387   R/S W/H
Date of Birth: 5-15-67
Institution: SFRC

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| W. Randelli LPN SFRC |  |  |  |  |  |
|  RN |  |  |  |  |  |

* Requires comment on back Page

JC4-701A (Revised 12/22/11) Page 1 of 2                                        Green 2

**Instructions**

Initial appropriate box when medication or treatment given.
Circle your initials when medication or treatment refused.
Document on the back of the MAR why the medication was not given and what follow was
mpleted.
MARs received from a transfer can be used until the new month. Draw a one time vertical line
· each new institution in red ball point pen on the left side of the dose administered; on Page 2
:cument the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:
1. Refused by Inmate
2. Security Lockdown
3. Medication Held

4. Medication Out of Stock
5. Awaiting Arrival from Pharmacy
6. Other*

*Requires comment below in "Reason Code" column

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|------|------|----------|-------------------|-------|-------------|-------------------------|
| 5/18/13 | 0600 | LS | MS CMIN ~ 30mg | PO | 6 | med new changed → see mar |
| | | | | | | |
| | | | | | | |
| ○ | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| ○ | | | | | | |
| | | | | | | |

nmate Name_____
)C #_____ R/S_____
)ate of Birth_____
nstitution_____

:I-701A (Revised 12/22/11) Page 2 of 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _Jester, Codeine_

Codes: 1 = Refused   4 = Medication Out of Stock
2 = Security Lockdown   5 = Awaiting Arrival from
3 = Medication Held   Pharmacy

Month/Year: 05/2013

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 6/1/13 STOP 6/1/13 TRANSCRIBER INT: | Folic Acid 1mg po qd x 30 day | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/1/13 STOP 6/17/13 TRANSCRIBER INT: | Ferrous Sulfate 325mg po BID x 30 day | 1000 / 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/1/13 STOP 6/11/13 TRANSCRIBER INT: | Biaxin 500mg po q12hrs x 10day | 0600 / 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/1/13 STOP 6/11/13 TRANSCRIBER INT: | Zyvox 600mg po q12hrs x 10day | 1000 / 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Inmate Name: Han Gease | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|
| DC #: 637383   R/S | | | | | | |
| Date of Birth: | | | | | | |
| Institution: SFRC | | | | | | |

* Requires comment on back Page

DC4-701A (Revised 12/22/11) Page 1 of 2

Green 2

| | | | Instructions | | | |
|---|---|---|---|---|---|---|

**Instructions**
1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered; on Page 2 document the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:  1. Refused by Inmate       4. Medication Out of Stock
2. Security Lockdown      5. Awaiting Arrival from Pharmacy
3. Medication Held        6. Other*

*Requires comment below in "Reason Code" column

| Date | Time | Initials | Medication – Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| 4/3/13 | 1000 | M | Tylenol 650mg | P.O | 5 | |
| 4/8/13 | 1000 | M | | | 6 | Meds available in Walgreen bottles |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name_____
DC #_____ R/S ____
Date of Birth_____
Institution_____

DC4-701A (Revised 12/22/11) Page 2 of 2

Green 2

STATE OF FLORIDA - DEPA..MENT OF CORRECTIONS
MEDICATION AND TR'..MENT RECORD (MAR)

List Drug Allergies: _Reglon) Codeine_

Codes:  1 = Refused                4 = Medication Out of Stock
        2 = Security Lockdown      5 = Awaiting Arrival from
        3 = Medication Held            Pharmacy

Month/Year: 5/2013

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 5/19/13 STOP 6/19/13 | 30 OST T PO BID X 30 DAYS | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 5/20/13 STOP 5/23/13 | 30cc liquid Morphine Sulfate 60mg PO TID X 72 hours | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START ?/?/13 STOP 6/20/13 | Morphine 30cc Sulfate 60mg P.O. tid liqui octab | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 05/23/13 STOP 07/24/13 | Benadryl 50mg po BID x 60 days | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Inmate Name | Hoen George | | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|---|---|
| DC # | 37332   R/S | | | | | | | |
| Date of Birth | | | | | | | | |
| Institution | SFRC | | | | | | | |

DC4-701A (Revised 12/22/11) Page 1 of 2

* Requires comment on back Page ___ of ___

Green 2

<table>
<tr><td colspan="2"><strong>Instructions</strong></td><td colspan="2"><strong>Reason Medication Not Administered</strong></td></tr>
</table>

**Instructions**

1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered; on Page 2 document the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:
1. Refused by Inmate        4. Medication Out of Stock
2. Security Lockdown        5. Awaiting Arrival from Pharmacy
3. Medication Held          6. Other*

*Requires comment below in "Reason Code" column

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|------|------|----------|-------------------|-------|-------------|-------------------------|
| 5/03/13 | 1000 | MM | Boost , Benadryl | P.O | 6 | IH is out to appt. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name _____
DC # _____ R/S _____
Date of Birth _____
Institution _____

DC4-701A (Revised 12/22/11) Page 2 of 2

Green 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TR⎯⎯MENT RECORD (MAR)

List Drug Allergies: _Codeine, Reglan, Phenergan_

Codes: 1 = Refused        4 = Medication Out of Stock
2 = Security Lockdown   5 = Awaiting Arrival from
3 = Medication Held        Pharmacy

