**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: _Codeine Phenergan Reglan_

| DATE/TIME | |
|---|---|
| 3/20/13 9:25 | NOTE: I spoke (via phone) c̄ D. Baron about our patient's condition. He said that the agreement c̄ Dr. Green was: 1- Vancomycin intraarticular 6 weeks 2- Mefoxin IV 6 weeks 3- Biaxin 500 mg PO BID 6 months 4- to be F/U by Dr. Green - family

F. Rodriguez-Garcia
Sr. Physician
SFRC |
| 3/30/13 1:00 | Dx: • Infected hardware right hip 1- Removal of Total Hip Replacement and Placement of Antibiotic Bead. 2- Radical excision of sequestrum 3- Excision of sinus tracts 4- Exploration of sciatic nerve 5- Placement of Hickman catheter for intraarticular antibiotic delivery. • Pain controlled • Left Picc line. • h/o HCV(+) Seizures disorder

F. Rodriguez-Garcia
Sr. Physician
SFRC |

Inmate Name _Horn George_

DC# _637382_   Race/Sex ____

Date of Birth ____

Institution ____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 5/07)



**EXHIBIT**

H

Blue 2 Inactive Right Side