# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine, Reglan, Phenergan

| DATE/TIME | |
|---|---|
| 4/16/13 7:00 | Inj site S/Tx reviewed Abx3, no s/s of respiratory distress, denies any pain or discomfort at present time. Temp 98.3, pulse 80, resp 18, BP 120/80. 989 mLBS administered per duty order w/c in use, self care, attempted x2 unable to obtain heplock, no IV access. Comfort and safety ensured. Report to oncoming shift. — D. Papillon LPN SFRC |
| 4.17.13 8:5 | S Patient said that the PICC line came out yesterday afternoon. He c/o right leg pain. Described a small amount of fluid from one point of the thigh. |
| | O VS WNL. Abdomen (+) BS SD. Lungs CTA x2. CNS A&Ox3. Heart RRR. |
| | A Rt hip infection sequence unclear w/ HCV(+) |
| | P Keep current treatment. — F. Rodriguez-Garcia Sr. Physician SFRC |
| | Note: CHO was notified about the PICC line which was lost. — Pending to be sent to the hospital for new one. — F. Rodriguez-Garcia Sr. Physician SFRC |

Inmate Name: Horn, George
DC#: 031382   Race/Sex: W/M
Date of Birth: 9-15-61
Institution: SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33.602.210

EXHIBIT "I"

Blue 2 Inactive Right Side