**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CONSULTATION REQUEST/CONSULTANT'S REPORT**

*Ortho consult approved*

| TO Institution: Orthopedist | FROM Institution: SFRC | DATE OF REQUEST: 4.19.13 |
|---|---|---|
| Reason(s) for consultation: Evaluate and recommend diagnostic plan ___ Evaluate and recommend treatment plan ___ Other (specify): ___ | Type of consultation: Emergency ___ Urgent ___ Routine ___ Follow-up ✓ | DATE APPOINTMENT MADE: ___ Staff Signature: ___ |
| Follow-up consults require justification | | APPOINTMENT DATE: |

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):
WM, 51 y/o ō h/o HCV(+), seizures disorder, ®Hip osteomyelitis, ®Hip Replacement, ®thigh synovial infected cyst.

Physical findings: Patient underwent to procedure of Removal of antibiotics Beads, Irrigation and Debridement, Placement of a Cement Spacer for the Proximal Femur, Further Resection of Proximal Femur.

Diagnostic findings (explain laboratory, x-ray, or other test findings): Patient was recommended to be on Biaxin 520mg (BID) 6 months, Mefoxin 2g IV q8° and Vancomycin 750mg intraarticular q12°. — Ortho recommend to F/U —

Other pertinent information: Patient was not able to complete treatment because he lost the Picc Line. On PE still drainage of clear fluid from thigh present.

Provisional diagnosis: Rt hip osteomyelitis.

Health Care Provider Signature/Stamp: F. Rodriguez-Garcia, SR Physician, SFRC

CHO/Designee Approval Signature/Stamp:

**AUTHORIZATION FOR SPECIALITY EVALUATION**

I, the undersigned, have had explained to me and understand that I require ___ which cannot be accomplished at ___. I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: ___   Date: ___

Signature of Witness: ___   Date: ___

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Horn George
DC# 637382   Race/Sex WM
Date of Birth: 9-15-61
EOS DATE: ___

DC4-702 (Revised 12/1/10) Page 1 of 2

CT Hip w/o contrast results faxed.

EXHIBIT "J"