File

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
Radiology CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: CT ē contrast | FROM Institution: SFRC | DATE OF REQUEST: 4-22-13 |
|---|---|---|

Reason(s) for consultation:
Evaluate and recommend diagnostic plan ______
Evaluate and recommend treatment plan ✓
Other (specify): ______

Follow-up consults require justification

Type of consultation:
Emergency ______
Urgent ______
Routine ✓
Follow-up ______

DATE APPOINTMENT MADE:

Staff Signature: [signature]

APPOINTMENT DATE: Tuesday, April 23, 2013.

Condition is (check one): ☐ Acute Trauma ☐ Acute Illness ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):
52 y-o- W/M ē Hx of right thigh Seroma, s/p right hip surgery

Physical findings:
Right hip infection s/p surgery

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:
Hep C

Provisional diagnosis:
s/p hip surgery (R.), R. Coxo-femoral joint infection

Health Care Provider Signature/Stamp: S. Hosseini CHO SFRC [signature]

CHO/Designee Approval Signature/Stamp: 4-22-13

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require ______ which cannot be accomplished at ______.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: ______ Date: ______

Signature of Witness: ______ Date: ______

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Horn George
DC# ~~64352~~ Race/Sex W/M
Date of Birth 09-15-61
EOS DATE: SFRC
DC4-702 (Revised 12/1/10) Page 1 of 2

DC# 637382

EXHIBIT
"K"

# CONSULTANT'S REPORT

NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS

Additional History:

Findings:

Recommendations:

CT scan performed on 04/23/13
see MD signature on consult

Consultant Signature/Stamp:______________ Date:______

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

USE ADDITIONAL SHEET(S) AS NECESSARY

Inmate Name ______________
DC#______________ Race/Sex ______
Date of Birth ______________
Institution ______________
EOS DATE: ______________

[illegible] Page 2 of 2

File

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: Surgery PICC line | FROM Institution: SFRC | DATE OF REQUEST: 4-22-12 |
|---|---|---|

Reason(s) for consultation:
Evaluate and recommend diagnostic plan ____
Evaluate and recommend treatment plan ✓
Other (specify): ____

Follow-up consults require justification

Type of consultation:
Emergency ____
Urgent ____
Routine ✓
Follow-up ____

DATE APPOINTMENT MADE:
Staff Signature:
APPOINTMENT DATE:

Condition is (check one): ☐ Acute Trauma ☐ Acute Illness ☑ Chronic

History of present illness (include onset, presentation, progress, therapy): 52 year old w/m c̄ Hx of long hip infection

Physical findings: Right hip infection. s/p hip surgery

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information: Hep C

Provisional diagnosis: Right hip infection, picc line insertion request

Health Care Provider Signature/Stamp: [signature] S. Hosseini CHO SFRC 4-22-12

CHO/Designee Approval Signature/Stamp:

AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require ____ which cannot be accomplished at ____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: ____ Date: ____

Signature of Witness: ____ Date: ____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Horne george
DC#: 67382 Race/Sex: W/M 637382-DC#
Date of Birth: 09-15-61
EOS DATE: SFRC

Done.

DC4-702 (Revised 12/1/10) Page 1 of 2

# CONSULTANT'S REPORT

NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS

Additional History:

Findings:

Recommendations:

DAVID A. RODICK, M.D.
REGION III
MEDICAL EXECUTIVE DIRECTOR

Consultant Signature/Stamp:______________________ Date:__________

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name ______________________

DC#______________ Race/Sex ________

Date of Birth ______________________

Institution ______________________

EOS DATE: ______________________

USE ADDITIONAL SHEET(S) AS NECESSARY

KENDALL REGIONAL - MAIN
11750 SW 40 Street
Miami, FL 33175

PHONE #: 305-223-3000
FAX #:

Name: HORN,GEORGE A
Phys: HOSSEINI,SEYED S MD
DOB: 09/15/1961 Age: 51 Sex: M
Acct: K017624156 Loc: CTS
Exam Date: 04/23/2013 Status: REG CLI
Unit: K683223 PACS: KK610213
Exam Completed: 04/23/13 @ 1430

SEYED S HOSSEINI MD
14000 NW 41ST STREET
DORAL, FL 33178

**EXAMS:**
002467762 CT HIP WO CONTRAST RIGHT

HISTORY:

Axial sections are obtained after IV contrast. Sagittal and coronal reconstructions were reviewed.

