## AFFIDAVIT OF MARLENE HERNANDEZ, M.D.

1. My name is Marlene Hernandez. I am over the age of eighteen (18), and I have personal knowledge of the facts stated herein.

2. In preparing this Affidavit, I have reviewed Mr. George Horn's Complaint and the medical records received from the Florida Department of Corrections pertaining to Mr. Horn's care and treatment at South Florida Reception Center ("SFRC").

3. I am currently employed by Wexford Health Sources, Inc. as the Regional Medical Director. Prior thereto, I served as the Site Medical Director at SFRC until January 2015. In that capacity, I was tasked with overseeing all aspects of the medical department there.

4. I began my tenure as the Site Medical Director at SFRC on December 23, 2013. As such, my only responsibilities were limited to overseeing the care and treatment rendered to Mr. Horn from December 23, 2013 until the removal of his Medical Hold and transfer to Columbia Correctional Institution on January 24, 2014.

5. A review of Mr. Horn's medical records revealed that on December 18, 2013, the Regional Medical Director at the time, Dr. David Reddick, ordered a prescription for 30mg of Morphine Sulfate to be administered to Mr. Horn twice daily for three days. That prescription *expired* on December 21, 2013.

6. On that same day, ARNP William Bass ordered a prescription for 400mg of Motrin to be administered three times daily for six months, for a total of 1200mg, and a prescription for 50mg of Elavil to be administered at bedtime for six months. ARNP Bass notated on his December 18, 2013 Physician Order Sheet that both Elavil and Motrin were prescribed to ameliorate Mr. Horn's neuropathic pain in his right hip.

7. It is common practice at South Florida Reception Center to prescribe Elavil to patients dealing with chronic nerve pain.

8. On December 30, 2013, based upon my chart review of Mr. Horn and his history of Hepatitis C, I modified ARNP Bass' December 18, 2013 Motrin prescription to only be administered twice daily for ten days, for a total of 800mg, PRN ("when necessary"). The PRN notation gave Mr. Horn the discretion to request Motrin when he experienced pain. As such, Mr. Horn was able to take Motrin when he needed it up to two times a day.


EXHIBIT "M"

9. Patients with chronic Hepatitis C typically have mild elevations of liver enzymes in their blood. High dosage administration of over-the-counter non-steroidal drugs, such as Motrin, can cause sharp elevations in those enzymes, suggesting significant liver injury.

10. On January 6, 2014, I personally met with Mr. Horn for the first and only time regarding his continued insistence on a right hip reimplantation. Along with Dr. Reddick, we discussed the pros and cons of such an operation and Dr. Jose Ponce de Leon's December 13, 2013 medical opinion that no surgery was advised at the present time. Dr. Ponce de Leon was a qualified orthopedic surgeon whose medical opinion was deferred to on the issue of the appropriateness of hip surgery for Mr. Horn. Mr. Horn never brought up nor did he complain to me at that time regarding his need for different pain management medication. We did not make any determination regarding the potential discontinuing of Mr. Horn's pain management medication at that time either because Mr. Horn's complaints of pain were not a concern for him.

11. On January 16, 2014, after weeks of stability and no voiced complaints of discomfort by Mr. Horn, I removed Mr. Horn from Medical Hold. Mr. Horn was thereafter transferred to Columbia Correctional Institution on January 24, 2014.

12. During his time at SFRC, Mr. Horn was always prescribed morphine or alternative pain management medication to mitigate his complaints of chronic pain. From December 23, 2013 through January 24, 2014, I never discontinued or denied morphine or alternative pain management medication to Mr. Horn. In fact, I ordered Motrin for Mr. Horn to be given as needed in addition to ARNP Bass' order for Elavil that had already been prescribed.

13. My opinion has never been disqualified in any Court.

14. I certify that I have not been found guilty of fraud or perjury in any jurisdiction.

15. Under penalties of perjury, I certify that I have read the foregoing the facts stated in it are true.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
MARLENE HERNANDEZ, M.D.