# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

R: Reglan ioleine

| TIME | |
|---|---|
| .4 1805 | INC Note: I/M sitting ↑ in w/c, aaox4, in stable condition. Voices c/o painier discomfort @ this time. Ø apparent distress noted. VS: 98³-71-20-121/80 SpO₂ 99% RA e WNL. — M.Lewis/M.Johnson RN |
| 1/6/14 0530 | Inc Note: I/M moved laying down on bed, even W/odor, Ø distress noted at this time. 98.3-71-20 B/P 121/80 O2 Sat 98% will cont to monitor for safety and provide care as need. L.Cathe RN/LCC |
| JAN 06 2014 1000 | The Note. I/M was visited today in his infirmary cell (housing only status) by this writer and Dr. (Leldrick) (KMO). He was questioned about his insistance to insist on requesting ® hip surgery. The pros & cons of any 3rd visiting surgery were discussed with I/M and recommendations from other surgeons were also discussed with I/M. I/M continues to insist on having surgery done on ® hip despite our recommendations of not being suitable for surgery at this time. M. HERNANDEZ, M.D. CHIEF HEALTH OFFICER |

Inmate Name: Hom George
DC#: 637582   Race/Sex: W/M
Date of Birth: 9/15/61
Institution: S.F.R.C.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education


EXHIBIT "O"

DC4-701 (Effective 4/8/10)   Incorporated by tabbies   10