05/31/2011  15:38  95483J   UM EDU DC PLAN   PAGE  01/03

05/31/2011  11:02  9544628722   DR:GUARNERI   PAGE  01/03

PK - 02
CIS - 501-102798

# Ralph Guarneri, M.D.

Diplomate, American Board of Surgery & Critical Care

### GENERAL SURGERY

Trauma • Critical Care • Gastro Intestinal Surgery • Breast • Oncology Surgery • Endocrine Surgery

EAST OFFICE:
1508 S.E. 3RD Avenue
Ft. Lauderdale, FL 33316
Phone: (954) 462-8714 • Fax: (954) 462-8722

WEST OFFICE:
201 N.W. 82ND Avenue • Suite 405
Plantation, FL 33324
Phone: (954) 472-1322 / (954) 916-0775
Fax: (954) 370-3420 / (954) 916-4177

## Initial Consultation

**DATE:** 05-24-2011

**NAME:** GEORGE HORN

**D.O.B.:** 09-15-1961

**REFERRED BY:**

**CHIEF COMPLAINT:** Mr. Horn is a gentleman who is a prisoner. He is about 50 years of age. He is referred to us for evaluation of this large mass in his thigh. The gentleman apparently had some type of work done at University of Miami, where they aspirated and took some cells and they stated it was not a cancer, I do not have this report. He states that it did not get much smaller and it now it is really big and it is hurting him. He had a CT scan back in September of 2010. I think the CT scan should be repeated. I think an open biopsy of the capsule should be done. The patient denies any history of trauma and I am concerned this might be some other weird situation going on. I think literally it comes from top of his kneecap all the way to his groin crease and it is involving the whole anterior thigh compartment, although it appears to be superficial. If this is just a seroma of some sort, this is the most intrinsic seroma I have ever seen. Be that as it may, the gentleman will have to have some type of therapy and/or treatment done. Clearly, if this is a sarcoma of the leg, he will need to be presented to the Oncology board first to see if isolated limb perfusion should be done prior to any type of major resective therapy, which I cannot see how any sarcoma of this type out without getting a significant portion of the anterior quadriceps compartment and requiring some type of flap to close the defect. Obviously, we could always do high AKA, I would not really recommended this. The gentleman is otherwise stable.

**PAST MEDICAL HISTORY:** He denies other past problems.

**PAST SURGICAL HISTORY:** He has no past surgical history.

**ALLERGIES:** He has no known allergies.

**MEDICATIONS:** He has on no present medications.

**PHYSICAL EXAMINATION:** Essentially unremarkable other than the right thigh.

Received + reviewed 6/7/11
HILLARY BROWN-ADEYEMI, ARNP
PH
0001

PAGE  02/03

06/13/2011  11:23   9548   510   RD IMAGING CENTER 1A   No. 3893 P. 2/6
JUN. 13. 2011 11:09AM                                   DIAGNOSIS / ICD CODE

UM EDU DC PLA

Telephone: 954-735-8880   Fax: 954-739-1924

| RADIOLOGY NO. | DATE OF SERVICE | SEX | AGE | DOB |
|---|---|---|---|---|
| 127032 | 06/10/11 | M | 49 | 09/15/61 |

PATIENT'S LAST NAME   FIRST

HORN, GEORGE

REPORT CALLED      TIME        RECEIVED BY

TESTS ORDERED

CAT SCAN PELVIS          CAT SCAN RIGHT THIGH

FEMALE PATIENTS UNDER 50 IS
PREGNANCY POSSIBLE? YES  NO
LAST MENSTRUAL PERIOD:
COMMENTS:

(305) 262-5959

ORDERING PHYSICIAN      PH.        FAX          SECOND PHYSICIAN      PH.        FAX

ROSEMARY JACKSON, M.D.
6101 BLUE LAGOON DR #451
MIAMI, FL  33126

GEORGE HORN                                        501 102 798
                                                   PR-04

**CT SCAN OF THE PELVIS AND RIGHT THIGH WITHOUT AND WITH CONTRAST:**
**06/10/2011**

**INDICATION: RIGHT THIGH MASS. FOLLOWUP EXAMINATION.**

**DESCRIPTION: MULTIPLE TOMOGRAPHIC SLICES WERE OBTAINED IN**
**TRANSAXIAL PLANE THROUGH THE PELVIS AND RIGHT THIGH. PRE- AND**
**POSTINTRAVENOUS CONTRAST ENHANCEMENT. THE PATIENT RECEIVED**
**100CC OF OPTIRAY. COMPARISON IS MADE WITH PREVIOUS CT SCAN DATED**
**10/04/2010.**

THERE IS ONCE AGAIN A LARGE COMPLEX CYSTIC LESION IDENTIFIED IN THE
RIGHT THIGH, PREDOMINANTLY ALONG THE ANTEROMEDIAL ASPECT OF THE
RIGHT THIGH. THIS HAS INCREASED IN SIZE SINCE PREVIOUS STUDY. IT NOW
MEASURES APPROXIMATELY 25.4 CM IN MAXIMUM LENGTH BY
APPROXIMATELY 14.3 CM IN MAXIMUM TRANSVERSE DIMENSION BY 10.1 CM IN
AP DIMENSION. HOWEVER, THERE ARE NOW CYSTIC ELEMENTS IDENTIFIED IN
THE POSTERIOR ASPECT OF THE THIGH AS WELL WHICH ARE MUCH GREATER
THAN ON PREVIOUS STUDY. FOLLOWING CONTRAST ADMINISTRATION, THERE
IS SOME MILD PERIPHERAL ENHANCEMENT AROUND THESE LARGE CYSTIC
COLLECTIONS. THE FACT THAT THESE HAVE INCREASED IN SIZE SINCE
PREVIOUS STUDY RAISES THE POSSIBILITY OF A GROWING INVASIVE CYSTIC
NEOPLASM. IF NOT ALREADY PERFORMED, THE ANTERIOR THIGH MASS
WOULD BE EASILY ACCESSIBLE TO NEEDLE ASPIRATION. THERE IS NO
EVIDENCE OF ANY SIGNIFICANT SURROUNDING SUBCUTANEOUS EDEMA.
NOTE IS ONCE AGAIN MADE OF A PROSTHESIS WITHIN THE RIGHT FEMUR
WHICH IS CAUSING SIGNIFICANT STREAK ARTIFACT. THE PROSTHETIC
FEMORAL HEAD DOES MAINTAIN A NORMAL ALIGNMENT WITH THE
ACETABULUM.

....continued

PHYSICIAN SIGNATURE

t. Address:    6101 BLUE LAGOON DR #451    Kredo #
               MIAMI, FL  33126                              222490
e1 #:(305) 262 5959

OK TO FILE
                                                          MD      DATE
PULL CHART
FOLLOW UP

0002

PAGE 03/03

UM EDU DC PLAN

95480 510          IMAGING CENTER          No. 3893 P. 3/6

06/13/2011  11:23          Park Boulevard, Suite 1A          DIAGNOSIS / ICD CODE
M.E.T.          Lauderdale Lakes, Florida 33313
          Telephone: 954-735-8330   Fax: 954-733-1924          JUN 1 3 2011

| RADIOLOGY NO. | DATE OF SERVICE | SEX | AGE | DOB |
| 127032 | 06/10/11 | M | 49 | 09/15/61 |

PATIENT'S LAST NAME          FIRST
HORN, GEORGE          REPORT          TIME          RECEIVED BY
          CALLED
TESTS ORDERED
CAT SCAN PELVIS          CAT SCAN RIGHT THIGH          FEMALE PATIENTS UNDER 50 IS
          JS          PREGNANCY POSSIBLE? □YES  □NO
          LAST MENSTRUAL PERIOD:_____
          COMMENTS:_____

(305)262-5959

ORDERING PHYSICIAN      PH.          FAX          SECOND PHYSICIAN   PH.          FAX
ROSEMARY JACKSON, M.D.
6101 BLUE LAGOON DR #451
MIAMI, FL  33126

GEORGE HORN
CT PELVIS AND RIGHT THIGH/PAGE 2
JUNE 10, 2011

WITHIN THE PELVIS, THERE IS NO EVIDENCE OF FREE FLUID.  THE PELVIC
SIDEWALLS ARE UNREMARKABLE.  THERE IS NO EVIDENCE OF PELVIC OR
INGUINAL LYMPHADENOPATHY.

