## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: Brace Clinic | FROM Institution: CCF Minor | DATE OF REQUEST: 12/26/14 |
|---|---|---|

Reason(s) for consultation:
- Evaluate and recommend diagnostic plan ___
- Evaluate and recommend treatment plan ✓
- Other (specify): ___

Type of consultation:
- Emergency ___
- Urgent ___
- Routine ✓
- Follow-up ___

Follow-up consults require justification

DATE APPOINTMENT MADE: 1/3/15
Staff Signature: ___

APPOINTMENT DATE: 1/15/15

Condition is (check one): ☐ Acute Trauma  ☐ Acute Illness  ☒ Chronic

History of present illness (include onset, presentation, progress, therapy):
Male patient with multiple hip surgeries Hx. Reevaluated by UF Shands medical on 12/07/14 for possible new surgery. Surgery was denied but Brace Clinic consult re-commended for Right Hip orthotic c unlimited Flex/ex

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:

Provisional diagnosis: Hx of Multiple Hip Surgeries

Health Care Provider Signature/Stamp: Marcoin

CHO/Designee Approval Signature/Stamp:

### AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require Rt. hip surgery which cannot be accomplished at Col RY
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: X_____  Date: 1-15-15
Signature of Witness: _____ Roden   B. TETSTONE  1-15-15

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Hein George
DC#: _____  Requester: wt
Date of Birth: ███
EOS DATE: _____ CCI/R

DC4-702 (Revised 12/1/10) Page 1 of 2

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:**

**Findings:**

Eval for (R) Hip orthosis

※ Non-union femur to Hip
c̄ approx 3" leg length discrep
Will meas for above once
author

**Recommendations:**

— Hip Orthosis —

Reschedule once author for meas.

WILLIAM N. LANG
ADVANCED BRACE/SOPC
RMC

**Consultant Signature/Stamp:** _____  **Date:** 1/15/15

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name:** HORN, GEORGE
**DC#:** 637382 W/M
**Date of Birth / DOB:** [redacted]
**Institution:** Columbia
**EOS DATE:**

USE ADDITIONAL SHEET(S) AS NECESSARY

DC4-702 (Revised 12/1/10) Page 2 of 2

0049

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: | FROM Institution: | DATE OF REQUEST: |
|---|---|---|
| Pain Management | CCI    AONEC | 02/18/14 |

**Reason(s) for consultation:**
Evaluate and recommend diagnostic plan ___
Evaluate and recommend treatment plan ___
Other (specify): ___

**Type of consultation:**
Emergency ___
Urgent ___
Routine ✓
Follow-up ___

**DATE APPOINTMENT MADE:** ___
**Staff Signature:** ___
**APPOINTMENT DATE:** ___

Follow-up consults require justification

**Condition is (check one):** ☐ Acute Trauma   ☐ Acute Illness   ☐ Chronic

**History of present illness (include onset, presentation, progress, therapy):**
W/C bound ♂ c mx multiple (R) hip surgeries, hip replacements, hardware removal, currently has (acquired) unequal leg lengths (13-17cm), flail joint (R) hip, chronic osteomyelitis (R) pelvis, chronic multifocal osteomyelitis (R) femur, has lost 50% of proximal (R) femur, cannot bear wt c use of walker. Shands related HIP to FAIL

**Physical findings:** APProaches to Tx. Also recommends adaptive seating (R) hip orthotic, 6"-10" forearm crutches + custom shoe = 13-15cm build up. The combined use of Naproxen + Nortriptyline does not seem to be meeting this patient's needs for effective pain control & the patient's ability to perform ADLs is notably compromised.

**Diagnostic findings (explain laboratory, x-ray, or other test findings):**

**Other pertinent information:**

**Provisional diagnosis:**
Multiple hip surgeries, chronic hip pain

**Health Care Provider Signature/Stamp:** Marceus  
P. MARCEUS, MD  
SR. PHYSICIAN  
COLUMBIA CI

**CHO/Designee Approval Signature/Stamp:** ___

### AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require ___
which cannot be accomplished at ___.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:** George Horn    **Date:** 2-12-15

**Signature of Witness:** ___    **Date:** ___

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Horn, GEORGE
DC# 63738?    Race/Sex: W/M
Date of Birth: [REDACTED]
EOS DATE: 10/1-2020

DC4-701 (Revised 12/1/10) Page 1 of 2

0050

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:**

**Findings:**

**Recommendations:**

Consultant Signature/Stamp: _____ Date: _____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

