# FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

**Type of Service:** Brace Clinic   **FROM Institution:** CCI Annex   **DATE OF REQUEST:** 5/18/15

**Reason(s) for consultation:**
- Evaluate and recommend diagnostic plan
- Evaluate and recommend treatment plan
- Other (specify): ✓ follow up

**Acuity of consultation:**
- Emergency
- Urgent
- Routine ✓

**DATE APPOINTMENT MADE:**

**Staff Signature:**

**APPOINTMENT DATE:**

**Visit Type** — Initial ☐ Follow-up ☐
Follow-up consults require justification

**Condition is (check one):** ☐ Acute Trauma  ☐ Acute Illness  ☐ Chronic

**History of present illness (include onset, presentation, progress, therapy):**
50 y/o patient with history of multiple hip surgeries and leg discrepancy, seen in brace clinic on 5/14/15. 1 week follow up appointment recommended.

**Physical findings:**

**Diagnostic findings (explain laboratory, x-ray, or other test findings):**

**Other pertinent information:**

**Provisional diagnosis:** Hip orthoses / Leg discrepancy

**Health Care Provider Signature/Stamp:** [signature]
M PASTORA, ARNP
CORIZON HEALTH CARE
COLUMBIA ANNEX
DATE [illegible] TIME 1:10

**CHO/Designee Approval Signature/Stamp:**

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____. I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:**   **Date:**

**Signature of Witness:**   **Date:**

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name:** Horn, George
**DC#:** 63782   **Race-Sex:** W/M
**Date of Birth:** [redacted]
**EOS DATE:**

[signature] 5/19/15

DC4-702 (Revised 2/4/15) Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Admin[istration]

0060

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:**

**Findings:** Fit'd del accom depth boots c̄ lift added to (R) to pat's satisf. Pat able to D&D brace c̄ ease, discomfort upon wt bearing

**Recommendations:** PRN

R. Zack LPN
Corizon Healthcare
Columbia CI

C. Gonzalez RN
Corizon Healthcare
Columbia CI

WILLIAM N. LANG
ADVANCED BRACE/SOPC
RMC

**Consultant Signature/Stamp:** _____  **Date:** 5/27

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Horn, George A.
DC #: 637382   R/S: W/M
Date of Birth: [redacted]
Institution: Columbia C.I. - Annex

USE ADDITIONAL SHEET(S) AS NECESSARY

(P) Columbia

DC4-702 (Revised 2/4/15) Page 2 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

0061

# FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

**Type of Service:** Surgeon  **FROM Institution:** CCI Annex  **DATE OF REQUEST:** 9-11-15

**Reason(s) for consultation:**
- Evaluate and recommend diagnostic plan
- Evaluate and recommend treatment plan ✓
- Other (specify):

**Acuity of consultation:**
- Emergency
- Urgent
- Routine ✓

**DATE APPOINTMENT MADE:**

**Staff Signature:**

**APPOINTMENT DATE:**

**Visit Type** — Initial ✓  Follow-up ☐
Follow-up consults require justification

**Condition is (check one):** ☐ Acute Trauma  ☐ Acute Illness  ✓ Chronic

**History of present illness (include onset, presentation, progress, therapy):**
53 y/o white patient with hx of Epilepsy and S/P hip replaced that had to be taken out 2ry to osteomyelitis previously. Pt only had around 1/3 distal femur on ® leg.

**Physical findings:**
Painfull mass, hard, on ® thigh of around 5" inches, painfull at palpation and warmer area.

**Diagnostic findings (explain laboratory, x-ray, or other test findings):**

**Other pertinent information:**

ATP
Further imaging first
Pt c/o no MRI
Pt on Amy? down for MRI
MRI approved

**Provisional diagnosis:** Mass on ® thigh

**Health Care Provider Signature/Stamp:**
J. Pinero, MD
CORIZON HEALTH CARE
COLUMBIA ANNEX
DATE _____ TIME _____

**CHO/Designee Approval Signature/Stamp:** 9-11-15  10:05a

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____. I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:** George Hon  **Date:** 9-14-15

**Signature of Witness:**  **Date:**

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name:** Hovn George
**DC#:** 637392  **Race/Sex:** W/M
**Date of Birth:** [redacted]
**EOS DATE:**

