UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-cv-20341-GAYLES/MCALILEY

GEORGE HORN,

    Plaintiff,

v.

JULIE L. JONES, et al.

    Defendants.

_____/

**AFFIDAVIT OF KATHRYN DICKS**

STATE OF FLORIDA      )
COUNTY OF SUWANNEE  )

1. My name is Kathryn Dicks and I am a Florida Department of Corrections ("FDC") Administrative Assistant for the Suwannee Correctional Institution ("Suwannee") main unit, and I am the Referral Coordinator for the Suwanee main unit and annex.

2. I am also the designated records custodian for Suwannee.

3. An inmate's medical records travel with the inmate. George Horn is currently housed at Suwannee so his medical records are here, as well.

4. I have reviewed the medical records for George Horn attached as Exhibit A. I hereby certify that the documents attached as Exhibit A are true and accurate copies of the records contained in his medical file.

5. Affiant further sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: __Aug. 15__, 2016.

                                                                     _Kathryn Dicks_
                                                                     KATHRYN DICKS

                                                                                    K. Dicks
                                                                           Administrative Assistant
                                                                                Suwannee CI

1