IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-cv-20341-DPG

GEORGE HORN,

    Plaintiff,

v.

JULIE L. JONES, Secretary of the
Florida Department of Corrections, in her
official capacity, et al.

    Defendants.
_____/

## NOTICE OF FILING MEDICAL RECORDS - UTILIZATION MANAGEMENT

Defendants JULIE L. JONES, in her official capacity as Secretary of the Florida Department of Corrections, and SEYED HOSSEINI, M.D., by and through their undersigned attorney, hereby give notice of filing the attached records of Florida Department of Corrections Utilization Management.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Electronic Mail to the following on this 16th day of August, 2016:

Karen Marcell, Esq.
Katzman Garfinkel & Berger
300 North Maitland Avenue
Maitland, Florida 32751
kmarcell@likeyourlawyer.com
*Counsel for Plaintiff, George Horn*

M. Katherine Hunter, Esq./Eric Freedman, Esq.
Chimpoulis, Hunter & Lynn, P.A.
150 South Pine Island Road- Suite 510
Plantation, FL 33324

khunter@chl-law.com
efreedman@chl-law.com
*Counsel for Defendants*
*Wexford Health Sources Inc.,*
*Marlene Hernandez, M.D. &*
*David Reddick, M.D.*

                                      Respectfully Submitted,

                                      PAMELA JO BONDI
                                      FLORIDA ATTORNEY GENERAL

                                      s/       Shane Weaver
                                      SHANE WEAVER, ESQ.
                                      Senior Assistant Attorney General
                                      Florida Bar No. 907421

                                      Office of the Attorney General
                                      1515 N. Flagler, Suite 900
                                      West Palm Beach, Florida 33401
                                      Tel. (561) 837-5000
                                      Fax. (561) 837-5102
                                      Shane.Weaver@myfloridalegal.com
                                      *Counsel for Julie Jones & Seyed Hosseini, M.D.*

cc:  Mediator:  Thomas H. Bateman, III