Request for Prior Approval of Health care Services
Surgery, Procedures, Scheduled hospital Admission and Ancillary Services

ALL BLANKS MUST BE COMPLETED - MANDATORY

Attach all pertinent documentation to expedite the approval process:
DC4-701, Laboratory and X-ray Reports, Consultation Reports, etc.

Routine  X      Urgent        Emergent

Sending Institution _____S.F.R.C. (402)_____      Date of Request _____4/9/2012_____

DIAGNOSIS SYNOVIAL CYST NOS(727.40)

Date of Onset ____2/3/2011____      Preexisting Condition ___No___

Surgery/Procedure Requested  SYNOVECTOMY(80.7)

Facility where Surgery/Procedure/Other to be Scheduled:      KENDALL REG MED CT (DKR)

Attending Physician _____      Telephone Number _____

Estimated - LOS _____      Hospital Cost ___$0.00___      Physician Cost ___$0.00___

Signature of Chief Health Officer _____

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Date Prior-approval Received in Utilization Management _____

Date Approved _____      Signature of Nurse Reviewer _____

Date Referred by Physician Advisor _____

Date Reviewed by Physician Advisor _____      Approved Y _____      N _____

If the Physician Advisor does not approve Request, a Memorandum will be sent to the Chief Health Officer.

Institutions will be notified of status of approval process via fax (in the future will be emailed).  Institutional logs should be carefully maintained to reflect the status of approval process and completion date of surgery/procedure.  If you have any questions regarding the approval process, please call the Utilization management section at Reception Medical Center (386-496-6720).

Inmate Name GEORGE A HORN _____      Custody Level  Minimum

DC# 637382 _____      Race/Sex  White/Male      SS # _____

Date of Birth 9/15/1961 _____

Institution COLUMBIA ANNEX(251)

**This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary Director of Health Services Administration**

DC4-669 (Revised 10/05/03) Page 1 of 1

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution:<br>R.M.C.- MAIN UNIT<br>OR - ORTHOPEDIST | FROM Institution:<br>S.F.R.C. | DATE OF REQUEST:<br>7/26/2012 |
|---|---|---|
| Reason(s) for consultation:<br>Evaluate and recommend diagnostic plan    X<br>Evaluate and recommend treatment plan<br>Other (specify): | Acuity:<br>URGENT | DATE APPOINTMENT MADE:<br><br>Staff Signature:<br><br>APPOINTMENT DATE: |
| **Follow-up consults require justification** | | |

Condition is: Acute Trauma

History of present illness (include onset, presentation, progress, therapy):
I/M with a history of right hip surgery in 2003. Hip prosthesis rejected which caused chronic infection. Inmate treated @ KRMC for seroma, and needs to be sent to doctor at UF Shands that did original surgery.

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:

Provisional diagnosis:
EARLY COMPLIC OF TRAUMA (958), INFECT DUE TO DEVICE NEC (996.69)

Health Care Provider Signature/Stamp:  HOSSEINI, SEYED (hs49)

CHO/Designee Approval Signature/Stamp: _____

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at S.F.R.C.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery.  I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: GEORGE A HORN _____ Date:_____

Signature of Witness: _____ Date:_____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name:  HORN, GEORGE
DC# 637382     Race/Sex White/Male
Date of Birth 9/15/1961

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration
DC4-702 (Revised 10/05)

Request for Consult (DC4-702)                                          Page 1 of 2



**Health Services**
*Utilization Management*

Home / Patient Info    Pending Referrals    Awaiting Scheduling    New    Reports    Logout

\* denotes required fields

## Consultation Request (DC4-702)

| | |
|---|---|
| \* DC Number: | 637382 |
| Last Name: | HORN |
| First Name: | GEORGE |
| Current Institution: | COLUMBIA ANNEX |
| Tentative Release Date: | 08/02/2020 |

| | |
|---|---|
| \* From Institution: | S.F.R.C. (402) |
| \* To Institution: | R.M.C.- MAIN UNIT (209) |
| \* Type of Service: | OR - ORTHOPEDIST |
| Consult Request ID#: | R117572 |

\* Reason(s) for consultation:
- ☑ Evaluate and recommend diagnostic plan
- ☑ Evaluate and recommend treatment plan
- ☐ Other (specify)

\* Type of consultation:  URGENT

| | |
|---|---|
| Date of Request: | 7/26/2012 |
| Date Appointment Made: | |
| Appointment Date: | |
| Condition: | Acute Trauma |

I/M with a history of right hip surgery in 2003. Hip prosthesis rejected which caused chronic infection. Inmate treated @ KRMC for seroma, and needs to be sent to doctor at UF Shands that did original surgery.

History of present illness (include onset, presentation, progress, therapy):

Request for Consult (DC4-702)                                                Page 2 of 2

| | |
|---|---|
| Physical findings: | |
| Diagnostic findings (explain laboratory, x-ray, or other test findings): | |
| Other pertinent information: | |

**Provisional diagnosis:**

| Diagnosis | |
|---|---|
| | **Diagnosis** |
| Remove | (958) EARLY COMPLIC OF TRAUMA |
| Remove | (996.69) INFECT DUE TO DEVICE NEC |

· **Add New Diagnosis Code**
Code
( Search for Code:  Choose a Diagnosis Category
  )

**Consult Request Status:**      Complete

**Status Comments**              Notes submitted 8/1/2012

☑ All required signatures are on file

**Signatures:**              8/1/2012 10:58:50 AM

**Attachments:**             Upload Attachment   Scan Attachment

[ Save ]  [ Print ]  [ Convert ]  [ Deny ]  [ NMI ]  [ Delete ]

---

**Provider(s)**
Requesting Physician:  ⬆ hs49    HOSSEINI, SEYED (HS49)
Performing Physician:  ⬆



**Health Services**
*Utilization Management*

Home / Patient Info   Pending Referrals   Awaiting Scheduling   New   Reports   Logout

\* denotes required fields

## Consultation Request (DC4-702)

| | |
|---|---|
| \* DC Number: | 637382 |
| Last Name: | HORN |
| First Name: | GEORGE |
| Current Institution: | COLUMBIA ANNEX |
| Tentative Release Date: | 08/02/2020 |

| | |
|---|---|
| \* From Institution: | MARTIN C.I. (430) |
| \* To Institution: | S.F.R.C. (402) |
| \* Type of Service: | OR - ORTHOPEDIST |
| Consult Request ID#: | R90220 |

\* Reason(s) for consultation:
☑ Evaluate and recommend diagnostic plan
☑ Evaluate and recommend treatment plan
☐ Other (specify)

\* Type of consultation: ROUTINE

Date of Request: 9/12/2011

Date Appointment Made:

Appointment Date:

Condition: Acute Trauma

History of present illness (include onset, presentation, progress, therapy): Inmate seen by General Surgeon for rt thigh mass.General Surgeon recommends that inmate be seen by Orthopedic for debridement and

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information: Inmate needs to see new Ortho.

Provisional diagnosis:

| | Diagnosis |
|---|---|
| Remove | (719) JOINT DISORDER NEC & NOS |
| Remove | (729.81) SWELLING OF LIMB |

Add New Diagnosis Code
Code
( Search for Code:   Choose a Diagnosis Category
)

Request for Consult (DC4-702)                                                                    Page 2 of 2

| | |
|---|---|
| **Consult Request Status:** | Complete |
| **Status Comments** | |
| **Signatures:** | ☑ All required signatures are on file |
| | 9/12/2011 11:32:08 AM |
| **Attachments:** | Upload Attachment   Scan Attachment |

[ Save ]   [ Print ]   [ Convert ]   [ Deny ]   [ NMI ]   [ Delete ]

**Provider(s)**
Requesting Physician:  ⬆ pt48    PATTEN, T. (PT48)
Performing Physician:  ⬆

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution:<br>S.F.R.C.<br>OR - ORTHOPEDIST | FROM Institution:<br>MARTIN C.I. | DATE OF REQUEST:<br>9/12/2011 |
|---|---|---|
| Reason(s) for consultation:<br>Evaluate and recommend diagnostic plan   X<br>Evaluate and recommend treatment plan   X<br>Other (specify): | Acuity:<br>ROUTINE | DATE APPOINTMENT MADE: |
| | | Staff Signature: |
| Follow-up consults require justification | | APPOINTMENT DATE: |

Condition is: Acute Trauma

History of present illness (include onset, presentation, progress, therapy):
Inmate seen by General Surgeon for rt thigh mass. General Surgeon recommends that inmate be seen by Orthopedic for debridement and capsulotomy of recurrent leg mass post hip replacement.

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:
Inmate needs to see new Ortho.

