IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-cv-20341-DPG

GEORGE HORN,

    Plaintiff,

v.

JULIE L. JONES, Secretary of the
Florida Department of Corrections, in her
official capacity, et al.

    Defendants.
_____/

## NOTICE OF FILING MEDICAL RECORDS – CHRONOLOGICAL RECORD OF HEALTH CARE

Defendants JULIE L. JONES, in her official capacity as Secretary of the Florida Department of Corrections, and SEYED HOSSEINI, M.D., by and through their undersigned attorney, hereby give notice of filing the attached Chronological Record of Health Care.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Electronic Mail to the following on this 16th day of August, 2016:

Karen Marcell, Esq.
Katzman Garfinkel & Berger
300 North Maitland Avenue
Maitland, Florida 32751
kmarcell@likeyourlawyer.com
*Counsel for Plaintiff, George Horn*

M. Katherine Hunter, Esq./Eric Freedman, Esq.
Chimpoulis, Hunter & Lynn, P.A.
150 South Pine Island Road- Suite 510
Plantation, FL 33324
khunter@chl-law.com

efreedman@chl-law.com
*Counsel for Defendants*
*Wexford Health Sources Inc.,*
*Marlene Hernandez, M.D. &*
*David Reddick, M.D.*

                         Respectfully Submitted,

                         PAMELA JO BONDI
                         FLORIDA ATTORNEY GENERAL

                         s/       Shane Weaver
                         SHANE WEAVER, ESQ.
                         Senior Assistant Attorney General
                         Florida Bar No. 907421

                         Office of the Attorney General
                         1515 N. Flagler, Suite 900
                         West Palm Beach, Florida 33401
                         Tel. (561) 837-5000
                         Fax. (561) 837-5102
                         Shane.Weaver@myfloridalegal.com
                         *Counsel for Julie Jones & Seyed Hosseini, M.D.*

cc:  Mediator:  Thomas H. Bateman, III