# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| TIME | |
|------|---|
| 4/21/13 1650 | Tele. Rounds By Dr.: _Medina_ <br> Pt. Condition & Treatment Discussed <br> See New Orders ☐ <br> No New Orders ☑ <br> R. BLAIR, LPN <br> SFRC <br> F. Rodriguez-Garcia <br> Sr. Physician <br> SFRC |
| 4/24/13 1450 | IHC · T→k <br> mund dehydena to R Hip noted with <br> Vell bv. Red drainage — MD awake Mund <br> care provided, see DCY-80? T. J4/r |
| 4·24·13 940 | S Patient has come from KRM after lunc line inserted. He is in acute hip pain Bowel movement OK. <br><br> CT hip/contrast fluid <br> Significant seen with <br> collection you in <br> a current form <br> the Anti int <br> O VS WNL <br> Abdomen (+) BS SO Lungs CTA×2 <br> CNS A&O×3 Heart RRR <br><br> A Rt hip Infection <br><br> P Keep current treatment <br> F. Rodriguez-Garcia <br> Sr. Physician <br> SFRC <br> M. BARRETT, LPN SFRC |
| 4/26 | |

| Inmate Name Horn, George | | S- Subjective Data |
|---|---|---|
| DC# 637382 Race/Sex W/M | | O- Objective Data |
| Date of Birth | | A- Assessment of S and O Data |
| Institution S-RC | | P- Plan |
| | | E-Education |

000068

FLORIDA DEPARTMENT OF CORRECTIONS

## Chronological Record of Health Care

| Dates: | Resfm Corone Rhinaypn |
|---|---|
| TE/TIME | IE |
| 4/19·13 | nate 1m seen by cellin m 2/13/13 wh. |
| 1500 | recommended. |
| | ~ MRI |
| | F/U. |
| | avoid NFSAID/ |
| | Case discussed in Phone conference: Defenly |
| | recommend MRI (approved) |
| | spoke c Mowa who recommended |
| | to have everything ready for morning as an |
| | outpatient for PICC Line |
| | refferral smitten |

F. Rodriguez-Garcia
Sr. Physician
SFRC

| 4/20/13 | x Rounds By Dr.: Medina |
|---|---|
| 000 | Pt. Condition & Treatment Discussed |
| | See New Orders |
| | No New Orders |

F. Rodriguez-Garcia
SL FM pician
SFRC

Aucane?
RN
SRFC

| 4/20/13 | INC Note, Reviewed inmate in bed, seen, |
|---|---|
| 11³⁰ | fine (Rt) leg area c suture dressing, |
| | Noted red piels of site wound, eare dode |
| | will cont to monitor for infection or |
| | dismolonities |

| Inmate Name | Tomm Seonge | S- Subjective Data |
|---|---|---|
| DC# 637382 | Race/Sex W/M | O- Objective Data |
| Date of Birth | | A- Assessment of S and O Data |
| Institution | SFRC | P- Plan |
| | | E-Education |

SELF

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

000069

**FLORIDA ~~ARTMENT OF CORRECTIONS**

## Chronological Record of Health Care

Allergies: _Mecine, Reflum, Phenejan_

| DATE/TIME | |
|---|---|
| 4/17/13 | _The note = I am relieved clothing we_ |
| 2130 | _less sed in comfort. Unwraking pilow_ |
| | _unstained in c/o pteue at bedrest_ |
| | _time VS temp 97.8, BP 128/78, pulse_ |
| | _?, udo 18, 970. self care, W/c other_ |
| | _bed side. resting clean, dua dry_ |
| | _clean by positive shift was to call_ |
| | _to house'd IV line, attempted x2 IV_ |
| | _push unable to administered. report_ |
| | _relief to in coming shift. I'm will S.R.C_ |
| | _Bruce monito — Dr. Papillon S.F.R.C_ |

| 4.18.13 | 1E note that Retrofective BER has been |
|---|---|
| 14.25 | sent. |
| | changed to Zentre after reconsidered the |
| | needed. |
| | _F. Rodriguez-Garcia_ |
| | _Sr. Physician_ |
| | _SFRC_ |

| 4.19.13 | 1E |
|---|---|
| 1050 | Note Pt C h/o: |
| | HCV (+). Sezures disorder. Rthip Osteomyelitis. Rt |
| | Hip Replacement. Rt thigh Cyst (infected synovial Infected Cyst) |
| | Patient underwent procedure: |
| | Removal of Antibiotica Beads, Irrigation and Debridement, |
| | Placement of a Cement Spacer for the Proximal Femur, Further |
| | Resection of Proximal Femur. |
| | Note wound cultures Positive for AFB, probable mycobackeria chelonei |
| | and coag negative staph — Begin |

| Inmate Name | | S- Subjective Data |
|---|---|---|
| DC# | Race/Sex M/M | O- Objective Data _F. Rodriguez-Garcia Sr. Physician SFRC_ |
| Date of Birth | | A- Assessment of S and O Data |
| Institution SFRC | | P- Plan |
| | | E- Education |

000070

FLORIDA DEPARTMENT OF CORRECTIONS

**Chronological Record of Health Care**

Allergies: *[handwritten]*

| DATE/TIME | |
|---|---|
| 4/16/13 2100 | *[handwritten clinical notes]* |
| | S.F.R.C |

*[handwritten SOAP note entries]*

F. Rodriguez-Garcia
Sr. Physician
SFRC

*[handwritten notes]*

F. Rodriguez-Garcia
Physician
SFRC

Inmate Name *[handwritten]*
DC# *[handwritten]*
Race/Sex *[handwritten]*
Date of Birth _____
Institution _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

000071

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: _____

| DATE/TIME | |
|---|---|
| 4-12-13 905 | note lil nromie (4-02-13) written 5.8  9.  8  226  anemia MCHC ↓.  CMP albumin 3.3 Ca 8.9  K 4.8  VA WML PSA 0.2  Orientation level 8.1 (Lrw)  (0-20)  Keep current treatment  F. Rodriguez-Garcia  Sr. Physician  SFRC |
| 4/13/13 10° | Tele. Rounds By Dr. Rodriguez Garcia  Pt. Condition & Treatment Discussed  See New Orders  No New Orders  Soon 4/13/13  F. Rodriguez-Garcia  Sr. Physician  SFRC |
| 4/4/13 00 | Tele. Rounds By Dr.  Pt. Condition & Treatment Discussed  See New Orders  No New Orders  M. BARRETT, LPN  F. Rodriguez-Garcia  Sr. Physician  SFRC |
| 4/16/13 | Two vote GC and NC performed  See DC4-701F for information |

Inmate Name _____
DC# 637382  Race/Sex W M
Date of Birth _____
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)  Incorporated by Reference in Rule 33-602.210  000072

**FLORIDA DEPARTMENT OF CORRECTIONS**

# Chronological Record of Health Care

Allergies: _____

| DATE/TIME | | |
|---|---|---|

Tele. Rounds By Dr.: _____
Pt. Condition & Treatment Discussed
See New Orders
No New Orders

S. Hosseini CHO SFRC

B. MENDSA
RN
SRFC

Tele. Rounds By Dr.: _____
Pt. Condition & Treatment Discussed
See New Orders
No New Orders

S. Hosseini CHO SFRC

M. BARRETT LPN

4.10.13 8³⁰

S Patient c/o right thigh swollen associated c̄ pain. Bowel movement OK

O VS WDL.
abdomen no mass surg, CT₇₄₂
+BS 4 x 0x3 Heart RRL
Rt thigh swollen - wound covered

M. BARRETT LPN

Rt hip infection
Keep current treatment

F. Rodriguez-Garcia
Sr. Physician
SFRC

Inmate Name: _____
DC#: 637382
Date of Birth: _____
Institution: SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)  Incorporated by Reference in Rule 33-602.210

000073

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | |
|---|---|
| **DATE/TIME** | |
| 3-31-13 5:00 | Note Found's By Dr: ACevedo Pt. Condition & Treatment Discussed See New Orders ☐     F. Rodriguez-Garcia Sr. Physician SFRC No New Orders ☐ L. Gelh LPN SFRC-CSU |
| 4/2/13 0930 | NC NOTE: LAB DRAW PHENYTOIN (DILANTIN) CBC CMP U/A PSA E. MACENO MD |
| 4.3.13 1000 | S Patient c/o general weakness and very afterQhip pain. Bowel movement OK O V.S WNL admen H|BS SD Rthip/R thigh swollen CNS A→O+3 wound covered Went RRR lung CTA×2 A M/o Infected hardware right hip HCV(+) Sigureedom P Keep current treatment F. Rodriguez-Garcia Sr. Physician SFRC |

| Inmate Name Horm George | S- Subjective Data |
|---|---|
| DC# 63788___ Race/Sex | O- Objective Data |
| Date of Birth ___ | A- Assessment of S and O Data |
| Institution SFRC | P- Plan |

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

000074

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| Allergies: | Reglan, Flomax, Codeine |
|---|---|
| **DATE/TIME** | |
| 3/25/13 1520 | Inc Note: I/M in bed in Stable Condition. Voices no complaints of pain or discomfort. Tylenol 325mg (3 tabs) given as ordered. I/M to report to next sick call if needed. Up. Safety and Comfort measures are provided. —————— Menendez E. PORLE |
| 3/27/13 1400 | Inc Note: I/M was given 1400 prin meds of 60 me Morphline Sulfate. I/M was observed spitting back the pills in his cup. Medication was taken & disposed of & Officer was alerted. I/M will redture liquid 30cc per stated in M.D's order that if inmate on fake may be cursed. Will alert staff nurses of the changes. ———— Martino RN |
| 3/30/13 960 | ✓ Tela. Rounds By Dr.: Acevedo ̶P̶t̶ ̶C̶o̶n̶d̶i̶t̶i̶o̶n̶ ̶&̶ ̶T̶r̶e̶a̶t̶m̶e̶n̶t̶ ̶D̶i̶s̶c̶u̶s̶s̶e̶d̶ ̶S̶e̶e̶ ̶N̶e̶w̶ ̶O̶r̶d̶e̶r̶s̶ ☐ ̶N̶o̶ ̶N̶e̶w̶ ̶O̶r̶d̶e̶r̶s̶ ☐   F. Rodriguez-Garcia Sr. Physician SERC |
| | |
| | |

| | |
|---|---|
| **Inmate Name** | **S– Subjective Data** |
| **DC#** Race/Sex W/M | **O– Objective Data** |
| **Date of Birth** | **A– Assessment of S and O Data** |
| **Institution** SFRC | **P– Plan** |

