**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Reglan / Codeine / Phenergan / Dairy Products

| DATE/TIME | |
|---|---|

7/31/12
14:58 — Inc. note: Dx R. thigh cyst. Wound VAC running at 125, will be changed tomorrow.

T. Joy
Registered Nurse
SFRC

Late entry — patient Tim was seen this morning during the daily round.

noted — Vital sign:
98² 75 18 99/62 97°/

10:00 M. BARRETT APRN SEFC — 5+ Hep e (+), R. thigh serosa which is infected c T. absesin, hip replacement.

patient says that this morning has no pain complain and is pertused.

* Contin c medication and wound care
S. Hpooini

8/1/12
14:00 — Inc. note: R. thigh cyst. Inmate has a closed abscess noticeable on right anterior right thigh above knee. Will assess MD tomorrow. New wound VAC draining applied to posterior R. thigh. co cc of red drainage from wound VAC Cannuler. Wound VAC running at 125

T. Joy
Registered Nurse
SFRC

| Inmate Name | Horn, George | |
|---|---|---|
| DC# | 657 58 Race/Sex | |
| Date of Birth | | |
| Institution | SFRC | |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| | |
|---|---|
| Allergies: | Reglan / Codeine / Phenegan / Dairy Products |
| DATE/TIME | Tele. Rounds By Dr.: Acevedo |

7/28/12
1000 — Pt. Condition & Treatment Discussed
See New Orders [ ]
No New Orders [ ]

R. BLAIR
LPN/SFRC

S. Hosseini
CMO
SFRC

Inc. Note : PT AAOX3 VS stable. No
5/1500 noted or voiced R ill Continue
to Monitor So fit y & Comfort
R. BLAIR
LPN/SFRC

9/29/12
1030 — Tele. Rounds By Dr.: A Clivedo
Pt. Condition & Treatment Discussed
See New Orders [ ]
No New Orders [ ]

S. Hosseini
CHO
SFRC

Vilenepo / E. PIERRE

12/29/12
1155 — Inc note: Recent inmate in bed. No signs
of distress are noted. AAOX3. V.S. T= 97.7 P=69
P-16 B/P= 112/73 O₂ Sat= 98%. Womatica
to right thigh is in place. IV ABT is in in
progress. No adverse reactions are noted,
voices no complaints of pain or discomfort.
Safety and comfort measures are provided —
Vilenepo / E. PIERRE

7/30/12
0100 — Tax note: F/m received AAOX3 resps
even for B/P of illness. O SO3, O C/O
O other pain medication. These per in
progress + TPL VSS stable 97.7, 68P, 18R
16/68 SP 98/o well cont... to review — T/LCA

| | |
|---|---|
| Inmate Name | Ham, George |
| DC# | 637382 |
| Date of Birth | |
| Institution | SFRC |
| Race/Sex | W/M |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Reglan, Codeine, Phenegan, Dairy Products

| DATE/TIME | |
|---|---|
| | nc. note. |
| 7/25/12 11:30 | New Wound Vac dressing changed. Wound measurements (1.9 x 1.5 x 1.7) along right thigh. Wound Vac running at 125 — T. Joy Registered Nurse SFRC |
| 7.26.12 1500 | S Patient states he feels better. He denies pain at this time — Bowel movement ok. |
| | O VS T 98² P 78 R 18 BP 115/75 O2 97% wound getting little, but still draining in large quantity. abdomen normal Skin: white scale in the skull. |
| | A Rt thigh Seroma infected |
| | P See physician's order sheet E. Rodriguez Physician SFRC |
| 7/26/12 1500 | |
| 7/26/12 1500 | nc. note. Wound Vac running at 125. New dressing. Wound Vac will be changed tomorrow |
| 7/27/12 1515 | nc. note. Yellow drainage 100 cc noted. New Wound Vac dressing was changed today. ree D (4.80) |

Inmate Name **Town, George**
DC# **637382** Race/Sex
Date of Birth
Institution **SFRC**

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| | |
|---|---|
| Allergies: | Riglan, Codeine, Phenergan, Dairy Product |
| DATE/TIME | |

7/23/12 - Inc. Note: Reid I'm in bed. Reports yellow drainage via w/c c/o increased. Pain: Wound vac in place. Continue to monitor. Dr. Patel's _____

7/24/12 - 5 Patient states he is feeling better. No vomiting. Bowel movement OK

O VS T 98  P 99  R 18  BP 104/55  O₂ 97%
wound getting better  Cres Add O₂ 3
Lungs CTAB²  Vent RRL

Rt thigh infected serosa
M. BARRETT RN SFRC

P tre same

Rodriguez-Garcia
Sr. Physician
SFRC

7-25-12
7 —  patient I/m vital signs weak
(oolie) in mild disco— fort
patient says that can't rest because of
the pain.
The site of the incision has a lot of
more for but secretion material,
patient contre c medication.
P. MO  # morphine sulfate Q 4 l 10mg/ml
* Continue c the medication

S. Hosseini
CHO
SFRC

| | |
|---|---|
| Inmate Name Horn, George | S- Subjective Data |
| DC# 437382   Race/Sex | O- Objective Data |
| Date of Birth | A- Assessment of S and O Data |
| Institution SFRC | P- Plan |
| | E-Education |

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Reglan, Codeine, Phenergan, Dairy Products

| DATE/TIME | |
|---|---|
| 7-21-12 | Inc. Note: Will continue to monitor. ——— P. Hernandez LPN |
| 1900 (cont) | Peggy Hernandez, LPN |

7/22/12
0215

INC note: _illegible handwritten entry_ ... VSS afebrile. 98¹ 117/80 18R 78 pulse, 96% O2 sat note ... _illegible_ ... S.Sch 55ch

---

7/21/12
1605

Tele. Rounds By Dr.: D. Cruz
Pt. Condition & Treatment Discussed
See New Orders [ ]
No New Orders [✓]

M. BARRETT, LPN
SFRC

Rodriguez-Garcia
Sr. Physician
SFRC

---

7/22/12
1450

NC. note: R thigh cyst
wound VAC in place running at 125.
Red drainage in wound cannot be noted _illegible_ July 14

T. Joy
Registered Nurse
SFRC

---

7/23/12
0160

INC note: _illegible_ ... VSS afebrile 97⁹ᵀ 75P 18R 114/75, 98.2°c ... _illegible_ ... VAC in place q c/o voices ... _illegible_
S.Sch

---

Inmate Name Horn, George
DC# 637382
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

000133

**FLORIDA DEPARTMENT OF CORRECTION**

**Chronological Record of Health Care**

Allergies: Reglan Codeine Phenergan dairy products

| DATE/TIME | |
|---|---|
| 7.20-12 14:00 | S  Patient c/o right thigh pain no vomiting wound vac still on going — |
| | O  bp 138/91  P81  R20  T97.7 wound : no change  albmen (+) 8  50 lungs CTA×2  Hent RRR |
| | A  Rt thigh infected Sermng P  the some                                          F. Rodriguez-Garcia Sr. Physician SFRC |
| 7/21/12 | ✓ Tele. Rounds By Dr.: DIEGUEZ Pt. Condition & Treatment Discussed See New Orders [ ] No New Orders [ ]                                     F. Rodriguez-Garcia Sr. Physician SFRC |
| 7/2/12 7.10 | inc note: Wound Vac In place at 125, draining Red Fluid.                                                       T. Jou Registered SFRC |
| 7-21-12 1900 | Inc Note: Inmate received in w/c, c/o Constant pain to Right thigh wound. Wound Vac in Place and working well. Inmate receiving Morphine Elixir every 6 hours for pain relief. Inmate has a PICC line in his Right Arm-lines patent. Dressing noted to be loose- Dressing changed. Site intact, no redness noted. Vitals: B/P-122/82, P. 70, R-18, T-98° O2 Sat @ 98%. 1VAB - Rocephin 2 gm given in morning. No adverse reaction noted at this time (cont) Peggy Hernandez, LPN |

Inmate Name  Tom George
DC#  637382   Race/Sex (1) - male
Date of Birth _____
Institution  SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: _Reger Codein Phenergan dary fruhich_

| DATE/TIME | |
|---|---|
| 7/18/14 11:05 | INC. note. Wound Vac in place along right thigh draining at 12TCC. Next Wound UAC will be changed on Friday — TJoy RN |
| 7.18.12 12:50 | S. Patient denies pain at this time. - Bowel movement ok. No vomiting. |
| | O. VS T97² P72 R18 BP125/87 O₂ 99% wet mel mucos Lung CTA+2 C/S Ax Ox3 Heart RRR wound vac dsn. |
| | A. Rt thigh infected Seroma. |
| | P. The same treatment — F. Rodriguez-Garcia Sr. Physician SFRC |
| 7/18/14 13:50 | T. Joy Registered nurse SFRC |
| 7/20/12 10:15 | INC Note Wound care done. Vac done in place Right thigh area been fine NO infection. Wound around area. |

**Inmate Name** Horn, George
**DC#** 657158 **Race/Sex** B/M
**Date of Birth**
**Institution** SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| Allergies: | Reglan, Codeine, Phenergan, Dairy products |
|---|---|
| **DATE/TIME** | |

IC. Note:
Wound culture taken of right thigh + rear to
ab. Inmate had green drainage, MD informd
Wound C&K performed, see DC4. for —T.Joy

7-12-12  patient I/m vital sign this morning WNL

S/P right thigh cyst surgery, Hypt. Serjon
patient says that didn't rest well because
of the severe pain!

