**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Codunes Reglan Phenagen

| DATE/TIME | |
|---|---|
| 1.10.13 1935 | S Patient still c/o right thigh pain. He denies chest pain w I to be 509° |
| | O VS T100.2  P59  AP 146/93 R 20  O₂ 100%  R/thigh: Two wounds lung CTA×L c abundt green discharge. Heart RRL abdomen (+) BS SD  CNS A×O×3 |
| | A Rt thigh serous infected |
| | P Keep current treatment |
| | F. Rodriguez-Garcia Sr. Physician SFRC |
| 1.11.13 | NOTE DER for morphine written F. Rodriguez-Garcia Sr. Physician SFRC |
| 1/12/13 0930 | Tele. Rounds By Dr.: _____ Pt. Condition & Treatment Discussed See New Orders [ ] No New Orders [ ] S. Hosseini CHO SFRC ____ MENORN RN SRFC |

Inmate Name: Lorn George
DC# 637382
Race/Sex ___
Date of Birth ___
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Codeine / Reglan / Phenefan

| DATE/TIME | |
|---|---|
| 1/4/13 1715 | INC note s̄ I/m Baijeved sdr in his Vohers nded. |
| | Pt Medina had rebly about the I/m New order in septmiller 80mg IV that Phumpler stated that one the allergies that the I/m have had a cross Senatyty with gentimilu and Pt Medina say it oke to admi nitered the Gentamilin 80mg IV safely measue remained ———— |
| | S.F.R.C |
| 1/5/13 1110 | ✓ Tele. Rounds By Dr.: Medina |
| | Pt Condition & Treatment Discussed |
| | See New Orders [ ] |
| | No New Orders [✓] |
| | L. Cooper LPN SFRC |
| | R.S. HOSSEINI CHO |
| | JAN 07 2013 |
| 1/4/13 1800 | Tele. Rounds By Dr.: Medina |
| | Pt. Condition & Treatment Discussed |
| | See New Orders [ ] |
| | No New Orders [✓] |
| | M. BARRETT, LPN SFRC |
| | DR. S. HOSSEINI CHO |
| 1/10/13 10 | Inc. note: wound culture of R antena / postena this Taken / sent to lab. Wrch dca re prvded. yell drainge noted. T. Jok Registered Nurse SFRC |

| Inmate Name | Hann Ocease |
| DC# | 657382 |
| Race/Sex | W/M |
| Date of Birth | [redacted] |
| Institution | SFRC |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

000193

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: Codeine / Keflex / Phenergan

| DATE/TIME | |
|---|---|

DR. S. HOSSEINI CHO

12/30/12 Tele. Rounds By Dr.: Rodriguez
Pt. Condition & Treatment Discussed
See New Orders
No New Orders
M. BARRETT, LPN

JAN 0 3 2013

1/1/13 Tele. Rounds by Dr.: Medina
Pt. Condition & Treatment Discussed
See New Orders
No New Orders

DR. S. HOSSEINI CHO
JAN 0 3 2013

1-3-12
8 90
S Patient c/o pain on right thigh very often, he also states he feels like the body is warm such as fever

O VS BP 101/70 T 98⁴ P 71 O₂ 99%
Rt thigh: abundant yellow drainage from back and front. C-TA x2 2blunt T, RRL al sinew - no mass wet me muss.

A Rt thigh seroma infected
P Keep current treatment

G. MENOS SREC
F. Rodriguez Garcia Sr. Physician SRC

1-4-13
910 note no CMP available (current).
Zintomicin ordered in low drags.

L. Cooper LPN
SRC
Inmate Name Hodz Coxae
DC# 637382 Race/Sex W/M
Date of Birth
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

000194

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Codeine - Phenegen Reglan_

| DATE/TIME | |
|---|---|
| 2/00/15 | _Inmate request answered_ |

D. ORR
ADMINISTRATIVE ASSISTANT
CORIZON HEALTH SERVICES
COLUMBIA CI

_D. Orr_

Inmate Name _Horn George_
DC# _687382_        Race/Sex _0 M_
Date of Birth ▮▮▮▮▮▮▮▮
Institution ___COLUMBIA ANNEX___

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)        Incorporated by Reference in Rule 33-602.210

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _____

**DATE/TIME**

DOCTOR'S CLINIC

DATE / TIME

T 98   FP 103   BP 1 3 8/0 mmt

R 18   WT   ALLERGY

DIAGNOSIS   SOB

2/9/15
10:30   S Male patient complaining of persistent
cough, SOB
O: V/S see above
Heart unremarkable
Lungs RRR
in scale of wheezy/rale
Abdo soft BS +
Extrem. no edema, no cyanosis
Neuro: Alert, oriented
A: Respiratory tract infection
P: 7. thought
Guaifenesin Syrup 10ml q 14hr
Azithromycin _____
Nifedipine/norvasc Cr V/O be ordered

_____
P. MARCEUS, MD
SR. PHYSICIAN
COLUMBIA CI

P. Jones, LPN
Cenzon Health
Columbia Annex

2-10-15 _____ PC o/time

---

Inmate Name  Horn, George
DC#  037382   Race/Sex  W / M
Date of Birth  ███████
Institution  Columbia Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E=Education

000196

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine, Phenergan, Reglan - Dairy -

| DATE/TIME | |
|---|---|
| 1-28-15 | Informal Grievance Answered - D.O. |
| | D. ORR |
| | ADMINISTRATIVE ASSISTANT |
| | CORIZON HEALTH SERVICES |
| | COLUMBIA CI |
| 2/4/15 1:35pm | Seen in MH B Pages RN |
| | Beltran, Pages, MD |
| | Regional Director Psychiatry |

HORN, GEORGE
DC# 637382  W/M
DOB: ▮▮▮▮▮

Inmate N
DC#____
Date of B
Institution_COLUMBIA ANNEX_____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:**

| DATE/TIME | |
|---|---|
| 1/23/15 0945 | SEEN IN MENTAL HEALTH         J. Pitkethly, JR Mental Health Counselor Corizon Health Columbia |

Inmate Name  Horn, George
DC#  637382          Race/Sex  w/m
Date of Birth  ▮▮▮▮▮▮▮
Institution  CCI Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|
| | **DOCTOR'S CLINIC**<br>DATE / TIME 1/14/15<br>T 95.7 FP 18 BP 110/70 mmt.<br>R 8 WT 15 ALLERGY<br>DIAGNOSIS DISCUSS ATD |
| 1-14-15 | INCIDENTAL NOTE:<br>DATE: 1-14-15   TIME: 4:00pm<br>INMATE SCHEDULED FOR Prosth<br>ON 1-15-15 AT RMC   *(signature)* |
| 1-15-15<br>1010 | Treatment Plan Discussed<br>With Inmate ___   **SEEN IN BRACE** By<br>authorize   WILLIAM N. LANG<br>ADVANCED BRACE/SOPC<br>RMC   RTS once<br>B. FIRSTONE<br>RMC |
| 1-16-18 | Returned from RMC, chart no<br>reviewed. Increase dateos: Hip<br>Flu aice author for Mees<br>that approval submitted on 1-16 115<br>___ Nelson *(signature)* |
| 1/19/15<br>1100 | S: Oxy Dutin / hydrocortisone<br>05 yr bladder spasms + chronic<br>dispensation<br>A: no end<br>P: chat too no<br>E: Shih, fluids, diet exercise<br>R. Oden, LPN<br>Corizon Healthcare<br>Columbia Annex<br><br>R. MARCELIS, P.<br>SR. PHYSICIAN<br>COLUMBIA C.I. |

Inmate Name Horn, George<br>DC# 63733<br>Date of Birth ████████<br>Institution Columbia Annex

