# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** Codeine, Reglan, Phenergan

| DATE/TIME | |
|---|---|
| 12-18-13 1430 | Inc note: MC & GC informed. See DC4-701F, DC4-770G, DC4-770E for information. — Cooper LPN SRFC |
| 12/21/13 1000 | ✓ Tele. Rounds By Dr.: Medina ✓ Pt. Condition & Treatment Discussed — No New Orders — 12/24/13 — G. Memos RN SRFC — P. Medina, MD SRFC |
| 12/22/13 1000 | ✓ Tele. Rounds By Dr.: Medina ✓ Pt. Condition & Treatment Discussed — No New Orders — 12/24/13 — G. Memos RN SRFC — P. Medina, MD SRFC |

**Inmate Name:** Kim, George
**DC#:** 637382
**Race/Sex:** W/M
**Date of Birth:** [redacted]
**Institution:** SFRC

- S- Subjective Data
- O- Objective Data
- A- Assessment of S and O Data
- P- Plan
- E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000246

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine, Reglan, Phenergan

| DATE/TIME | |
|---|---|
| 12/14/13 10:05 | Tele-Rounds By Dr.: Castillo<br>Pt. Condition & Treatment Discussed<br>See New Orders [ ]<br>No New Orders [✓]<br>M. Barrett, LPN, SFRC<br>12/24/13 P. Medina, MD, SFRC |
| 12/15/13 10:00 | Tele-Rounds By Dr.: Castillo<br>Pt. Condition & Treatment Discussed<br>See New Orders [ ]<br>No New Orders [✓]<br>M. Barrett, LPN, SFRC<br>12/24/13 P. Medina, MD, SFRC |
| 12/17/13 12:30 | See notes<br>Pt evaluated by Orthopedic Surgeon on 12/13/13.<br>A: Absence of R femur d/t third(?) prosthesis and removal due to infection<br>P: No surgery is advised at this time.<br>Dora Gaviola, M.D., U.S.A. Correctional Medical Fellow |

Noted Cooper LPN SFRC

Inmate Name: Hora, George
DC#: 657358
Date of Birth: [redacted]
Race/Sex: W/M
Institution: SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000247

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** Reglan, Codeine, Phenergan

| DATE/TIME | |
|---|---|
| 12-13-13 7pm | RE: hypertension: BP Rt: 162/105 - 87 HR. Left: 171/116. Call to Dr. Castillo, Procardia 30mg PO BID x 3 days. Continue to monitor BP this shift. — S. Thompson, RN |
| 12/13/13 2300 | TNC note: Im in bed asleep, checked BP is 145/93 Pulse 84 Resp 18 O2 sat 98%. No c/o pain or distress. No c/o made known. Will cont. to monitor. Cond. stable at this time — S. Scher, LPN SFRC |
| 12/14/13 0200 | TNC note: Recent Im in his bed. No c/o pain or distress. VSS Afebrile. Stable condition — will cont to monitor. — S. Scher, LPN SFRC |
| 12/14/13 | dnc note: Recent Im A&Ox3. VSS 142/93 P.82 18 O2 sat 99% 98.4°F. No c/o voiced. BP is coming down. Cont to monitor. — S. Scher, LPN SFRC |

**Inmate Name** Horn, George
**DC#** 637382  **Race/Sex** W/M
**Date of Birth** ███
**Institution** SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000248

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine, Reglan, Phenegan

| DATE/TIME | | |
|---|---|---|
| 12/1/13 1000 | ✓ Tele. Rounds By Dr.: Medina<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ☑<br>M. BARRETT, LPN | CASTILLO, MD SFRC |
| 12-7-13 10 AM | ✓ Tele. Rounds By Dr.: Pino<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ☑<br>S. Thompson, RN | CASTILLO, MD SFRC |
| 12/8/13 1900 | ✓ Tele. Rounds By Dr.: Pino<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ☑<br>G. MEN... RN SRFC | CASTILLO, MD SFRC |
| 12/13/13 | Late Note: Pt has gone out this morning @ 0550 for outside appointment, NAD, stable.  — O. Aw... SR. RN SFRC |

