IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-cv-20341-DPG

GEORGE HORN,

    Plaintiff,

v.

JULIE L. JONES, Secretary of the
Florida Department of Corrections, in her
official capacity, et al.

    Defendants.
_____/

## NOTICE OF FILING MEDICAL RECORDS – MEDICATION AND TREATMENT RECORDS

Defendants JULIE L. JONES, in her official capacity as Secretary of the Florida Department of Corrections, and SEYED HOSSEINI, M.D., by and through their undersigned attorney, hereby give notice of filing the attached Medication And Treatment Records ("MARs").

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Electronic Mail to the following on this 15th day of August, 2016:

Karen Marcell, Esq.
Katzman Garfinkel & Berger
300 North Maitland Avenue
Maitland, Florida 32751
kmarcell@likeyourlawyer.com
*Counsel for Plaintiff, George Horn*

M. Katherine Hunter, Esq./Eric Freedman, Esq.
Chimpoulis, Hunter & Lynn, P.A.
150 South Pine Island Road- Suite 510
Plantation, FL 33324
khunter@chl-law.com

efreedman@chl-law.com
*Counsel for Defendants*
*Wexford Health Sources Inc.,*
*Marlene Hernandez, M.D. &*
*David Reddick, M.D.*

        Respectfully Submitted,

PAMELA JO BONDI
FLORIDA ATTORNEY GENERAL

s/      Shane Weaver
SHANE WEAVER, ESQ.
Senior Assistant Attorney General
Florida Bar No. 907421

Office of the Attorney General
1515 N. Flagler, Suite 900
West Palm Beach, Florida 33401
Tel. (561) 837-5000
Fax. (561) 837-5102
Shane.Weaver@myfloridalegal.com
*Counsel for Julie Jones & Seyed Hosseini, M.D.*

cc:  Mediator:  Thomas H. Bateman, III