



**STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS**
**MEDICATION AND TREATMENT RECORD (MAR)**

Month/Year: 01/2012

List Drug Allergies: _Penicillin, Keflex_

Codes: 1 = Refused  4 = Medication Out of Stock
2 = Security Lockdown  5 = Awaiting Arrival from Pharmacy
3 = Medication Held

| Medication/RX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dilantin 200 g p.o. BID X 30 days. | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|---|

* Requires comment on back Page _____ of _____

Inmate Name: Thom, George
DC #: H63480
Date of Birth: 04/5/1996
Institution: RMC

DC #: 637382

0003

STATE OF FLORIDA - DEP...TMENT OF CORRECTIONS
MEDICATION AND TR...TMENT RECORD (MAR)

List Drug Allergies: _____

Month/Year: 2/2012

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Codes: 1 = Refused    4 = Medication Out of Stock
2 = Security Lockdown    5 = Awaiting Arrival from
3 = Medication Held    Pharmacy

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.

This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| N CLAIRSAINT RN | | | | | |

* Requires comment on back Page ___ of ___

Inmate Name: _____
DC # _____
Date of Birth: _____
Institution: SFRC

DC4-701A (Revised 12/22/11) Page 1 of 2

0004

STATE OF FLORIDA - DE... ...ENT OF CORRECTIONS
...ENT RECORD (MAR)

Month/Year: 05/2012

List Date(s):

Codes: 1 = Refused      4 = Medication Out of Stock
2 = Security Lockdown   5 = Awaiting Arrival from
3 = Medication Held        Pharmacy

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| METOCLOPRAMIDE HCL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MORPHINE SULFATE ER UR 15MG DON'T TAKE 1 TABLET(S) TWICE DAILY BY MOUTH *PER APPROVED 5290 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dilantin 300 7 days | 18:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Morphine Sulfate 15mg PO BID X 30 doses | 18:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

* Requires comment on back Page _____ of _____

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | TW | | TW | | W |

Inmate Name: HORN GEORGE A
DC #: 9/131861
Date of Birth: 
Institution: SOUTH FLORIDA - MAIN UNIT

Caucasian   W/S

DC4-701A (Revised 12/22/11) Page 1 of 2

# STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

**Codes:** 1 = Refused    4 = Medication Out of Stock
2 = Security Lockdown    5 = Awaiting Arrival from
3 = Medication Held    Pharmacy

List Drug Allergies

Monthly/Year: 5/20, 2

Medication/TX

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| Kevin J. Whaley, RN | RC | WILLIAMSON | TN | | |

Bactrim DS
1 Tab PO
B.I.D. role x

CIPRO 500mg
1 Tab P.O
B.I.D

* Requires comment on back Page

Inmate Name
DC #
Date of Birth
Institution

0006

STATE OF FLORIDA - DEP[ARTMENT] OF CORRECTIONS
MEDICATION AND TR[EA]TMENT RECORD (MAR)

List Drug Allergies: Codeine   Phenergan

| Codes: | 1 = Refused | 4 = Medication Out of Stock |
| | 2 = Security Lockdown | 5 = Awaiting Arrival from |
| | 3 = Medication Hold | Pharmacy |

Month/Year: _____

Inmate Name: Horn, George
DC# 687382
Date of Birth 7-15-61
Institution: SFRC

DC4-701A (Revised 12/22/11) Page 1 of 2

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Directive Dates | Medication/1X | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 5/9/12 STOP 5/11/12 | MS Contin 15 mg Po BID x 3 days | 0600 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| J Johnston RN | JJ | J Alvarez LPN | JA | | |

* Requires comment on back Page _____ of _____

0007



MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _____

Codes   1 = Refused          4 = Medication Out of Stock
        2 = Security Lockdown  5 = Awaiting Arrival from
        3 = Medication Held        Pharmacy

NOTE: This MAR is to be used for: PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

