# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: June 2013

List Drug Allergies: Codeine

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 5/9/13 STOP 6/9/13 | Biaxin 500 mg PO BID x 1week - 6/13 | 0800 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

TRANSCRIBER INT: KS

Inmate Name: _____
DC# _____
Date of Birth: _____
Institution: _____

Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

* Requires comment on back Page ___ of ___

DC4-701A (Revised) Page 1 of 2

0095

## Instructions

1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered; on Page 2 document the date, time, initials and the "received at" institution's name.

### Reason Medication Not Administered

Codes:
1. Refused by Inmate
2. Security Lockdown
3. Medication Held
4. Medication Out of Stock
5. Awaiting Arrival from Pharmacy
6. Other*

*Requires comment below in "Reason Code" column

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| 5/2/13 | 2200 | SY | Zyprexa 20mg | PO | #5 | |
| 4/3/13 | 1000 | CK | Zyprexa 20 mg | PO | #5 | |

Inmate Name _____ R/S _____
DC # _____
Date of Birth _____
Institution _____

DC4-701A (Revised 12/22/11) Page 2 of 2

0096

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 2/2013

List Drug Allergies: _____

| Effective Date | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 6/2/13 STOP 9/2/13 | Folic Acid 1mg PO q.D. x 90 days | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/21/13 STOP 9/21/13 | Ferrous Sulfate 325mg PO BID x 90 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/21/13 STOP 9/21/13 | Dicloxacillin PO BID x 90 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 6/19/13 STOP 9/19/13 | Morphine Sulfate 60mg PO TID x 30 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Codes: 0 = Not Administered* X = Not to be Given R = Refusal

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.

This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| S. Scier, LPN | | | | | |

Inmate Name: _____
DC#: _____
Date of Birth: _____
Institution: _____

DC4-701A (Revised) Page 1 of 2

0097