FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

| | |
|---|---|
| Date: 1/24/14 | Transferring FROM: **S.F.R.C.** | Transferring TO: Columbia Annex |
| Special transportation needs: ☐ No ☑ Yes: wheelchair | Last TST Date & Results: Quest annual | Single dose medication: ☐ No ☑ Yes Dilantin 200mg |
| Medical Hold: ☑ No ☐ Yes → Reason: | Allergies: Codeine, Phenergan, Reglan | Elavil 5mg |
| Mental Health Hold: ☑ No ☐ Yes → Reason: | Hx of (HBP) 10/16/13 done | |
| | 12/16/13-68 treatment line | |

Currently on Suicide Watch / Precautions: ☑ No ☐ Yes
Currently being treated for Medical problems: ☐ No ☑ Yes → Dx: HTN, seizure disorder
Currently being treated for Dental problems: ☑ No ☐ Yes → Dx: D- (SEE DENTAL CHART)
Currently being treated for Mental Health problems: ☐ No ☑ Yes → Dx:
ailment: ☑ No ☐ Yes → Type:
medication accompanying inmate: ☐ N/A ☐ No ☑ Yes → ☐ 7 days ☐ 30 days
Last medication, dose, and frequency: Motrin 800mg, RFA Dilantin 200mg tabid, Tennessen 50mg PRN
Pending Dialys 2/26/14 ☑ No ☐ Yes Dental: ☑ No ☐ Yes Mental Health: ☐ No ☑ Yes Chronic Illness Clinic: ☐ No ☑ Yes
Appointments/Consults/Labs Medical: ☐ No ☑ Yes 2/4/14  Type: NCGC

Receiving facility must complete (*) items. Completion of the below information is not applicable for inmates transferring to a community facility (e.g., work release center)

| Document Name of Facility: | In Transit #1: | | | | | Permanent: 251 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date and Time: | | | | | | | | | | |
| Temperature (T), Pulse (P), Respirations (R), Weight Vital signs out of normal range require referral) | T | P | R | / | W | T | P | R | / | W |
| | | | | | | 97.57 | P20 | 13 95 | | |
| Oriented to: | ☐ Person ☐ Place ☐ Time ☐ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* | | | | | ☐ Person ☐ Place ☐ Time ☐ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* | | | | |
| Current behavior (* Requires referral) | NA ☐ No ☐ Yes → Inmate initials: | | | | | NA ☐ No ☐ Yes → Inmate initials: | | | | |
| 1. Health Services Inmate Orientation Handbook received? | ☐ No ☐ Yes | | | | | ☐ No ☐ Yes | | | | |
| 2. Oriented to access to care (Sick Call, Emergency, Pill Line, Mental Health, Dental, and Medication Pick-up | ☐ No ☐ Yes → Inmate initials: | | | | | ☐ No ☐ Yes → Inmate initials: | | | | |
| *3. Is inmate currently receiving medications? Single dose? | ☐ No ☐ Yes | | | | | ☐ No ☐ Yes | | | | |
| Does the inmate have medication(s) with her/him? (if no, referral required) | ☐ No ☐ Yes | | | | | ☐ No ☐ Yes | | | | |
| *5. Is the inmate currently receiving healthcare? | ☐ No ☐ Yes ☐ Medical ☐ Mental Health ☐ Dental | | | | | ☐ No ☐ Yes ☐ Medical ☐ Mental Health ☐ Dental | | | | |
| *6. Is the inmate presently thinking of committing suicide? | ☐ No ☐ Yes | | | | | ☐ No ☐ Yes | | | | |
| *6a. If inmate answers "Yes" to #6, immediate MH referral is required | ☐ Referral made | | | | | ☐ Referral made | | | | |
| *7. Does inmate have a history of substance abuse treatment? | N/A | | | | | N/A | | | | |

Inmate Name: Horn, George
DC# 632782  Race/Sex W/M
Date of Birth: 9/15/16
Institution: **S.F.R.C.**   **S.F.R.C.**

DC4-760A (Revised 2/22/11) Page 1

EXHIBIT A

FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

| # | Question | Left | Right |
|---|---|---|---|
| *8. | Does inmate have a history of suicidal behavior? | ☐ No  ☐ Yes | ☑ No  ☐ Yes |
| *9. | Does inmate have a history of inpatient and/or outpatient psychiatric tx? | ☐ No  ☐ Yes | ☐ No  ☑ Yes → outpatient |
| *10. | Does the inmate have a current medical, dental, or MH complaint? If "Yes", list below. | ☐ No  ☐ Yes | ☐ No(?) ☑ Yes |
| *11. | Deformities, evidence of abuse, trauma, disabilities or other physical limitations? | ☐ No  ☐ Yes → requires referral | ☐ No  ☑ Yes Medical (R) hep |
| *12. | Signs or symptoms of skin infection? | ☐ No  ☐ Yes → requires referral | ☐ No  ☑ Yes → requires referral |
| *13. | Referral needed for: | ☐ Medical ☐ Dental ☐ Mental Hlth ☐ Urgent ☐ Routine | ☐ Medical ☐ Dental ☐ Mer. ☐ Urgent ☐ Routine |
| *14. | Any change in medication list in Section 1, Page 1? | ☐ No  ☐ Yes → | ☐ No  ☑ Yes → withdrew from morph zynox |
| *15. | Prescription renewal needed for current prescribed medications? | ☐ No  ☐ Yes → | ☐ No  ☑ Yes |
| *16. | Single dose MAR completed? | ☐ No  ☐ Yes  ☐ N/A | ☐ No  ☑ Yes  ☐ N/A |
| *17. | Current Medical, Dental, or Mental Health complaint? | ☐ No  ☐ Yes → | ☐ No  ☑ Yes → R hep |
| *18. | Are there any job or housing restrictions? | ☐ No  ☐ Yes → | ☐ No  ☑ Yes → needs hospital bed |
| *19. | Does inmate require any Passes? | ☐ Special Diet ☐ Low Bunk ☐ Shaving ☐ Other: | ☐ Special Diet ☑ Low Bunk ☐ Shaving ☑ Other: |
| *20. | Does inmate have Consults pending? | ☐ No  ☐ Yes | ☑ No  ☐ Yes |
| *21. | Does inmate have any overdue appointments? | ☐ No  ☐ Yes | ☐ No  ☑ Yes ortho |
| *22. | Does inmate need Impaired Inmate Assistant? | ☐ No  ☐ Yes | ☐ No  ☑ Yes |
| *23. | Disposition | ☐ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary | ☑ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary |

*Completed by: (Signature/Stamp) Y. Pollard, Lpn  Col. CI Annex

Clinician Record Review: E. FOWLER SLRN COLUMBIA CI

M Grade: 3    W Grade: 3    S Grade: 3

Medications needed: ☐ No ☑ Yes → Rx written for: cont cloxelentin plan

Is inmate in chronic clinic: ☐ No ☑ Yes → free app

Passes written: ☐ Special Diet → R    ☐ Low Bunk a    ☐ No Shaving a   ☐ Other →

Reviewing Clinician (Signature / Stamp): B.VARGHESE, ARNP COLUMBIA CI

Inmate seen clinically for eternal nerves problems

Date: 1/27/14

Inmate Name: Henry Green
DC# L27335    Race/Sex: B/M
Date of Birth: 9-15-61
Institution: Col. CI Annex

DC4-760A (Revised 2/22/11) Page 2

2.9.9.2    .0.9.9.2