## AFFIDAVIT OF NEIL FISHER

1. My name is Neil Fisher. I am over the age of eighteen (18), and I have personal knowledge of the facts stated herein.
2. I am a physician licensed to practice medicine in the State of Florida. I have been employed in correctional healthcare since 1998 and on-and-off by Wexford Health Sources, Inc. since 2004. From March 2013 to August 2014, I served as Wexford Health Sources, Inc.'s Corporate Director of Utilization Management. Since September 2014, I have been employed by Wexford Health Sources, Inc. as the Corporate Medical Director of Quality Management and Pharmacy.
3. Utilization Management is typically a prospective review that takes place prior to requested off-site consultations/procedures/admissions. This is achieved through a pre-approval process for consultations with specialists, elective admissions, certain diagnostic procedures (CT scans/MRIs/ultrasounds/etc.), and outpatient surgeries.
4. In my capacity as the prior Corporate Director of Utilization Management, and presently as the Corporate Medical Director of Quality Management and Pharmacy, I am aware of Wexford's Utilization Management Policies, Procedures, and Guidelines that governed the provision of healthcare services at institutions managed by Wexford Health Sources, Inc. in the State of Florida, including South Florida Reception Center.
5. By way of background, Wexford Health Sources, Inc.'s Utilization Management program assists in the promotion and maintenance of quality care through analysis, review, and the evaluation of all off-site clinical services provided to incarcerated patients. The Utilization Management programs goals and objectives include, but are not limited to, assuring availability and delivery of comprehensive and medically necessary off-site health care services to incarcerated patients; and collaborating with providers, incarcerated patients, and site/regional medical staff to support and assure quality and continuity of care.
6. The Utilization Management process focuses a variety of factors:
   - Medical necessity, using nationally-recognized InterQual criteria;
   - The appropriateness of service considering each individual incarcerated patient's medical history, comorbidities, chronic, stable, and pre-existing conditions, a patient's compliance, and risk factors;

EXHIBIT "Q"

- The appropriateness of the level of care for surgery and procedures to determine the need for inpatient or outpatient setting;
- The institution's capabilities to manage the patient's continuity of care;
- Florida Department of Corrections guidelines and policies; and
- Florida state regulations.

7. The Utilization Management employees the above-referenced guidelines into a process called Collegial Review, the primary purpose of which is to ensure that all patients receive medically necessary and timely medical/dental care at the appropriate level of service.

8. The Collegial Review process in Florida operates as follows:
    - When a site clinician desires a particular mode of treatment or consultation for a respective inmate, he or she must complete a Florida DOC Consultation Form.
    - The Site Medical Director reviews the Consultation Form and presents it to Utilization Management for Collegial Review. The Consultation Form to is forwarded to Utilization Management via email or fax with supporting clinical paperwork (lab results, imaging studies, prior consultations, etc.) to the Utilization Nurse assigned to Florida.
    - Collegial Reviews are completed via conference call. The Site Medical Director and site scheduler contact the Florida-assigned Utilization Management Physician at the scheduled time. While the Site Medical Director presents that case to Utilization Management, he or she does not have any decision-making authority within the Collegial Review process.
    - A collegial discussion concerning an appropriate treatment plan will occur between the Site Medical Director, the designated Wexford Utilization Management Physician, the Wexford Health Sources, Inc. Outpatient Utilization Management Nurse, and the scheduler for medically necessary services.
    - The physicians discuss the inmate's condition and the appropriate plan of treatment during Collegial Review. The medical record is available to the site physician to provide information concerning the inmate's medical history. The site physician documents the Collegial Review discussion in the medical record.

- Together, the clinicians develop a recommendation for care. The Consultation Form is either approved, denied, or an alternative treatment plan is developed. An alternative treatment plan may be an onsite ultrasound versus the requested off-site CT scan; or a consultation with a neurosurgeon versus a referral to a neurologist.
- Typically, the Clinicians agree on the plan of care developed, but if the onsite clinician and/or Site Medical Director believe the original consultation needs to occur as written, either can appeal the Request to another Corporate Medical Director.
- Once approval is given through Collegial Review, the Utilization Management Nurse sends to the site scheduler an authorization number to allow for scheduling of the particular appointment.
- Urgent consultations do not need to wait until the scheduled Collegial Review conference call. The site can contract the Utilization Management Nurse and/or the Utilization Management Director directly for approval.

9. Wexford Health Sources, Inc.'s Utilization Management's comprehensive governing criteria and Collegial Review process facilitate its goal of providing cost-effective, clinically appropriate, physician-driven care based on each individual patient's own medical necessities.

10. In that regard, Wexford Health Sources, Inc. does not have any promulgated policies, procedures, or guidelines that incentivize its healthcare employees to deny medical care, regardless of medical necessity, in order to maximize profits under its contract with the Florida Department of Corrections.

11. Further, Wexford Health Sources, Inc.'s Utilization Management does not employee any policies, procedures, or guidelines that deny medical care solely on the basis of cost. Instead, Utilization Management considers each patient on a case-by-case basis to determine the most appropriate plan of treatment to address each patient's respective medical needs. The process is physician-driven with physicians making the clinical decisions.

12. As the Corporate Director of Utilization Management during the time of George Horn's incarceration at SFRC from March 15, 2013 to January 16, 2016, Utilization Management did not deny George Horn a hip reimplantation, an abductor brace, or pain management medication. Even more, Utilization Management most certainly did not

deny George Horn a hip reimplantation, an abductor brace, or pain management medication for cost containment purposes.

13. Lastly, since my initial employment with Wexford Health Sources, Inc. in 2004, I am aware of specific changes Wexford Health Sources, Inc. has made to evolve and ensure compliance with its policies, procedures, and guidelines governing the provision of adequate medical care. Specifically, Wexford Health Sources, Inc. has added multiple executive positions, including a Corporate Director of Utilization Management and Senior Vice President of Clinical Services, to assist with and ensure the implementation of an efficient and effective Utilization Management department.
14. My opinion has never been disqualified in any Court.
15. I certify that I have not been found guilty of fraud or perjury in any jurisdiction.
16. Under penalties of perjury, I certify that I have read the foregoing and the facts stated in it are true.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
NEIL FISHER