## AFFIDAVIT OF STEPHEN JACOBS, MD

1. My name is Stephen Jacobs, MD, and I am over the age of 18 and fully competent to testify as to the matters herein.

2. I am a medical doctor specializing in orthopedic surgery with active licensure in Florida and Utah. I am Board Certified in orthopedic surgery and have been actively engaged in the practice of orthopedic surgery for nearly 25 years. I am qualified by education, training, and experience to evaluate and opine regarding George Horn's medical condition.

3. I have been engaged by the law firm of Chimpoulis, Hunter & Lynn, P.A. to review pertinent medical records to determine, given George Horn's medical history and condition, whether he was clinically indicated for a hip reimplantation procedure during his incarceration at South Florida Reception Center between March 2013 and the time of his transfer to Columbia Correctional Institution in January 2014. To that end, I have reviewed George Horn's Complaint and George Horn's medical records.

4. Based upon my review of the aforementioned, as well as my background, training, learning, and experience in the field of orthopedic surgery, it is my opinion within a reasonable degree of medical probability that George Horn was not – and is not – a candidate for a hip reimplantation procedure.

5. In early 2013, George Horn underwent a Girdlestone arthroplasty with Dr. Arturo Corces. It is pure speculation to suggest that had George Horn undergone the procedure in 2011 or 2012, he would have experienced less discomfort as time went on. Nonetheless, this contention is ultimately irrelevant to the claims against Dr. Hernandez, Dr. Reddick, and Wexford Health Sources, Inc., as Wexford Health Sources, Inc. did not begin its contract with the Florida Department of Corrections until March 2013. Notwithstanding, once George Horn underwent the necessary Girdlestone arthroplasty, there was nothing – and is nothing – left to be offered to him short of a hemipelvectomy. George Horn was not – and is not – a candidate for a hip reimplantation procedure; and he is immunocompromised with an extensive history of previous surgeries, Hepatitis C, and drug abuse.


EXHIBIT
"R"

6. Additionally, in his Complaint, George Horn alleges that he was denied a hip abductor brace recommended to him by Dr. Corces. Even assuming that contention to be true, the provision of an abductor brace is a matter of medical judgment that takes into account the respective benefits it may afford to each individual patient. Further, in this case, there are multiple suggestions in the medical records that the right hip brace was not proving beneficial to George Horn and should be discontinued.

7. My opinion has never been disqualified in any Court.

8. I certify that I have not been found guilty of fraud or perjury in any jurisdiction.

9. Under penalties of perjury, I certify that I have read the foregoing and the facts stated in it are true.

FURTHER AFFIANT SAYETH NOT.

STEPHEN JACOBS, MD