UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20341-CIV-GAYLES/MCALILEY

GEORGE HORN,

        Plaintiff,

vs.

JULIE L. JONES, Secretary of the Florida
Department of Corrections, in her official
capacity, *et al.*

        Defendants.

_____/

## ORDER STRIKING DAVID REDDICK M.D.'S, MARLENE HERNANDEZ M.D.'S AND WEXFORD HEALTH SOURCES, INC.'S MOTIONS FOR SUMMARY JUDGMENT AND SETTING RESPONSE DEADLINE

Defendants Marlene Hernandez M.D., Wexford Health Sources, Inc. and David Reddick M.D. each filed a Motion for Summary Judgment, which the Honorable Darrin P. Gayles referred to me for a report and recommendation. [DE 115, 151, 159, 162]. The Motions include nearly identical statements of undisputed material facts, which all fail to comply with the Local Rules of this District.

Most problematic is the failure of the statements of undisputed material facts to "[b]e supported by *specific* references to pleadings, depositions, answers to interrogatories, admissions and affidavits on file with the Court...." L.R. 56.1(a)(2). The statements submitted by Defendants Reddick, Hernandez and Wexford cite to various composite exhibits or affidavits without a specific citation to the page(s) or paragraph(s) of those exhibits that support the alleged undisputed fact at issue. These Defendants also cite to various deposition transcripts and, although they provide the relevant page

1

number(s), they do not cite the corresponding line number(s) to identify the specific testimony that they are relying upon.

It is hereby **ORDERED** that the Motions for Summary Judgment filed by Defendants Hernandez, Wexford and Reddick [DE 151, 159, 162], are **STRICKEN**. Defendants Hernandez, Wexford and Reddick may each file an amended motion for summary judgment **by August 24, 2016** that includes a statement of undisputed material facts which complies with *all of the requirements* of Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1. No other revisions to their respective motions are permitted.

The other defendants also have summary judgment motions pending and I find that a uniform response deadline will best conserve the resources of the parties and the Court. Therefore, **IT IS FURTHER ORDERED** that Plaintiff shall respond to all motions for summary judgment **by September 12, 2016**.

DONE AND ORDERED in chambers at Miami, Florida, this 18th day of August, 2016.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Darrin P. Gayles
   All counsel of record