**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.:   1:14-CV-20341-GAYLES/McALILEY

GEORGE HORN,

    Plaintiff,

vs.

MICHAEL CREWS, et al.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, GEORGE HORN, by and through undersigned counsel, hereby files this Notice of Settlement stating this case has been resolved. We respectfully request that the case be removed from the trial docket but remain open for sixty (60) days while the settlement paperwork is being processed and funds pending. Plaintiff will file a Notice of Voluntary Dismissal with Prejudice upon satisfaction of the settlement terms by the respective Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

          */s/ Karen M. Marcell*
          Karen M. Marcell, Esq.
          Florida Bar No.:  0051640
          kmarcell@likeyourlawyer.com
          Katzman Garfinkel
          300 N. Maitland Avenue
          Maitland, FL, 32751

Telephone: (407) 539-3900
Facsimile:   (407) 539-0211
Attorneys for Plaintiff