Month/Year: **5/13**

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/23/13 STOP 06/22/13 | Vitamin C 500 mg PO BID X 30 Days TRANSCRIBER INI. LC | 1000 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | 1800 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| START STOP 06/23/13 | Zinc Sulfate 220 mg QD X 30 Days TRANSCRIBER INI. LC | 1000 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| START STOP | Zyvox 600 mg P.O B.I.D X 30 days TRANSCRIBER INI. | 1000 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | 2200 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| START 5/29/13 STOP | Biaxin 500mg P.O B1D X 4 Wks TRANSCRIBER INI. | 0600 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | 1800 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: Horn, George
DC #: 637382    R/S W/M
Date of Birth:
Institution: SFRC

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
|  | LC | J. Menos RN | AM |  | OV |
|  | LC | J. Menos RN | AM |  | OV |
|  |  | J. Menos RN | AM | Marlene Fernandez |  |

DC4-701A (Revised 12/22/11) Page 1 of 2

* Requires comment on back Page _____ of _____

Green 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: Reglan Codeine

| Codes: | 1 = Refused | 4 = Medication Out of Stock |
| | 2 = Security Lockdown | 5 = Awaiting Arrival from |
| | 3 = Medication Held | Pharmacy |

Month/Year: June 2013

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 5/18/13 STOP 6/17/13 TRANSCRIBER INT. un | Ferrous Sulfate 325mg P.O BID X 30 days | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP 6/7/13 TRANSCRIBER INT. un | Lovenox 40mg SubQ QD X 21 days | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP 6/18/13 TRANSCRIBER INT. un | Dilantin 200mg P.O BID X 30 days | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP 6/22/13 TRANSCRIBER INT. un | Vitamin C 500 mg P.O BID X 30 days | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Inmate Name: HSIN GEORGE | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|
| DC# 639382   R/S W1H | W. Randelli | | | | | |
| Date of Birth: 9-15-61 | LPN | | | | | |
| Institution: SFRC | SFRC | | | | | |

Requires comment on back Page _____ of _____

DC4-701A (Revised 12/22/11) Page 1 of 2

Green 2

| Instructions | Reason Medication Not Administered |
|---|---|
| 1. Initial appropriate box when medication or treatment given.<br>2. Circle your initials when medication or treatment refused.<br>3. Document on the back of the MAR why the medication was not given and what follow up was completed.<br>4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered; on Page 2 document the date, time, initials and the "received at" institution's name. | Codes: 1. Refused by Inmate    4. Medication Out of Stock<br>          2. Security Lockdown   5. Awaiting Arrival from Pharmacy<br>          3. Medication Held      6. Other*<br><br>*Requires comment below in "Reason Code" column |

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name_____
DC #_____ R/S_____
Date of Birth_____
Institution_____

DC4-701A (Revised 12/22/11) Page 2 of 2

  Green 

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: Codeine / Reglan

Codes: 1 = Refused      4 = Medication Out of Stock
      2 = Security Lockdown    5 = Awaiting Arrival from
      3 = Medication Held       Pharmacy

Month/Year: June 2013

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 5/19/13 STOP 6/14/13 TRANSCRIBER INT. | Boost 1 can P.O BID x 30 days | 1000 / 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 5/24/13 STOP 6/21/13 TRANSCRIBER INT. | Morphine Sulfate 60mg PO TID liquid on Tablet ER not available 30 days | 0600 / 1400 / 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 1/3 STOP 9/27/13 TRANSCRIBER INT. | Benadryl 50mg PO BID x 60 days | 1000 / 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 1/3 6/17/13 TRANSCRIBER INT. | folic acid 1mg P.O Qd x 30 days | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: HORN George
DC #: 637382   R/S W/M
Date of Birth: 9-15-61
Institution: SFRC

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| W. Randelli   LPN | | | | | |
| SFRC | | | | | |

* Requires comment on back Page _____ of _____

DC4-701A (Revised 12/22/11) Page 1 of 2

Green 2

| Instructions | Reason Medication Not Administered |
|---|---|
| 1. Initial appropriate box when medication or treatment given. 2. Circle your initials when medication or treatment refused. 3. Document on the back of the MAR why the medication was not given and what follow up was completed. 4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered; on Page 2 document the date, time, initials and the "received at" institution's name. | Codes: 1. Refused by Inmate    4. Medication Out of Stock 2. Security Lockdown    5. Awaiting Arrival from Pharmacy 3. Medication Held    6. Other* *Requires comment below in "Reason Code" column |

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| 7/9/13 | 1800 | RR | Prozac 1 cap | PO | 4 | out stock, not available |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name_____
DC #_____ R/S_____
Date of Birth_____
Institution_____

DC4-701 A (Revised 12/22/11) Page 2 of 2



Green 2

STATE FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

**Month/Year:** 7/2013

**List Drug Allergies:** Reilan, Blaine

**Codes:** 0 = Not Administered*
X = Not to be Given
R = Refusal

| Effective Date | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 6/21/13 | Folic Acid 1 mg. PO | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 9/21/13 | 9. D. X 90 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/21/13 | Ferrous Sulfate 325 mg. PO. | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 9/21/13 | Bid X 90 days | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/19/13 | Dilantin 200mg PO Bid X 90 DAYS | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 9/19/13 | | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. 13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/19/13 | Morphine (Bice) Sulfate 60mg PO. Tid X 30 days | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 7/19/13 | | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

**Inmate Name** HORN George
**DC#** 637532
**Date of Birth** 9/15/61
**Institution** SFRC

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| S. Scher LPN | | mannith | RD | M. Fernandy LN | Y |
| A. M. | | Diliveira | | | |
| Cumlette RN | | TChvik N | 88 | | |
| Menon-Kelly Hernandez, LPN | | | | | |
| | | Required comment on back Page ___ of ___ | | | OV |