There is a spacer in the proximal femur composed of cement to. This includes the femoral head, neck, and proximal femur. There is a gamma nail which is extends from the cement spacer into the native femoral shaft into its mid third. The gamma nail is satisfactorily positioned, however there is significant fluid seen surrounding the cemented portion of the prosthetic device. Some of this fluid contains gas bubbles, and most likely we are dealing with an underlying abscess. This extends from the area of the hip joint itself down to the mid femoral shaft. There is a drainage catheter positioned within the proximal part of the collection.

There are small pockets of gas demonstrated within the medullary cavity of the proximal and mid femur around the intramedullary portion of the gamma nail, and these findings would also suggest underlying infection of the medullary cavity.

There are smaller oval ring-enhanced structures seen in the lateral musculature adjacent to the mid femoral shaft most compatible with small satellite abscesses which do not appear to communicate with the main collection.

There is some periosteal reaction demonstrated anteriorly about the mid to femoral shaft , and the possibility of underlying osteomyelitis is also considered.

*IMPRESSION: Significant findings were in this postop patient. There is a large fluid collections seen surrounding a cement spacer in the proximal femur with small gas pockets. These findings are most compatible with a large abscess.*

*There also are smaller ring enhanced collections in the lateral*

E. Rodriguez-Garcia
Sr. Physician
SFRC
Blue 3 South Florida right side

3052275563 RADIOLOGY VALIC 05:44:58 p.m. 04-23-2013 2/2

470-7628

KENDALL REGIONAL - MAIN
11750 SW 40 Street
Miami, FL 33175

PHONE #: 305-223-3000
FAX #:

Name: HORN,GEORGE A
Phys: HOSSEINI,SEYED S MD
DOB: 09/15/1961 Age: 51 Sex: M
Acct: K017624156 Loc: CTS
Exam Date: 04/23/2013 Status: REG CLI
Unit: K683223 PACS: KK610213
Exam Completed: 04/23/13 @ 1430

**EXAMS:**
002467762 CT HIP WO CONTRAST RIGHT
<Continued>

*musculature adjacent to the mid femoral shaft suggesting satellite abscesses which do not communicate with the larger collection.*

*There is periosteal reaction in the mid femoral shaft, and there are small gas pockets seen within the medullary cavity of the mid femur which is most compatible with osteomyelitis and infection in the medullary space .*

*Clinical correlation is recommended.*

** Electronically Signed by M.D. GEORGE BORRERO **
** on 04/23/2013 at 1506 **
Reported and signed by: GEORGE BORRERO, M.D.

CC: SEYED S HOSSEINI MD

Technologist: LOPEZ,ANGEL RT
Transcribed Date/Time: 04/23/2013 (1506)
Transcriptionist: UMR:RAD
Electronic Signature Date/Time: 04/23/2013 (1506)
Printed Date/Time: 04/23/2013 (1511) BATCH NO: N/A

F. Rodriguez-Garcia
Sr. Physician
SFRC
4/24/13

Blue 3 South Florida right side

KENDALL REGIONAL - MAIN
11750 SW 40 Street
Miami, FL 33175

PHONE #: 305-223-3000
FAX #:

Name: HORN,GEORGE A
Phys: HOSSEINI,SEYED S MD
DOB: 09/15/1961 Age: 51 Sex: M
Acct: K017624156 Loc: CTS
Exam Date: 04/23/2013 Status: REG CLI
Unit: K683223 PACS: KK610213
Exam Completed: 04/23/13 @ 1430

EXAMS:
002467762 CT HIP WO CONTRAST RIGHT

HISTORY:

Axial sections are obtained after IV contrast. Sagittal and coronal reconstructions were reviewed.