IMPRESSION:

THERE IS A LARGE COMPLEX MULTISEPTATED CYSTIC MASS IDENTIFIED
INVOLVING THE RIGHT THIGH INVOLVING BOTH THE ANTERIOR AND
POSTERIOR COMPARTMENTS OF THE THIGH, ALTHOUGH THE LARGEST
SINGLE COMPONENT IS SEEN ANTERIORLY WITH MEASUREMENTS GIVEN
ABOVE.  THIS DOES REPRESENT AN INCREASE IN SIZE SINCE THE PREVIOUS
STUDY.  IT WAS PREVIOUSLY SUGGESTED THAT THIS COULD REPRESENT A
CHRONIC POSTOPERATIVE HEMATOMA OR SEROMA BUT THE INCREASE IN
SIZE MAKES THIS LESS LIKELY AND THE POSSIBILITY OF AN INVASIVE CYSTIC
NEOPLASM MUST BE CONSIDERED.  FOLLOWING CONTRAST ADMINISTRATION,
THERE DOES APPEAR TO BE SOME MILD ENHANCEMENT ALONG THE
PERIPHERY AND SEPTATIONS OF THIS CYSTIC MASS.

SEE DISCUSSION ABOVE FOR FURTHER DETAILS.

□ OK TO FILE
MD_____ DATE_____
□ PULL CHART
FOLLOW UP

DONALD PULLER, M.D.

SC
June 10, 2011

PHYSICIAN SIGNATURE
222490

Pt. Address:  6101 BLUE LAGOON DR #451   Kredo #
          MIAMI, FL  33126
(305)262 5959

0003

STATE OF FLORIDA
DEPARTMENT OF CORRECTION
CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: Sulgor | FROM Institution: SRR | DATE OF REQUEST: 6 - 17 - 4 |
|---|---|---|
| Reason(s) for consultation: Evaluate and recommend diagnostic plan_____ Evaluate and recommend treatment plan_____ Other (specify):_____ | Type of consultation: Emergency _____ Urgent _____ Routine _____ Follow-up _____ | DATE APPOINTMENT MADE: Staff Signature: Dawson |
| Follow-up consults require justification | | APPOINTMENT DATE: |

Condition is (check one): ☐ Acute Trauma ☐ Acute Illness ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):

49 y/o WM c large Rt thyl mass for 8 months,

Physical findings: tender to palpate.

Diagnostic findings (explain laboratory, x-ray, or other test findings): RLE. pedal pulse positive ē pedal edema

Please evaluate

Other pertinent information: Seizures, Hep C

Provisional diagnosis: Large Rt thyl MASS

Health Care Provider Signature/Stamp: L DAWSON ARNP SRRC

CHO/Designee Approval Signature/Stamp:

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: George H          Date: 6-17-11

Signature of Witness: _____          Date: _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name _____
DC#___
Date of l H-637382 TM 01 06/14/2011
EOS DA
DC4-702  HORN, GEORGE A

0004

## CONSULTANT'S REPORT

O PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL
MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS

**Additional History:**

*[handwritten] Pat Hx of Rt femur diif replacement. 2006 1 yr ago pt notice a mass anterior Rt leg. Tap at JMH and → serous. Codein + Keflam allergi,*

**Findings:**

*[handwritten] Anterior leg soft tissue turbo mass with consistent of fluid. Arterial pulses + + + + -. Surgical scar O.K.*

*[handwritten] Imp: S/P. Hip replacement 4 times.*

**Recommendations:**

*[handwritten] Plan Referred to orthoped's ASAP. for Drainum and Capsulotomy of presum lesion. Post Hip replacement*

**Consultant Signature/Stamp:** _____   **Date:** _____

---

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE
AWARE OF ANY SCHEDULING INFORMATION PENDING ANY
APPOINTMENT OUTSIDE THE INSTITUTION.**

---

**Inmate Name** *Horn, Georg* 

**DC#** 637 382

**Race/Sex** *W M*

**Date of Birth** _____

**Institution** _____

**EOS DATE:** _____

DC4-702 (Revised 12/1/10) Page 2 of 2

USE ADDITIONAL SHEET(S) AS NECESSARY

*[signature] F. Patten, ARNP Nurse Practitioner Martin CI*

General

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: Surgery | FROM Institution: SFRC | DATE OF REQUEST: 6-30-11 |
|---|---|---|

| Reason(s) for consultation: | Type of consultation: | DATE APPOINTMENT MADE: |
|---|---|---|
| Evaluate and recommend diagnostic plan ___ | Emergency ___ | Staff Signature |
| Evaluate and recommend treatment plan ✓ | Urgent ___ | |
| Other (specify): ___ | Routine ✓ | |
| | Follow-up ___ | APPOINTMENT DATE: 8/25/11 |

Follow-up consults require justification

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):
Patient I/m c̄ Huge R. Light man 10×15×15 cm, painful on touch

Physical findings:
apparently is a cystic formation which was drained 600 cc liquid in past

Diagnostic findings (explain laboratory, x-ray, or other test findings):
Cystic mass measure 10.5 meters × 11.5 meters 7/12/h tender to touch e (?) Leq. — Addendum

Other pertinent information:
CT scan ordered 7/12/11

Provisional diagnosis:
cystic formation R. tgh

RP 7/12/11
T. Patten, ARNP
Nurse Practitioner

Health Care Provider Signature/Stamp: S. Hosseini CHO
S. Hosseini CHO SFRC
6-30-11 Martin Cg

CHO/Designee Approval Signature/Stamp: SFRC

AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require ___ which cannot be accomplished at ___ .
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: X George Han          Date: 8/2/11

M. CHRYSSIADIS
M.D./CHO

Signature of Witness:                         Date: 8/2/11

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Horn, George
DC# 631382   Race/Sex M/M
Date of Birth ▮▮▮▮▮
EOS DATE: ▮▮▮▮▮

DC4-702 (Revised 12/1/10) Page 1 of 2

J. Bullock
Consult Coordinator
SFRC
7/6/2011

0006

## CONSULTANT'S REPORT

NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL
MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS

Additional History:

Findings:

Recommendations:

Consultant Signature/Stamp: _____          Date: _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name  Horn, George
DC 657382    Race/Sex WM
Date of Birth
Institution  martin
EOS DATE: _____

USE ADDITIONAL SHEET(S) AS NECESSARY

0007

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CONSULTATION REQUEST/CONSULTANT'S REPORT**

| TO Institution: Orthopedic | FROM Institution: MCI | DATE OF REQUEST: 9/3/14 |
|---|---|---|

| Reason(s) for consultation:<br>Evaluate and recommend diagnostic plan ✓<br>Evaluate and recommend treatment plan ✓<br>Other (specify): _____ | Type of consultation:<br>Emergency _____<br>Urgent _____<br>Routine ✓<br>Follow-up _____ | DATE/APPOINTMENT MADE:<br><br>Staff Signature: |
|---|---|---|
| Follow-up consults require justification | | APPOINTMENT DATE: |

**Condition is (check one):** ☐ Acute Trauma          ☐ Acute Illness          ☒ Chronic

**History of present illness** (include onset, presentation, progress, therapy):
49 yrs old Im c h/o (R) hip replacement X 4. Im present c large (R) thigh mass for 10 months. Seen by general surgeon who recommend consult c orthopedic for Debridement and capsulotomy

**Physical findings:**
10.5" X 11.5" of recurrent leg mass post hip replacement

**Diagnostic findings** (explain laboratory, x-ray, or other test findings):
CT scan 6/10/11
large complex multiseptated cystic mass involve (R) thigh

**Other pertinent information:**

**Provisional diagnosis:** Large Cystic Mass (R) thigh / s/p (R) hip replacement

**Health Care Provider Signature/Stamp:** R Patten ___ Nurse Practitioner Martin CI

**CHO/Designee Approval Signature/Stamp:** _____

**AUTHORIZATION FOR SPECIALITY EVALUATION**

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:** X _____          **Date:** 9/9/14