USE ADDITIONAL SHEET(S) AS NECESSARY

Inmate Name _____
DC# _____ Race/Sex _____
Date of Birth _____
Institution _____
EOS DATE: _____

DC4-702 (Revised 12/1/10) Page 2 of 2

# FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

**Type of Service:** Brace Clinic   **FROM Institution:** CCI Annex   **DATE OF REQUEST:** 04/15/15

**Reason(s) for consultation:**
- Evaluate and recommend diagnostic plan
- Evaluate and recommend treatment plan
- Other (specify): _____

**Acuity of consultation:**
- Emergency
- Urgent
- Routine ✓

**DATE APPOINTMENT MADE:** _____
**Staff Signature:** _____
**APPOINTMENT DATE:** _____

**Visit Type** - Initial ☐ Follow-up ☐
Follow up consults require justification

**Condition is (check one):** ☐ Acute Trauma ☐ Acute Illness ☐ Chronic

**History of present illness** (include onset, presentation, progress, therapy):
Male patient with history of non-union femur to hip associated with approx 3 leg length discrep. Seen in Brace Clinic on 04/11/15 for evaluation for hip orthosis. Follow up was recommended for measure after authorization. Prior approval approved.

**Physical findings:**

**Diagnostic findings** (explain laboratory, x-ray, or other test findings):

**Other pertinent information:**

**Provisional diagnosis:**
1) Non-union Femur to Hip  2) Leg Discrep

**Health Care Provider Signature/Stamp:** Marceus   P. Marceus, MD / Corizon Health Care / Columbia Annex

**CHO/Designee Approval Signature/Stamp:** _____

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____. I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:** X George Horn   **Date:** 4-23-15
**Signature of Witness:** [signature] BJ   **Date:** 4-23-15

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name:** Horn George
**DC#:** 637380   **Race/Sex:** _____
**Date of Birth:** [redacted]
**EOS DATE:** _____

DC4-702 (Revised 2/4/15) Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Admin

0052

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:**

**Findings:**

Meas for ® Hip Abduction brace & leg length discrep. 3½"

® lift 3½"

HW 9510 boots

**Recommendations:**

Resched 2 wks for d/l

WILLIAM N. LAMB
ADVANCED BRACE/SUPC
RMC

**Date:** 4-23-15

**Consultant Signature/Stamp:**

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

USE ADDITIONAL SHEET(S) AS NECESSARY

**Inmate Name:** HORN, GEORGE
**DC#** 637382 W/M
**Date of Birth / DOB:** [redacted]
**Institution**
**EOS DATE:**

Ⓟ Columbia

Marcus
P. Nerceus MD 4/27/15
Corizon Health Care
Columbia Annex

DC4-702 (Revised 2/4/15) Page 2 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

0053

# FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

**Type of Service:** Ortho Clinic  **FROM Institution:** CCI Annex  **DATE OF REQUEST:** 4/27/2016

**Reason(s) for consultation:**
- Evaluate and recommend diagnostic plan
- Evaluate and recommend treatment plan
- Other (specify):

**Acuity of consultation:**
- Emergency
- Urgent
- Routine ✓

F/U 2 wks

**DATE APPOINTMENT MADE:**

**Staff Signature:**

**APPOINTMENT DATE:**

**Visit Type** – Initial ☐  Follow-up ☐
Follow-up consults require justification

**Condition is (check one):** ☐ Acute Trauma   ☐ Acute illness   ☐ Chronic

**History of present illness (include onset, presentation, progress, therapy):**
13 y/o Male with Hx of non-union femur to hip. associated with leg discrep. Seen in Ortho Clinic on 4/23/2015 for measure (hip orthosis) F/U 2 wks Recommended

**Physical findings:**

**Diagnostic findings (explain laboratory, x-ray, or other test findings):**

**Other pertinent information:**
Hx of non-union femur - Hip - leg length discrep 3"

**Provisional diagnosis:**

**Health Care Provider Signature/Stamp:** [signature] Marceus, MD  Corizon Health Care  Columbia Annex

**CHO/Designee Approval Signature/Stamp:**

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at: _____. I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:** George Ho   **Date:** 4-27-15

**Signature of Witness:** _____   **Date:** _____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name:** Harry George
**DC#:** 631337   **Race/Sex:**
**Date of Birth:** [redacted]
**EOS DATE:** [redacted]

**PROCESSED** ✓
_____
DATE

DC4-702 (Revised 2/4/15) Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Admin