DC4-702 (Revised 2/4/15) Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Admin

0062

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:**

**Findings:**

ATP

**Recommendations:**

**Consultant Signature/Stamp:**             **Date:**

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

USE ADDITIONAL SHEET(S) AS NECESSARY

**Inmate Name** _____
**DC#** _____ **Race/Sex** _____
**Date of Birth** _____
**Institution** _____
**EOS DATE:** _____

DC4-702 (Revised 2/4/15) Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

0063

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT

**TO Institution:** Orthopedic  
**FROM Institution:** CCI Annex  
**DATE OF REQUEST:** 10-12-15

**Reason(s) for consultation:**
- Evaluate and recommend diagnostic plan
- Evaluate and recommend treatment plan ✓
- Other (specify): _____

**Type of consultation:**
- Emergency
- Urgent
- Routine ✓
- Follow-up

**DATE APPOINTMENT MADE:** 10/21/15  
**Staff Signature:** [signature]

**APPOINTMENT DATE:** 12/10/15

Follow-up consults require justification

**Condition is (check one):** ☐ Acute Trauma   ☐ Acute Illness   ☒ Chronic

**History of present illness (include onset, presentation, progress, therapy):**
53 y/o W/M pt with hx of Epilepsy and S/P hip replacement several times that body rejected. The replacement of hip head had to be taken out with 2/3 of proximal femur ie ® leg 2ry to Osteomyelitis

**Physical findings:**
Pt had a painful mass, hard in ® thigh of 5" inch, ad th area is warm.

**Diagnostic findings (explain laboratory, x-ray, or other test findings):**
MRI ® femur → R/O Osteomyelitis of the midshaft of femur with sinus tract extending circumferentially into soft tissue

**Other pertinent information:** 2/0 Abscess

**Provisional diagnosis:** R/O Osteomyelitis ® Femur

J. Rincro, MD
CORIZON HEALTH CARE   10-12-15
COLUMBIA ANNEX
DATE   TIME   256 R

**Health Care Provider Signature/Stamp:** _____

**CHO/Designee Approval Signature/Stamp:** _____

### AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:** [signature]   **Date:** 10-12-15

**Signature of Witness:** [signature] R Cancel M.   **Date:** 10-15-15

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name:** George Horn  
**DC#:** 057382   **Race/Sex:** W/M  
**Date of Birth:** [redacted]  
**EOS DATE:** _____

DC4-702 (Revised 12/1/10) Page 1 of 2

0064

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:**

**Findings:**

**Recommendations:**

**Consultant Signature/Stamp:** _____ **Date:** _____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Horn, George
DC#: 6)739
Race/Sex: W/M
Date of Birth: [redacted]
Institution: CCI
EOS DATE:

DC4-702 (Revised 12/1/10) Page 2 of 2

USE ADDITIONAL SHEET(S) AS NECESSARY

0065

ATP see below

489564

# FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| Type of Service: Pain Management | FROM Institution: CCI Annex | DATE OF REQUEST: 12-11-15 |
|---|---|---|
| Reason(s) for consultation: | Acuity of consultation: | DATE APPOINTMENT MADE: |
| Evaluate and recommend diagnostic plan | Emergency | |
| Evaluate and recommend treatment plan ✓ | Urgent | Staff Signature: |
| Other (specify): | Routine ✓ | |

APPOINTMENT DATE:

Visit Type - Initial ✓   Follow-up ☐
Follow-up consults require justification

Condition is (check one):  ☐ Acute Trauma   ☐ Acute Illness   ✓ Chronic

**History of present illness** (include onset, presentation, progress, therapy):
54 y/o W/M h/x of Epilepsy, HBP, Psoriasis. Pt had hx of resection of proximal 1/3 of (R) femur years ago. They tried put a prosthesis of (R) hip years ago w/o good result. Pt developed chronic osteomyelitis. Pt with constant pain in area of (R) hip, pelvis and (R) leg. Pt treated now with Santab II PO tid but is still with a lot of pain.

**Diagnostic findings** (explain laboratory, x-ray, or other test findings):
MRI (R) Femur → Question of Osteomyelitis at the midshaft of the femur with sinus tract extending anteromedially into soft tissue. 9cm fluid collection rectus femoris muscle → R/o abscess

**Other pertinent information:**
Evaluated by Ortho in Gainesville who recommended pain management and possibility of amputation.