Provisional diagnosis:
JOINT DISORDER NEC & NOS (719), SWELLING OF LIMB (729.81)

Health Care Provider Signature/Stamp:   PATTEN, T. (pt48)

CHO/Designee Approval Signature/Stamp: _____

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at MARTIN C.I.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: GEORGE A HORN                                   Date:_____

Signature of Witness: _____                        Date:_____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name:   HORN, GEORGE
DC# 637382            Race/Sex White/Male
Date of Birth 9/15/1961

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration
DC4-702 (Revised 10/05)

Request for Consult (DC4-702)                                                    Page 1 of 2



**Health Services**
*Utilization Management*

Home / Patient Info   Pending Referrals   Awaiting Scheduling   New   Reports   Logout

\* denotes required fields

## Consultation Request (DC4-702)

| | |
|---|---|
| \* DC Number: | 637382 |
| Last Name: | HORN |
| First Name: | GEORGE |
| Current Institution: | COLUMBIA ANNEX |
| Tentative Release Date: | 08/02/2020 |

| | |
|---|---|
| \* From Institution: | MARTIN C.I. (430) |
| \* To Institution: | S.F.R.C. (402) |
| \* Type of Service: | OR - ORTHOPEDIST |
| Consult Request ID#: | R90220 |

\* Reason(s) for consultation:
- ☑ Evaluate and recommend diagnostic plan
- ☑ Evaluate and recommend treatment plan
- ☑ Other (specify)

\* Type of consultation:    ROUTINE

Date of Request:    9/12/2011

Date Appointment Made:

Appointment Date:

Condition:    Acute Trauma

History of present illness (include onset, presentation, progress, therapy):

> Inmate seen by General Surgeon for rt thigh mass.General Surgeon recommends that inmate be seen by Orthopedic for debridement and capsulotomy of recurrent leg mass post hip replacement.

Request for Consult (DC4-702)                                                  Page 2 of 2

**Physical findings:**

**Diagnostic findings (explain laboratory, x-ray, or other test findings):**

**Other pertinent information:**      Inmate needs to see new Ortho.

| Diagnosis | |
|---|---|
| | Diagnosis |
| Remove | (719) JOINT DISORDER NEC & NOS |
| Remove | (729.81) SWELLING OF LIMB |

**Provisional diagnosis:**

Add New Diagnosis Code
Code
( Search for Code:   Choose a Diagnosis Category
)

**Consult Request Status:**      Complete

**Status Comments**

☑ All required signatures are on file

**Signatures:**            9/12/2011 11:32:08 AM
                     Upload Attachment   Scan Attachment

**Attachments:**

[ Save ]   [ Print ]   [ Convert ]   [ Deny ]   [ NMI ]   [ Delete ]

Provider(s)
Requesting Physician:  🔼  pt48      PATTEN, T. (PT48)
Performing Physician:  🔼

 

## Home / Patient Info    Pending Referrals    Awaiting Scheduling    New    Reports    Logout

\* denotes required fields

## Consultation

| | |
|---|---|
| **\* DC Number:** | 637382 |
| **Last Name:** | HORN |
| **First Name:** | GEORGE |
| **Current Institution:** | COLUMBIA ANNEX |
| **Tentative Release Date:** | 08/02/2020 |

| | |
|---|---|
| **\* Originating Institution:** | S.F.R.C. (402) |
| **Destination Institution:** | R.M.C.- MAIN UNIT (209) |
| **\* Acuity:** | URGENT |
| **\* Visit Type:** | INITIAL |
| **\* Visit Met:** | YES |
| **Date Consult Requested:** | 7/26/2012 |
| **Date Consult Received:** | 8/1/2012 |
| **Target Appointment Date:** | |
| **Date Consult Scheduled:** | |
| **Date Consult Refused :** | |
| **Date Consult Cancelled :** | 2/28/2013 |
| **\* Type of Service:** | OR - ORTHOPEDIST |
| **\* Place Service Requested:** | SHANDS TEACHING HOSP (BSH) |
| **\* Final Place of Service:** | SHANDS TEACHING HOSP (BSH) |
| **Disposition:** | MEETS CRITERIA |
| **\* Status:** | CANCELLED |
| **Consult #:** | 676965 |
| **Consult Request #:** | R117572 |
| | |
| **Scheduling Complete:** | ☑ |

Comments: 

> REFER TO PHYSICIAN ADVISOR - JBR
> 8/13/12-APPROVED PER PHYSICIAN
> ADVISOR. RMC TO SCHEDULE APPT WITH
> SHANDS AS HE IS ONE OF THEIRS FROM
> 2003. RD
> 2/28/2013 - Shands refused to see
> the inmate. This consult was done
> inpatient at Kendall. DLG

### Provider(s)

**Requesting Physician:** ⬆ hs49   HOSSEINI, SEYED (HS49)

**Performing Physician:** ⬆ BSHP   SHANDS HOSP/DOCTOR @ (BSHP)

[ Save ]  [ Delete ]

### Diagnosis

| | Diagnosis |
|---|---|
| Remove | (958) EARLY COMPLIC OF TRAUMA |
| Remove | (996.69) INFECT DUE TO DEVICE NEC |

#### Add New Diagnosis Code

Code [ ]

( Search for Code:   Choose a Diagnosis Category
  )

### Procedures

| | Procedure |
|---|---|
| Remove | (89.09) CONSULTATION NOS |

#### Add New Procedure Code

Code [ ]

( Search for Code:   Choose a Procedure Category   )

 

Home / Patient Info    Pending Referrals    Awaiting Scheduling    New    Reports    Logout

* denotes required fields

## Consultation

| | |
|---|---|
| * DC Number: | 637382 |
| Last Name: | HORN |
| First Name: | GEORGE |
| Current Institution: | COLUMBIA ANNEX |
| Tentative Release Date: | 08/02/2020 |

| | | |
|---|---|---|
| * Originating Institution: | | MARTIN C.I. (430) |
| Destination Institution: | | S.F.R.C. (402) |
| * Acuity: | ROUTINE | |
| * Visit Type: | INITIAL | |
| * Visit Met: | YES | |
| Date Consult Requested: | 9/12/2011 | |
| Date Consult Received: | 9/16/2011 | |
| Target Appointment Date: | | |
| Date Consult Scheduled: | 1/31/2012 | |
| Date Consult Refused : | | |
| Date Consult Cancelled : | | |
| * Type of Service: | | OR – ORTHOPEDIST |
| * Place Service Requested: | | S.F.R.C. (402) |
| * Final Place of Service: | | S.F.R.C. (402) |
| Disposition: | MEETS CRITERIA | |
| * Status: | ACCEPTED | |
| Consult #: | 650026 | |
| Consult Request #: | R90220 | |
| Authorization Code: | A1606C | |

Scheduling Complete:

☑

**Comments:** ⊞

```
SFRC STAGING RTO SCHEDULE APPT
WITH ORTHO FOR EVAL OF LEG MASS
JBR
```

**Provider(s)**

Requesting Physician: ⬆ pt48    PATTEN, T. (PT48)

Performing Physician: ⬆ 6033    GENERAL SURGEON (6033)

[ Save ]  [ Delete ]

**Diagnosis**

| | Diagnosis |
|---|---|
| Remove | (719) JOINT DISORDER NEC & NOS |
| Remove | (729.81) SWELLING OF LIMB |

**Add New Diagnosis Code**

Code [_____]

( Search for Code:   Choose a Diagnosis Category
 )

**Procedures**

| | Procedure |
|---|---|
| Remove | (89.09) CONSULTATION NOS |

**Add New Procedure Code**

Code [_____]

( Search for Code:   Choose a Procedure Category                    )

 

**Health Services**
*Utilization Management*

Home / Patient Info    Pending Referrals    Awaiting Scheduling    New    Reports    Logout

\* denotes required fields

## Consultation

| | |
|---|---|
| \* **DC Number:** | 637382 |
| **Last Name:** | HORN |
| **First Name:** | GEORGE |
| **Current Institution:** | COLUMBIA ANNEX |
| **Tentative Release Date:** | 08/02/2020 |

| | |
|---|---|
| \* **Originating Institution:** | S.F.R.C. (402) |
| **Destination Institution:** | S.F.R.C. (402) |
| \* **Acuity:** | ROUTINE |
| \* **Visit Type:** | INITIAL |
| \* **Visit Met:** | YES |
| **Date Consult Requested:** | 6/30/2011 |
| **Date Consult Received:** | 7/29/2011 |
| **Target Appointment Date:** | |
| **Date Consult Scheduled:** | 8/25/2011 |
| **Date Consult Refused :** | |
| **Date Consult Cancelled :** | |
| \* **Type of Service:** | GS - GENERAL SURGEON |
| \* **Place Service Requested:** | S.F.R.C. (402) |
| \* **Final Place of Service:** | S.F.R.C. (402) |
| **Disposition:** | MEETS CRITERIA |
| \* **Status:** | ACCEPTED |
| **Consult #:** | 646083 |
| **Consult Request #:** | R84734 |
| **Authorization Code:** | A14AFE |