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | _Cellun a Phenegiton Rengten_ |
|---|---|
| **DATE/TIME** | |

| | |
|---|---|
| 3/23/13 1000 | ✓ Tele. Rounds By Dr.: _Diegue_     F. Rodriguez-Garcia<br>Pt. Condition & Treatment Discussed    Sr. Physician<br>See New Orders [ ]    SFRC<br>No New Orders [ ✓ ]<br><br>_Romengez RN_<br>RN<br>SRFC |
| 3/24/13 1000 | ✓ Tele. Rounds By Dr.: _DIEGUEZ_<br>✓ Pt. Condition & Treatment Discussed    F. Rodriguez-Garcia<br>See New Orders [ ]    Sr. Physician<br>No New Orders [ ✓ ]    SFRC<br><br>_Cooper_<br>LPN<br>SFRC |
| 3/25/13 1455 | S Patient c/o general malaise no vomiting. He c/o headache and fever. Denies movement OK.<br><br>O V/S T 101.3 BP 85/91 P 92 O₂ 100%<br>wound normal lung CTA×2<br>CNS A×O×3 Heart RRR<br><br>A @ Hip Infection<br><br>P See physician orders<br><br>_R. Rodriguez-Garcia_<br>Sr. Physician<br>SFRC |

| | |
|---|---|
| Inmate Name _Holm, George_ | S- Subjective Data |
| DC# _637282_ Race/Sex _W/M_ | O- Objective Data |
| Date of Birth _____ | A- Assessment of S and O Data |
| Institution _SFRC_ | P- Plan |

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 5/07)

000076

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| Allergies: | Codeine Pheregan Reglan |
|---|---|
| DATE/TIME | E |
| 3/20/13 9:25 | Note: I spoke (via phone) ō D Bower about our patient's condition. He sociel that the agreement ē Dr Green was: |
| | 1 - Vancomycin intraarticula 6 week |
| | 2 - Mefoxin IV 6 weeks |
| | 3 - Biaxin 500 mg POBID 6 months. |
| | 4 - To be Flu by Dr Concer Gmila |
| | [signature] F. Rodriguez-Garcia |
| 3/20/13 1:00 | Dx: |
| | • Infected hardware right hip |
| | 1 - Removal of Total Hip Replacement and Placement of Antbios Beads. |
| | 2 - Radical excision of sequestrum. |
| | 3 - Excision of sinus tracts |
| | 4 - Exploration of sciatic nerve |
| | 5 - Placement of Hickman catheter for intra articular antibiotic delivery. |
| | • Pain controlled |
| | • Left Picc line |
| | • n/o HCV(+) Seizures disorder |
| | F. Rodriguez-Garcia Dr. Physician SFRC |

| Inmate Name | Henry George | S- Subjective Data |
|---|---|---|
| DC# 637382 | Race/Sex | O- Objective Data |
| Date of Birth | | A- Assessment of S and O Data |
| Institution | | P- Plan |

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Codeine, Phenergan, Reglan

| DATE/TIME | | |
|---|---|---|
| 3/16/13 1100 | Tele. Rounds By Dr.: Medina ___ Pt. Condition & Treatment Discussed ___ See New Orders [ ] No New Orders [✓] | MAR 10 2013 DR. S. HOSSEINI CHO ___ |
| | Bienefaite E. Pierre | |
| 3/17/13 0600 | Inc aste. On Rounds TIM in bed. O S x 5 of distress. Supine. AA0 x 3. Stable a complaints. Voif ed. Will continue to observe safety and comfort measures in effect. Vitals 98 82 20 16/74. 0 Sat 98% on room air. | M. BARRETT, LPN SECC |
| 3/17/13 1000 | Tele. Rounds By Dr.: Medina ___ Pt. Condition & Treatment Discussed ___ See New Orders [ ] No New Orders [✓] M. BARRETT, LPN | MAR 18 2013 DR. S. HOSSEINI CHO ___ |
| 3-18-13 | perked S/w vital sgns wnl. Looks well and coshin & med patient says that is rested. ___ asthma & medication add deny changes. | |

| Inmate Name Hosn Geomge | S- Subjective Data |
|---|---|
| DC# 637382 Race/Sex W/M | O- Objective Data |
| Date of Birth _____ | A- Assessment of S and O Data |
| Institution SLKC | P- Plan |

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

000078

**\_IDA DEPARTMENT OF CORRE\_ \_NS**

## Chronological Record of Health Care

**Allergies:**

| DATE/TIME | |
|---|---|
| 2/15/13 2220 | Inc. report, pt received from Kendal Regional Hospital, In s/c, DX (R) Hip Done: Done with Fatty marrow, (R) Hip Soft tissue Acute Inflammation with >20 neutrpl. Ls /H.F Surgical Site to anterior approx 18" Stitch noted intact 3 Dryc hebd epsert, postmen surgical Site approx 10" intact 3 Dryc intud epsent, Hoffmann Cath not to batnd Hip intact no Dryc q redness or swelly skin lamin. (R) cup form intut, no redness or swelly no W epsent. _____ John P Baptiste Sgn |
| 2/15/13 22:40 | Dr. Medina called, orders given to Transfer pt to E-Dorm, resting q ordend meds, & I U AJT As pr Hospital orders _____ |
| 3/15/13 2400 | Inc note s, I/m received AA0x3, no acute distress noted Dr (R) hip bone: with fatty marrow (R) hip ay f tissue. file swollen. Complaint of pain, pain meds administered as order, dims mtale VS stable BP 140/90, Temp 98 pulse 112, I/m encourage to stay in bed, Up use I/m will inform ____ Papilon ____ monitor for change _____ S.F.R.C |
| 03/16/13 0900 | Inc note; Received I/M in bed. No signs of distress are noted, AA0x3. Respiration is even and unlabored, V.S, T=97.2 P=57 R=20 B/P= 133/77 O2Sat=98% Dressing to (R) Hip intact. Voices no Complaints of pain or discomfort. Safety and Comfort measures are provided ____ Kenela / E. Cospe |

**Inmate Name** Henn George
**DC#** 637787  **Race/Sex** _____
**Date of Birth** _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**

## Chronological Record of Health Care

Allergies: Codeine, reglan, phenergan

| DATE/TIME | |
|---|---|
| 2/22/13 1700 | cnc note: Return from ERMC s/p left arm picc line reinsertion. No complaints at this time. State "I have one bowel movement today". Sitting in wheelchair. T 98.7. P 84 R 18 BP 130/86 mmHg SO2 97% on room air 1600. Lung sounds clear. Heart beat rate/m Abdomen soft. Bowel sounds heard all quadrances. Picc line present left upper arm. Dr. Cascella saw inmate. review document from hospital orders received. See Day-714 ₿ for detail Dr. Bassw + Dr. Gege completed at this time. Inmate taken Dilantin 200mg at this time. Inmate return to I-dorm as MD ordered. Report gave to nurses of I-dorm. — Y. Zhou LPN SFRC |
| 2/22/13 1800 | Inf. note: AAO x 3. Received from Infirmary via WIC. ⊖ evident problems. Resp. even and unlabored. Stable vitals 98 72 20 16/74 ⊖ Sat 97 on room air. Safety and comfort measures practiced. M. Barrett LPN SFRC |

| | |
|---|---|
| Inmate Name | Horn George |
| C# | 637382 | Race/Sex | W/M |
| Date of Birth | 9/15/61 |
| Institution | S. FRC |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Codeine Reglan Ibuprofen_

| DATE/TIME | |
|---|---|
| 2/20/13 TY 1515. noted | note that I have already spoke c Dr JC Sung about pt needs the pic line she changed MD agree to be sent tomorrow morning |
| 2/20/13 1630 | paper writer |

M. BARRETT, LPN
SFRC

F. Rodriguez Garcia
Sr. Physician
SFRC

Inc. Note: On rounds I/M OOT
2/21/13 to appointment.

M. BARRETT, LPN
SFRC

Inmate Name _Horn George_
DC# _637382_    Race/Sex _W/M_
Date of Birth _____
Institution _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: Reglan, Codeine, Phenegan

DATE/TIME

| | |
|---|---|
| 2/17/13 1000 | Tele. Rounds By Dr.: _Di Caylo?_ |
| | Pt. Condition & Treatment Discussed |
| | See New Orders ☐ |
| | No New Orders ☑ |

M. BARRETT, LPN

F. Rodriguez-Garcia
Sr Physician
SFRC

2/19/13 1000   S Patient ℅ abundant drainage yellow to green from the right thigh. Hurts ® thigh spain very often. Bowel movements no urinary voiding symptoms.