There is a muco-purulent, greenish
drainage material exiting from the
site of the drain incision.

patient was diagnosed c̄ c/s Tuberculosis A.
and has the proper antibiotic

* Morphine Solfate 10mg/5ml ⑥6h×7days
  DEA writer
* continue c̄ medication
* continue c̄ dressing changes QBID

SFRC

7/7/11   NC Note
13:45    Wound vac applied to right thigh 1/running
         continous at 125   —T.Joy

| Inmate Name | Horn, George | | S- Subjective Data |
|---|---|---|---|
| DC# | 65438 | Race/Sex  B/M | O- Objective Data |
| Date of Birth | | | A- Assessment of S and O Data |
| Institution | JFRC | | P- Plan |
| | | | E-Education |

Registered Nurse
SFRC

**FLORIDA DEPARTMENT OF CORRECTIONS**

**Chronological Record of Health Care**

Allergies: _Reglan, Codeine, Phenergan, Dairy Products_

| DATE/TIME | |
|---|---|
| 7/14/12 1400 | LPN Note: Wound Care for ℞ thigh was done. See form DC4-805, Will Continue to monitor — Milne RN/E. Pierre |
| 7/14/12 0930 | ✓ Tele. Rounds By Dr.: _Medina_ ✓ Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ☑     F. Rodriguez-Garcia<br>Sr Physician<br>SFRC<br>_G. ____ RN_ SRFC |
| 7/15/12 1300 | Tele. Rounds By Dr.: _Medina_<br>Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ☑    M. BARRETT, LPN    F. Rodriguez-Garcia<br>SFRC    Sr Physician<br>SFRC |
| 7/16/12 1410 | S - Patient c/o severe pain at right that he is not able to sleep.<br>O - VS T98 P73 R18 BP 126/70 O₂ 98<br>wound no change abscess romvn<br>Lungs CTAx2 Heart RRR<br>CN's A×O₃<br>A Rt thigh infected seroma<br>P See physician's order sheet. F. Rodriguez-Garcia<br>Physician<br>SFRC |

| | |
|---|---|
| Inmate Name **Horn George** | **S- Subjective Data** |
| DC# **637382** Race/Sex **W/M** | **O- Objective Data** |
| Date of Birth | **A- Assessment of S and O Data** |
| Institution **SFRC** | **P- Plan** |
| | **E-Education** |

FL... . DEPARTMENT OF CORRECTI...

**Chronological Record of Health Care**

Allergies: Reglan Codeine Phenergan Dairy products

| DATE/TIME | |
|---|---|
| 7.13.12 | 5 Patient still c/o right I thigh pain associated with abundant drainage from puncture sites. non-radiating symptoms / Smile movement OK |
| | O VS BP 112/71 P 69 R 18 T 97⁵ T 98' R thigh (thigh) swollen - deep puncture ulcer c̄ abundant yellow drainage Lungs CTA x2 Heart R.R.R. |
| | A R+ thigh infected Seroma |
| | P The same treatment ___ F. Rodriguez-Garcia BY Physician SFRC |
| 7/13.12 | Inc 1 Note 1 M in ... von ... on bed His T is 97.6, P 75, PP 99, B.P. 113 He ... ∆∆0X3. He ... his ... son both niches ... ↘ IR R.X 1/4 R |
| 7/14/12 1100 | ✓ Tele. Rounds By Dr.: Medina ✓ Pt. Condition & Treatment Discussed See New Orders [____] No New Orders [____] L. Cooper LPN SFRC |

Inmate Name Horn George
DC# 637382    Race/Sex W/m
Date of Birth ____
Institution ____ SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Reglan Codeine Phenergan Dairy products

| DATE/TIME | |
|---|---|
| 7-12-12 1500 | S 5D y/o WM who had a ℞ hip replacement 1999 The pt. developed a complication of that surg, and the prothesis was replaced for a new one. The patient has been in several post-op complication with as osteomyelitis among others - on PE showed a large fluid collection on Right side - after many days at KRMC he was discharged c diagnosis of INFECTED SEROMA |
| | O VS T 97⁴ P 28 R 18 BP 121/72 O₂ 100%₁₃ ℞ thigh; swollen all over hung crazy tenderness - Deep Hunt RRL ulcer on posterior aspect Call Aox Ox3 |
| | A S/P ℞ thigh infected Seroma |
| | P See physician's order sheet F. Rodriguez-Garcia Sr Physician SFRC |
| 7/12/12 1530 | INC Note. Wound care Provided to inmate, arrived thing area. Noted ooozzee Draine. Amount of Drainage (red) No Inflammation of adema at site. Colbers c N/S And) Wet to Dry Drsg applied as per Medical Procedure. Wound. |
| 7/13/12 | Inc. Note Wound 1ce 4.2 x 1.5 x 2.1 cm with tunneling Multi Red Wound with Red drainage - Wound cate performed, cell DCY-J0.7 T. Joy |

Inmate Name Horn, George
DC# 637382   Race/Sex WM
Date of Birth
Institution   SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

T. Joy
Registered Nurse
SFRC

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care



Allergies: _____

| DATE/TIME | |
|---|---|

M. BARRETT, LPN
SRFC

SRFC

| Inmate Name | |
|---|---|
| DC# | Race/Sex |
| Date of Birth | |
| Institution | |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTION**

## Chronological Record of Health Care

| Allergies: | Reglan, Codeine, Phenergin, Dairy Products |
|---|---|
| DATE/TIME | |
| 7/11/12 05.00 | Inc. note: RTN from KRMC via W/C. S/P I+D of (R) hip, S/P (R) DL puc line placement. MRSA of H/o depression. (R) hip day is C/O/I. D/c puc line in place to (e) brachial area. C/O pain. Medicated c̄ Motrin 600 mg PO as MD's orders. See DC4-714B, DC4-714A, DC4-683W, DC4-804 for full assessment. Placed in stom M1113. MD Flu pending. Cont. to observe. _____ BAZERBELL, RN SFRC |
| 07/11/12 0300 | Inc. note: Dr: SP I-D of a hip. I'm received Ancef x3 USS, ⊕ SB at denies CM dished. W.'ll continue to monitor Pt. safety of contact. Kevin J. Whaley _____ |
| Jul 11 2012 9 — | Patient I'm noted 8 gu : 98 73 114/76 20 99% S/P night high cyst drain. Medication were re-new. Transfer the patient to the F. door. _____ Kevin Whaley PA 07/11/12 0920 _____ g. Hassold. CNO SFRC 19 2012 |

| Inmate Name | Horn, George |
|---|---|
| DC# | 637382 Race/Sex W/M |
| Date of Birth | |
| Institution | SFRC |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS

## Chronological Record of Health Care

Allergies: Codeine, Phenergan, Reglan, Dairy products

| DATE/TIME | |
|---|---|
| 06/11/12 1402 | Inc. Note: I/M was seen in Sick Call for Medication Renewal. Order received and Submitted to Pharmacy — I Pierre, LPN/E.Pierre |
| 6-12-12 10:15 | Rehit. Follow up Medical Clearance — Michele Unell CP. |

6/13/12
1030

S: Thru Care for medical clearance evaluation. He is 140 (R) Thigh large cystic mass. Painful. Long fine.