Race/Sex B/W/M

S- Subjective Data<br>O- Objective Data<br>A- Assessment of S and O Data<br>P- Plan<br>E=Education

000199

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: *Codine, Phenergan, Reglan, Dairy Products*

| DATE/TIME | |
|---|---|
| 1-9-15 | *Formal Grievance # 1501 251027 answered* D.A. ADMINISTRATIVE ASSISTANT CORIZON HEALTH SERVICES COLUMBIA CI |
| 1-9-15 | *Formal Grievance 1501251005 answered* D.A. D. ORR ADMINISTRATIVE ASSISTANT CORIZON HEALTH SERVICES COLUMBIA CI |
| 1/12/15 0700 | S: Naprosyn, Tar Shampoo, Hydrocream, Tums |
| | O: hx Chronic hippain, psoriasis & GERD |
| | A: meds |
| | P: Chart tono |
| | E: S/S inf, fluids, diet, exercise |
| | ↳ 1/12/15 |

HORN, GEORGE
DC# 637382 W/M
Inmate N DOB: ████████
DC#____
Date of B____
Institution _COLUMBIA ANNEX_____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Codine, Pancerdor, Kodar, Dairy Products_

| DATE/TIME | |
|---|---|
| 1/8/15 | Mr Horn is a 54 y/o male patient with History of removal Hip Prosthe sis several times. First surgery was performed in 2000, the prosthesis was infected and removed. Others 2 prosthesis were also removed due to infection |
| | He was seen by advanced prosthetic on 7/20/13, and Believed that Mr Horn was not able to weigh bear on the right limb since there is no structural support and there fore the limb will collapse. During his stay on Doc, he has been on neurontin for pain then Pamelor and na troxen. Recently Pamelor has been increased from 25mg to 50mg. Has been seen in orthopedy clinic at RMC on 6/2/14 at that time he was recommen ded to be sent to surgeon at Shands hospital or Shands plasty of the right hip to clause this complicated case is out of my expertise - said the orthopd dept. Mr Horn was sent to UF Shands hospital on 12/11/14. Recommen dation |

---

Inmate Name _Horn Edward_

DC# _637382_          Race/Sex _____

Date of Birth _____

Institution _CF Annex_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
# Chronological Record of Health Care

| Allergies: | continued... |
|---|---|
| DATE/TIME | 1) LLO surgery |
| | 2) Right 14cm shoe built-up |
| | 3) (RT) Hip orthotic unlimited Flex/Ext |
| | 4) Bilateral forearm crutches |
| | 5) Adaptive seating for seat cushion |
| | 6) Chronic pain management |
| | 7) Eggcrate mattress |
| | |
| | CAC Clinic consult submitted |
| | Pain management consult submitted |
| | Eggcrate mattress ordered |
| | |
| | Marcos |

Inmate Name _Hain George_
DC# _632-388_      Race/Sex ▮▮▮
Date of Birth ▮▮▮▮▮▮
Institution _CCI Annex_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

[handwritten: Guerrie, Kheneryan, Raglan, [illegible]]

DOCTOR'S CLINIC

DATE / TIME

T 98.3 FP 75 BP 125/77 mmt

R 18 WT 157 ALLERGY

DIAGNOSIS

Inmate has congestion and wheezing, chest cough that is somewhat productive. [signature]

1/6/[illegible] 53 y/o male patient Hx of productive
9:00 cough since one month approximately, green sputum
Hx [illegible] above
Head: unremarkable
Heart: RRR
Lung: mild wheezing bilat.
A: Resp tract infection
P: Chest x-ray
Zithromax 500mg 1st day then 250mg p.o daily to complete 5 days
Guaifenesin [illegible] p.o q 6 hrs x 7 days

[signature] [stamp: [illegible] MARCELUS, MD SR. PHYSICIAN COLUMBIA CI]

Inmate Name Horn, George
DC# [illegible]3736[illegible] Race/Sex W/M
Date of Birth [redacted]
Institution Columbia Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Revised 10/31/08)

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: Codeine Phenergan Reglan Dairy

| DATE/TIME | |
|---|---|
| 12/23/14 | *(illegible handwritten notes)* |

DOCTOR'S CLINIC

DATE / TIME   12-23-14

T 98 FP 88   BP 148/82 mmt

R 18   WT   ALLERGY  See Above

DIAGNOSIS  Alleged Legs Are Expereincing Paralysis/
Discuss Shards denial of
hip replacement / Brace const

12/23/14   Male patient tex of Hip replacement
seen earlier this morning & Evalua-
tion result. By U/S Shards
was discussed with pt — He understood
All medications reviewed
Knee clinic consult submitted
Pain Management consult submitted
MD/DO

1-5-14   In access repaired to — *(illegible)*

---

Inmate Name  Horn George

DC#  637362  Sex W/M

Date of Birth  ████████

Institution  Columbia Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:**

| DATE/TIME | |
|---|---|
| 12/19/14 10:20 | Male patient s/p total hip replacement that has failed secondary to infection. Has been re-evaluated at University of Florida for possible surgery.<br><br>Recommendations:<br>1) Right 14cm SHOE build-up<br>2) (R) hip @ unlimited<br>Flex/Ext.<br>3) Bilateral forearm crutches<br>4) Adaptive seating for each cushion<br>5) Chronic pain management<br>6) Eggcrate mattress<br>7) No surgery recommended<br><br>Marcus |
| 12/19/14 10:30 | Please schedule patient on Monday 12/21/14 to discuss with him about the recommendations<br><br>Marcus<br>P. MARCEUS, MD<br>SR. PHYSICIAN<br>COLUMBIA C.I. |
| 12/21/14 0?0 | Jr. Toms, Naproxen, Dar 5h p.o., hydrocortison<br>(?) Rx written 12/18/14, regard two pharmacy<br>In to watch keep cool out for med<br>A: as/o<br>P: DTx<br>C: SLS inf, fluids, diet, exercise |
| 12-22-14 | Inform Command Dr 11/4/ 2208 out — |

**Inmate Name** Hoon, Craig

**DC#** 637380  **Race/Sex** (u)

**Date of Birth** ▓▓▓▓▓▓

**Institution** CSIC

**S**- Subjective Data
**O**- Objective Data
**A**- Assessment of S and O Data
**P**- Plan
**E**-Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:**

| DATE/TIME | |
|---|---|
| 11/19/14 | Male patient with Hx ® hip replacement and performed a harvotex is sterilized |

**Inmate Name** Horn George
**DC#** 657582 **Race/Sex** W/M
**Date of Birth** ▮▮▮▮▮▮
**Institution** Col Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

## FLORIDA DEPARTMENT OF CORRECTIONS
# Chronological Record of Health Care

**Allergies:**

| DATE/TIME | |
|---|---|
| 12/17/14 | S: 4000 Cal diet |
| 0300 | O: Currently on diet due to inmate wound healing |
| | A: poss. |
| | P: Cont. tx |
| | E: S/S inf. fluids, diet, exercise |
| | Co |

**Inmate Name** Horn, George
**DC#** 637383  **Race/Sex** Wm
**Date of Birth** ▮▮▮▮▮▮
**Institution** CCRA

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

## FLORIDA DEPARTMENT OF CORRECTIONS
# Chronological Record of Health Care

| Allergies: | |
|---|---|
| **DATE/TIME** | |
| 6/8/14 0700 | S: TAC Shampoo, naproxen, hydrocortisone O: hx psoriasis, hip rso c̄ chronic pain A: meds P: chat to no E: s/s inf, fluids, diet, exercise |

_Dow 6/8/14_

VR 6/9/14  Informal Grievance 2-1611-204-08 denial — Dr. Kartclus

| Inmate Name | Horn, George |
|---|---|
| DC# | 637382 |
| Date of Birth | ████████ |
| Institution | Cyprus |