Inmate Name: Horn, George
DC#: 637302
Date of Birth: [redacted]
Institution: SFRC
Race/Sex: W/M

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

000249

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine, Phenegan, Reglan

| DATE/TIME | |
|---|---|
| 11/28/13 1000 | ✓ Tele. Rounds By Dr.: Medina<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ☑<br>*signature* G. MENO<br>SRFC |
| 11/29/13 1000 | ✓ Tele. Rounds By Dr.: Medina<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ☑<br>*signature* RN<br>SRFC |
| 11/30/13 1000 | ✓ Tele. Rounds By Dr.: Medina<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ☑<br>*signature* M. BARRETT, LPN |

Inmate Name: Horn, George
DC#: 637382
Race/Sex: W/M
Date of Birth: [redacted]
Institution: SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000250

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine, Reglan, Phenergan

| DATE/TIME | |
|---|---|
| 11/27/13 1100 | IM refused all 10AM medications stating that he feels nauseated and does not want to aggravate his stomach. Refusal signed. DMA made aware. —— G. MEDOS RN SRFC |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

Inmate Name: Henry, George
DC#: 637382    Race/Sex: W/M
Date of Birth: [redacted]
Institution: SFRC

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

000251

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

| Allergies: | Codine, Phenergan, Reglan |
|---|---|

**DATE/TIME**

11/24/13
18:00

✓ Tele. Rounds By Dr.: Medina
✓ Pt. Condition & Treatment Discussed
☐ See New Orders
☐ No New Orders

T. Thompson RN

Hermes I. Milanes MD
Board Certified
in Family Medicine

11/27/13
12:30

Dr's note —
Pt was approved on callegial call to pursue Orthopedic consult for needed treatment @ At. Parkin Hosp.
P-① Orthopedic Consult requested for evaluation and continuing of care
② pain mgt treatment modified, see orders

D. Gaxiola M.D., M.P.H., B.S.
CORRECTIONAL MEDICAL FELLOW

**Inmate Name** Horn George
**DC#** 63138?
**Race/Sex** W/M
**Date of Birth** [redacted]
**Institution** SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000252

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine, Reglan, Phenegan

| DATE/TIME | |
|---|---|
| 11/17/13 | Tele. Rounds By Dr.: Castillo<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ✓<br>M. BARRETT, LPN<br>SFRC<br>CASTILLO, MD SFRC |
| 11/18/13 2:10 pm | Inc Note.<br>Inc request Boost due such weight.<br>Height - 6,3<br>Weight - 147<br>BMI - 18.37<br>We tributary by Boost<br>Hermes L. Milanes MD<br>Board Certified in Family Medicine |
| 11/23/13 10:00 am | ✓ Tele. Rounds By Dr.: Medina<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ✓<br>S. NOEL, RN<br>SFRC<br>CASTILLO, MD SFRC |

Inmate Name: Horn George
DC#: 637282  Race/Sex: W/M
Date of Birth: [redacted]
Institution: [redacted]

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** Codeine, Reglan, Phenergan

| DATE/TIME | | |
|---|---|---|
| 11/9/13 10:00 | ✓ Tele. Rounds By Dr.: Molina<br>✓ Pt. Condition & Treatment Discussed<br>☐ See New Orders<br>☑ No New Orders<br>S. NOEL, RN SFRC | 11/12/13<br>P. Medina, MD SRFC |
| 11/10/13 10:00 | ✓ Tele. Rounds By Dr.: Molina<br>✓ Pt. Condition & Treatment Discussed<br>☐ See New Orders<br>☑ No New Orders<br>S. NOEL, RN SFRC | 11/12/13<br>P. Medina, MD SRFC |
| 11/10/13 0955 | ✓ Tele. Rounds By Dr.: Castillo<br>✓ Pt. Condition & Treatment Discussed<br>☑ See New Orders<br>☐ No New Orders<br>M. BARRETT, LPN SFRC | Castillo, MD SFRC |