* Requires comment on back Page _____ of _____

DC4-701A (Revised 12/22/14) Page 1 of 2

## STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

Codes: 1 = Refused
2 = Security Lockdown
3 = Medication Held

4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

List Drug Allergies: _____

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Monthly/Year: 5/2012

MS Contin 15 mg — 0600
PO TID × 10 days — 1200
— 1800

Dr. Hossini — 
DSR Submitted

Dr. Hossini
Motrin 600 g PO
BID × 10 days — 0600
— 1800

Dr. Hossini re — 1800

NOTE: This MAR is to be used for PRN needs other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|

* Requires comment on back Page _____ of _____

Inmate Name: Hamilton, George
DC # H63733
Date of Birth: 3-16-15
Institution:

DC4-708A (Revised 12/22/11) Page 1 of 2

0009

# STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 6/2012

List Drug Allergies: _____

| Codes: | 1 = Refused | 4 = Medication Out or Stock |
|---|---|---|
| | 2 = Security Lockdown | 5 = Awaiting Arrival from Pharmacy |
| | 3 = Medication Held | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Date/Treatment | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 5/3/12 STOP | Ms Contin 15 mg PO BID | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 5/3/12 STOP | TID x 10 days Dr. submitted | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 5/9/12 STOP | Dr. Hosseini ex | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 5/9/12 STOP | Motrin 600 mg PO | 0600/2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 5/9/12 STOP | BID x 10 days | 0600/2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/8/12 STOP | Dr. Hosseini | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBED BY | C135S | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Inmate Name: Hall, George
I/C # 463582
Date of Birth: 05-15-1967
Institution: SRC

DC4-714A (Revised 12/22/11) Page 1 of 2

| Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp |
|---|---|---|---|---|---|
| | Dr. ___ LPN | M | Williams LPN | | C. Webb LPN S.F.R.C. |

* Requires comment on back Page ___ of ___

# STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

**Codes:** 1 = Refused
2 = Security Lockdown
3 = Medication Held

4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

Month/Year: 06/12

List Drug Allergies: Codeine, Morphine, Percocet

Medication/Rx: HS Confirm SMZ/BID
PO TID x 3 days 600.00
1800

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: John George
DC # 637368
Date of Birth:
Institution: S 

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| J. Roberts | JR | | | Millerson | M |

* Requires comment on back Page

of ____

DC4-730A (Revised 12/22/11) Page 1 of 2

STATE OF FLORIDA - DEP____MENT OF CORRECTIONS
MEDICATION AND T____MENT RECORD (MAR)

List Drug Allergies: _____

Codes: 1 = Refused
2 = Security Lockdown
3 = Medication Held

4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARs.
This is a combination treatment/medication MAR.

* Requires comment on back Page _____ of _____

Inmate Name _____
DC # _____
Date of Birth 7-3-81
Institution _____

FC4-201A (Revised 12/22/11) Page 1 of 2

0012

STATE OF FLORIDA - DE___ ___MENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: ___

Codes: 1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

Month/Year: 02/2012

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS

This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | C. Coleman, LPN B.F.R.C. | | | ew |
| T.n. Silverman CPh | | | | | |

FEB 17 2012

Lic # 041 4487

Inmate Name: Horn George
DC # 637382
Date of Birth: 09/15/1969
Institution: B.F.R.C.

* Requires comment on back Page ___ of ___

0013

# STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

Codes: 1 = Refused  
2 = Security Lockdown  
3 = Medication Held  
4 = Medication Out of Stock  
5 = Awaiting Arrival from Pharmacy

List Drug Allergies: NKDA

Month/Year: 03/2012

Medication/Rx: Dilantin 200 ?  
p.o. BID x 180 days

| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Inmate Name: Horn, George  
DC #: 637383  
Date of Birth:  
Institution:

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.  
This is a combination treatment/medication MAR.

* Requires comment on back page

DC4-701A (Revised 12/22/11) Page 1 of 2

0014

# STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _____

Codes:  1 = Refused   4 = Medication Out of Stock
2 = Security Lockdown   5 = Awaiting Arrival from Pharmacy
3 = Medication Held

Month/Year: 06 2012

| Medication/Tx | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NOTE: This MAR is to be used for PRN meds other than IGMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: _____
DC #: _____
Date of Birth: _____
Institution: _____

Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials

C. WEBB, LPN
G.F.R.C.

( Requires comment on back Page

DC4-701A (Revised 12/22/11) Page 1 of 2

0015



Monthly/Year: 7/20/12

List Drug Allergies: Reglan, Codeine

| Codes | |
|---|---|
| 1 = Refused | 4 = Medication Out of Stock |
| 2 = Security Lockdown | 5 = Awaiting Arrival from Pharmacy |
| 3 = Medication Held | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.