DC4-701A (Revised) Page 1 of 2

Green 2

**STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS**
**MEDICATION AND TREATMENT RECORD (MAR)**

List Drug Allergies: _Codaine Reglan_

Month/Year: _June 2013_

| Codes: | 1 = Refused | 4 = Medication Out of Stock |
| | 2 = Security Lockdown | 5 = Awaiting Arrival from |
| | 3 = Medication Held | Pharmacy |

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 5/21/13 STOP 6/21/13 | ZINC SULFATE 220mg ⊗ D x 30 days TRANSCRIBER INT. M | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/21/13 STOP 6/29/13 | Biotin 500mg P.O BID x 4 WKS (1st) TRANSCRIBER INT. | 0600 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/21/13 STOP 6/29/13 | Zyvox 600mg P.O B.ID x 4 WKS TRANSCRIBER INT. | 1000 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 7/1/14 STOP 7/11/14 | Lovenox 40mg SQ x QDX 7 DAYS TRANSCRIBER INT. | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name _HORN George_
DC # _637382_   R/S _W/H_
Date of Birth _9-15-67_
Institution _SFRC_

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| W. Randelli LPN | | | | | |
| SFRC | | | | | |
| | | | | | |

*Requires comment on back Page _____ of _____

DC4-701A (Revised 12/22/11) Page 1 of 2

Green 2

| Instructions | Reason Medication Not Administered |
|---|---|
| 1. Initial appropriate box when medication or treatment given.<br>2. Circle your initials when medication or treatment refused.<br>3. Document on the back of the MAR why the medication was not given and what follow up was completed.<br>4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered; on Page 2 document the date, time, initials and the "received at" institution's name. | Codes:  1. Refused by Inmate   4. Medication Out of Stock<br>2. Security Lockdown   5. Awaiting Arrival from Pharmacy<br>3. Medication Held   6. Other*<br><br>*Requires comment below in "Reason Code" column |

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| 8/2/13 | 2200 | CW | Zyvox 600 | PO | #5 | |
| 8/3/13 | 1000 | CW | Zyvox 600 mg | P.O | #5 | |
| | | | | | | |
| | | | | | | |



Inmate Name_____
DC #_____R/S_____
Date of Birth_____
Institution_____

DC4-701A (Revised 12/22/11) Page 2 of 2

Green

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _Codeine_   _Reglan_

Month/Year: _June 2013_

Codes:  0 = Not Administered*
X = Not to be Given
R = Refusal

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 5/9/13 | Biaxin 500mg PO BID X 4weeks (15) | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | DWR | | | |
| STOP 6/9/13 TRANSCRIBER INT. | | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | DWR | | | |
| START STOP TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name _Ham George_
DC# _631728_   R/S _W/H_
Date of Birth _7/1/61_
Institution _BRC_

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | | JD | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Requires comment on back Page _____ of _____

DC4-701A (Revised) Page 1 of 2

Green 2

| Instructions | Not Administered Medication Reason Codes |
|---|---|
| * Initial appropriate box when medication or treatment is given<br>* Circle initial when medication or treatment is refused<br>* Documentation on the back of the MAR must reflect why a medication was not given and what follow-up was completed. | 1. Refused by Inmate (when refusal form signed)<br>2. Security lockdown<br>3. Medication held (state reason)<br>4. Medication out of stock<br>5. Other (requires explanation) |

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name_____
DC#_____ R/S_____
Date of Birth _____
Institution _____

DC4-701A (Revised ) Page 2 of 2

Green 2

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 6/13

List Drug Allergies: Codeine, Reglan

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 6/21/13 STOP 7/21/13 | Folic acid 1mg. PO QD x 90 Days | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/21/13 STOP 7/21/13 | Ferrous Sulfate 325mg PO BID x 90 Days | 1000 / 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/18 STOP 9/13 | Dilantin 200mg PO BID x 90 Days | 0600 / 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/19/13 STOP 7/19/13 | Morphine Sulfate 60mg. 30cc P.o. tid x 30 day | 0600 / 1400 / 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|
| Inmate Name: Horn, George DC#: 634583 Date of Birth: 9-15-61 Institution: SFRC | | | | | | |

* Requires comment on back Page _____ of _____

DC4-701A (Revised) Page 1 of 2

Green 2

STATE   FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _CODEINE / Recilar (?)_

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

Month/Year: 7/2013

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 5/23/13 STOP 7/23/13 | Benadryl 50mg PO BID x 60 days TRANSCRIBER INT. | 1000 / 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 7/4/13 STOP 8/4/13 | Zyvox 600mg. p.o. q12 x 30 days TRANSCRIBER INT. | 1000 / 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 7/4/13 STOP 8/4/13 | Biaxin 500mg. p.o. bid x 30 days TRANSCRIBER INT. | 0600 / 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 7/19/13 STOP 8/9/13 | Morphine Sulfate 60mg ER PO TID x 21 days Give 1 tab if needed TRANSCRIBER INT. | 1000 / 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: HORN GEORGE
DC#: 637355
Date of Birth: 9/15/61
Institution: SFRC

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| S. Scher, LPN | | Dimenozan | | M Fernandez m | |
| | | Dimenozan | | Brenda | |
| Hernandez, LPN | | Fernandez | | | OV |

* Requires comment on back Page ____ of ____

DC4-701A (Revised) Page 1 of 2

Green 2

itial appropriate box when medication or treatment given.
rcle your initials when medication or treatment refused.
ocument on the back of the MAR why the medication was not given and what follow up was
pleted.
ARs received from a transfer can be used until the new month. Draw a one time vertical line
ach new institution in red ball point pen on the left side of the dose administered; on Page 2
ment the date, time, initials and the "received at" institution's name.