There is a spacer in the proximal femur composed of cement to. This includes the femoral head, neck, and proximal femur. There is a gamma nail which is extends from the cement spacer into the native femoral shaft into its mid third. The gamma nail is satisfactorily positioned, however there is significant fluid seen surrounding the cemented portion of the prosthetic device. Some of this fluid contains gas bubbles, and most likely we are dealing with an underlying abscess. This extends from the area of the hip joint itself down to the mid femoral shaft. There is a drainage catheter positioned within the proximal part of the collection.

There are small pockets of gas demonstrated within the medullary cavity of the proximal and mid femur around the intramedullary portion of the gamma nail, and these findings would also suggest underlying infection of the medullary cavity.

There are smaller oval ring-enhanced structures seen in the lateral musculature adjacent to the mid femoral shaft most compatible with small satellite abscesses which do not appear to communicate with the main collection.

There is some periosteal reaction demonstrated anteriorly about the mid to femoral shaft , and the possibility of underlying osteomyelitis is also considered.

IMPRESSION: Significant findings were in this postop patient. There is a large fluid collections seen surrounding a cement spacer in the proximal femur with small gas pockets. These findings are most compatible with a large abscess.

There also are smaller ring enhanced collections in the lateral musculature adjacent to the mid femoral shaft suggesting satellite abscesses which do not communicate with the larger collection.

There is periosteal reaction in the mid femoral shaft, and there are

small gas pockets seen within the medullary cavity of the mid femur which is most compatible with osteomyelitis and infection in the medullary space .

Clinical correlation is recommended.

KENDALL REGIONAL - MAIN
11750 SW 40 Street
Miami, FL 33175

PHONE #: 305-223-3000
FAX #:

Name: HORN,GEORGE A
Phys: HOSSEINI,SEYED S MD
DOB: 09/15/1961 Age: 51 Sex: M
Acct: K017624156 Loc: CTS
Exam Date: 04/23/2013 Status: REG CLI
Unit: K683223 PACS: KK610213
Exam Completed: 04/23/13 @ 1430

EXAMS:
002467762 CT HIP WO CONTRAST RIGHT
<Continued>

** Electronically Signed by M.D. GEORGE BORRERO **
** on 04/23/2013 at 1506 **
Reported and signed by: GEORGE BORRERO, M.D.

CC: SEYED S HOSSEINI MD

Technologist: LOPEZ,ANGEL RT
Transcribed Date/Time: 04/23/2013 (1506)
Transcriptionist: UMR:RAD
Electronic Signature Date/Time: 04/23/2013 (1506)
Printed Date/Time: 04/23/2013 (1510) BATCH NO: N/A

KENDALL REGIONAL - MAIN
11750 SW 40 Street
Miami, FL 33175

PHONE #: 305-223-3000
FAX #:

Name: HORN,GEORGE A
Phys: HOSSEINI,SEYED S MD
DOB: 09/15/1961 Age: 51 Sex: M
Acct: K017624156 Loc: CTS
Exam Date: 04/23/2013 Status: REG CLI
Unit: K683223 PACS: KK610213
Exam Completed: 04/23/13 @ 0825

EXAMS:
002467629 CHEST AP ONLY

HISTORY:

PICC line placement

CHEST:

Frontal view of the chest with portable technique is compared to prior study of 03/15/2013. Left-sided PICC line has been removed. Right-sided PICC line now seen with the tip at the level of the superior vena cava. There is good inspiratory effort. Evaluation of the lung parenchyma shows no focal infiltrates. Cardiac size is within normal limits. Trachea is midline. Costophrenic angles appear grossly clear. (Neither costophrenic angle is entirely included on the radiograph.)

IMPRESSION:
Placement of right-sided PICC line as described. No acute cardiopulmonary process is demonstrated.

** Electronically Signed by M.D. LINDA ALLEN on 04/23/2013 at 1027 **
Reported and signed by: LINDA ALLEN, M.D.

CC: SEYED S HOSSEINI MD

Technologist: ALMAGUER,SANTIAGO RT
Transcribed Date/Time: 04/23/2013 (1027)
Transcriptionist: UMR:RAD
Electronic Signature Date/Time: 04/23/2013 (1027)
Printed Date/Time: 04/23/2013 (1031) BATCH NO: N/A