**Signature of Witness:** _____ T Patten Nurse _____          **Date:** 9/9/14

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

| Inmate Name Horn, George | Consultation/Prior approval<br>Related Informatin processed & scanned<br>to U.M.   E. GORE-ROSE<br>SECRETARY SPECIALIST<br>Martin CI |
|---|---|
| DC# 631382   Race/Sex   W/m | |
| Date of Birth ████████ | |
| EOS DATE: _____ | |

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration

DC4-702 (Revised 10/05) Page 1 of 2                                                                 0008

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:** *Patient c/o pain at the right thigh mainly at the medial aspect of the thigh and posterior aspect of the right thigh. Patient underwent Right THR in 2005 and states that is feeling well about the hip.*

**Findings:** *At examination there is a huge mass of about 25 cms at the medial aspect of the thigh apparently with fluid inside. The CT comment shows a septated cyst. An MRI of the mass will be more accurate for diagnosis, before surgery.*

**Recommendations:** *Surgical removal of the mass is advised but first MRI with contrast should be done to delineate vascular relation to the mass.*

**Consultant Signature/Stamp:** _____   **Date:** 1/31/12

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name** Horn, George.   USE ADDITIONAL SHEET(S) AS NECESSARY
**DC#** 63 730?   **Race/Sex** W/M
**Date of Birth** _____
**Institution** SFRC
**EOS DATE:** _____

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration

DC4-702 (Revised 10/05) Page 2 of 2

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:**

2/13/12

**Findings:**

H/o osteomyelitis
H/o nephrect x5

pt of DR. Pome
Who Recommend MRI
Was not had MRI too
Missing Right nurse transf
multiple tin

Recomm'd MRI
The ē DR. Ga
Avoid NSAID

2/13/12

**Recommendations:**

**Consultant Signature/Stamp:** _____    **Date:** 2/13/12

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

HORN, George

**Inmate Name** HORN, George
**DC#** 077287    **Race/Sex** W/M
**Date of Birth** ████████
**Institution** SFRC
**EOS DATE:** _____

USE ADDITIONAL SHEET(S) AS NECESSARY

F. Rodriguez-Garcia
Sr. Physician
SFRC

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration

DC4-702 (Revised 10/05) Page 2 of 2

0010

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CONSULTATION REQUEST/CONSULTANT'S REPORT**

| TO Institution: | FROM Institution: | DATE OF REQUEST: |
|---|---|---|

| Reason(s) for consultation: Evaluate and recommend diagnostic plan___ Evaluate and recommend treatment plan___ Other (specify):___ | Type of consultation: Emergency ___ Urgent ___ Routine ___ Follow-up ✓ | DATE APPOINTMENT MADE: ___ Staff Signature: ___ |
| Follow-up consults require justification | | APPOINTMENT DATE: |

Condition is (check one): ☐ Acute Trauma      ☐ Acute Illness      ☐ Chronic

History of present Illness (include onset, presentation, progress, therapy):

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:

Provisional diagnosis:

A. Acevedo, MD
Physician
SFRC

Health Care Provider Signature/Stamp: ___

CHO/Designee Approval Signature/Stamp: ___

**AUTHORIZATION FOR SPECIALITY EVALUATION**

I, the undersigned, have had explained to me and understand that I require ___
which cannot be accomplished at ___
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient:___                              Date:___

Signature of Witness:___                              Date:___

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name ___
DC# 657382
te of Birth ___
LOS DATE: ___

J. Bullock
Consult Coordinator
SFRC
2/24/2012

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration

DC4-702 (Revised 10/05) Page 1 of 2

0011

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CONSULTATION REQUEST/CONSULTANT'S REPORT

*Ortho consult approved*

| TO Institution: *Orthopedist* | FROM Institution: *SFRC* | DATE OF REQUEST: *4-19-13* |
|---|---|---|

Reason(s) for consultation:
Evaluate and recommend diagnostic plan _____
Evaluate and recommend treatment plan _____
Other (specify): _____

Type of consultation:
Emergency _____
Urgent _____
Routine _____
Follow-up ✓

DATE APPOINTMENT MADE:

Staff Signature:

APPOINTMENT DATE:

Follow-up consults require justification

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):
WM, 57 y/o c̄ h/o HCV(+), Seizures disorder, ℗ Hip osteomyelitis, ℗ Hip Replacement, ℗ thigh synovial infected Cyst.

Physical findings: Patient underwent to procedure of Removal of antibiotics Beads, Irrigation and Debridement, Placement of a Cement Spacer for the Proximal femur, Further Resection of Proximal femur. —

Diagnostic findings (explain laboratory, x-ray, or other test findings):
Patient was recommended to be on Biaxin 500mg (BID) 6 months, mefoxin 2g IV q8° and Vancomycin 750mg intrarticular q12° — Ortho recommend to F/U —

Other pertinent information: Patient was not able to complete treatment because he lost the Picc Line. — On PE still drainage of clear fluid from thigh present. —

Provisional diagnosis:
R+ hip osteomyelitis.

Health Care Provider Signature/Stamp: _____
F. Rodriguez-Garcia
Sr. Physician
SFRC

CHO/Designee Approval Signature/Stamp: _____

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____     Date: _____

Signature of Witness: _____     Date: _____

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name *Horn  George*
DC# *637382*     Race/Sex *WM*
Date of Birth _____
EOS DATE: _____

DC4-702 (Revised 12/1/10) Page 1 of 2

*CT Hip WO contrast results faxed.*

George Horn

DOC

— P+ for revision
son gg

Consult

File

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
Rad. CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: CT č contrast f | FROM Institution: SFRe | DATE OF REQUEST: 4-22-13 |
|---|---|---|
| Reason(s) for consultation: Evaluate and recommend diagnostic plan ____ Evaluate and recommend treatment plan ____ Other (specify): ____ | Type of consultation: Emergency ____ Urgent ____ Routine ____ Follow-up ____ | DATE APPOINTMENT MADE: Staff Signature: _Develur_ APPOINTMENT DATE: Tuesday April 23, 2013 |

Follow-up consults require justification

Condition is (check one): ☐ Acute Trauma    ☐ Acute Illness    ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):
52 y-o- w/H č Hx of right thigh
Seroma, s/p right hip surgery

Physical findings:
Right hip infection s/p surgery

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:
see p <

Provisional Diagnosis:
S/p hip surgery (R.), R. box-femoral joint infection

Health Care Provider Signature/Stamp:    S. Hosseini
                                          CHO
                                          SFRC                4-22-13

CHO/Designee Approval Signature/Stamp:

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient. _____    Date: _____

Signature of Witness: _____    Date: _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name    Horn George
DC# 647382    Race/Sex W/H
Date of Birth _____
EOS DATE: ____    SFR
DC4-702 (Revised 12/1/10) Page 1 of 2    DC# 637382

0014

# CONSULTANT'S REPORT

NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS

Additional History:

Findings:

Recommendations:

CT scan performed on 04/23/13
See MD signature on consult

Consultant Signature/Stamp:                                          Date:

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name _____
DC#_____ Race/Sex _____
Date of Birth _____
Institution _____
EOS DATE: _____

USE ADDITIONAL SHEET(S) AS NECESSARY

File

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: Surgery PICC line | FROM Institution: SFRC | DATE OF REQUEST: 4-22-17 |
|---|---|---|

| Reason(s) for consultation: | Type of consultation: | DATE APPOINTMENT MADE: |
|---|---|---|
| Evaluate and recommend diagnostic plan _____ | Emergency _____ | |
| Evaluate and recommend treatment plan ✓ | Urgent _____ | Staff Signature: |
| Other (specify): _____ | Routine ✓ | |
| | Follow-up _____ | APPOINTMENT DATE: |
| Follow-up consults require justification | | |

Condition is (check one): ☐ Acute Trauma  ☐ Acute Illness  ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):
52 year old W/R c̄ Hx of long hip infection

Physical findings:
Right hip infection. s/p hip surgery

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:
Hep C

Provisional diagnosis:
Right hip infection, picc line insertion requests

Health Care Provider Signature/Stamp:  S. Hosseini  CHO  SFRC  4-22-17

CHO/Designee Approval Signature/Stamp:

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____  Date: _____

Signature of Witness: _____  Date: _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name: Horne george
DC# 637382  Race/Sex W/M  637382 DC#  Done.
Date of Birth: _____
EOS DATE: SFRC
DC4-702 (Revised 12/1/10) Page 1 of 2

0016

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

Additional History:

Findings:

Recommendations:

Consultant Signature/Stamp: _____     Date: _____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name _____          USE ADDITIONAL SHEET(S) AS NECESSARY
DC#_____ Race/Sex _____
Date of Birth _____
Institution _____
EOS DATE: _____
DC4-702 (Revised 12/1/10) Page 2 of 2

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

Additional History:

Pt needs to
be sent

Findings:

to Hospital

Stat

Recommendations:

Consultant Signature/Stamp: _____  Date: _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name  George Horn

DC#_____  Race/Sex _____

Date of Birth _____

Institution _____

EOS DATE: _____

DC4-702 (Revised 12/1/10) Page 2 of 2

USE ADDITIONAL SHEET(S) AS NECESSARY

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: | FROM Institution: | DATE OF REQUEST: |
|---|---|---|

| Reason(s) for consultation: | Type of consultation: | DATE APPOINTMENT MADE: |
|---|---|---|
| Evaluate and recommend diagnostic plan_____ | Emergency _____ | |
| Evaluate and recommend treatment plan_____ | Urgent _____ | Staff Signature: |
| Other (specify):_____ | Routine _____ | |
| | Follow-up _____ | APPOINTMENT DATE: |
| Follow-up consults require justification | | Used May 24, 2013 |

Condition is (check one): ☐ Acute Trauma    ☐ Acute Illness    ☐ Chronic  @ 8:30AM.
History of present illness (include onset, presentation, progress, therapy):

s/p Recent Angio d

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:   Hip Abduch Brace

Provisional diagnosis:

Health Care Provider Signature/Stamp:

CHO/Designee Approval Signature/Stamp:

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient:_____    Date:_____

Signature of Witness:_____    Date:_____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name Horn George
DC# 637352    Race/Sex W/M

- Global F/u w/ Orthopedist

Date of Birth _____
EOS DATE: _____
DC4-702 (Revised 12/1/10) Page 1 of 2

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CONSULTATION REQUEST/CONSULTANT'S REPORT

File

| TO Institution: Orthotics | FROM Institution: SFRC | DATE OF REQUEST: 5/28/13 |
|---|---|---|

Reason(s) for consultation:
Evaluate and recommend diagnostic plan_____
Evaluate and recommend treatment plan_____
Other (specify):_____

Type of consultation:
Emergency _____
Urgent _____
Routine ✓
Follow-up _____

DATE APPOINTMENT MADE: 6/10/13
Staff Signature: A.R. Headly

APPOINTMENT DATE: Tue, June 25, 13

Follow-up consults require justification

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):
WM 51 y/o c h/o HCV(+) Seizure disorder and Rt Hip Osteomyelitis + Rt hip Replacement.

Physical findings: Patient has been under treatment c orthopedist who saw the pt and recommended
1- F/U in 2 week
2- Hip Abduction Brace

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information: For Hip abduction Brace

Provisional diagnosis: Rt hip Infection, S/P surgery

Health Care Provider Signature/Stamp:_____

CHO/Designee Approval Signature/Stamp:_____

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient:_____   Date:_____

Signature of Witness:_____   Date:_____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name Horn George
DC 637382 · Race/Sex WM
Date of Birth _____
EOS DATE: _____

DC4-702 (Revised 12/1/10) Page 1 of 2

Global Auth # 420167321

0020

# CONSULTANT'S REPORT

## NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS

**Additional History:**

**Findings:**

**Recommendations:**

Consultant Signature/Stamp:_____   Date:_____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name _____        USE ADDITIONAL SHEET(S) AS NECESSARY
DC#_____ Race/Sex _____
Date of Birth _____
Institution _____
EOS DATE: _____

DC4-702 (Revised 12/1/10) Page 2 of 2

0021

/file

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

TO: institution: Ortho

FROM institution: SRRC

DATE OF REQUEST: 5-30-13

Reason(s) for consultation:
Evaluate and recommend diagnostic plan _____
Evaluate and recommend treatment plan _____
Other (specify): _____

Type of consultation:
Emergency _____
Urgent _____
Routine _____
Follow-up ✓

DATE APPOINTMENT MADE: 6/13/13

Staff Signature:

APPOINTMENT DATE: June 25, 2013 @ 9:00

Follow-up consults require justification

Condition is (check one): ☐ Acute Trauma ☐ Acute Illness ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):
WM 57 y/o EtOH HCV HTN, Seizures disorder and chronic Rt hip —

Physical findings: Patient under treatment ē ortho who recommended to be seen on 6/25/13.

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:

Provisional diagnosis: S/P Rt Hip Surgery — Rt hip chronic infection

Health Care Provider Signature/Stamp: F. Rodriguez-Garcia Staff Physician SRRC

CHO/Designee Approval Signature/Stamp:

### AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: George Pren     Date: 5-30-13

Signature of Witness: _____     Date: _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name: Pryor George
DC# 637382    Race/Sex W/M
Date of Birth _____
EOS DATE: _____

DC4-702 (Revised 12/1/10) Page 1 of 2

✓ Dr. Gomes

0022

# CONSULTANT'S REP

**NO PROCEDURE(S) MA₁ BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

Additional History:



Findings:



Recommendations:



Consultant Signature/Stamp:_____  Date:_____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name  _____

DC#_____ Race/Sex _____     USE ADDITIONAL SHEET(S) AS NECESSARY

Date of Birth  _____

Institution  _____

EOS DATE:  _____

DC4-702 (Revised 12/1/10) Page 2 of 2

## CONSULTANT'S REPORT

NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS

Additional History:

1) *[handwritten]* Continue email Pain meds

2) *[handwritten]* Continue Air mattress

Findings:

*[handwritten]* Continue Antibiotic Meds, Hosp Beds
Air Mattress Continue
Stool Pain Meds
F/U 1 Month ≤ 1

Recommendations:

*[handwritten]*

Consultant Signature/Stamp: *[signature]*     Date: 6/25/13

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name  Horn, George        USE ADDITIONAL SHEET(S) AS NECESSARY
DC# 637382    Race/Sex W/M
Date of Birth ████
Institution  SFRC
EOS DATE:

DC4-702 (Revised 12/1/10) Page 2 of 2

### STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: | FROM Institution: | DATE OF REQUEST: |
|---|---|---|

| Reason(s) for consultation: <br> Evaluate and recommend diagnostic plan_____ <br> Evaluate and recommend treatment plan_____ <br> Other (specify):_____ <br> _____ <br> Follow-up consults require justification | Type of consultation: <br> Emergency _____ <br> Urgent _____ <br> Routine _____ <br> Follow-up _____ | DATE APPOINTMENT MADE: <br><br> Staff Signature: <br><br> APPOINTMENT DATE: |

Condition is (check one): ☐ Acute Trauma       ☐ Acute Illness.       ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:

Provisional diagnosis:

Health Care Provider Signature/Stamp:_____

CHO/Designee Approval Signature/Stamp:_____

### AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient:_____       Date:_____

Signature of Witness:_____       Date:_____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name _____
DC#_____ Race/Sex _____
Date of Birth _____
EOS DATE: _____

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration

DC4-702 (Revised 10/05) Page 1 of 2

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:**

Hx Infection
Proximal Femoral excision

**Findings:**

Consistent

DAVID H. REDDICK, M.D.
REGION III
MEDICAL EXECUTIVE DIRECTOR

**Recommendations:**

L8499 Evaluation
Hip Abduction orthosis
Attached to THKAFO
will consider & report back
with more detail

**Consultant Signature/Stamp:** _____ **Date:** 7/9/13

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name** Horn, George
**DC#** 637302   **Race/Sex** W/M
**Date of Birth** ████████
**Institution** ████████
**EOS DATE:** _____

**USE ADDITIONAL SHEET(S) AS NECESSARY**

Re-represented to
Collegial 8/7/13 h.#

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration

0026



# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: Orthotics | FROM Institution: AP & Orthotics of America   SFRC | DATE OF REQUEST: 7/16/13 |
|---|---|---|
| Reason(s) for consultation: Evaluate and recommend diagnostic plan _____ Evaluate and recommend treatment plan _____ Other (specify): _Right leg orthosis_ ___ Follow-up consults require justification | Type of consultation: Emergency _____ Urgent _____ (Routine) _____ Follow-up _____ | DATE APPOINTMENT MADE: STAFF Signature: APPOINTMENT DATE: |

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):

Mr. Horn is a yo w/m c̄ a hx of ® hip osteomyelitis

Physical findings: after removal of infected right hip replacement prosthesis. He was seen also by Advanced Prosthetics (AP) CPO Lewis Meltzer on July, 7, 2013. It is believed

Diagnostic findings (explain laboratory, x-ray, or other test findings): that Mr. Horn will not be able to weight bear on the right limb since there is no structural support and the limb will collapse. Therefore AP is trying to build an orthosis

Other pertinent information: custom made device, to be weight bearing for ambulation. After surgery to be a workable orthosis for documentation.