0054

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:**

**Findings:**

**Recommendations:**

**Consultant Signature/Stamp:**                  **Date:**

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

USE ADDITIONAL SHEET(S) AS NECESSARY

**Inmate Name** _____
**DC#** _____ **Race/Sex** _____
**Date of Birth** _____
**Institution** _____
**EOS DATE:** _____

DC4-702 (Revised 2/4/15) Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

0055

# FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST CONSULTANT'S REPORT

| Type of Service: brace | FROM Institution: | DATE OF REQUEST: |
|---|---|---|
| Reason(s) for consultation: | Acuity of consultation: | DATE APPOINTMENT MADE: |
| Evaluate and recommend diagnostic plan ___ | Emergency ___ | |
| Evaluate and recommend treatment plan ___ | Urgent ___ | Staff Signature: |
| Other (specify): ___ | Routine ___ | |

APPOINTMENT DATE: 5-7-15

Visit Type - Initial ☐  Follow-up ☐
Follow-up consults require justification

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☐ Chronic
History of present illness (include onset, presentation, progress, therapy):

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:

Provisional diagnosis:

Health Care Provider Signature/Stamp: ___

CHO/Designee Approval Signature/Stamp: ___

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require ___ which cannot be accomplished at ___. I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: ___  Date: ___

Signature of Witness: ___  Date: ___

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: HORN, GEORGE
DC# 637382  W/M
DOB: ███
EOS DATE:
DC 4-702 (Rev...)

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

0056

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:**

**Findings:**

Chk. fit Hip orthosis
fits well awaiting accom
depth Boot c added lift

**Recommendations:**

Reschod 1 wk for dol

WILLIAM N. LANG
ADVANCED BRACE/SOPC
RMC

**Consultant Signature/Stamp:** Date: 5/7/15

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

USE ADDITIONAL SHEET(S) AS NECESSARY

**Inmate Name:** HORN, GEORGE
**DC#:** 637382
**DOB:** [redacted]

P. Marceus, Corizon Health Care
Columbia Annex

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

0057

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT

**TO Institution:** Brace Clinic  
**FROM Institution:** CCI Annex  
**DATE OF REQUEST:** 05-07-2015

**Reason(s) for consultation:**
- Evaluate and recommend diagnostic plan
- Evaluate and recommend treatment plan
- Other (specify):

**Type of consultation:**
- Emergency
- Urgent
- Routine ✓
- Follow-up ✓

**DATE APPOINTMENT MADE:** 5/15/15  
**Staff Signature:**  
**APPOINTMENT DATE:** 5/14/15

Follow-up consults require justification

**Condition is (check one):** ☐ Acute Trauma  ☐ Acute Illness  ☐ Chronic

**History of present illness (include onset, presentation, progress, therapy):**
51 y/o male patient with hx of multiple hip surgeries and leg discrepancy. Seen in Brace Clinic on 5/3/15. Fitting of hip orthosis. Brace clinic recommended to reschedule patient in one week for final fitting.

**Physical findings:**

**Diagnostic findings (explain laboratory, x-ray, or other test findings):**

**Other pertinent information:**

**Provisional diagnosis:** Final fitting of hip orthosis

**Health Care Provider Signature/Stamp:** Marceus, MD  
Corizon Health Care  
Columbia Annex

**CHO/Designee Approval Signature/Stamp:**

### AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:** _____ **Date:** _____

**Signature of Witness:** _____ **Date:** _____

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

**Inmate Name:** Horn, George  
**DC#:** 637389  
**Race/Sex:**  
**Date of Birth:** [REDACTED]  
**EOS DATE:**

DC4-702 (Revised 12-1-10) Page 1 of 2

PROCESSED

0058

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:**

**Findings:**

Fit o del (R) HKAFO to stabilize hip, patient feels leg is now stable and not flopping around

**Recommendations:**

✶ Patient will need Physical Therapy and wider wheel chair to accom HKAFO
Please sched for 1wk F/U

WILLIAM N. LANG
ADVANCED BRACE/SOPC
RMC

**Consultant Signature/Stamp:** _____ **Date:** 5/14/15

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: HORN, GEORGE
DC# 637382 W/M
DOB: [redacted]
Date of Birth:
Institution:
EOS Date:

USE ADDITIONAL SHEET(S) AS NECESSARY

(P) Columbia

DC4-702 (Revised 12/1/10) Page 2 of 2

0059