**Provisional diagnosis:**
Chronic Osteomyelitis (R) femur area

J. Pineiro, MD
12-11-15

```
<12/16/2015 03:35 - rfallhowe>
ATP: consider NSAID if not contraindicated and long acting narcotic and gaba or NSRI if
neuropathy component.
```

I, the undersigned... which consent... I also understand... prior to... such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: George Horn      Date:

Signature of Witness:      Date:

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Horn George
DC#: 631332       Race/Sex: W/M
Date of Birth: [redacted]
EOS DATE: [redacted]

DC4-702 (Revised 2/4/15) Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

0066

Horn, George Albert (MR # 00147819)                                    Encounter Date: 12/04/2014

**Progress Notes**                                                    George Albert Horn (MR# 00147819)

UNIV OF FLORIDA PHYSICIANS
Gp Ortho Inst Ad Recon
3450 Hull Road
Gainesville FL 32607
352-273-7001

Referring Provider
  SELF, REFERRAL

*Addended on 12/10/15 please see below R. Vla__*

Progress Notes by Vlasak, Richard, MD at 12/04/14 1903

| Author: Vlasak, Richard, MD | Service: (none) | Author Type: SURGEON |
| Filed: 12/05/14 1853 | Note Time: 12/04/14 1903 | Note Type: Progress Notes |
| Status: Signed | Editor: Vlasak, Richard, MD (SURGEON) | |

Related Notes:   Original Note by Vlasak, Richard, MD (SURGEON) filed at 12/04/14 1927

Mr. Horn is a 53-year-old gentleman who is currently a convict in the State of Florida prison system who comes to see me for a subtrochanteric resection arthroplasty of the right hip secondary to a chronically infected multi-stage revision right hip replacement.

Patient has had for many right hip surgeries in the past. His first treatment in Shands Medical Center was performed by me on January 21, 2003, for the treatment of a chronically infected, well-fixed Intermedics total hip replacement in a patient that had numerous sinus tracts. During the first-stage, January 21, 2003, surgery, he had a PROSTALAC prosthesis placed. He was treated with a IV antibiotics and followed closely. His active infection appeared to have cleared, and he had a second-stage replantation on June 3, 2003, with a Howmedica T3 modular tapered fluted prosthesis. He developed recurrent dislocations and underwent a revision right hip replacement on August 25, 2003, where he had a constrained acetabular component placed (this prosthesis was also Howmedica). Shortly after the 2nd revision hip replacement, the patient failed to show up for followup. He says that he did very well for approximately 8 to 9 years. In sometime around year 2012 and 2013, he developed recurrent swelling in the right distal thigh and was diagnosed as having thigh abscesses that were drained. He eventually ended up in the Kendall Regional Medical Center in Miami, Florida, where he was an inpatient for several months. It is at this time, that he had removal of all of his right revision hip replacements. He had staged treatments of his abscess and infection and osteomyelitis. At the end of these hospitalizations, he was placed on Zyvox for chronic suppression. The patient says he took the Zyvox for close to a year, and then he could no longer get a supply because it was too expensive, which is when he stopped his antibiotic.

The patient is currently in State of Florida prison system  He says he is going to be an inmate for at least the next 3 years.  He comes in to ask whether some other limb salvage technique could be employed.

The patient is currently off of all antibiotics.  He has no active complaints of an infection.  His infection appears to be a in remission.

The culture results from his surgeries at Shands in 2003, which we have available for us, show that he grew out multiple organisms including Staphylococcus aureus, sensitive to oxacillin as well as coag-negative staph that was resistant to oxacillin. We do not have any records of what bacteria was isolated in Miami with the 2013 surgeries.