**Scheduling Complete:**

**Comments:**

> 7/29/11-INSTITUTION TO CONTACT
> SFRC STAGING FOR APPT. RD

**Provider(s)**

| Requesting Physician: | hs49 | HOSSEINI, SEYED (HS49) |
| Performing Physician: | k419 | KILIDDJIAN, PEDRO (K419) |

[Save] [Delete]

**Diagnosis**

| | Diagnosis |
|---|---|
| Remove | (729.89) MUSCSKEL SYMPT LIMB NEC |

**Add New Diagnosis Code**

Code

( Search for Code:   Choose a Diagnosis Category
)

**Procedures**

| | Procedure |
|---|---|
| Remove | (89.09) CONSULTATION NOS |

**Add New Procedure Code**

Code

( Search for Code:   Choose a Procedure Category
)

Prior Approval Request (DC4-669)                                                    Page 1 of 2

 

| Home / Patient Info | Pending Referrals | Awaiting Scheduling | New | Reports | Logout |

                                                                    * denotes required fields

### Request for Prior Approval (DC4-669)

| | |
|---|---|
| * DC Number: | 637382 |
| Last Name: | HORN |
| First Name: | GEORGE |
| Current Institution: | COLUMBIA ANNEX |
| Tentative Release Date: | 08/02/2020 |

| | |
|---|---|
| * Acuity: | ROUTINE |
| * Sending Institution: | S.F.R.C. (402) |
| Date of Request: | 4/23/2012 |
| Date of Onset: | 2/22/2012 |
| Preexisting Condition: | ☑ |
| * Type of Service: | OR - ORTHOPEDIST |
| Prior Approval Request ID#: | R35401 |
| * Place Service Requested: | S.F.R.C. (402) |
| * Facility where Surgery/Procedure/Other to be Scheduled: | KENDALL REG MED CT (DKR) |
| Estimated LOS: | |
| Hospital Cost: | 0.0000 |
| Physician Cost: | 0.0000 |
| Total Estimated Cost: | 1500.0000 |
| Prior Approval Request Status: | Complete |

Status Comments:

Note submitted 4/23/2012- Previous notes in denial have been clarified. Please review.

☑ All required signatures are on file

Signatures:        4/23/2012 5:36:12 PM

Attachments:       Upload Attachment   Scan Attachment

Provider(s)

Prior Approval Request (DC4-669)

Page 2 of 2

Attending Physician:

[Save] [Print] [Convert] [Deny] [NMI] [Delete]

**Diagnosis**

| | Diagnosis |
|---|---|
| Remove | (727.40) SYNOVIAL CYST NOS |

**Add New Diagnosis Code**

Code

( Search for Code:   Choose a Diagnosis Category              )

**Procedures**

| | Procedure |
|---|---|
| Remove | (80.7) SYNOVECTOMY |

**Add New Procedure Code**

Code

( Search for Code:   Choose a Procedure Category              )

Request for Prior Approval of Health care Services
Surgery, Procedures, Scheduled hospital Admission and Ancillary Services

ALL BLANKS MUST BE COMPLETED - MANDATORY

Attach all pertinent documentation to expedite the approval process:
DC4-701, Laboratory and X-ray Reports, Consultation Reports, etc.

Routine  X      Urgent ____     Emergent ____

Sending Institution _____ S.F.R.C. (402) _____     Date of Request _____ 4/23/2012 _____

DIAGNOSIS SYNOVIAL CYST NOS(727.40)

Date of Onset ___ 2/22/2012 ___                              Preexisting Condition ___ No ___

Surgery/Procedure Requested  SYNOVECTOMY(80.7)

Facility where Surgery/Procedure/Other to be Scheduled:       KENDALL REG MED CT (DKR)

Attending Physician _____     Telephone Number _____

Estimated - LOS _____   Hospital Cost ___ $0.00 ___   Physician Cost ___ $0.00 ___

Signature of Chief Health Officer _____

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Date Prior-approval Received in Utilization Management _____

Date Approved _____     Signature of Nurse Reviewer _____

Date Referred by Physician Advisor _____

Date Reviewed by Physician Advisor _____     Approved Y _____    N _____

If the Physician Advisor does not approve Request, a Memorandum will be sent to the Chief Health Officer.

Institutions will be notified of status of approval process via fax (in the future will be emailed).  Institutional logs should be carefully maintained to reflect the status of approval process and completion date of surgery/procedure.  If you have any questions regarding the approval process, please call the Utilization management section at Reception Medical Center (386-496-6720).

Inmate Name GEORGE A HORN                          Custody Level ___ Minimum ___

DC# 637382 ___      Race/Sex White/Male              SS # _____

Date of Birth 9/15/1961

Institution COLUMBIA ANNEX(251)

DC4-669 (Revised 10/05/03) Page 1 of 1

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary Director of Health Services Administration

Request for Prior Approval of Health care Services
Surgery, Procedures, Scheduled hospital Admission and Ancillary Services

ALL BLANKS MUST BE COMPLETED - MANDATORY

Attach all pertinent documentation to expedite the approval process:
DC4-701, Laboratory and X-ray Reports, Consultation Reports, etc.

Routine  X      Urgent _____      Emergent _____

Sending Institution _____ S.F.R.C. (402) _____      Date of Request _____ 2/23/2012 _____

DIAGNOSIS POPLITEAL SYNOVIAL CYST(727.51)

Date of Onset _____ 7/11/2011 _____      Preexisting Condition _____ No

Surgery/Procedure Requested _____ BONE SCAN(92.14)

Facility where Surgery/Procedure/Other to be Scheduled: _____ KENDALL REG MED CT (DKR)

Attending Physician _____      Telephone Number _____

Estimated - LOS _____      Hospital Cost _____ $0.00      Physician Cost _____ $0.00

Signature of Chief Health Officer _____

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Date Prior-approval Received in Utilization Management _____

Date Approved _____      Signature of Nurse Reviewer _____

Date Referred by Physician Advisor _____

Date Reviewed by Physician Advisor _____      Approved Y _____      N _____

If the Physician Advisor does not approve Request, a Memorandum will be sent to the Chief Health Officer.

Institutions will be notified of status of approval process via fax (in the future will be emailed). Institutional logs should be carefully maintained to reflect the status of approval process and completion date of surgery/procedure. If you have any questions regarding the approval process, please call the Utilization management section at Reception Medical Center (386-496-6720).

Inmate Name GEORGE A HORN _____      Custody Level _____ Minimum

DC# 637382 _____      Race/Sex White/Male _____      SS # _____

Date of Birth 9/15/1961 _____

Institution COLUMBIA ANNEX(251)

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary Director of Health Services Administration

DC4-669 (Revised 10/05/03) Page 1 of 1

Request for Prior Approval of Health care Services
Surgery, Procedures, Scheduled hospital Admission and Ancillary Services

ALL BLANKS MUST BE COMPLETED - MANDATORY

Attach all pertinent documentation to expedite the approval process:
DC4-701, Laboratory and X-ray Reports, Consultation Reports, etc.

Routine  X      Urgent _____    Emergent _____

Sending Institution _____ S.F.R.C. (402) _____    Date of Request _____ 10/24/2011 _____

DIAGNOSIS SYNOVIAL CYST NOS(727.40) _____

Date of Onset ____ 6/13/2011 ____                    Preexisting Condition ___ No ___

Surgery/Procedure Requested  MRI, MUSCULOSKELETAL(88.94 ) _____

Facility where Surgery/Procedure/Other to be Scheduled: _____ KENDALL REG MED CT (DKR) _____

Attending Physician _____    Telephone Number _____

Estimated - LOS _____    Hospital Cost ___ $0.00 ___    Physician Cost ___ $0.00 ___

Signature of Chief Health Officer _____

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Date Prior-approval Received in Utilization Management _____

Date Approved _____    Signature of Nurse Reviewer _____

Date Referred by Physician Advisor _____

Date Reviewed by Physician Advisor _____    Approved Y _____    N _____

If the Physician Advisor does not approve Request, a Memorandum will be sent to the Chief Health Officer.

Institutions will be notified of status of approval process via fax (in the future will be emailed). Institutional logs should be carefully maintained to reflect the status of approval process and completion date of surgery/procedure. If you have any questions regarding the approval process, please call the Utilization management section at Reception Medical Center (386-496-6720).