O Vs WNL
Rt thigh swollen - absent  CNS A&O x3
drainage present            wet mucous
Lungs CTA x2                Heart RRR

A Rt thigh seroma infected

P Keep current treatment

F. Rodriguez-Garcia
Sr Physician
SFRC

2/19/13 1000   IE note PE performed - Pending Hemocrit x3

Noted & Doing SFRC

M. BARRETT, LPN
SFRC

F. Rodriguez-Garcia
Sr Physician SFRC

Inmate Name: Hall George
DC#: 053763  Race/Sex: W/M
Date of Birth: 9/19/61
Institution: SFRC

**S-** Subjective Data
**O-** Objective Data
**A-** Assessment of S and O Data
**P-** Plan
**E-** Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

000082

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: _Regen Cefecue Phenergen_

| DATE/TIME | |
|---|---|
| 2/14/13 815 | S Patient denies chest pain or the SOB. He go pain on right thigh associated of abundant drainage (yellow and green soiling) Bowel movement. OK |
| | O VS WNL. R+ thigh abundant green drainage from two panel.   Abdnen no mass Cns A & O x3 Lungs CTA +2   Heart RRR |
| | A R+ thigh derma P Keep current treatment |
| | F. Rodriguez Garcia Sr. P... EFRC |
| 2/16/13 1000 | ✓ Tele. Rounds By Dr.: Diez u2 ✓ Pt. Condition & Treatment Discussed See New Orders No New Orders ✓ |
| | NOTED 2/16/13 1800 F. Rodriguez Garcia Sr Physician EFRC |

Inmate Name _John George_
DC# _637382_   Race/Sex _____
Date of Birth _____
Institution _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: _Codeine Reglan Phenergan_

| DATE/TIME | |
|---|---|
| 2/6/13 9:50 | S Patient c/o chest pain to be SOB. He c/o pain in right thigh. Bowel movement OK. |
| | O VS BP 119/69 P 74 T 97.4 O₂ 95% Right thigh abscent yellow Abdmen no mass drainage two points CNS 4 x 0 x 3 Lungs CTA x 2 Heart R x 1 |
| | A Rt thigh seroma infected |
| | P Keep current Treatment |
| | F. Rodriguez Garcia Sr. Physician SFRC |
| 2/9/13 10:00 | ✓ Tele. Rounds By Dr.: Medina ✓ Pt. Condition & Treatment Discussed  See New Orders ☐  No New Orders ☒ MENOS, RN SFRC  F. Rodriguez Garcia Sr. Physician SFRC |
| 2/10/13 10:00 | ✓ Tele. Rounds By Dr.: Medina  Pt. Condition & Treatment Discussed  See New Orders ☒  No New Orders ☐ M. BARRETT, LPN SFRC  F. Rodriguez Sr. Physician SFRC |

| | |
|---|---|
| Inmate Name _John George_ | S- Subjective Data |
| DC# _653382_   Race/Sex ___ | O- Objective Data |
| Date of Birth ___ | A- Assessment of S and O Data |
| Institution ___ | P- Plan |
| | E-Education |



**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: *Codeine, Reglan, Phenergan*

| DATE/TIME | |
|---|---|
| 1.30.13 1000 | S Patient still no *vomit* after *reglan through* jc-tube *associated* c *abundant drainage* from it (two points) Bowel *movement* ok |
| | O VS WNL |
| | *Abdomen no mass    Lung CTA×2* |
| | *CNS A & O×3       Heart RRR* |
| | *Skin: two point on right thigh drainage* *abundant yellow fluid* |
| | A ® thigh *severe infection* |
| | P Keep current treatment |
| | F. Rodriguez-Garcia Sr. Physician SFRC |
| 2/2/13 1315 | ✓ Tele. Rounds By Dr.: Castillo ✓ Pt. Condition & Treatment Discussed ☐ See New Orders ☐ No New Orders |
| | C. Gallego RN, BHCA |
| | F. Rodriguez-Garcia Sr. Physician SFRC |
| | ✓ Tele. Rounds By Dr.: Castillo ✓ Pt. Condition & Treatment Discussed ✓ See New Orders ☐ No New Orders |
| 2/3/13 1000 | M. BARRETT LPN SFRC     F. Rodriguez-Garcia Sr. Physician SFRC |
| 1200 | Inc. note. I/M refused I.V. ABT. Nurse stressed the importance of continuing ABT's but I/M continued to refuse. See ycu-THA *note* M. BARRETT SFRC |

Inmate Name HORN, George
DC# 637382    Race/Sex W/M
Date of Birth 09/15/1961
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education



**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: _Codeine Reglan Phenergan_

| DATE/TIME | |
|---|---|
| 1.24.13 1350 | S Patient denies chest pain or the SOB Bowel movement ox We do abundant drainage from tail region + thigh |
| 1430 | O VS WNL Albuer no mor Lung CTA×2 CNS A×O×3 Heart RRR Rt thigh two pricts (wound) c drainage abunt A Rt thigh serons infected P Keep current treatment |

_F. Rodriguez-Garcia_
_Sr Physician_
_SFRC_

| 01/26/13 0900 | ☑ Tele. Rounds By Dr.: _Rodriguez_ ☑ Pt. Condition & Treatment Discussed  See New Orders ☐  No New Orders ☐ ✓ |
|---|---|

_C.L. Clayton_

_F. Rodriguez-Garcia_
_Sr. Physician_
_SFRC_

| | ☑ Tele. Rounds By Dr.: _Rodriguez_ ☑ Pt. Condition & Treatment Discussed  See New Orders ☐  No New Orders ☐ |
|---|---|

_L. Cooper_
_LPN_
_SFRC_

_F. Rodriguez-Garcia_
_Sr. Physician_
_SFRC_

| | |
|---|---|
| Inmate Name _Jon George_ | S- Subjective Data |
| DC# _697382_    Race/Sex _WM_ | O- Objective Data |
| Date of Birth _9/15/61_ | A- Assessment of S and O Data |
| Institution _SFRC_ | P- Plan |
| | E- Education |

000086

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

DATE/TIME

| | | |
|---|---|---|
| 1/19/13 1 PM | ☑ Tele. Rounds By Dr.: _Acevedo_ <br> Pt. Condition & Treatment Discussed <br> See New Orders ☐ <br> No New Orders ☑ <br><br> _Cooper_ <br> LPN <br> SFRC | S. Hosseini <br> CHO <br> SFRC <br><br> _[signature]_ 7— |
| 01/20/13 1100 | ☑ Tele. Rounds By Dr.: _Acevedo_ <br> ☑ Pt. Condition & Treatment Discussed <br> See New Orders ☐ <br> No New Orders ☑ <br><br> _Kierson E. Ferre_ | S. Hosseini <br> CHO <br> SFRC <br><br> _[signature]_ 7— |
| 1/21/13 0900 | ☑ Tele. Rounds By Dr.: _Rodriguez_ <br> ☑ Pt. Condition & Treatment Discussed <br><br> No New Orders ☑ <br><br> G. MENOS <br> RN <br> SRFC | S. Hosseini <br> CHO <br> SFRC <br><br> JAN 2 2 2013   7— |

1-22-13   patient I'm vital sign this morning uure looks well and in mild distress s/p right thigh surgery ( infected seroma)
patient says that has enormous pain and can't sleep during the night
— Morphin sulfate ER 15 mg @ 6 hr x 21 days
— continue c medication   _[signature]_

_Cooper_
LPN
SFRC

Inmate Name   _Turo, George_   W/M
DCF   _[number]_   Race/Sex   W/M
Date of Birth   _[date]_
Institution   _SFRC_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

S. Hosseini
CHO
SFRC

1-22-13
7—

 

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine, Reglan, Phenegan

DATE/TIME

1/14/13
1005
Tele. Rounds By Dr.: Dr.Cauez
Pt. Condition & Treatment Discussed ☑
See New Orders ☐
No New Orders ☑

S. Hossini
CHO
SFRC

M. BARRETT, LPN
SFRC

JAN 14 2013

1.16.13
900

S Patient c/o abundant drainage from two different points on Rt thigh; Bowel movement OK

O VS WNL
Rt thigh: two wounds        lung ctA❤
c̄ abundant drainage green   Heart RRR

A Rt thigh serous infected

P See physician order
CBC CMP today

F. Rodriguez-Garcia
Sr. Physician
SFRC

M. BARRETT, LPN
SFRC

1/17/13
0110
TNC note: ISS afebrile Resps even
Tympani 0 S/S Temp 98.6 Pulse 88, 18 R.
1/17/69 96% on C/ext c̄ fever noted MAOX3
c̄ o vocal. will cont to monitor for safety/comfort

RN
SSC❤

Inmate Name Horn George
DC# 637382    Race/Sex WN/M
Date of Birth 4/5/61
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine Reglan Phenergan

| DATE/TIME | |
|---|---|
| 1.10.13 1335 | S Patient still c/o right thigh pain He denies chest pain w/l be SOB |
| | O VS T 100.2 P 59  BP 146/93 R 20      O₂ 100% |
| | Rt Thigh: Two wounds  hemo, CTAxL |
| | c̄ abundant green discharge  Heart RRR |
| | Abdmen H/BS SD        CNS Ax0x3 |
| | A Rt thigh Serona infected |
| | P Keep current treatment |
| | F. Rodriguez-Garcia Sr. Physician SFRC |
| 1.11.13 1000 | NOTE DER for morphine written |
| | F. Rodriguez-Garcia Sr. Physician SFRC |
| 1/12/13 0930 | ✓ Tele. Rounds By Dr.: Dieguez ✓ Pt. Condition & Treatment Discussed See New Orders No New Orders |
| | S. Hosseini CHO SFRC |
| | RN SRFC |

| | |
|---|---|
| Inmate Name | Horn George |
| DC# | 637282 |
| Date of Birth | 9/15/61 |
| Race/Sex | |
| Institution | SFRC |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Codeine / Reglan / Phenegan_

DATE/TIME

**1/4/13**
**1715**
Inc note 3 I/m received sitting in his W/C for comfort, no acute respiratory distress noted

Dr Medina had notify about the I/m New order to Gentrimicin 80mg IV that Rhumbien stated that one the allergies that the I/m have, had a cross sensitivity with Gentimicin, and per Dr Medina say it ok to admin entered the Gentamicin 80mg IV safely measure remained ———

[signature] LPN
S.F.R.C

**1/5/13**
☑ Tele. Rounds By Dr.: Medina
Pt Condition & Treatment Discussed
☐ See New Orders
☐ No New Orders

L. Cooper
LPN
SFRC

[signature]
DR. S. HOSSEINI
CHO

JAN 07 2013

**1/4/13**
Tele. Rounds By Dr.: Medina
Pt Condition & Treatment Discussed
☐ See New Orders
☐ No New Orders

[signature]
M. BARRETT, LPN
SFRC

[signature]
DR. S. HOSSEINI
CHO

**1/10/13**
**1130**
Inc. note:
Wound culture of R anterior/posterior thigh taken + sent to lab. Wound care provided. Yellow drainage noted.