O: V/S. BP 119/70   P: 71   RS 18

Lab. CBC → WNL   DT = 13.4
Cmp /   PTT = 31.5
                 INRs 1.1

EKG → WNL.
CXR /

A: (R) Thigh large cystic mass.

P: Surgery To Remove The Cyst.
   Dx: Q; THR - Osteomyelitis
   Mgs. Hep C
   H/ Deging lumodi.

P: Approved medically cleared for surgery.
P. Medina, MD SRFC

| | |
|---|---|
| Inmate Name Horn George | S- Subjective Data |
| DC# 637382 Race/Sex W/M | O- Objective Data |
| Date of Birth | A- Assessment of S and O Data |
| Institution SFRC | P- Plan |
| | E-Education |

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000142

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: _____

| DATE/TIME | |
|---|---|
| | Sick call refers |
| 6/1/12 | Pt did Sick call to new due + Pams. |
| | 4000 erl dur new W/c pas new |
| | Pt send of Jx / a huge Cxor Thialr. |
| | T. DISQUEZ M.D. SFRC |
| 06/05/12 16:00 | Inc Note : TM Was seen in Sck Call for mass Renewal. Mass Was issued — MuenePN/ E. PIERRE |
| 6/7/12 10:00 am | LABS CMP, CBC, PT PTT, U/A & EKG. DRAWN DATE: 6/7/12 TIME: 10:00 INITIAL: AL for Pre-Op. I. Montul JTELC phlebotomisy |

| Inmate Name | George Horn |
|---|---|
| DC# 637582 | Race/Sex W/M |
| Date of Birth 4/30/82 | |
| Institution SPRC | |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

SEE VOLUME # 2 FOR

CURRENT HEALTH STATUS.


THIS VOLUME CONTAINS

RECORDS ENTRIES FROM

_6-11_ TO _5-12_

MO. / YR.        MO. / YR


THIS RECORD THINNED ON:

8-24-12

MONTH/DAY/YEAR


BY: _____
Kidada M. Walker, HIS
SFRC


NAME STAMP: _____
Kidada M. Walker, HIS
SFRC

000144

**FLORIDA DEPARTMENT OF CORRECTIONS**

**Chronological Record of Health Care**

Allergies: CODEINE / PHENERGAN / REGLAN / DAIRY PRODUCTS.

| DATE/TIME | | |
|---|---|---|
| 5/25/12 | LABS DRAWN | Dilantin level, LFT'S |
| 10:15 | DATE: 5/25/12 | |
| acm | TIME: 1077 am | I. Montiel |
| | INITIAL: | SPR C |

5/29/12 Inc Nate Typ i SelcCells phlebotomist
1100 Reg Venewal g MS Contin. Repulled to Dr. Hossemi Zephilban
MAY 2 9 2012 patient will - seen this morning in the
1120 medical dep.

Vital sign wwvl

looks well, but is mild disco-fort

patient has a huge right upper tyg
cyctic formation, measuring 15x15+20 cm

fluctuant, painful on tech and there
are 2 small opening ε muco-prulent
material secretion

cutone and sensitivity c/s was done
patient just finished the antibiotic
threapy (Becktin + Cipro)

Motrin 600 mg PO BID x 10 days
MS Contin 15 mg PO TID x 10 days

patient has surgical opp. sched.
all work (radiologcal was done)

S. Hosseini
CHO
SFRC

| Inmate Name HORN, GEORGE | S- Subjective Data |
|---|---|
| DC# 637382  Race/Sex W/M | O- Objective Data   MAY 2 9 2012 |
| Date of Birth | A- Assessment of S and O Data |
| Institution SFRC | P- Plan |
| | E-Education |

FL⬤ PARTMENT OF CORRECTI⬤

## Chronological Record of Health Care

| Allergies: | Ho of Hep C, Seizure disorder, Vitiligo |
|---|---|
| DATE/TIME | |

MAY 24 2012

10|0

S/O R-Fight Cyst aspiration x/2

I/m c large right tigh cyst + infected

patient looks in moco-fort and pain

There is a cystic formation particularly collapsed by external opening measuring 15 x 22 x 20 cm to calitate on right upper tigh, fluctuant, mildly soft, painful on touch and then is evident of muco-prolunt material secretion from the opening (2 small hole)

- patient has had ortho-consult for eventual removal of the cyst- plus, several radiological examination as well as laboratory hle work.

- patient is on antibiotic (cipro + Bactrim) for bacterial coverage

- Ms contix 15 mg PO TID x 3 days
- motain 800 mg PO BID x 14 days

S. Hasson
CHO
SFRC
10/0

MAY 24 2012

Inmate Name Horn George
DC# 637352 Race/Sex M/17
Date of Birth
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 10/31/08)

000146

**FLORIDA DEPARTMENT OF CORRECTION**

## Chronological Record of Health Care

Allergies: CODEINE / PHENERGAN / REGLAN / DAIRY Products.

| DATE/TIME | | |
|---|---|---|
| 5/10/12 ⊕ 10:20 9am | LABS DRAWN _____ IrON, ferritin _____ | 1. Montiel SARC phlebotomius |
| | DATE: 5/10/12 | |
| | TIME: 10:20 | |
| | INITIAL: _____ | |
| 05/15/12 1005 | Inc NDKI I/M was seen in Sick Call for medication Renewal. Will refer to POD today | _____ E. BERRE |
| 5/22/12 1000 | Inc Nool: I/M Seen in medical for Renewal's M/S Contin. Referred to POD for evaluation oral | Sill Call Pol A |

| | |
|---|---|
| Inmate Name **HORN, GEORGE A.** | S- Subjective Data |
| DC# **637382** Race/Sex **W/M** | O- Objective Data |
| Date of Birth _____ | A- Assessment of S and O Data |
| Institution **SFRC** | P- Plan |
| | E-Education |

FLORIDA DEPARTMENT OF CORRECTION

## Chronological Record of Health Care



rgies: Codeine Phenergan Reglan, Dairy Products.

| DATE/TIME | |
|---|---|
| 5/8/12 - | One Note - Medical clearance for |
| | Surgery. @ A. PANTALEO, LPN SFRC |

A. PANTALEO, LPN
SFRC

A. _____ MD
Physician
SFRC

**Inmate Name** Hann George
**DC#** 637382 **Race/Sex**
**Date of Birth**
**Institution** SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FL... .DA DEPARTMENT OF CORRECTIONS

## Chronological Record of Health Care

| .es: | |
|---|---|
| .E/TIME | |
| 5/4/12 | P/O  At thigh  mass. |
| 9.20 | (Ate  b  A.o. |
| | As yea  CHO  note  ptie s  selven  P-S o |
| | soon. |
| | Labs  down  4/25/12 |
| | O/A  neg  CMP  WNL |
| | CBC  Hgb 11.5/39.1  E  ROW ↑ and |
| | MCHC U. |
| | PrPTT  xoy |
| | co  Dec 1°  Hgb  us  13.2 |
| | He  lev  abr  Sen  ui 4m. |
| | and  tudier  looks like  I'm default |
| | order  Heuno cult |
| | CBC  Im + Ferutic  ASAT. |
| | Start  TX E  Im  after Labs |
| | cxty  stored  were Circus anten  devoting |
| | rok  do  repeat  AP and Iatim (done). |
| | A.  Anemia / Nbn  x hy |
| | P-  XIy repeotra tom —  look fire. Wait |
| | Dr  repart. |
| | CBC  Im  Ferut  ASAP. |
| | Hems curr  C can  fires |
| | Ferro super  320  bue  50 d |
| | foce  aere  igr / mg  go  St 30 P |

| Inmate Name | horn George | | S- Subjective Data |
|---|---|---|---|
| DC# 637382 | Race/Sex W/M | | O- Objective Data |
| Date of Birth | | | A- Assessment of S and O Data |
| Institution | SPR | | P- Plan |
| | | | E-Education |

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care



Allergies:

DATE/TIME PROBLEM LIST

| DATE | LABS | |
|---|---|---|
| 4/25/12 | DRAWN | — CNP — EKG |
| 9/5 | DATE: 4/25/12 | — CBC |
| | TIME: 9:35 | — PT PTT |
| | INITIAL: | — Hemocult |
| | | — u/A |