**S- Subjective Data**
**O- Objective Data**
**A- Assessment of S and O Data**
**P- Plan**
**E-Education**

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

gies: *Codine, phenergan - Reglan*

| TE/TIME | |
|---|---|
| 12-2-14 | *Formal Grievance # 1411 251151 answered* |

D.ORR
ADMINISTRATIVE ASSISTANT
CORIZON HEALTH SERVICES
COLUMBIA CI

HORN, GEORGE
DC# 637382  W/M
DOB:

Inmate Nam
DC#_____
Date of Birt
Institution__COLUMBIA ANNEX_____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: Codiene Procierson Reglon Davy Products

DATE/TIME

DOCTOR'S CLINIC
DATE / TIME 11 3 14
T 98 FP 82 BP 138 84 mmt
R 82 WT 17 ALLERGY
DIAGNOSIS ___ leg pain

11/03/14 S: Male patient with Hx of neuropathic
pain S/P hip replacement and failed
due to infection. Has been on Pamelor
5 mg. this 5 mg of pain. patient
states Pamelor doesn't work. Neuron-
tin has been ordered but denied.
O: Rt Hip tenderness to palpation
y/o bound.
A: Leg pain
P: Naproxen 500 mg PO Bid x 60 days
Wace ___ R MARCEUS, MD
SR. PHYSICIAN
COLUMBIA

11/3/14  S 8 Tums new
DW        0 oby cell
A: ___
P: cont to Ans
E: s/s of ___ diet, exe ___
R. Oden, LPN
Columbia Healthcare
Columbia Annex

Inmate Name
I
I HORN, GEORGE
I DC# 637382  W/M
DOB: ▬▬▬▬▬

/M

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Revised 10/31/08)

000210

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:**

| DATE/TIME | |
|---|---|
| 11/24/14 07w | S: Tar Shampoo / hydrocortisone Crm. |
| | O: Chronic Psoriasis |
| | A: meds |
| | P: chart to oo |
| | E: S/S inf, fluids, diet, exercise |

R. Oden, LPN
Corizon Healthcare
Columbia Annex

R. Oden, LPN
Corizon Healthcare
Columbia Annex

11/24/14

**Inmate Name** Horn, George
**DC#** 637382    **Race/Sex** W/M
**Date of Birth** ████████
**Institution** ████ CCA

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Codiene - Phenergan Reglan_

| DATE/TIME | |
|---|---|
| 11-17-14 | Formal Grievance # 1411 251 064 Answered |
| | D. ORR ADMINISTRATIVE ASSISTANT CORIZON HEALTH SERVICES COLUMBIA CI   D. Orr |
| 11-17-14 | Formal Grievance # 1410 251 185 Answered |
| | D. ORR ADMINISTRATIVE ASSISTANT CORIZON HEALTH SERVICES COLUMBIA CI   D. Orr |
| 11-17-14 | Formal Grievance # 1411 251011 Answered |
| | D. ORR ADMINISTRATIVE ASSISTANT CORIZON HEALTH SERVICES COLUMBIA CI |
| 11·17·14 | Formal Grievance # 1411251 036 Answered |
| | D. ORR ADMINISTRATIVE ASSISTANT CORIZON HEALTH SERVICES COLUMBIA CI   D. Orr |
| 11/17/14 07w | S: Tx Shapoo, herp oint D & hx cronic dandruff + extreen wt band A: nuos P: cont temp C: S&S inf, fluids, diet, expose |

HORN, GEORGE
DC# 637382  W/M

Inmate Nar
DC#_____ DOB: ▮▮▮▮▮▮▮
Date of Birth
Institution__COLUMBIA ANNEX_____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

**DATE/TIME**

DOCTOR'S CLINIC

DATE / TIME 10.24.14

T 97 FP 78 BP 134/95 mmt

R 16  WT 147  ALLERGY

DIAGNOSIS _chr. leg pain_

10/24/14 _Patient with Hx of multiple hip_
_surgeries and boney forcery_
_complaining of increasing pain_
_@ hip. No tenderness to palpation_
_Back tenderness to palpation._
_A) Hip and Back pain s/p surgery_
_P) Patient is not displeased with_
_surgeon — Pain med_
_Neurontin ordered_
_DSR scheduled_

_R. Oden, LPN_
_Corizon Healthcare_
_Columbia Annex_

Inmate Name Horn, George

DC# 63738

Date of Birth ▓▓▓▓

Institution Columbia Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E=Education

DC4-701 (Revised 10/31/08)

000213

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| TIME | |
|---|---|
| NKDA | |
| 7/14 2:05 PM | Medical: Sent V.P.S. update date file from 9/3/14 to 10-3-14 to Sean Bello, Florida legal — *(signature)* |
| | S. TAYLOR MEDICAL RECORDS CLERK COLUMBIA ANNEX |
| 10/20/14 1345 | SEEN IN MENTAL HEALTH   *(signature)* J. Pitkethly, JR. Mental Health Counselor Corizon Health Columbia |
| 10/24/14 | I/m to SC C/o Chronic (R) hip pain + swelling. Affected area c̄ old scar tissue from surgery 2004 + repeat surgery 2010 hip replacement. Affected hip is swollen tender to touch cool No discoloration. VS T 97.6 P 75 R 16 BP 152/87 No S+S of infection. Chart to PCP for swelling evaluation. *(signature)* D. Jackson RN Columbia Annex |

Inmate Name **Horn, George H/M**
DC# **637388**   Race/Sex **W/M**
Date of Birth ▮▮▮▮▮
Institution **Col. C. I. Ax**

**S- Subjective Data**
**O- Objective Data**
**A- Assessment of S and O Data**
**P- Plan**
**E-Education**

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: _NKDA_

| DATE/TIME | | |
|---|---|---|
| 9/18/14 0400 | LAB BLOOD DRAWN FOR _LFT_ THIS DATE BY _OW_ | J. Pitkethly, JR. Mental Health Counselor Corizon Health Columbia |
| 9/19/14 1400 | SEEN IN MENTAL HEALTH | |
| 9/19/14 1435 | SEEN IN MENTAL HEALTH | _Corizon Fellno_ RAYMOND GABB, MG |
| 9/23/14 | Formal Drug answered | Trek McCullough, DON Columbia   14 09 25 1053 |
| 9/26/13 2000 | Skin check performed. No open areas or breakdowns noted. | R. Odom, LPN Corizon Healthcare Columbia Annex |
| 10/02/14 @1005 | Incnote: 11m to see requesting refill of Hydrocortisone cream 1% TAB as directed, and Tums 2 tabs PO BID PRN Diet pass for 4000 add cal diet also renewed today as well. Chart to MD for medrenewal. | L. Frazer, RN Corizon Health Columbia Annex |

Inmate Name _Horn, George_
DC# _057382_        Race/Sex _W/M_
Date of Birth _____
Institution _COLAX_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)        Incorporated by Reference in Rule 33-602.210

000215

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies:

J. Pitkethly, JR.
Mental Health Counselor
Corizon Health
Columbia

| DATE/TIME | |
|---|---|
| 7/29/14 0830 | Chart Reviewed |
| 7/30/14 | 0830 Sick Call |
| | S: need copy of current diet pass — lost |
| | need rewrite on TAR shampoo |
| | antacid pills & hydrocort cream |
| | O: copy of diet (auth 7/14/14 – 11/14/14) |
| | provided to Fowler, LPN for |
| | lamination ERROR(NS), Tums/hydro |
| | cortisone cream expired 7/18/14 |
| | need rewrite |
| | A: needs meds rewrite |
| | P: copy of diet sent to nurse Fowler |
| | for lamination, chart to MD |
| | for Tums/hydrocort cream rewrite |
| | TAR shampoo rewrite for psoriasis |
| | E: Educated on plan/wated 12 OP |
| | MStokesRN |
| | M Stokes RN |
| | Columbia Annex |