**Inmate Name** Horn George
**DC#** 637382  **Race/Sex** WM
**Date of Birth** [redacted]
**Institution** SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000254

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine, Phenegan, Reglan

DATE/TIME

**11/2/13 1000** — ☑ Tele. Rounds By Dr.: Castillo / ☑ Pt. Condition & Treatment Discussed / See New Orders ☐ / No New Orders ☑
M. BARRETT, LPN
11/5/13 P. Medina, MD SRFC

**11/3/13 1000** — ☑ Tele. Rounds By Dr.: Castillo / ☑ Pt. Condition & Treatment Discussed / See New Orders ☐ / No New Orders ☑
M. BARRETT, LPN SFRC
11/5/13 P. Medina, MD SRFC

**11/5/13 3:40pm**
IM with h/o Hep C, Seizure and Right hip THR failure.
O: - AAOP 3. NAD
Ht - Pupils.
HT - NSR
L - CTA BL
Ext - scar in right hip.
BP - 112/76
P - 66
R - 18
T - 98
O₂ - 96%
Ass. Right THR failure.
Hep C
Seizure
P: DC pm F Dorm
L. Cooper LPN SFRC
H. Islam MD

Inmate Name: Horn, George
DC# 637382   Race/Sex W/M
Date of Birth [redacted]
Institution: SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000255

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine, Phenergan, Reglan, _unreadable_

| DATE/TIME | |
|---|---|
| 10/29/13 1500 | S: Inm. w/ Hx (R) Thigh pneumonia is being on pain killer, & plant tud. |
| | O: VS. BP 110/71  P: 69  R: 18 |
| | A: Hx. S/P (R) Hip surgery |
| | P: A & Morphine Sulfate 60/30cc Q 6h x 14 day cont. out medical conf |
| | NOT _signature_ RN  10/29/13 3:25pm   P. Medina, MD SRFC |
| 10/30/13 1100 noted 10/30/13 @ 11:52 _initials_ | S: states (-) complaint. |
| | O: VS stable. |
| | A: Hx. recent Hip Injection |
| | P: Renewal po medication x 14d |
| | M. BARRETT, LPN SRFC    P. Medina, MD SRFC |

Inmate Name: Horn, George
DC#: L63738  Race/Sex: W/M
Date of Birth: ___
Institution: ___

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000256

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: Codeine, Reglan, Phenegan | |
|---|---|
| DATE/TIME | |
| 10/19/13 1000 | ✓ Tele. Rounds By Dr.: Castillo<br>✓ Pt. Condition & Treatment Discussed<br>☐ See New Orders<br>☐ No New Orders<br>M. BARRETT, LPN   SRFC    10/21/13  P. Medina, MD SRFC |
| 10/20/13 1000 | ✓ Tele. Rounds By Dr.: Castillo<br>✓ Pt. Condition & Treatment Discussed<br>☐ See New Orders<br>☐ No New Orders<br>M. BARRETT, LPN  SRFC    10/21/13  P. Medina, MD SRFC |
| 10/28/13 1430 | Flu Vaccin given @ 1M<br>0/C 4 7/0/13    M. FERNANDEZ LPN S.F.R.C. |

Inmate Name: Horn George  
DC# 037382  Race/Sex W/M  
Date of Birth: [redacted]  
Institution: SFRC

S- Subjective Data  
O- Objective Data  
A- Assessment of S and O Data  
P- Plan  
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000257