This is a combination treatment/medication MAR.

Effective Dates / Medication/TX / Time columns (handwritten):

- Rocephin 2 Gm IV in 100cc D5W Q24h x 6 wks — 1000
- Biaxin 500mg PO BID (Clarithromycin 8 wks) — 1000 / 2200
- Tylenol 650mg PO TIDx7days 3wks — 1000 / 1400 / 2200
- Tylenol 650mg PO Q HSx 30 day — 1800

TRANSCRIBER INT

Signature/Stamp / Initials (multiple handwritten signatures including D. Singletary, RN; D. Vazquez, RN)

* Requires comment on back Page 2 of 2

EC-4-701A (Revised 12/22/11) Page 1 of 2

Inmate Name: ___
DC #: ___
Date of Birth: ___
Institution: ___

0017



MEDICATION AND TREATMENT RECORD (MAR)

0018



## STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: ___ Reglan, Codeine, Thorizine ___

**Codes:** 1 = Refused 2 = Security Lockdown 3 = Medication Held 4 = Medication Out of Stock 5 = Awaiting Arrival from Pharmacy

Month/Year: 07/2012

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morphine Sulfate 10 mg/5ml give po 5ml Q 4 hours x 10 d OV | 0200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | OV | |
| | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | OV | |
| | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | DN | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | DN | |
| | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | OV | |

START 07/25/12  STOP 07/25/12  STA.  08/04/12

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| Vazquez, RN — SFRC | OV | Mumen LN | | Plergui, RN — SFRC | OD |

* Requires comment on back Page ___ of ___

Inmate Name: Horn, George
DC # 637382
Date of Birth: 09/15/61
Institution: SFRC

DC4-701A (Revised 12/22/11) Page 1 of 2

# MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 8/12

List Drug Allergies: _____

Codeine, Reglan, Phenergan

Codes: 1 = Refused  
2 = Security Lockdown  
3 = Medication Held  
4 = Medication Out of Stock  
5 = Awaiting Arrival from Pharmacy

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 5/22/12 STOP | Rocephin 1gm IV in 100cc NSW Q24 hours x 6 weeks | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 5/22/12 STOP | Biaxin 500mg PO BID x 6 weeks (clarithromycin) TRANSCRIBED RN 70 | 1000 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 7/17/12 STOP | Flagyl 500mg PO Q HS x 6 | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 7/17/12 STOP 8.16.12 | Dilantin 300mg PO Q HS x 6 days | 0600 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 8.16.12 STOP 8/1 | Dilantin 200mg PO BID x 30 days TRANSCRIBED RN 70 | 0600 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

This is a combination treatment/medication MAR.

NOTE: This MAR is to be used for PRN meds other than BMC and new orders prior to receipt of Pharmacy generated MARS.

* = Requires comment on back page

| Inmate Name: Horn, George | DC# L63852 | Date of Birth: | Institution: SFRC |
|---|---|---|---|

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| DeAnna RSR RN  SFRC | JO | | | O. Vasquez RN  SFRC | |
| | | | | | |

DC 1-718A (Revised 12/22/11) Page 1 of 2

0021

## Instructions

1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered, on Page 2 document the date, time, initials and the "received at" institution's name.