| Codes: | 1. Refused by Inmate | 4. Medication Out of Stock |
| | 2. Security Lockdown | 5. Awaiting Arrival from Pharmacy |
| | 3. Medication Held | 6. Other* |

*Requires comment below in "Reason Code" column

| ate | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|-----|------|----------|-------------------|-------|-------------|-------------------------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

te Name_____R/S___
of Birth_____
ution_____

01A (Revised 12/22/11) Page 2 of 2

Green 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 11/2013

List Drug Allergies: _____

Codes: 1 = Refused
2 = Security Lockdown
3 = Medication Held

4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

| Effective Date | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | SFRC | | | |
| | | U. ROACH, LPN | | | |
| Roxy Hernandez, LPN | | | | | |
| BARRETT, LPN | | | | | |

* Requires comment on back Page _____ of _____

Inmate Name: _____
DC #: _____
Date of Birth: _____
Institution: _____

DC4-701A (Revised 12/22/11) Page 1 of 2

STATE OF FLORIDA
DEPARTMENT ~F CORRECTIONS
MEDICATION AND T~ ~ATMENT RECORD (MAR)

List Drug Allergies: _Codeine, Bryan, Thompson_

Month/Year: _11/2013_

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

| Effective Dates | Medication/Tx | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/1/13 | Morphine Sulfate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | 30mg/15kg fluid | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11/20/13 | BID x 14 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 11/19/13 | Zyvox 600mg | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 12/2/13 | P.O. BID X 14 days. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | | | | |
| | K.G. | | | W. BARRETT, LPN | |

* Requires comment on back Page _____ of _____

Inmate Name: _____
DC#: _____
Date of Birth: _____
Institution: _____

DC4-701A (Revised) Page 1 of 2



STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.

This is a combination treatment/medication MAR.

* Requires comment on back Page

DC4-701A (Revised) Page 1 of 2

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 12/2013

List Drug Allergies:

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 12/1/13 | Aleen Nomidine 30mg PO qd x 3 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 12/10/13 | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 12-13 | Procardia 30 PO BID x 3 dy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 12-16 | TRANSCRIBER INT. R.B | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 12-13 | Monitor BigH twice per shift x 3 days | 06-8o | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 12-16 | TRANSCRIBER INT. R.B | 10-8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2-6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | | 6-2-24 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | 6-2-24 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | | | M. BARRETT, LPN SFRC | |

* Requires comment on back Page _____ of _____

Inmate Name: _____
DC#: _____ R/S: M/Male
Date of Birth: _____
Institution: SFRC

DC4-701A (Revised) Page 1 of 2

| | Instructions | | | | Not Administered Medication Reason Codes | |
|---|---|---|---|---|---|---|

* Initial appropriate box when medication or treatment is given
* Circle initial when medication or treatment is refused
* Documentation on the back of the MAR must reflect why a medication was not given and what follow-up was completed.

1. Refused by Inmate (when refusal form signed)
2. Security lockdown
3. Medication held (state reason)
4. Medication out of stock
5. Other (requires explanation)

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name
DC# _____ R/S _____
Date of Birth _____
Institution _____

DC4-701A (Revised ) Page 2 of 2

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _Codeine Phenegan_

Month/Year: 12/2012

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 12/3/12 | Monitor BP + twice per shift X 3 days | 6-7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | 4-12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 12/4/12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | 12-8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | MS lidoquil 15cc P.O. BID X 3 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 12/9 | Morphine sulfate 15cc liquid BID X 3 days | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 12/11/12 | | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initial/ | Signature/Stamp | Initial | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| M. Barker, LPN | | G. Women, | | | |
| | | | | | |

* Requires comment on back Page _____ of _____

Inmate Name: _Hgoso, George_
DC#: _123654_
Date of Birth: _9/13/61_
Institution: _SFRC_

DC4-701A (Revised) Page 1 of 2

| | Instructions | | | Not Administered Medication Reason Codes | | |
|---|---|---|---|---|---|---|
| * Initial appropriate box when medication or treatment is given<br>* Circle initial when medication or treatment is refused<br>* Documentation on the back of the MAR must reflect why a medication was not given and what follow-up was completed. | | | | 1. Refused by Inmate (when refusal form signed)<br>2. Security lockdown<br>3. Medication held (state reason)<br>4. Medication out of stock<br>5. Other (requires explanation) | | |
| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name _____
DC# _____ R/S _____
Date of Birth _____
Institution _____

DC4-701A (Revised ) Page 2 of 2

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: Codeine / Phenergan

Month/Year: 12/2013

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 12/3/13 | Dilantin 200 mg P.O. BID | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 3/4/14 | x 90 days | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 11/14/14 | Folardia 65mg x 90 qd x 30 day | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 11/4/14 | 2 bourden peony E. food b.e. bid prn xloders 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 11/21/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|---|

\* Requires comment on back Page _____ of _____

Inmate Name: Hassan George
DC#: 138952 R/S:
Date of Birth:
Institution: S-R-C

DC4-701A (Revised) Page 1 of 2

**Instructions**

1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered; on Page 2 document the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:

1. Refused by Inmate
2. Security Lockdown
3. Medication Held
4. Medication Out of Stock
5. Awaiting Arrival from Pharmacy
6. Other*

*Requires comment below in "Reason Code" column.

| Date | Time | Initials | Medication – Dose | Route | Reason Code | Treatment Documentation |
|------|------|----------|-------------------|-------|-------------|-------------------------|
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |
|      |      |          |                   |       |             |                         |

Inmate Name _____
DC # _____ R/S _____
Date of Birth _____
Institution _____

DC4-701A (Revised 12/22/11) Page 2 of 2

MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _Valproic, Reglan, Phenergan_

MonthYear: 01/2014

| Codes: | 1 = Refused | 4 = Medication Out of Stock |
|---|---|---|
| | 2 = Security Lockdown | 5 = Awaiting Arrival from |
| | 3 = Medication Held | Pharmacy |

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 12/26/13 | Procardia 60mg PO q D x 30 days | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 01/24/14 | BC | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 01/8/13 | Dilantin 200mg PO BID x 90 days | 0200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 3/18/14 | BC | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 12/24/13 | Elavil 50mg PO PM x 6 months | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 6/28/14 | BC | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 12/18/13 | Lopressor 50mg PO BID x 12 months | 0200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 3/14 | BC | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.