Provisional diagnosis:
1) S/P ® hip osteomyelitis   2) No structural support right leg.

Health Care Provider Signature/Stamp: _____  J. Delgado Sr. Physician _____ 7/16/13
Morris El - SFRC

CHO/Designee Approval Signature/Stamp: _____

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _Dennis Horn_   Date: 7-16-13

Signature of Witness: _____   Date: _____

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name ___HORN.___
DC# 637380
Date of Birth _____
EOS DATE: _____

DC4-702 (Revised 12/1/10) Page 1 of 2

0027

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

Additional History:

Findings:

Recommendations:

Consultant Signature/Stamp: _____    **Date:** _____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name _____          **USE ADDITIONAL SHEET(S) AS NECESSARY**
DC# _____ Race/Sex _____
Date of Birth _____
Institution _____
EOS DATE: _____

DC4-702 (Revised 12/1/10) Page 2 of 2

0028

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CONSULTATION REQUEST/CONSULTANT'S REPORT**

| TO Institution: ORTHOPEDICS | FROM Institution: SFRC | DATE OF REQUEST: 7/16/13 |
|---|---|---|
| Reason(s) for consultation: Evaluate and recommend diagnostic plan ✓ Evaluate and recommend treatment plan ✓ Other (specify): _____ | Type of consultation: Emergency _____ Urgent ✓ Routine _____ Follow-up ✓ | DATE APPOINTMENT MADE: 7/17/13 Staff Signature: _eeder_ |
| Follow-up consults require justification | | APPOINTMENT DATE: Tuesday 7/23/13 @ 10:00 AM |

Condition is (check one): ☐ Acute Trauma ☐ Acute Illness ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):

Patient is a 48 y/o w/m c hx of ℞ hip osteomyelitis s/p ℞ hip replacement and removal on 5/13/13 due to infection. Patient was seen by orthopedic surgeon last on 3/9/13. Pt has been on Zyvox and Bicroxen for 1½ months so far.

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Orthopedic surgeon recommended new evaluation due to hip abduction arthrosis and infection of ② proximal femoral area

Other pertinent information

Provisional diagnosis: ℞ hip osteomyelitis, hx.

Health Care Provider Signature/Stamp: _J.R. DELGADO MD. SENIOR PHYSICIAN M.C._ 7/16/13

CHO/Designee Approval Signature/Stamp: _____

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____. I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _George / Horn_ J. Delgado Sr. Physician    Date: 7-16-13

Signature of Witness: _____ Date: 7-16-13

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name HORN GEORGE
DC# 637382   Race/Sex W/M
Date of Birth _____
EOS DATE: SFRC
DC4-702 (Revised 12/1/10) Page 1 of 2

Approved for orthopedic surgery 7/24/13 of collegial review by Dr Rebbilink

DR. CORCES.
AV YR # 551137255
Re-Represented to Collegial 8/7/13

J.R. DELGADO MD.
SENIOR PHYSICIAN
SFRC

0029

# SULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

Additional History:

Findings:

Recommendations:

See Dr. Delgado notes on reverse side.
and chronological form.

Continue W/ pain med + Airmattress per specialists
F/u 10/22/13 @ 9:00an

Consultant Signature/Stamp: _____  Date: _____

IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name  Horn , George
DC#  037 352
Date of Birth _____  Race/Sex N/M
Institution  SFRC
EOS DATE: _____

USE ADDITIONAL SHEET(S) AS NECESSARY

DC4-702 (Revised 12/1/10) Page 2 of 2

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: *Dr. Corcess* | FROM Institution: | DATE OF REQUEST: |
|---|---|---|

Reason(s) for consultation:
Evaluate and recommend diagnostic plan _____
Evaluate and recommend treatment plan _____
Other (specify): _____

Follow-up consults require justification

| Type of consultation: | |
|---|---|
| Emergency | _____ |
| Urgent | _____ |
| Routine | _____ |
| Follow-up | _____ |

DATE APPOINTMENT MADE:
*7/19/13*
Staff Signature: _____

APPOINTMENT DATE:
*Tuesday, July 23, 13 @ 10AM*

Condition is (check one): ☐ Acute Trauma        ☐ Acute Illness        ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):
*Resection ...*

Physical findings:
—

Diagnostic findings (explain laboratory, x-ray, or other test findings):
*Pt needs more that was ordered.*

Other pertinent information:
*Return 3 months*

Provisional diagnosis:

Health Care Provider Signature/Stamp: _____

CHO/Designee Approval Signature/Stamp: _____

### AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____     Date: _____

Signature of Witness: _____     Date: _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name *Horn George*
DC# *637382*    Race/Sex *W/N*
Date of Birth _____
EOS DATE: _____

*Auth #* ████

DC4-702 (Revised 12/1/10) Page 1 of 2

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT



| TO Institution: ORTHOPEDIC Surgeon | FROM Institution: SFRC | DATE OF REQUEST: 7/23/13 |
|---|---|---|
| Reason(s) for consultation:<br>Evaluate and recommend diagnostic plan ___<br>Evaluate and recommend treatment plan ✓<br>Other (specify): ___ | Type of consultation:<br>Emergency ___<br>Urgent ___<br>Routine ___<br>Follow-up ___ | DATE APPOINTMENT MADE:<br><br>Staff Signature: |
| Follow-up consults require justification | | APPOINTMENT DATE: |

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):

PT is a 48 y/o w/m. c̄ hx of ® hip osteomyelitis s/p ® hip replacement and removal on 5/13/13 due to infection. PT needs ® hip arthroplasty

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

PT continues on: Pain medication, Zyvox and Biaxin.

Other pertinent information: Also pt needs brace (® hip abductor brace) ordered 3 months ago

Provisional diagnosis: S/p right hip Surgery — right hip chronic infection

Health Care Provider Signature/Stamp: _____ **J.B. DELGADO MD.** **SENIOR PHYSICIAN** DR. S. HOSSEIN 7/23/13

CHO/Designee Approval Signature/Stamp: _____

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: George Horn                    Date: 7/23/13

Signature of Witness: _____ DELGADO MD.         Date: 7/23/13

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name HORN GEORGE                    1 page
DC# 637382                Race/Sex W/M
Date of Birth _____
EOS DATE: _____ SFRC

DC4-702 (Revised 12/1/10) Page 1 of 2

0032

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

Additional History:

Findings:

Recommendations:

Consultant Signature/Stamp: _____     **Date:** _____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name _____          **USE ADDITIONAL SHEET(S) AS NECESSARY**
DC#_____ _____ Race/Sex _____
Date of Birth _____
Institution _____
EOS DATE: _____
DC4-702 (Revised 12/1/10) Page 2 of 2

STATE OF FLORIDA
DEPARTMENT OF CORRECTION
CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: | FROM Institution: SFRC | DATE OF REQUEST: 8/21/13 |
|---|---|---|
| Reason(s) for consultation: Evaluate and recommend diagnostic plan_____ Evaluate and recommend treatment plan_____ Other (specify): _AIR MATRESS_ _request_ Follow-up consults require justification | Type of consultation: Emergency _____ Urgent _____ Routine _____ Follow-up _____ | DATE APPOINTMENT MADE: Staff Signature: APPOINTMENT DATE: |

Condition is (check one): ☐ Acute Trauma          ☐ Acute Illness          ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):