PHYSICAL EXAMINATION: Mr. Horn appears his stated age of 53.  His BMI is 24, height 74 inches, weight 190 pounds.  He has an  obvious right-sided short leg length discrepancy.  His exam is consistent with a resection arthroplasty of the right hip where the where the proximal 30% of the femur is missing. With him sitting, the right knee has a full active range of motion from full extension from full active extension to flexion of 90 degrees. He can lift the thigh off the chair if he supports his torso against the armrests. Given a walker, he is able to stand, but predictably, the right hip is unstable enough that he cannot meaningfully bear weight. He has scarred sinus tracts and evidence of scarred sinus tracts throughout the thigh, including suprapatellar area anteromedially.  This is clinical evidence of how serious his previous infections were. There is no active drainage. Currently, there is no active abscess palpable and no cellulitis. Overall, his appearance is considerably better than average for somebody missing the upper one-third of his femur. He has palpable pulses at his right ankle.

Horn, George Albert (MR # 00147819) Printed by Vlasak, Richard, MD [VLASAR] at 12/10/15 11:3...

0067

Horn, George Albert (MR # 00147819)                                Encounter Date: 12/04/2014

X-rays obtained today in our clinic of his femur and pelvis show severe disuse atrophy of the right hemipelvis bone. The x-ray itself shows severe deficiency of the acetabular bone on the right. It also shows that approximately 30% of the patient's right femur is missing. There is no evidence of any remaining foreign material.

IMPRESSION:
1. Right hip resection arthroplasty with approximately 30% of the proximal right femur missing and the expected resulting unstable right hip area.
2. History of multi-staged treatments of an infected hip replacement with numerous previous surgeries and numerous previous abscesses and sinus tracts in the right thigh. Some of these abscesses were in the distal one-third suprapatellar area.

RECOMMENDATIONS: I strongly recommended to Mr. Horn that he not attempt any further hip replacements. I discussed with him that over all, his clinical appearance and function was better than the majority of patients missing the upper 1/3 of their femur. We discussed that infections of his type were probably not curable short of a hemipelvectomy, i.e., an amputation at the pelvis level. His infection currently is in remission, but with all of his severe scarring throughout the thigh, it is doubtful that he could ever be called cured.

I think Mr. Horn is best served with the following recommendations, which we have passed on to the health authorities at his prison:
1. Adaptive seating clinic to mold the cushions of his wheelchair and provide more comfort with sitting.
2. A trial of a right hip orthotic that would use a pelvic band and then a clamshell extension with a hinge at the hip to try to stabilize the right thigh and perhaps allow limited ambulation with the use of bilateral forearm crutches.
3. Bilateral forearm crutches with appropriate physical therapy to teach him how to use this.
4. Chronic pain management that should incorporate biofeedback and relaxation techniques as well as potentially medications.
5. A custom right shoe buildup of approximately 13 to 15 cm. It would probably be best to start off at 13 cm and see if this was enough with the hip orthotic to provide the ability to bear weight.
6. An egg-crate mattress and some extra pillows to help support his flail right thigh for sleeping. ..

To summarize, I strongly recommend against further surgery. The patient's previous surgeries were extensive and quite heroic, and we know from at least 10 years of experience that the type of infection he had is probably not curable short of a hemipelvectomy.

I personally spent a total of 80 minutes with this patient, the majority of that time in face-to-face discussions of the issues above.

Electronically signed by Vlasak, Richard, MD at 12/05/14 1853

*Everything above is accurate. (R) Hip Brace has Not helped and should be stopped. Patient would benefit from a hospital bed so he could sleep c̄ feet & legs above his chest to decrease leg lymphedema. R. Vlasak 12/10/2015*

Horn, George Albert (MR # 00147819) Printed by Vlasak, Richard, MD [VLASAR] at 12/10/15 11:3...

0068

PROCESSED
DATE [illegible]

# FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

**Type of Service:** Ortho
**FROM Institution:** ___
**DATE OF REQUEST:** 1/8/2016

**Reason(s) for consultation:**
Evaluate and recommend diagnostic plan ___
Evaluate and recommend treatment plan ___
Other (specify): ___

**Acuity of consultation:**
Emergency ___
Urgent ___
Routine ✓

**DATE APPOINTMENT MADE:** ___
**Staff Signature:** ___
**APPOINTMENT DATE:** ___

**Visit Type** - Initial ☐  Follow-up ☐
Follow-up consults require justification

**Condition is (check one):** ☐ Acute Trauma    ☐ Acute Illness    ☐ Chronic

**History of present illness** (include onset, presentation, progress, therapy):
54 y/o with pain, swelling of ® proximal thigh. ⊕ hx of Chronic Osteomyelitis of the ® thigh.