Inmate Name GEORGE A HORN _____    Custody Level __ Minimum __

DC# 637382 _____    Race/Sex White/Male _____    SS # _____

Date of Birth 9/15/1961 _____

Institution COLUMBIA ANNEX(251) _____

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary Director of Health Services Administration

DC4-669 (Revised 10/05/03) Page 1 of 1

  

**Home / Patient Info**   **Pending Referrals**   **Awaiting Scheduling**   **New**   **Reports**   **Logout**

* denotes required fields

## Prior Approval

| | |
|---|---|
| * **DC Number:** | 637382 |
| **Last Name:** | HORN |
| **First Name:** | GEORGE |
| **Current Institution:** | COLUMBIA ANNEX |
| **Tentative Release Date:** | 08/02/2020 |

| | | |
|---|---|---|
| * **Originating Institution:** | | S.F.R.C. (402) |
| * **Destination Institution:** | | S.F.R.C. (402) |
| * **Acuity:** | ROUTINE | |
| **Ambulatory Surgery:** | ☐ | |
| **Date Appoint. Requested:** | 4/23/2012 | |
| **Desired Appoint. Date:** | | |
| **Date Appoint. Scheduled:** | 6/14/2012 | |
| **Date Appoint. Refused :** | | |
| **Date Appoint. Cancelled :** | | |
| * **Type of Service:** | | OR - ORTHOPEDIST |
| * **Place Service Requested:** | | KENDALL REG MED CT (DKR) |
| * **Final Place of Service:** | | KENDALL REG MED CT (DKR) |
| **Disposition:** | MEETS CRITERIA | |
| * **Status:** | ACCEPTED | |
| **Prior Approval #:** | 149624 | |
| **Prior Approval Request #:** | R35401 | |
| **Authorization Code:** | A24878 | |
| **Scheduling Complete:** | ☑ | |
| **Comments:** | | |

Prior Approvals

Page 2 of 2

```
4/27/12 - REFER TO PHYSICIAN ADVISOR
REQUESTING: EXCISION OF RIGHT THIGH
CYST - JBR
* * * * * * * * * * * * * * * * * * * * * * * * * * *
04/30/12 ~ "PER PHYSICIAN ADVISOR ~
NMI ~ DR. CALVO, I HAVE A NOTE THAT
MENTIONS OSTEOLYSIS OF THE FEMUR. WHAT
IS THE PLAN TO ADDRESS THIS, AND WOULD
IT BE BETTER TO ADDRESS IT ALL AT THE
SAME OPERATION~ PLEASE FAX REQUESTED
INFORMATION TO UM ATTENTION PHYSICIAN
ADVISOR~K.C. COLLINS
* * * * * * * * * * * * * * * * * * * * * * * * * *5/9/12 NEW
INFO FOR PA KC
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
5/11/12 - APPROVED BY PHYSICIAN ADVISOR
SFRC TO SCHEDULE ABOVE SURGERY - JBR
```

**Provider(s)**

| | | |
|---|---|---|
| **Requesting Physician:** | ⬆ 402P | PHYSICIAN ON DUTY (402P) |
| **Performing Physician:** | ⬆ C400 | CALVO, IGNACIO (C400) |

[Save] [Delete]

**Diagnosis**

| | Diagnosis |
|---|---|
| Remove | (727.40) SYNOVIAL CYST NOS |

**Add New Diagnosis Code**

Code [____]

( **Search for Code:** | Choose a Diagnosis Category ▾

▾ )

**Procedures**

| | Procedure |
|---|---|
| Remove | (83.49) OTHER SOFT TISSUE EXCIS |

**Add New Procedure Code**

Code [____]

( **Search for Code:** | Choose a Procedure Category ▾ | ▾ )

 

**Home / Patient Info    Pending Referrals    Awaiting Scheduling    New    Reports    Logout**

\* denotes required fields

## Prior Approval

| | |
|---|---|
| \* **DC Number:** | 637382 |
| **Last Name:** | HORN |
| **First Name:** | GEORGE |
| **Current Institution:** | COLUMBIA ANNEX |
| **Tentative Release Date:** | 08/02/2020 |

| | |
|---|---|
| \* **Originating Institution:** | S.F.R.C. (402) |
| \* **Destination Institution:** | S.F.R.C. (402) |
| \* **Acuity:** | ROUTINE |
| **Ambulatory Surgery:** | |
| **Date Appoint. Requested:** | 4/9/2012 |
| **Desired Appoint. Date:** | |
| **Date Appoint. Scheduled:** | |
| **Date Appoint. Refused :** | |
| **Date Appoint. Cancelled :** | |
| \* **Type of Service:** | OR - ORTHOPEDIST |
| \* **Place Service Requested:** | KENDALL REG MED CT (DKR) |
| \* **Final Place of Service:** | KENDALL REG MED CT (DKR) |
| **Disposition:** | DOES NOT MEET CRITERIA |
| \* **Status:** | DIVERTED |
| **Prior Approval #:** | 149219 |
| **Prior Approval Request #:** | R34950 |
| **Scheduling Complete:** | ☑ |
| **Comments:** | |



```
4/12/2012 REFERRED TO PHYSICIAN
ADVISOR. DS
***************************
04/13/12   "PER PHYSICIAN ADVISOR ~
REQUEST DOES NOT MEET CRITERIA ~ A
LETTER WILL BE MAILED WITHIN THIRTY
DAYS STATING REASON FOR THIS
DECISION." K.C. COLLINS
***************************
```

### Provider(s)

Requesting Physician:   402P   PHYSICIAN ON DUTY (402P)

Performing Physician:   C400   CALVO, IGNACIO (C400)

[ Save ]   [ Delete ]

### Diagnosis

| | Diagnosis |
|---|---|
| Remove | (727.40) SYNOVIAL CYST NOS |

**Add New Diagnosis Code**

Code [ ]

( Search for Code:   Choose a Diagnosis Category ▾

[ ▾ ] )

### Procedures

| | Procedure |
|---|---|
| Remove | (80.7) SYNOVECTOMY |

**Add New Procedure Code**

Code [ ]

( Search for Code:   Choose a Procedure Category ▾   [ ▾ ] )

Prior Approvals

 **Health Services**
Utilization Management

Home / Patient Info    Pending Referrals    Awaiting Scheduling    New    Reports    Logout

\* denotes required fields

## Prior Approval

| | |
|---|---|
| \* DC Number: | 637382 |
| Last Name: | HORN |
| First Name: | GEORGE |
| Current Institution: | S.F.R.C. |
| Tentative Release Date: | 05/30/2021 |

| | | |
|---|---|---|
| \* Originating Institution: | | S.F.R.C. (402) |
| \* Destination Institution: | 402 | S.F.R.C. (402) |
| \* Acuity: | ROUTINE | |
| Ambulatory Surgery: | | |
| Date Appoint. Requested: | 4/9/2012 | |
| Desired Appoint. Date: | | |
| Date Appoint. Scheduled: | | |
| Date Appoint. Refused : | | |
| Date Appoint. Cancelled : | | |
| \* Type of Service: | | OR - ORTHOPEDIST |
| \* Place Service Requested: | DKR | KENDALL REG MED CT (DKR) |
| \* Final Place of Service: | DKR | KENDALL REG MED CT (DKR) |
| Disposition: | NONE | |
| \* Status: | DIVERTED | |
| Prior Approval #: | 149219 | |
| Prior Approval Request #: | R34950 | |
| Scheduling Complete: | | |
| Comments: | | |

4/12/2012 REFERRED TO PHYSICIAN
ADVISOR. DS

**Provider(s)**
Requesting Physician: 🔼 402P   PHYSICIAN ON DUTY (402P)
Performing Physician: 🔼 C400   CALVO, IGNACIO (C400)

[Save]

**Diagnosis**

| | Diagnosis |
|---|---|
| Remove | (727.40) SYNOVIAL CYST NOS |

**Add New Diagnosis Code**
Code [ ]
( Search for Code: Choose a Diagnosis Category
[ ] )

**Procedures**

| | Procedure |
|---|---|
| Remove | (80.7) SYNOVECTOMY |

**Add New Procedure Code**
Code [ ]
( Search for Code: Choose a Procedure Category
[ ] [ ] )

Request for Prior Approval of Health care Services
Surgery, Procedures, Scheduled hospital Admission and Ancillary Services

ALL BLANKS MUST BE COMPLETED - MANDATORY

Attach all pertinent documentation to expedite the approval process:
DC4-701, Laboratory and X-ray Reports, Consultation Reports, etc.

Routine _X_   Urgent ___   Emergent ___

Sending Institution _____S.F.R.C. (402)_____   Date of Request _____4/9/2012_____

DIAGNOSIS _Large Cyster Mass Right thigh_

Date of Onset __2/3/2011__                    Preexisting Condition __No__

Surgery/Procedure Requested _Excision of mass Right thigh_

Facility where Surgery/Procedure/Other to be Scheduled: _____KENDALL REG MED CT (DKR)_____

Attending Physician _Calvo_                    Telephone Number _____

Estimated - LOS _____   Hospital Cost __$0.00__   Physician Cost __$0.00__

Signature of Chief Health Officer _____

............................................................

Date Prior-approval Received in Utilization Management _4-12-12_

Date Approved _____   Signature of Nurse Reviewer _____

Date Referred by Physician Advisor _4-12-12_

Date Reviewed by Physician Advisor_____   Approved Y _____   N _____

If the Physician Advisor does not approve Request, a Memorandum will be sent to the Chief Health Officer.

Institutions will be notified of status of approval process via fax (in the future will be emailed). Institutional logs should be carefully maintained to reflect the status of approval process and completion date of surgery/procedure. If you have any questions regarding the approval process, please call the Utilization management section at Reception Medical Center (386-496-6720).