[signature]
Registered Nurse
SFRC

Inmate Name _Hann George_
DC# _657388_   Race/Sex _W/m_
Date of Birth _11/5/61_
Institution _SFRC_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine / Roalen / Phenorgan

DATE/TIME

12/30/12 1300 — Tele. Rounds By Dr.: Rodriguez
— Pt. Condition & Treatment Discussed
— See New Orders ☑
— No New Orders

DR. S. HOSSEINI
CHO
JAN 0 3 2011

M. BARRETT, LPN
SFRC

1/1/13 1300 — Tele. Rounds By Dr.: Medina
— Pt. Condition & Treatment Discussed
— See New Orders
— No New Orders ☑

DR. S. HOSSEINI
CHO
JAN 0 3 2013

1-3-13 S Patient c/o pain on right thigh very
890 after + he also states he feels like the
body is warm such as fever

O VS BP 101/70  T 98⁴  P 71        O₂ 99%
Rt thigh: absorbent yellow dsing  lung CTA×2
from back and front.  2kt×T, RRR
Abdomen no mass                  wet mc merr

A Rt thigh seroma infected
P Keep current treatment

filled 1/3/13 0930  G. MENOS
RN SFRC
SFRC

F. Rodriguez Garcia
Sr. Physician
SFRC

1E

1.4.13 note no CMP available (current).
910 Gentamicin ordered in low drage

L Cooper
LPN
SFRC

Inmate Name: Hopp, Cooder
DC#: 637382    Race/Sex: W M
Date of Birth: 9-15-61
Institution: SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

4P
5X

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| | |
|---|---|
| Allergies: Codeine Reglan Phenergan | |
| **DATE/TIME** | S Patient still c/o night leg pain |
| 12·27·12 1050 | He denies chest pain or table SOB |
| | O VS WNL. |
| | albumen no moss lungs CTA×2 |
| | CNS A×O×3 Heart RRR |
| | Rt thigh: still abundant wet ne num |
| | drainage present |
| | A Rt thigh seroma infected |
| | P Keep current treatment |
| | Rodriguez-Garcia Physician SFRO |
| 1100 | IE |
| | rate two wounds culture on 12.17.12 |
| | E. NO growth after 48 hours wenbolin |
| | Wound X-ray normal F. Rodriguez Sr. Physician SFRC |
| | M. BARRETT, LPN SFRC |
| 12/29/12 1002 | 1. Tele. Rounds By Dr.: Rodriguez DR. S. RODRIGUEZ CHO |
| | Pt. Condition & Treatment Discussed |
| | See New Orders |
| | No New Orders |
| | R. Blair LPN R. Blair SFRC |
| | F. Rodriguez-Garcia Sr. Physician SFP |

| | |
|---|---|
| **Inmate Name** Smith, Cecil | S- Subjective Data |
| **DC#** 657382 **Race/Sex:** M/B | O- Objective Data |
| **Date of Birth** | A- Assessment of S and O Data |
| **Institution** SFRC | P- Plan |
| | E-Education |

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care



Allergies: Codeine, Reglan, Phenegan

DR. S. HOSSEINI
CHO

**DATE/TIME**

12/21/12
1035

Tele. Rounds By Dr.: Castillo
Pt. Condition & Treatment Discussed
See New Orders ☐
No New Orders ☑

M. BARRETT. LPN

12/24/12
1300

Tele. Rounds By Dr.: Odriazel
Pt. Condition & Treatment Discussed
See New Orders ☐
No New Orders ☑

DR. S. HOSSEINI
CHO

M. BARRETT. LPN

12/25/12
0800

Tele. Rounds By Dr.: Rodriguez
Pt. Condition & Treatment Discussed
See New Orders ☐
No New Orders ☑

DR. S. HOSSEINI
CHO

G. MENDEZ
RN
SRH

Inmate Name Horn, George
DC# 657363   Race/Sex W/M
Date of Birth
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

000093

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies:

| DATE/TIME | |
|---|---|
| | In D - note |

12/19/12

1100

O: 48  BP 133 / 91  P 81  R 18

P. Medina, MD
SRFC

Tele. Rounds By Dr.: Cash
Pt. Condition & Treatment Discussed
See New Orders
No New Orders

DR. S. HOSSEINI
CHO

---

Inmate Name _Horn, George_
DC# 63772
Date of Birth _____
Institution _____   FSR

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

000094

DC4-701 (Effective 4/8/10)        incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Codeine, Reglan, Phenergan

| DATE/TIME | | |
|---|---|---|
| 12/15/12 0930 | Tele. Rounds By Dr.: *Acunedo* | DR. S. HOSSEINI CHO |
| | Pt. Condition & Treatment Discussed | |
| | See New Orders ☐ | |
| | No New Orders ☐ | 12-17-12 |
| | G. MENOS RN SRFC | |
| | | |
| 12/16/12 | Tele. Rounds By Dr.: *Acevedo* | DR. S. HOSSEINI CHO |
| | Pt. Condition & Treatment Discussed | |
| | See New Orders ☐ | |
| | No New Orders ☐ | |
| | M. BARRETT, LPN SRFC | 12-17-12 |
| 12/17/12 | Inc. note | |
| | Wound care provided, Lee DCY-8x5. Wound | |
| | culture of R anterior/posterior n 3ft | |
| | thigh taken + sent to lab | |
| | | T. Joy, Registered Nurse SFRC |

Inmate Name: Hosein, Georgie
DC# 63___
Race/Sex: W/M
Date of Birth: _____
Institution: SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

000095

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Codeine Reglan Phenergan

| DATE/TIME | |
|---|---|
| 12-14-12 1010 | S Patient still c/o pain in right thigh. He is nauseated sometimes |
| | O VS WNL. |
| | mel me muces alfren no morr |
| | Heart Lungs CTAx2 |
| | skin: abundant drainage from two fronts of the right thigh |
| | A Rt thigh serous infected / Acinetobacter Baumanni MDR. Gram negative Bacilly |
| | P See physician order. Pt covered no complete amikin dosage. amikin no available at this time - Pt will be in Bactramian 160mg x tz x 4. 4 x 70 = 280 (280mg) an |
| | V Rodriguez-Garcia Sr. Physician SFRC |
| 12/15/12 0930 | nc Note; IM c/o having pain in ® wrist x 2 days. IM did not relate to M.D that he was having pain to ® wrist because he thought it was minor. Today IM wrapped the wrist in ace bandage and ® hand appears to be slightly swollen. IM advised to elevate hand when in bed to ↓ swelling and to loosen the ace bandage. M.D on call notified, orders received & carried out. G. MENA RN SRFC |

Inmate Name John George
DC# 637382   Race/Sex n/m
Date of Birth _____
Institution _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)   incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Codeine, Reglan, Phenergan                DR. S. HOSSEINI
                                                         CHO

| DATE/TIME | |
|---|---|
| 1/9/12 | Tele. Rounds By Dr.: _____ CHAVEZ |
| | Pt. Condition & Treatment Discussed |
| | See New Orders ☑ |
| | No New Orders ☑ |
| | M. BARRETT, LPN |
| | SFRC |
| | 630 |
| | 12-10-12 |

12.10.12   S  Patient still c/o pain very often.
1030          no vomiting. Bowell movement OK.

noted     O  VS WNL.
12/10/12     abdmen no mass  Lungs CTA×2
12-10        CNS A&Ox3.  Heart RRR
              wounds draining yellow fluid.

M. BARRETT   A  Rt thigh infected Seroma.

           P  See physn order
                                    F. Rodriguez-Garcia
                                    Sr. Physician
                                    SFRC

12.13.12   S  Patient has been c bad wound drainage
1500          no current fever. — He states he feels worse
noted
12/13/12   O  VS T98⁴ P74 R18 BP116/76 O2 95%
G/ MENS       well oral mucous  abdmen no mass palpable
ORFC          skin: green discharge from  Rt ULL
              two ports / night  Lungs CTA×2

           A  Rt thigh infected —  P See physn order
                                    F. Rodriguez-Garcia
                                    Sr. Physician
                                    SFRC

Inmate Name Horn, George
DC# 637382      Race/Sex  M
Date of Birth ▮▮▮▮▮▮
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

000097

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: _Codeine Reglan, Phenegan_          DR. S. HOSSEIN
                                                CHO

| DATE/TIME | |
|---|---|
| | Tele. Rounds By Dr.: _Medina_ |
| 1/1/13 | Pt. Condition & Treatment Discussed |
| | See New Orders [ ] |
| | No New Orders [ ] |
| | M. BARRETT, LPN    615   DEC 03 2012 |
| | SFRC |

12/03/12  _Inc. Note: I/m remains stable. No apparent dis-_
0040     _tress noted; I/m in pain control. Safety and com-_
         _fort measures maintained well. Keep monitoring_
                                          _Machoen lpn_


12-5-12  S _Patient c/o general weakness and pain_
1345       _or right leg/thigh - Bowel movement OK_

         O VS WNL
         _abdmen no mass   skin: two points of orange_
         _CNS Ad 0x3       from Rt thigh_
         _Lung CTA x2      Heart RRR_

         A _Rt thigh Seroma, infected_

         P _Keep current treatment_

| | Tele. Rounds By Dr.: _Diquez_       G. Garcia |
| 4/8/13 | Pt. Condition & Treatment Discussed   F. Rodrigues Physician |
| | See New Orders [ ]                 Sr. SFRC |
| | No New Orders [ ] |
| | _J Metanzo lpn_      DR. S. HOSSEINI |
| | CHO |
| | 630 |

Inmate Name  _Hugo George_         S- Subjective Data     12-10-12
DC#          637502                O- Objective Data
Race/Sex                           A- Assessment of S and O Data
Date of Birth                      P- Plan
Institution  SFRC                  E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: _Colenne Regen Phenergan_

| DATE/TIME | |
|---|---|
| 11.29.12 10 00 | S Patient still c/o abundant drainage from two left wet point on Right thigh. Dle c drainj fever |
| | O V/ T98° P69 R18 BP116/76 O2 96 wet oral mucar albner no man C/LS A×0×3 Rt thigh abundant yellow drainage lungs CTA×2 from the thigh. Heart RRR Ext Rt thigh swollen |
| | A Rt thigh seroma infected |
| | P Keep current treatment (see phym's well amikin 15mg×kg (71) = 1065. 1 g/Ifer ×10q DER smell |
| 11/29/12 1400 | n.c. Note Wound care provided to chkno /postnn right thigh, piccline dropsins with changed dressing |
| 12/01/12 1000 | ✓ Tele. Rounds By Dr.: Medina Pt. Condition & Treatment Discussed See New Orders No New Orders ✓ Rienepn/E. Pierre |

DR. S. HOSSEINI
CHO

DEC 03 2012

| | |
|---|---|
| Inmate Name: _John Denze_ | S- Subjective Data |
| DC# _637382_ Race/Sx _BM_ | O- Objective Data |
| Date of Birth | A- Assessment of S and O Data |
| Institution _GFRC_ | P- Plan |
| | E-Education |

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: _Codeine Reglen Phenergan_

| DATE/TIME | | |
|---|---|---|
| 11/23/12 11:00 | Tele. Rounds By Dr.: _Rodriguez_ Pt. Condition & Treatment Discussed See New Orders No New Orders | SFRC |
| | L. Cooper LPN SERC | |

11/24/12 +000

Tele. Rounds By Dr.: _Rodriguez_
Pt. Condition & Treatment Discussed
See New Orders
No New Orders

_McComie_

11/25/12

Tele. Rounds By Dr.: _Rodriguez_
Pt. Condition & Treatment Discussed
See New Orders
No New Orders

M. BARRETT, LPN
SFRC

NOV 2 6 2012

11.27.12
950
S  Patient c/o night thigh pain
   He is doing fine energy boy. Bowel mount OK

wt 157

O  VS WNL.
   abdmen no mass     lung, c/o x2
   Cres Au O x3        Uehrt RRR
   wound Culture 11.14.2012 (two flora)
   : Heavy growth Acinetobacter Baumanii multidrug resistant.