N. Heredia
H.S.T
R.C

5-1-12
1110

patient Ihr = Huge Right hip Cyst

surgery was scheduled for him sometimes
next few days

to pained 1/m w/c review

pat'l+ has pass for w/c for 2 mon
months

DR. S. HOSSEINI
CHO

Inmate Name: Bird, George
DC# 627438
Date of Birth
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS

## Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|
| | *handwritten clinical notes* |



S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

Inmate Name

DC#

Date of Birth

Institution

**FLORIDA DEPARTMENT OF CORRECTIONS**

## Chronological Record of Health Care

Allergies: _NKDA_

| DATE/TIME | |
|---|---|
| 4/6/12 1500 | [handwritten clinical notes — largely illegible] |
| | P. Medina, MD SRFC |
| | |

Inmate Name _Horn / George_
DC# _C6 37 3 F 2_   Race/Sex _W/m_
Date of Birth _____
Institution _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

000152

FLORIDA DEPARTMENT OF CORRECTIONS

## Chronological Record of Health Care

Allergies: _____

DATE/TIME

SICK-CALL

DATE: _____ TIME: _____

T. ___ P. ___ R. ___

c.c. _____

Ser D4-68w

N. Clarksanit rm

Inmate Name _____ George

DC# 637392

Date of Birth _____

Institution _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DEPARTMENT OF CORRECTION

## Chronological Record of Health Care

Allergies: _____

| DATE/TIME | |
|---|---|
| 3/27/12 10:40 AM | Eng Note: I/M was seen in Sick Call for med renewal medication rendered _____ MD _____ E. Pierre |
| 4/2/12 1:55 | Ph-Inc Note: Inmate was seen in Sick Call for medication renewal. Wrote received and carried out _____ E. Pierre |
| 4/5/12 1325 | Inc N'ote: I/M seen in medical for sick call for renewal of MS Contr. Submitted request to Dr. Hossein for renewal. Nicholson-it Dr Hossein met w/ Pt actg CHO, MS Contr will not be renewed. I/M only allowed OTC. Buprofen. 10 packets given to inmate for pain. _____ N. Chausaint au |

---

**Inmate Name** Horn George
**DC#** 637282  **Race/Sex** W/M
**Date of Birth** _____
**Institution** SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FL... DEPARTMENT OF CORRECT... NS

**Chronological Record of Health Care**

TIME

20/12 9:30AM - Inc Note: Inmate was seen in Sick Call for copy of Pass. Copy of Pass issued
Dieudonne E. Pierre

3-23-12 11- patient is seen this morning in the office complaining of the pain right thigh

There is a large area measuring 15 x 15 x 10 an cystic formation localized right thigh painful on touch and movement

A NM bone scan 3 phase was done (3-14-12) which showed evidence of hyperemia at the wall of the large fluid collection at the medial aspect of the right thigh c no evidence of the bony involvement or bony destruction!

patient has ortho appointment for eventual surgical treatment.

MS contin 10 mg Po TID x 7 days

DR. S. HOSSEINI CMO

3/23/12 Inc Note.
As per pill line nurse MS Contin 10 mg not available → 10 mg pill
Rx change same x 3 day
Re evaluate after

Inmate Name Horn George
DC# 637382 Race/Sex B/M
Date of Birth [redacted]
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

... SFRC

**FLORIDA DEPARTMENT OF CORRECTIONS**

## Chronological Record of Health Care



gies: DR/AN, Cudline

| DE/TIME | |
|---|---|
| 5/14/12 | Innic Note: I'm transfer from Denia |
| 2220 | Regional Hospital via State Vehicle. |
| | PRN PM. Bone Scan RTD/ec. Notify PM. |
| | Call Physician orders given. Will Continue |
| | to monitor |

Temp-stamp
Ndt

Inmate Name Horn (Silbert's A
DC# 637382
Date of Birth
Institution SPIC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:



| DATE/TIME | |
|---|---|
| 3-7-12 | Sick call refus-ed |
| 3/7/12 | Sick call. referral Rt Thigh mass |
| | As the pt'e c a huge mass on Rott thigh he was advise last week that Sx was approved. and will be done by Dr Cohn in Kroc. Pt requesting Ibuprofen & pain and new tennis. |
| | A. ① thigh mass. |
| | P. New Pass (duty) New Ibuprofen F/U prn |

T. Dieguez, M.D.
SERC

| 3-7-12 | |
|---|---|

Inmate Name: Horn George
DC#: 637383
Date of Birth: ▉▉▉▉▉
Institution: SFA

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS

## Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|
| FEB 29 2012 | Patient Ilem vital sign wvl |
| 1510 | Under local anesthesia & lidocaine 1%, (2cc), after prep and drap in sterile fashion a needle was insurted to the cystic county and evac of the dental department vacu #1100 ic cystic fluid was drained. No bleeding, oozing was observed post Lab well |
| | Dr. Preclian was assisting me drain proscol |
| | Bernal Tooing BID x 14 days DR. S. HOSSEINI CHO |
| 3/2/12 10:00 | Seen in U. Nea M.D. Harris Mental Health Specialist filed FEB 00 2012 |

---

| Inmate Name Tommy George | S- Subjective Data |
|---|---|
| DC# 637317 Race/Sex W/M | O- Objective Data |
| Date of Birth | A- Assessment of S and O Data |
| Institution SRCC | P- Plan |
| | E-Education |

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

000158

... who came today with R thigh pain ...
of TXR (R) back in 2001 complicated by ... ...
... now s/p IV antibiotics ... ...
thigh pain ... a huge ...
anterior thigh mass

— Ex large cystic-like ... anterior (R) thigh ...
... painful to palp.
... (R) hip may ... good R.O.M. ...

— Xray: ... s/p (R) hip implant non-cemented ...
... what looks like a ... osteolysis of the proximal
femur

Dx: s/p (R) TXR
1. large (R) thigh cyst
2. possible polyethylene wear-induced ...

... Three phase bone scan to r/o acute infection
... next appointment in ... ... ...

A. Acevedo, MD
Physician
SFRC

000159

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care



| Inmate Name | Horn, George | S- Subjective Data |
| DC# 6 3 7 3 8 7 | Race/Sex W/M | O- Objective Data |
| Date of Birth | | A- Assessment of S and O Data |
| Institution SERe | | P- Plan |

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 5/07)                                                    000160

**FLORIDA DEPARTMENT OF CORRECTIONS**

**Chronological Record of Health Care**

e. Themezan, Megan, Daisy Thockness

|  |  |
|---|---|
| | In. Note: Pt'n seen in medical for Sick Call |
| 1300 | Requesty drainage of Right thigh man. depose ed to Dr. Hossini for weekly drainage as scheduled. —> |

N. CLAIRSANT RN
SFRC

1-27-12 — Patient I'm vital sign wNL afebrile eyst looks in mild distress.

There is a huge right man which apparently co-join and cause pain. Under local anesthesia c wilocain 1%.(2cc) after prepped and drap in sterile fashion c a 14g needle # 600 ml mucos-prulent-yellowish-dense material was drained. # bleeding was observed during and after the procedure. patient tolerated well

N. CLAIRSANT RN
SFRC

Dr Hosseni

---

2/1/12 — In. Note: Tpt seen in medical dr Sick Call Requesting Syringes
1600 — for medication. Upon chart review it's been had already. Disenbur
Paperwork Plargyl.

| | |
|---|---|
| Inmate Name | Horn, George |
| DC# | 137392 |
| Race/Sex | W/M |
| Date of Birth | |
| Institution | SFRC |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

O. Mrs. Signed off. Inmate instruct to Report to pill line for meds;

N. CLAIRSANT RN
SFRC

FLORIDA DEPARTMENT OF CORRECTIONS

Chronological Record of Health Care

Odeine, Pheverya, Reegler / Dong Products.

| c. TIME | |
|---|---|
| 1-9-12 | Du hite. GCADC Clue Rea Fa DCG7011 |

M. Vassell, SR. LPN
SFRC

JAN 10 2012 — Patient Ifla vital sign WNL

1030 — Hx of Right tigh cystic formation

Under local anesthesia, after prepped and drap, in skil fashion. (anesthesia
E lidocain 1% 2cc), the right
tigh cyst (which measure 18 x 22 x 20cm)
was drained.