Inmate
DC#
Date of
Institution ___Columbia _Annex_____

HORN, GEORGE
DC# 637382  W/M
DOB: ███████

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

000216

**FLORIDA DEPARTMENT OF CORRECTIONS**
# Chronological Record of Health Care

Allergies: _Codeine Phenergan - Reglan_

**DATE/TIME**

7/07/14 — Formal Grievance # HfeR - 251-011
Answered                HfeR McCullough, DON
                        Columbia

7/14/14 (0740) SICK Call
S: need 4000 cal diet pass renewed
been on it for 5 yrs. Hep C (+)
O: wt 153  ht 72 in  BSA BMI 22
documented wt loss in 2011
A: does not qualify in relation to BMI
P: Chart referral to MD for review
E: educated on plan.
M.Stokes, RN          M. Stokes, RN

7/14/14 — Pass renew.
                        R. MARCEUS, MD
                        SR. PHYSICIAN
                        COLUMBIA CI

7/23/14 — 2 Inmate Request answered
                        T. McCullough, DON
                        Columbia CI

7/23/14 — Late Entry: Informal Grievance
answered          # 251-140710-04
                        T. McCullough, DON
                        Columbia CI

7/25/14   SEEN IN
          MENTAL HEALTH
                        J. Pitkethly, JR.
                        Mental Health Counselor
                        Corizon Health
                        Columbia

**HORN, GEORGE**
**DC# 637382  W/M**
**DOB** ███████

Inmate Na___
DC#_____
Date of Bir
Institution___Columbia _Annex_____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS
**Chronological Record of Health Care**

Allergies: Codeine    Phenergan    Reglan

| DATE/TIME | |
|---|---|
| 7/2/14 | DOCTOR'S CLINIC |
| | DATE / TIME: 0925 |
| | T 97.8 FP 75 BP 18 mmt. BP 126/92 |
| | R 18  WT /  ALLERGY  O2 sats 98% RA |
| | DIAGNOSIS: Worsening |
| | of Chest cold c standard |
| | OTC Rx from Sick call |
| 7/2/14 10:20 | Male patient with hx of productive cough since one month ago |
| | O: V/S See above |
| | Mouth unremarkable |
| | Heart RRR |
| | Lungs + Decreased Breath sound in Rt upper lobe |
| | A: Respiratory tract infection |
| | P: Chest x-Ray |
| | Zithromax 500mg PO 1st day then 250mg |
| | PO daily x 4 days |
| | Guaifenesin as indicated 1 bottle |
| | Malcom _____ |
| 7/6/14 0740 | In on sick call. Signed in by stated he did not sign in for S.C. Declined back to dorm |
| | R. FOWLER, SLPN COLUMBIA CI |

R. FOWLER, SLPN COLUMBIA CI

Inmate Name: Horn George
DC#: 637382    Race/Sex ___/M
Date of Birth: ___
Institution: Columbia ANNEX

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Revised 10/31/08)

000218

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codiene, Phenergan, Reglan.

| DATE/TIME | |
|---|---|
| 6/30/14 | Inmate Request answered |
| | D. ORR ADMINISTRATIVE ASSISTANT CORIZON HEALTH SERVICES COLUMBIA CI |
| 6/30/14 | Formal Grievance #140625/160 answered |
| 6/30/14 | Inmate request answered |
| | D. ORR ADMINISTRATIVE ASSISTANT CORIZON HEALTH SERVICES COLUMBIA CI |
| | D. ORR ADMINISTRATIVE ASSISTANT CORIZON HEALTH SERVICES COLUMBIA CI |

HORN, GEORGE
DC# 637382  W/M
DOB:

Inmate Na
DC#
Date of B
Institution_: Columbia Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: CODIENE, PHENERGAN, REGLAN

| DATE/TIME | |
|---|---|

6/18/14
0720

S: hydrocortisone, TUMS Rx'd
O: 6x hep c'd chronic rash R/T w/k band
A: needs
P: cont to no for pos TUMS + hydrocortisone
Rx'd
E: S/S inf, fluids, diet, exercise

*P. COWLES, SLPN*
*COLUMBIA CI*

6/24/14 Patient returned from RMC (Hart
reviewed. Definitive arthroplasty
of Right hip recommended to
either Shands or Kendal refused
Hospital by the RMC orthopaedist
then Prior approval verified and
sent to the UM for approbation

*Marcens*

*P. MARCEUS, MD*
*SR. PHYSICIAN*
*COLUMBIA CI*

6/30/14 (0840) AlaMag given for c/o heartburn
M. Stokes RN

*M. Stokes, RN*

---

Inmate Name Horn, George
DC# 637382    Race/Sex  M
Date of Birth ███████
Institution ████ CI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

---

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Codine · Phinergan · Riglan_

| DATE/TIME | |
|---|---|
| 6/01/14 | FORMAL GRIEVANCE # 1405 25713 4
~~DENIED~~ / APPROVED / RETURNED
D. ORR, ADMIN. ASSISTANT

_D. Orr_  D. ORR
ADMINISTRATIVE ASSISTANT
CORIZON HEALTH SERVICES
COLUMBIA CI |
| 6/1/14
1:45 p.m. | INCIDENTAL NOTE:
DATE: 6/1/14  TIME: 1:45 p.m.
INMATE SCHEDULED FOR
ON 6/3/14 AT RMC        ortho
N. Beasley
N. BEASLEY
MEDICAL RECORDS CLERK
COLUMBIA CI |
| 6-3-14
1145 | SEEN IN ORTHO  By Esquina. Phart to PCP to review
consult & follow Recommendations — B. Elliot
B. TETSTONE |
| 6-3-14 | I/M returning from RMC. No c/o RMC this
time, vitals are BP: 145/93, HR: 84
T: 97.7, RR 16.
Mohr RN |
| 6/17/14
1048 | Seen in Psychiatry Clinic
P. Lomangcolob, MD
Psychiatrist
Corizon Healthcare
Columbia CI |

HORN, GEORGE
DC# 637382  W/M
DOB: ████████

Inmate N
DC#___
Date of I
Institution: Columbia Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies:

DATE/TIME

DOCTOR'S CLINIC

DATE/TIME 5/29/14

T 98 / FP 80 BP 142/72 mmt

R 20 WT ___ ALLERGY

DIAGNOSIS DMR. Please eval issues
addressed in attorney letter.

5/29/14
19:20

I have following inmate Horn, George DC# 637389 in clinic since his arrival at our institution on January 24, 2014. He has been seen for s/p total hip replacement that has failed secondary to infection. I evaluated inmate Horn on May 25, 2014 for his complaints of swelling, redness and pain to his right hip. Upon the examination there was no evidence of acute infection. His skin color was normal. No discharge, no discoloration and no swelling noted to the incision site or surrounding area. There was no indication for antibiotic therapy at this time. Inmate Horn was ordered Zyvox for 30 days on December 13, 2013 while he resided at SFRC. Upon reviewing past consult there is no indication documented for prolonged use of Zyvox. and inmate Horn has had a history of swelling edema and has been being treated with Lasix as needed. Inmate Horn is stable in his condition at the present time and will be followed in outpatient clinic on June 3, 2014.