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** Codeine, Rocefin, Phenergan

| DATE/TIME | |
|---|---|
| 10/4/13 | LABS DRAWN: CBC, CMP  DATE: 10/4/13  TIME: 940H  INITIAL: BS  — S. BOULAMIA H.S.T. S.F.R.C. |
| 10/25/13 1115 | Late - note. S/ Pte c̄ Hx. (R) Thigh (brown) wep c/ Dizzy, is very full. (P) complaint. O: T=45 BP 111/64 P: 64 R: 18 A/ Hx. (R) hip surgery c̄ chronic Injector P: Urology cont medical / cong — P. Medina, MD SRFC  (M. BARRETT, LPN) |

**Inmate Name:** HORN, GEORGE  
**DC#:** 637382 **Race/Sex:** W/M  
**Date of Birth:** [redacted]  
**Institution:** SFRC

- S- Subjective Data
- O- Objective Data
- A- Assessment of S and O Data
- P- Plan
- E- Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

000258

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codeine, Phenergan, Reglan

| DATE/TIME | | |
|---|---|---|
| 10/12/13 11 Am | ✓ Tele. Rounds By Dr.: Acevedo<br>✓ Pt. Condition & Treatment Discussed<br>☐ See New Orders<br>✓ No New Orders<br>S. NOEL, RN<br>SFRC | OCT 14 2013<br>S. Hosseini<br>CHO<br>SFRC |
| 10/13/13 10²⁵ Am | ✓ Tele. Rounds By Dr.: Acevedo<br>✓ Pt. Condition & Treatment Discussed<br>~~See New Orders~~<br>~~No New Orders~~ ✓<br>S. NOEL, RN<br>SFRC | OCT 14 2013<br>S. Hosseini<br>CHO<br>SFRC |

Inmate Name: Horn, George
DC#: 637380
Race/Sex: WM
Date of Birth: [redacted]
Institution: SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000259

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** Codeine, Reglan, Phenergan

| DATE/TIME | |
|---|---|
| 10/6/13 1000 | ✓ Tele. Rounds By Dr.: Medina<br>✓ Pt. Condition & Treatment Discussed<br>☐ See New Orders<br>☐ No New Orders<br><br>M. BARRETT, LPN SFRC<br><br>[signature] 10-8-13 |
| 10.10.13 0820a | INF. Note: annual questionnaire completed. See DC4-520C. — T. Williams /MSRC |
| 10-11-13 @ 11:00 | patient I/M — vital signs WNL, looks well and currently in no acute distress.<br>h/o hip surgery — right thigh serom<br>s/p right thigh infection, Hep C (+)<br><br>Heart: RRR, ∅ gallops<br>Lungs — clear, ∅ rhonchi<br>Abd: soft, BS (+)<br>LE: right hip ∅ infection, painful to touch<br>Neuro: Alert, oriented x3<br><br>* keep the current Tx<br>* Benadryl 25 mg PO BID x 21 days<br>* patient was educated<br><br>Dr. Hosseini [signature] 10-12-13 |

**Inmate Name:** Horn, George
**DC#:** 637382  **Race/Sex:** W/M
**Date of Birth:** [redacted]
**Institution:** SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** Codeine, Reglan, Phenergan

| DATE/TIME | |
|---|---|
| | Inmate - note |
| 10/4/13 1110 | S: Pt c̄ Hx (R) Thigh seroma, Hep C / seizure disorder, He's doing O.K. |
| | O: VS stable |
| | A: H/o (R) Hip Osteomyelitis (R) Thigh seroma (Seroma) |
| | P: 4000 cal. diet renewal x 3 months. Continue current medical care |
| | Noted 10/4/13 1500 [signature] C. MENENN, RN SRFC       P. Medina, MD SRFC |
| 10/5/13 1000 | Tele. Rounds By Dr.: Acevedo  Pt. Condition & Treatment Discussed  See New Orders [ ]  No New Orders [✓]  [signature] M. BARRETT, LPN      DR. S. HOOSEIN, CHO    10-8-13 |