### Reason Medication Not Administered

Codes:
- 1. Refused by Inmate
- 2. Security Lockdown
- 3. Medication Held
- 4. Medication Out of Stock
- 5. Awaiting Arrival from Pharmacy
- 6. Other*

*Requires comment below in "Reason Code" column

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|------|------|----------|-------------------|-------|-------------|-------------------------|
| 8/21 | 2:2a | R R | Ri (X mg 5mg | P.O. | 5 | M AV JWW |

Inmate Name _____
DC # _____
Date of Birth _____
Institution _____    R/S _____

DC4-701A (Revised 12/22/11) Page 2 of 2

0022

MEDICATION AND TRE       TENT RECORD (MAR)

Codes: 1 = Refused                4 = Medication Out of Stock
2 = Security Lockdown        5 = Awaiting Arrival from
3 = Medication Held              Pharmacy

List Drug Allergies: Codeine
Keflex
Provalan

Month/Year: 8/12

| | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

START 8/1
STOP 8-11-12

Hydrocortisone cream 1% BID use as directed x 30 days — KOP

Dilantin 200mg PO BID X 90 days — 0600 / 1800

Morphine Sulfate 5mL PO Q6H x 3 Days

Morphine Sulfate 5mL PO Q8e x 4 Days

TRANSCRIBER INT: LC / NM

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.

This is a combination treatment/med/PRN MAR.

‡ = Requires comment on back Page

Inmate Name: Horn, George
DC #: 607585
Date of Birth:
Institution: SFRC

Signature/Stamp SR. RN
Initials
Signature/Stamp
Initials
Signature/Stamp
Initials

FC470lA (Revised 1/22/11) Page 1 of 2

0023

STATE OF FLORIDA - DEPA~~~~~~ CORRECTIONS
MEDICATION AND TREATMENT ~ECORD (MAR)

List Drug Allergies

Codes: 1 = Revised                4 = Medication Out of Stock
2 = Security Lockdown       5 = Awaiting Arrival from
3 = Medication Held              Pharmacy

Month/Year: 08/12

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Morphine Sulfate 10-9/5ml gve 5ml PO Q4h x 10 days

Morphine Sulfate 5ml .3 x a day for 48 hrs

Morphine Sulfate 10mg 15ml give 5ml PO Q4 hrs

Morphine Sulfate 10mg 15ml x 7 Days

Morphine Sulfate 10mg 15ml one dose now

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Inmate Name | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|

Inmate Name: Moses, George
DC # G27082
Date of Birth: 09/15/61
Institution: SFRC

DC-4 791A (Revised 12/22/11) Page 1 of 2

0024



STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 8/12

List Drug Allergies: Codeine Aspirin

| Codes: | 1 = Refused | 4 = Medication Out of Stock |
| | 2 = Security Lockdown | 5 = Awaiting Arrival from |
| | 3 = Medication Held | Pharmacy |

| Effective Date | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START | Ensure Can 1 Po BID X 15 Days | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | Elavil 50mg Po QHS X 30 Days | RCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

TRANSCRIBER INIT

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | K B | | | | |

Inmate Name
DC #
Date of Birth
Institution SFRC

DC1-730A (Revised 12/22/11) Page 1 of 2

* Requires comment on back Page _____ of _____

0026

# STATE OF FLORIDA - DEP... ... CORRECTIONS
## MEDICATION AND TREATM... ... RECORD (MAR)

List Drug Allergies: Codeine & Biaxin Denecan

Codes: 1 = Refused   4 = Medication Out of Stock
2 = Security Lockdown   5 = Awaiting Arrival from
3 = Medication Held   Pharmacy

Month/Year: 8/2012

| Effective Dates | Medication/Tx | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

START 8/24/12
STOP 8/29/12
Morphine Sulfate 15mg
8.0 q 6 0 x 5 days
N/A

START 8/29/12
STOP 09/05/12
Morphine Elon IN in 100 cc D5W @ 24 hours x 2 weeks

START 09/05/12
STOP 09/05/12
Biaxin 500mg po (clarithromycin) BID x 2 weeks

START 8/27/12
STOP 09/05/12
Morphine Sulfate 15mg 1 PO BID

NOTE: This MAR is to be used for PRN meds other than MAC and new orders prior to receipt of Pharmacy generated MARS.