This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | CHALL LPN | | | JB |
| B. CESAR S.F.R.C. | | SFRC | | | |
| RN | | Co-C Womal-Marela | | | |
| Dravila | | | | Drawidow | |

* Requires comment on back Page ____ of ____

Inmate Name: _Amen George_
DC #: ____
Date of Birth: ____
Institution: _S.F.R.C._

DC4-701A (Revised 12/22/11) Page 1 of 2

## Instructions

1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered; on Page 2 document the date, time, initials and the "received at" institution's name.

### Reason Medication Not Administered

Codes:
| 1. Refused by Inmate | 4. Medication Out of Stock |
| 2. Security Lockdown | 5. Awaiting Arrival from Pharmacy |
| 3. Medication Held | 6. Other* |

*Requires comment below in "Reason Code" column

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|------|------|----------|-------------------|-------|-------------|-------------------------|
| 1/7/14 | 15:00 | *allR* | Elavil 50mg | PO | 3-4 | Pharmacy w/ Mattie out order |
| 1/8/14 | 15:00 | *allR* | Elavil 50mg | PO | 3,4 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Name _____ R/S _____
DC # _____
Date of Birth _____
Institution _____

DC4-701A (Revised 12/22/11) Page 2 of 2

MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 2/1/4

List Drug Allergies: _____ Reglan, Prenogen _____

Codes:  1 = Refused   4 = Medication Out of Stock
2 = Security Lockdown   5 = Awaiting Arrival from
3 = Medication Held        Pharmacy

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 12/10/10 | Zyvox 600mg PO BID x 20days | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 01/14/14 | Order 12/10/12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | K. Hill LPN SFRC | | | |

* Requires comment on back Page _____ of _____

Inmate Name: _____
DC #: _____
Date of Birth: _____
Institution: SFRC

DC4-701A (Revised 12/22/11) Page 1 of 2

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name: HUAN GEORGE |
|---|---|---|---|---|

Inmate Name: HUAN GEORGE
DC#: 637382
Dorm: _____
Diagnosis: _____

STAT — Initial Each Order as Transcribed

List Allergies Here: Codeine Reglan

Time Noted: _____
Nurse Signature/Stamp: L. Cooper LPN SFRC
Doctor Signature/Stamp: ABIGADO MD, SR PHYSICIAN SFRC
Date/Time: 8/1/13

DC4-714B (9/05)      Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SFRC | Date: 7-3-13 | Time: | ☑ Inpatient ☐ Outpatient | Inmate Name: Huan, George |
|---|---|---|---|---|

Inmate Name: Huan, George
DC#: 637382
Dorm: F-Dorm
Diagnosis: _____

STAT — Initial Each Order as Transcribed

List Allergies Here: Codeine Reglan

Time Noted: 0900
Nurse Signature/Stamp: M. BARRETT, LPN SFRC
Doctor Signature/Stamp: S. Hosseini CHO SFRC
Date/Time: 7-3-13

DC4-714B (9/05)      Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SFRC | Date: 6/18/13 | Time: 10:05 | ☑ Inpatient ☐ Outpatient | Inmate Name: Huan George |
|---|---|---|---|---|

Inmate Name: Huan George
DC#: 637382
Dorm: _____
Diagnosis: R hip infect

STAT — Initial Each Order as Transcribed

List Allergies Here: Codeine Reglan Phenergan

Time Noted: _____
Nurse Signature/Stamp: L. Cooper LPN SFRC
Doctor Signature/Stamp: F. Rodriguez-Garcia Sr. Physician SFRC   10:05
Date/Time: 6/18/13

DC4-714B (9/05)      Distribution: White Original—Pharmacy    Canary—Medical Record

**FLORIDA DEPARTMENT OF CORRECTIONS**
**DEA CONTROLLED SUBSTANCES PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SFRC | Date: 7-15-13 | Time: 7- | ☒ Inpatient ☐ Outpatient | Inmate Name Horn George |
|---|---|---|---|---|

DC# 637302

STAT / Initial Each / Order as Transcribed

List Allergies Here: codeine, Reglan, phenegan

Dorm

Diagnosis: S/P Right hip surgery

morphine 15 (Ketofen) ER PO T15 x 21 days

| Time Noted: | Nurse Signature/Stamp | S. Hosseini CHO SFRC Schein MD | 7-15-13 7- | Physician: Dr. Seyed Hosseini, MD, CHO |
|---|---|---|---|---|
| | | Doctor Signature/Stamp | Date/Time | Address: 14000 NW 41 Street |
| | | | | City/State/Zip: Miami, Florida 33178 |
| | | | | DEA Number: FH1206653 |

PRH109204458

Distribution: Original — Pharmacy     Canary — Medical Record
DC4-714C (Issued 8/18/11)