_Patient Horn is a 51 y/o w/m c̄ (R) hip osteomyelitis_
_presented to collegial review for (R) hip surgery_
_which has not been approved yet._

Physical findings:

_Patient is complaining of mod-severe (R) hip_
_pain, in part due to the_

Diagnostic findings (explain laboratory, x-ray, or other test findings):

_hard mattress he is using now._
_Patient is requesting air mattress to help him_

Other pertinent information: _deal c̄ pain, reasons for this presentation_

Provisional diagnosis:
_(1) (R) hip Osteomyelitis, h/o     (2) (R) hip pain: AIR MATRESS request_

Health Care Provider Signature/Stamp:_____

CHO/Designee Approval Signature/Stamp:_____

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _George Horn_          Date: _8-21-13_

Signature of Witness: _____          Date: _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name _HORN   GEORGE_
DC# _637381?_  Race/Sex _W/m_
Date of Birth _____
EOS DATE: _SFRC_

DC4-702 (Revised 12/1/10) Page 1 of 2

_To be presented_
_Alternate Plan_
_Collegial 8/28/13_

0034

## STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT

*Jackson Hosp*

| | | |
|---|---|---|
| TO Institution: *Orthopedic to* | FROM Institution: *SRC* | DATE OF REQUEST: *11/27/13* |
| Reason(s) for consultation: *Dr. Pouge* | Type of consultation: | DATE APPOINTMENT MADE: *12-2-13* |
| Evaluate and recommend diagnostic plan | Emergency _____ | Staff Signature: |
| Evaluate and recommend treatment plan ✓ | Urgent ✓ | |
| Other (specify): _____ | Routine _____ | APPOINTMENT DATE: |
| | Follow-up _____ | *12-13-13* |

Follow-up consults require justification

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☐ Chronic *A/N of Femur joint*

History of present illness (include onset, presentation, progress, therapy): *52 y/o W/M c̄ Hx of s/p Rt THR, infected, osteomyelitis then + THR Removal of prosthesis - 5/13/13*

Physical findings: *pt is been wheelchair Bound since -*

Diagnostic findings (explain laboratory, x-ray, or other test findings): *please Evaluate and Recommend plan of Continum of care. -*

Other pertinent information: *pt Needs (R) hip arthroplasty*

Provisional diagnosis: *s/p. Failed THR c̄ persistent infection and removal of Rt hip prosthesis.*

Health Care Provider Signature/Stamp: _____

CHO/Designee Approval Signature/Stamp: _____ *11/27/13*

### AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: *George Horn*   Date: *11-27-13*

Signature of Witness: _____   Date: _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name *Horn  George*
DC# *6 3 7 3 8 2*   Race/Sex *W/m*
Date of Birth: _____
EOS DATE: *11/0/2020*
DC4-702 (Revised 12/1/10) Page 1 of 2

*9574688 96*
*Authorization #1*

0035

## CONSULTANT'S REPORT

**PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

ional History:

52/4/0 male patient with history of Removal of hip prosthesis several times. First surgery was in year 2000, the implant was infected and removed, Other 3 implants were also removed due to infection

ngs:

X Rays of the right femur and pelvis shun absence of the proximal third of the femur.

DX: absence of proximal third of the right femur, after several prothesis removed due to infections

mmendations:

Plan: NO surgery is advised at the present time.

nt Signature/Stamp: _____          Date: 12/13/13

**S ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

ame: ben, George
51382      Race/Sex, M
rth
SFG
1710 2020
:
sed 12/1/10) Page 2 of 2

USE ADDITIONAL SHEET(S) AS NECESSARY

DORA GAXIOLA AMAZAN, M.B.A
CORRECTIONAL MEDICAL FELLOW
12/17/13

0036

# CONSULTANT'S REPORT

## NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS

Additional History:

Findings:

Refer to note from Dr Ponce de Leon that does not advise hip replacement

DAVID J. REDDICK, M.D.
REGION III
MEDICAL EXECUTIVE DIRECTOR

Recommendations:

Consultant Signature/Stamp:_____   Date:_____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name _____
DC#_____ Race/Sex _____
Date of Birth _____
Institution _____
EOS DATE: _____

USE ADDITIONAL SHEET(S) AS NECESSARY

DC4-702 (Revised 12/1/10) Page 2 of 2

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: Ortho | FROM Institution: COI Annex | DATE OF REQUEST: 03/17/2014 |
|---|---|---|
| Reason(s) for consultation: | Type of consultation: | DATE APPOINTMENT MADE: |

Reason(s) for consultation:
Evaluate and recommend diagnostic plan _____
Evaluate and recommend treatment plan _____
Other (specify): _____

Type of consultation:
Emergency _____
Urgent _____
Routine ✓
Follow-up _____

Staff Signature: _____

Follow-up consults require justification

**APPOINTMENT DATE:** 6/3/14

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):
52 y/o male patient with hx of (R) hip replacement and
removal on 5/13/13. Patient was seen by ortho
die surgeon on 2/19/13. New orthopedic eval-

Physical findings: uation recommended.

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:

Provisional diagnosis:
hx of hip replacement and removal

Health Care Provider Signature/Stamp: _Marcus_

CHO/Designee Approval Signature/Stamp: _____

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _B. Tetstone_   Date: 6-3-14
Signature of Witness: _B. Tetstone   RMC_   Date: 6-3-14

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name: _Horn George_
DC#: _637-382_   Race/Sex: _____
Date of Birth: ████████
EOS DATE: _10-1-2080_

DC4-702 (Revised 12/1/10) Page 1 of 2

0038

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CONSULTATION REQUEST/CONSULTANT'S REPORT**

| TO Institution: | FROM Institution: | DATE OF REQUEST: |
|---|---|---|
| Pain Management COA | | 8/18/14 |

Reason(s) for consultation:
Evaluate and recommend diagnostic plan ___
Evaluate and recommend treatment plan ✓
Other (specify): _____

Type of consultation:
Emergency ___
Urgent ___
Routine ✓
Follow-up ___

DATE APPOINTMENT MADE: _____

Staff Signature: _____

APPOINTMENT DATE: _____

Follow-up consults require justification

Condition is (check one): ☐ Acute Trauma    ☐ Acute Illness    ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):
hx (R) hip replacement + removal on 5/13/13,
pending surgery for removal of hardware. C/o Chronic
Physical findings: hip pain unrelieved by pamelor

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:

Provisional diagnosis:
hx hip replacement & removal c̄ chronic pain

Health Care Provider Signature/Stamp: _____ P. MARCELUS MD
SR PHYSICIAN
COLUMBIA CI

CHO/Designee Approval Signature/Stamp:

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be
signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical
center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo
health care services as may be necessary to evaluate my health status.

Signature of Patient: _____ Date: _____

Signature of Witness: _____ Date: _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name Horn, George
DC# 637382     Race/Sex _____
Date of Birth [redacted]
EOS DATE: _____

DC4-702 (Revised 12/1/10) Page 1 of 2

0039

ATP see comments below

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT

353674

| TO Institution: Pain Management CCA | FROM Institution: | DATE OF REQUEST: 8/18/14 |
|---|---|---|
| Reason(s) for consultation:<br>Evaluate and recommend diagnostic plan ___<br>Evaluate and recommend treatment plan ✓<br>Other (specify): _____ | Type of consultation:<br>Emergency ___<br>Urgent ___<br>Routine ✓<br>Follow-up ___ | DATE APPOINTMENT MADE: ___<br><br>Staff Signature: ___ |

**Follow-up consults require justification**

APPOINTMENT DATE:

**Condition is (check one):** ☐ Acute Trauma   ☐ Acute Illness   ☐ Chronic

**History of present illness (include onset, presentation, progress, therapy):**
hx ® hip replacement + removal on 5/13/13.
Pending surgery for removal of hardware. C/o chronic

**Physical findings:** hip pain unrelieved by panelor.

**Diagnostic findings (explain laboratory, x-ray, or other test findings):**

**Other pertinent information:**

**Provisional diagnosis:**
hx hip replacement d removal ā chronic pain

**Health Care Provider Signature/Stamp:** Marcellus MD E. MARCELLUS, MD SR. PHYSICIAN COLUMBIA CI

**CHO/Designee Approval Signature/Stamp:**

### AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:** _____   **Date:** _____

**Signature of Witness:** _____

IT IS ABSOLUTELY NECESSA
AWARE OF ANY SCHEDUL
APPOINTMENT OU

<08/19/2014 10:20 - GAmatucci>
ATP: Pain management to be done by primary care givers on site.