**Physical findings:**
® Thigh Swelling, ∅ Skin changes.
CTAx2, ++s 1 & 11 only

**Diagnostic findings** (explain laboratory, x-ray, or other test findings):
MRI — ? Osteomyelitis of the mid shaft of the femur. ⊕ Sinus tract extending anteromedially into soft tissues. 9 cm fluid collections in the adjacent rectus femoris muscle

**Other pertinent information:**
Epilepsy. HBP.

**Provisional diagnosis:** Chronic Osteomyelitis- R/o Abcess formation

**Health Care Provider Signature/Stamp:** [signature]
H. Owojuyigbe, MD
Medical Director
Columbia CI/Corizon
Date: 1/8/2016  Time: 4pm

**CHO/Designee Approval Signature/Stamp:** ___

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require ___ which cannot be accomplished at ___. I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:** George Ha[...]   **Date:** 2/1/16
**Signature of Witness:** ___  **Date:** ___

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name** Hern George
**DC#** 637382  **Race/Sex** W/M
**Date of Birth** [redacted]
**EOS DATE:** ___

DC4-702 (Revised 2/4/15) Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Admi

0069

# FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST CONSULTANT'S REPORT

PROCESSED
Date: 1/28/16

Type of Service: Pain Management   FROM Institution: Columbia MU   DATE OF REQUEST: 1/27/16

Reason(s) for consultation:
Evaluate and recommend diagnostic plan
Evaluate and recommend treatment plan
Other (specify):

Acuity of consultation:
☐ Emergency
☐ Urgent
☐ Routine

DATE APPOINTMENT MADE:

Staff Signature:

APPOINTMENT DATE:

Visit Type - ☐ Initial  ☐ Follow-up
Follow-up consults require justification

Condition is (check one): ☐ Acute Trauma  ☐ Acute Illness  ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):
54 y/o male with ® thigh swelling, pain, & function.
s/p ® hip replacement surgeries. ⊕ mod pain.

Physical findings: Wheelchair bound.
® Thigh: appears shorter. ⊕ swelling. ⊕ tenderness.

Diagnostic findings (explain laboratory, x-ray, or other test findings):
MRI - Osteomyelitis. ⊕ Sinus tract runs anteromedially into soft tissue
⊕ 9cm fluid collection
CT scan: complete destruction of ® femoral neck & head & partial
Other pertinent information: destruction of acetabulum.

Provisional diagnosis: Osteomyelitis + Abscess Formation.

Health Care Provider Signature/Stamp: George
H. George, MD, MPH
Medical Director
Columbia CI/Corizon
Date: 1/27/16   Time:

CHO/Designee Approval Signature/Stamp:

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: George Horn   Date: 1-28-16

Signature of Witness: _____   Date: _____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inm: HORN, GEORGE
DC: 637382   W/M
Dat: DOB [REDACTED]
EO: COLUMBIA CI
DC4:

This form is not to be amended, revised, or altered without approval of the Director of Health Services Admi

0070

# FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

PROCESSED 1/28/16 DATE *Goode*

| | | |
|---|---|---|
| Type of Service: General Surgery | FROM Institution: Columbia MU | DATE OF REQUEST: 1/27/16 |
| Reason(s) for consultation: | Acuity of consultation: | DATE APPOINTMENT MADE: |
| Evaluate and recommend diagnostic plan | Emergency | |
| Evaluate and recommend treatment plan  X | Urgent | Staff Signature: |
| Other (specify): | Routine  X | |

APPOINTMENT DATE:

Visit Type - Initial ☒ Follow-up ☐
Follow-up consults require justification

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☐ Chronic

**History of present illness** (include onset, presentation, progress, therapy):
54 y/o male with ® Thigh swelling, pain, ↓ ROM s/p ® Hip replacement X2.