Inmate Name GEORGE A HORN                    Custody Level __Close__

DC# 637382          Race/Sex White/Male          SS # _____

Date of Birth 9/15/1961

Institution S.F.R.C.(402)

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary Director of Health Services Administration

DC4-669 (Revised 10/05/03) Page 1 of 1



**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: _See Problem List_

| DATE/TIME | |
|---|---|

Inmate Name _Holt, George, R_
DC# _637332_   Race/Sex _W/M_
Date of Birth _09/13/6_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210



**CONSULTANT'S REPORT**

NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL
MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS

*Additional History:*

*Findings:*

*Recommendations:*

IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE
AWARE OF ANY SCHEDULING INFORMATION PENDING ANY
APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name: Horn, George
DC#: 637582   Race/Sex:
Date of Birth: 9-16-61
Institution: MRCI

2/22/12

50 y/o W.M who comes today from F.D.O.C c h/
of TKR (R). break in 2005 complicated c osteomylitis
long hx of IV antibiotics. Pt still complaining of (R)
thigh pain along c a huge cystic like lesion on his
anterior thigh region.

P Ex: large cystic like lesion anterior (R) thigh slightly
. mobil . painful to palp.
    ⊕ knee /⊕ Hip very good (ROM) . poor strength

x rays: Shows s/p (R) Hip implant non cemented c
what looks like a severe osteolysis of the proximal
femur.

Dx: ①. s/p (R) TKR
    ②. Large (R) thigh cyst.
    ③. Possible polyethylene (wear - induced osteolysis?.

seat. ①. Triple phase bone scan to R/o active infection
    ②. Next appointment in Two wx wednesday 3:00 pm

**Armor Correctional Health Services**

SPECIALTY SERVICE/CONSULTATION REQUEST

Date: 6/13/11   Institution: PTF   County/State: Broward / FL

☐ Routine   ☐ Priority (within 14 days)   ☐ Urgent (within 7 days)   ☐ Emergency (same or next day)
*Submit & call Medical Director directly for authorization if necessary

Service Requested:

Re- consult general surgery

Specific Location or provider?
(Provider to be referred to-leave blank if unknown)
Does patient have a hospital identification number at this location? _____
(Provider's ID/Medical Records Number-leave blank if unknown)

☐ SPECIAL TRANSPORT NEEDS (specify): ___

Reason for Service:

Repeat ct scan of pelvis +
thigh (as ordered by dr
Ralph Guarnon) - revealed
increasing size and possible neoplasm

ALLERGIES: Reglan

Laboratory or radiology results: ct scan pelvis & thigh 6/1/11
1 age complex multiseptated cystic mass
possibility of an invasive cystic neoplasm

If Pregnant: UHCG _____ LMP _____ EDD _____
Notes:

For Ophthalmology/Optometry: Visual Acuity
OS 20/    OU 20/    OU 20/

Requested by: HILLARY BROWN-KIMBERLEY, ARNP   Telephone: 954-831-0159 FAX
HCP name/signature

☐ Return for more information: Signature: _____ Date: _____
Information requested: _____

☐ Deferred: _____
(Clinician must develop alternative treatment plan and schedule patient for follow-up) Consider resubmission if condition worsens

☐ Approved  Signature: _____ Date: _____

For approved services: Scheduled:
Date: _____ Time: _____ Authorization #: _____ Notes: _____
Reschedule: Date: _____ Time: _____ Notes: _____
Reschedule: Date: _____ Time: _____ Notes: _____
(Do not inform inmate of date or time or place of appointment)

| PATIENT NAME: | Patient #: | D.O.B.: | SEX: | LOCATION: |
|---|---|---|---|---|
| Horne, George | 501102798 | 9/5/61 | M | PTF |
| SS: | Additional Information | DOI | DOR | Comments |

Armor Correctional Health Services, Inc.

**SPECIALTY SERVICE/CONSULTATION REQUEST**

FAXED

Date: 4/29/11   Institution: PBF   County/State: Broward, Florida
☐ Routine   ☐ Priority (within 14 days)   ☑ Urgent (within 7 days)   ☐ Emergency (same or next day)
*(Submit & call Medical Director directly of authorization if necessary)*

Service Requested: General Surgeon

Specific Location or provider?
*(Provider to be referred-leave blank if unknown)*
Does patient have a hospital identification number at this location?
*(Provider's ID/ Medical Records Number-leave blank if unknown)*

☐ SPECIAL TRANSPORT NEEDED (Wheelchair, etc.)

**Reason for Service:**
49 y.o. WF, H/O HepC ; past h/o to Multiple Myeloma - treated
in 1999 c chemo + radiation.

Now 18 months c (R) thigh mass.   s/p bx done at SFRH (prior
to arrest) → result not available at this time. (F-state, leader told
that mass is "not cancer" but needs I+D.   (No outside records
received yet)
Pls Re-eval
(R) ant thigh c subcut mass (16 x 6 cm) ; under what PMD Spec. (tender)

**ALLERGIES:** Reglan

Laboratory or radiology results: 8/23/11
Protein Electrophoresis ; ⊖ Monoclonal gammopathy.
TSH 0.590   later evl

If Pregnant: UHCG _____ LMP _____ EDD _____
Notes:

For Ophthalmology/Optometry: Visual Acuity:
OS 20/ _____   OD 20/ _____   OU 20/ _____

Requested by: _____ RN
*HCP name/signature*   Telephone: _____   FAX: _____

☐ Return for more information:  Signature: _____   Date: _____
    Information requested: _____

☐ Deferred: _____
    *(Clinician must develop alternative treatment plan and schedule patient for follow-up. Consider readmission if condition warrants)*
☐ Approved  Signature: _____   Date: _____

**For approved services:**  Scheduled:
Date: _____   Time: _____   Authorization #: _____   Notes: _____
Reschedule: Date: _____   Time: _____   Notes: _____
Reschedule: Date: _____   Time: _____   Notes: _____
*(Do not inform inmate of date or time or place of appointment)*

| PATIENT NAME: Horne, George | Patient #: 591102798 | D.O.B. 9/15/61 | SEX: M | LOCATION: PBF |
|---|---|---|---|---|
| SS#: | Additional Information: | DOI: | DOR: | Comments: |

Armor PT-007  (Rev. 04/2010)

000032

# Ralph Guarneri, M.D.

Diplomate, American Board of Surgery & Critical Care

## GENERAL SURGERY

Trauma • Critical Care • Gastro Intestinal Surgery • Breast • Oncology Surgery • Endocrine Surgery

EAST OFFICE:                                                    WEST OFFICE:
1308 S.E. 3RD Avenue                                      201 N.W. 82nd Avenue • Suite 405
Ft. Lauderdale, FL 33316                                         Plantation, FL 33324
Phone: (954) 462-8714 • Fax: (954) 462-8722        Phone: (954) 472-1322 / (954) 916-0775
                                                          Fax: (954) 370-3420 / (954) 916-4177

## Initial Consultation

**DATE:** 05-24-2011

**NAME:** GEORGE HORN

**D.O.B.:** 09-13-1961

**REFERRED BY:**

**CHIEF COMPLAINT:** Mr. Horn is a gentleman who is a prisoner. He is about 50 years of age. He is referred to us for evaluation of this large mass in his thigh. The gentleman apparently had some type of work done at University of Miami, where they aspirated and took some cells and they stated it was not a tumor. I do not have this report. He states that it did not get much smaller and it now is really big and it is hurting him. He had a CT scan back in September of 2010. I think the CT scan should be repeated. I think an open biopsy of the capsule should be done. The patient denies any history of trauma and I am concerned this might be some other weird situation going on. I think literally it comes from top of his kneecap all the way to his groin crease and it is involving the whole anterior thigh compartment, although it appears to be superficial. If this is just a seroma of some sort, this is the most intrinsic seroma I have ever seen. Be that as it may, the gentleman will have to have some type of therapy and/or treatment done. Clearly, if this is a sarcoma of the leg, he will need to be presented to the Oncology board first to see if isolated limb perfusion should be done prior to any type of major resective therapy, which I cannot see how any sarcoma of this type can without getting a significant portion of the anterior quadriceps compartment and requiring some type of flap to close the defect. Obviously, we could always do high AKA, I would not really recommended this. The gentleman is otherwise stable.

**PAST MEDICAL HISTORY:** He denies other past problems.

**PAST SURGICAL HISTORY:** He has no past surgical history.

**ALLERGIES:** He has no known allergies.

**MEDICATIONS:** He has on no present medications.

**PHYSICAL EXAMINATION:** Essentially unremarkable other than the right thigh.

Arm___ Correctional Health Services ___c.