A- Rt thigh serome infected

P  Keep current treatment

                              Rodriguez-Garcia
                              Sr. Physician
                              SFRC

| | |
|---|---|
| Inmate Name _DLN, George_ | S- Subjective Data |
| DC# 637382  Race/Sex _M/M_ | O- Objective Data |
| Date of Birth | A- Assessment of S and O Data |
| Institution _SFRC_ | P- Plan |
| | E-Education |

**FLORIDA DEPARTMENT OF CORRECTIONS**
**INFIRMARY PROGRESS RECORD**

Institution: SFr

| Date/Time | Discipline (use codes)* | Comments |
|---|---|---|
| 11/21/~ 1980 | | Tele. Rounds By Dr.: Castillo<br>Pt. Condition & Treatment Discussed<br>See New Orders [ ]<br>No New Orders [ ]<br>F Rodriguez-Garcia Sr. Physician SFRC<br>w/rull  W. Randelli LPN SFRC |
| 11-21-12 1445 | M | S Patient still c/o pain on night thigh associated ō two areas of abundant bruising (front and back) - Bowel movement OK<br><br>O VS WNL.<br>Abd␣men no mass  lung, CTA + 2.<br>CNS A×O×3   Heart RRR<br><br>A Rt thigh seroma infected<br>P See physer  order<br>F Rodriguez-Garcia Sr. Physician SFRC |
| 11/22/12 1800 | N | Tele. Rounds By Dr.: Rodriguez<br>Pt. Condition & Treatment Discussed<br>See New Orders [ ]<br>No New Orders [ ]<br>L. Cooper LN SFRC |

Inmate Name HORN GEORGE

DC# 637382    Race/Sex W/M

Date of Birth ▮▮▮▮▮

Institution SFnC

*Codes:  M = MD/CA/ARNP
P = Psychiatrist
Y = Psychology
N = Nursing
D = Dental

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

INFIRMARY PROGRESS RECORD
DC4-714A (6/99) (Page 1 of 2)

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: Codeine Reglan Phergan

| DATE/TIME | |
|---|---|
| 11.15.12 1415 | S Patient still c̄ abundant drainage from two points (anterior & posterior) of the right thigh. |
| | O VS WNL<br>abdmen no mass Lungs CTA↑↓<br>CN's Aₓ O×3 Ment RRR<br>Rt thigh abundant serosang present |
| | A Rt thigh serosang infected |
| | P Keep current treatment<br>Rodriguez-Garcia<br>Sr. Physician SFRC |
| 11.16.12 930 | IE note lab results written:<br>wound Culture 10.11.12: No growth after 72 hrs<br>VA 10.17.12 WML<br>VA 11.5.12 NML<br>CBC 11.5.12 4.9 \ 11.5 / 315 mild Anemia / 38.4 \<br>11.5.12 PT 13.7 INR 1.1<br>CMP 11.5.12 WNK K 4. BUN 9 Creat 0.6.<br>Na 140 LFT's normal<br>P Keep all the appts |
| 11-16-12 21²⁰ | Inc Note: Inmate received OOB in w/c, no complaints voiced.<br>Vitals: B/P-120/77, P-70-R-18-T-99², O₂Sat @ 100% on Room Air.<br>Comfort and safety measures maintained — Pldemandy LPN Peggy Hernandez, LPN |

Inmate Name Horn, George
DC# 6373 02 Race/Sex M/M
Date of Birth
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|
| 11/10/12 0605 | Tele. Rounds By Dr.: Aceveds <br> Pt. Condition & Treatment Discussed <br> See New Orders [ ] <br> No New Orders [✓] <br> L. Cooper <br> LPN <br> SFRC <br> DR. S. HOSSEINI CHO <br> NOV 1 3 2012 |
| 11/10/12 1005 | Tele. Rounds By Dr.: Acevedo <br> Pt. Condition & Treatment Discussed <br> See New Orders [ ] <br> No New Orders [✓] <br> M. BARRETT, LPN <br> SFRC <br> DR. S. HOSSEINI CHO <br> NOV 1 3 2012 |
| 11/12/12 1010 | Tele. Rounds By Dr.: Castillo <br> Pt. Condition & Treatment Discussed <br> See New Orders [ ] <br> No New Orders [✓] <br> L. Cooper LPN SFRC <br> DR. S. HOSSEINI CHO <br> NOV 1 3 2012 |
| 11-12-12 2130 | Inc Note: Inmate received in w/c, no complaints voiced at this time. PICC line in Right upper arm, site clean and dry, dressing intact. Wound to Rt. leg, dressing intact, clean and dry. Vitals: B/P - 119/74, P-85, R-18, T-98°, O₂ Sat @ 99% on Room Air Comfort and safety measures maintained. ——— Hernandez LPN <br> P. Hernandez, LPN <br> NOV 1 2 2012 <br> DR. S. HOSSEINI CHO |

Inmate Name Hurn, George
DC# 03-7352     Race/Sex W/m
Date of Birth ▮▮▮▮
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies:

| DATE/TIME | |
|---|---|
| 11/5/12 11:00AM | INC Note: Labs drawn) CBC CMP PT & PTT done. U/A collected. ECG done. ☒ Nurs/RJ |
| 11.7.12 9:15 | S Patient, c/o vomiting (three times) but he denies abdominal pain. He c/o right thigh pain - ☒ noted |
| | O V/S T 99' P 83 R 18 BP 121/70 O2 96% Rt thigh drainage front. abdomen ⊕ BS SD lung CTA × 2°. Heart RRR CN's A⊗O×3 with mal mucm M. BARRETT |
| | A Rt thigh seroma infected |
| | P See physician's order  F. Rodriguez-Garcia Sr. Physician SFRC |
| 11.8.12 1030 | I E note abnormal (positive) wound culture none acinetobacter Baumanni MDR. P - Keep current treatment ☒ noted 11/8/12 1200 G. MENOS RN SRFC  F. Rodriguez-Garcia Sr Physician SFRC |

| Inmate Name HORN George | S- Subjective Data |
|---|---|
| DC# 037382 Race/Sex W/M | O- Objective Data |
| Date of Birth ▮▮▮ | A- Assessment of S and O Data |
| Institution SFRC | P- Plan |
| | E- Education |

000104

**FLORIDA DEPARTMENT OF CORRECTIONS**

**Chronological Record of Health Care**

| Allergies: | Codeine, Reglan, Phenergan |
|---|---|

| DATE/TIME | |
|---|---|
| 10/27/12 1000 | ✓ Tele. Rounds By Dr.: Medina<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders [ ]<br>No New Orders [✓] |
| | L. Casper<br>LPN<br>SFRC |
| | Tele. Rounds By Dr.: Medina<br>Pt. Condition & Treatment Discussed<br>See New Orders [ ] |
| 10/28/12 1005 | No New Orders [ ]<br>M. BARRETT. LPN |
| 11/03/12 0900 | ✓ Tele. Rounds By Dr.: Vicquez<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders [ ]<br>No New Orders [✓] |
| | Kiene RN E, Pierce |
| | Tele. Rounds By Dr.: Diequez<br>Pt. Condition & Treatment Discussed<br>See New Orders [ ] |
| 11/4/12 0900 | No New Orders [ ]<br>M. BARRETT. LPN |

| Inmate Name _____ Geurge<br>DC# 037382<br>Date of Birth _____<br>Institution SFRC | S- Subjective Data<br>O- Objective Data<br>A- Assessment of S and O Data<br>P- Plan<br>E-Education |
|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| Allergies: | Odeine Ridlan, Phenergan |
|---|---|
| **DATE/TIME** | |

OCT 20 2012

Tele. Rounds By Dr.:
Pt. Condition & Treatment Discussed –
See New Orders [____]
No New Orders [____]

F. Rodriguez-Garcia
Sr. Physician
SFRC

R. BLAIR LPN
S.F.R.C.

Tele. Rounds By Dr.: Ladfi 9.4 P2
Pt. Condition & Treatment Discussed
See New Orders [____]
No New Orders [____]

F. Rodriguez-Garcia
Sr. Physician
SFRC

M. BARRETT, LPN
SFRC

10/23/12  S  Patient c/o neglethigh, pain and ney absurdnt drainage - Bowel movenethok

1015

O  VS  T (023)  P98  R18  BP 116/60  02 95%.
LABS  10.17.2012
UA  normal
wound culture
abdmen  no mass  CIVS  Av0x3
lungs  CTAP.  Skin: abundant drainage
Heart  RRR  front & back on Rt thigh

A  Rt thigh Seroma infected

D  The same / Pending wound cultures

F. Rodriguez-Garcia
Sr. Physician
SFRC

| **Inmate Name** | | **S- Subjective Data** |
|---|---|---|
| **DC#** | **Race/Sex** | **O- Objective Data** |
| **Date of Birth** | | **A- Assessment of S and O Data** |
| **Institution** | | **P- Plan** |
| | | **E-Education** |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**Chronological Record of Health Care**

| Allergies: | *(handwritten)* |
|---|---|
| DATE/TIME | *Inc note:* |
| 10/17/12 9:45 | *hubs Draw* — U/A |
| | *Cal Reading — Test SFRC* |
| 10.17.12 1430 | IE nate CIC (GC & MC) performed *(handwritten notes)* F. Rodriguez-Garcia Sr. Physician SFRC M. BARRETT, LPN SFRC |
| 10.18.12 1015 | S Patient still c/o yellow drainage from two different points (brck & front) of the Rt leg O VP WNL wound yellow drainage present lungs CTA×2 above HO ↓ mass CNS A+O×3 Heart RRR A Rt thigh serome infected P Do same/See phys'n *(illegible)* F. Rodriguez-Garcia Sr. Physician SFRC |
| 10/19/12 | Inc mop, mowing culture taken from Rt of thigh *(illegible)* SFRC |

Inmate Name: Zorn, George
DC# 097382    Race/Sex W/N
Date of Birth
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

T. Joy
Registered Nurse
SFRC

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: _____

| DATE/TIME | |
|---|---|

10/14/12
0800 — Tele. Rounds By Dr.: Castillo
Pt. Condition & Treatment Discussed
See New Orders ☐
No New Orders ☐

S. Horacini
CRC
SFRC

10/15/12
11:00 AM — Lab Drawn
− CBC
− CMP
− UA

CH. Heurlin ×1kt SFRC

10.15.12
1330 — S Patient still c/o pain on Rt thigh and
he will is draining abundant yellow pus
from the wound.