# 600 cc muco-purulent material
was asporated and ¢ bleeding
was observed during and after the
procedure.

tightly dressed E adhesive gauze

His Fernandez was assisting me
during the procedure.

patient ortho-visit pending

K. FERNANDEZ, LPN
SFRC

DR S——SEINI

JAN 10 2012

Inmate Name: Horn George
DC#: 637387
Date of Birth: ▮▮▮▮
Institution: S?E

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies:

| DATE/TIME | |
|---|---|
| 11/23/11 10:05 | Seen in M. Hec. D. Harris Mental Health Specialist SFRC |
| 12/1/11 10:15 | TNK Note: Lab work was Done 12/1/11. CBC, CMP, CEA, Hep.C. [signature] |
| 12/7/11 1400 | Seen in Mental Health D. Gordener ARNP SFRC |
| 12/13/11 0945 | In a Note: The M. seen in medical for Sick Coll request, pass for Seg, [illegible] kupweis refel + y600 cool did pass. [illegible] Subrutted & KOD to serves. weigh & 150, hti 6'3. N. CLAIRSANT RN SFRC |
| 12/14/14 | hrc, hat[illegible]? |
| 1430 | The pms, 4000 cal diet was Renewal & 3 months. N said / Renewal y 30 days. Pt. porting curt medical Treated. D. Medina, MD SRFC N. CLAIRSANT RN SFRC |
| 12/21/11 15:00 | Seen in M. Wea [illegible] D. Harris Mental Health Specialist SFRC |

Inmate Name _____
DC# 637_____  Race/Sex W/M
Date of Birth _____
Institution SHLC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 5/07)

000163

FLORIDA DEPARTMENT OF CORRECTION

**Chronological Record of Health Care**

Allergies: Codeine/Reglan/Phenergan/Diary Products

| DATE/TIME | |
|---|---|
| 10/26/11 9:00 | INC NOTE: Received flu vaccine. Refer to DC4-710B _____ Bolard C. BOILARD, RN SFRC |
| 10/26/11 13:00 | seen in Mental Health _____ D Harris Mental Health Sp. SFRC |
| 13:00 | |
| 11/2/11 13:25 | Seen in Mental Health _____ D. G. |
| 11/4/11 10:30 | Tr. Notes T/M seen i medical pr S.k Call requesting renewal j Ibuprofen 600mg and also states he's here to have weekly drainage o Right thigh Cyst. Consulted with Dr. Assein. he replied weekly drainage o cyst to determine... N. CLAIRSANT RN SFRC Per Dr. Hosseini, he will decide Whether to drainage or not to drain cyst on Monday, Nov 7 pending MR I results. Inmate in bunk. _____ N. CLAIRSANT RN SFRC Still Call |
| 11/7/11 13:10 | Inc Note T/M states he is here for weekly drainage o Cyst. Dr. Hosseini agreed to perform incision o drainage. _____ N. CLAIRSANT RN SFRC t Hexneu al o Theupro den _____ L. Cooper LPN |
| 11/17-11 11/16 | Under Local anesthesia with lido came after ... proposed and dry # 700 cc fluid, ... site was aspirated ... Cystic formation. dressing of ... STE patient tolarated well. _____ S. Hussein CHO SFRC |

**Inmate Name** Horn, George
**DC#** 637382 **Race/Sex** W/M
**Date of Birth** ____
**Institution** SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

NOV 17 2011

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210    000164

**FLORIDA DEPARTMENT OF CORRECTION**

## Chronological Record of Health Care

Allergies: *Codiene Pherozen Reshy*

| DATE/TIME | |
|---|---|
| 09/22/11 10:00 | Discharge Note: Inmate D/C to G-2106. V/S stable at this time. Wheelchair 9 Van per MD orders. C. pass- Educated Inmate about pill line finae. Voiced understanding. Educated Inmate to ELY. C medical PRN. — C. HOWARD. SFRC |
| 9/21/11 11:00 | Seen 1 ^ Henley Dec C D Harris Mental Health Specialist SFRC |

**SICK-CALL**

| | |
|---|---|
| 9/23/11 10:10 | DATE: 9/24 TIME: 10:10 1. 97.9 P. 69 R. 18 C. 117/69 148 c.c. right leg mass full fluid nurse one week also request Keav.the referral to A. Costillo. See RCP-683 w/ferale cell. Dr. Hassani — 48hour/24 hr lunhua 2 hour SFRC |

Inmate Name *Horn, George*
DC# 637382
Race/Sex N/M
Date of Birth
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DEPARTMENT OF CORR

## Chronological Record of Health Care

Allergies:

DATE/TIME

**10-4-11**

Pat. I lne vital sign wnl looks in mild distrem and pain

Then is a luge left tigh cystic formation measuring 10 x 15 x 15 cm painful on touch & not hard. apparently there is fluid present.

patient says that the size of the neo-formation increased during the last few weeks.

An aspiration of the cyst was done in the hospital and the fluid was sent for cytological examination but no result of pathology we have at this time.

After prepped and drys in steril position, under local anesthesia with lido cain 1% (2cc), # 600 cc fluid was aspirated from the cyst. the fluid appeare turbid! patient tolerated well and the cystic formation was collapsed after the procedure.

Dressing of the site slightly.

Continue medication and treatment for the cytologic cell result and

Inmate Name **Horn Glassy**

DC# **C37382**   Race/Sex

Date of Birth

Institution

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DR. S. HOSSEINI
CHO

000166

**FLORIDA DEPARTMENT OF CORRECTION**

## Chronological Record of Health Care

Allergies: Codeine / REGlAN / PhenerGAN / Diary Products

| DATE/TIME | |
|---|---|
| 10-21-11 1450 | Patient I/m virtual sign WNC |

After prepped and draps in skin. fashion, under local anesthesia with

Lidocan 1% (2EC), the agit or right tigh was aspicated about (280cc)

fully, serb-sanguinous fluid. No samples were send for pathological examination (last week we sent for examination)

patient tolerated well the procedure. No bleeding, oozing was observed after the procedure.

Mr. Boilard was anxity me during the procedure.

Tight dressing was applied.

Re- nothing 600 — PO BID X21 day wearing orthos consult

C. BOILARD
SFRC, RN

Inmate Name Horn, George
DC# 637382    Race/Sex W/M
Date of Birth _____
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS

## Chronological Record of Health Care

**Allergies:** Codeine, Phenergan, Hedava

| DATE/TIME | |
|---|---|

Duplicate copy or diet pass tag given

SICK CALL + Renewal g Cold Crunk, Nesreked

DATE: 10/19/11 TIME: 1100

T. 97.9 P. 76 R. 12 Sit 102/72 activity pass(oflift, pushing, pulling

Painful Cyst at Rt upper Thigh see OC47283 Q

N. CLAIRSANT RN
SFRC

also - Renewal g Ibuprofen 600u

---

| Inmate Name | Holt, George | | **S- Subjective Data** |
| DC# | 657382 | Race/Sex W/M | **O- Objective Data** |
| Date of Birth | | | **A- Assessment of S and O Data** |
| Institution | SPM | | **P- Plan** |
| | | | **E-Education** |

FLORIDA DEPARTMENT OF CORRECTIONS

## Chronological Record of Health Care

Allergies: Codeine, Phergan, Reglan

| DATE/TIME | |
|---|---|
| 10-5-11 10/15 ℣℣B | LABS Dilantin<br>DRAWN DATE: 10-5-11<br>TIME: 101<br>INITIAL: ℣℣B |
| 10/6/11 | Inc note: I'm seen in medical for sick call c/o cyst on (L) inner thigh. I'm was seen for same reason by CHO on 10/4/11. Cyst was drained. Also referral and seen by Gen. Surg & has pending consult for orthopedics. I'm states the cyst has become enlarged again c̄ ∅ pain or discomfort. ∅ s/s of infection noted. V/S WNL. I'm educated on s/s of infection and advised to return to medical immediately should any s/s arise or worsen. I'm voiced understanding. Had ∅ other complaints & this time. Referred for appt. c̄ Dr. Hosseini for further assessment. Wallation.<br>K. FERNANDEZ LPN SFRC |
| 10/12/11 1355 | Seen in Mental Health — D. Gardener ARNP |