Inmate Name Horn, George

DC# 637389    Race/Sex: B/M

Date of Birth ___

Institution  Columbia Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

Marcos

P. MARCELO, MD
SR. PHYSICIAN
COLUMBIA C.I.

DC4-701 (Revised 10/31/08)

000222

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Reglan - Codiene, Phenergen

| DATE/TIME | |
|---|---|
| 4/29/14 | FORMAL GRIEVANCE # 1404.251163 <br> DENIED / APPROVED / <br> RETURNED <br> D. ORR, ADMIN. ASSISTANT      D. Orr |
| 5/7/14 | Formal Grievance # 14 05 257 034 answered <br> D. ORR <br> ADMINISTRATIVE ASSISTANT <br> CORIZON HEALTH SERVICES <br> COLUMBIA CI      D. Orr |
| 5/14/14 | (1130) Sc Note - Requesting renewal of Naproxen and hydrocortisone cream for rash on face. Chart referred to md <br> M. Stokes, RN <br> R. FOWLER, LPN <br> COLUMBIA C.I. |

| | |
|---|---|
| 1600 <br> 5/21/14 | Inc note - I/m seen in Medical for a new W/C to be issued. while in med this writer addressed a letter written by I/m's lawyer. I pointed out that the letter stated his leg was swollen 3 x its size I had I/m expose his legs although the (R) leg was more dense that the left it was from deformity not edema from infection. I/m states it is very hot + burn the (R) leg was normal temp (warm) same as left. ⊘ S/S of infection. I/m is to see md ⊘ my meet?— I/m c/o not recv Antibiotic he recd Rocephin on 4-8-14 x 3 days I/m states last came put him on Zyvox for lift. Upon review of chart. I/m had 30 day RX written 12-13-13. There were other Rx's for Zyvox written but none over 30 days. I/m taken to MD @ this Time <br> R. MacCallumRN, LPN <br> COLUMBIA C.I. |

| | |
|---|---|
| Inmate Name | Hern, George |
| DC# | 637382      Race/Sex W / M |
| Date of Birth | |
| Institution | COLUM[redacted] |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)      Incorporated by Reference in Rule 33-602.210

000223

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: _Reglan, Codeine_

| DATE/TIME | |
|---|---|
| 04/28/14 | Male patient with history of left proximal third of femur removal complaining of increasing difficulty to transfer from the wheelchair to the bathroom, bed and shower requesting removable arms w/c. Patient has been evaluated, there is absence of the proximal part of the left femur, weakness of the left lower extremity. Increasing his range of motion it should be beneficial to the patient to have this device. |

_Marceus_
P. MARCEUS, MD
SR. PHYSICIAN
COLUMBIA CI

R. ZACK
SUPN
COLUMBIA C.I.

| 4/28/14 | FORMAL GRIEVANCE # _1404-257-165_ <br> DENIED / APPROVED / <br> RETURNED <br> D. ORR, ADMIN. ASSISTANT | _D. Orr_ |
|---|---|---|
| 4/28/14 | FORMAL GRIEVANCE # _1404-257-166_ <br> DENIED / APPROVED / <br> RETURNED <br> D. ORR, ADMIN. ASSISTANT | _D. Orr_ |
| 4/28/14 | FORMAL GRIEVANCE # _1404 257 152_ <br> DENIED / APPROVED / <br> RETURNED <br> D. ORR, ADMIN. ASSISTANT | _D. Orr_ |

Inmate Name _Hoer, George_
DC# _637382_    Race/Sex _10/M_
Date-of-Birth ▓▓▓▓▓▓▓
Institution _Columbia_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 5/07)

000224

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: CODEINE, PHENERGAN, REGLAN

| DATE/TIME | |
|---|---|
| 4/9/14 (130) | INCIDENTAL NOTE 97.2 - 120/78 - 71  (Dose #2 of 3) Rocephin 2gms IM given 2.5 cc in each hip.  MStokes MStokes RN |
| 4/10/14 | INCIDENTAL NOTE Rocephen 2gms IM given - 2.5cc each buttock.  (#3 of 3.) BP 122/81 HR 68 T 97.5 MStokes RN  MStokes RN |
| 4-14-14 | FORMAL GRIEVANCE # 1404251052 DENIED / APPROVED / RETURNED D. ORR, ADMIN. ASSISTANT  D Orr |
| 4/14-14 | FORMAL GRIEVANCE # 1404251015 DENIED / APPROVED / RETURNED D. ORR, ADMIN. ASSISTANT  D Orr |
| 4/22/14 @ 0808 | I/m to sick call for pass renewal for 4000 cal diet. I/m BMI within normal limits. Referred to MD VS 98.83-16-133/88  Dthomas did not meet criteria for 4000 calorie diet pass. Zack SLPN COLUMBIA C.I.  R. Gramling RN Columbia Annex |
| 4/23/14 1530 | I/m seen for psychological evaluation @ request of Central Office  Mark Manuel PsyD M. MANUEL PsyD SR. MENTAL HEALTH CLINICIAN COLUMBIA CI |
| 4/23/14 1625 | Seen by psychiatry  P. LOMANGCOLOB, MD Psych Columbia CI |

Inmate Name Horn
DC# 639382          Race/Sex W/M
Date of Birth
Institution CI Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)          Incorporated by Reference in Rule 33-602.210

000225

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Codiese, Phenergas, Reglas_

**DATE/TIME**

DOCTOR'S CLINIC
DATE / TIME  4-8-14  1600
T 988 FP 74  BP 132/89 mmt
R 16 WT 153  ALLERGY _see above_
DIAGNOSIS _allergs??_

4/2/14  58 y/o Male patient with Hx of
localized redness, tender area
in Supra-Pubic
O) Zone approximately as Redness area
tender/warm to palpatic, no discharge
A) Skin infection
P) Rocephin 2 gm IM Daily x 3 days

_R. MARCEUS, MD_
_SR-PHYSICIAN_
_COLUMBIA CI_

04/09/14    _a. Hainsworth, ms, Lmttc_
1/30    SEEN IN
MENTAL HEALTH

_A. HAINSWORTH, MS, LMHC_
_BEHAVIORAL SPECIALIST_
_COLUMBIA CI_

Inmate Name _Neen, George_
DC# _037382_  Race/Sex _W/M_
Date of Birth ▮▮▮▮▮▮▮
Institution _Columbia  Unnex_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E=Education

DC4-701 (Revised 10/31/08)

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Codeine, Phenergan, Reglan, Dairy Products_

| DATE/TIME | |
|---|---|
| 3/3/14 0330 | LAB Draw for Dilantin Level (Refused) DC4-711 A Generated/Signed/Witnessed — _T.Wilkinson L.P.N._ |

3/11/14 10:30 — 53 y/o male patient Hx of (Rt) Hip arthrotis and removal has been established
Output unremarkable
Nourh PRE, no murm
lungs ctax 2
Abdomen soft BS (+)
Right scar of previous surgery noted
lower extrem (Rt) leg weakness
no edema, no cyanosis

A) (Rt) Hip removal sx
neuropathic pain

P: Tramadol has been ordered for neuro-
  Holic pain
  Double Mattress pass written
  Patient will be followed arce again
  on 03/14/14 in C/C

_Matter_
P. MARCEUS, MD
SR. PHYSICIAN
COLUMBIA CI

_noted_
_3/11/14_
_R. _ SLPN_

4/3/14 0400 — Inmate refused labs on this day
Dilantin, DC4-711A S/N — TSM____ S/MDO____

4/8/14 12noon — MD referral for (R) groin absess
MStokes RN
MStokes

Inmate Name _Horn, George_
DC# _637382_    Race/Sex _W/M_
Date of Birth ▉▉▉▉
Institution _CC I annex_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Director of Health Services Administration.

000227

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: CODEINE, PHenergan, Reglan, Dairy products

DATE/TIME

DOCTOR'S CLINIC

DATE / TIME 2/17/14

T 96.4  FP 70  BP 136/75 mmt

R 18  WT 147  ALLERGY

DIAGNOSIS ___ nosing to bureck/anus

S) Pt here states has a hip Replacement ?2005,
also 4 cust infection enters oxillary
area. Also some rash in his gluteal area.