**Inmate Name:** Horn, George
**DC#:** 637382  **Race/Sex:** W/M
**Date of Birth:** [redacted]
**Institution:** SFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

000261

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** Codeine, Reglan, Phenergan

| DATE/TIME | |
|---|---|
| 9-28-13 1745 | Inc Note: I/M c/o severe pain on left side of face. I/M states he had oral surgery a couple of days ago and there were complications during removal. Face appears swollen. I/M requested Ibuprofen prn, as Morphine is not working enough. Medication given. States pain was 10/10, now 5/10. Comfort and safety measures maintained. — Peggy Hernandez, LPN |
| 9/29/13 0000 | ✓ Tele. Rounds By Dr.: Hosseini<br>✓ Pt. Condition & Treatment Discussed<br>See New Orders ☐<br>No New Orders ☑<br>[signature] RN<br>SRFC |
| 9/30/13 | P. Medina, MD<br>SRFC |

**Inmate Name:** Horn, George
**DC#:** 637382    **Race/Sex:** W/M
**Date of Birth:** [redacted]
**Institution:** SRFC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

000262

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Codiene, PMCVellean, Reglan, Ravy Products

| DATE/TIME | |
|---|---|
| | **DOCTOR'S CLINIC** |
| | DATE/TIME 11/3/14 |
| | T 98 FP 82 BP 138/84 mmt |
| | R 82 WT 147 ALLERGY |
| | DIAGNOSIS ease L leg pain |

11/03/14 S: Male patient with Hx of Neuropathic pain s/p Hip replacement and failed d/t to infection. Has been on Pamelor 50mg for pain. Patient states Pamelor doesn't work. Neurontin has been ordered but denied.

O: R/L Hip tenderness to palpation. w/c bound.

A: Leg pain

P: Naproxen 500 mg PO BID × 60 days

Marce, MARCEUS, MD
SR. PHYSICIAN
COLUMBIA C.

11/7/14 S: Tums request
O: obly eeen
A: meds
P: that to MD
E: s/s of fluid, diet, exer

R. Oden, LPN
Corizon Healthcare
Columbia Annex

Inmate Name
HORN, GEORGE
DC# 637382 W/M
DOB: [redacted]

/M

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Revised 10/31/08)

000263

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

DATE/TIME

**DOCTOR'S CLINIC**
DATE / TIME 10/24/14
T 97 FP 78 BP 134/95 mmt
R 16 WT 147 ALLERGY
DIAGNOSIS c/o RL leg pain

10/24/14 — Patient with hx of multiple hip surgeries and back pain c/o complains of increasing pain. Hip, low back tender to palpation. Hip and Back exam... Patient is not satisfied with ... Neurontin ordered. DRR submitted.

R. Oden, LPN
Corizon Healthcare
Columbia Annex

Inmate Name Horn, George
DC# ___738_
Race/Sex W/M
Date of Birth [redacted]
Institution Columbia Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Revised 10/31/08)

000264

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

NKDA

| TIME | |
|---|---|
| 7/14 205 PM | Inc Mail: Sent V.P.S. update filed from 1/29 to 10-2-14 to Sean Ellis Florida legal |

S. TAYLOR
MEDICAL RECORDS CLERK
COLUMBIA ANNEX

10/20/14
1345 — SEEN IN MENTAL HEALTH — J. Pitkethly, JR. Mental Health Counselor Corizon Health Columbia

10/24/14 — I/m to SC c/o chronic ® hip pain + swelling. Affected area c̄ old scar tissue from surgery 2004 + repeat surgery 2010 hip replacement. Affected hip is swollen tender to touch cool no discoloration. VS T 97⁶ P 75 R 16 BP 152/87 No S+S of infection. Chart to PCP for swelling evaluation.

D. Jackson RN
Columbia Annex

Inmate Name: Horn, George
DC#: 637382
Race/Sex: W/M
Date of Birth: [redacted]
Institution: Col. C. I. Ax

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

000265