This is a combination treatment/med/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| O. Olowonyo, RN SFRC | | RN SFRC | | | |
| Vazquez, RN/x | | | | | |

Refill/Comment on back Page ____ of ____

Inmate Name: George Lloyd
DC # 637989
Date of Birth: 9/15/71
Institution: SFRC

DC4-701A (Revised 12/22/11) Page 1 of 2

STATE OF FLORIDA - DEP   MENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Codes: 1 = Refused
2 = Security Lockdown
3 = Medication Held

4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

List Drug Allergies —

Codeine, Reglan

Month/Year 7/30/12

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elavil 50mg PO QHS x 30 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dilantin 200mg PO BID x 90 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rocephin 2gm IM in 10cc D5W x 24° x 2 weeks | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Biaxin 500mg p.o. bid x 2 weeks | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RTC and new orders prior to receipt of Pharmacy generated MARs.
This is a combination treatment/medication MAR.

Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials

DC-4-730A (Revised 12/22/11) Page 1 of 2

Inmate Name:
DC #
Date of Birth:
Institution

0028

## STATE OF FLORIDA - MENT OF CORRECTIONS
### MEDICATION AND TREATMENT RECORD (MSAR)

Month/Year: 9/20/12

List Drug Allergies: Codeine, Phenergan

**Codes:** 1 = Refused   2 = Security Lockdown   3 = Medication Held   4 = Medication Out of Stock   5 = Awaiting Arrival from Pharmacy

| Effective Date | Medications/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 8/23/12 | Rocephin 2gm IV in 100cc of D5W x 24 hrs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 9/25/12 | x 2 weeks | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 8/23/12 | Maxin 500mg PO (Clarithromycin) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 09/15/12 | BID x 2 weeks | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Morphine Sulfate 15mg PO Q 60 tab x 30 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 8/23/12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 9/25/12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 9/4/12 | Ensure 1 Can PO BID x 15 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: Mesa George
DC #: D-73891
Date of Birth:
Institution: SFRC

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | TN | | RB | | |
| | | | LB | | |
| | | | | | |

(Requires comment/check page 2)

DC4-701A (Revised 12/22/11) Page 1 of 2

0029

## Instructions

1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered on Page 2 document the date, time, initials and the "received at" institution's name.

## Reason Medication Not Administered

Codes:
1. Refused by Inmate
2. Security Lockdown
3. Medication Held
4. Medication Out of Stock
5. Awaiting Arrival from Pharmacy
6. Other

*Requires comment below in "Reason Code" column

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|------|------|----------|-------------------|-------|-------------|-------------------------|
| 9/1/12 | 1000 | SS | M.S. 5mg | PO | 6 | _(handwritten notation)_ |

Inmate Name
DC #
Date of Birth
Institution
R/S

DC4-701A (Revised 12/22/11) Page 2 of 2

0030

MEDICATION AND TREATMENT RECORD (MAR)

Monthly/Year Aug of 2012

List Drug Allergies: Celexa, Zyplex, Dapsone

Codes: 1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effective Dates START 8/30 STOP 8/31 TRANSFER/DISCH INT | Ciprofloxacin 3 tab now and at 4 hr PRN for following | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 8/1 STOP 8/31 TRANSFER/DISCH INT | Normal Saline IV rate 125 ml/hr x 4 hours one B | | | | | | | | | | | | | | | | | | | | | | | | | | | | RB | | | |
| START STOP TRANSFER/DISCH INT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP TRANSFER/DISCH INT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

This is a combination treatment/medication MAR.

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|---|
| | | | RB | | | | |

Inmate Name Horn, Gregory
DC # 637382
Date of Birth
Institution S.F.R.C.

* Requires comment on back Page ___ of ___

0031

## MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _____ Codeine , Reglan , Phenergan _____

**Codes:** 1 = Refused   4 = Medication Out of Stock
2 = Security Lockdown   5 = Awaiting Arrival from Pharmacy
3 = Medication Held

Month/Year: Aug 2012

| Effective Date | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 8/31 STOP | Tylenol 975 mg (3 325 x 3) THPO Q 6° x5 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DOSAGE REDUCTION R.B | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 9/24 STOP 87. | Ensure can T PO BID x 30 days | 1000 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DOSAGE REDUCTION R.B | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DOSAGE REDUCTION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DOSAGE REDUCTION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.