FLORIDA DEPARTMENT OF CORRECTIONS
## DEA CONTROLLED SUBSTANCES PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SFRC | Date: 3-26-13 | Time: 30 | ☑ Inpatient ☐ Outpatient | Inmate Name: Hill George |
|---|---|---|---|---|
| | | | | DC# 637382 |
| STAT | Initial Each Order as Transcribed | List Allergies Here | | Dorm |
| | | Codeine | | Diagnosis: S/P Hip Surgery |

... PO IND x 21 ...

| | | DR. S. HOSSEINI CHO | 8-26-13 | Physician: Dr. Seyed Hosseini, MD, CHO |
| Time Noted | G. MENC RN | | 830 | Address: 14000 NW 41 Street |
| | Nurse Signature/Stamp | Doctor Signature/Stamp | Date/Time | City/State/Zip: Miami, Florida 33178 |
| 1000 | | | | DEA Number: FH1206653 |

Distribution: Original — Pharmacy            Canary—Medical Record
DC4-714C (Issued 8/18/11)

PRI1109204458

FLORIDA DEPARTMENT OF CORRECTIONS
## DEA CONTROLLED SUBSTANCES PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SFRC | Date: 9-10-13 | Time: 1615 | ☑ Inpatient ☐ Outpatient | Inmate Name: Hill George |
|---|---|---|---|---|
| | | | | DC# 637382 |
| STAT | Initial Each Order as Transcribed | List Allergies Here Codeine phenergan Reglan | | Dorm E |
| | | | | Diagnosis: S/P Hip Surgery |

Morphine sulfate 60mg PO Liquid Q4° x
21 Days DC previous morphine order

| | | C. Cooper LPN SFRC | 9-10-13 | Physician: Dr. Seyed Hosseini, MD, CHO |
| Time Noted: | | | 15 | Address: 14000 NW 41 Street |
| | Nurse Signature/Stamp | Doctor Signature/Stamp | Date/Time | City/State/Zip: Miami, Florida 33178 |
| | | | | DEA Number: FH1206653 |

Distribution: Original — Pharmacy            Canary—Medical Record
DC4-714C (Issued 8/18/11)

PRI1109204458

**FLORIDA DEPARTMENT OF CORRECTIONS**
**DEA CONTROLLED SUBSTANCES PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SFRC | Date: 9-27-13 | Time: 11 | ☒ Inpatient ☐ Outpatient | Inmate Name: Horn George |
|---|---|---|---|---|

STAT. | Initial Each Order as Transcribed

List Allergies Here: Codein, Reglan, phenergan

DC#: 622238
Dorm:
Diagnosis: S/P hip surgery

morphin sulfate liquid 20cc (60mg) @ 4 hr
x 21 days
please give IM or IR MS if R. infusions available

| Time noted | | | | 9-27-13 | Physician: Dr. Seyed Hosseini, MD, CHO |
| 1150 | L. Gonzon LPN SFRC Nurse Signature/Stamp | DR. S. HUSSEINI CHO Doctor Signature/Stamp | | 11 Date/Time: | Address: 14000 NW 41 Street |
| | | | | | City/State/Zip: Miami, Florida 33178 |
| | | | | | DEA Number: FH1206653 |

Distribution: Original—Pharmacy          Canary—Medical Record
DC4-714C (Issued 8/18/11)

PRI1109204458

INVALID INVALID INVALID

**FLORIDA DEPARTMENT OF CORRECTIONS**
**DEA CONTROLLED SUBSTANCES PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SFRC | Date: 10/15/13 | Time: 5:00 | ☐ Inpatient ☐ Outpatient | Inmate Name: Horn, George |
|---|---|---|---|---|
| STAT | Initial Each Order as Transcribed | List Allergies Here | | DC# 637382 |
| | | Codeine Reglan Phenergan | | Dorm F-Dorm |
| | | | | Diagnosis: |
| PH | Morphine Sulfate liquid (30cc) 60mg. P.O. q.4° X 14 days IR or ER if liquid not available | | | |

Peggy Hernandez, LPN

Nurse Signature/Stamp    Doctor Signature/Stamp

Time Noted: 1700

Date/Time: 10-15-13 14

Physician: Dr. Egelaborsode, MD, CHO
Address: 14000 NW 41 Street
City/State/Zip: Miami, Florida 33178
DEA Number: FH1206653

Distribution: Original—Pharmacy    Canary—Medical Record
DC4-714C (Issued 8/18/11)

PRI1109204458

INVALID INVALID INVALID

INVALID INVALID INVALID

**FLORIDA DEPARTMENT OF CORRECTIONS**
**DEA CONTROLLED SUBSTANCES PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SFRC | Date: 10/20/13 | Time: 15:00 | ☐ Inpatient ☐ Outpatient | Inmate Name: Horn, George |
|---|---|---|---|---|
| STAT | Initial Each Order as Transcribed | List Allergies Here | | DC# 637382 |
| | | | | Dorm |
| | | | | Diagnosis: |
| | | Morphine | | |

Time Noted: 3:00 pm

Nurse Signature/Stamp    Doctor Signature/Stamp

P. Medina, MD
SFRC

Date/Time: 15:00 10/20/13

Physician: Dr. Paula Medina, MD
Address: 14000 NW 41 Street
City/State/Zip: Miami, Florida 33178
DEA Number: BM7972196

Distribution: Original—Pharmacy    Canary—Medical Record
DC4-714C (Issued 8/18/11)

PRI1109164455

INVALID INVALID INVALID

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: SFRC  Date: 11/14/13  Time: 0900  ☐ Inpatient ☐ Outpatient