Inmate Name Horn, George
DC# 637382   Race/Sex ___
Date of Birth ___
EOS DATE: Cella
DC 4-702 (Revised 12/1/10) Page 1 of 2

P. MARCELLUS, MD
SR. PHYSICIAN
COLUMBIA CI

0040

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: Shand UF ortho | FROM Institution: CG Annex | DATE OF REQUEST: 09/05/2014 |
|---|---|---|
| **Reason(s) for consultation:** Evaluate and recommend diagnostic plan ☐ Evaluate and recommend treatment plan ☑ Other (specify): _____ | **Type of consultation:** Emergency _____ Urgent ✓ Routine _____ Follow-up _____ | **DATE APPOINTMENT MADE:** 12/4/14 Staff Signature: |
| Follow-up consults require justification | | **APPOINTMENT DATE:** |

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):
Mr Horn is a 55 y/o male with Hx of removal of right hip prosthesis several times. First surgery was performed in 2000, the pros. Thesis was infected and removed. Other 3 prothesis were

Physical findings: also removed due to infection.

He was seen by advanced prothetic in 7/2013, He was believed that Mr Horn was not able to weigh bear on the

Diagnostic findings (explain laboratory, x-ray, or other test findings): right limb since there is not structural support and therefore Rt limp will col Lapse.

Other pertinent information: He has been seen several times in orthopedic clinic at RMC last visit was in 6/31/2014. at that Time he was recommended to send Mr Horn to Shands Hosp.

Provisional diagnosis: for further orthopedic evaluation

Health Care Provider Signature/Stamp: _____ MARCEUS, MD SR PHYSICIAN COLUMBIA CI

CHO/Designee Approval Signature/Stamp:

### AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____   Date: 9/5/14
R. Oden, LPN
Corizon Healthcare
Columbia Annex

Signature of Witness: _____   Date: 9/5/14

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name Horn, George
DC# 637385   Race/Sex WM
Date of Birth ████████
EOS DATE:
DC4-702 (Revised 12/1/10) Page 1 of 2

0041

01/21/2015 14:55 FAX  352 273 7   Ortho                                    002/005

Horn, George Albert (MR # 00147819)                          Encounter Date: 12/04/2014

637382

**George Albert Horn**                    Description: **Male DOB: 9/15/1961**
12/4/2014 1:45 PM  Office Visit            Provider: **Vlasak, Richard, MD**
MRN: **00147819**                          Department: **Gp Ortho Inst Ad Recon**

**Electronically signed by VLASAK, RICHARD on 12/4/2014 7:27 PM**

**Reason for Visit**
  New Patient                              Right hip

**Vitals - Last Recorded**

| BP<br>149/86 | Pulse<br>68 | Temp(Src)<br>36.3 °C (97.3 °F) | Ht<br>1.88 m (6' 2") | Wt<br>86.183 kg (190 lb) | BMI<br>24.38 kg/m2 |
|---|---|---|---|---|---|

**Visit Diagnoses and Associated Orders**
  **Pain in joint of right hip**   -  Primary
  719.45
    XR Pelvis w/ Lat Hip [IMG13693 Custom]   - *Future Order*

  **Unequal leg length (acquired)**
  736.81

  **Chronic multifocal osteomyelitis of femur, right**
  730.15                                                  RECEIVED BY MEDICAL

  **Chronic osteomyelitis, pelvis, right**
  730.15                                                        JAN 2 1 2015

  **Flail joint of hip, right**
  718.85                                                    COLUMBIA ANNEX

**Progress Notes**
  Vlasak, Richard, MD at 12/5/2014  6:53 PM
    Author    SURGEON          Status:    Signed
    Type:

    Mr. Horn is a 53-year-old gentleman who is currently a convict in the State of Florida prison system who
    comes to see me for a subtrochanteric resection arthroplasty of the right hip secondary to a chronically
    infected multi-stage revision right hip replacement.

    Patient has had for many right hip surgeries in the past.  His first treatment in Shands Medical Center was
    performed by me on January 21, 2003, for the treatment of a chronically infected, well-fixed Intermedics
    total hip replacement in a patient that had numerous sinus tracts.  During the first-stage, January 21,
    2003, surgery, he had a PROSTALAC prosthesis placed.  He was treated with a IV antibiotics and
    followed closely.  His active infection appeared to have cleared, and he had a second-stage replantation
    on June 3, 2003, with a Howmedica T3 modular tapered fluted prosthesis.  He developed recurrent
    dislocations and underwent a revision right hip replacement on August 25, 2003, where he had a
    constrained acetabular component placed (this prosthesis was also Howmedica).  Shortly after the 2nd
    revision hip replacement, the patient failed to show up for followup.  He says that he did very well for
    approximately 8 to 9 years.  In sometime around year 2012 and 2013, he developed recurrent swelling in
    the right distal thigh and was diagnosed as having thigh abscesses that were drained.  He eventually
    ended up in the Kendall Regional Medical Center in Miami, Florida, where he was an inpatient for several
    months.  It is at this time, that he had removal of all of his right revision hip replacements.  He had staged
    treatments of his abscess and infection and osteomyelitis.  At the end of these hospitalizations, he was
    placed on Zyvox for chronic suppression.  The patient says he took the Zyvox for close to a year, and
    then he could no longer get a supply because it was too expensive, which is when he stopped his
    antibiotic.

    The patient is currently in State of Florida prison system  He says he is going to be an inmate for at least
    the next 3 years.  He comes in to ask whether some other limb salvage technique could be employed.

01/21/2015 14:56 FAX  352 273 ~~~~      Ortho                                    ☑003/005

Horn, George Albert (MR # 00147819)                        Encounter Date: 12/04/2014

The patient is currently off of all antibiotics.  He has no active complaints of an infection.  His infection appears to be a in remission.

The culture results from his surgeries at Shands in 2003, which we have available for us, show that he grew out multiple organisms including Staphylococcus aureus, sensitive to oxacillin as well as coagnegative staph that was resistant to oxacillin.  We do not have any records of what bacteria was isolated in Miami with the 2013 surgeries.

PHYSICAL EXAMINATION:  Mr. Horn appears his stated age of 53.  His BMI is 24, height 74 inches, weight 190 pounds.  He has an obvious right-sided short leg length discrepancy.  His exam is consistent with a resection arthroplasty of the right hip where the where the proximal 30% of the femur is missing. With him sitting, the right knee has a full active range of motion from full extension from full active extension to flexion of 90 degrees.  He can lift the thigh off the chair if he supports his torso against the armrests.  Given a walker, he is able to stand, but predictably, the right hip is unstable enough that he cannot meaningfully bear weight.  He has scarred sinus tracts and evidence of scarred sinus tracts throughout the thigh, including suprapatellar area anteromedially.  This is clinical evidence of how serious his previous infections were.  There is no active drainage.  Currently, there is no active abscess palpable and no cellulitis.  Overall, his appearance is considerably better than average for somebody missing the upper one-third of his femur.  He has palpable pulses at his right ankle.

X-rays obtained today in our clinic of his femur and pelvis show severe disuse atrophy of the right hemipelvis bone.  The x-ray itself shows severe deficiency of the acetabular bone on the right.  It also shows that approximately 30% of the patient's right femur is missing.  There is no evidence of any remaining foreign material.

IMPRESSION:
1. Right hip resection arthroplasty with approximately 30% of the proximal right femur missing and the expected resulting unstable right hip area.
2. History of multi-staged treatments of an infected hip replacement with numerous previous surgeries and numerous previous abscesses and sinus tracts in the right thigh.  Some of these abscesses were in the distal one-third suprapatellar area.

RECOMMENDATIONS:  I strongly recommended to Mr. Horn that he not attempt any further hip replacements.  I discussed with him that over all, his clinical appearance and function was better than the majority of patients missing the upper 1/3 of their femur.  We discussed that infections of his type were probably not curable short of a hemipelvectomy, i.e., an amputation at the pelvis level.  His infection currently is in remission, but with all of his severe scarring throughout the thigh, it is doubtful that he could ever be called cured.