**Physical findings:** wheelchair bound.
® Thigh: Shorter ® X ② . ⊕ Swell p. ⊕ tender

**Diagnostic findings** (explain laboratory, x-ray, or other test findings):
MRI - possible Osteomyelitis, midshaft of ® Femur, sinus tract. 9cm fluid accumulation.
CT scan - complete destruction of head and neck of ® Femur + partially destroyed acetabulum.
⊕ fluid collection

**Other pertinent information:**

**Provisional diagnosis:** Osteomyelitis + Abscess formation.

**Health Care Provider Signature/Stamp:** [signature]
H. George, MD, MPH
Medical Director
Columbia CI/Corizon
Date: 1/27/16   Time:

**CHO/Designee Approval Signature/Stamp:**

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:** George Horn   **Date:** 1-28-16

**Signature of Witness:** _____   **Date:** _____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate: HORN, GEORGE
DC#: 637382  W/M
Date of DOB: [redacted]
EOS D: COLUMBIA CI
DC4-702

This form is not to be amended, revised, or altered without approval of the Director of Health Services Adm

0071

 **TECH CARE X-RAY**

106 West 5th Ave
Tallahassee, FL 32303
(850)562-1656
www.techcarexray.com

# Radiology Report

**PATIENT NAME:** HORN, GEORGE

**FACILITY:** RMC CT

**REFERRING PHYSICIAN:** PINERO

**REASON FOR EXAM:** CHRONIC OSTEOMYELISIT S/P RESECTION OF 1/3 PROXIMAL FEMUR RT SIDE. R/O ABSCESS

**PATIENT ID:** 637382

**DATE OF BIRTH:** 09/15/1961

**DATE OF SERVICE:** 12/23/2015

Exam: CT OF THE RIGHT FEMUR WITHOUT INTRAVENOUS CONTRAST

Technique: Contiguous 2.5 mm axial projection images of the right femur were obtained without intravenous contrast. Coronal reconstructions are also submitted. The patient was examined on a GE LightSpeed QX/i 4 slice scanner.

Clinical data: Diagnosis: Chronic osteomyelitis right femur area. Follow up abscess on rectus femoris muscle. S/P resection of 1/3 proximal right femur. Same day CT of the pelvis.

Prior studies: MRI right thigh 10/8/2015. Radiograph of the right femur 9/11/2015. Radiograph of the right hip 6/12/2015.

Findings: Today's study demonstrates complete destruction of the right femoral head, femoral neck, and intertrochanteric region. There is also partial destruction of the proximal diaphysis. At least one large 4 cm linear fragment of bone is noted in the region of the proximal diaphysis. The soft tissue windows demonstrate fluid attenuation which surrounds the residual of the proximal diaphysis concerning for an abscess. Inflammatory change extends posterolaterally into the right thigh toward an apparent fistula. The remainder of the diaphysis appears intact. Musculature demonstrates atrophy.

IMPRESSION: Complete destruction of the proximal femur as described above consistent with patient's stated history of chronic osteomyelitis with surgical resections. There is fluid attenuation within the soft tissue surrounding the proximal diaphysis most consistent with an underlying abscess. There appears to be a drainage fistula along the lateral upper thigh.

Recommendation: Follow up as clinically indicated

Transcribed: 12/24/2015 06:13 AM Robb, Kathy,
Verified By: 12/24/2015 06:14 AM Dr. David Owens, M.D.

PERSONAL & CONFIDENTIAL: If you have received this in error, please call (850)562-1656, or fax (850)562-7209, and please destroy this document and/or delete this e-mail.

MEMORIAL HOSPITAL JACKSONVILLE
3625 UNIVERSITY BLVD. SOUTH
JACKSONVILLE, FL 32216

PATIENT: HORN,GEORGE
ACCOUNT #: J00219610335
Admission Date: 04/12/16
Discharge Date:
Dictated By: Tran,Phuc V  MD

DOB: 09/15/61
MRN: J000766993

ROOM: J.3105

HISTORY AND PHYSICAL

ADMISSION DIAGNOSES:
1. Chronic right hip infection, status post incision and drainage and debridement.
2. History of hepatitis C.
3. Chronic back pain.

PRESENT ILLNESS:  This is a 54-year-old male, admitted for right hip debridement and incision and drainage.  The patient had a hip replacement in 2000 and chronic recurrent infection, requiring multiple revision surgery and removal of hardware that he has been on multiple chronic antibiotic suppression without improvement.  The patient now admitted for a right hip I and D and debridement.  The patient otherwise denies any fever, chills, or constitutional symptoms.