## SPECIALTY SERVICE/CONSULTATION REQUEST

*FAXED*

Date: _____  Institution: PBU  County/State: Broward / FL

☐ Routine  ☐ Priority (within 14 days)  ☐ Urgent (within 7 days)  ☐ Emergency (same or next day)
*Submit & call Medical Director directly for authorization/emergency*

**Service Requested:** Repeat CT scan of (R) pelvis (R) thigh with IV contrast

Specific Location or provider?
*(Provider to be referred to-leave blank if unknown)*
Does patient have a hospital identification number at this location?
*(Provider's ID / Medical Records Number-leave blank if unknown)*

☐ SPECIAL TRANSPORT NEEDED (Wheelchair, etc.)

**Reason for Service:** 44 y.o. ♂ → hx of MyC, multiple myeloma - Was treated in 1999 → radiation & chemotherapy. Now with (R) thigh mass ≈ 5-9 mos. Recently seeing general surgeon or (R) thigh carcinoma who recommended repeat CT scan (R) pelvis / (R) thigh

**ALLERGIES:** Reglan

**Laboratory or radiology results:** Bun 4/8/12  12    * new CMP ordered   Creat 0.7

If Pregnant: UHCG ___ LMP ___ EDD ___ Notes:

For Ophthalmology/Optometry: Visual Acuity: OS 20/ ___ OD 20/ ___ OU 20/

Requested by: _____ FS: _____ Telephone: 916 131-0154 FAX: _____
HCP name/signature

☐ Return for more information: Signature _____ Date: _____
Information requested: _____

☐ Deferred: _____
*(Clinician must develop alternative treatment plan and schedule patient for follow-up. Consider re-utilization if condition warrants.)*

☐ Approved  Signature: _____ Date: _____

For approved services: Scheduled
Date: _____ Time: _____ Authorization # _____ Notes: _____
Reschedule: Date: _____ Time: _____ Notes _____
Reschedule: Date: _____ Time: _____ Notes _____
*(Do not inform inmate of date or time or place of appointment)*

| PATIENT NAME: | Patient #: | D.O.B. | SEX: | LOCATION: |
|---|---|---|---|---|
| HORN George | 50110279 R | 8/18/ | M | PG |
| SS: | Additional Information | DOI | DOR | Comments: |

Armor PF-007   (Rev. 05/2010)

KENDALL REGIONAL - MAIN                    Name: HORN,GEORGE A
11750 SW 40 Street                         Phys: HOSSEINI,SEYED S  MD
Miami, FL 33175                            DOB: 09/15/1961   Age: 50      Sex: M
                                           Acct: K016361043   Loc: NM
PHONE #: 305-223-3000                      Exam Date: 03/14/2012 Status: DEP CLI
    FAX #:                                 Unit: K683223       PACS: AK610213
                                           Exam Completed: 03/14/12  @ 1456

EXAMS:
    002281926 NM BONE SCAN 3 PHASE

HISTORY:                                                            DC#63738

    HISTORY:

    BONE SCAN: Triple phase

The patient was injected IV with 25 mCi of Tc 99m MDP, and serial
images were obtained of the patient's and thigh     to evaluate the
blood flow followed by immediate static images of the right hip and
right thigh  to evaluate the blood pool activity.
 scintigraphy of the entire skeleton was obtained about 3 hours later.

The scan showed
The presence of a large plate-like area of increased blood flow to
the medial aspect of the right thigh is believed to be due to the
walls of the large cystic lesions seen on the CT scan at that
location Also there is evidence of increased blood pool activity to
the wall.
No accumulation of the tracer in the lumen of that structure is
noted.

There is evidence of increased radiotracer activity seen at the right
hip and proximal femoral shaft compatible with presence of the
prosthesis.
No increased radiotracer activity seen in the bone at the right
femoral shaft.
There is increase radiotracer activity seen at the mid and lower
lumbar spine and correlation with x-ray films is suggested.

 Otherwise, physiological distribution of the radiotracer throughout
the rest of the bony skeleton noted.  Bilaterally functioning kidneys
are noted.

*IMPRESSION:*

*Evidence of hyperemia at the wall of the previously described large*
*fluid collection at the medial aspect of the right thigh but no*
*evidence of bony involvement or bony destruction noted.*
*Clinical correlation is recommended.*
*Please see discussion above*

PAGE   1                        Signed Report                    (CONTINUED)

05/09/2011  15:06   5619643199                PORTABLE MED DIAGNOSTX.                PAGE  05/06

## PORTABLE MEDICAL DIAGNOSTICS, INC.
8140 Belvedere Road, Suite #4
West Palm Beach, Florida  33411
(561) 964-3311

DATE:             05/05/2011
PATIENT NAME:     HORN, GEORGE
DOB:              09/15/1961
MR#:              P501102798
FACILITY:         PAUL REIN DETENTION
DOCTORS NAME:     DR. FRANKOWITZ

### RADIOLOGICAL CONSULTATION

RIGHT FEMUR

FINDINGS:  There is an extensive soft tissue mass involving much of the upper leg. There is a long hip replacement in position. There is a large area of absent bone from the proximal femur with either residual bone fragments in the soft tissues or heterotopic ossification.

IMPRESSION:
THERE IS AN EXTENSIVE SOFT TISSUE MASS INVOLVING MUCH OF THE THIGH. FURTHER EVALUATION IS SUGGESTED WITH CT. IN ADDITION, ULTRASOUND MAY BE USEFUL TO EVALUATE IF THE MASS IS SOLID OR FLUID.

THIS REPORT WAS ELECTRONICALLY SIGNED
BRADLEY COHEN, M.D.
Radiologist

BMC/ggm

OK TO FILE
MD _____ DATE 5/10/11
PULL CHART
FOLLOW UP

000036

CO IMAGING CENTER 1A
Telephone: 954-786-6380  Fax: 954-786-1224

| 129032 | 06/10/11 | M | 49 | 09/15/61 |

HORN, GEORGE

CAT SCAN PELVIS          CAT SCAN RIGHT THIGH

(305) 262-5959

ROSEMARY JACKSON, M.D.
6101 BLUE LAGOON DR #451
MIAMI, FL 33126

GEORGE HORN

**CT SCAN OF THE PELVIS AND RIGHT THIGH WITHOUT AND WITH CONTRAST:**
04/10/2011

**INDICATION:** RIGHT THIGH MASS. FOLLOWUP EXAMINATION.

**DESCRIPTION:** MULTIPLE TOMOGRAPHIC SLICES WERE OBTAINED IN
TRANSAXIAL PLANE THROUGH THE PELVIS AND RIGHT THIGH. PRE- AND
POSTINTRAVENOUS CONTRAST ENHANCEMENT. THE PATIENT RECEIVED
1000CC OF OPTIRAY. COMPARISON IS MADE WITH PREVIOUS CT SCAN DATED
10/04/2010.

THERE IS ONCE AGAIN A LARGE COMPLEX CYSTIC LESION IDENTIFIED IN THE
RIGHT THIGH, PREDOMINANTLY ALONG THE ANTEROMEDIAL ASPECT OF THE
RIGHT THIGH. THIS HAS INCREASED IN SIZE SINCE PREVIOUS STUDY. IT NOW
MEASURES APPROXIMATELY 25.4 CM IN MAXIMUM LENGTH BY
APPROXIMATELY 14.3 CM IN MAXIMUM TRANSVERSE DIMENSION BY 10.1 CM IN
AP DIMENSION. HOWEVER, THERE ARE NOW CYSTIC ELEMENTS IDENTIFIED IN
THE POSTERIOR ASPECT OF THE THIGH AS WELL WHICH ARE MUCH GREATER
THAN ON PREVIOUS STUDY. FOLLOWING CONTRAST ADMINISTRATION, THERE
IS SOME MILD PERIPHERAL ENHANCEMENT AROUND THESE LARGE CYSTIC
COLLECTIONS. THE FACT THAT THESE HAVE INCREASED IN SIZE SINCE
PREVIOUS STUDY RAISES THE POSSIBILITY OF A GROWING INVASIVE CYSTIC
NEOPLASM. IF NOT ALREADY PERFORMED, THE ANTERIOR THIGH MASS
WOULD BE EASILY ACCESSIBLE TO NEEDLE ASPIRATION. THERE IS NO
EVIDENCE OF ANY SIGNIFICANT SURROUNDING SUBCUTANEOUS EDEMA.
NOTE IS ONCE AGAIN MADE OF A PROSTHESIS WITHIN THE RIGHT FEMUR
WHICH IS CAUSING SIGNIFICANT STREAK ARTIFACT. THE PROSTHETIC
FEMORAL HEAD DOES MAINTAIN A NORMAL ALIGNMENT WITH THE
ACETABULUM.

continued

C. ADDRESS: 6101 BLUE LAGOON DR #451    XEROX #:    221490
            MIAMI, FL 33126

el #: (305)262-5959

05/13/2011 11:23   9548313510   Avenue IMAGING CENTER   EDU DC PLAN   NO. 3893   P. 3
P.E.T.   1 Park Boulevard, Suite 1A
Lauderdale Lakes, Florida 33313
Telephone: 954-735-8330   Fax: 954/733-1904

JUN 13 2011

127032   06/10/11   M   49   03/15/61

HORN, GEORGE

CAT SCAN PELVIS                CAT SCAN RIGHT THIGH

(305) 262-5959

ORDERING PHYSICIAN
ROSEMARY JACKSON, M.D.
6101 BLUE LAGOON DR #451
MIAMI, FL   33126

GEORGE HORN
CT PELVIS AND RIGHT THIGH/PAGE 2
JUNE 10, 2011

WITHIN THE PELVIS, THERE IS NO EVIDENCE OF FREE FLUID. THE PELVIC
SIDEWALLS ARE UNREMARKABLE. THERE IS NO EVIDENCE OF PELVIC OR
INGUINAL LYMPHADENOPATHY.