O VJ T98 P81 R18 BP 132/81 O2 98%
wet wel mucon allmen 6185 50
sound; vou pleasant CRS A✔Ox3

M. BARRETT LPN SFRC A Rt thigh serrony infected

P tre some

F. Rodriguez-Garcia
Sr. Physician
SFRC

Inmate Name _____
DC# 63573
Date of Birth _____
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210    000108

**FLORIDA DEPARTMENT OF CORRECTIONS**

# Chronological Record of Health Care

**Allergies:**

| DATE/TIME | |
|---|---|
| | Inc. Note: |
| 10/11/12 5:30 | Inmate has drainage from right anterior thigh. MD aware new orders for woundculture tomorrow. New wound vac dressing applied to right posterior leg. Picc line dressing changed today — T. Joy RN |
| | T. Joy Registered Nurse SFRC |
| 15:45 10/11/12 | Inc. Note woundculture of right anterior thigh taken + sent to lab — T. Joy RN |
| | T. Joy Registered Nurse SFRC |
| 10.12.12 1330 | S Patient states he feels better. no pain Bowel movement OK |
| | O VS WNL Abdomen (+) BS SD Lung CTA x2 CNS A+Ox3 Heart RRR |
| | A Rt Thigh seroma infected |
| | P The same |
| | F. Rodriguez-Garcia Sr. Physician SFRC |
| | Tele. Rounds By Dr.: [signature] Pt. Condition & Treatment Discussed See New Orders ☐ No New Orders ☐ |
| 10/13/12 1000 | [signature] W. Randelli LPN SFRC — S. Moscolni CHO SFRC [signature] OCT 15 2012 64P |

Noted 10/13/12 L. Cooper LPN SFRC

Inmate Name Horn, George
DC# 657782 Race/Sex
Date of Birth
Institution

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** Codeine Reglin Phenagan

| DATE/TIME | |
|---|---|
| 10/6/12 10:22 | Tele. Rounds By Dr.: _Accepted_ Pt. Condition & Treatment Discussed See New Orders No New Orders     F. Rodriguez-Garcia Sr. Physician SFRC  _R. BLAIR, LPN_ S.F.R.C. |
| 10/7/12 1:00 | Tele. Rounds By Dr.: _Accepted_ Pt. Condition & Treatment Discussed See New Orders No New Orders     F. Rodriguez-Garcia Sr. Physician SFRC  L. Cooper LPN SFRC |
| 10/8/12 10/9/12 1500 | Inc. note: wound vac dressing applied Today Registered Nurse SFRC Inc. note: New mund vac dressing applied. Yesterday's dressing was leaking — T. Joy Registered Nurse SFRC |
| 10.11.12 1430 | 5 Patient has started to drainage from right thigh front area. He do fever some time, Bowel movement OK  Ⓞ V.S. BP 130/84 P 81 R 18 T 96° O₂ 98% Rt thigh back orifice draining  albumen 4185 SD anterior orifice draining  Crts Av O+3  Ⓐ Rt thigh seroma infected    F. Rodriguez-Garcia Sr. Physician SFRC Ⓟ The same |

| | |
|---|---|
| **Inmate Name** Horn George | **S-** Subjective Data |
| **DC#** 637382 **Race/Sex** | **O-** Objective Data |
| **Date of Birth** | **A-** Assessment of S and O Data |
| **Institution** S | **P-** Plan |
| | **E-**Education |

**FLORIDA DEPARTMENT OF CORRECTIONS**

## Chronological Record of Health Care

Allergies: Codeine Regan Phenergan

| DATE/TIME | |
|---|---|
| 10.2.12 1500 | S Patient denies pain at this time. no. vomiting. - Bowel movement OK |
| | O VS WNL |
| | wound healing OK abdomen no mass |
| | Heart RRR lung, CTAY2 |
| | A Rt thigh seroma infected |
| | P See physician's order sheet |
| | [signature] F. Rodriguez-Garcia Sr. Physician SFRC |
| 10.4.12 1345 | S Patient still c/o night thigh pain very often. Good appetite. Bowel movement OK |
| | O VS WNL. |
| | abdomen no mass CNS A&Ox3 |
| | Heart RRR lung CTAY2 |
| | A Rt thigh seroma infected |
| | P The same |
| | [signature] F. Rodriguez-Garcia Sr. Physician SFRC |
| 10/4/12 1400 | [signature] G. Mendoza RN SRFC |

Inmate Name Horn George
DC# 637382
Date of Birth
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

M. BARRETT, LPN SFRC

**FLORIDA DEPARTMENT OF CORRECTIONS**

## Chronological Record of Health Care

| Allergies: | Corlene Regen Rheregen |
|---|---|
| **DATE/TIME** | |
| 9-28-12 | I have received verbal information |
| 1345 | from CHO today, that patient will |
| noted | not be able to go to Shand's Hosp. |
| | I'm still a right thigh infection - He need |
| | To be seen by ortho |
| | P ortho consultation regreted (submitted) |

M. BARRETT, LPN
SFRC

F. Rodriguez-Garcia
Jr. Physician
SFRC

| | |
|---|---|
| 9/29/12 | Tele Rounds By Dr.: Medvez |
| 1000 | Pt. Condition & Treatment Discussed |
| | See New Orders [ ] |
| | No New Orders [ ] |
| | W. Randelli |
| | LPN |
| | SFRC |

S. Hospoini
CHO
SFRC

OCT 0 1 2012

| | |
|---|---|
| 9/30/12 | Tele Rounds By Dr.: Medina |
| 100 | Pt. Condition & Treatment Discussed |
| | See New Orders [ ] |
| | No New Orders [ ] |
| | M. BARRETT. LPN |

S. Hospoini
CHO
SFRC

OCT 0 1 2012

Inmate Name Horn George
DC# 697382  Race/Sex
Date of Birth _____
Institution _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTION.

## Chronological Record of Health Care

Allergies: Codeine, Reglan, Phenergan

| DATE/TIME | |
|---|---|
| 9-22-12<br>10⁰⁰ | Tele Rounds By Dr.: Medina<br>Pt. Condition & Treatment Discussed.<br>See New Orders ☐<br>No New Orders ☑       F. Rodriguez-Garcia<br>                    Sr. Physician<br>                    SFRC<br><br>J Johnston RW   **J. Johnston**<br>              **Registered Nurse**<br>              **S.F.R.C** |
| 9/23/12<br>1000 | Tele Rounds By Dr.: Medina<br>Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ☑       F. Rodriguez-Garcia<br>                    Sr. Physician<br>                    SFRC<br><br>G MENOS<br>RN<br>SRFC |
| 9.24.12<br>1415 | S Patient still ⊕ abundant drainage<br>from wound (fistula) in right thigh. no<br>pain<br><br>O VS T 101.6  BP 111/76  P 86  R 20<br>wound: abundant drainage  lung CTA×2<br>CVS A×O×3  Heart RRR<br><br>A Rt thigh seroma infected<br>P The same treatment<br>                    Rodriguez-Garcia<br>                    Sr Physician<br>                    SFRC |
| 9/26/12<br>1000 | I E Rx for morphine miller<br>                    F. Rodriguez-Garcia<br>                    Sr. Physician<br>                    SFRC |

| | |
|---|---|
| Inmate Name Horn, George<br>DC# 637382<br>Race/Sex W/m<br>Date of Birth ▮▮▮▮<br>Institution SFRC | S- Subjective Data<br>O- Objective Data<br>A- Assessment of S and O Data<br>P- Plan<br>E-Education |

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: _Codeine, Reglow Phenergon_

| DATE/TIME | |
|---|---|
| 9·18·12 1345 | S Patient 40 pain in right thigh. - no vomiting Poor appetite |
| | O V/S WNL |
| | wet wnl mucin        altman no mass |
| | lungs CTAx2          Heart RRR. |
| 9/18/12 1700 | A Seroma infected Rt thigh |
| M. BARRETT, LPN SFRC | See physician's order sheet |
| | F. Rodriguez-Garcia Physician SFRC |
| 9/19/12 6100 | Inc Note, Recieved 1M in bed. He is AAOx3 Regn. is a very and unbehaved. He has no crepti O sign of ant distress at this time. B.P. (14/74 T 98·8 P 80, R 18, PSO2 97%. I'm again blood PoA Enya in per physician odr. Will continue to monitor. ____ K  IR Bkt/PN |
| 9·20·12 1050 | 1E nate Tylenol 650 mg T/D recommend and Smitic |
| | E. Rodriguez Sr. Physician SFRC |
| 9/20/12 1500 | M. BARRETT, LPN |

| | |
|---|---|
| Inmate Name George | S- Subjective Data |
| DC# 637382   Race/Sex Jul | O- Objective Data |
| Date of Birth | A- Assessment of S and O Data |
| Institution | P- Plan |
| | E-Education |