Inmate Name Tim George
DC# 637382    Race/Sex W/M
Date of Birth ▓▓▓▓▓
Institution S.F.R.C.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

| Allergies: | ~~illegible~~ |
|---|---|
| **DATE/TIME** | |

| | |
|---|---|
| 9/3/11 340 | SEEN IN MENTAL HEALTH |
| | A. Peralto, M.D. Psychiatrist Martin CI |
| 9/13/11 | |
| 9/21/11 1855 | Inc. Note: J/M complained KRUC. VIS 127/89 3, 19, 97.5, 100% O2 RM all call plan to DR Castillo ordered 23° OBS. @ ... pain @ ... @ denium/dysuria ... x3 I'm at ... ... to void ... we will cont to void call. Patient's will follow adrienne Da |
| 9/22/11 0024 | Inc. Note: Recieved J/m in bed lying down wht/pt3. No SOB and no distress noted. J/m denied c/o pain except in the absence leg upon touching or vigorous movement. The (R) leg was swollen. Dx S/P abs-cess drcinage in the R leg. J/m v/s monitore. R 20; P 72, @ 99% T°97°6, BP 126/86. J/m was in stable condition. — ... alleys cyn J, LPN/u |
| 09/22/11 0800 | Inc. Note: Dx: S/P Abscess Drainge: J/M received A/Ox3, VS= 119/83 96.0, 18, 78, 99%. Will continue to monitor for Safety and Comfort. Kevin J. Whaley, RN ... PCC |
| 9-22-11 | under local area ... J/M ... #360 CC Cystic fluid was drained. ฿ bloody. The fluid ... closely! Compressive dressing ... Kevin J. Whaley, RN |

| | |
|---|---|
| **Inmate Name** | John George |
| **DC#** | 102... Race/Sex B/M |
| **Date of Birth** | |
| **Martin Correctional Institution** | |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS

# Chronological Record of Health Care

Allergies: Codeine Phenergan Keflex dairy products

DATE/TIME

9/6/11 9:50 — Incidental note
Found Dilantin levels on toxic range 730 (32.9)
Dilantin decrease from 300 mg/200 mg AM/PM to 200/200 : AM/PM today

J. Delgado MD.
PHYSICIAN MARTIN CI

9/6/11 1630 McKenna

T.L. McKENNA MARTIN CI

DOCTOR'S CLINIC — Neurology Clinic

Date/Time: 9/9/11 1950
T 98.3 P 90 BP 108/75
R 16 WT 150

9/9/11 1200 — Incomplete
McCarthy X2 — See [illegible] 9/9/11

Nurse Practitioner Martin CI

McK 9/9/11 1410 McKenna

T.L. McKENNA MARTIN CI

Inmate Name [illegible]
DC# 637382 Race/Sex WM
Date of Birth [redacted]
Martin Correctional Institution

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| Allergies: | _See problem list_ |
|---|---|
| **DATE/TIME** | |

8/31/11

1415  General consult revised for Jim W____
Highmaso. Per recommendation 1/m
E hip (R) hip replacement × 4 and
need to be seen by orthopedu Br
debadement and depsulotomy of recurrent
leg mass post hip replacement. Will
refer to ortho accordingly.

T. Pelton, ARNP 8/31/11
Nurse Practitioner
Martin Cr

9/4/11
1313  _____
        _____
        _____
        _____
                                    P. JEFFERSON, RN
                                    MARTIN CI

LABS DRAWN  CMP, DILANTIN LVL

DATE  9/7/11                    LATE ENTRY
TIME  0730
INITIALS _____              Phlebotomist

| Inmate Name | _SMITH, GEORGE A._ | S- Subjective Data |
|---|---|---|
| DC# | _637382_ | O- Objective Data |
| Date of Birth | Race/Sex M/W | A- Assessment of S and O Data |
| | | P- Plan |
| | | E-Education |

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: _See Problem List_

| DATE/TIME | |
|---|---|
| 8/2/11 1603 | Incidental Note: ROI Completed + R+ do Brian's G. Pail for Reviewing records for continuity of care. Ortho. Williams e Physe. _D. Jones HIS MARTIN CI_ |
| 8/2/11 1115 | Inc note: I'm seen by CHO, told CI until outside records come in. SSurg Consult Appt Made. _E. GORE-ROSE SECRETARY SPECIALIST Martin CI_ |
| 8-19-11 1130 | Seen In Mental Health    _D. Parnell, LMHC Mental Health Specialist Martin CI_ |
| 9/25/11 1445 | Inc Note: Return from outside hip A/OK3 in W/C, can given per pass: GOK? 1/2 thigh 0-10=0 IM had pain ibuprofen. May return to F dorm. R Campbell nd |

Inmate Name _TORN_
DC# _637382_
Date of Birth _____
**Martin Correctional Institution**

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Codiene, Phenergan, Reglan

| DATE/TIME | |
|---|---|
| | FW-3week |
| | B leg mss |

## DOCTOR'S CLINIC

Date/Time: 8/2/11

T 98.2   oFP 89   BP 111/72 mmHG

R 10   WT 153.2

11/31' ) nnite c large R leg maes
Hnd w/u (w/ Broxod)
conty Jtwd including

US / CT SCan + Surgicul
Conbsk. His Sqmes rulys C.

0- VS apelse
R thigh leg mass   0.5 x 11.5

A - R leg mass

P - ROI Sqred to obtain
Records from Broward
Conty Jail to accompany
Inmate to surgical
Consult

M. CHRYSSIADIS
MARTIN CI

Noted 8-2-11 1200

Inmate Name: Horn, George
DC# 637389   Race/Sex W/M
Date of Birth
Martin Correctional Institution

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

000174

**FLORIDA DEPARTMENT OF CORRECTIONS**

# Chronological Record of Health Care

**Allergies:** Codeine, Phenergan, Reglan, Dairy Products

| DATE/TIME | |
|---|---|
| | cont'd |
| 7/12/11 | A – ① Seizure Disorder |
| | ② h/o Hep C Virus |
| | ③ Joint Pain NOS |
| | ④ (R) leg cyst ~ mass |
| | P – ① Continue Dilantin as ordered |
| | ② Motrin 600mg PO BID PRN X6mos |
| | ③ Local wound compress prn |
| | ④ wheelchair pass / low bunk / cane / restricted seizure activity pass renewed today |
| | ⑤ Urgent CT scan of (R) leg mass |
| | ⑥ Has pending general surgeon consult see Addendum today |
| | ⑦ Rev in 3wks |
| | ⑧ Enhanced dressings requested by Pt |
| | ⑨ Dandruff Shampoo |
| | [signature] Nurse Practitioner Martin CI |
| | noted 7/12/11 2200 C. SADOFSKI, RN MARTIN CI |
| 7/12/11 2240 | 24° Chart ✓ — B Godejohn SIPN; BGodejohn SIPN Martin CI |
| 07/25/11 1510 | Consultation/Prior approval Related Information processed & scanned to U.M. CT EMRose E. GORE-ROSE SECRETARY SPECIALIST Martin CI |

**Inmate Name** Horn, George
**DC#** 637382 **Race/Sex** W/M
**Date of Birth** [redacted]
**Institution** Martin Correctional Inst.

**S- Subjective Data**
**O- Objective Data**
**A- Assessment of S and O Data**
**P- Plan**
**E-Education**

000175

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| Allergies: Codein, Phenergan, Reactan, Dairy Products | |
|---|---|
| **DATE/TIME** | Incidental Note: Inmate arrived at Martin Correctional Institution |
| 7-12-11<br>1030 | From: SFRC |
| | with ☐ Medical file |
| | with Ⓞ Inactive file (s) |
| | with Ⓞ Infirmary file (s) |
| | with ☐ Dental file (s) |
| | with ☐ Mental health file (s) |
| 7/12/11<br>1240 | N BY PSYCH NURSE<br>... ED -<br>... OUT SCHEDULED -<br>P. Primus. R.N.<br>Psychiatric Nurse<br>Martin CI |
| 7/12/11<br>1525 | DOCTOR'S CLINIC<br>Date/Time: 7/12/11<br>T 98° ofP 82 BP 137/91 mmHG<br>P 116 WT 158<br>new groin - Outstanding<br>surgical referral, need<br>evaluation ® leg mass,<br>bruedly for<br>O2 sat -100%<br>S. Brady<br>SLPN<br>Martin CI |
| 7/12/11<br>1545 | S - 7mm is a new c/ain to MCI. referred today for large cystic mass to ® leg X 4 yr getting large. h/o (R) hip replacement and back surgery in past also seizures/Hep C virus. No MRI 1980 causing seizures · Pain 8/10<br>® leg<br>O - US BP 137/91 HOSmt · flakes on scalp<br>(R) leg C 10.5 inches X 11.5 inches cystic mass/tender to touch non mobile. At this point Tim needs urgent Ortho no malcompenum. |

| | |
|---|---|
| **Inmate Name** Horn, George<br>**DC#** 637382<br>**Date of Birth**<br>**Martin Correctional** | **Race/Sex** w/m<br>S- Subjective Data<br>O- Objective Data<br>A- Assessment of S and O Data<br>P- Plan<br>E-Education |