O) Pt hip surgical scar
Pt axillary area mars/cyst
total crecysis are rash.

A) Pt hip pain
Axillary cyst
Pt eroughgrat rash

P) Augment 875 on 3i DX10d
Lotriono cream Apply BiD #15gm
Nitrazyn 500mg 3i DX10d, PA

INDICATED VER AAPA es
returnho ez
9-17-14
6:05 ong litter
pt 2 Wt litter

Inmate Name Horns, George

DC# 63779  Race/Sex B/M

Date of Birth [redacted]

Institution Columbia Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Revised 10/31/08)

000228

**FL___A DEPARTMENT OF CORREC____S**
## Chronological Record of Health Care

Allergies: Codeine ; Reglan

| DATE/TIME | |
|---|---|
| | DOCTOR'S CLINIC |
| | DATE / TIME  2/5/14 |
| | T 98 FP 57 BP 134/75 mm|
| | R 18 WT 147 ALLERGY |
| | DIAGNOSIS Eval lec pain |

2/1 S: 51 y/o male patient s/p Hip replacement that was failed secondary to infection. Continued complaining of right hip pain, (R) hip deformities, ↓ ROM

O: Hip replacement sx (R) hip and leg pain

A: Patient has been seen in Orthopedic clinic two months ago on 12/12/13. Plan no surgery at the present time. Then no question to send the patient to orthopedic clinic after 2 months. Patient will continue with pain medication. Another consult will be submitted in two months for reevaluation.

*M___ ___*
P. MARCELIN MD
SR. PHYSICIAN
COLUMBIA CI

R. FOWLER SLPN
COLUMBIA CI

Inmate Name Horn, S
DC# 637382    Race/Sex W/M
Date of Birth [redacted]
Institution Col___ ___

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Revised 10/31/08)

000229

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: _Codene, reglan,_

| DATE/TIME | |
|---|---|
| 1-29-14 @0640 | One note: Inmate to Sick-Call <br> has pain in leg. Was on roster at <br> other camp. Wants something for <br> pain, STP, hip, knee in 3/13 + complain <br> injected @ hip. Chart referred to MD <br> @ CCI appt. — _NORRIS LPN_ <br> _COLUMBIA_ |

Inmate Name _Horn George_
DC# _635382_      Race/Sex _B/m_
Date of Birth ▮▮▮▮▮▮▮▮
Institution ____COLUMBIA CI ANNEX____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Revised 10/31/08)

000230

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine, Phenergan, Reglan.

| DATE/TIME | |
|---|---|
| 1/21/14 1330 | Inc note: I/M found asleep, awake @ intervals refused VS; No s/s of distress noted. I/M dies No c/o pain or discomfort. I/M uses W/C when oob. Will cont to monitor for security purpose & safety. ___ Gallego RN, BHCA |

Inmate Name _Horn, George_
DC# _1037382_   Race/Sex _WM_
Date of Birth _____
Institution _____ _SFRC._

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000231

# DEPARTMENT OF CORRI
## Chronological Record of Health Care

Region Icodeine

| 3/14 | Orientation to Mental Health | J. Soto Mental Health Specialist SFRC | JSoto |
| 1/13/14 | SEEN IN MENTAL HEALTH | J. Soto Mental Health Specialist SFRC | JSoto |
| 11/15/14 | | | |

Inmate Name: Horn George
DC# 057582                    Race/Sex: W/M
Date of Birth: ▮▮▮▮▮
Institution: SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

## DEPARTMENT OF CORR
## Chronological Record of Health Care

Reglan / Codeine

Nrs note: IM rec'd asleep, easy awaken, alert and oriented Dx: (R) Hip infection VS:

SD  98², 73, 20, 126/84, O₂ sat 98% on RA. no s/s of distress report at this time. IM denies severe pain, c/o discomfort anytime he trying to repositioning or turning in bed, slightly redness at (R) hip area noted, skin intact. advised to call for assistance as needed. assisted IM to reach a comfortable position safely and comfort continued. — J. A. ESCUDERO LPN S.F.R.C.

1/12/14  Nrs Note: IM rec'd in bed laying down easily awaken
0100  VS taken T=98.1 P 57-118 BP 145/3 O₂=100% completely ambulatory AAOx3, no complaints voiced + respirations unlabored. Will continue to monitor for safety and comfort care — U. ROACH, LPN

1/14/14  Nrs note: IM sitting in w/c reading a
0140  book aaox3+4. c/o active pain @ (R) Hip c movement. Seen by Dr. on sick call yet. morning, no med order noted, will clarify in am. VS: 98³ 52 18 143/74 O₂ sat 100% safety and comfort cont. — A. ESCUDERO LPN S.F.R.C.

1/14/14  Nrs Note: Inmate sick call request to talk with CHO regarding
0840  to airmattress he requested before. message passed to CHO who directed to HSA. HSA stated "Request airmattress was present conference and denied." Informed Dr. Hernandez. — RN SFRC

Inmate Name Horn George
DC# 677382
Date of Birth ▮▮▮▮  Sex W/M
Institution ▮▮▮▮

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

000233

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

| Allergies: | Reglan / Codeine |
|---|---|
| DATE/TIME | |

**1/7/14 11AM** — Inc note: I/M Recieved AAOx3, OXO, sitting in W/C. VS done WNL - 97, P72, R20, BP130/82, O₂sat 99% on RA. No s/s distress noted. Slept @ intervals while sitting in w/c. Will cont. to monitor for security purpose, also behavioral/medical Δ's. w/Hx ® Hip infection. — C. Gallego RN, BHCA

**01/07/14 1630** — INC note: Inmate Rec'vd talking to cellmate in wheelchair. AAOx3 verbal, no voiced complaints no c/o no s/s pain/distress noted at this time. VS done: 98, 68, 20, 130/86, 98% Resp even and unlabored. Dx: ® Hip Infection comfort and safety maintained. Continue to monitor — B. CESAR RN S.F.R.C.

**1/8/14 0220** — Inc note: I/M rec'd asleeping easy awaken, talkative in no apparent distress Dx: ® Hip injection, denied pain or discomfort at this time. amb. Housed per security √8. 97°, 67, 18, 121/84, O₂sat 99% on RA, no s/s of distress, no abnormal changes noted this time. Safety and comfort continued. I/m edu. on s/s of infection, vereport. vereified understanding. Will cont to monitor — J.E. ESCUDERO LPN S.F.R.C.

**1/8/14 1010** — INC Note: Rec'd in bed A/A/Ox3 in no distress. V/s monitored T 97.8 P62 R20 B/P 96/62. Breathing room air, Sat 99% no % offered. At Rt Hip infection, Continues on Zyvox 600mg Bid x 30 days. No adv reaction noted. Taking po fluids and tolerating his diet well. Comfort & Safety maintained. observation cont. Methieve your — M. ETIENNE L.P.N. SFRC

| Inmate Name | Horn George |
|---|---|
| DC# | 637382 |
| Date of Birth | Race/Sex W/M |
| Institution | SFRC |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

**Allergies:** Reglan, Codeine (Reglan, Codeine)

| DATE/TIME | |
|---|---|
| JAN 0 6 2014 1500 | Inc. Note (Note review) IM evaluated by ortho on 12/13/13. Dr. Absence of proximal third of the R femur after several prosthesis removed due to infection. As per orthopedic surgeon no surgery is advised at this time. P: 1) Surgery not recommended at this time. 2) Will discuss case with UM for evaluation 3) F/U in clc appt or PRN. M. HERNANDEZ, M.D. CHIEF HEALTH OFFICER CROSS CITY C.I. |

1/6/2014 znc Note: Nurse per Security. Dr. Hernandez did rnd.
1525  No new order received today. T 97.5 P65 R20 BP 111/81 mmHg
SO2 99%. Continue to provide routine care. —7/2R Zhou RNSN SFRC

11/2/14  Inc Note Received Inmate this evening
1600  sitting in wheel chair. NO medical
c/o offered. VS 98.3, 84, 16, 130/83 O2 100%.
Will continue to monitor and keep
safety measures in place. S. Matos, RN S.F.R.C

1/7/14  Inc note: IM rec'd asleeping in no apparent
0150  distress, when awaken A O x 3, denies pain or discom-
for. Dr. R hip infection houses per security
VS: 98 85 20 138/93 O2 97 98% on RA. Will cont
to monitor. A. ESCUDERO LPN S.F.R.C.