This is a combination treatment/medication MAR

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | R.B | | | | |

* Requires comment on back Page

_____ of _____

Inmate Name: _____
DC #: _____
Date of Birth: _____
Institution: _____

0032

MEDICATION AND TREATMENT RECORD (MAR)

Codes: 1 = Refused  2 = Security Lockdown  3 = Medication Held  4 = Medication Out of Stock  5 = Awaiting Arrival from Pharmacy

Month/Year: Sept 2012

List Drug Allergies: _____

Inmate Name: Auten, George
DC #: 63-73-82
Date of Birth: 12/15/61
Institution: STKC

Signature/Stamp / Initials (various handwritten signatures)

NOTE: This MAR is to be used for PRN meds other than RMC, and new orders prior to receipt of Pharmacy generated MARS.

This is a combination treatment/medication MAR.

DC4-701A (Revised 12/22/11) Page 1 of 2

0033



STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 10/2012

List Drug Allergies: CODEINE, BENADRYL, PHENYTOIN

Codes: 1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 975mg PO (325mg x 3tabs) q6° for fever x 3-5 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dilantin 200mg PO BID x 90 days | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg PO BID x 180 days | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ensure i can p.o. bid x 30 days | 0100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMO and/or orders prior to receipt of Pharmacy generated MARs.
This is a combination treatment/medication MAR.

* Requires comment on back Page

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|

Inmate Name:
DC #:
Date of Birth:
Institution:

DC4-701A (Revised 12/22/11) Page 1 of 2



STATE OF FLORIDA - L.        .ENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 10/2012

List Drug Allergies: _____

Codes: 1 = Refused        4 = Medication Out of Stock
       2 = Security Lockdown   5 = Awaiting Arrival from
       3 = Medication Held         Pharmacy

NOTE: This MAR is to be used for PRN meds other than RMK and new orders prior to receipt of Pharmacy generated MARS.

This is a combination treatment/medication MAR.

* Requires comment on back page



STATE OF FLORIDA - D... ...ENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Codes: 1 = Refused          4 = Medication Out of Stock
2 = Security Lockdown    5 = Awaiting Arrival from
3 = Medication Held          Pharmacy

Month/Year: 10/2012

List Drug Allergies: Codeine, Reglan, Phenegan

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: Hobbs, George
DC #: 3-13___
Date of Birth: ___
Institution: SFRC

JC-I-701A (Revised 12/22/11) Page 1 of 2

* Requires comment on back Page ____ of ____

STATE OF FLORIDA - ) ...RTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: Nov 2012

List Drug Allergies: _Codeine, Reglan, Phenergan_

| Codes: | 1 = Refused | 4 = Medication Out of Stock |
| | 2 = Security Lockdown | 5 = Awaiting Arrival from |
| | 3 = Medication Held | Pharmacy |

NOTE: This MAR is to be used for PRN medications other than RMC and new orders prior to receipt of Pharmacy generated MARS

This is a combination treatment/medication MAR.

Inmate Name: _Flowers, George Glynn_
DC #: _637335_
Date of Birth: _9/25/62_
Institution: _SFRC_

K-4-201A (Revised 12/22/11) Page 1 of 2

0038



STATE OF FLORIDA - L.  ARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Codes: 1 = Refused          4 = Medication Out of Stock
       2 = Security Lockdown  5 = Awaiting Arrival from
       3 = Medication Held         Pharmacy

## STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
### MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 11/2012

List Drug Allergies: _____

Codes: 1 = Refused   4 = Medication Out of Stock
2 = Security Lockdown   5 = Awaiting Arrival from
3 = Medication Hold   Pharmacy

| Medication/TK | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rocephin 1g
10mg (5ml)

g 24° I-V

Biaxin 500mg
po BID
x 4wks

Dilantin 200mg
po BID
x 90 days

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|

A. PANTALEO, LPN
SFRC

* Requires comment on back Page ___ of ___

Inmate Name: George, Reglon
DC #: 634337
Date of Birth:
Institution:

X747A1A (Revised 12/22/11) Page 1 of 2

0040



STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Codes: 1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

List Drug Allergies: Codeine, Reglan, Phenegan

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARs.
This is a combination treatment/medication MAR.

* Requires comment on back Page _____ of _____