Inmate Name: Horn, George
DC# 687282?
Dorm
Diagnosis: Hip sx, infection

List Allergies Here: Codeine, Reglan, Phenergan

Initial Each Order as Transcribed / STAT

Tylenol 600 mg + tab — P.O BID x 14 days

Time Noted:  Nurse Signature/Stamp: G. Mendos RN SRFC
Doctor Signature/Stamp: Hermes L. Milanes MD Board Certified in Family Medicine  Date/Time: 11/18/13

DC4-714B (9/05)  Distribution: White Original—Pharmacy  Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: SFRC  Date: 10/1/13  Time: 1050  ☐ Inpatient ☐ Outpatient

Inmate Name: Horn, George
DC# 687282
Dorm
Diagnosis: Hx, recent injection

List Allergies Here: Codeine / Phenergan, Reglan

Initial Each Order as Transcribed / STAT

(1) Tylenol 600 mg + Tab PO bid x 14d

Time Noted: 1125  Nurse Signature/Stamp: M. BARRETT, LPN SFRC
Doctor Signature/Stamp: P. Medina, MD SRFC  Date/Time: 10/1/13

DC4-714B (9/05)  Distribution: White Original—Pharmacy  Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: SFRC  Date: 10-29-13  Time: 1730  ☐ Inpatient ☐ Outpatient

Inmate Name: Horn George
DC# 687282
Dorm: F-Dorm
Diagnosis: Hip sx.

List Allergies Here: Codeine, Reglan, Phenergan

Initial Each Order as Transcribed / STAT

Tylenol 600 mg + tab x  AK
Morphine Sulfate 60mg/Bcc  QD RTC BID (DEA)

Time Noted: 1730  Nurse Signature/Stamp: RN
Doctor Signature/Stamp: P. Medina, MD SRFC  Date/Time: 10/29/13

DC4-714B (9/05)  Distribution: White Original—Pharmacy  Canary—Medical Record

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name ___ |
|---|---|---|---|---|---|
| | | | | | DC# ___ |
| | | List Allergies Here | | | Dorm ___ |
| | Initial Each Order as Transcribed | | | | Diagnosis: ___ |
| STAT | | | | | |

| Time Noted: | Nurse Signature/Stamp | Doctor Signature/Stamp | Date/Time: |
|---|---|---|---|

DC4-714B (9/05)            Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: S.F.R.C.   Date: 11/27/12   Time: 1445   ☑ Inpatient ☐ Outpatient

Inmate Name *Horn, Pearse*
DC# 637382

List Allergies Here: *Codeine, Reglar, phenergan*

STAT — Initial Each Order as Transcribed

1. Clonidine 0.1 mg p) ao × 3 days —
4. CBC, Sed rate BMP Protein, in Monday am.
5. Nausea + Orthopedic at Jackson Hospital requested, follow-up will be made —

Time Noted: *mw*
Nurse Signature/Stamp
Doctor Signature/Stamp
Date/Time: Nov 27/13

DC4-714B (9/05)            Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: S.F.R.C.   Date: 11/27/12   Time: 14.45   ☑ Inpatient ☐ Outpatient

Inmate Name *Horn, Pearse*
DC# 637382
Dorm ___
Diagnosis: ___

List Allergies Here: *Codeine, Reglar phenergan*

STAT — Initial Each Order as Transcribed

1) Toradol 30 mg Im. Bid × 5 days —
2) Clonidine 0.2 mg po tid × 3 days then —
   Clonidine 0.2 mg po Bid × 3 days then —
   Clonidine 0.1 mg po Bid × 3 days

Time Noted: *mw*
Nurse Signature/Stamp
Doctor Signature/Stamp
DORA GAXIOLA, M.D., M.P.H.
CORRECTIONAL MEDICAL FELLOW
Date/Time: 11/27/12

DC4-714B (9/05)            Distribution: White Original—Pharmacy    Canary—Medical Record

**FLORIDA DEPARTMENT OF CORRECTIONS**
**DEA CONTROLLED SUBSTANCES PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: 11/12/13 | Time: 16:30 | ☐ Inpatient ☐ Outpatient | Inmate Name: Horn, George |
|---|---|---|---|---|---|
| STAT | Initial Each Order as Transcribed | List Allergies Here | | | DC# 637382 |
| | | | | | Dorm |
| | | | | | Diagnosis: |
| | PH | Morphine Sulfate 30mg / 15CC liq. BID x14 | | | |

| Time Noted: | | Peggy Hernandez, LPN | P. Medina, MD SRFC | 1630 | Physician: Dr. Paula Medina, MD |
|---|---|---|---|---|---|
| | | Nurse Signature/Stamp | Doctor Signature/Stamp | 11/12/13 | Address: 14000 NW 41 Street |
| | | | | Date/Time: | City/State/Zip: Miami, Florida 33178 |
| | | | | | DEA Number: BM7972196 |

Distribution: Original—Pharmacy        Canary—Medical Record

PRI1109164455

DC4-714C (Issued 8/18/11)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SFRC | Date: 11-12-13 | Time: 11:30 | ☐ Inpatient ☐ Outpatient |
|---|---|---|---|

Inmate Name: Horn George
DC# 637382
Dorm: F Dorm
Diagnosis: Hx H p Surgery

| | | List Allergies Here |
|---|---|---|
| STAT | Initial Each Order as Transcribed | Codeine, Reglan, Phenergan |

PH  Morphine Sulfate 30mg/15cc Liquid BID x 14 Days

Time Noted: 2040
Nurse Signature/Stamp: Perry Hernandez, LPN
Doctor Signature/Stamp: See DEA script
Date/Time:

DC4-714B (9/05)          Distribution: White Original—Pharmacy     Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SFRC | Date: | Time: | ☐ Inpatient ☐ Outpatient |
|---|---|---|---|

Inmate Name: Horn George
DC# 637382
Dorm: F Dorm
Diagnosis: Hp H p Surgery

| | | List Allergies Here |
|---|---|---|
| STAT | Initial Each Order as Transcribed | |

Morphine Sulfate 60mg/30cc Liquid Q1hrs x

Time Noted:
Nurse Signature/Stamp:
Doctor Signature/Stamp:
Date/Time:

DC4-714B (9/05)          Distribution: White Original—Pharmacy     Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SRC | Date: 11-5-13 | Time: 1100 | ☐ Inpatient ☐ Outpatient |
|---|---|---|---|

Inmate Name: HORN, George
DC# 637382
Dorm:
Diagnosis:

| | | List Allergies Here |
|---|---|---|
| STAT | Initial Each Order as Transcribed | Codeine, Reglan, Phenergan |

VO - DC from F Dorm

Time Noted: 1100
Nurse Signature/Stamp: Cooper LPN SFRC
Doctor Signature/Stamp:
Date/Time: 11-5-13

DC4-714B (9/05)          Distribution: White Original—Pharmacy     Canary—Medical Record

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: | Time: | ☐ Inpatient<br>☐ Outpatient | Inmate Name _____ |
|---|---|---|---|---|---|
| STAT | Initial<br>Each<br>Order as<br>Transcribed | List Allergies Here | | | DC# _____<br>Dorm _____<br>Diagnosis: _____ |

| Time<br>Noted: | Nurse Signature/Stamp | Doctor Signature/Stamp | Date/Time: |
|---|---|---|---|

DC4-714B (9/05)       Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: FRC | | Date: 12-13-13 | Time: 7PM | ☒ Inpatient<br>☐ Outpatient | Inmate Name Horne George |
|---|---|---|---|---|---|
| STAT | Initial<br>Each<br>Order as<br>Transcribed | List Allergies Here<br>Codeine, Reglan<br>Thorazine | | | DC# 637387<br>Dorm F<br>Diagnosis: HTN |
| | M | Procardia 30mg PO BID X 3 days | | | |
| | M | Monitor BP twice/shift | | | David J. Reddick, M.D. |

T.O. Dr Castillo / S. Thompson RN

| Time<br>Noted: 19 B | Nurse Signature/Stamp<br>S Thompson RN | Doctor Signature/Stamp | Date/Time: |
|---|---|---|---|

DC4-714B (9/05)       Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SFRC | | Date: 12/13/13 | Time: 1500 | ☐ Inpatient<br>☐ Outpatient | Inmate Name Horn George |
|---|---|---|---|---|---|
| STAT | Initial<br>Each<br>Order as<br>Transcribed | List Allergies Here<br>Codeine, Reglan Thorazine | | | DC# 637387<br>Dorm _____<br>Diagnosis: _____ |
| | | Zyflo 600mg A HW  X 30 Day | | | |

| Time<br>Noted: | Nurse Signature/Stamp<br>Cooper LPN SFRC | Doctor Signature/Stamp<br>P. Medina, MD SFRC | Date/Time: 12/13/13  15:00 |
|---|---|---|---|

DC4-714B (9/05)       Distribution: White Original—Pharmacy    Canary—Medical Record

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: _SFRC_   Date: _7/19/12_   Time: _(X)_   ☐ Inpatient  ☐ Outpatient

Inmate Name _Horn, George_
DC# _637382_
Dorm _E_
Diagnosis: _Seizure_

List Allergies Here
_Codeine, Reglan_
_Phenergan_

STAT — Initial Each Order as Transcribed

1) Dilantin 200mg po BID × 90 days

1/1 w/ LASS

Time Noted: _150_   Nurse Signature/Stamp: _M. BARRETT, LPN SFRC_   Doctor Signature/Stamp: _W. Bass ARNP_   Date/Time: _7/19/13_

DC4-714B (9/05)   Distribution: White Original—Pharmacy   Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: _SFRC_   Date: _Dec 18/13_   Time: _1755_   ☐ Inpatient  ☐ Outpatient

Inmate Name _Horn, George_
DC# _637382_
Dorm
Diagnosis:

List Allergies Here

STAT — Initial Each Order as Transcribed — RR

Morphine Sulfate SR liquid BID × 30 days

Time Noted: _187_   Nurse Signature/Stamp: _R. BARNETT RN SFRC_   Doctor Signature/Stamp: _DAVID J. REDDICK, M.D. REGION IV MEDICAL EXECUTIVE DIRECTOR_   Date/Time:

DC4-714B (9/05)   Distribution: White Original—Pharmacy   Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: _SFRC_   Date: _4/4/13_   Time: _1345_   ☐ Inpatient  ☐ Outpatient

Inmate Name _HORN, GEORGE_
DC# _637382_
Dorm
Diagnosis: _NEUROPATHIC PAIN OF HIP_

List Allergies Here

STAT — Initial Each Order as Transcribed

1) Elavil 50 mg po q pm × 6 mo/3 refills
2) Motrin 400 mg po TID × 6 mo
3) Capresso 50 mg po BID × 12 mo

_W. Bass ARNP 4/8/13 637358_

Time Noted: _142_   Nurse Signature/Stamp: _L. Cooper LPN SFRC_   Doctor Signature/Stamp: _W. BASS ARNP_   Date/Time:

DC4-714B (9/05)   Distribution: White Original—Pharmacy   Canary—Medical Record