I think Mr. Horn is best served with the following recommendations, which we have passed on to the health authorities at his prison:
1. Adaptive seating clinic to mold the cushions of his wheelchair and provide more comfort with sitting.
2. A trial of a right hip orthotic that would use a pelvic band and then a clamshell extension with a hinge at the hip to try to stabilize the right thigh and perhaps allow limited ambulation with the use of bilateral forearm crutches.
3. Bilateral forearm crutches with appropriate physical therapy to teach him how to use this.
4. Chronic pain management that should incorporate biofeedback and relaxation techniques as well as potentially medications.
5. A custom right shoe buildup of approximately 13 to 15 cm.  It would probably be best to start off at 13 cm and see if this was enough with the hip orthotic to provide the ability to bear weight.
6. An egg-crate mattress and some extra pillows to help support his flail right thigh for sleeping. ..
To summarize, I strongly recommend against further surgery.  The patient's previous surgeries were extensive and quite heroic, and we know from at least 10 years of experience that the type of infection he had is probably not curable short of a hemipelvectomy.

I personally spent a total of 80 minutes with this patient, the majority of that time in face-to-face discussions of the issues above.

RECEIVED BY MEDICAL

JAN 2 1 2015

Electronically signed by Vlasak, Richard, MD at 12/4/2014  7:27 PM

COLUMBIA ANNEX

01/21/2015 14:56 FAX  352 273 7`^4      Ortho      ☑004/005

Horn, George Albert (MR # 00147819)                    Encounter Date: 12/04/2014

Electronically signed by Vlasak, Richard, MD at 12/5/2014  6:53 PM

Revision History                                                        ⊗

**Encounter-Level Documents:**

Scan on 12/4/2014 4:32 PM by Hindsman, Amanda Ilene, LPN : Ortho Joint New Referral 12/04/2014

**Encounter-Level Documents - 12/04/2014:**

Scan on 1/7/2015 10:43 AM by Scanned, Document Onb : 604 UF ORTHO ADULT RECONSTRUCTIVE SERVICE

Scan on 12/4/2014 4:32 PM by Hindsman, Amanda Ilene, LPN : Ortho Joint New Referral 12/04/2014

**Orders This Visit**

| Future XR Pelvis w/ Lat Hip | Class Ancillary Performed | Expires 12/2/2015 | Expected By 12/4/2014 |
|---|---|---|---|

**AVS Reports**

| Date/Time | Report | Action | User |
|---|---|---|---|
| 12/4/2014 2:20 PM | After Visit Summary | Printed | Brown, Ingrid N |

**Encounter Audit**

Encounter Audit Report

RECEIVED BY MEDICAL

JAN 2 1 2015

COLUMBIA ANNEX

01/21/2015 14:56 FAX  352 273 7⁰⁰⁴       Ortho                                    ☐005/005

# UF Health Radiology
## SHANDS AT THE UNIVERSITY OF FLORIDA
### Imaging Result Report

| | | | |
|---|---|---|---|
| **Patient:** Horn, George Albert | | **MRN #:** | 00147819 |
| **DOB:** 9/15/1961 | | **Ord #:** | 156306405 |
| **Sex:** Male | | **Acc #:** | G1128884 |
| **Phone:** 904-964-5990 | | **Pt Class:** | Outpatient |
| | | **Visit Acct #:** | 2000829631 |

| | | |
|---|---|---|
| **PCP:** | None, No Patient Contact | **Att Prov:** |
| **Auth Prov:** | Bunde, David Kent Phone:352-273-7002 Fax:352-273-7388 1600 Sw Archer Road Box 112727 GAINESVILLE FL 32611 | |

## Final Report

# XR Pelvis w/ Lat Hip

**Exam Date & Time:** Thu Dec 4, 2014 11:50 AM
**Reason For Exam:**  Right hip pain Hx: THA
**Ordering Diagnosis:** Pain in joint of right hip

HISTORY:  Pain in joint of right hip

EXAM:  Right XR PELVIS W/LAT HIP.

PRIOR STUDY: 8/25/2003

FINDINGS:  The right hip prosthesis has been removed . There is moderate osseous demineralization centered around the right hip. No other abnormalities of the skeletal structures, soft tissues or alignment are apparent.

IMPRESSION:  Removal of right hip prosthesis with regional demineralization, no other abnormalities.

ACUITY RANK:  2. Expedite

RECEIVED BY MEDICAL

JAN 2 1 2015

COLUMBIA ANNEX

Read By:Storey, Troy F, MD
Electronically Verified and Signed by: Troy F Storey on 12/4/2014  2:38 PM

SHANDS AT THE UNIVERSITY OF FLORIDA
This study was personally reviewed by me and I agree with the report.

01/21/2015 14:55 FAX   352 273 72⁰¹        Ortho                                              ☑001/005



PHYSICIANS

UF Health Orthopaedics and Sports Medicine Institute                    3450 Hull Road
UF Health Orthopaedic Clinic                                           Gainesville, FL 32607

                                                                       Clinic (352) 273-7001
                                                                         Fax (352) 273-7294

## FAX COVER SHEET

DATE: 1/21/2015 2:30 PM

TO: Ms. Taylor

COMPANY:

FAX NUMBER: 386-466-3152

PHONE NUMBER:

---

FROM:   Rebecca
        UF Health Orthopaedics and Sports Medicine Institute
        Medical Records                                         RECEIVED BY MEDICAL

PHONE NUMBER: 352-273-7061                                         JAN 2 1 2015

FAX NUMBER: 352-273-7294                                         COLUMBIA ANNEX

NUMBER OF PAGES (INCLUDING THIS SHEET):

COMMENTS:

### NOTICE

The information contained in this facsimile is private and confidential information and intended only for the use of the recipient named above. The authorized recipient is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you, the reader, are not the intended recipient, you are hereby notified that any dissemination, distribution, duplication, or action taken in reliance on the contents of any part of this communication is strictly prohibited. If you have received this communication in error, please destroy this information and notify the sender at the email address, telephone number, or fax number listed above. Unauthorized access to confidential information is subject to federal and state laws and could result in personal liability, fines, and imprisonment.

*Patient Care • Research • Education*

UF Health is a collaboration of the University of Florida Health Science Center, Shands hospitals and other health care entities.

ATP see below

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

388312

| TO Institution: Pain Management | FROM Institution: CCF Aurea | DATE OF REQUEST: 12/26/14 |
|---|---|---|
| Reason(s) for consultation: | Type of consultation: | DATE APPOINTMENT MADE: |
| Evaluate and recommend diagnostic plan_____ | Emergency _____ | |
| Evaluate and recommend treatment plan_____ | Urgent _____ | Staff Signature: |
| Other (specify):_____ | Routine ✓ | |
| | Follow-up _____ | APPOINTMENT DATE: |
| Follow-up consuls require justification | | |

Condition is (check one): ☐ Acute Trauma    ☐ Acute Illness    ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):

Male patient with multiple hip surgeries Hx, re-eva
luated by WF shands Medical On 12/07/14 for possible
new hip surgery. Surgery was denied but pain
management for chronic pain recommended

Physical findings:

Diagnosis
<12/29/2014 01:42 - TWhalen>
ATP;No documentation to determine medical necessity.  Resubmit, if needed, with
current exam, ROM, effect on ADLs, limitations, etc

Other

Provisional diagnosis:

Multiple Hip surgeries Hx - Chronic Hip pain

Health Care Provider Signature/Stamp:  Marcea  P. MARCEUS, MD SR. PHYSICIAN COLUMBIA CI

CHO/Designee Approval Signature/Stamp:

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be
signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical
center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo
health care services as may be necessary to evaluate my health status.

Signature of Patient:_____  Date:_____

Signature of Witness:_____  Date:_____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE
## AWARE OF ANY SCHEDULING INFORMATION PENDING ANY
## APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name Alan Loomo
DC# 637822
Date of Birth
EOS DATE:
DC4-701 (Revised 12/1/10) Page 1 of 2

12/30/14

P. MARCEUS, MD
SR. PHYSICIAN
COLUMBIA CI

0047