PAST MEDICAL HISTORY:
1. Status post right hip replacement and subsequent chronic infection with multiple revision surgery, history of lumbar fusion surgery, and history of anxiety and depression.
2. Gastroesophageal reflux disease.
3. Hypertension.
4. Seizure disorder.
5. Chronic back pain.
6. Hepatitis C.

ALLERGIES:  Codeine.

CURRENT MEDICATIONS:  Please refer to admission MAR for details.

FAMILY HISTORY:  Noncontributory.

SOCIAL HISTORY:  Former smoker.

REVIEW OF SYSTEMS:  As above.  Otherwise, negative for fever, chills, chest pain, shortness of breath, productive cough, hemoptysis, orthopnea, PND, abdominal pain, change in bowel habits, dysuria, flank pain, any visual change, or any new neurological change.

PATIENT NAME: HORN,GEORGE                ACCOUNT #: J00219610335

PHYSICAL EXAM: GENERAL: The patient was alert, awake, well nourished, not in acute distress.
VITAL SIGNS: Temperature 98, blood pressure 130/70, heart rate in the 70s to 80s, respirations 16, and saturation 99%.
HEENT: Atraumatic and normocephalic. Pupils are round and reactive. No icteric sclerae.
NECK: Supple. No JVD. No lymphadenopathy.
LUNGS: Clear to auscultation. No wheezing.
CARDIAC: Regular rhythm. S1 and S2.
ABDOMEN: Benign. Bowel sounds present. Soft. No distention. No rebound.
EXTREMITIES: Status post right hip I and D wound clean. No active bleeding.
NEUROLOGIC: Alert and awake. Cranial nerves intact from II through XII. Affect within normal limits.

LABORATORY DATA: Initial data is pending.

ASSESSMENT AND PLAN:
1. The patient with chronic right hip infection, status post wound debridement and incision and drainage. We will restart antibiotics. Monitor wound culture. Consult with Infectious Disease for treatment recommendation.
2. Hypertension. Continue current treatment.
3. Seizure disorder. Continue current treatment.
4. Anxiety and depression.
5. Chronic back pain.
6. Deep venous thrombosis prophylaxis.


Phuc Tran, MD

PT/MODL
D: 04/12/2016 17:26:14 / T: 04/12/2016 20:53:49
Voice ID: 1220174 / Job ID: 695228625


PATIENT NAME: HORN,GEORGE          ACCOUNT #: J00219610335

```
MEMORIAL HOSPITAL OF JACKSONVILLE (COCJM)
Operative Note - Full
REPORT#:0412-0635    REPORT STATUS: Signed
DATE:04/12/16 TIME: 1202

PATIENT: HORN,GEORGE                        UNIT #: J000766993
ACCOUNT#: J00219610335                      ROOM/BED: J.PSI-05
DOB: 09/15/61  AGE: 54    SEX: M            ATTEND: Steel,Maxwell W
                                            III MD
ADM DT: 04/12/16
                                            AUTHOR: Steel,Maxwell W
                                            III MD

* ALL edits or amendments must be made on the electronic/computer
document *
```

## Operative Report
**ORM Surgeries:**

| Surgery Date and Time: | 04/12/2016 1230 |
| Proposed Primary Procedure: | RIGHT HIP DEBRIDEMENT |

**Procedures performed:**
right hip debridement
**Primary Surgeon:** Steel MD
**Assistant(s):** Crawford PA
**Pre-procedure diagnosis:**
recurrent right hip osteomyelitis
**Post-procedure diagnosis:**
same
**Start date:** 04/12/16
**Start time:** 1300
**Anesthesia:** general anesthesia
**Estimated blood loss in ml's:** 150 cc
**Blood products:**
none
**Technique/Procedure:**
lateral approach
**Specimens removed/altered:** scar tissue, infected tissue
**Complications:** none
**Implant(s):** none
**Cultures sent:** Yes
**Operative findings:**
as above
**Disposition:** PACU
**Recommendations:**
await cultures, consult Chang MD

Electronically Signed by Steel,Maxwell W III MD on 04/12/16 at 1206

Page 1 of 2

0075

```
Patient: HORN,GEORGE
Unit#:J000766993
Date: 04/12/16
Acct#:J00219610335


RPT #: 0412-0635
***END OF REPORT***
```

Page 2 of 2