IMPRESSION:

THERE IS A LARGE COMPLEX MULTISEPTATED CYSTIC MASS IDENTIFIED
INVOLVING THE RIGHT THIGH INVOLVING BOTH THE ANTERIOR AND
POSTERIOR COMPARTMENTS OF THE THIGH, ALTHOUGH THE LARGEST
SINGLE COMPONENT IS SEEN ANTERIORLY WITH MEASUREMENTS GIVEN
ABOVE. THIS DOES REPRESENT AN INCREASE IN SIZE SINCE THE PREVIOUS
STUDY. IT WAS PREVIOUSLY SUGGESTED THAT THIS COULD REPRESENT A
CHRONIC POSTOPERATIVE HEMATOMA OR SEROMA BUT THE INCREASE IN
SIZE MAKES THIS LESS LIKELY AND THE POSSIBILITY OF AN INVASIVE CYSTIC
NEOPLASM MUST BE CONSIDERED. FOLLOWING CONTRAST ADMINISTRATION,
THERE DOES APPEAR TO BE SOME MILD ENHANCEMENT ALONG THE
PERIPHERY AND SEPTATIONS OF THIS CYSTIC MASS.

SEE DISCUSSION ABOVE FOR FURTHER DETAILS.

DONALD FULLER, M.D.

☐ OK TO FILE
    MD_____ DATE_____
☐ PULL CHART
    FOLLOW UP

BC
June 10, 2011

6101 BLUE LAGOON DR #451   Kredo #   222490
MIAMI, FL 33126

(305) 262-5959



**FLORIDA
DEPARTMENT of
CORRECTIONS**

Governor
**RICK SCOTT**

Secretary
**KEN TUCKER**

*An Equal Opportunity Employer*

---

501 South Calhoun Street • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

4/13/12
South Florida Reception Center
Hosseini, Seyed, MD, CHO
14000 NW 41st St.
Miami, Fl 33178

Dear Dr. Hosseini,

The prior approval for I/M Horn, George DC#637382 for Excision of Mass Right Thigh, has been reviewed by Physician Advisor.   Following careful consideration, the request was not approved for the following reason(s):

> The consult recommended referral to an orthopedist.  This would be appropriate given 1. osteolysis described by Dr. Acevedo 2. complex cyst.  This patient will need an orthopedist who will accept complex cases

You may request reconsideration of this decision at any time.   If you feel the procedure/surgery is warranted, please resubmit the request with additional justification or discussion of the patient's condition.   The Physician Advisor's comments should be addressed.

Thank you for your patience and cooperation.   Please feel free to contact our office at any time for additional information and/or clarification.

Sincerely,

William Nields

William Nields, MD, MED
Physician Advisor Committee Chairman

cc:   Regional Medical Executive Director
       File

NOTE:  This letter is not intended to be placed in the inmate's medical record.

Office of Health Services – Utilization Management
7765 South CR 231 ♦ Lake Butler, Florida  32054

000039

 

**Home / Patient Info    Pending Referrals    Awaiting Scheduling    New    Reports    Logout**

* denotes required fields

## Prior Approval

| | |
|---|---|
| * DC Number: | 637382 |
| Last Name: | HORN |
| First Name: | GEORGE |
| Current Institution: | COLUMBIA ANNEX |
| Tentative Release Date: | 08/02/2020 |

| | |
|---|---|
| * Originating Institution: | S.F.R.C. (402) |
| * Destination Institution: | S.F.R.C. (402) |
| * Acuity: | ROUTINE |
| Ambulatory Surgery: | ☑ |
| Date Appoint. Requested: | 2/23/2012 |
| Desired Appoint. Date: | |
| Date Appoint. Scheduled: | 3/14/2012 |
| Date Appoint. Refused : | |
| Date Appoint. Cancelled : | |
| * Type of Service: | RD - RADIOLOGIST |
| * Place Service Requested: | KENDALL REG MED CT (DKR) |
| * Final Place of Service: | KENDALL REG MED CT (DKR) |
| Disposition: | MEETS CRITERIA |
| * Status: | ACCEPTED |
| Prior Approval #: | 148001 |
| Prior Approval Request #: | R33704 |
| Authorization Code: | A24221 |
| Scheduling Complete: | ☑ |
| Comments: | |

Prior Approvals                                                      Page 2 of 2



```
3/5/12 - SFRC STAGING TO SCHEDULE
APPROVED FOR: "BONE SCAN"
DX: LARGE CYST RIGHT THIGH
JBR
```

## Provider(s)

Requesting Physician: ⬆ 402P  PHYSICIAN ON DUTY (402P)

Performing Physician: ⬆ DKRP  KENDAL R.M.HOSP/DOC@ (DKRP)

[ Save ]   [ Delete ]

## Diagnosis

| | Diagnosis |
|---|---|
| Remove | (727.51) POPLITEAL SYNOVIAL CYST |

### Add New Diagnosis Code

Code [_____]

( Search for Code: [ Choose a Diagnosis Category ▼ ]

[ ▼ ] )

## Procedures

| | Procedure |
|---|---|
| Remove | (92.14) BONE SCAN |

### Add New Procedure Code

Code [_____]

( Search for Code: [ Choose a Procedure Category ▼ ]   [ ▼ ] )

 

**Home / Patient Info   Pending Referrals   Awaiting Scheduling   New   Reports   Logout**

* denotes required fields

## Prior Approval

| | |
|---|---|
| * **DC Number:** | 637382 |
| **Last Name:** | HORN |
| **First Name:** | GEORGE |
| **Current Institution:** | COLUMBIA ANNEX |
| **Tentative Release Date:** | 08/02/2020 |

| | |
|---|---|
| * **Originating Institution:** | S.F.R.C. (402) |
| * **Destination Institution:** | S.F.R.C. (402) |
| * **Acuity:** | ROUTINE |
| **Ambulatory Surgery:** | |
| **Date Appoint. Requested:** | 10/24/2011 |
| **Desired Appoint. Date:** | |
| **Date Appoint. Scheduled:** | 11/15/2011 |
| **Date Appoint. Refused :** | |
| **Date Appoint. Cancelled :** | |
| * **Type of Service:** | RD - RADIOLOGIST |
| * **Place Service Requested:** | KENDALL REG MED CT (DKR) |
| * **Final Place of Service:** | KENDALL REG MED CT (DKR) |
| **Disposition:** | MEETS CRITERIA |
| * **Status:** | ACCEPTED |
| **Prior Approval #:** | 144729 |
| **Prior Approval Request #:** | R30621 |
| **Authorization Code:** | A23559 |
| **Scheduling Complete:** | |
| **Comments:** | |



```
11/1/11-MRI OF RIGHT THIGH APPROVED.
SFRC TO SCHEDULE APPT. RD
```

**Provider(s)**

Requesting Physician: ⬆ 402P  PHYSICIAN ON DUTY (402P)

Performing Physician: ⬆ DKRP  KENDAL R.M.HOSP/DOC@ (DKRP)

[Save]  [Delete]

**Diagnosis**

| | Diagnosis |
|---|---|
| Remove | (727.40) SYNOVIAL CYST NOS |

**Add New Diagnosis Code**

Code [       ]

( Search for Code:  Choose a Diagnosis Category ▾

[▾] )

**Procedures**

| | Procedure |
|---|---|
| Remove | (88.94 ) MRI, MUSCULOSKELETAL |

**Add New Procedure Code**

Code [       ]

( Search for Code:  Choose a Procedure Category ▾  [▾] )

 

## Health Services
### Utilization Management

**Home / Patient Info    Pending Referrals    Awaiting Scheduling    New    Reports    Logout**

\* denotes required fields

## Hospital Admission

|                              | 51138 |
|------------------------------|-------|
| **\* DC Number:**            | 637382 |
| **Last Name:**               | HORN |
| **First Name:**              | GEORGE |
| **Current Institution:**     | COLUMBIA ANNEX |