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies:

| DATE/TIME | |
|---|---|
| 9/15/12 | Tele. Rounds By Dr.: _Rodriguez_     F. Rodriguez-Garcia |
| 0900 | Pt. Condition & Treatment Discussed     Sr. Physician SFRC |
| | See New Orders [ ] |
| | No New Orders [ ✓ ] |
| | |
| 9/16/12 | Inc. Note: BP 131/81, P-97, RL-18, T-97.8, 02 98% |
| 1600 | Received I/M in stable condition. Voices no complaints |
| | at present time. No distress noted. Safety and comfort |
| | measures in place. Will continue to monitor. ___ McKenzie LPN |
| 9/17/12 | Inc. Note: BP-99/61, P 88, T-98, RL 18, 02 96% |
| 0000 | Received I/M l/ing in bed in stable condition. Voices |
| | no complaints at present time. No distress noted. |
| | Safety and comfort measures in place. Will cont- |
| | to monitor. ___ McKenzie LPN |
| | |
| 9/16/12 | Tele. Rounds By Dr.: _Rodriguez_     F. Rodriguez-Garcia |
| | Pt. Condition & Treatment Discussed     Sr. Physician SFRC |
| | See New Orders [ ] |
| | No New Orders [ ✓ ] |
| | |
| 9/17/12 | Inc. Note |
| 1500 | New Wound Vac dressing applied. Red wound |
| | with red drainage < 50cc. Non-fluid filled |
| | Vesicle/blister next to wound noted - Will inform |
| | MD ___ T. Joy RN |
| | T. Joy |
| | Registered Nurse |
| | SFRC |

| | |
|---|---|
| Inmate Name | Helen, Greene |
| DC# | 037982 |
| Date of Birth | ___ Sex ___ |
| Institution | SFRC |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTION**

## Chronological Record of Health Care

Allergies: Codeine, Reglan, Phenergan, Dairy

| DATE/TIME | |
|---|---|
| | ✓ Tele. Rounds By Dr.: Hosseini |
| | Pt. Condition & Treatment Discussed |
| | See New Orders — F. Rodriguez-Garcia Sr. Physician SFRC |
| | No New Orders |
| | C. Gallego RN, BHCA |
| 9/9/12 9W | Tele. Rounds By Dr.: Castillo |
| | Pt. Condition & Treatment Discussed |
| | See New Orders |
| | No New Orders — F. Rodriguez-Garcia Sr. Physician SFRC |
| | L. Cooper LPN SFRC |
| 12/5 | Inc note. Read DMB sitting in u/c. No s/s resp distress noted. ABT in progress. Tolerating well. No s/s adverse reaction noted. B/P 9/05/68 P 75 R 18 T 97.7 O2 Sat 95%. Pain management in place. No c/o pain or discomfort voiced @ this time. Safety measures provided. ___ Trooper SFRC |
| 9.12.12 1500 | S Patient states he feels better. Bowel movement ok — no fine. O wound in vre abdomen no mass lung CTA +2 heart RRR. RT thigh serosa infected. ___ F. Rodriguez-Garcia Sr. Physician SFRC |

| | |
|---|---|
| Inmate Name Horn, George | S- Subjective Data |
| DC# 637382 Race/Sex W/M | O- Objective Data |
| Date of Birth ___ | A- Assessment of S and O Data |
| Institution SFRC | P- Plan |
| | E-Education |

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies:

| DATE/TIME | |
|---|---|
| 09/03/12 1900 | Inc Note: Tylenol 650mg po OTC was given for ↑ Temp. Temperature is now 97.7. ABT this is in progress. No adverse reactions noted. ↓ in wheelchair watching TV, voices no complaints of pain or discomfort. Safety and comfort measures are provided. _____ Pierre, RN/E. Pierre |
| 9/4/12 8/12 | Inc note: received I&m w/ his self ISS _____ 98°T 86 P 18 R 100/63 96% 02 sat _____ 3 ever _____ _____ w/ice _____ no _____. Will cont to monitor for safety _____ _____ S. Hosseini CHO 7— |
| 09.4.12 1400 | S Patient denies vomiting or _____. He go night thigh pain. |
| | O VS T 98° P 80 R 18 BP 100/63 O2 96% wound Rt thigh better. Abnent BS SA lungs CTAx2. Heart RRR |
| | A Rt thigh seroma. |
| | P Passes for 4000 acme diet. Extra P/kw & w/o milk _____ F. Rodriguez-Garcia Dr. Physician |
| 9/5/12 4/12 | Inc. Note: Inmate returned wound care & applying new wound vac dressing. In SFRC large area of the consequence + role involved. MD informed. _____ T. Joy RN Registered Nurse SFRC |

Inmate Name: Horn George
DC#: 637282    Race/Sex: W/M
Date of Birth: [redacted]
Institution: SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

000117

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**



Allergies: Reglan, Codeine, Phenegan, Dairy Products

| DATE/TIME | |
|---|---|
| 9/3/12 0900 | Tele. Rounds By Dr.: ACevedo  Pt. Condition & Treatment Discussed  See New Orders  No New Orders  M. BARRETT, LPN  SERC  S. Hosseini  CHO  SFRC |
| 9/3/12 1000 0930 | Tele. Rounds By Dr.: Castillo  Pt. Condition & Treatment Discussed  See New Orders  No New Orders  L. Cooper  LPN  SERC  S. Hosseini  CHO  SFRC |

1415 Inc note: Recd DOB sitting in W/C. 7mmx3 DD 2Es in resp distress noted. No C/o pain or dwdm/Bat voiced. PBI in progress. Ambulating well. E/P 107/68 T 97.5 02 Sat 97/ P 79 RSO Pain management in place. Safety and comfort measures provided. — L. Cooper LPN SFRC

09/03/12 1730 Inc note: Received I/M in bed. No signs of distress are noted. V.S. T= 100.9 P=100 R= 20 B/P= 133/74 O2 Sat= 95%. RA. Voices no complains of pain or discomfort. Will continue to monitor. — J. Lienefen/E.P. LPN

Inmate Name Hocn, George
DC# 637302  Race/Sex W/M
Date of Birth
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLO    DEPARTMENT OF CORRECT**

## Chronological Record of Health Care

Allergies: _Colure_

| DATE/TIME | |
|---|---|
| 8/31/12 | S  Patient c/o general weakness and, nerv, after fever spite of medication, We des c/o green n Rt thigh |
| 1500 | |
| | O VS no cuement fever / wnc albren no mass Lungs Crxx CRel 4 to l x? Heart R.R. |
| | A Rt thigh serome infected |
| | P 1- Amikacin 15mg x kg x day  x  10 dy 15x 76.5≈ 1947 org x day (1147mg x dy) 1000 mg be he given daily 500mg Bi O |
| | F. Rodriguez-Garcia Sr. Physician SFRC |
| | A  T  IR BKL-IR~ 4/31/12 6 1832 |
| 9/1/12 1000 | Tele Rounds By Dr.: Received - Pt. Condition & Treatment Discussed See New Orders No New Orders F. Rodriguez-Garcia Sr. Physician SFRC |
| | W. Randelli LPN SFRC |
| 9/1/11 1430 | N C. Moke New round Vac dressing applied ; see DCU 18Y T. Joy Registered Nurse SFRC |

Inmate Name _Harry George_
DC# _637382_    Race/Sex _M_
Date of Birth _____
Institution _SFRC_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**

# Chronological Record of Health Care

**Allergies:** Codeine Reglan Phenergan doxy

**DATE/TIME**

8-29-12 S Patient still to night thigh pain he said he feel better

O mental mucosa [illegible] alert (+)BS 50 lungs c [illegible] x2 Heart RRR
Rt thigh: anterior wound healed.

A Rt thigh seroma infected

P Pending to be transferred

F Rodriguez-Garcia Sr. Physician SFRC

Noted 8/29/12 1000 [illegible] (LPN)

8/29/12 1000 INC Note: BP-120/85, P-82, R-20 T-98.5 O2 96% Received I/M in stable condition. Voices ⊖ complaints at present time. Lungs clear, resp- even and unlabored. Safety and comfort measures in place. Will cont to monitor. [illegible] (LPN)

8/29/12 618 [illegible] Inc. Note: Rec'd I/M in bed. He is A&Ox3. Respiration is even and unlabored. BP. 106/68 P: 96 R 20/min PO2 99% Temp is 102.6. Dr. was informed about this [illegible] and he ordered Tylenol 3 tab (975 mg) to be given now. Medication was given and temp came to 100.7 and cold compresses (shower) was used to lower temp. [illegible]

8/30/12 0100 INC Note: Received I/M in his bed, [illegible] DX: infected seroma Rt thigh. T 101.1 P98, 30R 100/62 94%. O2 sat. [illegible] Tylenol [illegible] fluids encouraged. will cont. to monitor for [illegible]
0600 Temp 98.8 [illegible] resp 18 pulse 90. O2 sat 97%. will cont to monitor. S Scher[illegible]

Inmate Name Horn George
DC# 637382 Race/Sex WM
Date of Birth [redacted]
Institution

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS

**Chronological Record of Health Care**

| Allergies: | Coleine - Reglen - Phenergan laisy |
|---|---|
| **DATE/TIME** | |
| 8.21-12 | S Patient c/o night length pain and abundant |
| 1430 | yellow drainage - Smell nummat or |
| | O VS T98' P71 R18 B/P99/62 O297% |
| | well oral mucm R thigh : wound voe |
| | abdmen no mass CNS 4-0x3 |
| | Lungs ctear Heart RRR, |
| L. Cooper LRN SRRC | A Rt thigh Serma infected |
| | P See physician's order sheet |
| | E. Rodriguez-Garcia |
| | By Physician SFRC |

| 8/25/12 09 BO | Tele. Rounds By Dr.: Dieguez |
|---|---|
| | Pt. Condition & Treatment Discussed |
| | See New Orders [ ] |
| | No New Orders [ ] |
| | DR. S. HOSSEINI CHO |
| | 8-27-12 |
| | 710 |

| 8/26/12 09 00 | Tele. Rounds By Dr.: Dieguez |
|---|---|
| | Pt. Condition & Treatment Discussed |
| | See New Orders [ ] |
| | No New Orders [ ] |
| | M. BARRETT, LPN SFRC |
| | DR. S. HOSSEINI CHO |
| | 8-27-12 |
| | 710 |

| 8/26/12 6 18 v3 | Inc Not, Riviva P/m in stable colite. He is AAVX3. Regn n.v m and unbothered. B.P 114/78, P.63, T 98, P.v. 99 L. No systed of hat dittory, R + IR B.x 17 R + |
|---|---|

| Inmate Name | Town Senzle | S- Subjective Data |
|---|---|---|
| DC# 65738 | Race | O- Objective Data |
| | | A- Assessment of S and O Data |
| Institution SFRC | | P- Plan |
| | | E-Education |
| | | DR. S. HOSSEINI CHO |