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| Allergies: | Cogeme, Phenergan, Reglan, Dairy Products |
|---|---|
| **DATE/TIME** | |
| JUN 2 3 2011<br>12- | N̄ₒ S̄ luru.<br><br>J. M. Limic<br>Psychiatrist |
| 0347<br>0945 | INC NOTE. I/M in PDU for Falvo Clinic. No<br>Voiced complaints made at this time Vital Signs<br>BP 108/74 P79 R16 T98.3 Wt 163. Lrose,<br>Lynn Nelson |
| JUN 2 7 2011<br>10:15 | Q. O ~mio<br>J. M. Limic<br>Psychiatrist<br>S.F.R.C |
| 6/28/11<br>10:30 | N/S. Reschedule for 6/29/11. B. Kymen E. NUNOR LPN S.F.R.C. |
| 6/30/11<br>1500 | N/S. Reschedule for 7/1/11. — B. Kymen C. HORIER LPN S.F.R.C. |
| | INCIDENTAL NOTE SP-65<br>DATE 7/6/2011 TIME 1338 Request Pfood/Will Process to Male Appt. Consult Bullock B.<br>UM's Male Appt. SFRC Coordinator |
| JUL - 7 2011<br>13. | M. H<br>W. Jonako<br>Psychiatrist<br>Luvio |
| 7/7/11<br>14 | Seen in M. Neco<br>Doreg MSW<br>D Harris<br>Mental Health Specialist<br>SFRC |
| | |
| | |
| | |
| | |
| | |
| | |

**Inmate Name**
**DC#** H-637382 TM 01 06/14/2011
**Date of Birth**
**Institution** HORN, GEORGE A

W/M DOB                    SS

**S- Subjective Data**
**O- Objective Data**
**A- Assessment of S and O Data**
**P- Plan**

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 5/07)                    000177

FLORIDA DEPARTMENT OF CORRECTIONS
Chronological Record of Health Care

Allergies: Codiene, Phenergan, Phestan, Dairy Products.

| DATE/TIME | | |
|---|---|---|
| 6/24/11 @ 3:00 PN | LABS U/A DRAWN DATE: 6/24/11 TIME: 3:00 PM INITIAL: 1.M. | 1. Montiel SFRC phlebotomist |

H-637382 TM 01 06/14/2011

HORN, GEORGE A

W/M DOB [redacted] SS

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

000178

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care



| Allergies: | Preglan |
| --- | --- |
| DATE/TIME | |
| 6·15·11 | Coming turn (·J· vy |
| 13- | 20 Left 100 ang J AM |
| | Will 24 O |
| | CS· 1 B |
| | Consent / Meds by proto |

H-637382 TM 01 06/14/2011

HORN, GEORGE A

W/M DOB ___ 9) SS ___

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Reglan

| DATE/TIME | |
|---|---|
| 6/10/11 | [handwritten clinical notes, largely illegible] |

A. Harrington
L.P.N
S.E.R.C

M. CASTILLO

H-637382 TM 01 06/14/2011

Inm HORN, GEORGE A
DOB W/M DOB [redacted] SS [redacted]
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: _Creum Phenergon Redon_

| DATE/TIME | |
|---|---|
| 2/27/13 0930 | S Patient still c/o abundant yellow fluid draining from right edge (thigh) Bowel Improvements OK |
| | O VS WNL Rt thigh wound drain approx no mass prefull, yellow fluid Fungi CTAX2 CNS Alert White RRR |
| | A Right thigh Serous infected |
| | P See phym order ~~Rodriguez-Garcia~~ F. Rodriguez-Garcia Sr. Physician SFRC |
| 2/27/13 1415 | [signature] RN. |
| 3/2/13 | Cmo note: IM cmt. in thigh healing ~~Teffon~~ |
| 3/5/13 4:00 | I E note lab results smitten, PSA 0.2 N CMP 14g 135 (✓) rest normal 4:2 > 9.7/3.2 < 227 anemic Patient current at the hospital F. Rodriguez-Garcia Physician SFRC |

Inmate Name _Horn George_
DC# _637382_   Race/Sex _____
Date of Birth _____
Institution _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 5/07)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| Allergies: | Tele. Rounds By Dr.: | |
|---|---|---|
| **DATE/TIME** | Pt. Condition & Treatment Discussed | HOSSEINI |
| 2/23/2013 | See New Orders | DR. CHO |
| | No New Orders | 2-25-13 |
| | *Sgnt Jotta Statuta...* | |
| | | |
| 02/23/13 1305 | unc Note: I/M in bed. No scans of distress are noted. V.S. T=98.1 P=67 R=18 B/P=109/61 O₂ Sat=100% RA. Voices no complains of pain or discomfort. Safety and comfort measures are provided. — *W.Chinepo/E. Leeri* | |
| | | |
| 2/24/13 | Tele. Rounds By Dr.: Menedo | DR. S. HOSSEINI |
| | Pt. Condition & Treatment Discussed | CHO |
| | See New Orders | |
| | No New Orders | 2-25-13 |
| | R MENOS...med RR SRPC | |
| | | |
| 2/24/13 | Tele. Rounds By Dr.: ACCEPTED | DR. S. HOSSEINI |
| | Pt. Condition & Treatment Discussed | CHO |
| | See New Orders | |
| | No New Orders  M. BARRETT, LPN | 2-25-13 |

| Inmate Name Horn George | S- Subjective Data |
|---|---|
| DC# 137352 Race/Sex W m | O- Objective Data |
| Date of Birth | A- Assessment of S and O Data |
| Institution SFRC | P- Plan |

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 5/07)

000182

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Codeine reglan phenergan

| DATE/TIME | |
|---|---|
| 7/22/13 1700 | cnc nec: Return from ERMC S/P left arm PICC line reinsertion. Pt complaints at this time. State "I have me brueluneuence today". Sitting in wheelchair T 98.7 P 96 R 18 BP 130/86 mmHg SO2 97% resurain wt (66 lb. lung sounds clear. Heart beat regbeat/m Abdomen soft Bowel sounds heard all quandrance PICC line present left upper arm. Dr. Castell saw inmate. review documene from hospital orders received See Dr - 714 for detail Dr 685 W & Due face completed at this time Inmate taken Vilanteen 200mg at this time. Inmate return to F dorm as MD ordered. Report gave to nurses of F dorm. - 12 heutchay Y Zhou SFRC |
| 2/22/13 1600 | INC. note: AAOx3. Received from Infirmary v.a wic o evident problems. Rest, even and unlabored. Stable. Vitals 98.7 22 116/74 O2 sat 97% on room air. Safety and comfort measures Barrett LPN ed. SFRC |

Inmate Name Hann George
C# 637382    Race/Sex W/M
Date of Birth
Institution S. FRC

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

000183

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Codeine Reglan Morphine_

| DATE/TIME | |
|---|---|
| 2/20/13 | Note that I have already spoke c Dr. TC Swong about pts needs the pur line she changed MD agree to be sent tomorrow morning Paper writen |
| | M. BARRETT, LPN SFRC |
| | Dr. Rodriguez-Garcia Jr. Physician |
| | Inc Note: On rounds I/M 00F to appointment. |
| | M. BARRETT, LPN |

| Inmate Name | Hmm George |
|---|---|
| DC# | 637389 |
| Race/Sex | B/M |
| Date of Birth | |
| Institution | |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