**Inmate Name** Horn George A
**DC#** 631382 **Race/Sex** WM
**Date of Birth** ▮▮▮▮
**Institution** SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Revised 10/31/08)

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

000235

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Reglan _iodine_

| DATE/TIME | |
|---|---|
| 1/5/14 1805 | INC Note: I'm sitting 4 in w/c, ao0x4, in stable condition. Voices ∅ c/o painier discomfort @ this time. ∅ apparent distress noted. vs: 98.3-71-20-121/80 SpO₂ 99% RA ∈ WNL. _Emily Lewis Johnson PN_ |
| 1/6/14 0530 | Inc Note: I/m observed laying down on bed, rep even, shallow, ∅ distress noted. at this time 98.3-71-20 B/P 121/80 O₂S 98% Will cont tB monitor for safety and provide care as need ___ L. Coulepin RN (LCC) |
| JAN 06 2014 1000 | The Note: I/m was visited today in his infirmary cell (housing only status) by this writer and D. Lellick (ARNP). He was questioning about his willingness to insist on requesting hip surgery. The pros + cons of a 3rd intent surgery _____ were discussed with I/m and recommendations from ortho surgeon were also discussed with I/m. I/m continues to insist on having surgery done on © hip despite surg recommendations & is not beller suitable for surgery at this time. _____ |

M. HERNANDEZ, M.D.
CHIEF HEALTH OFFICER

| | |
|---|---|
| Inmate Name | Hong George |
| DC# | 637582 |
| Race/Sex | W / M |
| Date of Birth | ▓▓▓▓▓ |
| Institution | S.F.R.C. |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

000236

FLORIDA DEPARTMENT OF CORRECTIONS
Chronological Record of Health Care

Allergies: Reglan, Codeine

| DATE/TIME | |
|---|---|
| 1/4/14 1100 | ✓ Tele. Rounds By Dr.: Pino<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ✓<br>_____, RN / M. Johnson, RN |
| 1/4/14 1640 | INC Note: I/m received in stable condition. voices Ø c/o discomfort @ this time, Ø distress noted. VS refused. I/m advised of the importance of VS monitoring + possible consequences of refusal. I/m verbalized understanding well, cont. to monitor. _____ RN / M. Johnson RN |
| 1/4/14 1750 | inc Note: I/m stated ok to check his vital signs B/P 109/73, pulse 68, temp 97.7 resp 20 O₂ sat 99% Safety and comfort maintained. _____ M. SCHOOL LPN, S.F.R.C. |
| 1/5/14 0055 | Inc Note: Inmate recved, laying down on bed, resp even, Unlabo; 1/5 97°F - 63 - 16; 105/69 Ø distress at the time noted, will cont. to monitor and provide care as need. L. Carejean, hc |
| 01/05/90 0920 | NC Note: Inmate Recvd sitting in wheelchair. Quiet and calm. No voiced complaints. No voiced No discomfort _____ No c/o No s/s Pain/distress. V/S Done 98, 65, 18, 138/91 100% RA. Continue to monitor _____ B. CESAR S.F.R.C. |
| 1/5/14 1130 | ✓ Tele. Rounds By Dr.: Pino<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ✓<br>_____ RN SFRC |

Inmate Name Horn, George
DC# 637382   Race ___ Sex W/m
Date of Birth ███████
Institution ███████

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)        Incorporated by Reference in Rule 33-602.210

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

: _Reglan / Codeine_

| DATE/TIME | | |
|---|---|---|
| 1/3/2014 1630 | Seen in mental health | A. Johnson PhD Sr MHC SFRC — A. Johnson, PhD Sr. M.H. Clinician Licensed Psychologist SFRC |

1/3/2014 1800 — Dnc Note: I/M received in not acute distress, psych doctor came to see him, no complaints voiced at this time. Dx ® hip infection, House per security, vital signs as follows; temp 97.5 pulse 76, BP 150/91, resp 20, O2 sat 100%, Safety and comfort provided will continue monitoring.
Maureen LPN

1-4-14 00:20 — INC Note: V/S 97⁴ 78 20 14/93 O2 SAT @ 100 % on R/A. Dx ® hip infection. W/c @ bedside. & within I/m's reach. Housed per security, safety + comfort measures maintained. Denies A/C hallucinations &/or S/H ideations @ present time. Resps are even & unlabored. Voiced ∅ complaints @ this time. Cont. to observe. — LPN
B. Terrell RN SFRC

1/4/14 1000 — INC Note: Received inmate in bed resting quietly. V/S Refuse. No c/o voiced. No distress. Housed per security, safety and comfort maintained at all time.
G. Roger LPN SFRC

Inmate Name: Horn George W/M
DC#: 637282
Date of Birth: [redacted]
Institution: SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000238

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Reglan, Codeine_

| DATE/TIME | |
|---|---|
| 01-01-14 10:40 AM | INC NOTE: Tele. Rounds By Dr. _Pino_ ☐ Pt. Condition & Treatment Discussed ☐ See New Orders ☐ No New Orders ☐ _____ M. FERNANDEZ L.P.N. S.F.R.C. |
| 01-01-14 1400 | INC NOTE: _Alert reclined in cell_ on bed. Talking c cell mate. AA0X3 House per security. ® hip Osteomyelitis w/c c bedside, inmate able to transferred from bed to w/c c no trouble. _(seen by)_ _last month for ... control_ VS: 108/71 P76 R 20 temp 97° 02 Sat 97% will continue ___ for _____ ___ acceptable ___ M. FERNANDEZ LPN S.F.R.C. |
| 1/1/14 1700 | INC Note: House per security. Sitting in wheelchair writing something on paper. No complaints at this time. T 98.7 P72 R18 BP 109/73 mmHg O2 99%. No air in use. Had ___ Medications taken as ordered. Continue to provide routine care. — _(signature)_ SFRC |
| 1-2/13 00:30 | INC note: V/S 97.4 · 75 · 20 110/74. O2 Sat @ 98% on R/A. Housed per security. Dx: ® hip osteomyelitis. W/C @ bedside & within arms reach. Voiced Ø complaints @ this time. Safety & comfort measures maintained. Cont. to observe. —BW B. Terrell RN SFRC |
| 0810 | INC NOTE: Housed per security. Stable. Rec'd in bed/wheelchair talking to cellmate. V/Sbone 97°, 67, 106/72, 99% on RA. No voiced complaints. No c/o No S/S pain/distress. Comfort and safety maintained — _(signature)_ CESAR RN S.F.R.C. |

Inmate Name: _HORN GEORG_
DC#: _637582_   Race/Sex: _W/M_
Date of Birth: _____
Institution: _SFRC_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