**\* Originating Institution:**     [ ]   S.F.R.C. (402) ▼

**\* Destination Institution:**     [ ]   S.F.R.C. (402) ▼

**Admission Status:**   IPS ▼

**On-Call Nurse Notified:**

**Severity of Illness:**

**Intensity of Service:**

**\* Admission Date:**   2/27/2013

**Discharge Date:**   3/15/2013

**IPE Date:**

**Last Review Date:**

**Length of Stay (LOS):**   16 days

**\* Hospital:**   KENDALL REG MED CT (DKR) ▼

**Comments:**

2/27/2013 INMATE HAD REMOVAL OF
HARDWARE OF AND REVISED RIGHT HIP BY
DR. CORSEF. FOLEY; DSG. SL
2/28/2013 - OOB X 2, PAIN MANAGEMENT.
DLG
3/1/2013 H&H STABLE AFTER RECEIVING 4
UNITS PRBC. HICKMAN CATH INSIDE OF
BONE ALONG WITH A SPACER SO THAT
ANOTHER HIP PROSTHESIS CAN BE PLACED
AFTER INFECTION IRRADICATED. HE WILL
BE ON 6 WEEKS OF IVAB PLUS LOCAL
ANTIBIOTIC INJECTIONS THROUGH THE
HICKMAN CATH. PLAN FOR D/C NEXT WEEK.
SL
3/4/2013 ISOLATED ANOTHER INFECTION
THAT IVAB WILL NEED TO BE CHANGED.
PLAN FOR DISCHARGE 3/5/2013. SL
3/5/2013 ADJUSTING ANTIBIOTICS. WILL
BE D/C 3/6/13 IF WOUND CONT TO
IMPROVE. SL
3/6/2013 PULLED OUT PICC LINE
ACCIDENTALLY AND IT WAS REPLACED.
REMAINS WITH VANCO VIA HICKMAN
CATHETER INTO BONE. POSS D/C LATER
THIS WEEK. IVAB CHANGED. SL
3/7/2013 PLAN FOR IVAB X 6 WEEKS AND 4

**Provider(s)**

**Attending Physician:** ⬆ DKRP    KENDAL R.M.HOSP/DOC@ (DKRP)

[Save]

---

**Diagnosis**

| | Diagnosis |
|---|---|
| Remove | (682.6) CELLULITIS OF LEG |

**Add New Diagnosis Code**

**Code** [          ]

**( Search for Code:**  Choose a Diagnosis Category          ▼

[ ▼ ] **)**

---

**Procedures**

**No Procedures have been recorded**

**Add New Procedure Code**

**Code** [          ]

**( Search for Code:**  Choose a Procedure Category          ▼   [ ▼ ]  **)**

 

\* denotes required fields

## Hospital Admission

| | |
|---|---|
| **Hospital Admission #:** | 51041 |
| **\* DC Number:** | 637382 |
| **Last Name:** | HORN |
| **First Name:** | GEORGE |
| **Current Institution:** | COLUMBIA ANNEX |

| | | |
|---|---|---|
| **\* Originating Institution:** | | S.F.R.C. (402) ▼ |
| **\* Destination Institution:** | | S.F.R.C. (402) ▼ |
| **Admission Status:** | IPS ▼ | |
| **On-Call Nurse Notified:** | ☑ | |
| **Severity of Illness:** | ☑ | |
| **Intensity of Service:** | ☑ | |
| **\* Admission Date:** | 2/21/2013 | |
| **Discharge Date:** | 2/22/2013 | |
| **IPE Date:** | | |
| **Last Review Date:** | | |
| **Length of Stay (LOS):** | 1 days | |
| **\* Hospital:** | | KENDALL REG MED CT (DKR) ▼ |
| **Comments:** | | |

Chronically infected (Mycobacterium
abscessus) hip prosthesis on long term
antibiotic rx with dislodgd PICC
line. mjh
2/22/2013 INMATE HAD PICC LINE PLACED.
PLAN IS TO RETURN BACK TO SFRC AND
SURGERY ON 2/27/2013 BY DR CORCES.
SURGERY EXPLORATION OF INTRAARTICULAR
WITH NEEDLE. INMAE AGREED. HAS 2
WOUNDS ON RIGHT THIGH WITH COPIOUS AMT
OF DRAINAGE WHICH WAS CULTURED. INMATE
TO RETURN TO KRMC ON 2/26/13. SL

**Provider(s)**

**Attending Physician:** ⬆ s385   SUAREZ, JOSE DAVID (S385)

[Save]

**Diagnosis**

| | Diagnosis |
|---|---|
| Remove | (682.6) CELLULITIS OF LEG |

**Add New Diagnosis Code**

**Code** [____]

( **Search for Code:** Choose a Diagnosis Category ▼
[▼] )

**Procedures**

| | Procedure |
|---|---|
| Remove | (99.21) INJECT ANTIBIOTIC |

**Add New Procedure Code**

**Code** [____]

( **Search for Code:** Choose a Procedure Category ▼   [▼] )

 

**Health Services**
*Utilization Management*

Home / Patient Info    Pending Referrals    Awaiting Scheduling    New    Reports    Logout

\* denotes required fields

## Hospital Admission

| | |
|---|---|
| | 47722 |
| \* **DC Number:** | 637382 |
| **Last Name:** | HORN |
| **First Name:** | GEORGE |
| **Current Institution:** | COLUMBIA ANNEX |

| | | |
|---|---|---|
| \* **Originating Institution:** | | S.F.R.C. (402) |
| \* **Destination Institution:** | | S.F.R.C. (402) |
| **Admission Status:** | IPS | |
| **On-Call Nurse Notified:** | | |
| **Severity of Illness:** | | |
| **Intensity of Service:** | | |
| \* **Admission Date:** | 6/14/2012 | |
| **Discharge Date:** | 7/10/2012 | |
| **IPE Date:** | | |
| **Last Review Date:** | | |
| **Length of Stay (LOS):** | 26 days | |
| \* **Hospital:** | | KENDALL REG MED CT (DKR) |
| **Comments:** | | |



Patient with repeated large amounts of
fluid collection in R thigh which has
been drained many times at institution
admitted for surgical I&D, repair and
biopsy.  mjh
6.18.12 - Biopsy report - Infected
morell-lavagelle seroma - necrotic non-
viable tissue.  mjh
Wound cultures - Mycobacterium
abscessus.  mjh
7.5.12 - Plan to send patient back to
RMC for revision however RMC closed to
admissions right now.  Alternate
treatment plan - antibiotics long term
at institution.  mjh

**Provider(s)**

**Attending Physician:** ⬆ s385   SUAREZ, JOSE DAVID (S385)

[ Save ]

**Diagnosis**

| | Diagnosis |
|---|---|
| Remove | (682.6) CELLULITIS OF LEG |

**Add New Diagnosis Code**

**Code** [____]

( **Search for Code:** Choose a Diagnosis Category ▼
▼ )

**Procedures**

| | Procedure |
|---|---|
| Remove | (86.09) SKIN & SUBQ INCISION NEC |
| Remove | (99.21) INJECT ANTIBIOTIC |

**Add New Procedure Code**

**Code** [____]

( **Search for Code:** Choose a Procedure Category ▼   ▼ )

 

## Home / Patient Info   Pending Referrals   Awaiting Scheduling   New   Reports   Logout

\* denotes required fields

### Hospital Admission

| | |
|---|---|
| | 43719 |
| \* **DC Number:** | 637382 |
| **Last Name:** | HORN |
| **First Name:** | GEORGE |
| **Current Institution:** | COLUMBIA ANNEX |

| | |
|---|---|
| \* **Originating Institution:** | MARTIN C.I. (430) ▼ |
| \* **Destination Institution:** | S.F.R.C. (402) ▼ |
| **Admission Status:** | IPE ▼ |
| **On-Call Nurse Notified:** | ▣ |
| **Severity of Illness:** | ▣ |
| **Intensity of Service:** | ▣ |
| \* **Admission Date:** | 9/15/2011 ▦ |
| **Discharge Date:** | 9/21/2011 ▦ |
| **IPE Date:** | ▦ |
| **Last Review Date:** | ▦ |
| **Length of Stay (LOS):** | 6 days |
| \* **Hospital:** | KENDALL REG MED CT (DKR) ▼ |
| **Comments:** | |



Patient admitted emergently for chest pain with PMHx of CAD. CP work up negative. Enzymes negative. Incidental finding of large synovial cyst R thigh - drained ~ 1100 cc fluid. mjh

### Provider(s)

**Attending Physician:** 4002   HOSPITALIST GROUP (4002)

[Save]

### Diagnosis

| | Diagnosis |
|---|---|
| Remove | (414.9) CHR ISCHEMIC HRT DIS NOS |

#### Add New Diagnosis Code

**Code**

( Search for Code:   Choose a Diagnosis Category )

### Procedures

| | Procedure |
|---|---|
| Remove | (87.54) CHOLANGIOGRAM NEC |
| Remove | (89.44) CARDIAC STRESS TEST NEC |

#### Add New Procedure Code

**Code**

( Search for Code:   Choose a Procedure Category )