**FL___DA DEPARTMENT OF CORRECT___S**

## Chronological Record of Health Care

Allergies: ___ Codeine / Reglan / Phenergan / Dary

| DATE/TIME | |
|---|---|
| 8 18 12 1007 | Tele. Rounds By Dr.: _Medina_  S. Hosseini CHO  Pt. Condition & Treatment Discussed  SFF.C  See New Orders  No New Orders  8-20-17  R. Blair SFRC |
| 8-18-12 2120 | Inc Note: Wound care to Rt. leg/thigh (top/side wound) done as ordered. Wound Vac in place, draining well. PICC line intact, Patent, IVAB given earlier in day. Vitals: B/P-118/83, P-78 R18, T-97⁸, O₂ Sat @ 96%. Will Continue to monitor. —————— P.Hernandez (LPN)  Peggy Hernandez, LPN |
| 8 9 12 1000 | Tele. Rounds By Dr.: _Medina_  S. Hosseini CHO  Pt. Condition & Treatment Discussed  SFRC  See New Orders  No New Orders  M. BARRETT, LPN  9-20-L  SFRC |
| 8-19-12 2130 | Inc Note: Dressing done to Right upper thigh drainage wound. Moderate amount of serosanguineous drainage expressed upon removal of dressing. Area has large undermining tunnel with a large pus pocket on inner thigh. Wound Vac in place, working well. Vitals: B/P-112/78, P-86, R-18, T-99⁸ O₂ Sat @ 97%. Will continue to monitor. —————— P.Hernandez (LPN)  Peggy Hernandez, LPN |

Inmate Name ___ Holm, George
DC# ___ 637382 ___ Race/Sex W/M
Date of Birth ___
Institution ___ SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FL[...]DA DEPARTMENT OF CORREC[...]S

# Chronological Record of Health Care

Allergies: Codeine Reglan

| DATE/TIME | |
|---|---|
| 8.17.12 1400 | S Patient still c/o pain very often - no vomiting. Bowel movement OK. Drainage still abundant. |
| | O VS T 97.6 P76 R18 BP 134/84 |
| | Right thigh on wound vac. Abdomen no mass. |
| | Lungs CTA+2 Heart RRR. |
| | CNS A&Ox3 |
| | A Infected seroma (Rt) thigh |
| | P the same treatment |
| | R. Rodriguez-Garcia Sr. Physician SFRC |
| Noted 8/17/12 2100 Cooper RN SFRC | |
| 8/18/12 0100 | FNC Note: I/M received in bed w/c USS afebrile [illegible] distress [illegible] SOB [illegible] c/o [illegible], Resp's even [illegible] wound care done to R inner thigh see DC4-805 for wound care charting. [illegible] at this time will continue to monitor for S/S of infection & S/S of distress. [signature] |
| 8/18/12 | FNC Note I/M received in his bed resting USS afebrile 98.3T. 83P. 20R. 111/60BP 97% [illegible] at rest. Resp's even [illegible] SOB noted PICC line to R subclavian [illegible] intact [illegible] redness [illegible] edema or S/S of infection. Dx. Infected R thigh + hip. [signature] Will continue to monitor / stable condition [signature] |

Inmate Name Horn George
DC# 637382 Race/Sex WM
Date of Birth [redacted]
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**

## Chronological Record of Health Care

Allergies: _Reglan, Caffeine, Reglen_

| DATE/TIME | |
|---|---|
| 8/13/12 6:10a | Inc NoTis. 1 1/m received in stable condition. His AAOx3. B.P. 138/88, pulse 58, T 98.4, R 118, PC=297.96% on 1 1/m. Complained of pain and MD was called for pain med's. 1 1/m was given meds as per Phy'sm order. He voided w/ldt f of the 3 min. ℞ 1R, Bk, K12, 1pv |
| 8.14.12 1349 | S Patient still c/o right thigh pain not of the time. Bowel movement ok. O VS BP 140/90 P90 R20 T 97.9. abdominal muscle abdomen (+) BS SD lungs CTAx2 Heart RRR Skin: wound and VAC. A/ Right thigh seroma infected P See phys's note sheet |
| 8/16/12 0630 | INC Note: I'm condition stable. Voices c/o pain or discomfort @ this time a distress noted. VSS 976-76-18-134/84 SpO2 100% RA. Will cont. to monitor. _____ L.M.A.Johnson, L.P.N. S.F.R.C |

Inmate Name **Horn, George**
DC# **637382**  Race/Sex **W/M**
Date of Birth _____
Institution **SFRC**

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLOR. A DEPARTMENT OF CORRECTIO.

## Chronological Record of Health Care

Allergies: _Reglan, Codeine, Phenergan_

| DATE/TIME | |
|---|---|
| 8/11/12 0930 | _[handwritten clinical notes]_ |
| 8/14/12 0100 | _[handwritten clinical notes]_ |
| 8/12/12 1000 | Tele. Rounds By Dr.: _[signature]_  E. Rodriguez-Garcia Sr Physician SFRC  Pt. Condition & Treatment Discussed  See New Orders [ ]  No New Orders [ ]  L. Cooper LPN SFRC |
| 1355 | _[handwritten clinical notes]_ |

Inmate Name: Horn, George
DC# 637382
Race/Sex: M/W
Date of Birth: _[redacted]_
Institution: SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

L. Cooper LPN SFRC

**FLORIDA DEPARTMENT OF CORRECTIONS**

## Chronological Record of Health Care

| | |
|---|---|
| **Allergies:** | Dairy, Reglan, Iodine, phenergan |

**DATE/TIME**

8/8/1[?] 15:0[?] — [handwritten clinical note, largely illegible] ...wound VAC dressings changed. Running at 125. Wound care provided, see... Registered Nurse SFRC

8/10/1[?] 01:00 — [handwritten note, largely illegible]

08/10/1[?] 1605 — [handwritten note, largely illegible]

9/11/12 00:08 — INC NCte: [handwritten note, largely illegible]

9/11/12 0930 — Tele Rounds By Dr. Rodriguez
Pt. Condition & Treatment Discussed
See New Orders [ ]
No New Orders [✓]
F. Rodriguez-Garcia
Staff Physician SFRC

| | |
|---|---|
| **Inmate Name** | Hon, George |
| **DC#** | 6[?]38[?] **Race/Sex** [?]/M |
| **Date of Birth** | |
| **Institution** | SFRC |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**

# Chronological Record of Health Care

**Allergies:** Darvon, Reglan, Codeine, Phenergan

| DATE/TIME | |
|---|---|
| 08/15/12 0900 | ✓ Tele. Rounds By Dr.: Castillo<br>Pt. Condition & Treatment Discussed<br>See New Orders [ ]<br>No New Orders [✓]<br>E. Rodriguez-Garcia Sr. Physician SFRC<br>[signature] |
| 08/15/12 0915 | INC Note Inmate Received in bed lying AAOx3 resp even unlabored V/S BP 127/79 P 70 R 20 T 97.1 O2 sat 97% Rt thigh infection denies any complaint at this time will continue to monitor — [signature] |
| 8/7/12 0100 | INC note: [illegible] I/M in his bed [illegible] even [illegible] of distress [illegible] to verbal of Nurse [illegible] this time. VSS [illegible] 98°T 78 P 18 R 108/68 97% O2 sat [illegible] [illegible] medication 94° as per MAR [illegible] x 7 days starting [illegible] 7/6/12. [illegible] will [illegible] [illegible] will continue to monitor for safety comfort measures — [signature] SSR |
| 8-8-12 1400 | S Patient still c/o right thigh pain and he said a new hole appeared in right thigh which is draining yellow fluid<br>Wound culture heavy growth Acinetobacter Baumanni I (Resistant to all)<br>O VS 98.4 P77 R18 BP 102/63 O2 96%<br>R thigh: wound in VAC  Abdomen normal<br>Lungs CTAX2  Heart RRR<br>A - Rt thigh seroma infected<br>P tre same<br>[signature] E. Rodriguez-Garcia Sr. Physician SFRC |

Noted [illegible] 8/8/12 1530 M. BARRETT, LPN SFRC

Inmate Name Horn, George
DC# 657382 Race/Sex W/M
Date of Birth [redacted]
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS

**Chronological Record of Health Care**

Allergies: __Dairy, Neslan, Codeine, Phenergan__

| DATE/TIME | |
|---|---|
| 8/3/11 | Inc. Note:<br>Inmate is asleep to anteno right thigh opened yesterday started the inmax. Made ate amount of red drainage. Woundcare performed, new DCU - new wound Vac dressing change ★ Registered Nurse position thigh, running at 125 — SFRC |
| 8/4/12<br>0100 | TNC Note: leun IFn in her chief USS<br>Mulurle 88° T. 74 P. 18R 104/69 op 98% o2 sat.<br>Dress to R thigh. D/t/c. leep's even tubson<br>of the made Monni; tied a concur his medicat<br>of M.S Smis he receives 940 I was looking a reorder<br>will speaker am shift to resolve — ___ |
| 8/4/12<br>6/000 | ✓ Tele. Rounds By Dr.: CAStillo. F. Rodriguez-Garcia<br>✓ Pt. Condition & Treatment Discussed Sr Physician<br>See New Orders [✓] SFRC<br>No New Orders [___]<br>_____ SSCHer L |
| 8/4/12<br>110° | Inc. Note:<br>Inmate's anteno abstes has Mode ate Red drainage. Woundcare performed, new DCU-spr<br>_____ T. Joy<br>Registered Nurse<br>SFRC |

| | | |
|---|---|---|
| **Inmate Name** Horn, George | | **S- Subjective Data** |
| **DC#** 627788  **Race/Sex** | | **O- Objective Data** |
| **Date of Birth** | | **A- Assessment of S and O Data** |
| **Institution** JFRC | | **P- Plan** |
| | | **E-Education** |