**FLORIDA DEPARTMENT OF CORRECTIONS**

**Chronological Record of Health Care**

Allergies: Reglan, Codeine, Phenegan

| DATE/TIME | |
|---|---|
| 2/17/13 9:00 | Tele. Rounds By Dr.: ☐ CO ☐ EC7 <br> Pt. Condition & Treatment Discussed ☑ <br> See New Orders ☐ <br> No New Orders ☑ <br> Rodriguez-Garcia <br> Sr. Physician <br> SFRC <br> M. BARRETT, LPN |
| 2/19/13 S 1000 | Patient c/o abundant drainage yellow to green from the night thigh. He c/o thigh pain very often. Bowel movements. no urinary related symptoms. <br><br> O V/S WNL <br> Rt thigh swollen - abscess CMS A&O x3 <br> drainage present wet menin <br> Lung CTA & 2 HemoRee <br><br> A Rt thigh seroma infected <br><br> P Keep current treatment <br><br> Rodriguez-Garcia <br> Sr. Physician <br> SFRC |
| 2/19/13 1000 | IE note PE performed Revsley <br> Hemonil x3 <br> Garcia <br> Rodriguez <br> M. BARRETT, LPN |

| Inmate Name | George |
|---|---|
| DC# | |
| Race/Sex | M |
| Date of Birth | |
| Institution | SFRC |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Reglan Codeine Phenergan_

| DATE/TIME | |
|---|---|
| 3/14/13<br>8:15 | S Patient denies chest pain in the L LE. He<br>Co pain on right thigh associated of<br>abundant drainage (yellow and green emitting<br>Bowel movement. DK |
| | O V/S WNL<br>R1 thigh abundant green  Abdomen no mass<br>drainage from his pants  CNS A&O×3<br>Lungs CTA+2  Heart RRR |
| | A R1 thigh seroma<br>P Keep current treatment |
| 2/16/13 | ✓ Tele. Rounds By Dr.: _Dr García_<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders<br>No New Orders ✓<br>F. Rodríguez-García |

| Inmate Name: _Torin George_ | S- Subjective Data |
|---|---|
| DC# _637382_ Race/Sex | O- Objective Data |
| Date of Birth _____ | A- Assessment of S and O Data |
| Institution _____ | P- Plan<br>E-Education |

**FLORIDA DEPARTMENT OF CORRECTIONS**

## Chronological Record of Health Care

Allergies: _Codeine Reglan Phenergan_

| DATE/TIME | |
|---|---|
| | S _Patient seen c chest pain n t he SC3_ |
| 2/6/13 | _He go pain in right thigh_ |
| 950 | _Bowel movement OK_ |
| | O VS BP 119/69 P+4 T 97.4 O₂ 95%_ |
| | _Right thigh abscent yellow abdomen no mass_ |
| | _drainage two pint CMS 4 + 0 + 3_ |
| | _lungs c/a + 2 Heart R_ |
| M. BARRETT | A _Rt thigh serous infected_ |
| | P _Keep current treatment_ |
| | F. Rodriguez-Garcia |
| | Sr. Physician |
| | SFRC |

| | |
|---|---|
| 2/9/13 | ✓ Tele Rounds By Dr: _Medina_ |
| 000 | Pt. Condition & Treatment Discussed |
| | See New Orders [ ] |
| | No New Orders [✓] |
| | _signature MSNO_ |
| | RN |
| | SRFC |
| | F. Rodriguez-Garcia |
| | Sr. Physician |
| | SFRC |

| | |
|---|---|
| 2/10/13 | Tele Rounds By Dr.: _Medina_ |
| | Pt. Condition & Treatment Discussed |
| | See New Orders [ ] |
| | No New Orders [✓] |
| | M. BARRETT, LPN |
| | SFRC |
| | F. Rodriguez |
| | Sr. Physician |
| | SFRC |

Inmate Name _Jonny Scorge_

DC# 633322    Race/Sex

Date of Birth _____

Institution _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Cedema, Reglan, Phenergan_

| DATE/TIME | |
|---|---|
| 1.30.13 1000 | S Patient still c̄ very often night through pain associated c̄ abundant drainage from it (two points) Bowel movement ok |
| | O VS WNL abdomen no mass lungs CTA↑↓ CNS A&O×3 skin RRR skin two punction right thigh draining chunkwt yellow fluid |
| | A R thigh serous infected |
| | P Keep current treatment |

S. Rodriguez-Garcia
Sr. Physician
SFRC

| 2/2/13 1315 | Tele. Rounds By Dr.: Castillo
Pt. Condition & Treatment Discussed
See New Orders ☐
No New Orders ☒ |

C. Gallego
RN, BHCA

F. Rodriguez-Garcia
Sr. Physician
SFRC

| 2/3/13 1300 | Tele. Rounds By Dr.: Castillo
Pt. Condition & Treatment Discussed
See New Orders ☐
No New Orders ☒ |

M. BARRETT LPN

F. Rodriguez-Garcia
Sr. Physician
SFRC

| 1200 | Inc. note: IM refused I.V ABT. Nurse stressed the importance of continuing ABTs but IM continued to refuse. See JCH-7HA |

M. BARRETT
SFRC

Inmate Name _HORN, George_
DC# _637382_  Race/Sex _W/M_
Date of Birth _[redacted]_
Institution _[redacted]_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Codeine/Reglan/Phenergan

| DATE/TIME | |
|---|---|
| 1.24.13 1350 | S Patient denies chest pain n² he 508 Bowel movement on. Ve ço abundant drainage from tail right thigh |
| 1130 | O VS NML. Albumen no mor Jury CTA x2 CNS Au O₂ 3 Heart RRL Rt thigh two prints (wound) ē drainage abunt A Rt thigh serious infected P Keep current treatment F. Rodriguez-Garcia Supl Physician SFRC |
| 01/26/13 0900 | Tele. Rounds By Dr.: _____ Pt. Condition & Treatment Discussed See New Orders [ ] No New Orders [ ✓ ] F. Rodriguez-Garcia Sr. Physician SFRC O.t. Clayton |
| | Tele. Rounds By Dr.: _____ Pt. Condition & Treatment Discussed See New Orders [ ] No New Orders [ ✓ ] L. Cooper LPN SFRC F. Rodriguez-Garcia Sr. Physician SFRC |

| | |
|---|---|
| **Inmate Name** George | **S- Subjective Data** |
| **DC#** | **O- Objective Data** |
| **Race/Sex** M/M | **A- Assessment of S and O Data** |
| **Date of Birth** | **P- Plan** |
| **Institution** SFRC | **E-Education** |

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|
| 1/19/13 1/10 | Tele. Rounds By Dr.: _____ Pt. Condition & Treatment Discussed See New Orders [ ] No New Orders [✓] |
| | Cooper LPN SFRC |
| 01/20/13 1:00 | Tele. Rounds By Dr.: _____ Pt. Condition & Treatment Discussed See New Orders [ ] No New Orders [✓] |
| 1/21/13 0900 | Tele. Rounds By Dr.: Rodrigues Pt. Condition & Treatment Discussed No New Orders [✓] G. MENOS RN SRFC |
| | JAN 22 2013 |
| 1-22-13 | patient I'm vital sign this morning www looks well and in mild distress s/p right thigh surgery (infected seroma) pt say that has enormous pain and can't sleep during the night - Morphine 10/400 ER 15 mg Q 6h x 21 days continue c medication |

S. Hesseini
CHO
SFRC

S. Hesseini
CHO
SFRC

S. Hesseini
CHO
SFRC

S. Hesseini
CHO
SFRC

Cooper LPN
DCF _____

Inmate Name _____ , _____
Race/Sex ___ / M
Date of Birth _____
Institution _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

S. Hesseini
CHO
SFRC
1-22-13

000190

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Codeine, Reglan, Phenegan

| DATE/TIME | |
|---|---|
| 1/13/13 900 | Tele. Readings By Dr.: Dr. Cauet ~~See New Orders~~ ~~No New Orders~~ Pt. Condition & Treatment Discussed S. Hosseini CHO SFRC M. BARRETT, LPN SFRC JAN 1 4 2013 |
| 1.16.13 900 | S Patient c/o abundant drainage from two different points on Rt thigh; Bowel movement OK |
| | O VS WNL. Rt thigh: two wounds ē abundant drainage; Temp 98.2 Went to ECC |
| | A Rt thigh seroma infected |
| | P See phone order CBC c̄mp today F. Rodriguez-Garcia Physician SFRC |
| 1/17/13 0100 | FNC note: VSS Afebrile. Resp's even. Lungs c̄ O. 505. Temp 98. 64/P/V &, 18R. 69/96% on RA. set O. Fever noted. AMOX3. O̅ O care. Will cont to monitor for safety & comfort. SSC... |

| | |
|---|---|
| Inmate Name | Hackn George |
| DC# | 637382 Race M |
| Date of Birth | ████ |
| Institution | SFRC |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

000191