FL___A DEPARTMENT OF CORREC___

# Chronological Record of Health Care

Allergies: *PCglum Codeine*

| DATE/TIME | |
|---|---|
| 1/2/14 | INC Note:<br>Inmate states he already had the Hep A & B at Columbia in 2005. old inactive chart reviewed but no result noted. Refusal form signed by inmate. Verbalized understanding do why he's signing refusal form. —————— M. ETIENNE L.P.N. S.F.R.C. |
| 1/3/13<br>0100 | Inc note: Rec'd pm asleeping easy respiration skin w/d/i no s/s of distress noted, while pm awake pm is a×o×3 denies pain or discomfort at this time; everpertine ealm, congruent conversation. VS: 974 4520 110/71 O₂ Sat 99% on RA. Housed per security. —————— #2 A. ESCUDERO LPN S.F.R.C. |
| 1/3/13<br>0900 | INC Notes Received inmate awked, resting quietly. No c/o voiced. No dishes noted. VS — 135/91 P-65. R 20 T-982 O₂ Sat 99%. Noted some redness over Rt hip area. Safety comfort measure maintained at all times. Will continue monitor all care. ——— ROGER SFRC |
| 1/3/13<br>1200 | See Note<br>Pt s medical watch up, vaccine sched for hepatitis ordered —————— SANTALEO LPN SFRC<br>CASTILLO, MD SFRC |

**Inmate Name** Tom George<br>**DC#** 657582   **Race/Sex** W/M<br>**Date of Birth** ▇▇▇▇▇▇<br>**Institution** S.F.R.C

S- Subjective Data<br>O- Objective Data<br>A- Assessment of S and O Data<br>P- Plan<br>E- Education

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Codeine, Reglan_

| DATE/TIME | |
|---|---|
| 12/31/13 10:00 | See cell SCR. prn recerd _unreadable_ refusal fft prn recerd PT c presans medical tip trans'd at Infirmary & confirmed elct prn recerd. did new med ord. W-130# Ht 5'63" Y. Zhou RN SFRC ___ CASTILLO, MD SFRC |
| 12/31/13 1630 | INC NOTE: Inmate recv'd sitting in wheel chair. talking cell mate. A&Ox2 verbal. PAST (R) hip Osteomyelitis. Housed per security. VIS Done 98, 70, 18, 138/88, 100% At comfort and safety maintained. Denies and shows dist pain/distress at this time. Resp even and unlabored. Comfort and safety maintained. Continue to monitor. _(pressure)_ B. BEBBAR RN S.F.R.C. C. CESAR RN S.F.R.C. |
| 1-1-14 0100 | INL note. V/S#134/88, P83, r=18 T 97. O₂ SAT @ 99 % on R/A. Dx: (R) hip osteomylitis. Housed per security. W/C @ bedside. Able to transfer 'q'm bed to W/C ō asst. Safety + comfort measures maintained. Voiced ō 'p discomfort @ this time. Cont. to observe. B. Terrell RN SFRC |

Inmate Name _HORN, George_
DC# _037362_   Race/Sex _WM_
Date of Birth _____
Institution _SFRC_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: Codeine reglan

| DATE/TIME | |
|---|---|
| 12/30/13 1600 | Inc Note: Recieved inmate sitting in wheel chair. c/o "The doctor didnt see me today for my sick call." No other c/o offered. VS 98.1, 100, 20, 115/83 02 100% RA. Will continue to monitor. ~ S. Matos, RN S.F.R.C |
| 12/31/13 0020 | Inc Note: Rcved inmate laying in bed A+0 X 3. Respirations even unlabored. No S/S of distress noted. No complaints voiced. Skin warm dry, intact. Will continue to monitor per protocol. L. Roach L. ROACH, LPN |
| 12/31/13 1000 | Inc Note: House per security. Resting in bed. Request food diet pass and leg lock pass renewal. T: 98.1 P26 R18 BP 129/81 P1 minute 5a 98% resp air. Refer chart to MD for pass renewal. ~ L. Roach/ SFRC |

Inmate Name Hern George
DC# 637382   Race/Sex W/M
Date of Birth ▮▮▮▮▮
Institution
S.F.R.C

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine reglan

| DATE/TIME | |
|---|---|
| 12/30/13 010 | Inc. Inmate in Room Resting quietly, 0 distress noted. T.97.5 P108 R20 BP. 128/88 Pulse ox 100% in Room air. Skin warm, dry to touch. Will cont to monitr. SBrantley RN |
| 12/30/13 1455 | Zone Note: Sick Call T.97.4 P99 R18 BP 129/92 mmtfg WT 147.16 c/o "I have a lot of pain in my right hip area, since I had surgery eight month ago" see TRip 6837 for detail. Dr. Hernandez notified. _____ RN SFRC |

Inmate Name Horn, George
DC# 037382   Race/Sex WM
Date of Birth _____
Institution SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: Reran Codeine, Phenergan

| DATE/TIME | |
|---|---|
| 12/28/13 10:45 | INC. NOTE: Preconfinement assessment done. See DC4-760A, DC4-708, DC4-769, DC4-650B forms for full assessment. Inmate educated on how to access dental, medical and mental health services for care prn. Inmate voiced no complaints at this time. Stable. Released to assigned dorm. |
| 12/28/13 1700 | Inc note: Inmate in room resting quietly & apparent distress noted. Inmate here for temp housing. V/S 97/144/88 67 20 100% will continue to monitor. C Mainer LPN 402 |
| 12/29/13 0013 | Inc note: inmate in room laying in bed A+O x 3. V/S taken: T98.1 p69 r18 B/P 132/87 O₂ sat 99%. Respiration even unlabored, no s/s of distress noted. Skin warm dry intact. no complaints voiced. will continue to monitor for comfort and safety. D. Roach LPN |
| 12/29/13 1115 | Inc note: I'm A+O x 4, in stable condition. Housed in the infirmary for confinement. VS stated as follows: 9-79-60-18-150/81 SpO₂ 98%. RA C/o radiating back pain 6/10. Toradol filled/given admin. & tolerated well. Analgesic balm also issued. Will cont. to monitor. M. Johnson, RN |
| 1200 | Pt. states pain 1/10 @ this time. Ø further distress noted. M. Johnson, RN |
| 12/29/13 1200 | Tele. Rounds By Dr: Castillo Pt. Condition & Treatment Discussed See New Orders No New Orders M. Johnson, RN / M. Johnson, RN |

| | |
|---|---|
| Inmate Name Horn (name) | S- Subjective Data |
| DC# 632932  Race/Sex M/W | O- Objective Data |
| Date of Birth _____ | A- Assessment of S and O Data |
| Institution SFRC | P- Plan |
| | E- Education |

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: *Reglan Codeine Phenergan*

| DATE/TIME | |
|---|---|

**12/25/13 10 AM** — ☑ Tele. Rounds By Dr: *Castillo*
☑ Pt. Condition & Treatment Discussed
See New Orders ☐
No New Orders ☐

*CASTILLO, MD SRFC*

*Buenos Rd*
*SRFC*

**12/26/13 2100** — Inmate a ? Rm reviewed AA0x3, no acute distress noted. W/c in use, Pt c/o hip osteomylitis, Vitals Temp 93.4 BP 143/103 pulse 63, O sat 99%, meds adjusted ... cont'd ... *continue minitor change, Comfort removual*

*W. Papillon L.P.N. S.F.R.C*

**2200** — Inmate a ? Rm BP 168/109, pulse 67, Dr Castillo notify ... order ... will continue to monitor —

*W. Papillon L.P.N. S.F.R.C.*

**12/27/13 1800** — LPN Note: HPO TIV Pneumococcal vaccine Lo R Deltoid Temp 92.9 F. See DC4-710 & DCF 110A

**12/28/13 9:00 AM** — ☑ Tele. Rounds By Dr: *Castillo*
☑ Pt. Condition & Treatment Discussed
See New Orders ☐
No New Orders ☐

*CASTILLO, MD SRFC*

*G. Temple SR. LPN*

---

Inmate Name **Horn George**
DC# **637382** Race/Sex **WM**
Date of Birth ███████
Institution **SRFC**

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education